**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI COPYRIGHT LITIGATION | MDL No. |

**NOTICE OF MOTION AND MOTION FOR TRANSFER OF ACTIONS PURSUANT TO
28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL
PROCEEDINGS**

1

Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC (collectively, "OpenAI"), respectfully move this Panel, pursuant to 28 U.S.C. § 1407, for transfer of the actions listed in the accompanying Schedule of Actions to the Northern District of California for coordinated or consolidated pretrial proceedings.

Dated:  December 6, 2024

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

2838414

Dated:  December 6, 2024 MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
VERA RANIERI
VRanieri@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:      (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600

2838414

|  |  |
|---|---|
|  | ERIC K. NIKOLAIDES (*pro hac vice*)<br>ENikolaides@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone:   (212) 468-8000 |
| Dated:  December 6, 2024 | LATHAM & WATKINS LLP<br><br>By: */s/Elana Nightingale-Dawson*<br>ANDREW M. GASS<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:   (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>ELANA NIGHTINGALE DAWSON (*pro hac vice*)<br>Elana.nightingaledawson@lw.com<br>MICHAEL A. DAVID (*pro hac vice*)<br>michael.david@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:   (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>RACHEL R. BLITZER (*pro hac vice*)<br>Rachel.blitzer@lw.com<br>HERMAN H. YUE (*pro hac vice*)<br>Herman.yue@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 751-4864<br><br> *Attorneys for Defendants*<br> OPENAI, INC., OPENAI, L.P., OPENAI<br> OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br> STARTUP FUND GP I, L.L.C., OPENAI<br> STARTUP FUND I, L.P., AND OPENAI<br> STARTUP FUND MANAGEMENT, LLC |

2838414