**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI COPYRIGHT LITIGATION | MDL No. |

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

OpenAI respectfully requests that this Panel hear oral argument on its motion for transfer of actions under 28 U.S.C. § 1407 at the Panel's next scheduled hearing. OpenAI believes that oral argument will aid the Panel in resolving this motion by clarifying any questions the Panel may have about the procedural history of the litigation. Further, OpenAI requests that this motion be heard at the next available opportunity because swift resolution of this motion is necessary to ensure that OpenAI can obtain the requested relief.

At this time, OpenAI does not intend to seek a stay of discovery in any action while its motion for transfer before this Panel is pending. The close of fact discovery has been set for the end of April in several of the cases for which OpenAI has requested transfer, and OpenAI expects un-coordinated depositions to begin in the first quarter of 2025. Thus, if OpenAI's motion is not heard until the Panel's second sitting of 2025 (typically scheduled in late March), it is likely that the duplicative discovery from which OpenAI seeks relief through centralization will be nearly complete by the time an order issues. Accordingly, OpenAI requests that this Panel consider its motion at its next scheduled hearing.

2839259

Respectfully submitted,

Dated: December 6, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

1

2839259

Dated:  December 6, 2024				MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
VERA RANIERI
VRanieri@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:     (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600

|  |  |
|---|---|
|  | ERIC K. NIKOLAIDES (*pro hac vice*)<br>ENikolaides@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone:   (212) 468-8000 |
| Dated:  December 6, 2024 | LATHAM & WATKINS LLP<br><br>By: */s/Elana Nightingale-Dawson*<br>ANDREW M. GASS<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:   (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>ELANA NIGHTINGALE DAWSON (*pro hac vice*)<br>Elana.nightingaledawson@lw.com<br>MICHAEL A. DAVID (*pro hac vice*)<br>michael.david@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:   (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>RACHEL R. BLITZER (*pro hac vice*)<br>Rachel.blitzer@lw.com<br>HERMAN H. YUE (*pro hac vice*)<br>Herman.yue@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 751-4864<br><br>*Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |

2839259