**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI COPYRIGHT LITIGATION | MDL No. |

**DECLARATION OF MICHELLE YBARRA IN SUPPORT OF OPENAI'S MOTION
FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

I, Michelle Ybarra, declare as follows:

1. I am duly licensed to practice law in the State of California and am admitted as *Pro Hac Vice* in the State of New York. I am a partner with the law firm of Keker, Van Nest & Peters LLP, and am counsel of record for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "OpenAI").

2. I submit this declaration in support of OpenAI's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. The California Class Action Plaintiffs have served a total of 80 document requests, 16 interrogatories, and 178 Requests for admission ("RFAs") on OpenAI.

4. The New York Class Action Plaintiffs have served a total of 98 document requests, 15 Interrogatories, and 939 RFAs (654 from the *Authors' Guild* Plaintiffs and 285 from the *Alter* Plaintiffs) on OpenAI.

5. The New York Times has served 130 document requests, 10 Interrogatories, and 20 RFAs on OpenAI—almost all of which request admissions "with respect to each Asserted Work," resulting in the equivalent of approximately 500 million requests.

6. The *Daily News* Plaintiffs have served a total of 132 document requests, 6 inspection demands, 7 Interrogatories, and 20 RFAs on OpenAI. The RFAs request admissions with respect to each of Plaintiffs' approximately 8.4 million asserted works.

7. The Center for Investigative Reporting has served a total of 64 document requests and 11 Interrogatories on OpenAI.

8. The *Raw Story* Plaintiffs have served a total of 64 document requests, 13 Interrogatories, and 53 RFAs, many of which request admissions as to each of Plaintiffs' approximately 42,000 works.

9. The California Class Action Plaintiffs have conducted four days of training data inspection. The New York Class Action Plaintiffs have conducted four days of training data inspection. The *Raw Story* Plaintiffs have conducted four days of training data inspection. The New York Times and *Daily News* Plaintiffs have conducted 29 days of coordinated training data inspection. The *Intercept*, *Center for Investigative Reporting*, and *Millette* Plaintiffs have not begun training data inspections. The New York Times and Daily News have initiated coordinated source code inspection. OpenAI has discussed source code inspection with other plaintiffs, but, to date, no other set of plaintiffs has conducted an inspection.

10. All training data inspection is conducted at the law offices of Keker, Van Nest & Peters LLP, in San Francisco, California. All source code inspections are conducted at the law offices of Morrison & Foerster in San Francisco, California.

11. Dozens of current and former OpenAI employees have been designated as document custodians in the pending litigations: 34 in the Consolidated News action; 24 in the New York Class Action; 25 in the California Class Action; and 13 in Raw Story. Across all cases, 36 unique current or former OpenAI employees have been designated as custodians. There is significant overlap in the custodians designated in each case: of the 36 unique custodians, 22 have been designated in the Consolidated News action, the New York Class Action, **and** the California Class Action. Of those 22 custodians, 13 have also been designated in *Raw Story*. In the California Class Action, Plaintiffs' motion to compel production from 10 additional OpenAI custodians is currently pending; 9 of those 10 would be new custodians who have not been designated in any other case.

12. Of the current OpenAI employees who have been designated as custodians, all but two live in the Northern District of California, according to OpenAI's personnel records.

13. On December 3, 2024, the New York Times notified OpenAI that it had served subpoenas on three companies: Anthropic, PBC, Particle.News, and Perplexity AI, Inc. Each of these companies is headquartered in the Northern District of California.

2838358

14. Attached as **Exhibit 1** is a true and correct copy of excerpts from *Authors Guild, et al. v. OpenAI, Inc., et al.*, Status Conference Transcript dated October 30, 2024.

15. Attached as **Exhibit 2** is a true and correct copy of excerpts from *Tremblay, et al. v. OpenAI, Inc., et al.* (*In re OpenAI ChatGPT*), Status Conference Transcript dated November 26, 2024.

16. Attached as **Exhibit 3** is a true and correct copy of excerpts from *Authors Guild, et al. v. OpenAI, Inc., et al.*, Discovery Hearing Transcript dated September 12, 2024.

17. Attached as **Exhibit 4** is a true and correct copy of an email from Judge Jed Rakoff's chambers ("Rakoff NYSD Chambers") dated March 20, 2024.

18. Attached as **Exhibit 5** is a true and correct copy of an email from R. James Slaughter, counsel for OpenAI, dated May 19, 2024.

19. Attached as **Exhibit 6** is a true and correct copy of an email from Paven Malhotra, counsel for OpenAI, dated May 30, 2024.

20. Attached as **Exhibit 7** is a true and correct copy of a Lexis report regarding motion statistics in the U.S. District Court for the Northern District of California ("NDCA").

21. Attached as **Exhibit 8** is a true and correct copy of a Lexis report regarding motion statistics in the U.S. District Court for the Southern District of New York ("SDNY").

22. Attached as **Exhibit 9** is a true and correct copy of a Lexis report comparing motion resolution and time-to-trial statistics in NDCA and SDNY.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 6, 2024, at San Francisco, California.

                                                  */s/ Michelle Ybarra*
                                                  MICHELLE YBARRA

2838358