# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3   Before The Honorable Araceli Martinez-Olguin, District Judge
 4
 5   TREMBLAY, et al.,              )
                                    )
 6           Plaintiffs,            )
                                    )
 7   vs.                            )   No. C 23-03223-AMO
                                    )
 8   OPENAI, INC., et al.,          )
                                    )
 9           Defendants.            )
10   _____)
                                        San Francisco, California
11                                      Tuesday, November 26, 2024
12
       TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13              RECORDING 9:39 - 10:06 = 26 MINUTES
14   APPEARANCES:
15   For Plaintiffs:
                                    Joseph Saveri Law Firm, LLP
16                                  601 California Street
                                    Suite 1000
17                                  San Francisco, California
                                      94108
18                           BY:    JOSEPH SAVERI, ESQ.
19                                  Matthew Butterick, Attorney at
                                      Law
20                                  1920 Hillhurst Avenue
                                    Suite 406
21                                  Los Angeles, California 90027
                             BY:    MATTHEW BUTTERICK, ESQ.
22
23
24
                   (APPEARANCES CONTINUED ON NEXT PAGE)
25
```

*Echo Reporting, Inc.*

                                                                18

1  I'm going to give -- I'm going to extend the close of fact
2  discovery in this case to April 28th of next year.
3       Can I ask you all the -- you had also sought to push
4  out the deadline for substantial completion of document
5  production.  I have to be honest with you, I have a real
6  problem with the idea that you would come back nearly two
7  months after that deadline has lapsed to ask to push it out
8  further.  So I'm not inclined to do anything with that
9  deadline, because, at this point, it either should have
10 already happened or you've just got -- you've just got to
11 resort to regular procedures for trying to get what you
12 haven't gotten.
13      So the -- I'll push the close of fact discovery.  I'm
14 looking at your stip.  So I'm going to run down this -- I'm
15 going to run down these new deadlines for you.  ==I'll push==
16 ==the close of fact discovery to April 28th of 2025.==  We'll
17 put the expert reports on issues on which any party has a
18 burden, July 14th, 2025.  Opposing and rebuttal expert
19 reports, August 12th of next year.  The close of expert
20 discovery -- excuse me -- September 11th of 2025.  Daubert
21 motions -- yeah, you all -- yeah, again -- and Daubert
22 motions, October 9th, 2025.  Any opposition to Daubert
23 motions, 11/21/2025. Replies, 12/22/2025.  Your motion for
24 a class cert will be due October 9th, 2025.  The opposition
25 will be due November 21st, 2025.  And a reply, also December

25

## CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

*[Signature]*

Echo Reporting, Inc., Transcriber

Friday, November 29, 2024