# EXHIBIT 3

O9CEAUTC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

AUTHORS GUILD, *et al.*,

                 Plaintiffs,          23 Civ. 8292 (SHS)(OTW)
                                   23 Civ. 11195 (SHS)(OTW)
          v.                   24 Civ. 8472 (SHS)(OTW)
                                   24 Civ. 3285 (SHS)(OTW)
OPENAI, INC., *et al.*,

                                   Conference

               Defendants.

------------------------------x

                                   New York, N.Y.
                                   September 12, 2024
                                   10:00 a.m.

Before:

                    HON. ONA T. WANG,

                                U.S. Magistrate Judge

                          APPEARANCES

SUSMAN GODFREY LLP
     Interim Class Counsel for Authors Guild and Alter Class
Actions
BY:  JUSTIN A. NELSON
     ROHIT NATH
     J. CRAIG SMYSER
     CHARLOTTE LEPIC

SUSMAN GODFREY LLP
     Attorneys for The New York Times
BY:  IAN CROSBY
     DAVIDA BROOK
     KATHERINE PEASLEE
     ZACH SAVAGE
     ALEXANDER P. FRAWLEY

O9CEAUTC

1          THE COURT:  These are all the details that I expect,

2     with all the years of law school and practical experience in

3     this room, you can work out without my having to warrant it.

4          I am going to consolidate the cases without prejudice,

5     obviously, to Judge Stein severing later when it comes to

6     trial, if it comes to trial, okay?  But this will make it

7     easier for everybody, including me, because we'll consolidate

8     with the lowest docket number for each one.  It just makes it

9     so much easier for us to keep a handle on the motions.  As

10    you'll see, many of the ones on this list now going forward

11    will just be dealt with.  You won't have to file the same

12    motion across a whole bunch of cases.

13         MS. MAISEL:  Thank you, your Honor.

14         THE COURT:  Does that take care of the extension of

15    discovery to December 20th and consolidation?

16         MR. MALHOTRA:  It does, your Honor.  But we appreciate

17    your mention that that's an interim deadline.

18         THE COURT:  Obviously.  It's on the record.  Let's

19    move on.

20         ECF 141.  This might be the one — yes — that we got

21    the letter last night from Ms. Bennett.

22         MR. SAVAGE:  Yes.

23         THE COURT:  So why don't you talk to me about what

24    remains.  I see two issues out of what was five.

25         MR. SAVAGE:  Yes, that's right.