# EXHIBIT 4

**Stephanie Castaneda**

| | |
|---|---|
| **From:** | Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Wednesday, March 20, 2024 10:03 AM |
| **To:** | carbajal@loevy.com; match@loevy.com; alli.stillman@lw.com; Ranieri, Vera; Annette Hurst |
| **Subject:** | 24-cv-1515, The Intercept Media v. OpenAI, Inc. |

**External Email**

Counsel,

After discussions between Judge McMahon and Judge Rakoff, it has been determined that the cases are not related. Accordingly, this case will proceed in front of Judge Rakoff, and the initial pretrial conference will be held on April 4, 2024, at 11 AM, as indicated on the docket.

Best,

Sara