# EXHIBIT 6

# Stephanie Castaneda

| | |
|---|---|
| **From:** | Paven Malhotra |
| **Sent:** | Thursday, May 30, 2024 1:26 PM |
| **To:** | Rohit Nath; R. James Slaughter; Stoler, Reilly T.; jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com; kmcmahon@saverilawfirm.comp; acera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@buttericklaw.com; bclobes@caffertyclobes.com; dmuller@venturahersey.com; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Alter-AI-TT@simplelists.susmangodfrey.com; jared.briant@faegredrinker.com; Jacobson, Jeffrey S.; Geman, Rachel; Dozier, Wesley; ssholder@cdas.com; ccole@cdas.com; MicrosoftNYClassActionFDBR@faegredrinker.com |
| **Cc:** | OpenAICopyright; openaicopyrightlitigation.lwteam@lw.com; nyclassactions_microsoft_ohs@orrick.com; NewYorkTimes_Microsoft_OHS@orrick.com; Robert Van Nest; Annette Hurst; KVP-OAI; jmaisel@rfem.com; slieberman@rothwellfigg.com |
| **Subject:** | RE: [EXT] RE: OpenAI deposition coordination |
| **Attachments:** | [144] 2024 05 24 Order re Third Discovery Dispute.pdf |

Counsel,

Last Friday the Court in the *In re Chat GPT* matter (23-cv-3223 ND Cal.) issued the attached order staying depositions in that matter for 30-days so that "all counsel in the OpenAI cases can meet and confer such as to explore every avenue through which the discovery process (and depositions in particular) in these cases may be streamed and made efficient." The order recognized the need for coordination across the New York and California cases. When we had a call among counsel recently, the New York and California class counsel indicated that no coordination had taken place between the New York and California class counsel. In light of the recent order, the parties must revisit that approach. Please let us know if there is time on Monday or Tuesday next week when a representative from each case is available to discuss how we can all undertake the coordination needed to avoid the "burden and waste of resources" mentioned in the Court's order.

Regards,

Paven

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2238 direct | 415 391 5400 main
pmalhotra@keker.com | vcard | keker.com

---

**From:** Rohit Nath <RNath@susmangodfrey.com>
**Sent:** Tuesday, May 21, 2024 11:36 AM
**To:** R. James Slaughter <RSlaughter@keker.com>; Stoler, Reilly T. <rstoler@lchb.com>; jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com; kmcmahon@saverilawfirm.comp; acera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@buttericklaw.com; bclobes@caffertyclobes.com;

1

dmuller@venturahersey.com; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Alter-AI-TT@simplelists.susmangodfrey.com; jared.briant@faegredrinker.com; Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>; Geman, Rachel <rgeman@lchb.com>; Dozier, Wesley <wdozier@lchb.com>; ssholder@cdas.com; ccole@cdas.com; MicrosoftNYClassActionFDBR@faegredrinker.com
**Cc:** OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; nyclassactions_microsoft_ohs@orrick.com; NewYorkTimes_Microsoft_OHS@orrick.com; Robert Van Nest <RVanNest@keker.com>; Annette Hurst <ahurst@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: [EXT] RE: OpenAI deposition coordination

**[EXTERNAL]**

Thanks – just confirming, is Keker sending an invite or should we?

RN

--
Rohit D. Nath
Partner | Susman Godfrey L.L.P.
RNath@susmangodfrey.com
Office: (310) 789-3138
Cell: (602) 405-9789

**From:** Alter-AI-TT@simplelists.susmangodfrey.com <Alter-AI-TT@simplelists.susmangodfrey.com> **On Behalf Of** R. James Slaughter
**Sent:** Sunday, May 19, 2024 5:45 PM
**To:** Stoler, Reilly T. <rstoler@lchb.com>; jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com; kmcmahon@saverilawfirm.comp; acera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@buttericklaw.com; bclobes@caffertyclobes.com; dmuller@venturahersey.com; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Alter-AI-TT@simplelists.susmangodfrey.com; jared.briant@faegredrinker.com; Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>; Geman, Rachel <rgeman@lchb.com>; Dozier, Wesley <wdozier@lchb.com>; ssholder@cdas.com; ccole@cdas.com; MicrosoftNYClassActionFDBR@faegredrinker.com
**Cc:** OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; nyclassactions_microsoft_ohs@orrick.com; NewYorkTimes_Microsoft_OHS@orrick.com; Robert Van Nest <RVanNest@keker.com>; Annette Hurst <ahurst@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** Re: [EXT] RE: OpenAI deposition coordination

==EXTERNAL Email==
Reilly,

Wednesday at 3 PT works for us.  We will circulate a calendar invite.

