# EXHIBIT 7

## U.S. District Court for the Northern District of California  N.D.Cal.

Showing **145,180** federal motion chains in N.D.Cal.; filed between 2000-01-01 and 2024-11-27.; sorted by textual relevance.

### Motion Types

| Motion Type ▲ | Open | Orders | Outcomes (% is the nat'l avg. grant rate) | ● Grant | ● Deny | ● Partial | ● Other |
|---|---|---|---|---|---|---|---|
| Dismiss (Contested) | 2,577 | 26,418 | 48% | 56% | 15% | 17% | 12% |
| Dismiss (Uncontested) | 13,805 | 25,085 | 92% | 89% | 1% | <1% | 10% |
| Stay | 405 | 7,851 | 69% | 73% | 17% | 3% | 8% |
| Stay Pending ITC | 1 | 92 | 93% | 88% | 4% | 3% | 4% |
| Stay Pending PTAB | 11 | 281 | 62% | 78% | 15% | 3% | 4% |
| Stay Pending USPTO | 1 | 181 | 58% | 54% | 35% | 5% | 6% |
| Summary Judgment | 717 | 8,628 | 41% | 38% | 31% | 22% | 8% |
| Transfer | 366 | 1,939 | 52% | 50% | 27% | 1% | 21% |


## Courts

| Court | Open | Orders | Outcomes *(% is the nat'l avg. grant rate)* | ● Grant | ● Deny | ● Partial | ● Other |
|---|---|---|---|---|---|---|---|
| N.D.Cal. | 17,883 | 70,475 | 67% | 67% | 12% | 10% | 10% |


# Timing

### Time from Opening Motion to Order

These timing analytics reflect the time from the filing of the opening motion to the order resolving the motion.



| Motion Type | Orders | Median Days from Motion Filing to Order |
|---|---|---|
| Dismiss (Uncontested) | 25,084 | 2 |
| Stay | 7,851 | 4 |
| Stay Pending ITC | 92 | 6 |
| Stay Pending PTAB | 281 | 27 |
| Stay Pending USPTO | 181 | 42 |
| Transfer | 1,939 | 42 |