# EXHIBIT 8

**Lex Machina**

## U.S. District Court for the Southern District of New York S.D.N.Y.

Showing **152,453** federal motion chains in S.D.N.Y.; filed between 2000-01-01 and 2024-11-27.; sorted by textual relevance.

## Motion Types

| Motion Type ▲ | Open | Orders | Outcomes *(% is the nat'l avg. grant rate)* | 🔵 Grant | 🟠 Deny | 🟢 Partial | ⚪ Other |
|---|---|---|---|---|---|---|---|
| Dismiss (Contested) | 2,871 | 23,416 | 48% | 53% | 20% | 9% | 17% |
| Dismiss (Uncontested) | 5,657 | 9,559 | 92% | 87% | 3% | 1% | 8% |
| Stay | 486 | 7,240 | 69% | 68% | 20% | 5% | 7% |
| Stay Pending ITC | 0 | 25 | 93% | 100% | 0% | 0% | 0% |
| Stay Pending PTAB | 2 | 30 | 62% | 60% | 27% | 0% | 13% |
| Stay Pending USPTO | 0 | 31 | 58% | 32% | 58% | 6% | 3% |
| Summary Judgment | 1,467 | 11,145 | 41% | 41% | 31% | 15% | 13% |
| Transfer | 83 | 1,175 | 52% | 52% | 29% | 1% | 19% |


## Judges

| Judge | Orders | Outcomes *(% is the nat'l avg. grant rate)* | Grant | Deny | Partial | Other |
|-------|--------|---------------------------------------------|-------|------|---------|-------|
| Alvin K. Hellerstein | 5,083 | 67% | 83% | 10% | 3% | 4% |
| George B. Daniels | 1,408 | 67% | 60% | 25% | 7% | 8% |
| Colleen McMahon | 1,355 | 67% | 49% | 29% | 15% | 8% |
| James Paul Oetken | 1,320 | 67% | 53% | 18% | 8% | 21% |
| Vincent Louis Briccetti | 1,245 | 67% | 48% | 21% | 10% | 20% |
| John George Koeltl | 1,242 | 67% | 57% | 23% | 5% | 15% |


## Courts

| Court | Open | Orders | Outcomes *(% is the nat'l avg. grant rate)* | ● Grant | ● Deny | ● Partial | ● Other |
|---|---|---|---|---|---|---|---|
| S.D.N.Y. | 10,566 | 52,621 |  67% | 59% | 20% | 8% | 14% |

## Timing

### Time from Opening Motion to Order

These timing analytics reflect the time from the filing of the opening motion to the order resolving the motion.



| Motion Type | Orders | Median Days from Motion Filing to Order |
|---|---|---|
| Dismiss (Uncontested) | 9,559 | 92 |
| Stay | 7,238 | 3 |
| Stay Pending ITC | 25 | 4 |
| Stay Pending PTAB | 30 | 38 |
| Stay Pending USPTO | 31 | 38 |
| Transfer | 1,175 | 55 |