# EXHIBIT 9

Case Pending No. 83 Document 1-12 Filed 12/06/24 Page 2 of 10
Courts & Judges Comparator
Lex Machina
Page 1 of 9

# CJ Courts & Judges Comparator

Showing comparison between Northern District of California and Southern District of New York, for all federal district court cases pending between 2009-01-01 and 2024-11-27. Change

## Open Cases

| | N.D.Cal. | S.D.N.Y. |
|---|---|---|
| Open federal district court cases | 11,877 | 9,546 |

## Terminated Cases

| | N.D.Cal. | S.D.N.Y. |
|---|---|---|
| Terminated federal district court cases | 88,886 | 155,243 |

## Case Filings for all federal district court cases

10,000
8,000
6,000
4,000
2,000
0
Filings

| | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N.D.Cal. | 27,904 | 4,335 | 5,193 | 4,925 | 5,364 | 6,368 | 7,223 | 8,002 | 6,693 | 3,988 | 5,534 |
| S.D.N.Y. | 54,233 | 6,810 | 6,341 | 7,223 | 8,940 | 8,608 | 7,779 | 8,269 | 8,094 | 8,382 | 6,473 |

* 2024 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for all federal district court cases

0 days
2 years
4 years
N.D.Cal.
1,462 Cases reached Permanent Injunction (Grant)
Median: 293 days
0
293
1,186
152
573
S.D.N.Y.
3,067 Cases reached Permanent Injunction (Grant)
Median: 236 days
0
236
1,093
100
498

https://law.lexmachina.com/apps/judge_comparison/compare?court=cand&court=nysd&case-type=all

## Time to Dismiss (Contested) for all federal district court cases




## Time to FLSA Conditional Certification for all federal district court cases




## Time to Class Certification for all federal district court cases

Case Pending No. 83 Document 1-12 Filed 12/06/24 Page 4 of 10
Courts & Judges Comparator
Lex Machina
Page 3 of 9

## Time to Claim Construction Hearing for all federal district court cases

0 days
2.5 years
5 years
N.D.Cal.
490 Cases reached Claim Construction Hearing
Median: 421 days
50
421
1,048
337
623
S.D.N.Y.
114 Cases reached Claim Construction Hearing
Median: 465 days
74
465
1,814
316
924

## Time to Summary Judgment for all federal district court cases

0 days
2 years
4 years
6 years
N.D.Cal.
5,942 Cases reached Summary Judgment
Median: 563 days
7
563
1,574
398
870
S.D.N.Y.
12,383 Cases reached Summary Judgment
Median: 660 days
0
660
1,831
406
976

## Time to Trial for all federal district court cases

0 days
2.5 years
5 years
7 years
N.D.Cal.
918 Cases reached Trial
Median: 778 days
36
778
1,996
555
1,132
S.D.N.Y.
2,037 Cases reached Trial
Median: 906 days
4
906
2,541
562
1,357

https://law.lexmachina.com/apps/judge_comparison/compare?court=cand&court=nysd&case-type=all

## Time to Termination for all federal district court cases

## Time to Approved Class Action Settlement for all federal district court cases

## Case Resolutions for all federal district court cases

| | N.D.Cal. | | S.D.N.Y. | |
|---|---|---|---|---|
| Cases with Claimant Win Resolutions | 4,434 | (5%) | 9,533 | (6%) |
| Cases with Claim Defendant Win Resolutions | 3,761 | (4%) | 7,101 | (5%) |
| Cases with Likely Settlement Resolutions | 46,677 | (53%) | 94,477 | (61%) |
| Cases with Procedural Resolutions | 33,876 | (38%) | 43,851 | (28%) |
| Total Cases with Resolutions | 88,748 | (100%) | 154,962 | (100%) |

