**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI COPYRIGHT LITIGATION | MDL No. |

**SCHEDULE OF ACTIONS**

| **Case Caption** | **Court** | **Civil Action No.** | **Judge(s)** | **Consolidated Action No.** |
|---|---|---|---|---|
| Paul Tremblay, an individual, Individual and Representative Plaintiff,<br><br>v.<br><br>OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; and OpenAI Startup Fund Management, LLC, a Delaware limited liability company, Defendants. | N.D. Cal. | 3:23-cv-03223-AMO | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| MICHAEL CHABON, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, AND AYELET WALDMAN, individually and on behalf of all others similarly situated, Plaintiffs.[1]<br><br>v.<br><br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, LLC, OPENAI GP LLC, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND I, LP, and OPENAI STARTUP FUND MANAGEMENT, LLC, Defendants. | N.D. Cal. | 3:23-cv-04625-AMO | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO |

---

[1] Michael Chabon and Ayelet Waldman were not listed among the Plaintiffs in the First Consolidated Class Complaint, *In re OpenAI ChatGPT*, 3:23-cv-03223-AMO, Dkt. 120. OpenAI understands—and plaintiffs' counsel has confirmed—that they have dropped their claims against OpenAI. Mr. Chabon and Ms. Waldman are included here because the docket does not reflect these parties as terminated, but OpenAI does not view them as parties to the ongoing litigation.

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| Sarah Silverman, an individual; Christopher Golden, an individual; Richard Kadrey, an individual; Individual and Representative Plaintiffs,<br><br>v.<br><br>OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; and OpenAI Startup Fund Management, LLC, a Delaware limited liability company, Defendants. | N.D. Cal. | 3:23-cv-03416-AMO | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| DAVID MILLETTE and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated, Plaintiffs, <br><br> v. <br><br> OPENAI, INC., and OPENAI OPCO, L.L.C., Defendants. | N.D. Cal. | 5:24-cv-04710-EJD | Hon. Edward J. Davila | N/A |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, Plaintiffs,<br>      v.<br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC, Defendants. | SDNY | 1:23-cv-08292-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, Defendants. | SDNY | 1:23-cv-10211-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated, Plaintiffs.<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC, Defendants. | SDNY | 1:24-cv-00084-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| THE NEW YORK TIMES COMPANY, Plaintiff.<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, Defendants. | SDNY | 1:23-cv-11195-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-11195 |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC, Plaintiffs, v. MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, Defendants. | SDNY | 1:24-cv-03285-SHS-OTW | Hon. Sidney H. Stein (M.J. Ona Wang) | 1:23-cv-11195 |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., Plaintiff, v. OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, Defendants. | SDNY | 1:24-cv-04872-SHS-OTW | Hon. Sidney H. Stein (M.J. Ona Wang) | 1:23-cv-11195 |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| RAW STORY MEDIA, INC.; ALTERNET MEDIA, INC., Plaintiffs.<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, Defendants. | SDNY | 1:24-cv-01514-CM-OTW | Hon. Colleen McMahon<br><br>(M.J. Ona Wang) | N/A |

2832531

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| THE INTERCEPT MEDIA, INC., Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, Defendants. | SDNY | 1:24-cv-01515 | Hon. Jed S. Rakoff | N/A |

2832531

Respectfully submitted,

Dated:  December 6, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

2832531

Dated:  December 6, 2024                                MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
VERA RANIERI
VRanieri@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

2832531

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000

2832531

Dated:  December 6, 2024

LATHAM & WATKINS LLP

By: */s/Elana Nightingale-Dawson*
ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:    (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
Elana.nightingaledawson@lw.com
MICHAEL A. DAVID (pro hac vice)
michael.david@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

*Attorneys for Defendants*
 OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C.,
 OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C.,
 OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP
 FUND MANAGEMENT, LLC

2832531