**Tremblay, 3:23−cv−03223−AMO, ("*In re OpenAI ChatGPT*"), Docket Sheet and First Consolidated Amended Complaint**

ADRMOP,AO279,CONSOL,REFDIS,REFSET–SK

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:23–cv–03223–AMO**

Tremblay et al v. OpenAI, Inc. et al
Assigned to: Judge Araceli Martinez–Olguin
Referred to: Magistrate Judge Robert M. Illman
       Magistrate Judge Sallie Kim (Settlement)
Demand: $1,000,000,000
Cause: 17:504 Copyright Infringement

Date Filed: 06/28/2023
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Paul Tremblay**
    represented by
**Cadio R. Zirpoli**
Joseph Saveri Law Firm, LLP
601 California St
Ste 1505
San Francisco, CA 94108
415–500–6800
Fax: 415–395–9940
Email: czirpoli@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher K.L. Young**
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1505
San Francisco, CA 94108
415–500–6807
Email: cyoung@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Cera**
Joseph Saveri Law Firm, LLP
601 California St.
Ste 1505
San Francisco, CA 94108
415–318–9587
Email: acera@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Holden J. Benon**
Joseph Saveri Law Firm, Inc.
601 California
Ste 1505
San Francisco, CA 94108
415–500–6800
Email: hbenon@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Kathleen Jordan McMahon**
Sidran Law Corp
2010 Crow Canyon Place, Suite 100
Ste 1505
94583
San Ramon, CA 94583
925–529–1350
Email: kmacmahon@sidranlaw.com
*TERMINATED: 08/12/2024*

**Margaux Poueymirou**

Joseph Saveri Law Firm
601 California Street
Ste 1505
San Francisco, CA 94108
415–500–6800
Email: mpoueymirou@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Matthew Butterick**
Matthew Butterick, Attorney at Law
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
323–968–2632
Email: mb@butiericklaw.com
*ATTORNEY TO BE NOTICED*

**Melissa Tribble**
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1501
San Francisco, CA 94108
415–500–6800
Email: mtribble@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Travis Luke Manfredi**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500–6800
Fax: (415) 395–9940
Email: tmanfredi@saverilawfirm.com
*TERMINATED: 04/05/2024*

**William Waldir Castillo Guardado**
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1505
San Francisco, CA 94108
415–500–6800
Email: wcastillo@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1505
San Francisco, CA 94108
415–500–6800
Fax: 415–395–9940
Email: jsaveri@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Awad**                        represented by   **Cadio R. Zirpoli**
*TERMINATED: 07/29/2024*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Christopher K.L. Young**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Aaron Cera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Holden J. Benon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Jordan McMahon**
(See above for address)
*TERMINATED: 08/12/2024*

**Matthew Butterick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Travis Luke Manfredi**
(See above for address)
*TERMINATED: 04/05/2024*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Chabon**                     represented by   **Bryan L. Clobes**
                                                        Cafferty Clobes Meriwether & Sprengel
                                                        LLP
                                                        135 South LaSalle Street
                                                        Suite 3210
                                                        Chicago, IL 60603
                                                        312–782–4880
                                                        Email: bclobes@caffertyclobes.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph R. Saveri**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Margaux Poueymirou**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Waldir Castillo Guardado**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Henry Hwang**                   represented by   **Daniel Jerome Muller**
                                                        Ventura Hersey & Muller, LLP
                                                        1506 Hamilton Avenue
                                                        San Jose, CA 95125
                                                        (408) 512–3022
                                                        Fax: (408) 512–3023
                                                        Email: dmuller@venturahersey.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alexander Sweatman**

Cafferty Clobes Meriwether & Sprengel
LLP
135 South LaSalle Street
Suite 3200
Chicago, IL 60603
312–782–4880
Email: asweatman@caffertyclobes.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
Cafferty Clobes Meriwether & Sprengel,
LLP
135 S. LaSalle Street
Suite 3210
Chicago, IL 60603
312–782–4880
Email: mrathur@caffertyclobes.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Klam**                        represented by  **Daniel Jerome Muller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alexander Sweatman**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph R. Saveri**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Margaux Poueymirou**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mohammed Rathur**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Waldir Castillo Guardado**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Louise Snyder**                represented by  **Alexander Sweatman**
                                                        (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayelet Waldman**                    represented by   **Daniel Jerome Muller**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph R. Saveri**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Margaux Poueymirou**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **William Waldir Castillo Guardado**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Lippman**                     represented by   **Daniel Jerome Muller**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Alexander Sweatman**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph R. Saveri**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Margaux Poueymirou**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Mohammed Rathur**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **William Waldir Castillo Guardado**
                                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Woodson**                      represented by   **Daniel Jerome Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Sweatman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Sean Greer**                       represented by   **Daniel Jerome Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Sweatman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ta−Nehisi Coates**                        represented by   **Daniel Jerome Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Sweatman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Junot Diaz**                          represented by **Daniel Jerome Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Sweatman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammed Rathur**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Silverman**                     represented by **Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Butterick**
Matthew Butterick, Attorney at Law
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027

(323) 968–2632
Email: mb@buttericklaw.com
*ATTORNEY TO BE NOTICED*

**Melissa Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Golden**                     represented by    **Cadio R. Zirpoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher K.L. Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Jordan McMahon**
(See above for address)
*TERMINATED: 08/12/2024*

**Margaux Poueymirou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Butterick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Kadrey**                     represented by    **Cadio R. Zirpoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher K.L. Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Jordan McMahon**
(See above for address)
*TERMINATED: 08/12/2024*

**Margaux Poueymirou**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Matthew Butterick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Waldir Castillo Guardado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OpenAI, Inc.**                         represented by  **Andrew Michael Gass**
*a Delaware nonprofit corporation*                       Latham & Watkins LLP
                                                         505 Montgomery Street, Suite 2000
                                                         San Francisco, CA 94111
                                                         (415) 391–0600
                                                         Fax: 415–395–8095
                                                         Email: andrew.gass@lw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joseph Charles Gratz**
                                                         Morrison & Foerster LLP
                                                         425 Market Street
                                                         San Francisco, CA 94105
                                                         (415) 268–7000
                                                         Fax: (415) 268–7522
                                                         Email: JGratz@mofo.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joseph Richard Wetzel**
                                                         Latham and Watkins LLP
                                                         505 Montgomery Street
                                                         Suite 2000
                                                         San Francisco, CA 94111
                                                         415––391–0600
                                                         Fax: 415–395–8500
                                                         Email: joseph.wetzel@lw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Addy Van Nest**
                                                         Keker, Van Nest & Peters LLP
                                                         633 Battery Street
                                                         San Francisco, CA 94111–1809
                                                         (415) 391–5400
                                                         Fax: (415) 397–7188
                                                         Email: rvannest@keker.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alexandra Marie Ward**
                                                         707 Wilshire Blvd.

Suite 6000
Los Angeles, CA 90017
United Sta
213–892–5252
Email: alexandraward@mofo.com
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: alli.stillman@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017–3543
(213) 892–5200
Fax: (213) 892–5454
Email: ABennett@mofo.com
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202–650–4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: elana.nightingaledawson@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
Latham Watkins LLP

811 Main Street
Suite 3700
Houston, TX 77002
United Sta
713−546−5400
Fax: 713−546−5401
Email: herman.yue@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
Morrison Foerster LLP
12531 High Bluff Dr
Suite 100
San Diego, CA 92130
858−720−5100
Fax: 858−720−5125
Email: jlanham@mofo.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: JoyceLi@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest and Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391−5400
Fax: (415) 397−7188
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304−1018
650−813−5600
Fax: 650−494−0792
Email: mlevy@mofo.com
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268−6024
Email: melodywong@mofo.com
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212−906−1200
Email: michael.david@lw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
115 Reed Ranch Roach
Tiburon, CA 94920
415–359–7631
Email: michaelallenjacobs@gmail.com
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
(415) 391–5400
Fax: (415) 397–7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Fax: (415) 397–7188
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
(415) 391–5400
Fax: (415) 397–7188
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–303–2820
Email: rachel.blitzer@lw.com
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
Morrison and Foerster LLP
707 Wilshire Boulevard, Ste. 6000
Los Angeles, CA 90017–3543
213–892–5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
Latham and Watkins LLP

555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
United Sta
202−637−2200
Email: sy.damle@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111−1809
(415) 391−5400
Fax: 415−397−7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268−7000
Fax: (415) 268−7522
Email: tcheung@mofo.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: VRanieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI, L.P.**
*a Delaware limited partnership*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI OpCo, L.L.C.**
*a Delaware limited liability corporation*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP, L.L.C.**
*a Delaware limited liability company*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**

(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Startup Fund GP I, L.L.C.**
*a Delaware limited liability company*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**OpenAI Startup Fund I, L.P.**
*a Delaware limited partnership*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI Startup Fund Management, LLC**
*a Delaware limited liability company*

represented by **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*TERMINATED: 09/17/2024*

**Carolyn Myrle Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Steven Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Robert Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joyce C Li**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Max I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody Ellen Wong**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 02/29/2024*
*ATTORNEY TO BE NOTICED*

**Michelle Sabrina Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Samuel Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Blitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose S Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2023 | 1 | CLASS ACTION COMPLAINT (with jury demand) against All Defendants (Filing fee $ 402, receipt number ACANDC–18405158). Filed by Mona Awad, Paul Tremblay. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Saveri, Joseph) (Filed on 6/28/2023) Modified on 6/29/2023 (cjl, COURT STAFF). (Entered: 06/28/2023) |
| 06/28/2023 | 2 | Proposed Summons. (Saveri, Joseph) (Filed on 6/28/2023) (Entered: 06/28/2023) |

| 06/28/2023 | 3 | Case assigned to Magistrate Judge Kandis A. Westmore. |
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 7/12/2023. (bw, COURT STAFF) (Filed on 6/28/2023) (Entered: 06/29/2023) |
| 06/29/2023 | <u>4</u> | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Mona Awad, Paul Tremblay.. (Butterick, Matthew) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | <u>5</u> | Summons Issued as to OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C. (cjl, COURT STAFF) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | <u>6</u> | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/19/2023. Initial Case Management Conference set for 9/26/2023 01:30 PM in Oakland, − To be determined. (cjl, COURT STAFF) (Filed on 6/29/2023) (Entered: 06/29/2023)** |
| 06/29/2023 | | <u>Electronic filing error</u>. AO−CAND−121 Form is missing. Submit your document using Other Documents> Copyrights. [err201] Re: <u>1</u> Complaint filed by Paul Tremblay, Mona Awad. (cjl, COURT STAFF) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. |
| | | ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. |
| | | *This is a text only docket entry; there is no document associated with this notice.* (wft, COURT STAFF) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | <u>8</u> | REPORT on the filing or determination of an action regarding *Copyrights* (cc: form mailed to register). (Saveri, Joseph) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | <u>9</u> | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Araceli Martinez−Olguin for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by The Clerk on 6/29/2023. (Attachments: # <u>1</u> Notice of Eligibility for Video Recording)(bar, COURT STAFF) (Filed on 6/29/2023) (Entered: 06/29/2023)** |
| 06/30/2023 | 10 | Clerk's Notice Scheduling Case Management Conference. Case Management Statement due by 9/28/2023. Initial Case Management Conference set for 10/5/2023 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 6/30/2023) (Entered: 06/30/2023) |
| 07/13/2023 | <u>11</u> | SUMMONS Returned Executed by Mona Awad, Paul Tremblay. OPENAI, L.P. served on 6/30/2023, answer due 7/21/2023. (Saveri, Joseph) (Filed on 7/13/2023) (Entered: 07/13/2023) |
| 07/13/2023 | <u>12</u> | SUMMONS Returned Executed by Mona Awad, Paul Tremblay. OpenAI OpCo, L.L.C. served on 6/30/2023, answer due 7/21/2023. (Saveri, Joseph) (Filed on 7/13/2023) (Entered: 07/13/2023) |
| 07/13/2023 | <u>13</u> | SUMMONS Returned Executed by Mona Awad, Paul Tremblay. OPENAI STARTUP FUND MANAGEMENT, LLC served on 6/30/2023, answer due 7/21/2023. (Saveri, Joseph) (Filed on 7/13/2023) (Entered: 07/13/2023) |

