*Silverman, 3:23-cv-034156- AMO, (consolidated with In Re OpenAI ChatGPT Litigation, 23-cv-3223-AMO), Docket Sheet ONLY*

ADRMOP,AO279,AdminClosed,CONSOL

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23−cv−03416−AMO

| | |
|---|---|
| Silverman et al v. OpenAI, Inc. et al | Date Filed: 07/07/2023 |
| Assigned to: Judge Araceli Martinez−Olguin | Date Terminated: 02/16/2024 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Lead case: 3:23−cv−03223−AMO | Nature of Suit: 820 Copyright |
| Member case: (View Member Case) | Jurisdiction: Federal Question |
| Cause: 17:504 Copyright Infringement | |

**Plaintiff**

**Sarah Silverman**　　　　　　represented by　**Joseph R. Saveri**
　　　　　　　　　　　　　　　　　　　　　　　Joseph Saveri Law Firm, LLP
　　　　　　　　　　　　　　　　　　　　　　　601 California St.
　　　　　　　　　　　　　　　　　　　　　　　Suite 1505
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　　　415−500−6800
　　　　　　　　　　　　　　　　　　　　　　　Fax: 415−395−9940
　　　　　　　　　　　　　　　　　　　　　　　Email: jsaveri@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Cadio R. Zirpoli**
　　　　　　　　　　　　　　　　　　　　　　　Joseph Saveri Law Firm, LLP
　　　　　　　　　　　　　　　　　　　　　　　601 California St
　　　　　　　　　　　　　　　　　　　　　　　Ste 1505
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　　　415−500−6800
　　　　　　　　　　　　　　　　　　　　　　　Fax: 415−395−9940
　　　　　　　　　　　　　　　　　　　　　　　Email: czirpoli@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Christopher K.L. Young**
　　　　　　　　　　　　　　　　　　　　　　　Joseph Saveri Law Firm, LLP
　　　　　　　　　　　　　　　　　　　　　　　601 California Street
　　　　　　　　　　　　　　　　　　　　　　　Ste 1505
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　　　415−500−6807
　　　　　　　　　　　　　　　　　　　　　　　Email: cyoung@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Kathleen Jordan McMahon**
　　　　　　　　　　　　　　　　　　　　　　　Sidran Law Corp
　　　　　　　　　　　　　　　　　　　　　　　2010 Crow Canyon Place, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Ste 1505
　　　　　　　　　　　　　　　　　　　　　　　94583
　　　　　　　　　　　　　　　　　　　　　　　San Ramon, CA 94583
　　　　　　　　　　　　　　　　　　　　　　　925−529−1350
　　　　　　　　　　　　　　　　　　　　　　　Email: kmacmahon@sidranlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/12/2024*

**Plaintiff**

**Christopher Golden**　　　　　represented by　**Joseph R. Saveri**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Cadio R. Zirpoli**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

|  |  | **Christopher K.L. Young**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Kathleen Jordan McMahon**<br>(See above for address)<br>*TERMINATED: 08/12/2024* |

**Plaintiff**

| **Richard Kadrey** | represented by | **Joseph R. Saveri**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Cadio R. Zirpoli**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Christopher K.L. Young**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kathleen Jordan McMahon**<br>(See above for address)<br>*TERMINATED: 08/12/2024* |

V.

**Defendant**

| **OpenAI, Inc.** | represented by | **Andrew Michael Gass**<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391–0600<br>Fax: 415–395–8095<br>Email: andrew.gass@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Joseph Charles Gratz**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268–7000<br>Fax: (415) 268–7522<br>Email: JGratz@mofo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Joseph Richard Wetzel**<br>Latham and Watkins LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111<br>415––391–0600<br>Fax: 415–395–8500<br>Email: joseph.wetzel@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Allison L Stillman**<br>Latham & Watkins<br>1271 Avenue of the Americas |