Thanks,

Jamie

2

**From:** Stoler, Reilly T. <rstoler@lchb.com>
**Date:** Friday, May 17, 2024 at 8:47 PM
**To:** R. James Slaughter <RSlaughter@keker.com>, jsaveri@saverilawfirm.com <jsaveri@saverilawfirm.com>, czirpoli@saverilawfirm.com <czirpoli@saverilawfirm.com>, cyoung@saverilawfirm.com <cyoung@saverilawfirm.com>, kmcmahon@saverilawfirm.comp <kmcmahon@saverilawfirm.comp>, acera@saverilawfirm.com <acera@saverilawfirm.com>, hbenon@saverilawfirm.com <hbenon@saverilawfirm.com>, wcastillo@saverilawfirm.com <wcastillo@saverilawfirm.com>, mb@butericklaw.com <mb@butericklaw.com>, bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>, dmuller@venturahersey.com <dmuller@venturahersey.com>, NYT-AI-SG-Service@simplelists.susmangodfrey.com <NYT-AI-SG-Service@simplelists.susmangodfrey.com>, Alter-AI-TT@simplelists.susmangodfrey.com <Alter-AI-TT@simplelists.susmangodfrey.com>, jared.briant@faegredrinker.com <jared.briant@faegredrinker.com>, Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>, Geman, Rachel <rgeman@lchb.com>, Dozier, Wesley <wdozier@lchb.com>, ssholder@cdas.com <ssholder@cdas.com>, ccole@cdas.com <ccole@cdas.com>, MicrosoftNYClassActionFDBR@faegredrinker.com <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Cc:** OpenAICopyright <OpenAICopyright@mofo.com>, openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>, nyclassactions_microsoft_ohs@orrick.com <nyclassactions_microsoft_ohs@orrick.com>, NewYorkTimes_Microsoft_OHS@orrick.com <NewYorkTimes_Microsoft_OHS@orrick.com>, Robert Van Nest <RVanNest@keker.com>, Annette Hurst <ahurst@orrick.com>, KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: [EXT] RE: OpenAI deposition coordination

**[EXTERNAL]**

Hi Jamie,
AG/NYT Plaintiffs are available to confer regarding these issues between 3-5:30pm PT on 5/22.
Please let us know if there is a time in that window that works for your side.
Thank you,
Reilly



**Reilly T. Stoler**
**Partner**
rstoler@lchb.com
t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** R. James Slaughter <RSlaughter@keker.com>
**Sent:** Wednesday, May 15, 2024 2:05 PM
**To:** jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com;

kmcmahon@saverilawfirm.comp; acera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@buttericklaw.com; bclobes@caffertyclobes.com; dmuller@venturahersey.com; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Alter-AI-TT@simplelists.susmangodfrey.com; jared.briant@faegredrinker.com; Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>; Geman, Rachel <rgeman@lchb.com>; Dozier, Wesley <wdozier@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; ssholder@cdas.com; ccole@cdas.com; MicrosoftNYClassActionFDBR@faegredrinker.com
**Cc:** OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; nyclassactions_microsoft_ohs@orrick.com; NewYorkTimes_Microsoft_OHS@orrick.com; Robert Van Nest <RVanNest@keker.com>; Annette Hurst <ahurst@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** [EXT] RE: OpenAI deposition coordination

All:

I have not received any response to my May 7 email below regarding coordinating depositions. We have, however, now received a request from the In re OpenAI ChatGPT Litigation plaintiffs for a 30b6 deposition that will likely require the testimony of Alec Radford and separately a request from the Authors Guild plaintiffs for a date for Mr. Radford's deposition.

We are in the process of determining Mr. Radford's availability and will be in touch regarding a date for his deposition. We have also received from the In re OpenAI ChatGPT Litigation plaintiffs a request for a date for David Willner's deposition. We do not know if any of the NY plaintiffs intend to take Mr. Willner's deposition. Per my email below, we will only be putting our witnesses up for deposition once so we expect that plaintiffs will coordinate regarding these and other depositions.

We think it would behoove the parties to meet and confer regarding these issues. Please let us know when you are free early next week for such a conference.

Thanks,

Jamie


**R. James Slaughter**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111

e: rslaughter@keker.com
o:  415-773-6623
c:  415-244-2205

---

**From:** R. James Slaughter <RSlaughter@keker.com>
**Sent:** Tuesday, May 7, 2024 3:04 PM
**To:** jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com; kmcmahon@saverilawfirm.comp; acera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@buttericklaw.com; bclobes@caffertyclobes.com; dmuller@venturahersey.com; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Alter-AI-TT@simplelists.susmangodfrey.com; jared.briant@faegredrinker.com; Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>; rgeman@lchb.com; wdozier@lchb.com; rstoler@lchb.com; ssholder@cdas.com; ccole@cdas.com; MicrosoftNYClassActionFDBR@faegredrinker.com
**Cc:** OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com;

4

nyclassactions_microsoft_ohs@orrick.com; NewYorkTimes_Microsoft_OHS@orrick.com; Robert Van Nest <RVanNest@keker.com>; Annette Hurst <ahurst@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** OpenAI deposition coordination

Counsel,

I write on behalf of the OpenAI defendants.  I've addressed this email to Plaintiffs' counsel in the *In re OpenAI ChatGPT Litigation* pending in ND Cal, as well as plaintiffs' counsel in the *Authors Guild* and *NYT* cases pending in SDNY.  I have also copied counsel for Microsoft.  If I have left anyone off – my apologies, it was inadvertent.

As you all know, the above referenced cases involve overlapping facts, claims, issues, and defenses.  The discovery sought by the various plaintiffs' groups is, not surprisingly, also overlapping.  We expect that plaintiffs' counsel will seek to depose many of the same defense witnesses.  We trust and expect that Plaintiffs agree that the parties should coordinate depositions to the greatest extent possible to avoid the undue burden and expense of multiple depositions of the same individual on the same issues.  Along those lines, OAI intends to make its witnesses available one time, presumptively for 7 hours, which depositions may be used in all cases as if they had been taken in each case.  Please confirm you are agreeable to such an approach and coordination.  We would be happy to discuss as necessary.

Thanks,

Jamie


**R. James Slaughter**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111

e: rslaughter@keker.com
o:  415-773-6623
c:  415-244-2205


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

To unsubscribe from this list please go to
https://simplelists.susmangodfrey.com/confirm/?u=6ZoUkt2ql6QFhVdZC1jLP4GrqTaScLcK