## Damages for all federal district court cases

| | N.D.Cal. | | S.D.N.Y. | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Attorneys' Fees / Costs | 2,725 | $409,025,812 | 3,943 | $365,634,563 |
| Other / Mixed Damage Types | 368 | $335,125,479 | 347 | $1,165,893,058 |
| Prejudgment Interest | 354 | $265,158,083 | 1,813 | $14,429,667,984 |
| Reasonable Royalty | 39 | $1,612,829,728 | 10 | $135,231,780 |
| Lost Profits (Patent) | 15 | $151,841,219 | 3 | $3,569,517 |
| Enhanced Damages (Patent) | 13 | $15,498,110 | 5 | $3,236,739 |
| Statutory Damages (Trademark) | 82 | $64,273,490 | 239 | $2,060,054,113 |
| Enhanced Damages (Trademark) | 5 | $55,313,602 | 21 | $60,195,718 |
| Actual Damages / Infringer's Profits (Trademark) | 32 | $38,980,517 | 61 | $114,724,960 |
| Mass Counterfeiter Default Damages | – | N/A | 225 | N/A |
| Actual Damages / Infringer's Profits (Copyright) | 30 | $534,972,254 | 52 | $5,505,191 |
| Statutory Damages (Copyright) | 94 | $18,108,000 | 376 | $546,388,440 |
| Antitrust Violation Damages | 6 | $337,132,828 | 3 | $19,500,001 |
| Enhanced Damages (Antitrust) | 2 | $75,943,886 | 1 | $2 |
| Other Securities Damages | 8 | $57,787,935 | 79 | $9,715,995,671 |
| Shareholder Derivative Settlement | 29 | $549,882,912 | 27 | $110,786,277 |
| SEC / CFTC Penalties | 105 | $461,721,580 | 443 | $4,510,407,802 |
| Disgorgement (Securities) | 101 | $563,554,051 | 466 | $15,203,125,327 |
| Punitive Damages (Bankruptcy) | 1 | $271,881 | 1 | $6,500,000 |
| Other Bankruptcy Damages | – | $0 | – | $0 |
| Actual Damages (Bankruptcy) | 10 | $16,391,550 | 23 | $456,777,389 |
| State Statutory Penalties (Employment) | 33 | $8,759,039 | 269 | $4,588,379 |
| Front Pay | 3 | $1,226,834 | 15 | $2,045,623 |
| Other Compensatory Damages (Employment) | 63 | $34,712,779 | 184 | $45,628,772 |
| Enhanced Damages (Employment) | – | $0 | – | $0 |
| Punitive Damages (Employment) | 10 | $140,036,725 | 49 | $24,980,812 |
| Collective Action Settlement | 205 | $630,480,798 | 608 | $844,648,276 |
| Civil Money Penalties (Employment) | 12 | $12,967,530 | 43 | $615,132 |
| EEOC Class Settlement | 5 | $3,255,657 | 4 | $2,910,000 |
| Backpay | 110 | $88,069,513 | 664 | $95,466,172 |
| Liquidated Damages (Employment) | 69 | $15,867,860 | 573 | $64,860,729 |
| Emotional Distress | 19 | $4,293,917 | 40 | $4,996,386 |
| Other Product Liability Damages | 8 | $2,121,017 | 1 | $133,251 |
| Personal Injury: Non-Economic | 5 | $42,066,667 | 5 | $6,910,000 |
| Personal Injury: Economic | 7 | $17,928,349 | 2 | $1,483,724 |