| 07/13/2023 | 14 | SUMMONS Returned Executed by Mona Awad, Paul Tremblay. OPENAI, INC. served on 6/30/2023, answer due 7/21/2023. (Saveri, Joseph) (Filed on 7/13/2023) (Entered: 07/13/2023) |
|---|---|---|
| 07/13/2023 | 15 | SUMMONS Returned Executed by Mona Awad, Paul Tremblay. OPENAI GP, L.L.C. served on 6/30/2023, answer due 7/21/2023. (Saveri, Joseph) (Filed on 7/13/2023) (Entered: 07/13/2023) |
| 07/19/2023 | 16 | MOTION to Relate Case filed by Mona Awad, Paul Tremblay. (Attachments: # 1 Declaration of Jospeh R. Saveri, # 2 Exhibit A, # 3 Proposed Order)(Saveri, Joseph) (Filed on 7/19/2023) (Entered: 07/19/2023) |
| 07/21/2023 | 17 | NOTICE of Appearance by Joseph Charles Gratz (Gratz, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 18 | NOTICE of Appearance by Tiffany Cheung (Cheung, Tiffany) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 19 | NOTICE of Appearance by Allyson Roz Bennett (Bennett, Allyson) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 20 | NOTICE of Appearance by Andrew Michael Gass *on Behalf of Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.* (Gass, Andrew) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 21 | NOTICE of Appearance by Joseph Richard Wetzel *on Behalf of Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.* (Wetzel, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 22 | Certificate of Interested Entities and Corporate Disclosure Statement by OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C. identifying Corporate Parent OPENAI STARTUP FUND GP I, L.L.C., Other Affiliate Microsoft Corporation for OPENAI STARTUP FUND I, L.P.; Corporate Parent OPENAI, INC. for OPENAI GP, L.L.C., OpenAI OpCo, L.L.C. (Gratz, Joseph) (Filed on 7/21/2023) Modified on 7/24/2023 (cjl, COURT STAFF). (Entered: 07/21/2023) |
| 07/21/2023 | 23 | STIPULATION WITH PROPOSED ORDER Extending Deadline to Respond to Complaints filed by Mona Awad, Paul Tremblay, OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC. (Saveri, Joseph) (Filed on 7/21/2023) Modified on 7/24/2023 (cjl, COURT STAFF). (Entered: 07/21/2023) |
| 07/26/2023 | 24 | **Order re 16 Motion to Relate: The Court hereby ORDERS Defendants to file a response to Plaintiffs' motion to relate this case with Silverman et al. v. OpenAI, Inc. et al., 23–3416–TLT. Defendants may file an opposition, a statement of support, or a statement of non–opposition, but the response must be filed no later than 3:00 pm PST on July 28, 2023. Signed by Judge Araceli Martinez–Olguin on July 26, 2023. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (amolc3, COURT STAFF) (Filed on 7/26/2023) (Entered: 07/26/2023)** |
| 07/28/2023 | 25 | Statement of Non–Opposition re 16 MOTION to Relate Case filed byOPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C.. (Related document(s) 16 ) (Gratz, Joseph) (Filed on 7/28/2023) (Entered: 07/28/2023) |
| 07/28/2023 | 26 | **Order by Judge Araceli Martinez–Olguin granting 23 Administrative Motion to Consider Whether Cases Should be Related and Relating Cases. The Court has reviewed the motion and determined that Case No. 23–cv–3223 AMO is related to Case No. 23–cv–3416 TLT. (ads, COURT STAFF) (Filed on 7/28/2023) Modified on 7/28/2023 (ads, COURT STAFF). (Entered: 07/28/2023)** |
| 07/28/2023 | 27 | **ORDER re 23 STIPULATION WITH PROPOSED ORDER Extending Deadline to Respond to Complaints. Signed by Judge Araceli Martinez–Olguin on 7/28/2023. Plaintiffs' oppositions due by 9/27/2023. Defendants' Replies due by 10/11/2023. Anticipated Motion(s) Hearing set for 12/7/2023 at 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. (ads, COURT STAFF) (Filed on 7/28/2023) (Entered: 07/28/2023)** |

| 08/10/2023 | 28 | Certificate of Interested Entities by Mona Awad, Paul Tremblay (Saveri, Joseph) (Filed on 8/10/2023) (Entered: 08/10/2023) |
| 08/11/2023 | 29 | NOTICE of Voluntary Dismissal *OF PLAINTIFF MONA AWAD PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)* by Mona Awad, Paul Tremblay (Saveri, Joseph) (Filed on 8/11/2023) (Entered: 08/11/2023) |
| 08/25/2023 | 30 | Clerk's Notice Modifying Case Management Conference Location. Initial Case Management Conference set for 10/5/2023 at 10:00 AM in San Francisco, **Courtroom 12**, 19th Floor. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 8/25/2023) (Entered: 08/25/2023) |
| 08/28/2023 | 31 | ***POSTED IN ERROR. PLEASE SEE DOCUMENT #35.*** MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–18591890.) filed by OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C.. (Attachments: # 1 Certificate of Good Standing)(Stillman, Allison) (Filed on 8/28/2023) Modified on 8/30/2023 (dhm, COURT STAFF). (Entered: 08/28/2023) |
| 08/28/2023 | 32 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–18592029.) filed by OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C.. (Attachments: # 1 Certificate of Good Standing)(Damle, Sarang) (Filed on 8/28/2023) (Entered: 08/28/2023) |
| 08/28/2023 | 33 | MOTION to Dismiss filed by OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, INC., OPENAI, L.P., OpenAI OpCo, L.L.C.. Motion Hearing set for 12/7/2023 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. Responses due by 9/27/2023. Replies due by 10/11/2023. (Attachments: # 1 Proposed Order)(Gass, Andrew) (Filed on 8/28/2023) (Entered: 08/28/2023) |
| 08/29/2023 | 34 | **Order by Judge Araceli Martinez–Olguin granting 32 Motion for Pro Hac Vice as to Sarang Vijay Damle. (ads, COURT STAFF) (Filed on 8/29/2023) (Entered: 08/29/2023)** |
| 08/30/2023 | 35 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–18591890.) Filing fee previously paid on 08/28/2023 filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Stillman, Allison) (Filed on 8/30/2023) (Entered: 08/30/2023) |
| 08/30/2023 | 36 | **Order by Judge Araceli Martinez–Olguin granting 35 Motion for Pro Hac Vice as to Allison L. Stillman. (ads, COURT STAFF) (Filed on 8/30/2023) (Entered: 08/30/2023)** |
| 09/08/2023 | 37 | Rule 7.1 Disclosures by OpenAI, L.P. – *Certification of Interested Entities or Persons and Corporate Disclosure Statement* (Bennett, Allyson) (Filed on 9/8/2023) (Entered: 09/08/2023) |
| 09/14/2023 | 38 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for OpenAI GP, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 39 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI OpCo, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 40 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund GP I, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 41 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund I, L.P.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 42 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund Management, LLC* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 43 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI, Inc.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 44 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI, L.P.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |

| 09/14/2023 | 45 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Saveri, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
|---|---|---|
| 09/20/2023 | 46 | MOTION to Relate Case *to Chabon, et al. v. OpenAI, Inc., et al. case* filed by Paul Tremblay. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Proposed Order)(Saveri, Joseph) (Filed on 9/20/2023) (Entered: 09/20/2023) |
| 09/20/2023 | 47 | CERTIFICATE OF SERVICE by Paul Tremblay re 46 MOTION to Relate Case *to Chabon, et al. v. OpenAI, Inc., et al. case* (Saveri, Joseph) (Filed on 9/20/2023) (Entered: 09/20/2023) |
| 09/27/2023 | 48 | OPPOSITION/RESPONSE (re 33 MOTION to Dismiss ) filed byPaul Tremblay. (Saveri, Joseph) (Filed on 9/27/2023) (Entered: 09/27/2023) |
| 09/28/2023 | 49 | Clerk's Notice RE Case Management Conference Location. Initial Case Management Conference set for 10/5/2023 at 10:00 AM in San Francisco, **Courtroom 10** 19th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 9/28/2023) (Entered: 09/28/2023) |
| 09/28/2023 | 50 | JOINT CASE MANAGEMENT STATEMENT *AND RULE 26(f) REPORT* filed by Paul Tremblay. (Saveri, Joseph) (Filed on 9/28/2023) (Entered: 09/28/2023) |
| 10/06/2023 | 51 | **Minute Entry for proceedings held before Judge Araceli Martinez−Olguin: Initial Case Management Conference held on 10/5/2023. CASE REFERRED to Magistrate Judge Sallie Kim for Settlement Conference. Counsel to submit briefing no more than 5 pages per party RE further proposed scheduling by 10/17/2023.**<br><br>Close of Fact Discovery due by 10/29/2024.<br>Plaintiffs' expert reports due by 12/12/2024.<br>Defendants' expert reports due by 1/13/2025.<br>Plaintiffs' rebuttal expert reports due by 2/11/2025.<br>Close of Expert Discovery due by 3/13/2025.<br>Motions for Class Certification and Daubert motions due by 4/10/2025.<br>Oppositions to Class Certification and Daubert motions due by 5/23/2025.<br>Replies in support of motions for Class Certification and Daubert motions due by 6/24/2025.<br><br>Total Time in Court: 22 minutes.<br>Court Reporter: Recorded via Zoom.<br>Plaintiff Attorney: Joseph Saveri.<br>Defendant Attorney: Jospeh Gratz.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Date Filed: 10/6/2023) Proceedings transcribed by Tara Jauregui of Echo Reporting (echoreporting@yahoo.com). (bns, COURT STAFF). (Entered: 10/06/2023) |
| 10/06/2023 | 52 | **NOTICE OF VIDEO SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE. (The attached notice contains Zoom meeting information counsel will need to participate.) Scheduling Conference set for 10/24/2023 at 9:00 AM in San Francisco, – Videoconference Only before Magistrate Judge Sallie Kim. Signed by Magistrate Judge Sallie Kim on 10/6/2023. (bxl, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023)** |
| 10/10/2023 | 53 | **Order by Judge Araceli Martinez−Olguin granting 46 Motion to Relate Case. The Court has reviewed the motion and determined that Case No. 23−cv−3223 AMO is related to Case No. 23−cv−4625 CRB. (ads, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023)** |
| 10/11/2023 | 54 | REPLY (re 33 MOTION to Dismiss ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Gass, Andrew) (Filed on 10/11/2023) (Entered: 10/11/2023) |
| 10/16/2023 | 55 | NOTICE by Paul Tremblay *NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS* (Attachments: # 1 Exhibit 1)(Young, Christopher) (Filed on 10/16/2023) (Entered: 10/16/2023) |
| 10/17/2023 | 56 | Brief *Memorandum of Law Regarding Further Proposed Scheduling* filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Bennett, Allyson) (Filed on 10/17/2023) (Entered: 10/17/2023) |
| 10/17/2023 | 57 | Brief *PLAINTIFFS BRIEF IN SUPPORT OF PROPOSED SCHEDULE* filed byPaul Tremblay. (Saveri, Joseph) (Filed on 10/17/2023) (Entered: 10/17/2023) |