New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: alli.stillman@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017–3543
(213) 892–5200
Fax: (213) 892–5454
Email: ABennett@mofo.com
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
Latham and Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
United Sta
202–637–2200
Email: sy.damle@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268–7000
Fax: (415) 268–7522
Email: tcheung@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **OpenAI, L.P.** | represented by | **Andrew Michael Gass** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joseph Charles Gratz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joseph Richard Wetzel** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Allison L Stillman** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Allyson Roz Bennett** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarang Damle** (See above for address) *PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI OpCo, L.L.C.**          represented by   **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP, L.L.C.**          represented by   **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Startup Fund GP I, L.L.C.**  represented by  **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allyson Roz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarang Damle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Startup Fund I, L.P.**  represented by  **Andrew Michael Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison L Stillman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  | **Allyson Roz Bennett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Sarang Damle**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Tiffany Cheung**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **OpenAI Startup Fund Management, LLC** | represented by | **Andrew Michael Gass**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Joseph Charles Gratz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Joseph Richard Wetzel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Allison L Stillman**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Allyson Roz Bennett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sarang Damle**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Tiffany Cheung**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402, receipt number ACANDC–18431213.). Filed byRichard Kadrey, Christopher Golden, Sarah Silverman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Saveri, Joseph) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/07/2023 | 2 | Proposed Summons. (Saveri, Joseph) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/07/2023 | 3 | REPORT on the filing or determination of an action regarding *Copyrights* (cc: form mailed to register). (Saveri, Joseph) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/10/2023 | 4 | Case assigned to Magistrate Judge Kandis A. Westmore.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other |

| | | |
|---|---|---|
| | | new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 7/24/2023. (kmg, COURT STAFF) (Filed on 7/10/2023) (Entered: 07/10/2023) |
| 07/10/2023 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/3/2023. Initial Case Management Conference set for 10/10/2023 01:30 PM in Oakland, – To be determined. (far, COURT STAFF) (Filed on 7/10/2023) (Entered: 07/10/2023)** |
| 07/10/2023 | 6 | REPORT on the filing or determination of an action regarding copyright (cc: form mailed to register). (far, COURT STAFF) (Filed on 7/10/2023) (Entered: 07/10/2023) |
| 07/10/2023 | 7 | Summons Issued as to OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (far, COURT STAFF) (Filed on 7/10/2023) (Entered: 07/10/2023) |
| 07/14/2023 | 8 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI GP, L.L.C. served on 7/11/2023, answer due 8/1/2023. (Saveri, Joseph) (Filed on 7/14/2023) (Entered: 07/14/2023) |
| 07/14/2023 | 9 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI, Inc. served on 7/11/2023, answer due 8/1/2023. (Saveri, Joseph) (Filed on 7/14/2023) (Entered: 07/14/2023) |
| 07/14/2023 | 10 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI, L.P. served on 7/11/2023, answer due 8/1/2023. (Saveri, Joseph) (Filed on 7/14/2023) (Entered: 07/14/2023) |
| 07/14/2023 | 11 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI OpCo, L.L.C. served on 7/11/2023, answer due 8/1/2023. (Saveri, Joseph) (Filed on 7/14/2023) (Entered: 07/14/2023) |
| 07/14/2023 | 12 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI Startup Fund Management, LLC served on 7/11/2023, answer due 8/1/2023. (Saveri, Joseph) (Filed on 7/14/2023) (Entered: 07/14/2023) |
| 07/20/2023 | 13 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI Startup Fund GP I, L.L.C. served on 7/12/2023, answer due 8/2/2023. (Saveri, Joseph) (Filed on 7/20/2023) (Entered: 07/20/2023) |
| 07/20/2023 | 14 | SUMMONS Returned Executed by Richard Kadrey, Christopher Golden, Sarah Silverman. OpenAI Startup Fund I, L.P. served on 7/12/2023, answer due 8/2/2023. (Saveri, Joseph) (Filed on 7/20/2023) (Entered: 07/20/2023) |
| 07/21/2023 | 15 | NOTICE of Appearance by Joseph Charles Gratz (Gratz, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 16 | NOTICE of Appearance by Tiffany Cheung (Cheung, Tiffany) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 17 | NOTICE of Appearance by Allyson Roz Bennett (Bennett, Allyson) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 18 | NOTICE of Appearance by Andrew Michael Gass *on Behalf of Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.* (Gass, Andrew) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 19 | NOTICE of Appearance by Joseph Richard Wetzel *on Behalf of Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.* (Wetzel, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 07/21/2023 | 20 | Certificate of Interested Entities by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P. identifying Corporate Parent OPENAI, INC. for OpenAI GP, L.L.C., OpenAI OpCo, L.L.C.; Corporate Parent OPENAI STARTUP FUND GP I, L.L.C., Other Affiliate Microsoft Corporation for OpenAI Startup Fund I, L.P.. (Gratz, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 21 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Christopher Golden, Richard Kadrey, Sarah Silverman.. (Saveri, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 22 | STIPULATION WITH PROPOSED ORDER *Extending Deadline to Respond to Complaints* filed by Christopher Golden, Richard Kadrey, Sarah Silverman. (Saveri, Joseph) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/24/2023 | 23 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (wft, COURT STAFF) (Filed on 7/24/2023) (Entered: 07/24/2023) |
| 07/24/2023 | 24 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Trina L Thompson for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Signed by The Clerk on 7/24/2023. (bar, COURT STAFF) (Filed on 7/24/2023) (Entered: 07/24/2023)** |
| 07/24/2023 | 25 | CLERKS NOTICE – REASSIGNED CASE – NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Trina L. Thompson upon reassignment. For a copy of Judge Thompson's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Initial Case Management Conference set for 10/12/2023 at 2:00 PM in San Francisco – Videoconference Only. This proceeding will be held via a Zoom webinar. Joint Case Management Statement due by 10/5/2023.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/trina−l−thompson/<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 7/24/2023) (Entered: 07/24/2023) |
| 07/28/2023 | 26 | **ORDER RELATING CASE. The Court has reviewed the motion and determined that Case No. 23−cv−3223 AMO is related to Case No. 23−cv−3416 TLT. Signed by Judge Araceli Martinez−Olguin on 7/28/2023. (ads, COURT STAFF) (Filed on 7/28/2023) Modified on 7/28/2023 (ads, COURT STAFF). (Entered: 07/28/2023)** |