| | N.D.Cal. | | S.D.N.Y. | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Punitive Damages (Product Liability) | 1 | $20,000,000 | 1 | $1,000,000 |
| Personal Injury: Unspecified | 1 | $3,150 | 4 | $10,330,791 |
| Property Damages | – | $0 | 1 | $865,256 |
| Reasonable Royalty (Trade Secret) | – | $0 | – | $0 |
| Actual Damages / Lost Profits | 11 | $36,350,017 | 6 | $1,962,995 |
| Punitive / Willfulness Damages | 4 | $44,607,688 | 3 | $540,157 |
| Contract Damages (Insurance) | 21 | $19,498,532 | 53 | $98,019,719 |
| Restitution (Insurance) | 13 | $6,706,541 | 13 | $12,883,019 |
| Tort Damages | 1 | $450,000 | 2 | $20,087,167 |
| Enhanced Damages (Insurance) | – | $0 | – | $0 |
| Emotional Distress Damages (Insurance) | – | $0 | – | $0 |
| Punitive Damages (Insurance) | – | $0 | – | $0 |
| Administrative Fees | 76 | $303,451 | 205 | $2,684,827 |
| Civil Money Penalties (ERISA) | 4 | $274,412 | 7 | $3,316,852 |
| Disclosure Penalties | 3 | $11,765 | 8 | $39,886 |
| Interest on Unpaid Contributions | 576 | $13,885,010 | 864 | $35,671,861 |
| Restitution (ERISA) | 10 | $620,422 | 16 | $2,797,238 |
| ERISA Plan Benefits | 711 | $106,908,485 | 933 | $266,068,136 |
| Liquidated Damages (ERISA) | 559 | $19,671,151 | 794 | $42,181,240 |
| Disgorgement (ERISA) | 2 | $195,326 | 2 | $159,630 |
| Contract Damages (Contracts) | 270 | $468,065,130 | 1,286 | $19,299,202,075 |
| Enhanced Damages (Contracts) | 2 | $593,600 | 2 | $811,920 |
| Restitution (Contracts) | 7 | $26,913,890 | 16 | $429,352,672 |
| Tort Compensatory Damages (Contracts) | 59 | $86,811,445 | 59 | $246,419,989 |
| Liquidated Damages (Contracts) | 2 | $921,969 | 36 | $402,766,553 |
| Punitive Damages (Contracts) | 9 | $29,576,100 | 17 | $106,358,778 |
| Refund | 4 | $729,549 | 2 | $397,769 |
| Tax / Penalty Assessed | 65 | $145,184,100 | 50 | $248,118,693 |
| General Compensatory Damages | 6 | $4,812,008 | 39 | $62,399,284 |
| Loss of Support | 1 | $6,100 | 3 | $2,222,448 |
| Lost Wages (Torts) | 8 | $2,125,327 | 24 | $13,678,816 |
| Loss of Consortium (Torts) | 1 | $5,000,000 | 7 | $132,267,147 |
| Survivor Expenses | 1 | $1,848 | 2 | $23,866 |
| Pain and Suffering (Torts) | 12 | $5,479,489 | 50 | $39,348,863 |
| Medical Expenses (Torts) | 6 | $360,450 | 16 | $8,740,271 |
| Punitive Damages (Torts) | – | $0 | 14 | $103,053,557 |

| | N.D.Cal. | | S.D.N.Y. | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Civil Money Penalties (Environmental) | 20 | $1,806,914,474 | 12 | $183,575,227 |
| Natural Resource Damages / Assessment Costs | 12 | $42,256,067 | – | $0 |
| Punitive Damages (Environmental) | – | $0 | – | $0 |
| CERCLA Cost Recovery / Contribution | 16 | $216,916,617 | 18 | $29,374,171 |
| Environmental Project / Mitigation Fund | 96 | $2,738,763,141 | 10 | $585,000 |
| Civil Money Penalties (Consumer Protection) | 15 | $66,212,516 | 12 | $152,653,706 |
| Settled Claim Damages (Consumer Protection) | 45 | $1,445,424 | 118 | $180,155 |
| Punitive Damages (Consumer Protection) | 3 | $1,102,500 | 1 | $5,000 |
| Restitution (Consumer Protection) | 28 | $4,705,610,559 | 27 | $2,100,135,320 |
| Statutory Damages (Consumer Protection) | 59 | $283,381,657 | 28 | $53,169,750 |
| Enhanced / Trebled Damages | 4 | $37,400 | 3 | $95,000 |
| Compensatory Damages (Consumer Protection) | 19 | $1,620,524 | 8 | $128,586 |
| Civil Penalties (Civil Rights) | – | $0 | 4 | $147,000 |
| Compensatory Damages (Civil Rights) | 36 | $49,732,830 | 100 | $90,767,524 |
| Punitive Damages (Civil Rights) | 7 | $988,500 | 27 | $12,244,176 |
| Nominal Damages (Civil Rights) | 5 | $55 | 15 | $14 |
| State Statutory Damages (Civil Rights) | 150 | $1,079,502 | 21 | $144,290 |
| Special Damages (False Claims) | – | $0 | – | $0 |
| Relator Share | – | $0 | 32 | $294,365,747 |
| Treble Damages | 1 | $122,510 | 6 | $5,019,842 |
| Civil Penalties (False Claims) | 1 | $518,000 | 6 | $804,880 |
| Back Pay | – | $0 | – | $0 |
| Actual Damages (False Claims) | 2 | $123,767 | 7 | $14,624,180 |
| Restitution (False Claims) | – | $0 | 18 | $436,397,952 |
| Settled Claim Damages (False Claims) | – | $0 | 80 | $2,047,401,438 |
| Contract Damages (Surety Bond) | 18 | $77,047,404 | 31 | $63,436,803 |
| Tort Compensatory Damages (Surety Bond) | – | $0 | – | $0 |
| Actual Damages / Disgorgement | 6 | $443,922 | 6 | $4,065,253 |
| Punitive Damages (Internet) | – | $0 | – | $0 |
| Statutory Damages (Internet) | 20 | $51,880,750 | 54 | $35,880,205 |
| Restitution (Real Property) | – | $0 | – | $0 |
| Just Compensation | 2 | $250,010 | 6 | $1,671,000 |
| Nominal Damages (Real Property) | – | $0 | – | $0 |
| Punitive Damages (Real Property) | 1 | $15,000 | 1 | $647,987 |
| Contract Damages (Real Property) | 9 | $31,908,920 | 143 | $3,919,636,616 |
| Compensatory Damages (Real Property) | 4 | $1,983,338 | 5 | $1,720,239 |