| 10/24/2023 | 58 | **Minute Entry for proceedings held by Zoom before Magistrate Judge Sallie Kim: Scheduling Conference held on 10/24/2023. Settlement Conference set for 6/18/2024 at 9:30 AM. The Court will issue a settlement conference order.**<br><br>Total Time in Court: 15 minutes.<br>Not reported.<br>Attorneys for Plaintiffs: Joseph Saveri, Matthew Butterick and Christopher Young.<br>Attorneys for Defendants: Andrew Gass and Joseph Gratz.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (mkl, COURT STAFF) (Date Filed: 10/24/2023) (Entered: 10/24/2023) |
|---|---|---|
| 10/24/2023 | 59 | **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. Settlement Conference set for 6/18/2024 09:30 AM in San Francisco, Courtroom C, 15th Floor. Signed by Magistrate Judge Sallie Kim on 10/24/2023. (mkl, COURT STAFF) (Filed on 10/24/2023) (Entered: 10/24/2023)** |
| 10/26/2023 | 60 | STIPULATION WITH PROPOSED ORDER *CONSOLIDATING CASES* filed by Paul Tremblay. (Attachments: # 1 [PROPOSED] PRETRIAL ORDER NO. 1)(Saveri, Joseph) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/27/2023 | 61 | Clerk's Notice Setting Zoom Hearing. Status Conference re 60 set for 10/31/2023 at 11:00 AM in San Francisco, – Videoconference Only before Judge Araceli Martinez−Olguin. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/judges/martinez−olguin−araceli−amo/<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at amocrd@cand.uscourts.gov no later than October 27, 2023 at 5:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 10/27/2023 | 62 | Letter from Joseph R. Saveri *re October 31, 2023 status conference.* (Saveri, Joseph) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 10/30/2023 | 63 | CLERK'S NOTICE re 62 vacating October 31, 2023, status conference. By October 31, 2023, at 5:00 pm, counsel SHALL submit a stipulation or a motion to change time in compliance with Civil Local Rules 6−2 or 6−3. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amolc2, COURTSTAFF) (Filed on 10/30/2023) (Entered: 10/30/2023) |
| 10/31/2023 | 64 | STIPULATION WITH PROPOSED ORDER *Joint Stipulated Extension of Time for Status Conference* filed by Mona Awad, Paul Tremblay. (Attachments: # 1 Declaration of Christopher K.L. Young)(Young, Christopher) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 10/31/2023 | 65 | **Order by Judge Araceli Martinez−Olguin granting 64 Stipulation Extending Time for Status Conference. (ads, COURT STAFF) (Filed on 10/31/2023) (Entered: 10/31/2023)** |
| 10/31/2023 | 66 | Clerk's Notice Setting Zoom Hearing. Status Conference set for 11/8/2023 at 10:00 AM in San Francisco, – Videoconference Only before Judge Araceli Martinez−Olguin. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/judges/martinez−olguin−araceli−amo/<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at amocrd@cand.uscourts.gov no later than November 6, 2023 at |

| | | |
|---|---|---|
| | | 12:00 PM PST. |
| | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |
| | | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 10/31/2023 | 67 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1)(Gass, Andrew) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 11/02/2023 | 68 | TRANSCRIPT ORDER for proceedings held before Judge Araceli Martinez−Olguin by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P., for Recorded Proceeding − San Francisco. (Cheung, Tiffany) (Filed on 11/2/2023) (Entered: 11/02/2023) |
| 11/06/2023 | 69 | NOTICE by Mona Awad, Paul Tremblay *OF SUPPLEMENTAL AUTHORITY* (Saveri, Joseph) (Filed on 11/6/2023) (Entered: 11/06/2023) |
| 11/07/2023 | 70 | TRANSCRIPT ORDER for proceedings held on 10/05/23 before Judge Araceli Martinez−Olguin by Mona Awad, Paul Tremblay, for Recorded Proceeding − San Francisco. (Saveri, Joseph) (Filed on 11/7/2023) (Entered: 11/07/2023) |
| 11/08/2023 | 71 | **Minute Entry for proceedings held before Judge Araceli Martinez−Olguin: Status Conference held on 11/8/2023. Stipulation to Consolidate Cases discussed. Modified Order to follow.**<br><br>Total Time in Court: 22 minutes.<br>Court Reporter: Recorded via Zoom.<br>Plaintiff Attorney: Joseph R. Saveri, Matthew Butterick, and Bryan L. Clobes.<br>Defendant Attorney: Jospeh Gratz, Tiffany Cheung, and Andrew Gass.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (Date Filed: 11/8/2023) Proceedings transcribed by Tara Jauregui of Echo Reporting (echoreporting@yahoo.com). (bns, COURT STAFF). (Entered: 11/08/2023) |
| 11/09/2023 | 72 | TRANSCRIPT ORDER for proceedings held on 11/8/2023 before Judge Araceli Martinez−Olguin by Mona Awad, Paul Tremblay, for Recorded Proceeding − San Francisco. (Saveri, Joseph) (Filed on 11/9/2023) (Entered: 11/09/2023) |
| 11/09/2023 | 73 | TRANSCRIPT ORDER for proceedings held on 11/8/2023 before Judge Araceli Martinez−Olguin by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P., for Recorded Proceeding − San Francisco. (Gass, Andrew) (Filed on 11/9/2023) (Entered: 11/09/2023) |
| 11/09/2023 | 74 | **PRETRIAL ORDER NO. 1. Signed by Judge Araceli Martinez−Olguin on 11/9/2023. (ads, COURT STAFF) (Filed on 11/9/2023) (Entered: 11/09/2023)** |
| 11/15/2023 | 75 | Transcript of Proceedings held on 10/05/23, before Judge Magistrate Judge Sallie Kim. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 3:00 − 3:25. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 68 Transcript Order, ) Redaction Request due 12/6/2023. Redacted Transcript Deadline set for 12/18/2023. Release of Transcript Restriction set for 2/13/2024. (Related documents(s) 68 ) (Jauregui, Tara) (Filed on 11/15/2023) (Entered: 11/15/2023) |
| 11/27/2023 | 76 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1)(Gass, Andrew) (Filed on 11/27/2023) (Entered: 11/27/2023) |

| 11/28/2023 | 77 | Transcript of Proceedings held on 11/08/23, before Judge Araceli Martinez–Olguin. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (72 in 3:23–cv–03223–AMO) Transcript Order ) Redaction Request due 12/19/2023. Redacted Transcript Deadline set for 12/29/2023. Release of Transcript Restriction set for 2/26/2024. (Jauregui, Tara) (Filed on 11/28/2023) (Entered: 11/28/2023) |
|---|---|---|
| 12/06/2023 | 78 | NOTICE of Appearance by Michael A. Jacobs (Jacobs, Michael) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 79 | NOTICE of Appearance by Joyce C Li (Li, Joyce) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 80 | NOTICE of Appearance by Melody Ellen Wong (Wong, Melody) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 81 | NOTICE of Appearance by Rose S Lee (Lee, Rose) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 82 | NOTICE of Appearance by Alexandra Marie Ward (Ward, Alexandra) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 83 | Clerk's Notice Continuing Motions Hearing. Motions to Dismiss Hearing reset for 12/7/2023 at **02:30 PM** in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. *(This is a text–only entry generated by the court. There is no document associated with this entry.)*(ads, COURT STAFF) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 84 | Set/Reset Deadlines as to (32 in 3:23–cv–03416–AMO) MOTION to Dismiss. , (33 in 3:23–cv–03223–AMO) MOTION to Dismiss, *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/08/2023 | 85 | **Minute Entry for proceedings held before Judge Araceli Martinez–Olguin: Motions to Dismiss Hearing held on 12/7/2023. Argument heard; matter submitted. Court to issue Order.**<br><br>Total Time in Court: 18 minutes.<br>Court Reporter: Ana Dub.<br>Plaintiff Attorney: Joseph Saveri, Christopher K.L. Young, and Matthew Butterick.<br>Defendant Attorney: Joseph Gratz and Andrew Gass.<br>*(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Date Filed: 12/8/2023) (Entered: 12/08/2023) |
| 12/08/2023 | 86 | TRANSCRIPT ORDER for proceedings held on 12/7/2023 before Judge Araceli Martinez–Olguin by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P., for Court Reporter Ana Dub. (Gass, Andrew) (Filed on 12/8/2023) (Entered: 12/08/2023) |
| 12/08/2023 | 87 | TRANSCRIPT ORDER for proceedings held on 12/7/2023 before Judge Araceli Martinez–Olguin by Mona Awad, Paul Tremblay, for Court Reporter Ana Dub. (Saveri, Joseph) (Filed on 12/8/2023) (Entered: 12/08/2023) |
| 12/08/2023 | 88 | NOTICE of Appearance by Holden J. Benon (Benon, Holden) (Filed on 12/8/2023) (Entered: 12/08/2023) |
| 12/11/2023 | 89 | Transcript of Proceedings held on December 7, 2023, before Judge Araceli Martinez–Olguin. Court Reporter Ana Dub, CSR 7445, RDR, RMR, CRR, CCRR, CRG, CCG, telephone number 415–290–1651; ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (87 in 3:23–cv–03223–AMO) Transcript Order ) Release of Transcript Restriction set for 3/11/2024. (amd, COURT STAFF) (Filed on 12/11/2023) (Entered: 12/11/2023) |
| 01/01/2024 | 90 | TRANSCRIPT ORDER for proceedings held on December 7, 2023 before Judge Araceli Martinez–Olguin for Court Reporter Ana Dub (amd, COURT STAFF) (Filed on 1/1/2024) (Entered: 01/01/2024) |

| | | |
|---|---|---|
| 01/08/2024 | 91 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Mona Awad, Paul Tremblay. Motion Hearing set for 4/4/2024 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. Responses due by 1/22/2024. Replies due by 1/29/2024. (Attachments: # 1 Declaration of Joseph R. Saveri, # 2 Exhibit 1, # 3 Proposed Order)(Saveri, Joseph) (Filed on 1/8/2024) (Entered: 01/08/2024) |
| 01/22/2024 | 92 | JOINT STIPULATION AND PROPOSED ORDER for Extension of Time to File Response/Reply as to 91 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Declaration of Tiffany Cheung in Support of Joint Stipulation and Proposed Order Regarding Extension of Time)(Cheung, Tiffany) (Filed on 1/22/2024) Modified on 1/23/2024 (dhm, COURT STAFF). (Entered: 01/22/2024) |
| 01/23/2024 | | Electronic filing error. Incorrect event used. [err101]Corrected by Clerk's Office. No further action is necessary. Re: 92 Joint Motion for Extension of Time to File Response/Reply as to 91 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by OpenAI GP, L.L.C., OpenAI, Inc., OpenAI Startup Fund I, L.P., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI, L.P., OpenAI Startup Fund Management, LLC (dhm, COURT STAFF) (Filed on 1/23/2024) (Entered: 01/23/2024) |
| 01/23/2024 | 93 | **Order by Judge Araceli Martinez–Olguin granting 92 Stipulation Regarding Extension of Time. (ads, COURT STAFF) (Filed on 1/23/2024) (Entered: 01/23/2024)** |
| 01/26/2024 | 94 | NOTICE of Appearance by Aaron Cera (Cera, Aaron) (Filed on 1/26/2024) (Entered: 01/26/2024) |
| 01/29/2024 | 95 | OPPOSITION/RESPONSE (re 91 MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Cheung, Tiffany) (Filed on 1/29/2024) (Entered: 01/29/2024) |
| 02/02/2024 | 96 | REPLY (re 91 MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byMona Awad, Paul Tremblay. (Saveri, Joseph) (Filed on 2/2/2024) (Entered: 02/02/2024) |
| 02/06/2024 | 97 | NOTICE by Mona Awad, Paul Tremblay *OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Saveri, Joseph) (Filed on 2/6/2024) (Entered: 02/06/2024) |
| 02/08/2024 | 98 | MOTION to Intervene *ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK* filed by Mona Awad, Paul Tremblay. Motion Hearing set for 4/4/2024 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. Responses due by 2/22/2024. Replies due by 2/29/2024. (Attachments: # 1 Declaration Joseph R. Saveri, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Saveri, Joseph) (Filed on 2/8/2024) (Entered: 02/08/2024) |
| 02/09/2024 | 99 | STIPULATION WITH PROPOSED ORDER *PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS* filed by Mona Awad, Paul Tremblay. (Saveri, Joseph) (Filed on 2/9/2024) (Entered: 02/09/2024) |
| 02/12/2024 | 100 | TRANSCRIPT ORDER for proceedings held on December 27, 2023 before Judge Araceli Martinez–Olguin for Court Reporter Ana Dub (amd, COURT STAFF) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/12/2024 | 101 | **ORDER DENYING 99 stipulated protective order, subject to resubmission in compliance with the Court's Civil Standing Order. See "Protective Orders/ESI Orders" at pages 7–8. Signed by Judge Araceli Martinez–Olguin on February 12, 2024. (*This is a text–only entry generated by the court. There is no document associated with this entry.*) (amolc2, COURTSTAFF) (Filed on 2/12/2024) (Entered: 02/12/2024)** |
| 02/12/2024 | 102 | TRANSCRIPT ORDER for proceedings held on 10/5/2023 before Judge Araceli Martinez–Olguin for Recorded Proceeding – San Francisco, ordered by Rohit Nath. (knm, COURT STAFF) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/12/2024 | 103 | TRANSCRIPT ORDER for proceedings held on 11/8/2023 before Judge Araceli Martinez–Olguin for Recorded Proceeding – San Francisco, ordered by Rohit Nath. (knm, COURT STAFF) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/12/2024 | 104 | **Order by Judge Araceli Martinez–Olguin granting in part and denying in part 33 Motion to Dismiss. Cross–posted in 23–cv–03416–AMO. (amolc2, COURTSTAFF) (Filed on 2/12/2024) (Entered: 02/12/2024)** |