| | | |
|---|---|---|
| 07/28/2023 | 27 | **ORDER REASSIGNING CASE. Case reassigned to Judge Araceli Martinez−Olguin for all further proceedings. Judge Trina L Thompson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 7/28/2023. (Attachments: # 1 Notice of Eligibility for Video Recording)(ark, COURT STAFF) (Filed on 7/28/2023) (Entered: 07/28/2023)** |
| 07/28/2023 | 28 | **Order by Judge Araceli Martinez−Olguin granting 22 Stipulation Regarding Defendants' Deadline to Respond to Complaints. Plaintiffs' oppositions due by 9/27/2023. Defendants' Replies due by 10/11/2023. Anticipated Motion(s) Hearing set for 12/7/2023 at 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez−Olguin. (ads, COURT STAFF) (Filed on 7/28/2023) (Entered: 07/28/2023)** |
| 08/10/2023 | 29 | Certificate of Interested Entities by Christopher Golden, Richard Kadrey, Sarah Silverman (Saveri, Joseph) (Filed on 8/10/2023) (Entered: 08/10/2023) |
| 08/28/2023 | 30 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18592160.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Stillman, Allison) (Filed on 8/28/2023) (Entered: 08/28/2023) |
| 08/28/2023 | 31 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18592224.) filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Damle, Sarang) (Filed on 8/28/2023) (Entered: 08/28/2023) |
| 08/28/2023 | 32 | MOTION to Dismiss filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. Motion Hearing set for 12/7/2023 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez−Olguin. Responses due by 9/27/2023. Replies due by 10/11/2023. (Attachments: # 1 Proposed Order)(Gass, Andrew) (Filed on 8/28/2023) (Entered: 08/28/2023) |
| 08/29/2023 | 33 | **Order by Judge Araceli Martinez−Olguin granting 31 Motion for Pro Hac Vice as to Sarang Vijay Damle. (ads, COURT STAFF) (Filed on 8/29/2023) (Entered: 08/29/2023)** |
| 08/30/2023 | 34 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18592160.) Filing fee previously paid on 08/28/2023 filed by OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Certificate of Good Standing)(Stillman, Allison) (Filed on 8/30/2023) (Entered: 08/30/2023) |
| 08/30/2023 | 35 | **Order by Judge Araceli Martinez−Olguin granting 34 Motion for Pro Hac Vice as to Allison L. Stillman. (ads, COURT STAFF) (Filed on 8/30/2023) (Entered: 08/30/2023)** |
| 09/08/2023 | 36 | Clerk's Notice Scheduling Case Management Conference. You are noticed that the Court has scheduled an Initial Case Management Conference before Judge Araceli Martinez−Olguin upon reassignment. For a copy of Judge Martinez−Olguin's Standing Order and other information, please refer to the Court's website at https://www.cand.uscourts.gov/judges/martinez−olguin−araceli−amo/.<br><br>Case Management Statement due by 12/28/2023. Initial Case Management Conference set for 1/4/2024 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 9/8/2023) (Entered: 09/08/2023) |
| 09/08/2023 | 37 | Rule 7.1 Disclosures by OpenAI, L.P. – *Certification of Interested Entities Or Persons And Corporate Disclosure Statement* (Bennett, Allyson) (Filed on 9/8/2023) (Entered: 09/08/2023) |