| | N.D.Cal. | | S.D.N.Y. | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Special Damages (Real Property) | – | $0 | – | $0 |
| Settled Claim Damages (Real Property) | – | $0 | 1 | $6,000,000 |
| Approved Class Action Settlement (Class Action) | 1,002 | $29,850,385,387 | 688 | $39,598,390,097 |
| Statutory Damages (Uncategorized Case) | 140 | $161,975,936 | 76 | $95,741,985 |
| Emotional Distress Damages (Uncategorized Case) | 2 | $4,020,000 | 8 | $15,798,142 |
| Actual / Compensatory Damages | 212 | $69,874,589 | 386 | $2,273,426,341 |
| Settled Claim Damages (Uncategorized Case) | – | $0 | 10 | $176,655,574 |
| Liquidated Damages (Uncategorized Case) | 1 | $133,811 | 58 | $33,265,183 |
| Punitive Damages (Uncategorized Case) | 82 | $18,233,378 | 36 | $48,432,487 |
| Penalty Damages | 5 | $5,710,594 | 5 | $733,901 |
| Restitution (Uncategorized Case) | 2 | $318,264 | 4 | $27,617,704 |



## Remedies for all federal district court cases

| | N.D.Cal. | S.D.N.Y. |
|---|---|---|
| Permanent Injunction: Grant | 1,414 | 3,063 |
| Preliminary Injunction: Grant | 422 | 1,329 |
| Temporary Restraining Order: Grant | 365 | 989 |
| Permanent Injunction: Deny | 49 | 69 |
| Preliminary Injunction: Deny | 470 | 757 |
| Temporary Restraining Order: Deny | 588 | 205 |
| Rescission | 17 | 33 |
| Reformation | 1 | 5 |
| Administrative Remand | 105 | 34 |
| Reinstatement | 3 | 4 |
| Specific Performance | 7 | 25 |
| Relinquish Domain Name | 92 | 227 |
| Cancellation of Registration | 13 | 19 |
| Divestiture | 2 | 2 |
| Recovery of Property | 1 | – |
| Replevin | 2 | 14 |
| Appointment of Independent Fiduciary | 13 | 9 |
| Bond for Future Contributions | 3 | 7 |
| Plan Audit | 143 | 197 |
| Promotion | – | – |
| Security Bond / Performance Guarantee | 3 | 2 |
| Compliance / Remediation Plan | 120 | 21 |
| ADA Remediation | 319 | 360 |
| Non-ADA Remediation | 26 | 89 |
| Quia Timet / Exoneration | – | 2 |
| Reformation (Real Property) | – | 1 |
| Rescission (Real Property) | 2 | 2 |

* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.