| | | |
|---|---|---|
| 02/14/2024 | 105 | STIPULATION WITH PROPOSED ORDER re 101 Order on Stipulation, *Protective Order* filed by Mona Awad, Paul Tremblay. (Attachments: # 1 Declaration Joseph R. Saveri, # 2 Supplement)(Saveri, Joseph) (Filed on 2/14/2024) (Entered: 02/14/2024) |
| 02/15/2024 | 106 | **Order by Judge Araceli Martinez–Olguin granting 105 Stipulated Protective Order. (ads, COURT STAFF) (Filed on 2/15/2024) (Entered: 02/15/2024)** |
| 02/16/2024 | 107 | **Order as Modified by Judge Araceli Martinez–Olguin granting (60) Stipulation Consolidating Cases in case 3:23–cv–03223–AMO. Associated Cases: 3:23–cv–03223–AMO, 3:23–cv–03416–AMO, 3:23–cv–04625–AMO(ads, COURT STAFF) (Filed on 2/16/2024) (Entered: 02/16/2024)** |
| 02/16/2024 | 108 | **PRETRIAL ORDER as Modified. Signed by Judge Araceli Martinez–Olguin on 2/16/2024. (ads, COURT STAFF) (Filed on 2/16/2024) (Entered: 02/16/2024)** |
| 02/16/2024 | 109 | MOTION to Shorten Time *TO HEAR THEIR MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK* filed by Mona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # 1 Declaration Joseph R. Saveri, # 2 Proposed Order)(Saveri, Joseph) (Filed on 2/16/2024) (Entered: 02/16/2024) |
| 02/22/2024 | 110 | **ORDER re 109 . Defendants shall either file a response to Plaintiffs' motion to shorten time or a statement of non–opposition by February 23, 2024 at 2:00 pm PT. Signed by Judge Araceli Martinez–Olguin on February 22, 2024. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (amolc2, COURTSTAFF) (Filed on 2/22/2024) (Entered: 02/22/2024)** |
| 02/22/2024 | 111 | OPPOSITION/RESPONSE (re 98 MOTION to Intervene *ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK* ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Gass, Andrew) (Filed on 2/22/2024) (Entered: 02/22/2024) |
| 02/23/2024 | 112 | Statement of Non–Opposition re 109 MOTION to Shorten Time *TO HEAR THEIR MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK* filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Related document(s) 109 ) (Gass, Andrew) (Filed on 2/23/2024) (Entered: 02/23/2024) |
| 02/29/2024 | 113 | MOTION for leave to appear in Pro Hac Vice *by Eric K. Nikolaides* ( Filing fee $ 328, receipt number ACANDC–19173528.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Nikolaides, Eric) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 02/29/2024 | 114 | **Order by Judge Araceli Martinez–Olguin granting 113 Motion for Pro Hac Vice as to Eric K. Nikolaides. (ads, COURT STAFF) (Filed on 2/29/2024) (Entered: 02/29/2024)** |
| 02/29/2024 | 115 | NOTICE by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. *of withdrawal of counsel Michael A. Jacobs* (Lee, Rose) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 02/29/2024 | 116 | REPLY (re 98 MOTION to Intervene *ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK* ) filed byMona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # 1 Declaration Michael P. Richter)(Saveri, Joseph) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 03/01/2024 | 117 | NOTICE of Appearance by Max I. Levy *on behalf of Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* (Levy, Max) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 03/01/2024 | 118 | **Order by Judge Araceli Martinez–Olguin denying 98 Motion to Enjoin and denying as moot 109 Motion to Shorten Time. (amolc2, COURTSTAFF) (Filed on 3/1/2024) (Entered: 03/01/2024)** |

| 03/13/2024 | 119 | NOTICE of Appearance by Vera Ranieri (Ranieri, Vera) (Filed on 3/13/2024) (Entered: 03/13/2024) |
|---|---|---|
| 03/13/2024 | 120 | AMENDED COMPLAINT against All Defendants. Filed by Jacqueline Woodson, Matthew Klam, Mona Awad, Junot Diaz, Richard Kadrey, Paul Tremblay, Laura Lippman, Andrew Sean Greer, Christopher Golden, Michael Chabon, Ta–Nehisi Coates, Ayelet Waldman, Sarah Silverman, David Henry Hwang, Rachel Louise Snyder. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Redline)(Saveri, Joseph) (Filed on 3/13/2024) (Entered: 03/13/2024) |
| 03/14/2024 | 121 | Clerk's Notice Continuing Motion Hearing. 91 Motion to Appoint Lead Plaintiff and Lead Counsel Hearing set for 5/2/2024 at 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. (*This is a text–only entry generated by the court. There is no document associated with this entry.*)(ads, COURT STAFF) (Filed on 3/14/2024) (Entered: 03/14/2024) |
| 03/27/2024 | 122 | MOTION to Dismiss *120 First Consolidated Amended Complaint* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. Motion to Dismiss Hearing set for 8/1/2024 02:00 PM in San Francisco, Courtroom 10, 19th Floor. Responses due by 4/10/2024. Replies due by 4/17/2024. (Attachments: # 1 Proposed Order)(Gass, Andrew) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 04/05/2024 | 123 | NOTICE of Change In Counsel by Joseph R. Saveri *Withdrawal of Counsel – Travis Manfredi* (Saveri, Joseph) (Filed on 4/5/2024) (Entered: 04/05/2024) |
| 04/05/2024 | 124 | NOTICE of Change of Address by Joseph R. Saveri (Saveri, Joseph) (Filed on 4/5/2024) (Entered: 04/05/2024) |
| 04/08/2024 | 125 | NOTICE of Appearance by William Waldir Castillo Guardado (Castillo Guardado, William) (Filed on 4/8/2024) (Entered: 04/08/2024) |
| 04/10/2024 | 126 | OPPOSITION/RESPONSE (re 122 MOTION to Dismiss *120 First Consolidated Amended Complaint* ) filed byMona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/17/2024 | 127 | REPLY (re 122 MOTION to Dismiss *120 First Consolidated Amended Complaint* ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Gass, Andrew) (Filed on 4/17/2024) (Entered: 04/17/2024) |
| 04/22/2024 | 128 | NOTICE of Appearance by Robert Addy Van Nest (Van Nest, Robert) (Filed on 4/22/2024) (Entered: 04/22/2024) |
| 04/22/2024 | 129 | NOTICE of Appearance by Paven Malhotra (Malhotra, Paven) (Filed on 4/22/2024) (Entered: 04/22/2024) |
| 04/22/2024 | 130 | NOTICE of Appearance by R. James Slaughter (Slaughter, R.) (Filed on 4/22/2024) (Entered: 04/22/2024) |
| 04/22/2024 | 131 | NOTICE of Appearance by Michelle Sabrina Ybarra (Ybarra, Michelle) (Filed on 4/22/2024) (Entered: 04/22/2024) |
| 04/22/2024 | 132 | NOTICE of Appearance by Nicholas Samuel Goldberg (Goldberg, Nicholas) (Filed on 4/22/2024) (Entered: 04/22/2024) |
| 04/23/2024 | 133 | NOTICE of Appearance by Katie Lynn Joyce (Joyce, Katie Lynn) (Filed on 4/23/2024) (Entered: 04/23/2024) |
| 04/23/2024 | 134 | NOTICE of Appearance by Thomas Edward Gorman (Gorman, Thomas) (Filed on 4/23/2024) (Entered: 04/23/2024) |
| 04/26/2024 | 135 | **Order by Judge Araceli Martinez–Olguin denying 91 Motion to Appoint Interim Lead Counsel. (amolc2, COURTSTAFF) (Filed on 4/26/2024) (Entered: 04/26/2024)** |
| 04/26/2024 | 136 | Joint Discovery Letter Brief filed by Mona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # 1 Declaration of Alex Baker–Whitcomb, # 2 Exhibit A, # 3 Exhibit B)(Saveri, Joseph) (Filed on 4/26/2024) Modified on 5/7/2024 (rmilc2, COURT STAFF). Modified on 5/7/2024 (rmilc2, COURT STAFF). (Entered: 04/26/2024) |

| | | |
|---|---|---|
| 05/02/2024 | 137 | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY re 136 Joint Discovery Letter Brief.**<br><br>ORDER REFERRING CASE to Magistrate Judge for Discovery purposes.<br><br>Motions terminated re 136 Joint Discovery Letter Brief Signed by Judge Araceli Martinez–Olguin on 5/2/2024.<br><br>(jlg, COURT STAFF) (Filed on 5/2/2024) (Entered: 05/02/2024) |
| 05/07/2024 | 138 | **Order by Magistrate Judge Robert M. Illman granting in part and denying in part 136 Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 5/7/2024) (Entered: 05/07/2024)** |
| 05/13/2024 | 139 | Joint Discovery Letter Brief filed by Mona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 5/13/2024) (Entered: 05/13/2024) |
| 05/14/2024 | 140 | **Order by Magistrate Judge Robert M. Illman denying 139 Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 5/14/2024) (Entered: 05/14/2024)** |
| 05/21/2024 | 141 | Letter Brief *Seeking Leave to Attach Exhibits to Joint Discovery Letter RE: ESI Protocol* filed by Mona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 5/21/2024) Modified on 5/22/2024 (rmilc2, COURT STAFF). (Entered: 05/21/2024) |
| 05/22/2024 | 142 | **Order by Magistrate Judge Robert M. Illman granting 141 Request to Attach Exhibits. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (rmilc2, COURT STAFF) (Filed on 5/22/2024) (Entered: 05/22/2024)** |
| 05/23/2024 | 143 | Letter Brief *Joint Letter Brief re: Proposed Order for Coordinated Depositions* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Slaughter, R.) (Filed on 5/23/2024) Modified on 5/24/2024 (rmilc2, COURT STAFF). (Entered: 05/23/2024) |
| 05/24/2024 | 144 | **Order by Magistrate Judge Robert M. Illman granting in part and denying in part 143 Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 5/24/2024) (Entered: 05/24/2024)** |
| 05/30/2024 | 145 | Letter from Allyson R. Bennett . (Bennett, Allyson) (Filed on 5/30/2024) Modified on 5/31/2024 (rmilc2, COURT STAFF). (Entered: 05/30/2024) |
| 05/31/2024 | 146 | **Order by Magistrate Judge Robert M. Illman granting 145 Letter Brief. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (rmilc2, COURT STAFF) (Filed on 5/31/2024) (Entered: 05/31/2024)** |
| 06/14/2024 | 147 | MOTION for leave to appear in Pro Hac Vice *for Elana Nightingale Dawson* ( Filing fee $ 328, receipt number ACANDC–19520179.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Nightingale Dawson, Elana) (Filed on 6/14/2024) (Entered: 06/14/2024) |
| 06/14/2024 | 148 | **Order by Judge Araceli Martinez–Olguin granting 147 Motion for Pro Hac Vice as to Elana Nightingale Dawson. (ads, COURT STAFF) (Filed on 6/14/2024) (Entered: 06/14/2024)** |
| 06/14/2024 | 149 | Letter Brief *Unopposed* filed by Mona Awad, Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 6/14/2024) Modified on 6/15/2024 (rmilc2, COURT STAFF). (Entered: 06/14/2024) |
| 06/15/2024 | 150 | **Order by Magistrate Judge Robert M. Illman granting 149 Discovery Letter Brief. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (rmilc2, COURT STAFF) (Filed on 6/15/2024) (Entered: 06/15/2024)** |
| 06/18/2024 | 151 | **Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Settlement Conference held on 6/18/2024. The case did not settle.** |