| | | |
|---|---|---|
| 09/14/2023 | 38 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI GP, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 39 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI OpCo, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 40 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund GP I, L.L.C.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 41 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund I, L.P.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 42 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI Startup Fund Management, LLC* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 43 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI, Inc.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 44 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of OpenAI, L.P.* (Gratz, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 45 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Saveri, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 46 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Saveri, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/14/2023 | 47 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Saveri, Joseph) (Filed on 9/14/2023) (Entered: 09/14/2023) |
| 09/27/2023 | 48 | OPPOSITION/RESPONSE (re 32 MOTION to Dismiss ) filed byChristopher Golden, Richard Kadrey, Sarah Silverman. (Saveri, Joseph) (Filed on 9/27/2023) (Entered: 09/27/2023) |
| 10/11/2023 | 49 | REPLY (re 32 MOTION to Dismiss ) filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Gass, Andrew) (Filed on 10/11/2023) (Entered: 10/11/2023) |
| 10/16/2023 | 50 | NOTICE by Christopher Golden, Richard Kadrey, Sarah Silverman *NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS* (Attachments: # 1 Exhibit 1)(Young, Christopher) (Filed on 10/16/2023) (Entered: 10/16/2023) |
| 10/17/2023 | 51 | Brief *Memorandum of Law Regarding Further Proposed Scheduling* filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc.. (Bennett, Allyson) (Filed on 10/17/2023) (Entered: 10/17/2023) |
| 10/17/2023 | 52 | Brief *PLAINTIFFS BRIEF IN SUPPORT OF PROPOSED SCHEDULE* filed byChristopher Golden, Richard Kadrey, Sarah Silverman. (Saveri, Joseph) (Filed on 10/17/2023) (Entered: 10/17/2023) |
| 10/31/2023 | 53 | STIPULATION WITH PROPOSED ORDER *Joint Stipulated Extension of Time for Status Conference* filed by Christopher Golden, Richard Kadrey, Sarah Silverman. (Attachments: # 1 Declaration of Christopher K.L. Young)(Young, Christopher) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 10/31/2023 | 54 | **Order by Judge Araceli Martinez−Olguin granting 53 Stipulation Extending Time for Status Conference. (ads, COURT STAFF) (Filed on 10/31/2023) (Entered: 10/31/2023)** |
| 10/31/2023 | 55 | Clerk's Notice Setting Zoom Hearing. Status Conference set for 11/8/2023 at 10:00 AM in San Francisco, – Videoconference Only before Judge Araceli Martinez−Olguin. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/judges/martinez−olguin−araceli−amo/ |