| | | |
|---|---|---|
| | | Scheduling Conference set for 7/3/2024 at 8:30 AM in San Francisco – Videoconference Only before Magistrate Judge Sallie Kim.<br><br>Total Time in Court: 3 hours, 15 minutes.<br>Not Reported.<br>Attorneys for Plaintiff: Joseph Saveri, Matthew Butterick, Cadio Zirpoli, Christopher Young, Margaux Poueymirou, Holden Benon and Aaron Cera.<br>Client Representatives: Christopher Golden, Paul Tremblay, Richard Kadrey and Sarah Silverman.<br>Attorneys for Defendant: Renny Hwang, Joseph Gratz, Tiffany Cheung and Michelle Ybarra.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxl, COURT STAFF) (Date Filed: 6/18/2024) (Entered: 06/18/2024) |
| 06/18/2024 | 152 | **NOTICE OF VIDEO SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE. Scheduling Conference set for 7/3/2024 at 8:30 AM in San Francisco – Videoconference Only before Magistrate Judge Sallie Kim. Counsel shall use the attached Zoom information to access the conference. Signed by Magistrate Judge Sallie Kim on 6/18/2024. (bxl, COURT STAFF) (Filed on 6/18/2024) (Entered: 06/18/2024)** |
| 06/18/2024 | 153 | Joint Discovery Letter Brief filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Nightingale Dawson, Elana) (Filed on 6/18/2024) (Entered: 06/18/2024) |
| 06/24/2024 | 154 | **Order by Magistrate Judge Robert M. Illman granting 153 Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 6/24/2024) (Entered: 06/24/2024)** |
| 07/03/2024 | 155 | **Minute Entry for proceedings held by Zoom before Magistrate Judge Sallie Kim: Scheduling Conference held on 7/3/2024.**<br><br>The Court and parties discussed potential dates in September 2024 for the Settlement Conference. Parties shall notify the Court which date they prefer.<br><br>Total Time in Court: 10 minutes.<br>Not Recorded.<br>Attorneys for Plaintiffs: Joseph Saveri, Christopher Young and Cadio Zirpoli.<br>Attorneys for Defendants: Joseph Gratz, Tiffany Cheung and Michelle Ybarra.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxl, COURT STAFF) (Date Filed: 7/3/2024) (Entered: 07/03/2024) |
| 07/08/2024 | 156 | OBJECTIONS to re 154 Order on Discovery Letter Brief by Mona Awad, Michael Chabon, Ta−Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # 1 Declaration Matthew Butterick, # 2 Proposed Order)(Butterick, Matthew) (Filed on 7/8/2024) (Entered: 07/08/2024) |
| 07/09/2024 | | Electronic filing error. ***Incorrect event used. [err101] Please re−file in its entirety, using the appropriate Motion event.*** Re: 156 Objection, filed by Sarah Silverman, Junot Diaz, Christopher Golden, Laura Lippman, Ayelet Waldman, Rachel Louise Snyder, Matthew Klam, Ta−Nehisi Coates, Jacqueline Woodson, Andrew Sean Greer, Richard Kadrey, Michael Chabon, Paul Tremblay, Mona Awad, David Henry Hwang (krp, COURT STAFF) (Filed on 7/9/2024) (Entered: 07/09/2024) |
| 07/10/2024 | 157 | MOTION Plaintiffs Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge re 154 Order on Discovery Letter Brief filed by Mona Awad, Michael Chabon, Ta−Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. Responses due by 7/24/2024. Replies due by 7/31/2024. (Attachments: # 1 Declaration Matthew Butterick, # 2 Proposed Order)(Butterick, Matthew) (Filed on 7/10/2024) (Entered: 07/10/2024) |
| 07/12/2024 | 158 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1)(Nightingale Dawson, Elana) (Filed on 7/12/2024) (Entered: 07/12/2024) |
| 07/15/2024 | 159 | **ORDER re 156 and 157 . Pursuant to Civil Local Rule 72−2(d), the Court orders that Defendants may file a response to Plaintiffs' motion for relief 156 no later than noon, Wednesday, July 24,** |

| | | |
|---|---|---|
| | | **2024. Signed by Judge Araceli Martinez–Olguin on July 15, 2024. (*This is a text–only entry generated by the court. There is no document associated with this entry.*) (amolc2, COURTSTAFF) (Filed on 7/15/2024) (Entered: 07/15/2024)** |
| 07/15/2024 | <u>160</u> | **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. Settlement Conference set for 9/13/2024 at 9:30 AM in San Francisco, Courtroom C, 15th Floor. Signed by Magistrate Judge Sallie Kim on 7/15/2024. (bxl, COURT STAFF) (Filed on 7/15/2024) (Entered: 07/15/2024)** |
| 07/24/2024 | <u>161</u> | OPPOSITION/RESPONSE (re <u>157</u> MOTION Plaintiffs Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge re <u>154</u> Order on Discovery Letter Brief ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Nightingale Dawson, Elana) (Filed on 7/24/2024) (Entered: 07/24/2024) |
| 07/30/2024 | <u>162</u> | **Order by Judge Araceli Martinez–Olguin granting <u>122</u> Motion to Dismiss Count II of the First Consolidated Amended Complaint. (amolc2, COURTSTAFF) (Filed on 7/30/2024) (Entered: 07/30/2024)** |
| 07/30/2024 | <u>163</u> | Joint Discovery Letter Brief *re: ESI Protocol* filed by Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 7/30/2024) (Entered: 07/30/2024) |
| 07/30/2024 | <u>164</u> | Declaration of Tara S. Emory in Support of <u>163</u> Joint Discovery Letter Brief *re: ESI Protocol* filed byMichael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # <u>1</u> Exhibit A)(Related document(s) <u>163</u> ) (Saveri, Joseph) (Filed on 7/30/2024) (Entered: 07/30/2024) |
| 07/30/2024 | <u>165</u> | Declaration of Allyson R. Bennett in Support of <u>163</u> Joint Discovery Letter Brief *re: ESI Protocol* filed byMichael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Related document(s) <u>163</u> ) (Saveri, Joseph) (Filed on 7/30/2024) (Entered: 07/30/2024) |
| 07/31/2024 | <u>166</u> | **Order by Magistrate Judge Robert M. Illman granting in part and denying in part <u>163</u> Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 7/31/2024) (Entered: 07/31/2024)** |
| 08/08/2024 | <u>167</u> | **ORDER GRANTING <u>157</u> PLAINTIFFS' MOTION FOR RELIEF FROM DISCOVERY ORDER. Signed by Judge Araceli Martinez–Olguin on August 8, 2024. (amolc2, COURTSTAFF) (Filed on 8/8/2024) (Entered: 08/08/2024)** |
| 08/12/2024 | <u>168</u> | STIPULATION *Regarding Extension of Time to File Answer to the First Consolidated Amended Complaint* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Nightingale Dawson, Elana) (Filed on 8/12/2024) (Entered: 08/12/2024) |
| 08/12/2024 | <u>169</u> | NOTICE of Change In Counsel by Joseph R. Saveri *Withdrawal of Counsel – Kathleen J. McMahon* (Saveri, Joseph) (Filed on 8/12/2024) (Entered: 08/12/2024) |
| 08/14/2024 | 170 | NOTICE of Appearance filed by Christopher Steven Sun on behalf of OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. (Sun, Christopher) (Filed on 8/14/2024) (Entered: 08/14/2024) |
| 08/15/2024 | | *** POSTED IN ERROR. PLEASE DISREGARD *** Electronic filing error. No PDF attached. [err201] Please re–file in its entirety. Re: 170 Notice of Appearance/Substitution/Withdrawal of Attorney, filed by OpenAI GP, L.L.C., OpenAI, Inc., OpenAI Startup Fund I, L.P., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI, L.P., OpenAI Startup Fund Management, LLC (dhm, COURT STAFF) (Filed on 8/15/2024 Modified on 8/15/2024 (dhm, COURT STAFF). (Entered: 08/15/2024) |
| 08/15/2024 | 171 | NOTICE of Appearance filed by Margaux Poueymirou on behalf of Michael Chabon, Ta–Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson (Poueymirou, Margaux) (Filed on 8/15/2024) (Entered: 08/15/2024) |

| 08/16/2024 | 172 | STIPULATION WITH PROPOSED ORDER *(JOINT)* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Declaration of R. James Slaughter in support)(Slaughter, R.) (Filed on 8/16/2024) (Entered: 08/16/2024) |
|---|---|---|
| 08/19/2024 | 173 | **Order by Judge Araceli Martinez−Olguin granting 172 Stipulation to Extend Case Deadlines.**<br><br>Substantial Completion of Document Productions due by 9/12/2024.<br>Close of Fact Discovery due by 1/27/2025.<br>Expert Reports due by 4/14/2025.<br>Opposing/Rebuttal Expert Reports due by 5/12/2025.<br>Close of Expert Discovery due by 6/11/2025.<br>Daubert Motions due by 7/9/2025.<br>Opposition due by 5/12/2025.<br>Reply due by 6/11/2025.<br>Motion for Class Certification due by 7/9/2025.<br>Opposition due by 8/21/2025.<br>Reply due by 9/22/2025.<br>(ads, COURT STAFF) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| 08/21/2024 | 174 | STIPULATION WITH PROPOSED ORDER *re: Discovery of ESI* filed by Michael Chabon, Ta−Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 8/21/2024) (Entered: 08/21/2024) |
| 08/22/2024 | 175 | **Order by Magistrate Judge Robert M. Illman granting 174 Stipulated ESI Order. (rmilc2, COURT STAFF) (Filed on 8/22/2024) (Entered: 08/22/2024)** |
| 08/27/2024 | 176 | ANSWER to Amended Complaint by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Gratz, Joseph) (Filed on 8/27/2024) (Entered: 08/27/2024) |
| 09/03/2024 | 177 | CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE:<br><br>Settlement Conference set for 9/13/2024 is VACATED.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxl, COURT STAFF) (Filed on 9/3/2024) (Entered: 09/03/2024) |
| 09/04/2024 | 178 | MOTION for leave to appear in Pro Hac Vice *for Rachel Renee Blitzer* ( Filing fee $ 328, receipt number ACANDC−19811835.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Blitzer, Rachel) (Filed on 9/4/2024) (Entered: 09/04/2024) |
| 09/05/2024 | 179 | **Order by Judge Araceli Martinez−Olguin granting 178 Motion for Pro Hac Vice as to Rachel Renee Blitzer. (ads, COURT STAFF) (Filed on 9/5/2024) (Entered: 09/05/2024)** |
| 09/17/2024 | 180 | NOTICE of Withdrawal filed by Allyson Roz Bennett, no longer appearing on behalf of OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. in this case (Bennett, Allyson) (Filed on 9/17/2024) (Entered: 09/17/2024) |
| 09/23/2024 | 181 | STIPULATION WITH PROPOSED ORDER *TRAINING DATA INSPECTION PROTOCOL* filed by Michael Chabon, Ta−Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. (Saveri, Joseph) (Filed on 9/23/2024) (Entered: 09/23/2024) |
| 09/24/2024 | 182 | **Order by Magistrate Judge Robert M. Illman granting 181 Stipulation for Training Data Inspection Protocol. (rmilc2, COURT STAFF) (Filed on 9/24/2024) (Entered: 09/24/2024)** |
| 10/08/2024 | 183 | Administrative Motion to File Under Seal *Portions of the Parties Joint Letter Brief* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Declaration of Michael Trinh, # 2 Proposed Order, # 3 Certificate/Proof of Service, # 4 Unredacted Version of Joint Letter Brief re Custodians)(Sun, Christopher) (Filed on 10/8/2024) (Entered: 10/08/2024) |