| | | |
|---|---|---|
| | | **Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at amocrd@cand.uscourts.gov no later than November 6, 2023 at 12:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 10/31/2023 | 56 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1)(Gass, Andrew) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 11/08/2023 | 57 | **Minute Entry for proceedings held before Judge Araceli Martinez−Olguin: Status Conference held on 11/8/2023. Stipulation to Consolidate Cases discussed. Modified Order to follow.**<br><br>Total Time in Court: 22 minutes.<br>Court Reporter: Recorded via Zoom.<br>Plaintiff Attorney: Joseph R. Saveri, Matthew Butterick, and Bryan L. Clobes.<br>Defendant Attorney: Jospeh Gratz, Tiffany Cheung, and Andrew Gass.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Date Filed: 11/8/2023) (Entered: 11/08/2023) |
| 11/09/2023 | 58 | **PRETRIAL ORDER NO. 1. Signed by Judge Araceli Martinez−Olguin on 11/9/2023. (ads, COURT STAFF) (Filed on 11/9/2023) (Entered: 11/09/2023)** |
| 11/27/2023 | 59 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byOpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, Inc., OpenAI, L.P.. (Attachments: # 1 Exhibit 1)(Gass, Andrew) (Filed on 11/27/2023) (Entered: 11/27/2023) |
| 11/28/2023 | 60 | Transcript of Proceedings held on 11/08/23, before Judge Araceli Martinez−Olguin. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (72 in 3:23−cv−03223−AMO) Transcript Order ) Redaction Request due 12/19/2023. Redacted Transcript Deadline set for 12/29/2023. Release of Transcript Restriction set for 2/26/2024. (Jauregui, Tara) (Filed on 11/28/2023) (Entered: 11/28/2023) |
| 12/06/2023 | 61 | Clerk's Notice Continuing Motions Hearing. Motions to Dismiss Hearing reset for 12/7/2023 at **02:30 PM** in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez−Olguin. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*(ads, COURT STAFF) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/06/2023 | 62 | Set/Reset Deadlines as to (32 in 3:23−cv−03416−AMO) MOTION to Dismiss. , (33 in 3:23−cv−03223−AMO) MOTION to Dismiss, *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/08/2023 | 63 | **Minute Entry for proceedings held before Judge Araceli Martinez−Olguin: Motions to Dismiss Hearing held on 12/7/2023. Argument heard; matter submitted. Court to issue Order.** |

| | | |
|---|---|---|
| | | Total Time in Court: 18 minutes.<br>Court Reporter: Ana Dub.<br>Plaintiff Attorney: Joseph Saveri, Christopher K.L. Young, and Matthew Butterick.<br>Defendant Attorney: Joseph Gratz and Andrew Gass.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Date Filed: 12/8/2023) (Entered: 12/08/2023) |
| 12/11/2023 | 64 | Transcript of Proceedings held on December 7, 2023, before Judge Araceli Martinez−Olguin. Court Reporter Ana Dub, CSR 7445, RDR, RMR, CRR, CCRR, CRG, CCG, telephone number 415−290−1651; ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (87 in 3:23−cv−03223−AMO) Transcript Order ) Release of Transcript Restriction set for 3/11/2024. (amd, COURT STAFF) (Filed on 12/11/2023) (Entered: 12/11/2023) |
| 12/13/2023 | 65 | Clerk's Notice Vacating Case Management Conference. Case Management Conference set for 1/4/2024 at 10:00 AM is hereby VACATED. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 12/13/2023) (Entered: 12/13/2023) |
| 01/01/2024 | 66 | TRANSCRIPT ORDER for proceedings held on December 7, 2023 before Judge Araceli Martinez−Olguin for Court Reporter Ana Dub (amd, COURT STAFF) (Filed on 1/1/2024) (Entered: 01/01/2024) |
| 02/12/2024 | 67 | TRANSCRIPT ORDER for proceedings held on December 27, 2023 before Judge Araceli Martinez−Olguin for Court Reporter Ana Dub (amd, COURT STAFF) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/12/2024 | 68 | **Order by Judge Araceli Martinez−Olguin granting in part and denying in part 32 Motion to Dismiss. Cross−posted in 23−cv−03223. (amolc2, COURTSTAFF) (Filed on 2/12/2024) (Entered: 02/12/2024)** |
| 02/16/2024 | 69 | **Order as Modified by Judge Araceli Martinez−Olguin granting (60) Stipulation Consolidating Cases in case 3:23−cv−03223−AMO. Associated Cases: 3:23−cv−03223−AMO, 3:23−cv−03416−AMO, 3:23−cv−04625−AMO(ads, COURT STAFF) (Filed on 2/16/2024) (Entered: 02/16/2024)** |
| 02/16/2024 | 70 | **PRETRIAL ORDER as Modified. Signed by Judge Araceli Martinez−Olguin on 2/16/2024. (ads, COURT STAFF) (Filed on 2/16/2024) (Entered: 02/16/2024)** |
| 08/12/2024 | 71 | NOTICE of Change In Counsel by Joseph R. Saveri *Withdrawal of Counsel − Kathleen J. McMahon* (Saveri, Joseph) (Filed on 8/12/2024) (Entered: 08/12/2024) |