| | | |
|---|---|---|
| 10/08/2024 | 184 | Joint Discovery Letter Brief *re Custodians* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Sun, Christopher) (Filed on 10/8/2024) (Entered: 10/08/2024) |
| 10/11/2024 | 185 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−19945534.) filed by Ta−Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson. (Sweatman, Alexander) (Filed on 10/11/2024) (Entered: 10/11/2024) |
| 10/11/2024 | 186 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−19945625.) filed by Ta−Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson. (Rathur, Mohammed) (Filed on 10/11/2024) (Entered: 10/11/2024) |
| 10/15/2024 | 187 | **Order by Judge Araceli Martinez−Olguin granting 185 Motion for Pro Hac Vice as to Alexander J. Sweatman. (ads, COURT STAFF) (Filed on 10/15/2024) (Entered: 10/15/2024)** |
| 10/15/2024 | 188 | **Order by Judge Araceli Martinez−Olguin granting 186 Motion for Pro Hac Vice as to Mohammed A. Rathur. (ads, COURT STAFF) (Filed on 10/15/2024) (Entered: 10/15/2024)** |
| 10/16/2024 | 189 | NOTICE of Appearance filed by Carolyn Myrle Homer on behalf of OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. (Homer, Carolyn) (Filed on 10/16/2024) (Entered: 10/16/2024) |
| 10/16/2024 | 190 | **Order by Magistrate Judge Robert M. Illman granting 183 Administrative Motion to File Under Seal. (rmilc2, COURT STAFF) (Filed on 10/16/2024) (Entered: 10/16/2024)** |
| 10/16/2024 | 191 | **Order by Magistrate Judge Robert M. Illman granting 184 Discovery Letter Brief. (rmilc2, COURT STAFF) (Filed on 10/16/2024) (Entered: 10/16/2024)** |
| 10/17/2024 | 192 | NOTICE of Appearance filed by John Robert Lanham on behalf of OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. (Lanham, John) (Filed on 10/17/2024) (Entered: 10/17/2024) |
| 10/25/2024 | 193 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−19987917.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(David, Michael) (Filed on 10/25/2024) (Entered: 10/25/2024) |
| 10/25/2024 | 194 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−19988008.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Yue, Herman) (Filed on 10/25/2024) (Entered: 10/25/2024) |
| 10/25/2024 | 195 | **Order by Judge Araceli Martinez−Olguin granting 193 Motion for Pro Hac Vice as to Michael A. David. (ads, COURT STAFF) (Filed on 10/25/2024) (Entered: 10/25/2024)** |
| 10/25/2024 | 196 | **Order by Judge Araceli Martinez−Olguin granting 194 Motion for Pro Hac Vice as to Herman H. Yue. (ads, COURT STAFF) (Filed on 10/25/2024) (Entered: 10/25/2024)** |
| 10/25/2024 | 197 | JOINT CASE MANAGEMENT STATEMENT *Joint Request for Case Management Conference* filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Goldberg, Nicholas) (Filed on 10/25/2024) (Entered: 10/25/2024) |
| 11/08/2024 | 198 | STIPULATION WITH PROPOSED ORDER *TO EXTEND CASE DEALINES* filed by Paul Tremblay, Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta−Nehisi Coates, Junot Diaz, Sarah Silverman, Christopher Golden, Richard Kadrey. (Attachments: # 1 Declaration of Joseph R. Saveri)(Saveri, Joseph) (Filed on 11/8/2024) (Entered: 11/08/2024) |
| 11/13/2024 | 199 | Clerk's Notice Setting Zoom Hearing. Status Conference set for 11/26/2024 at 09:30 AM − Videoconference Only before Judge Araceli Martinez−Olguin. This proceeding will be held via a Zoom webinar. |

|  |  | **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://cand−uscourts.zoomgov.com/j/1603329440?pwd=OW1ZZWlZcklySHBMcStTVDZvZDJoUT09 |
|---|---|---|
|  |  | **Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. **A list of names and emails must be sent to the CRD at amocrd@cand.uscourts.gov no later than November 22, 2024 at 12:00 PM PST.** |
|  |  | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |
|  |  | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |
|  |  | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 11/15/2024 | 200 | Letter *from Joseph R. Saveri*. (Saveri, Joseph) (Filed on 11/15/2024) Modified on 11/18/2024 (rmilc2, COURT STAFF). (Entered: 11/15/2024) |
| 11/15/2024 | 201 | Letter from Christopher Sun, attorney for Defendants . (Sun, Christopher) (Filed on 11/15/2024) (Entered: 11/15/2024) |
| 11/18/2024 | 202 | **Order by Magistrate Judge Robert M. Illman granting in part and denying in part 200 Discovery Letter Brief. Over Defendants' objection 201 Plaintiffs seek leave to double the 5−page limitation related to jointly filed discovery dispute letter briefs for their forthcoming letter brief through which Plaintiffs intend to seek an order identifying additional document custodians. Plaintiffs' request is granted in part such that the Parties' forthcoming letter brief shall be no longer than seven pages. The court finds that a 7−page limit is more than adequate in order to allow the Parties to present well−honed and concise arguments regarding their respective positions concerning the need (or lack thereof) for the identification of additional document custodians. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (rmilc2, COURT STAFF) (Filed on 11/18/2024) Modified on 11/18/2024 (rmilc2, COURT STAFF). (Entered: 11/18/2024)** |
| 11/19/2024 | 203 | JOINT CASE MANAGEMENT STATEMENT *Joint Updated Case Management Statement* filed by Paul Tremblay, Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta−Nehisi Coates, Junot Diaz, Sarah Silverman, Christopher Golden, Richard Kadrey. (Saveri, Joseph) (Filed on 11/19/2024) (Entered: 11/19/2024) |
| 11/25/2024 | 204 | Joint Discovery Letter Brief filed by Paul Tremblay, Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta−Nehisi Coates, Junot Diaz, Sarah Silverman, Christopher Golden, Richard Kadrey. (Saveri, Joseph) (Filed on 11/25/2024) (Entered: 11/25/2024) |
| 11/25/2024 | 205 | Administrative Motion to File Under Seal *Portions of the Parties Joint Letter Brief* filed by OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC. (Attachments: # 1 Declaration of Michael Trinh, # 2 Proposed Order, # 3 Certificate/Proof of Service, # 4 Unredacted Version of Joint Letter Brief re Additional Custodians)(Sun, Christopher) (Filed on 11/25/2024) (Entered: 11/25/2024) |
| 11/25/2024 | 206 | Letter Brief *(Unopposed) Seeking Leave to Attach Exhibits to Parties' Joint Discovery Letter* filed byOpenAI OpCo, L.L.C.. (Nightingale Dawson, Elana) (Filed on 11/25/2024) (Entered: 11/25/2024) |
| 11/26/2024 | 207 | TRANSCRIPT ORDER for proceedings held on 11/26/2024 before Judge Araceli Martinez−Olguin by OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, for Recorded Proceeding − San Francisco. (Malhotra, Paven) (Filed on 11/26/2024) (Entered: 11/26/2024) |
| 11/26/2024 | 208 | TRANSCRIPT ORDER for proceedings held on 11/26/2024 before Judge Araceli Martinez−Olguin by Paul Tremblay, Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta−Nehisi Coates, Junot Diaz, Sarah Silverman, Christopher Golden, Richard Kadrey, for Recorded Proceeding − San Francisco. (Saveri, Joseph) (Filed on 11/26/2024) (Entered: 11/26/2024) |

| 11/26/2024 | 209 | **Minute Entry for proceedings held before Judge Araceli Martinez–Olguin: Status Conference held on 11/26/2024. The Court GRANTED AS MODIFIED 198 Stipulation to Extend Case Deadlines. Pretrial schedule modified as follows:** |
|---|---|---|
| | | Close of Fact Discovery due by 4/28/2025.<br>Expert Reports due by 7/14/2025.<br>Opposing and Rebuttal Expert Reports due by 8/12/2025.<br>Close of Expert Discovery due by 9/11/2025.<br>Daubert Motions due by 10/9/2025.<br>Opposition to Daubert Motions due by 11/21/2025.<br>Reply to Daubert Motions due by 12/22/2025.<br><br>Motion for Class Certification due by 10/9/2025.<br>Opposition due by 11/21/2025.<br>Reply due by 12/22/2025.<br><br>Total Time in Court: 27 minutes.<br>Court Reporter: Recorded via Zoom.<br><br>Plaintiff Attorney: Joseph Saveri and Matthew Butterick.<br>Defendant Attorney: Paven Malhotra, Elana Nightingale Dawson, Andrew Gass, and Joseph Gratz. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Date Filed: 11/26/2024) Proceedings transcribed by Tara Jauregui of Echo Reporting (echoreporting@yahoo.com) Modified on 11/27/2024 (jaf, COURT STAFF). (Entered: 11/26/2024) |
| 11/26/2024 | 210 | NOTICE of Appearance filed by Melissa Tribble on behalf of Paul Tremblay, Sarah Silverman, Christopher Golden, Richard Kadrey (Tribble, Melissa) (Filed on 11/26/2024) (Entered: 11/26/2024) |
| 11/26/2024 | 211 | Letter Brief *(Unopposed) Seeking Leave to Attach Exhibits to Parties' Joint Discovery Letter Brief* filed byPaul Tremblay, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta–Nehisi Coates, Junot Diaz, Sarah Silverman, Christopher Golden, Richard Kadrey. (Saveri, Joseph) (Filed on 11/26/2024) (Entered: 11/26/2024) |
| 11/27/2024 | 212 | Joint Discovery Letter Brief filed by OpenAI OpCo, L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Nightingale Dawson, Elana) (Filed on 11/27/2024) (Entered: 11/27/2024) |
| 11/29/2024 | 213 | Transcript of Proceedings held on 11/26/24, before Judge Araceli Martinez–Olguin. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 11/26/24. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 207 Transcript Order, 208 Transcript Order, ) Redaction Request due 12/20/2024. Redacted Transcript Deadline set for 12/30/2024. Release of Transcript Restriction set for 2/27/2025. (Related documents(s) 207 , 208 ) (Jauregui, Tara) (Filed on 11/29/2024) (Entered: 11/29/2024) |
| 12/04/2024 | 214 | Letter Brief *(Unopposed) Seeking Leave to Attach Exhibits to Parties Joint Letter Brief* filed byOpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC. (Lanham, John) (Filed on 12/4/2024) (Entered: 12/04/2024) |
| 12/04/2024 | 215 | CLERK'S NOTICE: Discovery Hearing (dkts. 204 and 212) set for 12/17/2024 11:00 AM in McKinleyville, Videoconference Only before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rmi<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |

| | | |
|---|---|---|
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (glm, COURT STAFF) (Filed on 12/4/2024) (Entered: 12/04/2024) |
| 12/05/2024 | <u>216</u> | Letter from Robert A. Van Nest . (Van Nest, Robert) (Filed on 12/5/2024) (Entered: 12/05/2024) |

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:           jsaveri@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:           mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:           bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class (continued on signature page)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPENAI CHATGPT LITIGATION**<br><br>This document relates to:<br>23-cv-03223-AMO<br>23-cv-03416-AMO<br>23-cv-04625-AMO | Master File No. 23-cv-3223-AMO<br><br>**FIRST CONSOLIDATED AMENDED COMPLAINT**<br><br>**Class Action**<br><br>**Demand for Jury Trial** |

Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, Richard Kadrey, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, and Jacqueline Woodson (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, bring this class-action complaint ("Complaint") against defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC (collectively, "OpenAI" or "Defendants"). Plaintiffs seek to recover injunctive relief and damages as a result of OpenAI's unlawful conduct.

## OVERVIEW

1.  ChatGPT is a software product created, maintained, and sold by OpenAI.

2.  ChatGPT is powered by two AI software programs called GPT-3.5 and GPT-4, also known as *large language models*. Rather than being programmed in the traditional way, a large language model is "trained" by copying massive amounts of text and extracting expressive information from it. This body of text is called the *training dataset*. Once a large language model has copied and ingested the text in its training dataset, it is able to emit convincingly naturalistic text outputs in response to user prompts.

3.  A large language model's output is therefore entirely and uniquely reliant on the material in its training dataset. Every time it assembles a text output, the model relies on the information it extracted from its training dataset.

4.  Plaintiffs and Class members are authors of books. Plaintiffs and Class members have registered copyrights in the books they published. Plaintiffs and Class members did not consent to the use of their copyrighted books as training material for ChatGPT. Nonetheless, their copyrighted materials were ingested and used to train ChatGPT.

5.  Indeed, when ChatGPT is prompted, ChatGPT generates summaries of Plaintiffs' copyrighted works—something only possible if ChatGPT was trained on Plaintiffs' copyrighted works.

6.  Defendants, by and through the use of ChatGPT, benefit commercially and profit significantly from the use of Plaintiffs' and Class members' copyrighted materials.

FIRST CONSOLIDATED AMENDED COMPLAINT — 23-cv-3223-AMO

## JURISDICTION AND VENUE

7.     This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this case arises under the Copyright Act (17 U.S.C. § 101, *et seq.*).

8.     Jurisdiction and venue is proper in this judicial district under 28 U.S.C. § 1391(c)(2) because Defendant OpenAI, Inc. is headquartered in this District, and thus a substantial part of the events giving rise to the claims occurred in this District; and because a substantial part of the events giving rise to Plaintiffs' claims occurred in this District, and a substantial portion of the affected interstate trade and commerce was carried out in this District. Each Defendant has transacted business, maintained substantial contacts, and/or committed overt acts in furtherance of the illegal scheme and conspiracy throughout the United States, including in this District. Defendants' conduct has had the intended and foreseeable effect of causing injury to persons residing in, located in, or doing business throughout the United States, including in this District.

9.     Under Civil Local Rule 3-2(c), assignment of this case to the San Francisco Division is proper because this case pertains to intellectual-property rights, which is a district-wide case category under General Order No. 44, and therefore venue is proper in any courthouse in this District.

## PLAINTIFFS

10.     Plaintiff Paul Tremblay is a writer who lives in Massachusetts and owns registered copyrights in multiple works, including *The Cabin at the End of the World*.

11.     Plaintiff Sarah Silverman is a writer and performer who lives in California and owns a registered copyright in one work, *The Bedwetter*.

12.     Plaintiff Christopher Golden is a writer who lives in Massachusetts and owns registered copyrights in multiple works, including *Ararat*.

13.     Plaintiff Richard Kadrey is a writer who lives in Pennsylvania and owns registered copyrights in multiple works, including *Sandman Slim*.

14.     Plaintiff Ta-Nehisi Coates is an author who lives in New York and owns registered copyrights in multiple works, including *The Water Dancer*.

15.     Plaintiff Junot Díaz is an author who lives in Massachusetts and owns registered copyrights in multiple works, including *The Brief Wondrous Life of Oscar Wao*.

16.     Plaintiff Andrew Sean Greer is an author who lives in California and owns registered copyrights in multiple works, including *The Confessions of Max Tivoli*.

17.     Plaintiff David Henry Hwang is a playwright and screenwriter who lives in New York and owns registered copyrights in multiple works, including *The Dance and the Railroad*.

18.     Plaintiff Matthew Klam is an author who lives in Washington, D.C. and owns registered copyrights in multiple works, including *Who is Rich?*

19.     Plaintiff Laura Lippman is an author who lives in Maryland and owns registered copyrights in multiple works, including *What the Dead Know*.

20.     Plaintiff Rachel Louise Snyder is an author who lives in Washington, D.C. and owns registered copyrights in multiple works, including *What We've Lost is Nothing*.

21.     Plaintiff Jacqueline Woodson is an author who lives in New York and owns registered copyrights in multiple works, including *Brown Girl Dreaming*.

22.     A non-exhaustive list of copyright registrations owned by Plaintiffs is shown in Exhibit A. Together, these works are also referred to as the **Infringed Works**.

## DEFENDANTS

23.     Defendant OpenAI, Inc. is a Delaware nonprofit corporation with its principal place of business located at 3180 18th Street, San Francisco, CA 94110.

24.     Defendant OpenAI, L.P. is a Delaware limited partnership with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI, L.P. is a wholly owned subsidiary of OpenAI Inc. that is operated for profit. OpenAI, Inc. controls OpenAI, L.P. directly and through the other OpenAI entities.

25.     Defendant OpenAI OpCo, L.L.C. is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI OpCo, L.L.C. is a wholly owned subsidiary of OpenAI, Inc. that is operated for profit. OpenAI, Inc. controls OpenAI OpCo, L.L.C. directly and through the other OpenAI entities.

26.     Defendant OpenAI GP, L.L.C. ("OpenAI GP") is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI GP is the general partner of OpenAI, L.P. OpenAI GP manages and operates the day-to-day business and affairs of OpenAI, L.P. OpenAI GP was aware of the unlawful conduct alleged herein and exercised control over OpenAI, L.P. throughout the Class Period. OpenAI, Inc. directly controls OpenAI GP.

27.     Defendant OpenAI Startup Fund I, L.P. ("OpenAI Startup Fund I") is a Delaware limited partnership with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund I was instrumental in the foundation of OpenAI, L.P., including the creation of its business strategy and providing initial funding. OpenAI Startup Fund I was aware of the unlawful conduct alleged herein and exercised control over OpenAI, L.P. throughout the Class Period.

28.     Defendant OpenAI Startup Fund GP I, L.L.C. ("OpenAI Startup Fund GP I") is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund GP I is the general partner of OpenAI Startup Fund I. OpenAI Startup Fund GP I is a party to the unlawful conduct alleged herein. OpenAI Startup Fund GP I manages and operates the day-to-day business and affairs of OpenAI Startup Fund I.

29.     Defendant OpenAI Startup Fund Management, LLC ("OpenAI Startup Fund Management") is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund Management is a party to the unlawful conduct alleged herein. OpenAI Startup Fund Management was aware of the unlawful conduct alleged herein and exercised control over OpenAI, L.P. throughout the Class Period.

## AGENTS AND CO-CONSPIRATORS

30.     The unlawful acts alleged against the Defendants in this class action complaint were authorized, ordered, or performed by the Defendants' respective officers, agents, employees, representatives, or shareholders while actively engaged in the management, direction, or control of the Defendants' businesses or affairs. The Defendants' agents operated under the explicit and apparent authority of their principals. Each Defendant, and its subsidiaries, affiliates, and agents operated as a single unified entity.

31.     Various persons and/or firms not named as Defendants may have participated as co-conspirators in the violations alleged herein and may have performed acts and made statements in furtherance thereof. Each acted as the principal, agent, or joint venturer of, or for, other Defendants with respect to the acts, violations, and common course of conduct alleged herein.

## FACTUAL ALLEGATIONS

32.     OpenAI creates and sells artificial-intelligence software products. *Artificial intelligence* is commonly abbreviated as "AI." AI software is designed to algorithmically simulate human reasoning or inference, often using statistical methods.

33.     Certain AI products created and sold by OpenAI are known as *large language models*. A large language model (or "LLM" for short) is AI software designed to parse and emit natural language. Though a large language model is a software program, it is not created the way most software programs are—that is, by human software engineers writing code. Rather, a large language model is "trained" by copying massive amounts of text from various sources and feeding these copies into the model. This corpus of input material is called the *training dataset*. During training, the large language model copies each piece of text in the training dataset and extracts expressive information from it. The large language model progressively adjusts its output to more closely resemble the sequences of words copied from the training dataset. Once the large language model has copied and ingested all this text, it is able to emit convincing simulations of natural written language as it appears in the training dataset.

34.     Much of the material in OpenAI's training datasets, however, comes from copyrighted works—including books written by Plaintiffs—that were copied by OpenAI without consent, without credit, and without compensation.

35.     Authors, including Plaintiffs, publish books with certain copyright management information. This information includes the book's title, the ISBN number or copyright number, the author's name, the copyright holder's name, and terms and conditions of use. This information is most commonly found on the back of the book's title page and is customarily included in all books, regardless of genre.

36.     OpenAI made a series of large language models, including without limitation GPT-1 (released June 2018), GPT-2 (February 2019), GPT-3 (May 2020), GPT-3.5 (March 2022), and most recently GPT-4 (March 2023). "GPT" is an abbreviation for "generative pre-trained transformer," where *pre-trained* refers to the use of textual material for training, *generative* refers to the model's ability to emit text, and *transformer* refers to the underlying training algorithm. OpenAI offers certain language models in variant forms: for instance, the GPT-4 family of models includes publicly accessible variants called 'gpt-4-0125-preview,' 'gpt-4-turbo-preview,' and 'gpt-4-32k;' the GPT-3.5 Turbo family of models includes publicly accessible variants called 'gpt-3.5-turbo-0125,' 'gpt-3.5-turbo-1106,' and 'gpt-3.5-turbo-instruct.' On information and belief, OpenAI has made other language-model variants that are in commercial use but are not publicly accessible. In an interview with the Financial Times in November 2023, OpenAI CEO Sam Altman confirmed that GPT-5 is under development. Together, OpenAI's large language models, including any in development, will be referred to as the "OpenAI Language Models."[1]

37.     Many kinds of material have been used to train large language models. Books, however, have always been a key ingredient in training datasets for large language models because books offer the best examples of high-quality longform writing.

38.     For instance, in its June 2018 paper introducing GPT-1 (called "Improving Language Understanding by Generative Pre-Training"), OpenAI revealed that it trained GPT-1 on BookCorpus, a collection of "over 7,000 unique unpublished books from a variety of genres including Adventure, Fantasy, and Romance." OpenAI confirmed why a dataset of books was so valuable: "Crucially, it contains long stretches of contiguous text, which allows the generative model to learn to condition on long-range information." Hundreds of large language models have been trained on BookCorpus, including those made by OpenAI, Google, Amazon, and others.

39.     BookCorpus, however, is a controversial dataset. It was assembled in 2015 by a team of AI researchers for the purpose of training language models. They copied the books from a website called Smashwords.com that hosts unpublished novels that are available to readers at no cost. Those

---

[1] The definition of "OpenAI Language Models" encompasses any language models developed (or in development) by OpenAI, irrespective of whether those models underly ChatGPT.

FIRST CONSOLIDATED AMENDED COMPLAINT — 23-cv-3223-AMO

1  novels, however, are largely under copyright. They were copied into the BookCorpus dataset without

2  consent, credit, or compensation to the authors.

3      40.     OpenAI also copied many books while training GPT-3. In the July 2020 paper

4  introducing GPT-3 (called "Language Models are Few-Shot Learners"), OpenAI disclosed that 15% of

5  the enormous GPT-3 training dataset came from "two internet-based books corpora" that OpenAI

6  simply called "Books1" and "Books2."

7      41.     Tellingly, OpenAI has never revealed what books are part of the Books1 and Books2

8  datasets—though there are some clues. First, OpenAI admitted these are "internet-based books

9  corpora." Second, both Books1 and Books2 are apparently much larger than BookCorpus. Based on

10  numbers included in OpenAI's paper about GPT-3, Books1 is apparently about nine times larger;

11  Books2 is about 42 times larger. Since BookCorpus contained about 7,000 titles, this suggests Books1

12  would contain about 63,000 titles; Books2 would contain about 294,000 titles.

13      42.     But there are only a handful of "internet-based books corpora" that would be able to

14  deliver this much material.

15      43.     As noted in ¶ 41, the OpenAI Books1 dataset can be estimated to contain about 63,000

16  titles. Project Gutenberg is an online archive of e-books whose copyright has expired. In September

17  2020, Project Gutenberg claimed to have "over 60,000" titles. Project Gutenberg has long been

18  popular for training AI systems due to the lack of copyright. In 2018, a team of AI researchers created

19  the "Standardized Project Gutenberg Corpus," which contained "more than 50,000 books." On

20  information and belief, the OpenAI Books1 dataset is based on either the Standardized Project

21  Gutenberg Corpus or Project Gutenberg itself, because of the roughly similar sizes of the two datasets.

22      44.     As noted in ¶ 41, the OpenAI Books2 dataset can be estimated to contain about 294,000

23  titles. The only "internet-based books corpora" that have ever offered that much material are notorious

24  "shadow library" websites like Library Genesis (aka LibGen), Z-Library (aka B-ok), Sci-Hub, and

25  Bibliotik. The books aggregated by these websites have also been available in bulk via torrent systems.

26  These flagrantly illegal shadow libraries have long been of interest to the AI-training community: for

27  instance, an AI training dataset published in December 2020 by EleutherAI called "Books3" includes a

28  recreation of the Bibliotik collection and contains nearly 200,000 books. On information and belief, the

FIRST CONSOLIDATED AMENDED COMPLAINT — 23-cv-3223-AMO

1  OpenAI Books2 dataset includes books copied from these "shadow libraries," because those are the

2  largest sources of trainable books most similar in nature and size to OpenAI's description of Books2.

3      45.    In March 2023, OpenAI's paper introducing GPT-4 contained no information about its

4  dataset at all: OpenAI claimed that "[g]iven both the competitive landscape and the safety implications

5  of large-scale models like GPT-4, this report contains no further details about … dataset construction."

6  Later in the paper, OpenAI concedes it did "filter[ ] our dataset … to specifically reduce the quantity of

7  inappropriate erotic text content."

8

9          **INTERROGATING THE OPENAI LANGUAGE MODELS USING CHATGPT**

10      46.    ChatGPT is a language model created and sold by OpenAI. As its name suggests,

11  ChatGPT is designed to offer a conversational style of interaction with a user. OpenAI offers ChatGPT

12  through a web interface to individual users for $20 per month. Through the web interface, users can

13  choose to use two versions of ChatGPT: one based on the GPT-3.5 model, and one based on the newer

14  GPT-4 model.

15      47.    OpenAI also offers ChatGPT to software developers through an application-

16  programming interface (or "API"). The API allows developers to write programs that exchange data

17  with ChatGPT. Access to ChatGPT through the API is billed on the basis of usage.

18      48.    Regardless of how it is accessed—either through the web interface or through the API—

19  ChatGPT allows users to enter text prompts, which ChatGPT then attempts to respond to in a natural

20  way, i.e., ChatGPT can generate answers in a coherent and fluent way that closely mimics human

21  language. If a user prompts ChatGPT with a question, ChatGPT will answer. If a user prompts

22  ChatGPT with a command, ChatGPT will obey. If a user prompts ChatGPT to summarize a

23  copyrighted book, it will do so.

24      49.    ChatGPT's output, like other LLMs, relies on the data upon which it is trained to

25  generate new content. LLMs generate output based on patterns and connections drawn from the

26  training data. For example, if an LLM is prompted to generate a writing in the style of a certain author,

27  the LLM would generate content based on patterns and connections it learned from analysis of that

28  author's work within its training data.

FIRST CONSOLIDATED AMENDED COMPLAINT — 23-cv-3223-AMO

50. On information and belief, the reason ChatGPT can accurately summarize a certain copyrighted book is because that book was copied by OpenAI and ingested by the underlying OpenAI Language Model (either GPT-3.5 or GPT-4) as part of its training data.

51. When ChatGPT was prompted to summarize books written by each of the Plaintiffs, it generated very accurate summaries. These summaries are attached as **Exhibit B**. The summaries get some details wrong, which is expected, since a large language model mixes together expressive material derived from many sources. Still, the rest of the summaries are accurate, which means that ChatGPT retains knowledge of particular works in the training dataset and is able to output similar textual content.

## CLASS ALLEGATIONS

52. The "**Class Period**" as defined in this Complaint begins on at least June 28, 2020 and runs through the present. Because Plaintiffs do not yet know when the unlawful conduct alleged herein began, but believe, on information and belief, that the conduct likely began earlier than June 28, 2020, Plaintiffs reserve the right to amend the Class Period to comport with the facts and evidence uncovered during further investigation or through discovery.

53. **Class definition**. Plaintiffs bring this action for damages and injunctive relief as a class action under Federal Rules of Civil Procedure 23(a), 23(b)(2), and 23(b)(3), on behalf of the following Class:

> **All persons or entities domiciled in the United States that own a United States copyright in any work that was used as training data for the OpenAI Language Models during the Class Period.**

54. This Class definition excludes:

a. any of the Defendants named herein;

b. any of the Defendants' co-conspirators;

c. any of Defendants' parent companies, subsidiaries, and affiliates;

d. any of Defendants' officers, directors, management, employees, subsidiaries, affiliates, or agents;

9

|   |   |
|---|---|
| e. | all governmental entities; and |
| f. | the judges and chambers staff in this case, as well as any members of their immediate families. |

55.    **Numerosity**. Plaintiffs do not know the exact number of members in the Class. This information is in the exclusive control of Defendants. On information and belief, there are at least thousands of members in the Class geographically dispersed throughout the United States. Therefore, joinder of all members of the Class in the prosecution of this action is impracticable.

56.    **Typicality**. Plaintiffs' claims are typical of the claims of other members of the Class because Plaintiffs and all members of the Class were damaged by the same wrongful conduct of Defendants as alleged herein, and the relief sought herein is common to all members of the Class.

57.    **Adequacy**. Plaintiffs will fairly and adequately represent the interests of the members of the Class because the Plaintiffs have experienced the same harms as the members of the Class and have no conflicts with any other members of the Class. Furthermore, Plaintiffs retained and are represented by sophisticated and competent counsel who are experienced in prosecuting federal and state class actions, as well as other complex litigation.

58.    **Commonality and predominance**. Numerous questions of law or fact common to each Class arise from Defendants' conduct:

a.    whether Defendants violated the copyrights of Plaintiffs and the Class when they downloaded copies of Plaintiffs' copyrighted books and used them to train ChatGPT;

b.    whether ChatGPT itself is an infringing derivative work based on Plaintiffs' copyrighted books;

c.    Whether Defendants' conduct alleged herein constitutes Unfair Competition under California Business and Professions Code § 17200 *et seq*.

d.    Whether this Court should enjoin Defendants from engaging in the unlawful conduct alleged herein. And what the scope of that injunction would be.

e.    Whether any affirmative defense excuses Defendants' conduct.

f.    Whether any statutes of limitation constrain the potential recovery for Plaintiffs and the Class.

59.     These and other questions of law and fact are common to the Class and predominate over any questions affecting the members of the Class individually.

60.     **Other class considerations**. Defendants acted on grounds generally applicable to the Class. This class action is superior to alternatives, if any, for the fair and efficient adjudication of this controversy. Prosecuting the claims pleaded herein as a class action will eliminate the possibility of repetitive litigation and inconsistent results. There will be no material difficulty in the management of this Action as a class action. Further, final injunctive relief is appropriate with respect to the Class as a whole.

61.     The prosecution of separate actions by individual Class members would create the risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

## COUNT 1

### DIRECT COPYRIGHT INFRINGEMENT

### 17 U.S.C. § 501

62.     Plaintiffs incorporate by reference the preceding factual allegations.

63.     As the owners of the registered copyrights in books used to train the OpenAI Language Models, Plaintiffs hold the exclusive rights to those texts under 17 U.S.C. § 106.

64.     Plaintiffs never authorized OpenAI to make copies of their books, make derivative works, publicly display copies (or derivative works), or distribute copies (or derivative works). All those rights belong exclusively to Plaintiffs under copyright law.

65.     On information and belief, to train the OpenAI Language Models, OpenAI relied on harvesting mass quantities of textual material from the public internet, including Plaintiffs' books, which are available in digital formats.

66.     OpenAI made copies of Plaintiffs' books during the training process of the OpenAI Language Models without Plaintiffs' permission. Specifically, OpenAI copied at least the Infringed Works in Exhibit A.

67.     Licensing copyrighted material to train AI models is plainly feasible. It already happens. Indeed, OpenAI itself sought to license copyrighted materials to train its LLMs. For instance, OpenAI reached agreements with the Associated Press and Axel Springer to license textual materials for the purpose of LLM training. OpenAI has reportedly been in negotiations with other publishers as well.

68.     Because the OpenAI Language Models cannot function without the expressive information extracted from Plaintiffs' works (and others) and retained inside them, the OpenAI Language Models are themselves infringing derivative works, made without Plaintiffs' permission and in violation of their exclusive rights under the Copyright Act.

69.     Plaintiffs have been injured by OpenAI's acts of direct copyright infringement. Plaintiffs are entitled to statutory damages, actual damages, restitution of profits, and other remedies provided by law.

## COUNT 2

### UCL — Unfair Competition

### Cal. Bus. & Prof. Code §§ 17200 et seq.

70.     Plaintiffs incorporate by reference the preceding factual allegations.

71.     Defendants engaged in unfair business practices by, among other things, using Plaintiffs' Infringed Works to train ChatGPT without permission from Plaintiffs or Class members.

72.     The unfair business practices described herein violate California Business and Professions Code § 17200 et seq. (the "UCL").

73.     The unfair business practices described herein violate the UCL because they are unfair, immoral, unethical, oppressive, unscrupulous, or injurious to consumers, and because Defendants used Plaintiffs' protected works to train ChatGPT for Defendants' own commercial profit without the authorization of Plaintiffs or the Class. Defendants unfairly profit from and take credit for developing a commercial product based on unattributed reproductions of those stolen writings and ideas.

74.     The unlawful business practices described herein violate the UCL because consumers are likely to be deceived. Defendants knowingly and secretively trained ChatGPT using unauthorized

copies of Plaintiffs' copyrighted work. Defendants deceptively marketed their product in a manner that fails to attribute the success of their product to the copyrighted work on which it is based.

## DEMAND FOR JUDGMENT

WHEREFORE, Plaintiffs request that the Court enter judgment on their behalf and on behalf of the Class defined herein, by ordering:

a) This Action may proceed as a class action, with Plaintiffs serving as Class Representatives, and with Plaintiffs' counsel as Class Counsel.

b) A declaration that Defendants have infringed Plaintiffs' and the Class' exclusive copyrights in the Infringed Works under the Copyright Act.

c) A declaration that such infringement is willful.

d) Judgment in favor of Plaintiffs and the Class and against Defendants.

e) An award of statutory and other damages under 17 U.S.C. § 504 for Defendants' willful infringement of Plaintiffs' and the Class' exclusive copyrights in the Infringed Works.

f) Reasonable attorneys' fees and costs as available under 17 U.S.C. § 505 or other applicable statute.

g) Pre- and post-judgment interest on the damages awarded to Plaintiffs and the Class, and that such interest be awarded at the highest legal rate from and after the date this class action complaint is first served on Defendants.

h) Defendants are to be jointly and severally responsible financially for the costs and expenses of a Court-approved notice program through post and media designed to give immediate notification to the Class.

i) Further relief for Plaintiffs and the Class as may be just and proper.

**JURY TRIAL DEMANDED**

Under Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all the claims asserted in this Complaint so triable.


Dated: March 13, 2024                    By:        /s/ *Joseph R. Saveri*
                                                      Joseph R. Saveri


Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               hbenon@saverilawfirm.com
               acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:         bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (312) 782-4880
Email:         asweatman@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*