**_Authors Guild_, 1:23-cv-08292-SHS-OTW,**

**Docket Sheet and First Consolidated Class Action Complaint**

CASREF,ECF,LEAD

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–08292–SHS–OTW

Authors Guild et al v. OpenAI Inc. et al
Assigned to: Judge Sidney H. Stein
Referred to: Magistrate Judge Ona T. Wang
Related Cases:   1:23–cv–10211–SHS–OTW
                 1:23–cv–11195–SHS–OTW
                 1:24–cv–00084–SHS–OTW
Cause: 17:501 Copyright Infringement

Date Filed: 09/19/2023
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Authors Guild**                                 represented by   **Anna Josefine Freymann**
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
New York, NY 10013
212–355–9500
Email: afreymann@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
Cowan, DeBaets, Abrahams & Sheppard
LLP
60 Broad Street
30th Floor
New York
New York, NY 10004
212–974–7474
Email: ccole@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
Cowan DeBaets Abrahams & Sheppard
LLP
60 Broad St
30th Floor
New York, NY 10004
212–974–7474
Fax: 212–974–8474
Email: ssholder@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
Lieff Cabraser Heimann & Bernstein, LLP
1322 4th Avenue North
Nashville, TN 37208
615–600–4780
Email: wdozier@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002
713–651–9366

Email: amagee@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
Susman Godfrey LLP
One Manhattan West
Ste 50th Fl
New York, NY 10001
212–336–8330
Email: clepic@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street
29th Floor
Ste 29th Floor
San Francisco, CA 94111–3339
415–956–1000
Fax: 415–956–1008
Email: ibensberg@lchb.com
*TERMINATED: 01/24/2024*

**Jordan Connors**
Susman Godfrey L.L.P.
401 Union Street
Ste 3000
Seattle, WA 98101
206–516–3880
Email: jconnors@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
Lieff Cabraser Heimann & Bernstein, LLP
450 Golden Gate
San Francisco, CA 94102
339–933–0815
Email: rstoler@lchb.com
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, NY 10013–1413
(212) 355–9500
Fax: (212)–355–9592
Email: rgeman@lchb.com
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
Susman Godfrey LLP (CA)
1900 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067
310–789–3100
Fax: 310–789–3150
Email: rnath@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Baldacci**                    represented by  **Anna Josefine Freymann**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mary Bly**                                    represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Connelly**                    represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Day**                    represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Franzen**          represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Grisham**          represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elin Hilderbrand**                    represented by  **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)

*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christina Baker Kline                    represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maya Shanbhag Lang**                     represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor LaValle**                     represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George R.R. Martin**          represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jodi Picoult**                    represented by   **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Douglas Preston                    represented by    **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Roxana Robinson                    represented by    **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Saunders**                    represented by  **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Turow**                    represented by **Anna Josefine Freymann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Jonathan Sholder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Dozier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Magee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian R. Bensberg**
(See above for address)
*TERMINATED: 01/24/2024*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reilly Todd Stoler**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Vail**                    represented by    **Anna Josefine Freymann**
*individually and on behalf of others*                (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **CeCe Cole**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Scott Jonathan Sholder**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Wesley Dozier**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Amber Magee**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Charlotte Lepic**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ian R. Bensberg**
                                                      (See above for address)
                                                      *TERMINATED: 01/24/2024*

                                                      **Jordan Connors**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Reilly Todd Stoler**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Rachel Geman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Rohit Nath**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**Jonathan Alter**

represented by **Craig Smyser**
Susman Godfrey LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212–336–8330
Email: csmyser@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kai Bird**

represented by **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Taylor Branch**

represented by **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Rich Cohen**

represented by **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Sides Hampton**                    represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Eugene Linden**                    represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Daniel Okrent**                    represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Julian Sancton**                          represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Stacy Schiff**                            represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**James Shapiro**                           represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jia Tolentino**                           represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Connors**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Simon Winchester**                    represented by    **Craig Smyser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charlotte Lepic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jordan Connors**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rohit Nath**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nicholas Basbanes**                   represented by    **Michael Philip Richter**
                                                          Grant Herrmann Schwartz & Klinger LLP
                                                          107 Greenwich Street
                                                          Ste 25th Floor
                                                          New York, NY 10006
                                                          212–682–1800
                                                          Email: mrichter@ghsklaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nicholas Ngagoyeanes**                represented by    **Michael Philip Richter**
*(professionally known as Nicholas Gage)*                 (See above for address)
*individually and on behalf of all others*                *LEAD ATTORNEY*
*similarly situated*                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OpenAI Inc.**                         represented by    **Allison Levine Stillman**
                                                          Latham & Watkins LLP
                                                          1271 Avenue of the Americas
                                                          New York, NY 10020
                                                          212–906–1200
                                                          Fax: 212–751–4864
                                                          Email: alli.stillman@lw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew Gass**
                                                          Latham & Watkins, LLP (SanFran)
                                                          505 Montgomery Street, Ste. 2000
                                                          San Francisco, CA 94111
                                                          (415)–391–0600
                                                          Fax: (415)–395–8095
                                                          Email: andrew.gass@lw.com
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: elana.nightingaledawson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: herman.yue@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: JGratz@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Email: joe.wetzel@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: michael.david@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: rachel.blitzer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

415−391−5400
Fax: 415−397−7188
Email: rvannest@keker.com
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202−637−2200
Fax: 202−637−2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017−3543
213−892−5200
Fax: 213−892−5454
Email: ABennett@mofo.com
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415−391−5400
Fax: 415−397−7188
Email: abruns@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
Keker, Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
415−629−0257
Email: adawson@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: APerito@mofo.com
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202−650−4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

415–391–5400
Fax: 415–397–7188
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: ebayley@keker.com
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212–336–4123
Fax: 212–468–7900
Email: ewood@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130–2040
858–720–5100
Fax: 858–720–5125
Email: jlanham@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111
415–962–8806
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415−391−5400
Fax: 415−397−1788
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)−391−5400
Fax: (415)−397−7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rose Lee**
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
213−892−5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415)−391−5400
Fax: (415)−397−7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 10019
415−268−7000
Email: tcheung@mofo.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: vranieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **OpenAI LP**<br>*TERMINATED: 02/06/2024* | represented by | **Allison Levine Stillman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Gass**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP LLC**                     represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI LLC**                        represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **OpenAI OpCo LLC** | represented by | **Allison Levine Stillman** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Global LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**OAI Corporation LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Holdings LLC**                              represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI Startup Fund I LP**                represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Startup Fund GP I LLC**                represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI Startup Fund Management LLC**          represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Microsoft Corporation**          represented by   **Jeffrey S. Jacobson**
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
212–248–3191
Email: jeffrey.jacobson@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
Orrick, Herrington & Sutcliffe LLP (San Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773–4585
Fax: (415) 773–5759

Email: ahurst@orrick.com
*ATTORNEY TO BE NOTICED*

**Brianna Silverstein**
Faegre Drinker Biddle & Reath LLP
1500 K Street NW
Washington, DC 20005
202−230−5136
Email: brianna.silverstein@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Carrie A. Beyer**
Drinker Biddle & Reath, LLP (IL)
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
312−569−1000
Fax: 312−569−3000
Email: carrie.beyer@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212−506−3778
Email: ccariello@orrick.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Mead Cavert Scheibel**
Faegre Drinker Biddle & Reath LLP
90 S 7th St
Suite 2200
Minneapolis, MN 55402
612−766−7628
Email: elizabeth.scheibel@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Jared Barrett Briant**
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303−607−3588
Email: jared.briant@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Kirstin Stoll−DeBell**
Faegre Drinker Biddle & Reath LLP
1144 15th Street
Ste 3400
Denver, CO 80202
303−927−5212
Fax: 303−607−3600
Email: kirstin.stolldebell@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Marc Shapiro**
Orrick, Herrington, & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212−506−3521
Email: mrshapiro@orrick.com
*ATTORNEY TO BE NOTICED*

**Sheryl Koval Garko**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116
617–880–1800
Fax: 617–880–1801
Email: sgarko@orrick.com
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**

**Microsoft Corporation**           represented by   **Annette Louise Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brianna Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carrie A. Beyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Mead Cavert Scheibel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Barrett Briant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirstin Stoll–DeBell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Brooks Najemy**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116
617–880–1800
Email: lnajemy@orrick.com
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OAI Corporation LLC**           represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI GP LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Global LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Holdings LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Inc.**                          represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consolidated Defendant**</u>

**OpenAI LLC**                      represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI OpCo LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Startup Fund GP I LLC**          represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Startup Fund I LP**                 represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**OpenAI Startup Fund Management LLC**

represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Paul Tremblay**                          represented by   **Christopher James Hydal**
                                                           Joseph Saveri Law Firm, LLP
                                                           601 California Street
                                                           Ste 1505
                                                           San Francisco, CA 94108
                                                           415–500–6800
                                                           Fax: 415–395–9940
                                                           Email: chydal@saverilawfirm.com
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**MICHAEL CHABON**                         represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**TA–NEHISI COATES**                       represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**JUNOT DAZ**                              represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**ANDREW SEAN GREER**                      represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**DAVID HENRY HWANG**                      represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**MATTHEW KLAM**                           represented by   **Christopher James Hydal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**LIPPMAN LAURA**                          represented by   **Christopher James Hydal**
                                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**RACHEL LOUISE SNYDER**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**AYELET WALDMAN**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**JACQUELINE WOODSON**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Sarah Silverman**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Christopher Golden**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Richard Kadrey**　　　　represented by　**Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Julian Sancton**　　　　represented by　**Jordan Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Mr. Nicholas Basbanes**

**Interested Party**

**Mr. Nicholas Ngagoyeanes**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2023 | 1 | COMPLAINT against OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–28311680)Document filed by Victor LaValle, John Grisham, Scott Turow, David Baldacci, Authors Guild, Rachel Vail, George Saunders, Jodi Picoult, Jonathan Franzen, Mary Bly, Christina Baker Kline, George R.R. Martin, Douglas Preston, Roxana Robinson, Elin Hilderbrand, Michael Connelly, Maya Shanbhag Lang, Sylvia Day. (Attachments: # 1 Exhibit A – Plaintiff Registrations).(Geman, Rachel) (Entered: 09/19/2023) |
| 09/19/2023 | 2 | CIVIL COVER SHEET filed..(Geman, Rachel) (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/19/2023 | 3 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI Inc.; OpenAI LP; OpenAI GP LLC; OpenAI OpCo LLC; OpenAI Global LLC; OpenAI Holdings LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund Management LLC, re: 1 Complaint,,. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) Modified on 9/20/2023 (pc). (Entered: 09/20/2023) |
| 09/20/2023 | 4 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI LLC; OAI Corporation LLC; OpenAI Startup Fund I LP, re: 1 Complaint,,. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) Modified on 9/20/2023 (pc). (Entered: 09/20/2023) |
| 09/20/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Sidney H. Stein. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 09/20/2023) |
| 09/20/2023 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | | Case Designated ECF. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Rachel Geman to RE–FILE Document No. 3 Request for Issuance of Summons,, 4 Request for Issuance of Summons,,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Remove California OpenAI Entities and Delaware OpenAI Entities from the defendant name and address fields;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC, re: 1 Complaint,,. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 09/20/2023) |
| 09/20/2023 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI LLC, OAI Corporation LLC, and OpenAI Startup Fund I LP c/o Corporation Service Company, re: 1 Complaint,,. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 09/20/2023) |
| 09/21/2023 | 7 | ELECTRONIC SUMMONS ISSUED as to OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC..(jgo) (Entered: 09/21/2023) |

| 09/21/2023 | 8 | ELECTRONIC SUMMONS ISSUED as to OAI Corporation LLC, OpenAI LLC, OpenAI Startup Fund I LP..(jgo) (Entered: 09/21/2023) |
|---|---|---|
| 09/21/2023 | 9 | NOTICE OF APPEARANCE by Scott Jonathan Sholder on behalf of Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Sholder, Scott) (Entered: 09/21/2023) |
| 09/21/2023 | 10 | NOTICE OF APPEARANCE by CeCe Cole on behalf of Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Cole, CeCe) (Entered: 09/21/2023) |
| 09/21/2023 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Authors Guild..(Sholder, Scott) (Entered: 09/21/2023) |
| 09/27/2023 | 12 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Cole, CeCe) (Entered: 09/27/2023) |
| 09/28/2023 | 13 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(pc) (Entered: 09/28/2023) |
| 10/04/2023 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Inc. waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI LP waiver sent on 10/3/2023, answer due 12/4/2023; OpenAI OpCo LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 16 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 17 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Global LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. OAI Corporation LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Holdings LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; |

| | | |
|---|---|---|
| | | Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 20 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Startup Fund I LP waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/04/2023) |
| 10/04/2023 | 21 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Startup Fund GP I LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/05/2023) |
| 10/05/2023 | 22 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Startup Fund Management LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/05/2023) |
| 10/05/2023 | 23 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI GP LLC waiver sent on 10/3/2023, answer due 12/4/2023. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Geman, Rachel) (Entered: 10/05/2023) |
| 10/05/2023 | 24 | ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/29/2023 at 03:30 PM in Courtroom 23A, 500 Pearl Street, New York, NY 10007 before Judge Sidney H. Stein. SO ORDERED. (Signed by Judge Sidney H. Stein on 10/5/2023) (jca) (Entered: 10/05/2023) |
| 11/20/2023 | 25 | MOTION for Joseph Charles Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28593539. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit of Joseph C. Gratz in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Gratz, Joseph) (Entered: 11/20/2023) |
| 11/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Joseph Charles Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28593539. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/20/2023) |
| 11/21/2023 | 26 | ORDER granting 25 Motion for Joseph Charles Gratz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 11/21/2023) |
| 11/22/2023 | 27 | MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609088. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit / Declaration of Andrew M. Gass in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Gass, Andrew) (Entered: 11/22/2023) |

| 11/22/2023 | 28 | NOTICE OF APPEARANCE by Sarang Damle on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Damle, Sarang) (Entered: 11/22/2023) |
|---|---|---|
| 11/22/2023 | 29 | NOTICE OF APPEARANCE by Allison Levine Stillman on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Stillman, Allison) (Entered: 11/22/2023) |
| 11/22/2023 | 30 | NOTICE OF APPEARANCE by Joseph Richard Wetzel, Jr on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Wetzel, Joseph) (Entered: 11/22/2023) |
| 11/22/2023 | 31 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 11/22/2023) |
| 11/27/2023 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609088. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/27/2023) |
| 11/27/2023 | 32 | ORDER granting 27 Motion for Andrew M. Gass to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 11/27/2023) |
| 11/28/2023 | 33 | LETTER addressed to Judge Sidney H. Stein from J. Craig Smyser dated November 28, 2023 re: Recently–Filed Sancton Action and Nov. 29 Pre–Trial Conference. Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/28/2023) |
| 11/28/2023 | 34 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 11/28/2023) |
| 11/29/2023 | 35 | MOTION for Ian R. Bensberg to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit of Ian R. Bensberg in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Bensberg, Ian) (Entered: 11/29/2023) |
| 11/29/2023 |  | Minute Entry for proceedings held before Judge Sidney H. Stein: Initial Pretrial Conference held on 11/29/2023. Counsel for all parties participated. (lab) (Entered: 11/30/2023) |
| 11/30/2023 | 36 | ORDER IT IS HEREBY ORDERED that: 1. Discovery in this matter commenced on November 6, 2023; 2. Plaintiffs shall file an amended complaint on or before December 4, 2023; 3. The last day for defendants to answer or move in response to the amended complaint is January 12, 2024; 4. The last day for defendants to respond to the complaint in Julian Sancton v. Open AI Inc., 23–Cv–10211 is January 12, 2024; 5. The last day for the parties to file their positions on which should proceed first, summary judgment or class certification, is January 12, 2024; 6. The last day for plaintiffs to respond to any motion in response to the amended complaint is January 26, 2024; and 7. The reply to any motion is due on or before February 2, 2024. SO ORDERED. (Amended Pleadings due by 12/4/2023., Replies due by 2/2/2024., Responses due by 1/26/2024) (Signed by Judge Sidney H. Stein on 11/29/2023) (jca) |

| | | (Entered: 11/30/2023) |
|---|---|---|
| 12/01/2023 | 37 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR – (SEE DOCUMENT#38)** – MOTION for Wesley J. Dozier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28640210. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit of Wesley J. Dozier in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Dozier, Wesley) Modified on 12/5/2023 (lb). (Entered: 12/01/2023) |
| 12/04/2023 | 38 | AMENDED MOTION for Wesley J. Dozier to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit of Wesley J. Dozier, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Dozier, Wesley) (Entered: 12/04/2023) |
| 12/04/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Wesley J. Dozier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28640210. Motion and supporting papers to be reviewed by Clerk's Office staff, 38 AMENDED MOTION for Wesley J. Dozier to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 12/04/2023) |
| 12/04/2023 | 39 | **FILING ERROR DEFICIENT PLEADING – PDF ERROR –** AMENDED COMPLAINT amending 1 Complaint,, against OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, Microsoft Corporation with JURY DEMAND.Document filed by Victor LaValle, John Grisham, Scott Turow, David Baldacci, Authors Guild, Rachel Vail, George Saunders, Jodi Picoult, Jonathan Franzen, Mary Bly, Christina Baker Kline, George R.R. Martin, Douglas Preston, Roxana Robinson, Elin Hilderbrand, Michael Connelly, Maya Shanbhag Lang, Sylvia Day. Related document: 1 Complaint,,. (Attachments: # 1 Exhibit A – Plaintiff Registrations).(Geman, Rachel) Modified on 12/5/2023 (jgo). (Entered: 12/04/2023) |
| 12/04/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Rachel Geman. The party information for the following party/parties has been modified: Thomas C. Rubin Microsoft Corporation. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error. (gp)** (Entered: 02/06/2024) |
| 12/05/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Rachel Geman to RE–FILE Document No. 39 Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF must be titled to correspond with the event type used (Amended Complaint). Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 12/05/2023) |
| 12/05/2023 | 40 | AMENDED COMPLAINT amending 1 Complaint,, 39 Amended Complaint,,, against Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC with JURY DEMAND.Document filed by Victor LaValle, John Grisham, Scott Turow, David Baldacci, Authors Guild, Rachel Vail, George Saunders, Jodi Picoult, Jonathan Franzen, Mary Bly, Christina Baker Kline, George R.R. Martin, |

| | | Douglas Preston, Roxana Robinson, Elin Hilderbrand, Michael Connelly, Maya Shanbhag Lang, Sylvia Day. Related document: 1 Complaint,, 39 Amended Complaint,,,. (Attachments: # 1 Exhibit A – Plaintiff Registrations).(Geman, Rachel) (Entered: 12/05/2023) |
|---|---|---|
| 12/05/2023 | 41 | REQUEST FOR ISSUANCE OF SUMMONS as to Microsoft Corporation, re: 40 Amended Complaint,,,. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 12/05/2023) |
| 12/06/2023 | 42 | ELECTRONIC SUMMONS ISSUED as to Microsoft Corporation..(pc) (Entered: 12/06/2023) |
| 12/11/2023 | 43 | ORDER granting 38 Motion for Wesley J. Dozier to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 12/11/2023) |
| 12/11/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Ian R. Bensberg to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 12/11/2023) |
| 12/15/2023 | 44 | TRANSCRIPT of Proceedings re: CONFERNECE held on 11/29/2023 before Judge Sidney H. Stein. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/5/2024. Redacted Transcript Deadline set for 1/16/2024. Release of Transcript Restriction set for 3/14/2024..(McGuirk, Kelly) (Entered: 12/15/2023) |
| 12/15/2023 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/29/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/15/2023) |
| 12/18/2023 | 46 | MOTION for Annette L. Hurst to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Annette L. Hurst in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order Proposed Order for Admission Pro Hac Vice).(Hurst, Annette) (Entered: 12/18/2023) |
| 12/19/2023 | | Pro Hac Vice Fee Paid electronically via Pay.gov: for 46 MOTION for Annette L. Hurst to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00. Pay.gov receipt number ANYSDC–28709454, paid on 12/19/2023..(rju) (Entered: 12/19/2023) |
| 12/19/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 46 MOTION for Annette L. Hurst to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/19/2023) |
| 12/19/2023 | 47 | ORDER granting 46 Motion for Annette L. Hurst to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 12/19/2023) |
| 12/19/2023 | 48 | NOTICE OF APPEARANCE by Christopher Cariello on behalf of Microsoft Corporation..(Cariello, Christopher) (Entered: 12/19/2023) |
| 12/19/2023 | 49 | NOTICE OF APPEARANCE by Marc Shapiro on behalf of Microsoft Corporation..(Shapiro, Marc) (Entered: 12/19/2023) |
| 01/05/2024 | 50 | ORDER granting 35 Motion for Ian R. Bensberg to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/05/2024) |

| 01/10/2024 | 51 | AFFIDAVIT OF SERVICE. Microsoft Corporation served on 12/7/2023. Service was accepted by John Doe, a legal representative of Corporation Service Company. Document filed by Victor LaValle; John Grisham; Scott Turow; David Baldacci; Authors Guild; Rachel Vail; George Saunders; Jodi Picoult; Jonathan Franzen; Mary Bly; Christina Baker Kline; George R.R. Martin; Douglas Preston; Roxana Robinson; Elin Hilderbrand; Michael Connelly; Maya Shanbhag Lang; Sylvia Day..(Dozier, Wesley) (Entered: 01/10/2024) |
|---|---|---|
| 01/10/2024 | 52 | LETTER MOTION for Extension of Time addressed to Judge Sidney H. Stein from Joseph C. Gratz dated January 10, 2024. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Gratz, Joseph) (Entered: 01/10/2024) |
| 01/11/2024 | 53 | ORDER granting 52 Letter Motion for Extension of Time. The requested extension of deadlines as set forth above is granted. SO ORDERED. Motions due by 1/26/2024. (Signed by District Judge Sidney H. Stein on 1/11/2024) (tg) Modified on 1/11/2024 (tg). (Entered: 01/11/2024) |
| 01/11/2024 | | Set/Reset Deadlines: Microsoft Corporation answer due 1/26/2024; OAI Corporation LLC answer due 1/26/2024; OpenAI GP LLC answer due 1/26/2024; OpenAI Global LLC answer due 1/26/2024; OpenAI Holdings LLC answer due 1/26/2024; OpenAI Inc. answer due 1/26/2024; OpenAI LLC answer due 1/26/2024; OpenAI LP answer due 1/26/2024; OpenAI OpCo LLC answer due 1/26/2024; OpenAI Startup Fund GP I LLC answer due 1/26/2024; OpenAI Startup Fund I LP answer due 1/26/2024; OpenAI Startup Fund Management LLC answer due 1/26/2024. Responses due by 2/9/2024 Replies due by 2/16/2024. (tg) (Entered: 01/11/2024) |
| 01/12/2024 | 54 | NOTICE of Motion to Appoint Interim Counsel. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Supplement Memorandum of Law, # 2 Proposed Order Proposed Order, # 3 Supplement Geman Declaration, # 4 Exhibit A to Geman Decl., # 5 Exhibit B to Geman Decl., # 6 Supplement Nelson Declaration, # 7 Exhibit A to Nelson Decl., # 8 Exhibit B to Nelson Decl., # 9 Exhibit C to Nelson Decl., # 10 Exhibit D to Nelson Decl., # 11 Supplement Sholder Declaration, # 12 Exhibit A to Sholder Decl.).(Geman, Rachel) (Entered: 01/12/2024) |
| 01/19/2024 | 55 | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 01/19/2024) |
| 01/22/2024 | 56 | JOINT STIPULATION AND ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT, CLASS CERTIFICATION, AND DISCOVERY SCHEDULE NOW, THEREFORE, in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree as follows: 1. Defendants consent and stipulate not to seek transfer of the above−captioned cases to another district; however, in the event additional cases are filed raising similar claims on behalf of individual plaintiffs or proposed classes that overlap, either partially or completely, with the classes proposed in the operative Complaints (No. 1:23−cv−08292−SHS, ECF No. 40; No. 1:23−cv−10211−SHS, ECF. No. 26), Defendants reserve the right to file a motion under 28 U.S.C. § 1407 seeking coordination or consolidation before any appropriate district court. 2. Defendants consent and stipulate not to bring a motion to dismiss under the first to−file rule.3. Defendants consent and stipulate not to seek to dismiss, under Federal Rule of Civil Procedure 12(b), Plaintiffs' currently−pleaded claims. 4. The Parties consent and stipulate to the consolidation of the Authors Guild et al. v. OpenAI, Inc. et al., No. 1 :23−cv−08292−SHS, and Alter v. OpenAI, Inc. et al., No. 1:23−cv−10211−SHS pursuant to Federal Rule of Civil Procedure 42 for pre−trial purposes. 5. The Parties consent and stipulate that Plaintiffs will file a consolidated class action complaint no later than January 26, 2024, and Defendants will respond to Plaintiffs' consolidated class action complaint no later than February 9, 2024. Defendants shall not move to dismiss under Federal Rule of Civil Procedure 12(b) any claims pleaded in the consolidated class action complaint that are currently pleaded in the operative Nonfiction and Fiction complaints. 6. The Parties consent and |

| | | |
|---|---|---|
| | | stipulate that discovery is ongoing and that there are no present restrictions on the scope of class discovery, notwithstanding that summary judgment willbe briefed before Plaintiffs' motion for class certification. 7. The Parties stipulate and agree, and upon entry of this stipulation by the Court, it is hereby ordered, that fact discovery, expert discovery, and the briefing of any motion for summary judgment will be completed on or before February 28, 2025. 8. The Parties will, by January 26, 2024 submit proposed schedule(s) for fact discovery, expert discovery, and the briefing of summary judgment. Prior to submitting any proposed schedules, the parties will meet and confer in good faith in an effort to reach agreement on any proposed schedules and minimize or eliminate disputes presented to the Court. (And as further set forth herein.) SO ORDERED. (Expert Discovery due by 2/28/2025., Fact Discovery due by 2/28/2025., Motions due by 2/28/2025.) (Signed by Judge Sidney H. Stein on 1/22/2024) (jca) (Entered: 01/22/2024) |
| 01/23/2024 | 57 | LETTER addressed to Judge Sidney H. Stein from Michael P. Richter dated January 23, 2024 re: Pending Motion in Basbanes–Gage Matter. Document filed by Nicholas Basbanes, Nicholas Ngagoyeanes..(Richter, Michael) (Entered: 01/23/2024) |
| 01/23/2024 | 58 | LETTER addressed to Judge Sidney H. Stein from Rachel Geman dated January 23, 2024 re: Response to Basbanes Counsel letter. Document filed by Authors Guild, David Baldacci, Mary Bly, Sylvia Day, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 01/23/2024) |
| 01/24/2024 | 59 | ORDER IT IS HEREBY ORDERED that: 1. The Clerk of Court is directed to correct the caption in 23–cv–10211 on ECF to conform with the caption in the First Amended Class Action Complaint [Doc. No. 26]; 2. Plaintiffs in Author's Guild v. OpenAI 23–cv–8292 and Alter v. OpenAL 23–cv–10211 shall have until February 2, 2024, in which to file a consolidated class action complaint; 3. Defendants in Author's Guild v. OpenAL 23–cv–8292 and Alter v. OpenAL 23–cv–10211 shall have until February 16, 2024, to respond to the consolidated class action complaint; and 4. All other dates set forth in the Joint Stipulation and Order Regarding Motions for Summary Judgment, Class Certification, and Discovery Schedule [Doc. No. 56 in 23–cv–8292 and Doc. No. 31 in 23–cv–10211] remain as set forth in that document. SO ORDERED. (Signed by Judge Sidney H. Stein on 1/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS (jca) (Entered: 01/24/2024) |
| 01/24/2024 | 60 | MOTION for Ian R. Bensberg to Withdraw as Attorney . Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 01/24/2024) |
| 01/24/2024 | 61 | MEMO ENDORSEMENT granting 60 MOTION for Ian R. Bensberg to Withdraw as Attorney. ENDORSEMENT SO ORDERED. Attorney Ian R. Bensberg terminated. (Signed by Judge Sidney H. Stein on 1/24/2024) (jca) (Entered: 01/24/2024) |
| 01/26/2024 | 62 | JOINT LETTER addressed to Judge Sidney H. Stein from Rohit Nath dated January 26, 2024 re: Schedule for Fact Discovery, Expert Discovery, and Summary Judgment Briefing. Document filed by Jonathan Alter.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) (Entered: 01/26/2024) |
| 01/26/2024 | 63 | RESPONSE re: (54 in 1:23–cv–08292–SHS) Notice (Other),,, (29 in 1:23–cv–10211–SHS) Notice (Other),,, . Document filed by OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Gratz, Joseph) (Entered: 01/26/2024) |

| 01/29/2024 | 64 | MEMO ENDORSEMENT on re: (62 in 1:23−cv−08292−SHS, 35 in 1:23−cv−10211−SHS) Letter, filed by Jonathan Alter. ENDORSEMENT Last date for substantial production of documents for all RFP's served by 1/29/24 is June 14, 2024. The parties are to submit a schedule to be so ordered. SO ORDERED. (Signed by Judge Sidney H. Stein on 1/29/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (jca) (Entered: 01/29/2024) |
|---|---|---|
| 01/31/2024 | 65 | SCHEDULING ORDER: Substantial production of documents for all RFPs served by January 29,2024, shall be completed by June 14, 2024. Fact discovery shall be completed by September 17, 2024. Expert Reports on issues on which a party has the burden of proof shall beserved by October 18, 2024. Opposing Expert Reports shall be served by November 18, 2024. Expert discovery shall be completed by December 9, 2024. Motions for Summary Judgment and Daubert Motions shall be filed by January 7, 2025. Opposition to Motions for Summary Judgment and Daubert Motions shall be filed by February 7, 2025. Replies in support of Motions for Summary Judgment and Daubert Motions shall be filed by February 28, 2025. Motions due by 1/7/2025. Responses due by 2/7/2025 Replies due by 2/28/2025. Fact Discovery due by 9/17/2024. Expert Discovery due by 12/9/2024. (Signed by Judge Sidney H. Stein on 1/31/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (rro) (Entered: 01/31/2024) |
| 02/02/2024 | 66 | REPLY re: (54 in 1:23−cv−08292−SHS) Notice (Other),,, *Motion to Appoint Interim Co−Lead Counsel for the Fiction and Nonfiction Authors Classes.* Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 02/02/2024) |
| 02/02/2024 | 67 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR –** AMENDED COMPLAINT amending 40 Amended Complaint,,, against All Defendants with JURY DEMAND.Document filed by John Grisham, Scott Turow, David Baldacci, James Shapiro, Authors Guild, Rachel Vail, George Saunders, Taylor Branch, Jia Tolentino, Douglas Preston, Maya Shanbhag Lang, Victor LaValle, Simon Winchester, Jonathan Alter, Eugene Linden, Rich Cohen, Jodi Picoult, Daniel Okrent, Jonathan Franzen, Kai Bird, Mary Bly, Christina Baker Kline, George R.R. Martin, Roxana Robinson, Elin Hilderbrand, Julian Sancton, Michael Connelly, Stacy Schiff, Sylvia Day. Related document: 40 Amended Complaint,,,. (Attachments: # 1 Exhibit A to Authors Guild AO121, # 2 Exhibit B to Consolidated Complaint).(Nath, Rohit) Modified on 2/5/2024 (vf). (Entered: 02/02/2024) |
| 02/05/2024 | 68 | LETTER addressed to Judge Sidney H. Stein from Michael P. Richter dated 2/5/2024 re: Consolidation and Steering Committee. Document filed by Nicholas Basbanes, Nicholas Ngagoyeanes..(Richter, Michael) (Entered: 02/05/2024) |
| 02/05/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Rohit Nath to RE−FILE Document No. 67 Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; pleading caption "Et Al" Error: the pleading caption must name the parties; the All Defendant radio button was selected; the wrong event type was used to file the pleading. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (vf)** (Entered: 02/05/2024) |
| 02/05/2024 | 69 | CONSOLIDATED COMPLAINT against Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC−28907438)Document filed by John Grisham, Scott Turow, David Baldacci, James Shapiro, Sides Hampton, Authors Guild, Rachel Vail, George Saunders, Taylor Branch, Jia Tolentino, Douglas Preston, Maya Shanbhag Lang, |

| | | |
|---|---|---|
| | | Victor LaValle, Simon Winchester, Jonathan Alter, Eugene Linden, Rich Cohen, Jodi Picoult, Daniel Okrent, Jonathan Franzen, Kai Bird, Mary Bly, Christina Baker Kline, George R.R. Martin, Roxana Robinson, Elin Hilderbrand, Julian Sancton, Michael Connelly, Stacy Schiff, Sylvia Day. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Nath, Rohit) Modified on 2/6/2024 (gp). (Entered: 02/05/2024) |
| 02/06/2024 | 70 | ORDER APPOINTING LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, SUSMAN GODFREY L.L.P., AND COWAN DEBAETS ABRAHAMS & SHEPPHARD LLP AS INTERIM CO–LEAD COUNSEL FOR THE FICTION AND NONFICTION AUTHORS' CLASSES Having considered the Motion, and the materials submitted in support thereof, and no party having opposed the motion, the Motion is GRANTED. IT IS HEREBY ORDERED THAT: 1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates the law firms Lieff Cabraser Heimann & Bernstein, LLP, Susman Godfrey L.L.P., and Cowan Debaets Abrahams & Sheppard, LLP as Interim Co–Lead Class Counsel in these actions to act on behalf of the Fiction Authors Class and Non–fiction Authors Class as alleged in the First Consolidated Class Action Complain filed in these actions. 2. Interim Co–Lead Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall: a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the Plaintiffs and proposed class(es) on all matters arising during pretrial proceedings; b. Coordinate the conduct of discovery on behalf of Plaintiffs and the proposed classes consistent with the requirements of Federal Rule of Civil Procedure 26, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions; c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed classes; d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and e. Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by future order of Court. 3. This Order shall apply to each related class action pending or subsequently filed in or transferred to the United States District Court for the Southern District of New York. (Signed by Judge Sidney H. Stein on 2/6/2024) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS (jca) (Entered: 02/06/2024) |
| 02/12/2024 | 71 | MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. Document filed by Paul Tremblay, MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LIPPMAN LAURA, RACHEL LOUISE SNYDER, AYELET WALDMAN, JACQUELINE WOODSON, Sarah Silverman, Christopher Golden, Richard Kadrey. Return Date set for 4/8/2024 at 12:00 PM. (Attachments: # 1 Supplement MEMORANDUM OF POINTS AND AUTHORITIES, # 2 Affidavit Christopher J. Hydal, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Proposed Order GRANTING MOTION TO INTERVENE AND DISMISSING THIS CASE, # 8 Supplement Request for Oral Arguement)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hydal, Christopher) (Entered: 02/13/2024) |
| 02/16/2024 | 72 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 02/16/2024) |
| 02/16/2024 | 73 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate OpenAI GP, L.L.C., Other Affiliate OpenAI Global, L.L.C., Other Affiliate OAI Corporation, L.L.C., Other Affiliate OpenAI Holdings, L.L.C. for OpenAI Inc.; Other Affiliate Microsoft Corporation for OpenAI Startup Fund I LP; Other Affiliate OpenAI Startup Fund I, L.P. for OpenAI Startup Fund GP I LLC; Other Affiliate Microsoft Corporation, Other Affiliate OpenAI, L.L.C., Other Affiliate OpenAI OpCo, L.L.C. for OpenAI Global LLC. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Gass, Andrew) (Entered: 02/16/2024) |
| 02/16/2024 | 74 | ANSWER to 69 Complaint,,, with JURY DEMAND. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 02/16/2024) |
| 02/16/2024 | 75 | ANSWER to 69 Complaint,,,,. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, |

| | | OpenAI Startup Fund Management LLC..(Gratz, Joseph) (Entered: 02/16/2024) |
|---|---|---|
| 02/22/2024 | 76 | NOTICE OF APPEARANCE by Jeffrey S. Jacobson on behalf of Microsoft Corporation..(Jacobson, Jeffrey) (Entered: 02/22/2024) |
| 02/23/2024 | 77 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #78)** LETTER MOTION for Conference *Regarding Discovery Dispute* addressed to Judge Sidney H. Stein from Rohit Nath dated February 23, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Sides Hampton, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) Modified on 2/26/2024 (kj). (Entered: 02/23/2024) |
| 02/23/2024 | 78 | LETTER MOTION for Conference *Regarding Discovery Dispute* addressed to Judge Sidney H. Stein from Rohit Nath dated February 23, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Sides Hampton, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester. (Attachments: # 1 Exhibit A – Resp. to Plfs RFA (Nos. 1–285))Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) (Entered: 02/23/2024) |
| 02/26/2024 | 79 | MEMORANDUM OF LAW in Opposition re: (49 in 1:23–cv–10211–SHS, 71 in 1:23–cv–08292–SHS, 33 in 1:24–cv–00084–SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER.* . Document filed by Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hurst, Annette) (Entered: 02/26/2024) |
| 02/26/2024 | 80 | RESPONSE to Motion re: (49 in 1:23–cv–10211–SHS, 71 in 1:23–cv–08292–SHS, 33 in 1:24–cv–00084–SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER. // OpenAI Defendants' Position Statement Regarding Motion to Intervene and Dismiss, Stay, or Transfer*. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Gass, Andrew) (Entered: 02/26/2024) |
| 02/26/2024 | 81 | RESPONSE in Opposition to Motion re: 71 MOTION to Intervene *AND DISMISS, STAY OR TRANSFER.* . Document filed by Jonathan Alter, Authors Guild. (Attachments: # 1 Affidavit Joint Declaration in Support).(Geman, Rachel) (Entered: 02/26/2024) |
| 02/27/2024 | 82 | MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29002067. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of J. Briant ISO Motion for Admisison Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Briant, Jared) (Entered: 02/27/2024) |
| 02/27/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 82 MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29002067. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/27/2024) |
| 02/27/2024 | 83 | LETTER addressed to Judge Sidney H. Stein from Joseph C. Gratz dated February 27, 2024 re: Plaintiffs' February 23 request for informal discovery conference. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund |

| | | |
|---|---|---|
| | | Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Gratz, Joseph) (Entered: 02/27/2024) |
| 02/28/2024 | 84 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #94)** NOTICE of ERRATA AND CORRECTION TO DKT. 81 IN THE AUTHOR ACTIONS re: (81 in 1:23–cv–08292–SHS) Response in Opposition to Motion. Document filed by Jonathan Alter, Authors Guild. (Attachments: # 1 Errata AUTHOR CLASS PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE AND DISMISS, STAY OR TRANSFER)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) Modified on 3/13/2024 (lb). (Entered: 02/28/2024) |
| 02/29/2024 | 85 | ORDER granting 82 Motion for Jared B. Briant to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/29/2024) |
| 02/29/2024 | 86 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017033. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Declaration in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission pro hac vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Bennett, Allyson) Modified on 3/1/2024 (bc). (Entered: 02/29/2024) |
| 02/29/2024 | 87 | MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017699. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Afffidavit of Rose S. Lee in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission pro hac vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Lee, Rose) Modified on 3/1/2024 (bc). (Entered: 02/29/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 86 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017033. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 87 MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017699. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/01/2024 | 88 | MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29020340. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Declaration of Vera Ranieri in Support of Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Ranieri, Vera) Modified on 3/1/2024 (bc). (Entered: 03/01/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 88 MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29020340. Motion and supporting papers to be reviewed** |

| | | |
|---|---|---|
| | | **by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/04/2024 | 89 | REPLY to Response to Motion re: 71 MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. . Document filed by MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman. (Attachments: # 1 Affidavit Richter).(Hydal, Christopher) (Entered: 03/05/2024) |
| 03/05/2024 | 90 | ORDER granting 86 Motion for Allyson R. Bennett to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/05/2024) |
| 03/05/2024 | 91 | ORDER granting 87 Motion for Rose S. Lee to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/05/2024) |
| 03/05/2024 | 92 | ORDER granting 88 Motion for Vera Ranieri to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/05/2024) |
| 03/07/2024 | 93 | NOTICE of Supplemental Authority. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit A – Tremblay Order)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hurst, Annette) (Entered: 03/07/2024) |
| 03/12/2024 | 94 | NOTICE of of Errata and Correction to Dkt. 81 in the Author Actions re: 81 Response in Opposition to Motion. Document filed by Jonathan Alter, Authors Guild. (Attachments: # 1 Errata Author Class Plaintiffs' Opposition to Intervene and Dismiss, Stay or Transfer).(Nath, Rohit) (Entered: 03/12/2024) |
| 03/12/2024 | 95 | LETTER MOTION for Leave to File Sur–Reply in Opposition to Proposed Intervenors' Motion to Intervene and Dismiss, Stay or Transfer *[dkt. 71]* addressed to Judge Sidney H. Stein from Rachel German, Rohit Nath and Scott J. Sholder dated March 12, 2024. Document filed by Jonathan Alter, Authors Guild..(Nath, Rohit) (Entered: 03/12/2024) |
| 03/15/2024 | 96 | LETTER MOTION for Leave to File Plaintiffs Statement in Response to Sur–Reply in Opposition to Motions to Intervene and Dismiss, Stay, or Transfer Authors Actions addressed to Judge Sidney H. Stein from Christopher J. Hydal dated March 15, 2024. Document filed by MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON..(Hydal, Christopher) (Entered: 03/15/2024) |
| 03/22/2024 | 97 | MOTION for Reilly T. Stoler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29121414. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit of Reilly T. Stoler in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Stoler, Reilly) (Entered: 03/22/2024) |
| 03/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 97 MOTION for Reilly T. Stoler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29121414. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/25/2024) |
| 03/28/2024 | 98 | MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29145727. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Sheryl Garko in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, |

| | | |
|---|---|---|
| | | 1:24–cv–00084–SHS.(Garko, Sheryl) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (98 in 1:23–cv–08292–SHS, 73 in 1:23–cv–10211–SHS, 44 in 1:24–cv–00084–SHS) MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29145727. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24-cv-00084–SHS(vba)** (Entered: 03/28/2024) |
| 03/28/2024 | 99 | MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29146148. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Laura Najemy in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Najemy, Laura) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (99 in 1:23–cv–08292–SHS, 45 in 1:24–cv–00084–SHS, 74 in 1:23–cv–10211–SHS) MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29146148. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24-cv-00084–SHS(vba)** (Entered: 03/28/2024) |
| 04/01/2024 | 100 | OPINION & ORDER re: (71 in 1:23–cv–08292–SHS, 49 in 1:23–cv–10211–SHS, 33 in 1:24–cv–00084–SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA–NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON. Accordingly, the Court denies the California Plaintiffs' motions to intervene for the purpose of transferring, staying, or dismissing the New York Actions. SO ORDERED. (Signed by Judge Sidney H. Stein on 4/1/2024) (jca) (Entered: 04/01/2024) |
| 04/05/2024 | 101 | ORDER granting (98) Motion for Sheryl Garko to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/05/2024) |
| 04/05/2024 | 102 | ORDER granting 97 Motion for Reilly T. Stoler to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/05/2024) |
| 04/05/2024 | 103 | ORDER granting 99 Motion for Laura Najemy to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/05/2024) |
| 04/12/2024 | 104 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF INTERLOCUTORY APPEAL from (100 in 1:23–cv–08292–SHS) Memorandum & Opinion,,. Document filed by MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON. Filing fee $ 605.00, receipt number NYSDC–29214914. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hydal, Christopher) Modified on 4/15/2024 (km). (Entered: 04/12/2024) |
| 04/12/2024 | 105 | MOTION to Seal *Plaintiffs' Motion to Seal*. Document filed by Authors Guild, Jonathan Alter.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 04/12/2024) |
| 04/12/2024 | 106 | ***EX–PARTE*** LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. Document filed by Authors Guild, Jonathan Alter. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHSMotion or Order to File Under Seal: 105 .(Geman, Rachel) (Entered: 04/13/2024) |
| 04/13/2024 | 107 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 108 Letter Motion) –** LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D – Placeholder)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) Modified on 4/15/2024 (db). As per ECF=ERROR Email Correspondence Received on 4/13/2024 @ 1:36am. (Entered: 04/13/2024) |
| 04/13/2024 | 108 | REDACTION to (105 in 1:23−cv−08292−SHS, 81 in 1:23−cv−10211−SHS) MOTION to Seal *Plaintiffs' Motion to Seal. Letter Motion to Compel with Redactions* by Authors Guild, Jonathan Alter (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D – Placeholder)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 04/13/2024) |
| 04/15/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Christopher Hydal to RE–FILE Document No. (49 in 1:24−cv−00084−SHS, 104 in 1:23−cv−08292−SHS, 80 in 1:23−cv−10211−SHS) Notice of Interlocutory Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(km)** (Entered: 04/15/2024) |
| 04/15/2024 | 109 | NOTICE OF INTERLOCUTORY APPEAL from 100 Memorandum & Opinion,,. Document filed by MICHAEL CHABON, TA−NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Hydal, Christopher) (Entered: 04/15/2024) |
| 04/15/2024 | 110 | LETTER addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott Sholder dated 04/15/2024 re: Plaintiffs' April 12, 2024, letter–motion for an informal discovery conference concerning (a) the FTCs interrogatories and (b) OpenAIs refusal to disclose the names of two third party witnesses. Dkt. No. 107. Document filed by Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester..(Smyser, Craig) (Entered: 04/15/2024) |
| 04/15/2024 | | USCA Appeal Fees received $605.00 receipt number NYSDC−29214914 on 4/12/2024 re: 109 Notice of Interlocutory Appeal, filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA−NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON. (km) (Entered: 04/15/2024) |
| 04/15/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 109 Notice of Interlocutory Appeal.(km) (Entered: 04/15/2024) |
| 04/15/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 109 Notice of Interlocutory Appeal, filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA−NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON were transmitted to the U.S. Court of Appeals. (km) (Entered: 04/15/2024) |
| 04/16/2024 | 111 | MOTION to Seal . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, |

| | | |
|---|---|---|
| | | OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/16/2024 | 112 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Joseph R. Wetzel dated April 16, 2024 re: (83 in 1:23−cv−10211−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI LP, OpenAI Startup Fund Management LLC, OpenAI Inc., OAI Corporation LLC, OpenAI Startup Fund GP I LLC, OpenAI Global LLC, OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellogg)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHSMotion or Order to File Under Seal: 111 .(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/16/2024 | 113 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Joseph R. Wetzel dated April 16, 2024 re: (83 in 1:23−cv−10211−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellogg)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/23/2024 | 114 | NOTICE OF APPEARANCE by Charlotte Lepic on behalf of Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Sides Hampton, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester..(Lepic, Charlotte) (Entered: 04/23/2024) |
| 04/23/2024 | 115 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29261066. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Robert A. Van Nest Jr, # 2 Exhibit A, # 3 Proposed Order Proposed Order)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Van Nest, Robert) Modified on 4/23/2024 (rju). Modified on 4/24/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | 116 | NOTICE OF APPEARANCE by Robert A. Van Nest on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Van Nest, Robert) (Entered: 04/23/2024) |
| 04/23/2024 | 117 | NOTICE OF APPEARANCE by Paven Malhotra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Malhotra, Paven) (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 115 MOTION for Robert Addy Van** |

| | | |
|---|---|---|
| | | **Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29261066. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (rju)** (Entered: 04/23/2024) |
| 04/23/2024 | 118 | ***EX–PARTE*** RESPONSE in Opposition to Motion re: (111 in 1:23–cv–08292–SHS, 86 in 1:23–cv–10211–SHS) MOTION to Seal . . Document filed by Jonathan Alter, Authors Guild. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHSMotion or Order to File Under Seal: 111 .(Geman, Rachel) (Entered: 04/23/2024) |
| 04/23/2024 | 119 | REDACTION to (118 in 1:23–cv–08292–SHS) Response in Opposition to Motion, by Jonathan Alter, Authors GuildFiled In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 04/23/2024) |
| 04/24/2024 | 120 | MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number NYSDC–29261066)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Robert A. Van Nest Jr, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order )Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Van Nest, Robert) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | 121 | MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266106. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Nicholas S. Goldberg in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Goldberg, Nicholas) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | 122 | MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266127. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of R. James Slaughter, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Slaughter, R.) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 120 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number NYSDC–29261066)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 121 MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266106. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | no deficiencies. (rju) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 122 MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266127. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 123 | MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266747. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit /Declaration of Michelle Ybarra, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Ybarra, Michelle) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 123 MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266747. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 124 | ORDER granting (120) Motion for Robert Addy Van Nest Jr to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 125 | ORDER granting (121) Motion for Nicholas S. Goldberg to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 126 | ORDER granting (122) Motion for R. James Slaughter to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 127 | NOTICE OF APPEARANCE by R. James Slaughter on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Slaughter, R.) (Entered: 04/24/2024) |
| 04/24/2024 | 128 | NOTICE OF APPEARANCE by Nicholas S Goldberg on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Goldberg, Nicholas) (Entered: 04/24/2024) |
| 04/25/2024 | 129 | ORDER granting (123) Motion for Michelle S. Ybarra to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/25/2024) |
| 04/26/2024 | 130 | MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29275664. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, |

| | | |
|---|---|---|
| | | OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit /Declaration of Thomas E. Gorman, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Gorman, Thomas) Modified on 4/26/2024 (sgz). (Entered: 04/26/2024) |
| 04/26/2024 | 131 | NOTICE OF APPEARANCE by Michelle S. Ybarra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Ybarra, Michelle) (Entered: 04/26/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (105 in 1:23−cv−10211−SHS, 64 in 1:24−cv−00084−SHS, 130 in 1:23−cv−08292−SHS) MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29275664. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(sgz)** (Entered: 04/26/2024) |
| 04/26/2024 | 132 | MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29277829. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Katie Lynn Joyce, # 2 Exhibit Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Joyce, Katie) Modified on 4/26/2024 (sgz). (Entered: 04/26/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (107 in 1:23−cv−10211−SHS, 66 in 1:24−cv−00084−SHS, 132 in 1:23−cv−08292−SHS) MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29277829. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(sgz)** (Entered: 04/26/2024) |
| 04/29/2024 | 133 | ORDER granting 130 Motion for Thomas E. Gorman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/29/2024) |
| 04/29/2024 | 134 | ORDER granting 132 Motion for Katie Lynn Joyce to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/29/2024) |
| 04/29/2024 | 135 | NOTICE OF APPEARANCE by Thomas Edward Gorman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Gorman, Thomas) (Entered: 04/29/2024) |
| 04/29/2024 | 136 | MOTION to Unseal Document (106 in 1:23−cv−08292−SHS, 82 in 1:23−cv−10211−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. filed by Authors Guild, Jonathan Alter, (112 in 1:23−cv−08292−SHS, 87 in 1:23−cv−10211−SHS) Response in Opposition to |

| | | |
|---|---|---|
| | | Motion,,, filed by OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI GP LLC, OpenAI Inc., OpenAI LP, OpenAI Global LLC, OAI Corporation LLC, OpenAI Startup Fund Management LLC, OpenAI LLC, OpenAI Startup Fund I LP, OpenAI Holdings LLC, (93 in 1:23–cv–10211–SHS, 118 in 1:23–cv–08292–SHS) Response in Opposition to Motion, filed by Jonathan Alter, Authors Guild . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Bennett, Allyson) (Entered: 04/29/2024) |
| 04/30/2024 | <u>137</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Joyce, Katie) Modified on 5/1/2024 (lb). (Entered: 04/30/2024) |
| 04/30/2024 | <u>138</u> | LETTER MOTION for Conference *concerning the entry of an order governing the discovery of electronically stored information* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated April 30, 2024. Document filed by Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester, Julian Sancton, Hampton Sides. (Attachments: # <u>1</u> Exhibit 1A, # <u>2</u> Exhibit 1B, # <u>3</u> Exhibit 1C, # <u>4</u> Exhibit 1D, # <u>5</u> Exhibit 1E)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) (Entered: 04/30/2024) |
| 05/01/2024 | <u>139</u> | NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Joyce, Katie) (Entered: 05/01/2024) |
| 05/02/2024 | <u>140</u> | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Annette Hurst dated May 2, 2024 re: (113 in 1:23–cv–10211–SHS, 138 in 1:23–cv–08292–SHS) LETTER MOTION for Conference *concerning the entry of an order governing the discovery of electronically stored information* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated April 30, 2024. . Document filed by Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # <u>1</u> Exhibit A Draft Proposed ESI Order, # <u>2</u> Exhibit B Redline Proposed ESI Order, # <u>3</u> Exhibit C Plaintiffs' Interrogatories to OpenAI Set One (Nos. 1–7), # <u>4</u> Exhibit D ND Cal Model ESI Order, # <u>5</u> Exhibit E District of Delaware Model ESI Order)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Bennett, Allyson) (Entered: 05/02/2024) |
| 05/03/2024 | <u>142</u> | ORDER REGARDING PLAINTIFF'S MOTION TO SEAL AND DEFENDANTS' MOTION TO SEAL denying as moot (105) Motion to Seal; denying as moot (111) Motion to Seal in case 1:23–cv–08292–SHS; denying as moot (81) Motion to Seal; denying as moot (86) Motion to Seal in case 1:23–cv–10211–SHS. Pursuant to the stipulation and for good cause shown, IT IS SO ORDERED that Plaintiffs' Letter Motion to Compel (Dkt. No. 106 in Case No. 1:23–cv–08292, Dkt. No. 83 in Case No. 1:23–cv–10211), Exhibit D to Plaintiffs' Letter Motion to Compel, Affidavit Declaration of Bright Kellogg, and Plaintiffs' Partial Opposition to Defendants' Motion to Seal (Dkt No. 118 in Case No. 1 :23–cv–08292; Dkt. No. 93 in Case No. 1:23–cv–10211) are unsealed in their entirety. Public versions shall be filed by the original filing party within five business days of this order. IT IS SO ORDERED that Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt No. 112 in Case No. 1:23–cv–08292; Dkt. No. 88 in Case No. 1:23–cv–10211) is unsealed other than |

| | | |
|---|---|---|
| | | the phrase identified in the parties' joint motion and stipulation. Defendant OpenAI shall file a redacted version of Dkt No. 112 in Case No. 1:23–cv–08292 and Dkt. No. 88 in Case No. 1:23–cv–10211 that conforms to this order within five business days of this order. IT IS SO ORDERED that Plaintiffs' Motion to Seal (Dkt No. 105 in Case No. 1:23–cv–08292, Dkt. No. 81 in Case No. 1:23–cv–10211) and Defendants' Motion to Seal (Dkt No. 111 in Case No. 1:23–cv–08292, Dkt. No. 86 in Case No. 1:23–cv–10211) are denied as moot. (Signed by Judge Sidney H. Stein on 5/3/2024) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS (jca) (Entered: 05/06/2024) |
| 05/06/2024 | 141 | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/06/2024 | 143 | LETTER MOTION to Compel OpenAI Defendants to produce documents addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated May 6, 2024. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 05/06/2024) |
| 05/06/2024 | 144 | RESPONSE in Opposition to Motion re: (111 in 1:23–cv–10211–SHS) MOTION to Unseal Document (106 in 1:23–cv–08292–SHS, 82 in 1:23–cv–10211–SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated Apri *Plaintiffs' Partial Opposition to Defendants' Motion to Seal*. Document filed by Authors Guild, Jonathan Alter. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 05/06/2024) |
| 05/07/2024 | 145 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett dated April 16, 2024 re: (83 in 1:23–cv–10211–SHS, 107 in 1:23–cv–08292–SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellog In Support)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Bennett, Allyson) (Entered: 05/07/2024) |
| 05/14/2024 | 146 | PROPOSED PROTECTIVE ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester..(Nath, Rohit) (Entered: 05/14/2024) |
| 05/15/2024 | 147 | LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) (Entered: 05/15/2024) |
| 05/16/2024 | 148 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO STIPULATED AND AGREED. The protective order may be amended for good cause. SO ORDERED. (Signed by Judge Sidney H. Stein on 5/15/2024) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (jca) (Entered: 05/16/2024) |
| 05/17/2024 | 149 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Annette L. Hurst dated 05/17/2024 re: (147 in 1:23–cv–08292–SHS, 122 in 1:23–cv–10211–SHS) LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. . Document filed by Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Hurst, Annette) (Entered: 05/17/2024) |
| 05/17/2024 | 150 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Paven Malhotra dated 05/17/2024 re: (122 in 1:23–cv–10211–SHS) LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1 – 05/15/24 Email from Slaughter)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Malhotra, Paven) (Entered: 05/17/2024) |
| 06/06/2024 | 151 | MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454177. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) (Entered: 06/06/2024) |
| 06/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 151 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454177. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/07/2024) |
| 06/10/2024 | 152 | MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29468280. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Andrew L. Perito, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Andrew L. Perito Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Perito, Andrew) Modified on 6/11/2024 (bc). (Entered: 06/10/2024) |
| 06/11/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 152 MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29468280. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/11/2024) |
| 06/11/2024 | 153 | ORDER granting 151 Motion for Elana Nightingale Dawson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 06/11/2024) |
| 06/12/2024 | 154 | ORDER granting (152) Motion for Andrew Louis Perito to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 06/12/2024) |

| | | |
|---|---|---|
| 07/11/2024 | 155 | MOTION for Kirstin Stoll−DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594317. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Kirstin Stoll−DeBell in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Exhibit B Certificate of Good Standing, # 4 Proposed Order or Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Stoll−DeBell, Kirstin) (Entered: 07/11/2024) |
| 07/11/2024 | 156 | MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594397. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Carrie Beyer in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Beyer, Carrie) (Entered: 07/11/2024) |
| 07/11/2024 | 157 | MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594432. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Elizabeth M.C. Scheibel in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Scheibel, Elizabeth) (Entered: 07/11/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (155 in 1:23−cv−08292−SHS, 76 in 1:24−cv−00084−SHS, 129 in 1:23−cv−10211−SHS) MOTION for Kirstin Stoll−DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594317. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (156 in 1:23−cv−08292−SHS, 130 in 1:23−cv−10211−SHS, 77 in 1:24−cv−00084−SHS) MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594397. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (78 in 1:24−cv−00084−SHS, 131 in 1:23−cv−10211−SHS, 157 in 1:23−cv−08292−SHS) MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594432. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | 158 | ORDER granting (155) Motion for Kirstin Stoll−DeBell to Appear Pro Hac Vice in case 1:23−cv−08292−SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 159 | ORDER granting (157) Motion for Elizabeth M.C. Scheibel to Appear Pro Hac Vice in case 1:23−cv−08292−SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 160 | ORDER granting (156) Motion for Carrie A. Beyer to Appear Pro Hac Vice in case 1:23−cv−08292−SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 161 | NOTICE OF APPEARANCE by Kirstin Stoll−DeBell on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, |

| | | 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Stoll−DeBell, Kirstin) (Entered: 07/12/2024) |
|---|---|---|
| 07/12/2024 | 162 | NOTICE OF APPEARANCE by Carrie A. Beyer on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Beyer, Carrie) (Entered: 07/12/2024) |
| 07/12/2024 | 163 | NOTICE OF APPEARANCE by Elizabeth Mead Cavert Scheibel on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Scheibel, Elizabeth) (Entered: 07/12/2024) |
| 07/15/2024 | 164 | LETTER MOTION to Compel Author's Guild to produce addressed to Judge Sidney H. Stein from Elana Nightingale Dawson, Paven Malhotra and Andrew L. Perito dated July 15, 2024. Document filed by OpenAI OpCo LLC. (Attachments: # 1 Exhibit 1: RFP Responses, # 2 Exhibit 2: RFPs).(Nightingale Dawson, Elana) (Entered: 07/15/2024) |
| 07/17/2024 | 165 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Rachel Geman, Justin A. Nelson, and Scott J. Sholder dated July 17, 2024 re: (164 in 1:23−cv−08292−SHS) LETTER MOTION to Compel Author's Guild to produce addressed to Judge Sidney H. Stein from Elana Nightingale Dawson, Paven Malhotra and Andrew L. Perito dated July 15, 2024. . Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit A − June 13, 2024 Plaintiffs' Email)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/17/2024) |
| 07/22/2024 | 166 | NOTICE OF APPEARANCE by Anna Josefine Freymann on behalf of Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Freymann, Anna) (Entered: 07/22/2024) |
| 07/22/2024 | 167 | MOTION to Seal *Letter Motion to Compel*. Document filed by Authors Guild, David Baldacci, Mary Bly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/22/2024) |
| 07/22/2024 | 168 | ***EX−PARTE*** LETTER MOTION to Compel Microsoft to produce addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit 3 to letter motion, # 2 Exhibit 4 to letter motion, # 3 Exhibit 5 to letter motion)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHSMotion or Order to File Under Seal: 167 .(Geman, Rachel) (Entered: 07/22/2024) |
| 07/22/2024 | 169 | LETTER MOTION to Compel Microsoft to produce *[Redacted]* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit 1 to letter motion to compel, # 2 Exhibit 2 to letter motion to compel, # 3 Exhibit 3 to letter motion to compel [Redacted], # 4 Exhibit 4 to letter motion to compel [Redacted], # 5 Exhibit 5 to letter motion to compel [Redacted])Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/22/2024) |

| | | |
|---|---|---|
| 07/24/2024 | 170 | RESPONSE to Motion re: (140 in 1:23−cv−10211−SHS, 167 in 1:23−cv−08292−SHS) MOTION to Seal *Letter Motion to Compel.* . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Briant, Jared) (Entered: 07/24/2024) |
| 07/24/2024 | 171 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Jared B. Briant dated July 24, 2024 re: (168 in 1:23−cv−08292−SHS, 141 in 1:23−cv−10211−SHS) LETTER MOTION to Compel Microsoft to produce addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Briant, Jared) (Entered: 07/24/2024) |
| 07/29/2024 | 172 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** MOTION to Dismiss *Notice of Notice of motion to dismiss Maya Lang.* Document filed by Maya Shanbhag Lang. Responses due by 8/12/2024 Return Date set for 8/19/2024 at 11:59 PM. (Attachments: # 1 Supplement Memorandum of Law in Support, # 2 Proposed Order of Dismissal, # 3 Affidavit Declaration of Rachel Geman, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K).(Geman, Rachel) Modified on 7/31/2024 (kj). **As Per Email Dated 7/30/2024, 5:48 PM −** (Entered: 07/29/2024) |
| 07/30/2024 | 173 | NOTICE OF VOLUNTARY DISMISSAL, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, against the defendant(s) Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Document filed by Maya Shanbhag Lang. **Proposed Order to be reviewed by Clerk's Office staff..** Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/30/2024 | 174 | MEMORANDUM OF LAW in Support re: (173 in 1:23−cv−08292−SHS) Notice of Voluntary Dismissal,,. . Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/30/2024 | 175 | PROPOSED ORDER. Document filed by Maya Shanbhag Lang. Related Document Number: 173 ..(Geman, Rachel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/30/2024) |
| 07/30/2024 | 176 | DECLARATION of Rachel Geman in Support re: (173 in 1:23−cv−08292−SHS) Notice of Voluntary Dismissal,,. Document filed by Maya Shanbhag Lang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/31/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (147 in 1:23−cv−10211−SHS, 175 in 1:23−cv−08292−SHS) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS(km) (Entered: 07/31/2024)** |
| 07/31/2024 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (173 in 1:23−cv−08292−SHS, 145 in 1:23−cv−10211−SHS) Notice of Voluntary Dismissal was reviewed and referred to Judge Sidney H. Stein for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS(km) (Entered: 07/31/2024)** |
| 08/06/2024 | 177 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ona T. Wang. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/6/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (jca) (Entered: 08/06/2024) |

| | | |
|---|---|---|
| 08/12/2024 | <u>178</u> | MEMORANDUM OF LAW in Opposition re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, (172 in 1:23−cv−08292−SHS−OTW) MOTION to Dismiss *Notice of Notice of motion to dismiss Maya Lang*. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nightingale Dawson, Elana) (Entered: 08/12/2024) |
| 08/12/2024 | <u>179</u> | DECLARATION of Allyson R. Bennett in Opposition re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, (172 in 1:23−cv−08292−SHS−OTW) MOTION to Dismiss *Notice of motion to dismiss Maya Lang*.. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # <u>1</u> Exhibit A: Corrected Response to Defendant's First Set of RFPs, # <u>2</u> Exhibit B: Plaintiffs' Third Set of RFPs to OpenAI, # <u>3</u> Exhibit C: Plaintitffs' Fourth Set of RFPs to OpenAI, # <u>4</u> Exhibit D: 2024.06.11 Email re Maya Lang, # <u>5</u> Exhibit E:2024.07.26 Email re Maya Lang)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nightingale Dawson, Elana) (Entered: 08/12/2024) |
| 08/16/2024 | <u>180</u> | LETTER MOTION for Extension of Time *of the existing pre−trial deadlines* addressed to Magistrate Judge Ona T. Wang from R. James Slaughter, Elana Nightingale Dawson, and Allyson R. Bennett dated 8/16/2024. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Slaughter, R.) (Entered: 08/16/2024) |
| 08/19/2024 | <u>181</u> | REPLY re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, *PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF MAYA LANG*. Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/19/2024 | <u>182</u> | DECLARATION of Wesley Dozier in Support re: (153 in 1:23−cv−10211−SHS−OTW, 181 in 1:23−cv−08292−SHS−OTW) Reply,. Document filed by Maya Shanbhag Lang. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/19/2024 | <u>183</u> | DECLARATION of Maya re: (153 in 1:23−cv−10211−SHS−OTW, 181 in 1:23−cv−08292−SHS−OTW) Reply, . Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/20/2024 | <u>184</u> | MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29776731. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI, Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # <u>1</u> Affidavit / Declaration of Christopher S. Sun, # <u>2</u> Exhibit A − Certificate of Good Standing, # <u>3</u> Proposed Order )Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Sun, Christopher) Modified on 8/20/2024 (rju). (Entered: 08/20/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>184</u> MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29776731. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |

| 08/20/2024 | <u>185</u> | NOTICE OF APPEARANCE by Christopher S. Sun on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Sun, Christopher) (Entered: 08/20/2024) |
|---|---|---|
| 08/21/2024 | 186 | ORDER granting <u>184</u> Motion for Christopher Steven Sun to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/21/2024) |
| 08/22/2024 | <u>187</u> | MOTION for Tiffany Cheung to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29790964. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # <u>1</u> Affidavit of Tiffany Cheung In Support of Motion to Admit Counsel Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Proposed Order Granting Admission of Tiffany Cheung Pro Hac Vice).(Cheung, Tiffany) (Entered: 08/22/2024) |
| 08/23/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>187</u> MOTION for Tiffany Cheung to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29790964. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/23/2024) |
| 08/23/2024 | 188 | ORDER granting <u>187</u> Motion for Tiffany Cheung to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/23/2024) |
| 08/27/2024 | <u>189</u> | LETTER MOTION for Conference *to address outstanding issues and motions in the case (UNOPPOSED)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit D. Nath; Scott J. Sholder dated August 27, 2024. Document filed by Authors Guild, Jonathan Alter, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Kai Bird, Taylor Branch, Rich Cohen, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Nath, Rohit) (Entered: 08/27/2024) |
| 08/29/2024 | <u>190</u> | ORDER granting (147) Letter Motion for Conference ; granting (189) Letter Motion for Conference ; granting (78) Letter Motion for Conference ; granting (138) Letter Motion for Conference in case 1:23–cv–08292–SHS–OTW; granting (54) Letter Motion for Conference ; granting (113) Letter Motion for Conference ; granting (122) Letter Motion for Conference ; granting (161) Letter Motion for Conference in case 1:23–cv–10211–SHS–OTW; granting (92) Letter Motion for Conference in case 1:24–cv–00084–SHS–OTW. The parties' requests for a conference are GRANTED. The Court will hold an In–Person Status Conference on Thursday, September 12, 2024 at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda that identifies the specific motions, by ECF number, that the parties wish to address and that they believe can be closed during the conference by Monday, September 9, 2024. The Clerk of Court is respectfully directed to close ECF Nos. 78, 138, 147, and 189 for case number 23–cv–8292, and ECF Nos. 86, 128, and 141 for case number 23–cv–11195. SO ORDERED. Status Conference set for 9/12/2024 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 8/28/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 08/29/2024) |
| 09/04/2024 | <u>191</u> | NOTICE OF APPEARANCE by Rachel Renee Blitzer on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Blitzer, Rachel) (Entered: 09/04/2024) |
| 09/05/2024 | 192 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit 1– Declaration of M. Trinh)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 09/05/2024) |
| 09/05/2024 | 193 | ***SELECTED PARTIES*** LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Plaintiffs dated 9/5/2024. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 192 .(Nath, Rohit) (Entered: 09/05/2024) |
| 09/05/2024 | 194 | REDACTION to (192 in 1:23−cv−08292−SHS−OTW, 164 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 09/05/2024) |
| 09/05/2024 | 195 | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Salinas, Alejandra) (Entered: 09/05/2024) |
| 09/09/2024 | 196 | LETTER addressed to Magistrate Judge Ona T. Wang from Jared B. Briant dated 09/09/2024 re: Electronic Device Request. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Proposed Order Electronic Device Request (Ex. A)).(Briant, Jared) (Entered: 09/09/2024) |
| 09/09/2024 | 197 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 9/9/2024 re: Proposed agenda for the September 12, 2024 Status Conference. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit Proposed Agenda by Case, # 2 Exhibit Proposed Agenda by Issue)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Hurst, Annette) (Entered: 09/09/2024) |
| 09/10/2024 | 198 | OPPOSITION BRIEF re: 192 JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. *REDACTED*. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Sun, Christopher) (Entered: 09/10/2024) |
| 09/10/2024 | 199 | ***EX−PARTE*** OPPOSITION BRIEF re: 192 JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. *SEALED*. Document filed by OAI Corporation LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC.Motion or Order to File Under Seal: 192 .(Sun, Christopher) (Entered: 09/10/2024) |

| | | |
|---|---|---|
| 09/11/2024 | 200 | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester..(Salinas, Alejandra) (Entered: 09/11/2024) |
| 09/12/2024 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Discovery Hearing held on 9/12/2024. Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(Quinn, Diane) (Entered: 10/01/2024) |
| 09/13/2024 | 201 | STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION To expedite the flow of discovery material and to facilitate the consistency in the format of the documents to be produced by the Parties in this case, Plaintiffs and Defendants (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree to the terms of this [Proposed] Stipulation & Order Re: Discovery of Electronically Stored Information (the "ESI Protocol" or "Protocol"). 1. This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1.2. This Order may be modified in the Courts discretion or by stipulation. 3. The Parties are aware of the importance the Court places on cooperation andcommit to cooperate in good faith throughout the matter consistent with this Court's expectations. 5. The parties will disclose at the outset any use of enterprise messaging tools, such as Slack or MS Teams, including the type of subscription and retention settings in place. Theparties will meet and confer regarding issues relating to the parameters for collection of suchdata, the format of the production, and other unique issues to this type of data. 6. Nothing in this Order shall be construed to waive a requesting party's right to move the Court to compel production of documents from additional custodians, nor shall anything in this Order be construed to waive a producing party's right to oppose any such motion to compel. 7. Nothing in this Order prevents the parties from agreeing to use technology assisted review and other techniques insofar as their use improves the efficacy of discovery. 16. In the event of an inadvertent production of material protected by the attorney clientprivilege or work–product protection, the producing party may notify the receiving party within 30 days after the producing party becomes aware of such inadvertent production. Upon notification, the receiving party shall immediately return, sequester, or destroy the inadvertently produced Discovery Material and all copies as well as notes, summaries, and/or work product reflecting the content of such material. If only a portion of the Discovery Material is privileged, the producing party shall immediately provide a new version of the Discovery Material in which the privileged material has been redacted. No further use or disclosure shall be made of the inadvertently produced Discovery Material, and the receiving party shall take all reasonable and appropriate steps to retrieve and destroy the Discovery Material, and all copies, from any person who has received the Discovery Material through the receiving party. IT IS SO STIPULATED, through Counsel of Record. IT IS ORDERED that the forgoing Agreement is approved. (And as further set forth herein.) (Signed by Magistrate Judge Ona T. Wang on 9/13/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (jca) (Entered: 09/13/2024) |
| 09/13/2024 | 202 | ORDER denying as moot (143) Letter Motion to Compel; denying as moot (164) Letter Motion to Compel; denying (168) Letter Motion to Compel; granting (180) Letter Motion for Extension of Time; denying (193) Letter Motion to Compel; granting in part and denying in part (106) Letter Motion to Compel in case 1:23–cv–08292–SHS–OTW; granting in part and denying in part (82) Letter Motion to Compel; denying as moot (118) Letter Motion to Compel; denying (141) Letter Motion to Compel; granting (152) Letter Motion for Extension of Time; denying (165) Letter Motion to Compel in case 1:23–cv–10211–SHS–OTW. The Court held a status conference on these matters on September 12, 2024, and rules as follows: Authors Guild, et al. v. OpenAI Inc., et al. No. 23–cv–8292 and consolidated cases. A. Plaintiffs' letter motion to compel at ECF 78 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket |

| | | |
|---|---|---|
| | | apprising the Court of any progress made on this issue. B. Plaintiffs' letter motion to compel at ECF 106 is GRANTED in part. Defendant OpenAI is directed to produce the responses to FTC interrogatories Nos. 15–21 as identified in Plaintiffs' letter motion. Plaintiffs' letter motion is DENIED as moot in all other respects. Plaintiffs letter motion to compel at ECF 143 is also DENIED as moot. C. Plaintiffs letter motion at ECF 138 is DENIED as moot. D. Plaintiffs' letter motion for bi–weekly status conferences at ECF 147 is DENIED without prejudice. E. Defendant's letter motion to compel at ECF 164 is DENIED as moot. F. Plaintiffs' letter motion to compel at ECF 168 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the Court of the progress made on this issue. G. Defendants' letter motion for an extension of time for fact discovery at ECF 180 is GRANTED. The interim fact discovery deadline is hereby extended to December 20, 2024. H. Plaintiffs' letter motion to compel at ECF 193 is DENIED. Defendant OpenAI is directed to preserve and segregate all documents that are held by the listed custodians raised in Plaintiffs' letter motion. Basbanes et al. v. Microsoft Corp. et al., 24–cv–84. A. The parties are directed to file a joint stipulation, if possible, by September 27, 2024, regarding the potential dismissal of certain claims. B. The case is hereby STAYED until September 27, 2024. The parties are directed to file their Rule 26(f) report by Wednesday, October 16, 2024. All joint status letters are due September 27, 2024, unless otherwise directed at the conference, and shall be filed in their respective dockets only. The Court will hold an Omnibus In–Person Status Conference for all cases on Wednesday, October 30, 2024 at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file respective joint agendas by Wednesday, October 16, 2024. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/13/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) Modified on 9/16/2024 (sgz). (Entered: 09/16/2024) |
| 09/13/2024 | | Set/Reset Deadlines: ( Fact Discovery due by 12/20/2024.), Set/Reset Hearings:( Status Conference set for 10/30/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(sgz) (Entered: 09/16/2024) |
| 09/18/2024 | 203 | TRANSCRIPT of Proceedings re: conference held on 9/12/2024 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Carly Davis, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2024. Redacted Transcript Deadline set for 10/21/2024. Release of Transcript Restriction set for 12/17/2024.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Moya, Goretti) (Entered: 09/18/2024) |
| 09/18/2024 | 204 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/12/24 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Moya, Goretti) (Entered: 09/18/2024) |
| 09/20/2024 | 205 | MOTION for Allyson R. Bennett to Withdraw as Attorney . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Proposed Order Granting Withdrawal of Allyson R. Bennett, # 2 Affidavit of Joseph C. Gratz in Support of Motion to Withdraw Allyson R. Bennett as Counsel).(Gratz, Joseph) (Entered: 09/20/2024) |
| 09/26/2024 | 206 | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, Scott Turow, Rachel Vail..(Geman, |

| | | Rachel) (Entered: 09/26/2024) |
|---|---|---|
| 09/26/2024 | 207 | ORDER granting (205) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:23–cv–08292–SHS–OTW; granting (176) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:23–cv–10211–SHS–OTW; granting (102) Motion to Withdraw as Attorney. Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (collectively, "Defendants") is GRANTED. Defendants will continue to be represented by Morrison & Foerster LLP in this matter. The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. XXX. SO ORDERED. Attorney Allyson R. Bennett terminated in case 1:24–cv–00084–SHS–OTW. (Signed by Magistrate Judge Ona T. Wang on 9/26/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 09/26/2024) |
| 09/27/2024 | 208 | NOTICE OF APPEARANCE by Emily Claire Wood on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC..(Wood, Emily) (Entered: 09/27/2024) |
| 09/27/2024 | 209 | NOTICE OF CHANGE OF ADDRESS by Scott Jonathan Sholder on behalf of Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. New Address: Cowan, DeBaets, Abrahams & Sheppard LLP, 60 Broad Street, 30th Floor, New York, New York, 10004,..(Sholder, Scott) (Entered: 09/27/2024) |
| 09/27/2024 | 210 | MOTION for John Robert Lanham to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29960408. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit of John R. Lanham, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of John R. Lanham).(Lanham, John) (Entered: 09/27/2024) |
| 09/27/2024 | 211 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 9/27/2024 re: Status of Deposition Coordination. Document filed by Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Garko, Sheryl) (Entered: 09/27/2024) |
| 09/27/2024 | 212 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Alejandra Salinas, Scott J. Sholder, Joseph C. Gratz, Elana Nightingale Dawson, Thomas E. Gorman, Annette L. Hurst dated September 27, 2024 re: Joint Status Letter. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Geman, Rachel) (Entered: 09/27/2024) |
| 09/30/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 210 MOTION for John Robert Lanham to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29960408. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 09/30/2024) |
| 09/30/2024 | 213 | STIPULATION AND ORDER REGARDING BASBANES LITIGATION. NOW, THEREFORE, in the interests of effectuating the Court's prior rulings, and adding further clarity and efficiency into the schedule, it is here by Stipulated and Ordered as |

| | | |
|---|---|---|
| | | follows: 1. The Rule 23 allegations in the Basbanes Complaint, Basbanes Dkt. No. 1, namely, Paragraphs 120–132 and Paragraphs 149 (a)–(c), are hereby DISMISSED; 2. Within two weeks of a ruling on class certification in the consolidated class action litigation brought by the Author Plaintiffs, counsel for the Basbanes Plaintiffs and counsel for Defendants will confer regarding future proceedings, if any, for the Basbanes litigation and submit a joint statement to the Court within one week of the aforementioned conferral; and 3. The Basbanes case is STAYED pending issuance of a Court order following the joint submission referenced in Paragraph 2 above. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/30/24) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (yv) (Entered: 10/01/2024) |
| 10/01/2024 | 214 | ORDER GRANTING ADMISSION OF JOHN R. LANHAM PRO HAC VICE granting (210) Motion for John Robert Lanham to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW. IT IS HEREBY ORDERED that Applicant admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/1/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 10/01/2024) |
| 10/04/2024 | 215 | MANDATE of USCA (Certified Copy) as to 109 Notice of Interlocutory Appeal, filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA–NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON USCA Case Number 24–1007. Appellants move for voluntary dismissal of this appeal. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/4/2024.(km) (Entered: 10/07/2024) |
| 10/07/2024 | | Transmission of USCA Mandate/Order to the District Judge re: 215 USCA Mandate.(km) (Entered: 10/07/2024) |
| 10/15/2024 | 216 | BRIEF *in Support of Proposed Order for Deposition Coordination*. Document filed by Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Exhibit 1 – Comparison of Proposals Chart, # 2 Exhibit 2 – Proposed Order re Deposition Protocol).(Garko, Sheryl) (Entered: 10/15/2024) |
| 10/15/2024 | 217 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 218 Letter Motion) –** LETTER MOTION for Discovery addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, & Scott J. Sholder dated October 15, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) Modified on 10/17/2024 (db). As per ECF–ERROR Email Correspondence received on 10/16/2024 @ 4:37pm. (Entered: 10/16/2024) |
| 10/16/2024 | 218 | LETTER MOTION for Discovery *regarding Entry of a Deposition Coordination Protocol* addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit Nath; Scott J. Sholder dated October 15, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, |

| | | Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/16/2024) |
|---|---|---|
| 10/16/2024 | 219 | **FILING ERROR – PDF ERROR –** MOTION for Amber G. Magee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30051450. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Proposed Order [Proposed] Order for Attorney Admission Pro Hac Vice).(Magee, Amber) Modified on 10/17/2024 (bc). (Entered: 10/16/2024) |
| 10/16/2024 | 220 | LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit Nath; Scott J. Sholder dated October 16, 2024 re: Proposed Agenda for the October 30, 2024 Status Conference. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/16/2024) |
| 10/17/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 219 MOTION for Amber G. Magee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30051450. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 10/17/2024) |
| 10/17/2024 | 221 | MOTION for Amber B. Magee to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Proposed Order [Proposed] Order for Attorney Admission Pro Hac Vice).(Magee, Amber) (Entered: 10/17/2024) |
| 10/17/2024 | 222 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that Amber B. Magee is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/17/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/17/2024) |
| 10/17/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 221 MOTION for Amber B. Magee to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/17/2024) |
| 10/17/2024 | 223 | MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057605. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I |

| | | |
|---|---|---|
| | | LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Edward A. Bayley, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order to Admit Edward A. Bayley Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Bayley, Edward) Modified on 10/18/2024 (bc). (Entered: 10/17/2024) |
| 10/17/2024 | 224 | MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057935. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Andrew F. Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Dawson, Andrew) Modified on 10/18/2024 (bc). (Entered: 10/17/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (190 in 1:23–cv–10211–SHS–OTW, 223 in 1:23–cv–08292–SHS–OTW, 110 in 1:24–cv–00084–SHS–OTW) MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057605. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (191 in 1:23–cv–10211–SHS–OTW, 224 in 1:23–cv–08292–SHS–OTW, 111 in 1:24–cv–00084–SHS–OTW) MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057935. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/21/2024 | 225 | MOTION for Jordan W. Connors to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30072615. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Affidavit in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Proposed Order for Attorney Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Connors, Jordan) (Entered: 10/21/2024) |
| 10/22/2024 | 226 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (223) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (190) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (110) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.All attorneys appearing before this Court are subject to the Local Rules of this Court, includingthe Rules governing discipline of attorneys.. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 10/22/2024) |
| 10/22/2024 | 227 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (224) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (191) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (111) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted |

| | | |
|---|---|---|
| | | to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 10/22/2024) |
| 10/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (192 in 1:23–cv–10211–SHS–OTW, 225 in 1:23–cv–08292–SHS–OTW) MOTION for Jordan W. Connors to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30072615. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW(bc)** (Entered: 10/22/2024) |
| 10/23/2024 | 228 | LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 10/23/2024 re: Clarification Re: Coordinated Deposition Protocol. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, Microsoft Corporation, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, Microsoft Corporation, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Garko, Sheryl) (Entered: 10/23/2024) |
| 10/23/2024 | 229 | LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/23/2024) |
| 10/23/2024 | 230 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton, OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, Microsoft Corporation, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, James Shapiro, OpenAI Holdings, LLC, Microsoft Corporation, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 229 .(Nath, Rohit) (Entered: 10/23/2024) |
| 10/23/2024 | 231 | REDACTION to (230 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. *(and 197 in 1:23–cv–10211–SHS–OTW)* by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Julian Sancton, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/23/2024) |

| 10/23/2024 | 232 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Michelle Ybarra and John R. Lanham dated October 23, 2024. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1 – Discovery Responses, # 2 Exhibit 2 – Email, # 3 Exhibit 3 – Discovery Responses, # 4 Exhibit 4 – Discovery Responses, # 5 Exhibit 5 – Email, # 6 Exhibit – Declaration)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nightingale Dawson, Elana) (Entered: 10/23/2024) |
|---|---|---|
| 10/24/2024 | 233 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit of Mike Trinh, # 2 Proposed Order Granting Motion to Seal)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 234 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: (200 in 1:23–cv–10211–SHS–OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton, James Shapiro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 233 .(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 235 | LETTER MOTION for Conference re: (201 in 1:23–cv–10211–SHS–OTW) LETTER MOTION for Conference re: (200 in 1:23–cv–10211–SHS–OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 236 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE granting (221) Motion for Amber B. Magee to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW. IT IS HEREBY ORDERED that Amber B. Magee is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules |

| | | |
|---|---|---|
| | | of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/24/2024) |
| 10/24/2024 | 237 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE granting (225) Motion for Jordan W. Connors to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (192) Motion for Jordan W. Connors to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW. IT IS HEREBY ORDERED that Jordan W. Connors is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/24/2024) |
| 10/24/2024 | 238 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) Modified on 10/24/2024 (rju). Modified on 10/24/2024 (rju). (Entered: 10/24/2024) |
| 10/24/2024 | | Pro Hac Vice Fee Payment: for (114 in 1:24–cv–00084–SHS–OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number NYSDC–30088484.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) (Entered: 10/24/2024) |
| 10/24/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (205 in 1:23–cv–10211–SHS–OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from District of Columbia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(rju)** (Entered: 10/24/2024) |
| 10/24/2024 | 239 | MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) Modified on 10/24/2024 (rju). (Entered: 10/24/2024) |
| 10/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (115 in 1:24–cv–00084–SHS–OTW) MOTION for Carolyn Homer to Appear** |

| | | |
|---|---|---|
| | | **Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(rju)** (Entered: 10/24/2024) |
| 10/24/2024 | 240 | MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30092639. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Andrew S. Bruns in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Standing, # 3 Proposed Order Admitting Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Bruns, Andrew) Modified on 10/25/2024 (bc). (Entered: 10/24/2024) |
| 10/24/2024 | 241 | NOTICE OF APPEARANCE by Michael A David on behalf of OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI Holdings, LLC, OpenAI GP, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(David, Michael) (Entered: 10/24/2024) |
| 10/24/2024 | 242 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated October 24, 2024 re: (196 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit A (Declaration of Lucky Vidmar))Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Briant, Jared) (Entered: 10/24/2024) |
| 10/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (240 in 1:23–cv–08292–SHS–OTW, 207 in 1:23–cv–10211–SHS–OTW, 116 in 1:24–cv–00084–SHS–OTW) MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30092639. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/25/2024) |
| 10/28/2024 | 243 | OPPOSITION BRIEF re: (230 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024., (198 in 1:23–cv–10211–SHS–OTW) Redacted Document,,, . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Goldberg, Nicholas) (Entered: 10/28/2024) |
| 10/28/2024 | 244 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated 10/28/2024 re: (232 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Michelle Ybarra and John R. Lanham dated October 23, 2024. . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Affidavit Declaration of Anna J. Freymann)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, |

| | | 1:23−cv−10211−SHS−OTW.(Freymann, Anna) (Entered: 10/28/2024) |
|---|---|---|
| 10/29/2024 | 245 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra, Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 28, 2024. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Proposed Order Granting Motion to Seal)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | 246 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elena Nightingale Dawson, Carolyn Homer dated October 28, 2024 re: (202 in 1:23−cv−10211−SHS−OTW, 235 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Conference re: (201 in 1:23−cv−10211−SHS−OTW) LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Microsoft Corporation, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Microsoft Corporation, Julian Sancton. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 245 .(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | 247 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elena Nightingale Dawson, Carolyn Homer dated October 28, 2024 re: (202 in 1:23−cv−10211−SHS−OTW, 235 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Conference re: (201 in 1:23−cv−10211−SHS−OTW) LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | 248 | NOTICE OF APPEARANCE by Andrew Dawson on behalf of OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Dawson, Andrew) (Entered: 10/29/2024) |
| 10/29/2024 | 249 | NOTICE OF APPEARANCE by Herman Heng Yue on behalf of OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Yue, Herman) (Entered: 10/29/2024) |
| 10/30/2024 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 10/30/2024. Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW(Quinn, Diane) (Entered: 10/30/2024) |

| 10/31/2024 | <u>250</u> | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/30/2024 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Doug Colavito, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/21/2024. Redacted Transcript Deadline set for 12/2/2024. Release of Transcript Restriction set for 1/29/2025..(McGuirk, Kelly) Modified on 11/4/2024 (js). (Entered: 10/31/2024) |
|---|---|---|
| 10/31/2024 | <u>251</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/30/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) Modified on 11/4/2024 (js). (Entered: 10/31/2024) |
| 10/31/2024 | <u>252</u> | ORDER, The Court held a status conference on these matters on October 30, 2024. For the reasons stated on the record, it is hereby ORDERED: The last day to amend the pleadings or join additional parties without leave of Court is January 8, 2025. The parties have identified a dispute over adding more custodians (the "Disputed Custodians") for Defendants' document search, review, and production of ESI. Defendants had previously been directed to preserve the Disputed Custodians' documents. They are now directed to provide hit counts for the Disputed Custodians by filing a status letter no later than November 13, 2024. After that search is run, the parties are directed to meet and confer to discuss whether they can reach agreement on production of any Disputed Custodians' ESI. The parties are directed to meet and confer regarding the current dispute over the scope of custodial topics and file a joint letter on the docket by Friday, November 1, 2024, apprising the Court on whether the dispute has been resolved. The parties to each consolidated case are directed to file a joint chart by Wednesday, November 6, 2024, identifying categories or "buckets" of document production disputes that remain in this case. The chart should identify (1) the dispute, (2) each party's position in no more than two paragraphs, and (3) the relevant ECF numbers for such dispute (including oppositions and replies).B.The parties to each consolidated case are also directed to file an updated joint chart by November 22, 2024, identifying any new or resolved issues. The parties are directed not to file new or supplementary discovery letters or motions between November 23, 2024, and December 3, 2024. Any such motion will be stricken and will not be considered. If the parties have any updates to the November 22 joint chart, they should be prepared to address those updates orally at the conference. The Court will hold an Omnibus In–Person Status Conference for all cases on Tuesday, December 3, 2024, at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Amended Pleadings due by 1/8/2025., Omnibus Hearing set for 12/3/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 10/31/24) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (yv) (Entered: 11/01/2024) |
| 11/01/2024 | <u>253</u> | LETTER addressed to Magistrate Judge Ona T. Wang from Rohit Nath dated November 1, 2024 re: Letter regarding the parties' meet and confers on early 30(b)(6) depositions. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 11/02/2024) |
| 11/06/2024 | <u>254</u> | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 6, 2024 re: chart containing the disputes for discussion at December 3rd conference. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, |

| | | |
|---|---|---|
| | | Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 11/06/2024) |
| 11/13/2024 | 255 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Carolyn M. Homer dated November 13, 2024 re: (230 in 1:23–cv–08292–SHS–OTW, 197 in 1:23–cv–10211–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. *Status Letter Regarding Custodial Statistics.* Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Homer, Carolyn) (Entered: 11/13/2024) |
| 11/14/2024 | 256 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/30/2024 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Doug Colavito, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/5/2024. Redacted Transcript Deadline set for 12/16/2024. Release of Transcript Restriction set for 2/12/2025..(McGuirk, Kelly) (Entered: 11/14/2024) |
| 11/14/2024 | 257 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/30/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/14/2024) |
| 11/18/2024 | 258 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit in Support of Motion to Seal)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Freymann, Anna) (Entered: 11/18/2024) |
| 11/18/2024 | 259 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from Author Plaintiffs and the OpenAI Defendants dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Julian Sancton, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Affidavit Michael Trinh, # 2 Proposed Order Granting Motion to Seal).(Connors, Jordan) (Entered: 11/18/2024) |
| 11/18/2024 | 260 | ***EX–PARTE*** LETTER MOTION to Compel OpenAI Affiliates to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit E)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File |

| | | |
|---|---|---|
| | | Under Seal: <u>259</u> .(Connors, Jordan) (Entered: 11/18/2024) |
| 11/18/2024 | <u>261</u> | LETTER MOTION to Compel OpenAI Affiliates to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Connors, Jordan) (Entered: 11/18/2024) |
| 11/18/2024 | <u>262</u> | LETTER MOTION to Compel OpenAI Defendants to produce addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Geman, Rachel) (Entered: 11/19/2024) |
| 11/18/2024 | <u>263</u> | LETTER MOTION to Compel The Authors Guild and Individual Named Plaintiffs to Produce documents related fair use and substantial noninfringing uses addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/18/2024. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # <u>1</u> Exhibit A – Authors Guilds Resps. & Objs. to Microsofts First Set of Requests for Production, # <u>2</u> Exhibit B – Individual Plaintiffs Resps. & Objs. to Microsofts First Set of Requests for Production)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Hurst, Annette) (Entered: 11/19/2024) |
| 11/19/2024 | <u>264</u> | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Paven Malhotra, and John Lanham dated November 18, 2024. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. (Attachments: # <u>1</u> Exhibit 1 – Excerpt of Discovery Responses, # <u>2</u> Exhibit 2 – Excerpt of Discovery Responses, # <u>3</u> Exhibit 3 – Excerpt of Discovery Responses, # <u>4</u> Exhibit 4 – Plaintiff X post, # <u>5</u> Exhibit 5 – Declaration)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nightingale Dawson, Elana) (Entered: 11/19/2024) |
| 11/19/2024 | <u>265</u> | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (240) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (207) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (116) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | <u>266</u> | ORDER FOR ADMISSION PRO HAC VICE granting (239) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (206) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (115) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that |

| | | |
|---|---|---|
| | | Carolyn Homer is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | 267 | ***EX−PARTE*** LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 258 .(Connors, Jordan) (Entered: 11/19/2024) |
| 11/19/2024 | 268 | LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Connors, Jordan) (Entered: 11/19/2024) |
| 11/19/2024 | 269 | ***EX−PARTE*** LETTER MOTION to Compel *and Exhibits 2−3 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit 2 − Unredacted to Letter Motion, # 2 Exhibit 3 − Unredacted to Letter Motion)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 258 .(Geman, Rachel) (Entered: 11/19/2024) |
| 11/19/2024 | 270 | LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 11/19/2024) |
| 11/19/2024 | 271 | LETTER MOTION to Compel *(REDACTED) and Exhibits 1−5 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit 1 to Letter Motion, # 2 Exhibit 2 (Redacted), # 3 Exhibit 3 (Redacted), # 4 Exhibit 4 to Letter Motion, # 5 Exhibit 5 to Letter Motion)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, |

| | | |
|---|---|---|
| | | Rachel) (Entered: 11/19/2024) |
| 11/21/2024 | 272 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/21/2024 re: (226 in 1:23−cv−10211−SHS−OTW) LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Paven Malhotra, and John Lanham dated November 18, 2024. . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit 1 Publisher Subpoena)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 11/21/2024) |
| 11/21/2024 | 273 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Christopher Sun dated November 21, 2024 re: 261 LETTER MOTION to Compel OpenAI Affiliates to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/18/2024. . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. (Attachments: # 1 Exhibit Exhibit A).(Sun, Christopher) (Entered: 11/21/2024) |
| 11/21/2024 | 274 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/21/2024 re: (225 in 1:23−cv−10211−SHS−OTW) LETTER MOTION to Compel The Authors Guild and Individual Named Plaintiffs to Produce documents related fair use and substantial noninfringing uses addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 add . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit 1 OpenAI Email re ChatGPT Outputs, # 2 Exhibit 2 Publisher Subpoena)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 11/21/2024) |
| 11/21/2024 | 275 | OPPOSITION BRIEF *LETTER MOTION In OPPOSITION TO [DKT. NO. 262]Opposition to AG Motion to Compel re RFP 98*. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Joyce, Katie) (Entered: 11/21/2024) |
| 11/22/2024 | 276 | LETTER MOTION to Seal *Microsoft's Response to Plaintiffs' Letter Motion Regarding the Data Working Group* addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Lucky Vidmar)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 277 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024 re: (267 in 1:23−cv−08292−SHS−OTW, 229 in 1:23−cv−10211−SHS−OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. . Document filed by Microsoft Corporation, Microsoft Corporation, Authors Guild, OAI Corporation LLC, Jonathan Alter, OAI Corporation, LLC. (Attachments: # 1 Exhibit B)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 276 .(Briant, Jared) (Entered: 11/22/2024) |

| | | |
|---|---|---|
| 11/22/2024 | 278 | REDACTION to (277 in 1:23–cv–08292–SHS–OTW, 238 in 1:23–cv–10211–SHS–OTW) Response in Opposition to Motion,, by Microsoft Corporation, Microsoft Corporation (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 279 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024 re: (269 in 1:23–cv–08292–SHS–OTW, 231 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel *and Exhibits 2–3 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 280 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 22, 2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Hurst, Annette) (Entered: 11/22/2024) |
| 11/22/2024 | 281 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from John R. Lanham, Paven Malhotra, Elana Nightingale Dawson dated November 22, 2024 re: (232 in 1:23–cv–10211–SHS–OTW, 270 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024. . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Lanham, John) (Entered: 11/22/2024) |
| 11/22/2024 | 282 | DECLARATION of Nick Ryder in Opposition re: (232 in 1:23–cv–10211–SHS–OTW, 270 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024.. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A – Email chain from Charlotte Lepic)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Lanham, John) (Entered: 11/22/2024) |
| 11/22/2024 | 283 | MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 284 | MEMORANDUM OF LAW in Support re: (244 in 1:23–cv–10211–SHS–OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*. . Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 285 | DECLARATION of Michael Trinh in Support re: (244 in 1:23–cv–10211–SHS–OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*.. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, |

| | | |
|---|---|---|
| | | OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 286 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: (267 in 1:23–cv–08292–SHS–OTW, 229 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. . Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Microsoft Corporation, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit of Ashley Pantuliano, # 2 Exhibit C to Declaration of Ashley Pantuliano)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 283 .(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 287 | MEMORANDUM OF LAW in Opposition re: (230 in 1:23–cv–10211–SHS–OTW, 268 in 1:23–cv–08292–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. *(REDACTED Version).* Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Ashley Pantuliano (REDACTED), # 2 Exhibit B to Declaration of Ashley Pantuliano, # 3 Exhibit C to Declaration of Ashley Pantuliano)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/26/2024 | 288 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated 11/26/2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Hurst, Annette) (Entered: 11/26/2024) |
| 12/03/2024 | 289 | ORDER denying 263 Letter Motion to Compel for the reasons identified in ECF 344 in the related Newspaper Cases (23–cv–11195). (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/03/2024) |
| 12/03/2024 | 290 | ORDER denying 232 Letter Motion for Local Rule 37.2 Conference. The discovery dispute relates to Defendants' fair use defense and is denied for the reasons identified in ECF 344 in the related Newspaper Cases (23–cv–11195). Additionally, the request is denied as premature: this dispute relates to interrogatories requesting that Plaintiffs identify certain documents that may relate to Defendants' fair use defense. The parties should be guided by the scope of agreed–upon document production that the Plaintiffs in these cases and the Newspaper Cases have been and will be producing. If Defendants still seek identification of documents produced, they may renew this motion after reviewing the produced documents and meeting and conferring with their adversaries, but would need to explain why they still need identification of documents after they have reviewed the documents themselves. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/03/2024) |
| 12/03/2024 | 291 | OPINION & ORDER re: (230 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. filed by George R.R. Martin, Rich Cohen, Roxana Robinson, George Saunders, Jonathan Alter, Authors Guild, Sides Hampton, Christina Baker Kline, Simon Winchester, Jodi Picoult, Jia Tolentino, Douglas Preston, Rachel Vail, |

| | | |
|---|---|---|
| | | Mary Bly, Sylvia Day, John Grisham, Jonathan Franzen, Taylor Branch, Kai Bird, Victor LaValle, Julian Sancton, Elin Hilderbrand, Maya Shanbhag Lang, Eugene Linden, David Baldacci, Daniel Okrent, Michael Connelly, Stacy Schiff, Scott Turow. Accordingly, because § 980 does not prohibit employers from producing relevant, work–related messages from social media accounts, Plaintiffs' motions to compel direct messages from X.com in both cases are GRANTED. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 12/2/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (mml) (Entered: 12/03/2024) |
| 12/04/2024 | <u>292</u> | MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30279997. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # <u>1</u> Affidavit of Brianna Lynn Silverstein, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Proposed Order on Motion for Admission)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Silverstein, Brianna) (Entered: 12/04/2024) |
| 12/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (292 in 1:23–cv–08292–SHS–OTW, 126 in 1:24–cv–00084–SHS–OTW, 251 in 1:23–cv–10211–SHS–OTW) MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30279997. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 12/05/2024) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, | ECF CASE<br><br>No. 1:23-cv-08292-SHS;<br>No. 1:23-cv-10211-SHS<br><br><br>**FIRST CONSOLIDATED CLASS ACTION COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |
| Plaintiffs, | |
| v. | |
| OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, | |
| Defendants. | |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I | |

LP, OPENAI STARTUP FUND GP I LLC,
OPENAI STARTUP FUND MANAGEMENT
LLC, and MICROSOFT CORPORATION,

                Defendants.

Plaintiffs Jonathan Alter, The Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, Hampton Sides, James Shapiro, Jia Tolentino, Scott Turow, Simon Winchester, and Rachel Vail, on behalf of themselves and all other similarly situated (the "Fiction Author Class" and "Nonfiction Author Class," as defined below), for their complaint against Defendants OpenAI, Inc., OpenAI GP LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC (collectively "OpenAI"), and Microsoft Corporation (all collectively "Defendants"), allege as follows:

## NATURE OF THE CASE

1.     OpenAI and Microsoft have built a business valued into the tens of billions of dollars by taking the combined works of humanity without permission. Rather than pay for intellectual property (such as when a person buys a book), they choose to operate as if the laws protecting copyright do not exist. Yet the United States Constitution protects the fundamental principle that creators, like authors, deserve compensation for their works, and the Copyright Act grants "a bundle of exclusive rights" to creators, including "the rights to reproduce the

copyrighted work[s]." *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, 598 U.S. 508, 526 (2023).

2.    Plaintiffs, authors of a broad array of works of fiction and nonfiction, bring this action under the Copyright Act seeking redress for Defendants' flagrant and harmful infringements of Plaintiffs' registered copyrights. Defendants copied Plaintiffs' works and then fed them into their "large language models" or "LLMs," algorithms designed to output human-seeming text responses to users' prompts and queries. These algorithms are at the heart of Defendants' massive commercial enterprise. And at the heart of these algorithms is systematic theft on a mass scale.

3.    Defendants' LLMs endanger authors' ability to make a living, in that the LLMs allow anyone to generate—automatically and freely (or very cheaply)—texts that they would otherwise pay writers to create. Moreover, the LLMs can spit out derivative works: material that is based on, mimics, summarizes, or paraphrases Plaintiffs' works, and harms the market for them. Without Plaintiffs' copyrighted works on which to "train" their LLMs, Defendants would have no commercial product with which to damage—if not usurp—the market for these professional writers' works. OpenAI's willful copying thus makes Plaintiffs' works into engines of Plaintiffs' own destruction, notwithstanding that professional writers often spend years conceiving of and writing their creations.

4.    Specifically, Defendants OpenAI and Microsoft collaborated closely to create and monetize the generative artificial intelligence models known as GPT-3, GPT-3.5, GPT-4, and GPT-4 Turbo. These are the computer models that power the popular ChatGPT chatbot, which Defendants have followed with a suite of other commercial offerings, like ChatGPT Enterprise, ChatGPT Plus, Bing Chat, Browse with Bing, Microsoft Copilot, and others. Defendants' GPT

models have been designed to recognize and process text inputs from a user and, in response, generate text that has been calibrated to mimic a human written response.

5.      That end product—a computer model and chatbot built to mimic human written expression—came at a price. Defendants' models were "trained," in Defendants' parlance, by reproducing a massive corpus of copyrighted material, including, upon information and belief, tens or hundreds of thousands of fiction and nonfiction books. The only way that Defendants' models could be trained to generate text output that resembles human expression is to copy and analyze a large, diverse corpus of text written by humans. In training their models, Defendants reproduced copyrighted texts to exploit precisely what the Copyright Act was designed to protect: the elements of protectible expression within them, like the choice and order of words and sentences, syntax, flow, themes, and paragraph and story structure. In OpenAI's words, the goal of the training process was to teach their model to "learn" "how words fit together grammatically," "how words work together to form higher-level ideas," and "how sequences of words form structured thoughts."[1] In other words, by training its models on certain works, OpenAI copied the works' expression so that the models could memorize, mimic, and paraphrase that expression.

6.      Defendants copied and data-mined the works of writers, without permission or compensation, to build a machine that is capable (or, as technology advances, will soon be capable) of performing the same type of work for which these writers would be paid. Without the wide corpus of copyrighted material on which to feed, there would be no ChatGPT. Defendants' commercial success was possible only because they copied and digested the

---

[1] Fred von Lohmann, response to Notice of Inquiry and Request for Comment 5, (Oct. 30, 2023), *available at* https://downloads.regulations.gov/COLC-2023-0006-8906/attachment_1.pdf.

protected, copyrightable expression contained in billions of pages of actual text, across millions of copyrighted works—all without paying a penny to the authors of those works.

7.      OpenAI could have "trained" its LLMs on works in the public domain. It could have paid a reasonable licensing fee to use copyrighted works. What Defendants could *not* do was evade the Copyright Act altogether to power their lucrative commercial endeavor, taking whatever datasets of relatively recent books they could get their hands on without authorization. There is nothing fair about this. OpenAI's unauthorized use of Plaintiffs' copyrighted works thus presents a straightforward infringement case applying well-established law to well-recognized copyright harms.

8.      OpenAI's chief executive Sam Altman has told Congress that he shares Plaintiffs' concerns. According to Altman, "Ensuring that the creator economy continues to be vibrant is an important priority for OpenAI. ... OpenAI does not want to replace creators. We want our systems to be used to empower creativity, and to support and augment the essential humanity of artists and creators."[2] Altman testified that OpenAI "think[s] that creators deserve control over how their creations are used" and that "content creators, content owners, need to benefit from this technology."[3] Altman also has represented that OpenAI has "licens[ed] content directly from content owners" for "training" purposes.[4] Not so from Plaintiffs. As to them, Altman and Defendants have proved unwilling to turn these words into actions.

---

[2]    Sam Altman, *Questions for the Record*, at 9–10 (June 22, 2023), *available at* https://www.judiciary.senate.gov/imo/media/doc/2023-05-16_-_qfr_responses_-_altman.pdf (last accessed Dec. 4, 2023).

[3]    *Oversight of A.I.: Rules for Artificial Intelligence: Hearing Before the S. Judiciary Comm. Subcomm. on Privacy, Tech. and the Law*, 118th Cong. (2023) (testimony of OpenAI CEO Sam Altman), *available at* https://techpolicy.press/transcript-senate-judiciary-subcommittee-hearing-on-oversight-of-ai (last accessed Dec. 4, 2023).

[4]    Altman, *Questions for the Record*, *supra*, at 10.

9. Defendants OpenAI and Microsoft have enjoyed enormous financial gain from their free exploitation of copyrighted material. OpenAI recently reported that it is "generating revenue at a pace of $1.3 billion a year."[5] Microsoft, for its part, has seen its investment in OpenAI increase many-fold and its own GPT-based products, like BingChat, succeed in the marketplace. And its stock price has increased as Microsoft has touted its ability to exploit and leverage AI across its products. Analysts project that the integration of GPT into Microsoft products could generate more than $10 billion in annualized revenue by 2026,[6] with just one version of this integration—"GitHub Copilot"—already generating more than $100 million in annual recurring revenue.[7] In developing and monetizing these AI products, Microsoft and OpenAI have been close partners every step of the way, from the training of GPT-3 to today.

10. OpenAI and Microsoft's commercial gain has come at the expense of creators and rightsholders like Plaintiffs and members of the Classes. A person who reads a book typically buys it from a store. But Defendants did not even do that. Neither OpenAI nor Microsoft have paid for the books used to train their models. Nor have Defendants sought to obtain—or pay for—a license to copy and exploit the protected expression contained in the copyrighted works used to train their models. Instead, Defendants took these works; they made unlicensed copies of them; and they used those unlicensed copies to digest and analyze the copyrighted expression in them, all for commercial gain. The end result is a computer model that is not only built on the work of thousands of creators and authors, but also built to generate a wide range of

---

[5] AJ Hess, The Biggest Challenges Facing OpenAI's Mira Murati, the Newly Minted Most Powerful Woman in Tech, FAST COMPANY (last visited Nov. 20, 2023), https://www.fastcompany.com/90985829/the-biggest-challenges-facing-openais-mira-murati-the-newly-minted-most-powerful-woman-in-tech.

[6] Jordan Novet, *Microsoft Starts Selling AI Toll for Office, Which Could Generate $10 Billion a Year by 2026*, CNBC (last visited NOV. 20, 2023) https://www.cnbc.com/2023/11/01/microsoft-365-copilot-becomes-generally-available.html.

[7] Aaron Holmes, *Microsoft's GitHub AI Coding Assistant Exceeds $100 Million in Recurring Revenue*, THE INFORMATION, (last visited Nov. 20, 2023), https://www.theinformation.com/briefings/microsoft-github-copilot-revenue-100-million-ARR-ai (*available at* https://perma.cc/5S7F-4GBY).

expression—from shortform articles to book chapters—that mimics the syntax, voice, and themes of the copyrighted works on which it was trained.

11.     Plaintiffs seek to represent Classes of fiction and nonfiction writers whose works were used to train Defendants' artificial intelligence models. Plaintiffs, on behalf of themselves and the Classes, seek damages from Defendants for their largescale infringement of their copyrighted works, as well as injunctive relief.

## JURIDISCTION & VENUE

12.     The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

13.     The Court also has personal jurisdiction over Defendants because they have purposely availed themselves of the privilege of conducting business in New York.

14.     OpenAI and Microsoft's copyright infringement and contributory copyright infringement occurred, in substantial part, in this District. OpenAI sold and distributed, and continues to sell and distribute, its GPT products, including ChatGPT, ChatGPT Enterprise, ChatGPT Plus, Browse with Bing, and application programming interface tools (API) within New York and to New York residents. OpenAI marketed and sold GPT-based products to New York residents and New York-based companies.

15.     Microsoft distributed and sold GPT-based products, like Bing Chat and Azure products that incorporate GPT-3 and GPT-4. Upon information and belief, Microsoft also assisted OpenAI's copyright infringement from New York, including from Azure datacenters located in New York, which were used to facilitate OpenAI's use and exploitation of the training dataset used for development of OpenAI's GPT models. Microsoft maintains offices and employs personnel in New York. Upon information and belief, Microsoft's New York personnel were involved in the creation and maintenance of the supercomputing systems that

powered OpenAI's widespread infringement, as well as in the commercialization of OpenAI's GPT models.

16.     Plaintiffs The Authors Guild, Bird, Bly, Kline, Lang, LaValle, Linden, Robinson, Sancton, Schiff, Shapiro, Tolentino, Vail, and Winchester are citizens of New York. The injuries alleged here from Defendants' infringement occurred in this District.

17.     Venue is proper under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this District due to their infringing activities, along with their commercialization of their infringing activities, that occurred in this District. Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiffs' claims occurred in this District, including the sales of Defendants' GPT-based products within this District.

## **THE PARTIES**

### A.     **Plaintiffs**

18.     Plaintiff The Authors Guild is a nonprofit 501(c)(6) organization based in New York, New York.

19.     Plaintiff Jonathan Alter is an author and a resident of New Jersey.

20.     Plaintiff David Baldacci is an author and a resident of Virginia.

21.     Plaintiff Kai Bird is an author and a resident of New York.

22.     Plaintiff Mary Bly is an author and a resident of New York.

23.     Plaintiff Taylor Branch is an author and a resident of Maryland.

24.     Plaintiff Rich Cohen is an author and a resident of Connecticut.

25.     Plaintiff Michael Connelly is an author and a resident of Florida.

26.     Plaintiff Sylvia Day is an author and a resident of Nevada.

27.     Plaintiff Jonathan Franzen is an author and a resident of California.

28.    Plaintiff John Grisham is an author and a resident of Virginia.

29.    Plaintiff Elin Hilderbrand is an author and a resident of Massachusetts.

30.    Plaintiff Christina Baker Kline is an author and a resident of New York.

31.    Plaintiff Maya Shanbhag Lang is an author and a resident of New York.

32.    Plaintiff Victor LaValle is an author and a resident of New York.

33.    Plaintiff Eugene Linden is an author and a resident of New York.

34.    Plaintiff George R.R. Martin is an author and a resident of New Mexico.

35.    Plaintiff Daniel Okrent is an author and a resident of Massachusetts.

36.    Plaintiff Jodi Picoult is an author and a resident of New Hampshire.

37.    Plaintiff Douglas Preston is an author and a resident of New Mexico.

38.    Plaintiff Roxana Robinson is an author and a resident of New York.

39.    Plaintiff Julian Sancton is an author and a resident of New York.

40.    Plaintiff George Saunders is an author and a resident of California.

41.    Plaintiff Stacy Schiff is an author and a resident of New York.

42.    Plaintiff Hampton Sides is an author and a resident of New Mexico.

43.    Plaintiff James Shapiro is an author and a resident of New York.

44.    Plaintiff Jia Tolentino is an author and a resident of New York.

45.    Plaintiff Scott Turow is an author and a resident of Florida.

46.    Plaintiff Simon Winchester OBE is an author and a resident of New York.

47.    Plaintiff Rachel Vail is an author and a resident of New York.

48.    The registration information for the infringed works of Plaintiffs is identified in Exhibits A and B to this Complaint.

**B.**     **OpenAI Defendants**

49.     Defendant OpenAI, Inc. is a Delaware nonprofit corporation with a principal place of business in San Francisco, California. OpenAI, Inc. was formed in December 2015. OpenAI, Inc. owns and controls all other OpenAI entities.

50.     Defendant OpenAI GP, LLC is a Delaware limited liability company with a principal place of business in San Francisco, California. OpenAI GP, LLC wholly owns and controls OpenAI OpCo LLC, which until recently was known as OpenAI LP. OpenAI, Inc. uses OpenAI GP LLC to control OpenAI OpCo LLC and OpenAI Global, LLC. OpenAI GP LLC was involved in the copyright infringement alleged here through its direction and control of OpenAI OpCo LLC and OpenAI Global LLC.

51.     Defendant OpenAI OpCo LLC is a Delaware limited liability company with a principal place of business in San Francisco, California. OpenAI OpCo LLC was formerly known as OpenAI LP. OpenAI OpCo LLC is the sole member of OpenAI, LLC, and has been directly involved in OpenAI's mass infringement and has directed this infringement through its control of OpenAI, LLC. OpenAI OpCo LLC serves as the for-profit arm of OpenAI.

52.     Defendant OpenAI, LLC is a Delaware limited liability company with a principal place of business in San Francisco, California. OpenAI, LLC was formed in September 2020. OpenAI LLC monetizes and distributes OpenAI's GPT-based products, all of which born out of OpenAI's copyright infringement. Upon information and belief, OpenAI, LLC is owned and controlled by both OpenAI, Inc. and Microsoft Corporation, through OpenAI Global LLC and OpenAI OpCo LLC.

53.     Defendant OpenAI Global LLC is a Delaware limited liability company with a principal place of business in San Francisco, California. Microsoft Corporation has a minority stake in OpenAI Global LLC and OpenAI, Inc. has a majority stake in OpenAI Global LLC, indirectly through OpenAI Holdings LLC and OAI Corporation, LLC. OpenAI Global LLC was

involved in the copyright infringement alleged here through its ownership, control, and direction of OpenAI LLC.

54. Defendant OAI Corporation, LLC is a Delaware limited liability company with a principal place of business in San Francisco, California. OAI Corporation, LLC's sole member is OpenAI Holdings, LLC. OAI Corporation, LLC was and is involved in the unlawful conduct alleged herein through its ownership, control, and direction of OpenAI Global LLC and OpenAI LLC.

55. Defendant OpenAI Holdings, LLC is a Delaware limited liability company, whose sole members are OpenAI, Inc. and Aestas, LLC. The sole member of Aestas, LLC is Aestas Management Company, LLC. Aestas Management Company, LLC is a Delaware company created to facilitate a half-billion-dollar capital raise for OpenAI. OpenAI Holdings LLC was involved in the infringement alleged herein through its indirect ownership, control, and direction of OpenAI OpCo LLC.

56. Defendant OpenAI Startup Fund I LP is a limited partnership formed under the laws of Delaware with its principal place of business in San Francisco, California.

57. Defendant OpenAI Startup Fund GP I LLC is a limited liability company formed under the laws of Delaware with its principal place of business in San Francisco, California.

58. Defendant OpenAI Startup Fund Management LLC is a limited liability company formed under the laws of Delaware with its principal place of business in San Francisco, California.

**C.** **Microsoft**

59. Microsoft Corporation is a Washington corporation with a principal place of business and headquarters in Redmond, Washington. Microsoft has invested at least $13 billion in OpenAI, and reportedly owns a 49% stake in the company's for-profit operations. Microsoft

has described its relationship with the OpenAI Defendants as a "partnership." This Microsoft-OpenAI partnership has included the creation, development, and maintenance of the supercomputing systems that the OpenAI Defendants used to house and make copies of copyrighted material in the training set for OpenAI's large language models. In course of designing and maintaining these tailored supercomputing systems for OpenAI's needs, upon information and belief, Microsoft was both directly involved in making reproductions of copyrighted material and facilitated the copyright infringement committed by OpenAI.

## FACTUAL ALLEGATIONS

### A.      Generative AI and Large Language Models

60.      The terms "artificial intelligence" or "AI" refer generally to computer systems designed to imitate human cognitive functions.

61.      The terms "generative artificial intelligence" or "generative AI" refer specifically to systems that are capable of generating "new" content in response to user inputs called "prompts."

62.      For example, the user of a generative AI system capable of generating images from text prompts might input the prompt, "A lawyer working at her desk." The system would then attempt to construct the prompted image. Similarly, the user of a generative AI system capable of generating text from text prompts might input the prompt, "Tell me a story about a lawyer working at her desk." The system would then attempt to generate the prompted text.

63.      Recent generative AI systems designed to recognize input text and generate output text are built on "large language models" or "LLMs."

64.      OpenAI's LLMs are complex mathematical functions comprised of a series of algorithms that break down input text into smaller pieces—words or portions of words, called "tokens"—then translate those pieces into "vectors," or a sequence of numbers that is used to

identify the token within the series of algorithms. Those vectors help place each token on a map, by identifying other tokens closely associated with the word.

65.     According to OpenAI, "the process begins by breaking text down into roughly word-length 'tokens,' which are converted to numbers. The model then calculates each token's proximity to other tokens in the training data—essentially, how near one word appears in relation to any other word. These relationships between words reveal which words have similar meanings . . . and functions." As the model trains and digests more expression, the algorithms depicting the relationship between various tokens changes with it.

66.     "Training" an LLM refers to the process by which the parameters that define an LLM's behavior are adjusted through the LLM's ingestion and analysis of large "training" datasets.

67.     The "training" of an LLM requires inputting large numbers of parameters in the model and then supplying the LLM with large amounts of text for the LLM to ingest—the more text, the better. That is, in part, and hand-in-hand with number of model specifications, the *large* in *large language model*.

68.     As the U.S. Patent and Trademark Office has observed, LLM "training" "almost by definition involve[s] the reproduction of entire works or substantial portions thereof."[8]

69.     "Training" in this context is therefore a technical-sounding euphemism for "copying and ingesting expression."

70.     Moreover, in some form and to some degree currently unknowable to the public, OpenAI's LLMs have "memorized" or stored their "training" data (even if in a "translated"

---

[8] U.S. Patent & Trademark Office, *Public Views on Artificial Intelligence and Intellectual Property Policy* 29 (2020), *available at* https://www.uspto.gov/sites/default/files/documents/USPTO_AI_Report_2020-10-07.pdf (last accessed Jan. 22, 2024).

form, such as a unique statistical profile), such that the data (at least in part) can be accessed, recalled, and reproduced by the LLM at will.[9]

71. The quality of the LLM (that is, its capacity to generate human-seeming responses to prompts) is dependent on the quality of the datasets used to "train" the LLM.

72. Professionally authored, edited, and published fiction and nonfiction books—such as those authored by Plaintiffs here—are an especially important source of LLM "training" data.

73. As one group of AI researchers (not affiliated with Defendants) has observed, "[b]ooks are a rich source of both fine-grained information, how a character, an object or a scene looks like, as well as high-level semantics, what someone is thinking, feeling and how these states evolve through a story."[10]

74. Once the "training" data is ingested, OpenAI can then control how closely the LLMs' outputs adhere to probability. Software engineers refer to this parameter as "temperature." If OpenAI engineers set its LLMs at a "hotter" temperature, the model will bias *against* what it calculates as the most probable response in favor of more random outputs. Likewise, the "cooler" the LLMs are set, the more closely their outputs will adhere to statistical probability. In this way, OpenAI can control the very perception of copying.

75. LLMs can also be fine-tuned after "training" by adjusting the parameters to perform specific tasks.

76. Finally, and as discussed below, OpenAI continues to produce new versions of their LLMs supported by increasingly more "training" data, much of which is copyrighted

---

[9] *See* Jason Koebler, *Google Researchers' Attack Prompts ChatGPT to Reveal Its Training Data*, 404 Media (Nov. 29, 2023), *available at* https://www.404media.co/google-researchers-attack-convinces-chatgpt-to-reveal-its-training-data/ (last accessed Jan. 22, 2024); Kent K. Chang *et al.*, *Speak, Memory: An Archaeology of Books Known to ChatGPT/GPT-4* (2023), *available at* https://arxiv.org/pdf/2305.00118v1.pdf (last accessed Jan. 22, 2024).

[10] Yukun Zhu *et al.*, *Aligning Books and Movies: Towards Story-like Visual Explanations by Watching Movies and Reading Books* 1 (2015), *available at* https://arxiv.org/pdf/1506.06724.pdf (last accessed Jan. 22, 2024).

material. These new versions hone the performance of OpenAI's consumer-facing products through the ingestion of more copyrighted material.

77.    In other words, books are the high-quality materials Defendants want, need, and have therefore outright pilfered to develop generative AI products that produce high-quality results: text that appears to have been written by a human writer.

78.    This use is highly commercial.

**B.    OpenAI's Willful Infringement of Plaintiffs' Copyrights**

**1.    OpenAI**

79.    OpenAI (specifically, Defendant OpenAI Inc.) was founded in 2015 as a non-profit organization with the self-professed goal of researching and developing AI tools "unconstrained by a need to generate financial return."

80.    Four years later, in 2019, OpenAI relaunched itself (specifically, through Defendant OpenAI GP LLC and Defendant OpenAI OpCo LLC) as a for-profit enterprise.

81.    Investments began pouring in. Microsoft Corporation, one of the world's largest technology companies, invested $1 billion in 2019, an estimated $2 billion in 2021, and a staggering $10 billion in 2023, for a total investment of $13 billion.

82.    Industry observers currently value OpenAI at up to $80 billion.

**2.    GPT-N and ChatGPT**

83.    OpenAI's LLMs are collectively referred to as "GPT-N," which stands for "Generative Pre-trained Transformer" (a specific type of LLM architecture), followed by a version number.

84.    GPT-3 was released in 2020 and exclusively licensed to Microsoft the same year.

85.    OpenAI further refined GPT-3 into GPT-3.5, which was released in 2022.

86.     In November 2022, OpenAI released ChatGPT, a consumer-facing chatbot application built on GPT-3.5.

87.     ChatGPT's popularity exploded virtually overnight. By January 2023, less than three months after its release, the application had an estimated 100 million monthly active users, making it one of the fastest-growing consumer applications in history.

88.     Today, the application is estimated to have more than 180 million users.[11]

89.     GPT-4, the successor to GPT-3.5, was released in March 2023.

90.     GPT-4 underlies OpenAI's new subscription-based chatbot, called ChatGPT Plus, which is available to consumers for $20 per month.

91.     Defendants intend to earn billions of dollars from this technology.

92.     When announcing the release of ChatGPT Enterprise, a subscription-based high-capability GPT-4 application targeted for corporate clients, in August 2023, OpenAI claimed that teams in "over 80% of Fortune 500 companies" were using its products.[12]

93.     GPT-4 also underlies Microsoft's Bing Chat product, offered through its Bing Internet search engine, and is integrated into its sales and marketing software, coding tools, productivity software, and cloud storage services.

94.     OpenAI's annualized revenue reached over $1.6 billion in 2023 due, in large part, to strong growth from its ChatGPT product.[13]

---

[11] Anna Tong, *Exclusive: ChatGPT traffic slips again for third month in a row*, Reuters (Sept. 7, 2023) *available at* https://www.reuters.com/technology/chatgpt-traffic-slips-again-third-month-row-2023-09-07/ (last accessed Jan. 24, 2024).

[12] OpenAI, *Introducing ChatGPT Enterprise* (Aug. 28, 2023), *available at* https://openai.com/blog/introducing-chatgpt-enterprise (last accessed Jan. 24, 2024).

[13] Maria Heeter et al., *OpenAI Annualized Revenue Tops $1.6 Billions as Customers Shrug Off CEO Drama*, The Information (Dec. 30, 2023), *available at* https://www.theinformation.com/articles/openais-annualized-revenue-tops-1-6-billion-as-customers-shrug-off-ceo-drama (last accessed Jan. 22, 2024).

95.     Analysts estimate that Microsoft could earn more than $10 billion in annual revenue by 2026 *only* from AI add-ons to its Microsoft 365 productivity software, "at the core" of which lies OpenAI technology.[14]

### 3.     Knowingly "Training" GPT-N on Copyrighted Books

96.     OpenAI does not disclose or publicize with specificity what datasets GPT-3, GPT-3.5, or GPT-4 were "trained" on. Despite its name, OpenAI treats that information as proprietary.

97.     To "train" its LLMs—including GPT-3, GPT-3.5, and GPT-4—OpenAI has reproduced copyrighted books—including copyrighted books authored by Plaintiffs here—without their authors' consent.

98.     OpenAI has admitted as much.

99.     OpenAI has admitted that it has "trained" its LLMs on "large, publicly available datasets that include copyrighted works."[15]

100.    OpenAI has admitted that "training" LLMs "require[s] large amounts of data," and that "analyzing large corpora" of data "necessarily involves first making copies of the data to be analyzed."[16]

101.    OpenAI has admitted that, if it refrained from using copyrighted works in its LLMs' "training," it would "lead to significant reductions in model quality."[17]

---

[14] Jordan Novet, *Microsoft starts selling AI tool for Office, which could generate $10 billion a year by 2026*, CNBC (Nov. 1, 2023), *available at* https://www.cnbc.com/2023/11/01/microsoft-365-copilot-becomes-generally-available.html (last accessed Jan. 22, 2024).

[15] OpenAI, *Comment Regarding Request for Comments on Intellectual Property Protection for Artificial Intelligence Innovation*, U.S. Patent and Trademark Office Dkt. No. PTO-C-2019-0038, at 1 (2019), *available at* https://www.uspto.gov/sites/default/files/documents/OpenAI_RFC-84-FR-58141.pdf (last accessed Jan. 22, 2024).

[16] *Id.*

[17] *Id.* at 7 n.33.

102.  OpenAI thus has conceded that reproduction of copyrighted works is central to the quality of its products.

103.  In response to a query submitted to it in January 2023, ChatGPT responded, "[i]t is possible that some of the books used to train me were under copyright. However, my training data was sourced from various publicly available sources on the internet, and it is likely that some of the books included in my training dataset were not authorized to be used. ... If any copyrighted material was included in my training data, it would have been used without the knowledge or consent of the copyright holder."

104.  In another inquiry made that same year, ChatGPT confirmed the existence of Plaintiff Julian Sancton's book in its dataset: "Yes, Julian Sancton's book 'Madhouse at the End of the Earth' is included in my training data."

105.  In another example, when prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Last Juror*, one of the Grisham Infringed Works, and titled the infringing and unauthorized derivative "The Juror's Dilemma," using the same characters from Grisham's existing book.[18]

106.  Until recently, ChatGPT could be prompted to return quotations of text from copyrighted books with a good degree of accuracy, evidencing that the underlying LLM likely or must have ingested these books in their entireties during its "training."

107.  Now, however, ChatGPT generally responds to such prompts with the statement, "I can't provide verbatim excerpts from copyrighted texts." Thus, while ChatGPT previously provided such excerpts and in principle retains the capacity to do so, it has been restrained from doing so, if only temporarily, by its programmers.

---

[18] Additional examples of OpenAI's plaintiff-specific infringement are detailed below.

108. Instead of "verbatim excerpts," ChatGPT offers to produce a summary of the copyrighted book, which usually contains details not available in reviews and other publicly available material—again suggesting that the underlying LLM must have ingested the entire book during its "training."

109. Notably, though, even when OpenAI fine-tunes a base model, it does not alter the fact of reproduction.

110. OpenAI is characteristically opaque about where and how it procured the entirety of these books, including Plaintiffs' copyrighted works.

111. OpenAI has discussed limited details about the datasets used to "train" GPT-3.

112. OpenAI admits that among the "training" datasets it used to "train" the model were "Common Crawl," and two "high-quality," "internet-based books corpora" which it calls "Books1" and "Books2."[19]

113. Common Crawl is a vast and growing corpus of "raw web page data, metadata extracts, and text extracts" scraped from billions of web pages. It is widely used in "training" LLMs, and has been used to "train," in addition to GPT-N, Meta's LlaMa, and Google's BERT. It is known to contain text from books copied from pirate sites.[20]

114. OpenAI refuses to discuss the source or sources of the Books2 dataset.

---

[19] Tom B. Brown *et al.*, *Language Models Are Few-Shot Learners* 8 (2020), *available at* https://arxiv.org/pdf/2005.14165.pdf (last accessed Jan. 22, 2024).

[20] Alex Hern, *Fresh Concerns Raised Over Sources of Training Material for AI Systems*, The Guardian (Apr. 20, 2023), *available at* https://www.theguardian.com/technology/2023/apr/20/fresh-concerns-training-material-ai-systems-facist-pirated-malicious (last accessed Jan. 22, 2024).

115. Some independent AI researchers suspect that Books2 contains or consists of ebook files downloaded from large pirate book repositories such as Library Genesis or "LibGen," "which offers a vast repository of pirated text."[21]

116. LibGen is already known to this Court as a notorious copyright infringer.[22]

117. Other possible candidates for Books2's sources include Z-Library, another large pirate book repository that hosts more than 11 million books, and pirate torrent trackers like Bibliotik, which allow users to download ebooks in bulk.

118. Websites linked to Z-Library appear in the Common Crawl corpus and have been included in the "training" dataset of other LLMs.[23]

119. Z-Library's Internet domains were seized by the FBI in February 2022, only months after OpenAI stopped "training" GPT-3.5 in September 2021.

120. The disclosed size of the Books2 dataset (55 billion "tokens," the basic units of textual meaning such as words, syllables, numbers, and punctuation marks) suggests it comprises over 100,000 books.

121. "Books3," a dataset compiled by an independent AI researcher, is comprised of nearly 200,000 books downloaded from Bibliotik, and has been used by other AI developers to "train" LLMs.

122. The similarities in the sizes of Books2 and Books3, and the fact that there are only a few pirate repositories on the Internet that allow bulk ebook downloads, strongly indicates that

---

[21] Kate Knibbs, *The Battle Over Books3 Could Change AI Forever*, Wired (Sept. 4, 2023), *available at* https://www.wired.com/story/battle-over-books3 (last accessed Jan. 22, 2024).

[22] *See Elsevier Inc. v. Sci-Hub*, No. 1:15-cv-4282-RWS (S.D.N.Y.).

[23] Kevin Schaul *et al.*, *Inside the Secret List of Websites that Make AI Like ChatGPT Sounds Smart*, The Washington Post (Apr. 19, 2023), *available at* https://www.washingtonpost.com/technology/interactive/2023/ai-chatbot-learning (last accessed Jan. 22, 2024).

the books contained in Books2 were also obtained from one of the notorious repositories discussed above.

123.   OpenAI has not discussed the datasets used to "train" GPT-3.5, GPT-4, or their source or sources.

124.   GPT-3.5 and GPT-4 are significantly more powerful than their predecessors. GPT-3.5 contains roughly 200 billion parameters, and GPT 4 contains roughly 1.75 trillion parameters, compared to GPT-3's roughly 175 billion parameters.

125.   The growth in power and sophistication from GPT-3 to GPT-4 suggests a correlative growth in the size of the "training" datasets, raising the inference that one or more very large sources of pirated ebooks discussed above must have been used to "train" GPT-4.

126.   There is no other way OpenAI could have obtained the volume of books required to "train" a powerful LLM like GPT-4.

127.   In short, OpenAI admits it needs[24] and uses[25] "large, publicly available datasets that include copyrighted works"[26]—and specifically, "high-quality"[27] copyrighted books—to "train" its LLMs; pirated sources of such "training" data are readily available; and one or more of these sources contain Plaintiffs' works.

128.   Defendants knew that their "training" data included texts protected by copyright but willfully proceeded without obtaining authorization.

129.   OpenAI's "training" its LLMs could not have happened without Microsoft's financial and technical support. In 2020, Microsoft announced that it had developed Azure, "one of the top five publicly disclosed supercomputers in the world" which was "[b]uilt in

---

[24] OpenAI, *Comment Regarding Request for Comments*, *supra*, at 7 n.33.

[25] *Id.* at 2.

[26] *Id.* at 1.

collaboration with and exclusively for OpenAI," and "designed specifically to train that company's AI models."[28]

130.   Furthermore, in 2023, Microsoft CEO Satya Nadella reminded the world that the "heavy lifting" for OpenAI's LLM "training" was done by Microsoft "compute infrastructure."[29]

### C.   The Microsoft-OpenAI Partnership

131.   While OpenAI was responsible for designing the calibration and fine-tuning of the GPT models—and thus, the largescale copying of this copyrighted material involved in generating a model programmed to accurately mimic Plaintiffs' and others' expression—Microsoft built and operated the computer system that enabled this unlicensed copying in the first place.

132.   Microsoft, for the last four years, has been deeply involved in the training, development, and commercialization of OpenAI's GPT products. Microsoft CEO Satya Nadella has called its relationship with OpenAI a "great commercial partnership."

133.   Given the volume of the training corpus—the equivalent of nearly four billion pages of single-spaced text—and the complexity of OpenAI's large language models, OpenAI required a specialized supercomputing system to train GPT-3, GPT-3.5, and GPT-4 (and thus copy and exploit the copyrighted material in its training set). That is where Microsoft came in. Microsoft's Azure provided the cloud computing systems that powered the training process, and continues to power OpenAI's operations to this day. Microsoft and OpenAI worked together to

---

[27] Brown *et al.*, *Few-Shot Learners*, *supra*, at 8.

[28] Jennifer Langston, *Microsoft announces new supercomputer, lays out vision for future AI work*, Microsoft (May 19, 2020), *available at* https://news.microsoft.com/source/features/ai/openai-azure-supercomputer/ (last accessed Jan. 22, 2024).

design this system, which was used to train all of OpenAI's GPT models. Without these bespoke computing systems, OpenAI would not have been able to execute and profit from the mass copyright infringement alleged herein.

134. Microsoft has in public statements acknowledged its intimate involvement in the development of OpenAI's GPT models. In a 2020 press release, Microsoft announced that it had built a bespoke supercomputing infrastructure "in collaboration and exclusively for OpenAI," "designed specifically to train that company's AI models. It represents a key milestone in a partnership announced last year to jointly create new supercomputing technologies in Azure." The press release went on to describe the computer "developed for OpenAI" as "top five" in the "world," and "a single system with more than 285,000 CPU cores, 10,000 GPUs and 4,000 gigabits per second of network connectivity for each GPU server."

135. After the release of ChatGPT, Microsoft also took credit for its substantial role in the training process. In a February 2023 interview with Fortt Knox on CNBC, Mr. Nadella said that "beneath what OpenAI is putting out as large language models, remember, the heavy lifting was done by the Azure team to build the compute infrastructure." A few months later, in his keynote speech at the Microsoft Inspire conference, Mr. Nadella acknowledged that Microsoft "buil[t] the infrastructure to train [OpenAI's] models."

136. Upon information and belief, that "heavy lifting" involved developing, maintaining, troubleshooting, and supporting OpenAI's supercomputing system. Microsoft employees worked closely with OpenAI personnel to understand the training process and training dataset used for OpenAI's GPT models.

---

[29] CNBC, *First on CNBC: CNBC Transcript: Microsoft CEO Satya Nadella Speaks with CNBC's Jon Fortt on "Power Lunch" Today* (Feb. 7, 2023), *available at* https://www.cnbc.com/2023/02/07/first-on-cnbc-cnbc-transcript-microsoft-ceo-satya-nadella-speaks-with-cnbcs-jon-fortt-on-power-lunch-today.html (last accessed Jan. 22, 2024).

137. Through that process, Microsoft would have known that OpenAI's training data was scraped indiscriminately from the internet and included a massive quantity of pirated and copyrighted material, including a trove of copyrighted books. Through its creation and maintenance of the supercomputing system, Microsoft directly made unlicensed copies and provided critical assistance to OpenAI in making unlicensed copies of copyrighted material— including Plaintiffs' works and other copyrighted books—for the purpose of training the GPT models.

138. The large-scale copyright infringement would have been obvious to OpenAI and its business partners. Microsoft also became aware of OpenAI's largescale copyright infringement in the course of conducting the due diligence required for its multibillion-dollar investments in OpenAI. As Andreesen Horowitz, another OpenAI investor, put it: "the only practical way generative AI models can exist is if they can be trained on an almost unimaginably massive amount of content, much of which . . . will be subject to copyright."[30] As the public company made its decision to invest $13 billion into OpenAI, surely Microsoft—like Andreesen Horowitz—was fully aware that OpenAI was taking a massive corpus of copyrighted content, without compensation to rightsholders, and copying it for the purpose of training and developing its GPT models to mimic the human writing.

139. In addition to facilitating the training process, Microsoft has played a key role in commercializing OpenAI's GPT-based technology, and in doing so has profited from OpenAI's infringement of content owned by Plaintiffs and the proposed Class. At Microsoft's largest partner event of the year, Inspire, Mr. Nadella said that while OpenAI is "innovating on the algorithms and the training of these frontier models, [Microsoft] innovate[s] on applications on

---

[30] Andreeson Horowitz, Notice of Inquiry on Artificial Intelligence and Copyright, (Oct. 30, 2023), *available at* https://s3.documentcloud.org/documents/24117939/a16z.pdf.

top of it." For example, Microsoft unveiled Bing Chat, a generative AI chatbot feature on its search engine powered by GPT-4, and, in turn, ChatGPT integrated a "Browse with Bing" feature on paid ChatGPT Plus offering.

140.    Indeed, recent events have further demonstrated the close relationship between OpenAI and Microsoft. When OpenAI CEO Sam Altman was terminated, Microsoft hired him. In a November 2023 interview following the termination, Mr. Nadella stated: "We have all the IP rights and all the capability. If OpenAI disappeared tomorrow, I don't want any customer of ours to be worried about it quite honestly, because we have all of the rights to continue the innovation. Not just to serve the product, but we can go and just do what we were doing in partnership ourselves. We have the people, we have the compute, we have the data, we have everything."[31] Mr. Nadella continued, "And also this thing, it's not hands off, right? We are in there. We are below them, above them, around them. We do the kernel optimizations, we build tools, we build the infrastructure. So that's why I think a lot of the industrial analysts are saying, 'Oh wow, it's really a joint project between Microsoft and OpenAI.'"[32]

141.    Shortly after this November 2023 interview, under pressure from Microsoft (and others), OpenAI reinstated Mr. Altman as CEO and granted Microsoft a nonvoting seat on the board of OpenAI, Inc.

### D.    GPT-N's and ChatGPT's Harm to Authors

142.    ChatGPT and the LLMs underlying it seriously threaten the livelihood of the very authors—including Plaintiffs here, as discussed specifically below—on whose works they were "trained" without the authors' consent.

---

[31] Intelligencer Staff, *Satya Nadella on Hiring the Most Powerful Man in AI When OpenAI threw Sam Altman overboard, Microsoft's CEO saw an opportunity*, INTELLIGENCER (Nov. 21, 2023), available at https://nymag.com/intelligencer/2023/11/on-with-kara-swisher-satya-nadella-onhiring-sam-altman.html (last accessed Dec. 11, 2023).

[32] *Id.*

143.    Goldman Sachs estimates that generative AI could replace 300 million full-time jobs in the near future, or one-fourth of the labor currently performed in the United States and Europe.

144.    Already, writers report losing income from copywriting, journalism, and online content writing—important sources of income for many book authors. The Authors Guild's most recent author earnings study[33] shows a median writing-related income for full-time authors of just over $20,000, and that full-time traditional authors earn only half of that from their books. The rest comes from activities like content writing—work that is starting to dry up as a result of generative AI systems like ChatGPT.

145.    An Authors Guild member who writes marketing and web content reported losing 75 percent of their work as a result of clients switching to AI.

146.    Another content writer told the *Washington Post* that half of his annual income (generated by ten client contracts) was erased when the clients elected to use ChatGPT instead.[34]

147.    Recently, the owner of popular online publications such as *Gizmodo*, *Deadspin*, *The Root*, *Jezebel* and *The Onion* came under fire for publishing an error-riddled, AI-generated piece, leading the Writers Guild of America to demand "an immediate end of AI-generated articles" on the company's properties.[35]

---

[33] Authors Guild, "Top Takeaways from the 2023 Author Income Survey (2023), *available at* https://authorsguild.org/news/key-takeaways-from-2023-author-income-survey/#:~:text=Though%20overall%20author%20incomes%20are,coming%20in%20a%20close%20second (last accessed Jan. 22, 2024).

[34] Pranshu Verma & Gerrit De Vynck, *ChatGPT Took Their Jobs. Now They Walk Dogs and Fix Air Conditioners*, The Washington Post (June 2, 2023), *available at* https://www.washingtonpost.com/technology/2023/06/02/ai-taking-jobs (last accessed Jan. 22, 2024).

[35] Todd Spangler, *WGA Slams G/O Media's AI-Generated Articles as 'Existential Threat to Journalism,' Demands Company End Practice*, Variety (July 12, 2023), *available at* https://variety.com/2023/digital/news/wga-slams-go-media-ai-generated-articles-existential-threat-1235668496 (last accessed Jan. 22, 2024).

148.    In a survey of authors conducted by The Authors Guild in March 2023 (early in ChatGPT's lifecycle), 69 percent of respondents said they consider generative AI a threat to their profession, and 90 percent said they believe that writers should be compensated for the use of their work in "training" AI.

149.    As explained above, until recently, ChatGPT provided verbatim quotes of copyrighted text. Currently, it instead readily offers to produce summaries of such text. These summaries are themselves derivative works, ineluctably based on original unlawfully copied work that could be—but for ChatGPT—licensed by the authors of the underlying works to willing, *paying* licensees.

150.    ChatGPT creates other outputs that are derivative of authors' copyrighted works. Businesses are sprouting up to sell prompts that allow users to enter the world of an author's books and create derivative stories within that world. For example, a business called Socialdraft offers long prompts that lead ChatGPT to engage in "conversations" with popular fiction authors like Plaintiff Grisham, Plaintiff Martin, Margaret Atwood, Dan Brown, and others about their works, as well as prompts that promise to help customers "Craft Bestselling Books with AI."

151.    OpenAI also allows third parties to build their own applications on top of ChatGPT by making it available through an "application programming interface" or "API." Applications integrated with the API allow users to generate works of fiction, including books and stories similar to those of Plaintiffs and other authors.[36]

152.    Defendants' unauthorized commercial copying of Plaintiffs' works and works owned by the proposed Classes was manifestly unfair use. Even OpenAI's attempt to

anthropomorphize its commercial product underscores the unlawful nature of its conduct. By OpenAI's own telling, ChatGPT uses copyrighted texts for the same purpose OpenAI claims an ordinary reading consumer may use a book—to review, understand, and learn from the expression in it, including the order of words, presentation of facts, and syntax, among other expressive elements. Yet humans who learn from books—even those who might describe their reading experience as merely a series of parts not summed into any whole—do not routinely copy them, and inherently must buy them, or borrow them from libraries that buy them, providing some measure of compensation to authors and creators. OpenAI copies books and provides no compensation.  It has usurped authors' content for the purpose of creating a machine built to generate the very type of content for which authors usually would be paid.

153. Furthermore, ChatGPT is being used to generate low-quality ebooks, impersonating authors, and displacing human-authored books.[37] For example, author Jane Friedman discovered "a cache of garbage books" written under her name for sale on Amazon.[38]

154. Even OpenAI CEO Sam Altman admitted in testimony to the Senate that "creators deserve control over how their creations are used, and what happens sort of beyond the point of releasing it into the world" and that "creators, content owners need to benefit from this technology."[39]

---

[36] Adi Robertson, *I Tried the AI Novel-Writing Tool Everyone Hates, and It's Better than I Expected*, The Verge (May 24, 2023), *available at* https://www.theverge.com/2023/5/24/23732252/sudowrite-story-engine-ai-generated-cyberpunk-novella (last accessed Jan. 22, 2024).

[37] Jules Roscoe, *AI-Generated Books of Nonsense Are All Over Amazon's Bestseller Lists*, Vice (June 28, 2023), *available at* https://www.vice.com/en/article/v7b774/ai-generated-books-of-nonsense-are-all-over-amazons-bestseller-lists (last accessed Jan. 22, 2024).

[38] Pilar Melendez, *Famous Author Jane Friedman Finds AI Fakes Being Sold Under Her Name on Amazon*, The Daily Beast (Aug. 8, 2023), *available at* https://www.thedailybeast.com/author-jane-friedman-finds-ai-fakes-being-sold-under-her-name-on-amazon (last accessed Jan. 22, 2024).

[39] Ted Johnson, *OpenAI CEO Sam Altman Says Content Owners Need To Get "Significant Upside Benefit" From New Technology*, Deadline (May 16, 2023), *available at* https://deadline.com/2023/05/ai-chat-gpt-senate-sam-altman-1235368420/ (last accessed Jan. 22. 2024).

155. Plaintiffs and other professional writers are thus reasonably concerned about the risks OpenAI's conduct poses to their livelihoods specifically and the literary arts generally.

156. To this end, Plaintiff The Authors Guild, among others, have given voice to these concerns on behalf of working American authors.

157. The Authors Guild is the nation's oldest and largest professional writers' organization. It "exists to support working writers and their ability to earn a living from authorship."[40]

158. Among other principles, The Authors Guild holds that "authors should not be required to write or speak without compensation. Writers, like all professionals, should receive fair payment for their work."[41]

159. In June 2023, The Authors Guild wrote an open letter (the "Open Letter") calling on OpenAI and other major technology companies to fairly license authors' works for use in LLM "training."

160. The Open Letter emphasizes that "[g]enerative AI technologies built on large language models owe their existence to our writings," and protests "the inherent injustice in exploiting our works as part of your AI systems without our consent, credit, or compensation."[42]

161. The Open Letter also points to the risks to authors' livelihoods posed by generative AI like GPT-N and ChatGPT: "As a result of embedding our writings in your systems, generative AI threatens to damage our profession by flooding the market with mediocre, machine-written books, stories, and journalism based on our work. ... The introduction of generative AI threatens ... to make it even more difficult, if not impossible, for

---

[40] Authors Guild, https://authorsguild.org (last accessed Jan. 22, 2024).

[41] Authors Guild, *Principles*, https://authorsguild.org/about/principles (last accessed Jan. 22, 2024).

writers—especially young writers and voices from under-represented communities—to earn a living from their profession."[43]

162.  To date, the Open Letter has been signed by more than 15,000 authors,[44] including many Plaintiffs here.[45]

163.  In short, the success and profitability of OpenAI are predicated on mass copyright infringement without a word of permission from or a nickel of compensation to copyright owners, including Plaintiffs here. OpenAI knows it; its investors know it; and Plaintiffs know it.

**E.  Defendants Have Profited From Their Unlicensed Exploitation of Copyrighted Material At the Expense of Authors**

164.  Microsoft and OpenAI have enjoyed substantial commercial gain from their GPT-based commercial offerings, including ChatGPT Plus, ChatGPT Enterprise, Bing Chat, and the licensing of the OpenAI API for businesses seeking to develop their own generative AI systems built on top of GPT-3, GPT-3.5, or GPT-4.

165.  As of November 2023, ChatGPT has reported over 100 million weekly active users. Included among those users are 92% of all Fortune 500 companies.[46] OpenAI has generated revenue through its subscription services, ChatGPT Plus ($20/month) and its business-focused ChatGPT Enterprise. OpenAI is currently generating revenue of more than $100 million per month, on pace for $1.3 billion per year.

---

[42]  Open Letter from The Authors Guild to Sam Altman *et al.*, at 1, *available at* https://authorsguild.org/app/uploads/2023/07/Authors-Guild-Open-Letter-to-Generative-AI-Leaders.pdf (last accessed Jan. 22, 2024).

[43]  *Id.*

[44]  Authors Guild, *Open Letter to Generative AI Leaders*, *available at* https://actionnetwork.org/petitions/authors-guild-open-letter-to-generative-ai-leaders (last accessed Jan. 22, 2024).

[45]  *See* Open Letter, *supra*, at 2–124.

[46]  Aisha Malik, OpenAI's ChatGPT Now Has 100 Million Weekly Active Users, (last visited Nov. 20, 20230, https://techcrunch.com/2023/11/06/openais-chatgpt-now-has-100-million-weekly-active-users/.

166.    Microsoft has also reaped the benefits from its investment and development of ChatGPT. Since incorporating GPT-3 into its Bing search engine, Bing surpassed more than 100 million daily active users for the first time in its history. That surge was in large part attributable to the incorporation of OpenAI's GPT models, as large percentage of Bing's new users are using Bing Chat daily.

167.    Microsoft has also been integrating ChatGPT into Azure and Office 365 products and charging add-on fees for users seeking to take advantage of generative AI offerings. Microsoft Teams is charging an additional license for use of AI features. Microsoft has also unveiled a GPT-4-powered product called Microsoft 365 Copilot, which, according to Microsoft, "combines the power of large language models (LLMs) with your data in the Microsoft Graph and the Microsoft 365 apps to turn your words into the most powerful productivity tool on the planet." Microsoft Copilot is $30 per month. Analysts project that the integration of GPT into Microsoft products could generate more than $10 billion in annualized revenue by 2026, [47] with just one version of this integration—"GitHub Copilot"—already generating more than $100 million in annual recurring revenue.[48]

**F.    Defendants Exploited Each of Plaintiffs' Copyrighted Works**

**1.    Fiction Authors**

168.    Plaintiffs' works collectively span a wide range of commercial fiction whose continuing commercial viability is endangered by Defendants. Each author represented here has a distinct voice, a distinct style, and distinct creative expression. But all Plaintiffs have suffered identical harms from Defendants' infringing reproductions of their works.

---

[47] Novet, *supra* Note 3, (last visited Nov. 20, 2023).
[48] Holmes, *supra* Note 4, (last visited Nov. 20, 2023).

169.    The contents of the datasets OpenAI has used to "train" its LLMs are peculiarly within its knowledge and not publicly disclosed, such that Plaintiffs are unable discern those contents with perfect accuracy. Plaintiffs make the specific allegations of infringement below based on what is known about OpenAI's training practices; what is known about the contents, uses, and availability of the pirate book repositories such as LibGen, Bibliotik, and Z-Library; and the results of Plaintiffs' testing of ChatGPT.

170.    Most Plaintiffs have written more books than are included in this Complaint.

171.    ***Plaintiff The Authors Guild.*** The Authors Guild is the owner of the registered copyrights in Mignon Eberhart's works, including *While the Patient Slept* and *The Patient in Room 18*.

172.    Mignon G. Eberhart (1899–1996), dubbed "America's Agatha Christie," was the author of dozens of mystery novels over nearly sixty years. Several of Eberhart's novels have been adapted for film, including *Hasty Wedding*, *Mystery House*, *While the Patient Slept*, *The Patient in Room 18*, and *The White Cockatoo*.

173.    The Authors Guild is the owner or beneficial owner of the registered copyrights in eleven (11) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Authors Guild Infringed Works").

174.    The registration information for the Authors Guild Infringed Works is contained in Exhibit A to this Complaint, at 1.

175.    OpenAI unlawfully and willfully copied the Authors Guild Infringed Works and used them to "train" OpenAI's LLMs without The Authors Guild's permission.

176.    For example, when prompted, ChatGPT accurately generated summaries of several of the Authors Guild Infringed Works, including summaries for *While the Patient Slept* and *The Patient in Room 18.*

177.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *While the Patient Slept*, one of the Authors Guild Infringed Works, and titled the infringing and unauthorized derivative "Shadows Over Federie House," using the same characters from Eberhart's existing book.

178.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Patient in Room 18*, one of the Authors Guild Infringed Works, and titled the infringing and unauthorized derivative "Echoes from Room 18," using the same characters from Eberhart's existing book.

179.   When prompted, ChatGPT generated an accurate summary of the final chapter of *While the Patient Slept*, one of the Authors Guild Infringed Works.

180.   ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Authors Guild Infringed Works.

181.   ***Plaintiff Baldacci.*** Baldacci is a best-selling author, philanthropist, and lawyer whose novels have been adapted for film and television, published in over 45 languages and in more than 80 countries, with 150 million copies sold worldwide. Some of Baldacci's most popular works include books in the Camel Club series, Vega Jane series, and Archer series.

182.   Baldacci is a member of The Authors Guild.

183.   Baldacci is the sole author of and owner or beneficial owner of the registered copyrights in forty-one (41) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Baldacci Infringed Works").

184.   The registration information for the Baldacci Infringed Works is contained in Exhibit A to this Complaint, at 1–2.

185.   OpenAI unlawfully and willfully copied the Baldacci Infringed Works and used them to "train" OpenAI's LLMs without Baldacci's permission.

33

186. For example, when prompted, ChatGPT accurately generated summaries of several of the Baldacci Infringed Works, including summaries of The Collectors, The Finisher, and One Good Deed.

187. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of The Simple Truth, one of the Baldacci Infringed Works, and titled the infringing and unauthorized derivative "The Complex Justice," using the same characters from Baldacci's existing book.

188. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of Total Control, one of the Baldacci Infringed Works, and titled the infringing and unauthorized derivative "Total Control: Unfinished Business," using the same characters from Baldacci's existing book.

189. When prompted, ChatGPT generated an accurate summary of the final chapter of Long Road to Mercy, one of the Baldacci Infringed Works.

190. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Baldacci Infringed Works.

191. ***Plaintiff Bly***. Bly is a tenured professor and chair of the English department at Fordham University who also writes best-selling Regency and Georgian romance novels under the pen name Eloisa James. Some of Bly's most popular works include books in the *Desperate Duchesses* series, the *Fairy Tales* series, the *Wildes of Lindow Castle* series, and the *Essex* series.

192. Bly is a Vice President of The Authors Guild Council and a member of The Authors Guild.

193. Bly is the sole author of and owner or beneficial owner of the registered copyrights in thirty-three (33) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Bly Infringed Works").

194. The registration information for the Bly Infringed Works is contained in Exhibit A to this Complaint, at 2–3.

195. OpenAI unlawfully and willfully copied the Bly Infringed Works used them to "train" OpenAI's LLMs without Bly's permission.

196. For example, when prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *This Duchess of Mine*, one of the Bly Infringed Works, and titled the infringing and unauthorized derivative "The Duchess' New Dawn," using the same characters from Bly's existing book.

197. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *An Affair Before Christmas*, one of the Bly Infringed Works, and titled the infringing and unauthorized derivative "Whispers of Winter," using the same characters from Bly's existing book.

198. When prompted, ChatGPT generated an accurate summary of the final chapter of *A Duke of Her Own*, one of the Bly Infringed Works.

199. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Bly Infringed Works.

200. ***Plaintiff Connelly***. Connelly is a best-selling author with over 85 million copies of his books sold worldwide and translated into 45 foreign languages. Some of Connelly's most popular novels include *The Lincoln Lawyer*, *City of Bones*, and *The Law of Innocence*.

201. Connelly is a member of The Authors Guild.

202.   Connelly is the sole author of and owner or beneficial owner of the registered copyrights in forty-six (46) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Connelly Infringed Works").

203.   The registration information for the Connelly Infringed Works is contained in Exhibit A to this Complaint, at 3–4.

204.   OpenAI unlawfully and willfully copied the Connelly Infringed Works and used them to "train" OpenAI's LLMs without Connelly's permission.

205.   For example, when prompted, ChatGPT accurately generated summaries of several of the Connelly Infringed Works, including summaries for *The Black Echo*, *The Poet*, and *The Crossing*.

206.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Lincoln Lawyer*, one of the Connelly Infringed Works, and titled the infringing and unauthorized derivative "The City's Shadows," using the same characters from Connelly's existing book.

207.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Brass Verdict*, one of the Connelly Infringed Works, and titled the infringing and unauthorized derivative "Double-Edged Justice," using the same characters from Connelly's existing book.

208.   When prompted, ChatGPT generated an accurate summary of the final chapter of *The Late Show*, one of the Connelly Infringed Works.

209.   ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Connelly Infringed Works.

210.   ***Plaintiff Day***. Day is a best-selling author of over twenty award-winning novels, including ten *New York Times* best sellers and thirteen *USA Today* best sellers. Her work has

been translated into forty-one languages. Some of Day's most popular novels include books in *The Crossfire® Saga* series, the *Georgian* series, and the *Marked* series.

211.   Day is a member of The Authors Guild Council and a member of The Authors Guild.

212.   Day is the sole author of and owner or beneficial owner of the registered copyrights in thirty-one (31) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Day Infringed Works").

213.   The registration information for the Day Infringed Works is contained in Exhibit A to this Complaint, at 4.

214.   OpenAI unlawfully and willfully copied the Day Infringed Works and used them to "train" OpenAI's LLMs without Day's permission.

215.   For example, when prompted, ChatGPT accurately generated summaries of several of the Day Infringed Works, including summaries for *Bared to You*, *One With You*, and *Ask For It*.

216.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *A Touch of Crimson*, one of the Day Infringed Works, and titled the infringing and unauthorized derivative "Crimson Temptations: A Love Rekindled," using the same characters from Day's existing book.

217.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Butterfly in Frost*, one of the Day Infringed Works, and titled the infringing and unauthorized derivative "Butterfly in Frost: Embers of Desire," using the same characters from Day's existing book.

218.   When prompted, ChatGPT generated an accurate summary of the final chapter of *The Stranger I Married*, one of the Day Infringed Works.

219. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Day Infringed Works.

220. ***Plaintiff Franzen***. Franzen is a novelist whose honors include the National Book Award, the James Tait Black Memorial Award, the Heartland Prize, Die Welt Literature Prize, the Budapest Grand Prize, and the first Carlos Fuentes Medal awarded at the Guadalajara International Book Fair. Franzen is a member of the American Academy of Arts and Letters, the American Academy of Arts and Sciences, the German Akademie der Künste, and the French Ordre des Arts et des Lettres. Some of Franzen's most popular novels include *The Corrections, Purity,* and *Freedom*.

221. Franzen is a member of The Authors Guild.

222. Franzen is the sole author of and owner or beneficial owner of the registered copyrights in five (5) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Franzen Infringed Works").

223. The registration information for the Franzen Infringed Works is contained in Exhibit A to this Complaint, at 4–5.

224. OpenAI unlawfully and willfully copied the Franzen Infringed Works and used them to "train" OpenAI's LLMs without Franzen's permission.

225. For example, when prompted, ChatGPT accurately generated summaries of several of the Franzen Infringed Works, including summaries for *The Corrections*, *Purity*, and *Freedom*.

226. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Corrections*, one of the Franzen Infringed Works, and titled the infringing and unauthorized derivative "Revisions," using the same characters from Franzen's existing book.

38

227. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Twenty-Seventh City*, one of the Franzen Infringed Works, and titled the infringing and unauthorized derivative "The Rising Metropolis," using the same characters from Franzen's existing book.

228. When prompted, ChatGPT generated an accurate summary of the final chapter of *Freedom*, one of the Franzen Infringed Works.

229. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Franzen Infringed Works.

230. ***Plaintiff Grisham***. Grisham is a civically engaged and best-selling author. His award-winning work has been translated into approximately 50 languages and adapted for both television and film. Some of Grisham's most popular novels include *The Pelican Brief*, *The Runaway Jury*, and *The Rainmaker*.

231. Grisham is a member of The Authors Guild.

232. Grisham is the sole author of and owner or beneficial owner of the registered copyrights in twenty-six (26) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Grisham Infringed Works").

233. The registration information for the Grisham Infringed Works is contained in Exhibit A to this Complaint, at 5.

234. OpenAI unlawfully and willfully copied the Grisham Infringed Works and used them to "train" OpenAI's LLMs without Grisham's permission.

235. For example, when prompted, ChatGPT accurately generated summaries of several of the Grisham Infringed Works, including summaries for *The Chamber*, *The Client*, and *The Firm*.

236.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The King of Torts*, one of the Grisham Infringed Works, and titled the infringing and unauthorized derivative "The Kingdom of Consequences," using the same characters from Grisham's existing book.

237.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Last Juror*, one of the Grisham Infringed Works, and titled the infringing and unauthorized derivative "The Juror's Dilemma," using the same characters from Grisham's existing book.

238.   When prompted, ChatGPT generated an accurate summary of the final chapter of *The Litigators*, one of the Grisham Infringed Works.

239.   ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Grisham Infringed Works.

240.   ***Plaintiff Hilderbrand***. Hilderbrand is a best-selling author, whose works include novels in the romance genre adapted for television. Hilderbrand has previously taught writing at the University of Iowa. Some of Hilderbrand's most popular novels include *The Summer of '69*, *The Identicals*, and *The Perfect Couple*.

241.   Hilderbrand is the sole author of and owner or beneficial owner of the registered copyrights in twenty-nine (29) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Hilderbrand Infringed Works").

242.   The registration information for the Hilderbrand Infringed Works is contained in Exhibit A to this Complaint, at 5–6.

243.   OpenAI unlawfully and willfully copied the Hilderbrand Infringed Works and used them "train" OpenAI's LLMs without Hilderbrand's permission.

40

244. For example, when prompted, ChatGPT accurately generated summaries of several of the Hilderbrand Infringed Works, including summaries for *The Summer of '69*, *The Identicals*, and *The Perfect Couple*.

245. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Identicals*, one of the Hilderbrand Infringed Works, and titled the infringing and unauthorized derivative "The Reckoning of Twins," using the same characters from Hilderbrand's existing book.

246. When prompted, ChatGPT generated an accurate summary of the final chapter of *The Perfect Couple*, one of the Hilderbrand Infringed Works.

247. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Hilderbrand Infringed Works.

248. ***Plaintiff Kline***. Kline is a globally published author who writes best-selling novels and has taught different disciplines of writing at Yale University, New York University, and the University of Virginia. Some of Kline's most popular novels include *Orphan Train*, *A Piece of the World*, and *Bird in Hand*.

249. Kline is a member of The Authors Guild Council and a member of The Authors Guild.

250. Kline is the sole author of and owner or beneficial owner of the registered copyrights in five (5) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Kline Infringed Works").

251. The registration information for the Kline Infringed Works is contained in Exhibit A to this Complaint, at 6.

252. OpenAI unlawfully and willfully copied the Kline Infringed Works and used them to "train" OpenAI's LLMs without Kline's permission.

253. For example, when prompted, ChatGPT accurately generated summaries of several of the Kline Infringed Works, including summaries for *Orphan Train*, *A Piece of the World*, and *Bird in Hand.*

254. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Orphan Train*, one of the Kline Infringed Works, and titled the infringing and unauthorized derivative "Legacy Rails," using the same characters from Kline's existing book.

255. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Bird in Hand*, one of the Kline Infringed Works, and titled the infringing and unauthorized derivative "Ties That Bind," using the same characters from Kline's existing book.

256. When prompted, ChatGPT generated an accurate summary of the final chapter of *A Piece of the World*, one of the Kline Infringed Works.

257. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Kline Infringed Works.

258. ***Plaintiff Lang***. Lang is an author and teacher who holds a doctorate in Comparative Literature. Lang is the author of the novel *The Sixteenth of June*.

259. Lang is the President and a member of The Authors Guild.

260. Lang is the sole author of and owner or beneficial owner of the registered copyrights in one (1) written work of fiction that OpenAI ingested and copied without permission (the "Lang Infringed Work").

261. The registration information for the Lang Infringed Work is contained in Exhibit A to this Complaint, at 6.

262.   OpenAI unlawfully and willfully copied the Lang Infringed Work and used it to "train" OpenAI's LLMs without Lang's permission.

263.   When prompted, ChatGPT accurately generated a summary of the Lang Infringed Work, *The Sixteenth of June*.

264.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Sixteenth of June*, the Lang Infringed Work, and titled the infringing and unauthorized derivative "The Seventeenth of June," using the same characters from Lang's existing book.

265.   ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Lang Infringed Work.

266.   ***Plaintiff LaValle***. LaValle is an associate professor of Creative Writing at Columbia University and the author of five novels, a short story collection, two novellas, and two comic books. Some of LaValle's most popular novels include *Big Machine, The Devil in Silver*, and *The Changeling*.

267.   LaValle is the sole author of and owner or beneficial owner of the registered copyrights in six (6) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "LaValle Infringed Works").

268.   The registration information for the LaValle Infringed Works is contained in Exhibit A to this Complaint, at 6.

269.   OpenAI unlawfully and willfully copied the LaValle Infringed Works and used them to "train" OpenAI's LLMs without LaValle's permission.

270.   For example, when prompted, ChatGPT accurately generated summaries of several of the LaValle Infringed Works, including summaries for *Big Machine, The Devil in Silver*, and *The Changeling*.

271.    When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Changeling*, one of the LaValle Infringed Works, and titled the infringing and unauthorized derivative "The Fae's Return," using the same characters from LaValle's existing book.

272.    When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Devil in Silver*, one of the LaValle Infringed Works, and titled the infringing and unauthorized derivative "The New Hyde Legacy," using the same characters from LaValle's existing book.

273.    When prompted, ChatGPT generated an accurate summary of the final chapter of *Big Machine*, one of the LaValle Infringed Works.

274.    ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the LaValle Infringed Works.

275.    ***Plaintiff Martin***. Martin is an award-winning author, television producer, and writer who is widely known for his fantasy, science fiction, and horror writing. Some of Martin's most popular novels include *A Game of Thrones*, *A Clash of Kings*, and *A Storm of Swords*.

276.    Martin is the sole author of and owner or beneficial owner of the registered copyrights in fifteen (15) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Martin Infringed Works").

277.    The registration information for the Martin Infringed Works is contained in Exhibit A to this Complaint, at 6–7.

278.    OpenAI unlawfully and willfully copied the Martin Infringed Works and used them to "train" OpenAI's LLMs without Martin's permission.

279.    In July 2023, Liam Swayne used ChatGPT to generate versions of *The Winds of Winter* and *A Dream of Spring,* intended to be the final two books in the series *A Song of Ice and Fire*, which Martin is currently writing.

280.    An experiment conducted by researchers at the University of California, Berkeley, into the "memorization" of works by ChatGPT found that Martin's novel *A Game of Thrones* ranked 12th with respect to the degree of "memorization."[49]

281.    When prompted, ChatGPT accurately generated summaries of several of the Martin Infringed Works, including summaries for Martin's novels *A Game of Thrones*, *A Clash of Kings*, and *A Storm of Swords,* the first three books in the series *A Song of Ice and Fire*.

282.    When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for an alternate sequel to *A Clash of Kings*, one of the Martin Infringed Works, and titled the infringing and unauthorized derivative "A Dance With Shadows," using the same characters from Martin's existing books in the series *A Song of Ice and Fire*.

283.    When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for a prequel book to *A Game of Thrones*, one of the Martin Infringed Works, and titled the infringing and unauthorized derivative "A Dawn of Direwolves," using the same characters from Martin's existing books in the series *A Song of Ice and Fire*.

284.    When prompted, ChatGPT generated an accurate summary of the final chapter of *The Armageddon Rag*, one of the Martin Infringed Works.

285.    ChatGPT could not have generated the results described above if OpenAI's LLMs had not ingested and been "trained" on the Martin Infringed Works.

---

[49] *See* Kent K. Chang *et al.*, *Speak, Memory: An Archaeology of Books Known to ChatGPT/GPT-4* (2023), *available at* https://arxiv.org/pdf/2305.00118v1.pdf (last accessed Dec. 4, 2023).

286. ***Plaintiff Picoult***. A *New York Times* best-selling author, Picoult writes popular fiction. Picoult is also the recipient of many awards, including the New England Bookseller Award for Fiction, the Alex Awards from the YALSA, a lifetime achievement award for mainstream fiction from the Romance Writers of America, the NH Literary Award for Outstanding Literary Merit and the Sarah Josepha Hale Award. Some of Picoult's most popular novels include *My Sister's Keeper*, *Nineteen Minutes*, and *House Rules*.

287. Picoult is a member of The Authors Guild.

288. Picoult is the sole author of and owner or beneficial owner of the registered copyrights in twenty-seven (27) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Picoult Infringed Works").

289. The registration information for the Picoult Infringed Works is contained in Exhibit A to this Complaint, at 7.

290. OpenAI unlawfully and willfully copied the Picoult Infringed Works and used them to "train" OpenAI's LLMs without Picoult's permission.

291. For example, when prompted, ChatGPT accurately generated summaries of several of the Picoult Infringed Works, including summaries for *Keeping Faith*, *Handle With Care*, and *Sing You Home*.

292. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Small Great Things*, one of the Picoult Infringed Works, and titled the infringing and unauthorized derivative "Small Great Things: Unfinished Business," using the same characters from Picoult's existing book.

293. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *My Sister's Keeper*, one of the Picoult Infringed

46

Works, and titled the infringing and unauthorized derivative as "My Sister's Legacy," using the same characters from Picoult's existing book.

294.   When prompted, ChatGPT generated an accurate summary of the final chapter of *Change of Heart*, one of the Picoult Infringed Works.

295.   ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Picoult Infringed Works.

296.   ***Plaintiff Preston***. Preston is an author and journalist who has received awards for his writing, both in America and abroad, and previously taught writing at Princeton University. Some of Preston's most popular novels include *Blasphemy*, *Impact*, and *The Codex*.

297.   Preston is a member of The Authors Guild and past President of The Authors Guild Council.

298.   Preston is the sole author of and owner or beneficial owner of the registered copyrights in six (6) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Preston Infringed Works").

299.   The registration information for the Preston Infringed Works is contained in Exhibit A to this Complaint, at 7.

300.   OpenAI unlawfully and willfully copied the Preston Infringed Works and used them to "train" OpenAI's LLMs without Preston's permission.

301.   For example, when prompted, ChatGPT accurately generated summaries of several of the Preston Infringed Works, including summaries for *Impact*, *Blasphemy*, and *The Codex*.

302.   When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Impact*, one of the Preston Infringed Works, and

titled the infringing and unauthorized derivative "Unearthed Secrets," using the same characters from Preston's existing book.

303.    When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Codex*, one of the Preston Infringed Works, and titled the infringing and unauthorized derivative "The Codex: The Lost Dynasty," using the same characters from Preston's existing book.

304.    When prompted, ChatGPT generated an accurate summary of the final chapter of *The Kraken Project*, one of the Preston Infringed Works.

305.    ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Preston Infringed Works.

306.    ***Plaintiff Robinson***. Robinson is an award-winning author with a wide reach, having written six novels and three collections of short stories, whose fiction has appeared in internationally respected publications and whose books have been published internationally. Some of Robinson's most popular novels include *Dawson's Fall*, *Sparta*, and *Cost*.

307.    Robinson is a member of The Authors Guild and a past President of The Authors Guild Council.

308.    Robinson is the sole author of and owner or beneficial owner of the registered copyrights in eight (8) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Robinson Infringed Works").

309.    The registration information for the Robinson Infringed Works is contained in Exhibit A to this Complaint, at 7–8.

310.    OpenAI unlawfully and willfully copied the Robinson Infringed Works and used them to "train" OpenAI's LLMs without Robinson's permission.

48

311. For example, when prompted, ChatGPT accurately generated summaries of several of the Robinson Infringed Works, including summaries of *Cost*, *Sparta* and *Dawson's Fall*.

312. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Dawson's Fall*, one of the Robinson Infringed Works, and titled the infringing and unauthorized derivative "Dawson's Legacy," using the same characters from Robinson's existing book.

313. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Sparta*, one of the Robinson Infringed Works, and titled the infringing and unauthorized derivative "Homefront," using the same characters from Robinson's existing book.

314. When prompted, ChatGPT generated an accurate summary of the final chapter of *Sparta*, one of the Robinson Infringed Works.

315. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Robinson Infringed Works.

316. ***Plaintiff Saunders***. Saunders is a professor in the English department at Syracuse University, who also writes best-selling books of fiction. Some of Saunders' most popular works include the short story titled *Escape From Spiderhead*, a novel titled *Lincoln in the Bardo*, and a novella titled *The Brief and Frightening Reign of Phil*.

317. Saunders is a member of The Authors Guild.

318. Saunders is the sole author of and owner or beneficial owner of the registered copyrights in seven (7) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Saunders Infringed Works").

49

319.  The registration information for the Saunders Infringed Works is contained in Exhibit A to this Complaint, at 8.

320.  OpenAI unlawfully and willfully copied the Saunders Infringed Works and used them to "train" OpenAI's LLMs without Saunders's permission.

321.  For example, when prompted, ChatGPT accurately generated summaries of several of the Saunders Infringed Works, including summaries for *CivilWarLand in Bad Decline*, *Lincoln in the Bardo*, and *Tenth of December*.

322.  When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Fox 8*, one of the Saunders Infringed Works, and titled the infringing and unauthorized derivative "Fox 8 and the Hidden World," using the same characters from Saunders's existing book.

323.  When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Tenth of December*, one of the Saunders Infringed Works, and titled the infringing and unauthorized derivative "The Eleventh of December: A Continuation," using the same characters from Saunders's existing book.

324.  When prompted, ChatGPT generated an accurate summary of the conclusion of *Escape From Spiderhead*, one of the Saunders Infringed Works.

325.  ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Saunders Infringed Works.

326.  ***Plaintiff Turow***. A best-selling author, Turow is a novelist and lawyer who is best known for setting his novels in fictional Kindle County's legal community. Some of Turow's most popular novels include *The Last Trial*, *Testimony*, and *Identical*.

327.  Turow is a member of The Authors Guild and past President of The Authors Guild Council.

328. Turow is the sole author of and owner or beneficial owner of the registered copyrights in sixteen (16) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Turow Infringed Works").

329. The registration information for the Turow Infringed Works is contained in Exhibit A to this Complaint, at 8.

330. OpenAI unlawfully and willfully copied the Turow Infringed Works and used them to "train" OpenAI's LLMs without Turow's permission.

331. For example, when prompted, ChatGPT accurately generated summaries of several of the Turow Infringed Works, including summaries for *The Burden of Proof*, *Innocent*, and *Testimony*.

332. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *The Last Trial*, one of the Turow Infringed Works, and titled the infringing and unauthorized derivative "Echoes of Judgment," using the same characters from Turow's existing book.

333. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Pleading Guilty*, one of the Turow Infringed Works, and titled the infringing and unauthorized sequel "Redemption's Price," using the same characters from Turow's existing book.

334. When prompted, ChatGPT generated an accurate summary of the final chapter of *Ordinary Heroes*, one of the Turow Infringed Works.

335. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Turow Infringed Works.

336. ***Plaintiff Vail***. Rachel Vail is an award-winning American author who primarily authors children's and young adult books. Some of Vail's most popular novels include *Ever After*, *Unfriended*, and *Justin Case: School, Drool, and Other Daily Disasters*.

337. Vail is a member of The Authors Guild and a member of The Authors Guild Council.

338. Vail is the sole author of and owner or beneficial owner of the registered copyrights in twenty-four (24) written works of fiction, all or many of which OpenAI ingested and copied without permission (the "Vail Infringed Works").

339. The registration information for the Vail Infringed Works is contained in Exhibit A to this Complaint, at 8–9.

340. OpenAI unlawfully and willfully copied the Vail Infringed Works and used them to "train" its LLMs without Vail's permission.

341. For example, when prompted, ChatGPT accurately generated summaries of several of the Vail Infringed Works, including summaries for *If We Kiss*, *A Is For Elizabeth*, and *Not That I Care*.

342. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Bad Best Friend*, one of the Vail Infringed Works, and titled the infringing and unauthorized derivative "Redeeming Friendship," using the same characters from Vail's existing book.

343. When prompted, ChatGPT generated an infringing, unauthorized, and detailed outline for the next purported installment of *Do-Over*, one of the Vail Infringed Works, and titled the infringing and unauthorized derivative "Do-Over: Second Chances," using the same characters from Vail's existing book.

344. When prompted, ChatGPT generated an accurate summary of the final chapter of *Daring to be Abigail*, one of the Vail Infringed Works.

345. ChatGPT could not have generated the material described above if OpenAI's LLMs had not ingested and been "trained" on the Vail Infringed Works.

### 2. Nonfiction Authors

346. While OpenAI and Microsoft have kept the contents of their training data secret, it is likely that, in training their GPT models, they reproduced all or nearly all commercially successful nonfiction books. As OpenAI investor Andreesen Horowitz has admitted, "large language models," like Defendants' GPT models, "are trained on something approaching the entire corpus of the written word," a corpus that would of course include Plaintiffs' works.

347. The size of the Books2 database—the "internet based books corpora" that Defendants used to train GPT-3, GPT-3.5, and possibly GPT-4 as well—has led commentators to believe that Books2 is comprised of books scraped from entire pirated online libraries such as LibGen, ZLibrary, or Bibliotik. Shawn Presser, an independent software developer, created an open-source set of training data called Books3, which was intended to give developers, in his words, "OpenAI-grade training data." The Books3 dataset, similar in size to Books2, was built from a corpus of pirated copies of books available on the site Bibliotik. Works authored and owned by Plaintiffs Alter, Bird, Branch, Cohen, Linden, Okrent, Sancton, Sides, Schiff, Shapiro, Tolentino, and Winchester are available on Books3, an indication that these works were also likely included in the similarly sized Books2.

348. ***Plaintiff Alter***. Alter is the author of a number of *New York Times* bestsellers, including *The Center Holds: Obama and His Enemies*; *The Promise: President Obama, Year One*; and *The Defining Moment: FDR's Hundred Days and the Triumph of Hope*. Each of those three books are a part of the Books3 dataset. Pirated copies of each of those three books—as well

as most recent book *His Very Best: Jimmy Carter, A Life*—are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

349.    When prompted with questions about Alter's books, ChatGPT returned detailed, accurate summaries of them, including of *The Center Holds* and *The Promise*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Alter's books.

350.    Alter is the author and owner of the registered copyrights listed under his name in Exhibit B.

351.    ***Plaintiff Bird***. Bird is the recipient of the 2006 Pulitzer Prize for Biography for *American Prometheus: The Triumph and Tragedy of J. Robert Oppenheimer*. A number of this books, including *American Prometheus*, *The Good Spy*, and *The Color of Truth* are a part of the Books3 dataset. Pirated copies of each of all of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

352.    When prompted with questions about Bird's books, ChatGPT returned detailed, accurate summaries of them, including of *American Prometheus* and *The Good Spy*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Bird's books.

353.    Bird is the author and owner of the registered copyrights listed under his name in Exhibit B.

354.    ***Plaintiff Branch***. Branch is the author of, among other works, *America in the King Years*, a three-volume history of Martin Luther King Jr. and the Civil Rights Movement. He received the 1989 Pulitzer Prize in History for the first volume in the series, *Parting the Waters:*

*America in the King Years, 1954-63*. Five of his books, including *Parting the Waters* and *The Clinton Tapes*, are a part of the Books3 dataset. Pirated copies of each of nearly all of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

355. When prompted with questions about Branch's books, ChatGPT returned detailed, accurate summaries of them, including of *Parting the Waters* and *The Clinton Tapes*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Branch's books.

356. Branch is the author and owner of the registered copyrights listed under his name in Exhibit B.

357. **_Plaintiff Cohen_**. Cohen is the author of several *New York Times* bestsellers, including *Tough Jews: Fathers, Sons and Gangster Dreams*; *Sweet and Low: A Family Story*; and *The Sun & the Moon & the Rolling Stones*. He is a contributing editor for *Vanity Fair* and *Rolling Stone* and a columnist for *The Wall Street Journal*.

358. Six of his books, including *Tough Jews* and *The Chicago Cubs*, are a part of the Books3 dataset. Pirated copies of each of nearly all of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

359. When prompted with questions about Plaintiff Cohen's books, ChatGPT returned detailed, accurate summaries of them, including of *Tough Jews*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Cohen's books.

360. Cohen is the author and owner of the registered copyrights listed under his name in Exhibit B.

361. **_Plaintiff Linden_**. Linden is the author of nine nonfiction books, including _The Parrot's Lament, and Other True Tales of Animal Intrigue, Intelligence, and Ingenuity_; _The Octopus and the Orangutan: More True Tales of Animal Intrigue, Intelligence, and Ingenuity_; _The Alms Race: The Impact of American Voluntary Aid Abroad_; and _Winds of Change_.

362. Two of his books, _The Parrot's Lament_ and _The Ragged Edge of the World_, are a part of the Books3 dataset. Pirated copies of a number of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

363. When prompted with questions about Plaintiff Linden's books, ChatGPT returned detailed, accurate summaries of them, including of _The Octopus and the Orangutan_. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Linden's books.

364. Linden is the author and owner of the registered copyrights listed under his name in Exhibit B.

365. **_Plaintiff Okrent_**. Okrent is the author of a number of nonfiction books, including _Great Fortune: The Epic of Rockefeller Center_, _Last Call: The Rise and Fall of Prohibition_, and _The Guarded Gate: Bigotry, Eugenics and the Law that Kept Two Generations of Jews, Italians and Other European Immigrants Out of America._

366. At least three of his books, including _Last Call_ and _The Guarded Gate_, are a part of the Books3 dataset. Pirated copies of a number of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

367. When prompted with questions about Plaintiff Okrent's books, ChatGPT returned detailed, accurate summaries of them, including of _Last Call_ and _The Guarded Gate_. Upon

information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Okrent's books.

368. Okrent is the author and owner of the registered copyrights listed under his name in Exhibit B.

369. **_Plaintiff Sancton_**. Sancton the author of the *New York Times* bestseller *Madhouse at the End of the Earth: The Belgica's Journey Into the Dark Antarctic Night*. He is a senior features editor of *The Hollywood Reporter* and his work has appeared in *GQ*, *Wired*, and *The New Yorker*.

370. Pirated copies of his book *Madhouse at the End of the Earth* are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset. When prompted with questions about Plaintiff Sancton's book, ChatGPT confirmed that *Madhouse at the End of the Earth* was part of its training dataset.

371. Sancton is the author and owner of the registered copyright listed under his name in Exhibit B.

372. **_Plaintiff Sides_**. Sides is the author of a number of *New York Times* bestsellers, including *Ghost Soldiers: The Epic Account of World War II's Greatest Rescue Mission* and *Blood and Thunder: An Epic of the American West*. He is an editor-at-large for *Outside* and is a frequent contributor to *National Geographic*.

373. Six of his books, including *Ghost Soldiers* and *Blood and Thunder*, are a part of the Books3 dataset. Pirated copies of all of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

374. When prompted with questions about Plaintiff Sides's books, ChatGPT returned detailed, accurate summaries of them, including of *Ghost Soldiers* and *Blood and Thunder*. Upon

information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Sides's books.

375.    Sides is the author and owner of the registered copyrights listed under his name in Exhibit B.

376.    ***Plaintiff Schiff***. Schiff is the recipient of the 2000 Pulitzer Prize in Biography for *Véra (Mrs. Vladimir Nabokov)*. Plaintiff Schiff is also the author of the *New York Times* bestsellers *Cleopatra: A Life*; *The Witches: Salem, 1692*; and *The Revolutionary*: *Samuel Adams*. Her work has appeared in *The New Yorker*, *The New York Review of Books*, and *The New York Times*.

377.    At least five of her books, including *The Witches* and *Cleopatra*, are a part of the Books3 dataset. Pirated copies of all of her books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

378.    When prompted with questions about Plaintiff Schiff's books, ChatGPT returned detailed, accurate summaries of them, including of *The Witches* and *Cleopatra*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Schiff's books.

379.    Schiff is the author and owner of the registered copyrights listed under her name in Exhibit B.

380.    ***Plaintiff Shapiro***. Shapiro is the author of a number of nonfiction books, including *Oberammergau: The Troubling Story of the World's Most Famous Passion Play* and *1599: A Year in the Life of William Shakespeare*. He is the Larry Miller Professor of English and Comparative Literature at Columbia University.

381.    At least four of his books, including *The Year of Lear* and *Contested Will*, are a part of the Books3 dataset. Pirated copies of nearly all of his books are available on the internet

through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

382. When prompted with questions about Plaintiff Shapiro's books, ChatGPT returned detailed, accurate summaries of them, including of *Contested Will*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Shapiro's books.

383. Shapiro is the author and owner of the registered copyrights listed under his name in Exhibit B.

384. ***Plaintiff Tolentino***. She is the author of the *New York Times* bestseller *Trick Mirror: Reflections on Self-Delusion*. She is a staff writer for *The New Yorker* whose work has also appeared in *The New York Times Magazine* and *Pitchfork.*

385. Her book *Trick Mirror* part of the Books3 dataset. Pirated copies of it are widely available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

386. When prompted with questions about *Trick Mirror*, ChatGPT returned detailed, accurate summaries of the book and its chapters. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Tolentino's book.

387. Tolentino is the author and owner of the registered copyright listed under her name in Exhibit B.

388. ***Plaintiff Winchester***. Winchester is the author of several *New York Times* bestsellers, including *The Professor and the Madman*; *The Map That Changed the World: William Smith and the Birth of Modern Geolog*y; and *The Men Who United the States: America's Explorers, Inventors, Eccentrics, and Mavericks, and the Creation of One Nation, Indivisible.*

389.    At least eleven of his books, including *The Professor and the Madman* and *Krakatoa*, are a part of the Books3 dataset. Pirated copies of nearly all of his books are available on the internet through websites like LibGen, ZLibrary, and/or Bibliotik, which likely sourced OpenAI's Books2 dataset.

390.    When prompted with questions about Plaintiff Winchester's books, ChatGPT returned detailed, accurate summaries of them, including of *The Professor and the Madman* and *Krakatoa*. Upon information and belief, ChatGPT is able to return such detailed information only because it was trained on Plaintiff Winchester's books.

391.    Winchester is the author and owner of the registered copyrights listed under his name in Exhibit B.

## CLASS ALLEGATIONS

### A.    Class Definitions

392.    This action is brought by Plaintiffs individually and on behalf of the Fiction and Nonfiction Author Classes, as defined below, pursuant to Rule 23(b)(3) and 23(b)(1) of the Federal Rules of Civil Procedure.

393.    The Fiction Author Class consists of:

> All natural persons in the United States who are the sole authors of, and legal or beneficial owners of Eligible Copyrights in, one or more Fiction Class Works; and all persons in the United States who are the legal or beneficial owners of Eligible Fiction Copyrights in one or more Fiction Class Works held by literary estates.

394.    Fiction Class Works is defined as follows:

> Any work of fiction, the text of which has been, or is being, used by Defendants to "train" one or more of Defendants' large language models.

395.    Eligible Fiction Copyrights is defined as follows:

> Any copyright that was registered with the United States Copyright Office before or within five years after first publication of the work, and whose effective date of

registration is either within three months after first publication of the work or before Defendants began using the work to "train" one or more of Defendants' large language models.

396. The Nonfiction Author Class consists of:

> All natural persons, literary trusts, and literary estates in the United States who are legal or beneficial owners of Eligible Nonfiction Copyrights in one or more Nonfiction Class Works; and all persons in the United States who are the legal or beneficial owners of Eligible Nonfiction Copyrights in one or more Fiction Class Works held by literary estates.

397. Nonfiction Class Works is defined as follows:

> Any work of nonfiction (A) the text of which has been, or is being, used by Defendants to "train" one or more of Defendants' large language models; (B) that have been assigned an International Standard Book Number (ISBN); and that fall within a Book Industry Standards and Communications (BISAC) code other than Reference (REF).[50]

398. Eligible Nonfiction Copyrights is defined as follows:

> Any copyright that was registered with the United States Copyright Office before or within five years after first publication of the work.

399. Excluded from the definitions of the Fiction Author Class and Nonfiction Author Class above are Defendants; Defendants' co-conspirators, aiders and abettors, and members of their immediate families; Defendants' corporate parents, subsidiaries, and affiliates; Defendants' directors, officers, employees, and other agents, as well as members of their immediate families; and any judge who may preside over this action, the judge's staff, and members of their immediate families.

**B.      Rules 23(a) and 23(g)**

400. Both Classes consists of at least tens of thousands of authors and copyright holders and thus are so numerous that joinder of all members is impractical.

401. The identities of members of the Classes can be readily ascertained from business records maintained by Defendants.

402.    The claims asserted by Plaintiffs are typical of the claims of the Classes because their copyrights were infringed in materially the same way and their interests in preventing future infringement and redressing past infringement are materially the same.

403.    The Plaintiffs will fairly and adequately protect the interests of the Classes and do not have any interests antagonistic to those of other members of the Classes.

404.    Plaintiffs have retained attorneys who are knowledgeable and experienced in copyright and class action matters, as well as complex litigation.

405.    There are questions of fact or law common to the Classes, including:

    a.    Whether Defendants' copied works owned by Plaintiffs and the members of the Classes;

    b.    Whether Defendants' copying of Plaintiffs' and the Classes' copyrighted works consisted direct, vicarious, or contributory infringement; and

    c.    Whether Defendants' copying of works owned by Plaintiffs and the Classes was willful.

**C.    <u>Rule 23(b)</u>**

406.    Defendants have acted on grounds common to Plaintiffs and the Classes by treating all Plaintiffs' and Class Members' works equally, in all material respects, in their LLM "training."

407.    Common questions of liability for infringement predominate over any individualized damages determinations as may be necessary. To decide liability, the Court will necessarily apply the same law to the same conduct, which Defendants engaged in indiscriminately with respect to all Plaintiffs and all members of the Classes.

---

[50] *See* http://www.bisg.org/complete-bisac-subject-headings-list (last visited Feb. 2, 2024)

408.   Further, to the extent Plaintiffs elect to pursue statutory rather than actual damages before final judgment, the damages inquiry will likewise be common, if not identical, across Plaintiffs and members of the Classes.

409.   A class action is superior to any individual litigation of Plaintiffs' and Class Members' claims. Class Members have little interest, distinct from Plaintiffs' and other Class Members', in prosecuting individual actions. It would waste judicial resources to decide the same legal questions repeatedly, thousands of times over, on materially indistinguishable facts. The Classes presents no special manageability problems.

410.   This action is also appropriate as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure because Defendants infringing conduct is applicable generally to Plaintiffs and the proposed Classes and the requested injunctive relief is appropriate respecting the proposed Classes as a whole.

**D.    Rule 23(c)(4)**

411.   In the alternative to certification under Rule 23(b)(3) and 23(b)(2), common questions predominate within the determination of liability for infringement, therefore the issue of liability may be separately certified for class treatment even if the entire action is not.

**CLAIMS FOR RELIEF**

**COUNT I: COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**Against OpenAI and Microsoft**

412.   Plaintiffs incorporate by reference the allegations in Paragraphs 1 to 411 as though fully set forth herein.

413.   Plaintiffs and members of the Classes own the registered copyrights in the works that Defendants reproduced and appropriated to train their artificial intelligence models.

414. Plaintiffs and members of the Classes therefore hold the exclusive rights, including the rights of reproduction and distribution, to those works under 17 U.S.C. § 106.

415. Defendants infringed on the exclusive rights, under 17 U.S.C. § 106, of Plaintiffs and members of the proposed Class by, among other things, reproducing the works owed by Plaintiffs and the proposed Class in datasets used to train their artificial intelligence models.

416. On information and belief, Defendants' infringing conduct alleged herein was and continues to be willful. Defendants infringed on the exclusive rights of Plaintiffs and members of the proposed Class knowing that they were profiting from mass copyright infringement.

417. Plaintiffs and members of the proposed Class are entitled to statutory damages, actual damages, disgorgement, and other remedies available under the Copyright Act.

418. Plaintiffs and members of the proposed Class have been and continue to be irreparably injured due to Defendants' conduct, for which there is no adequate remedy at law. Defendants will continue to infringe on the exclusive right of Plaintiffs and the proposed class unless their infringing activity is enjoined by this Court. Plaintiffs are therefore entitled to permanent injunctive relief barring Defendants' ongoing infringement.

## COUNT II: VICARIOUS COPYRIGHT INFRINGEMENT

### Against OpenAI Inc. and OpenAI GP LLC

419. Plaintiffs incorporate and reallege paragraphs 1 through 418 above.

420. Defendants OpenAI Inc. and OpenAI GP LLC had the right and ability to control the direct infringement alleged in Count I because Defendant OpenAI Inc. fully controls Defendant OpenAI GP LLC, and Defendant OpenAI GP LLC fully controls Defendant OpenAI OpCo LLC, according to the corporate structure outlined above.

421.   Defendants OpenAI Inc. and OpenAI GP LLC have a direct financial interest in the direct infringement alleged in Count I because they benefit from the profits and investments generated by Defendant OpenAI OpCo LLC's infringing activities.

422.   Defendants OpenAI Inc. and OpenAI GP LLC are vicariously liable for the direct infringement alleged in Count I.

## COUNT III: CONTRIBUTORY INFRINGEMENT

**Against Microsoft, OpenAI, Inc., OpenAI GP LLC, OpenAI Global LLC, OpenAI LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC**

423.   Plaintiffs incorporate by reference and realleges the allegations in Paragraphs 1 to 422 as though fully set forth herein.

424.   Microsoft materially contributed and facilitated OpenAI's direct infringement alleged in Count I by providing billions of dollars in investments and designing, creating, and maintaining the bespoke supercomputing system that OpenAI used to maintain and copy the copyrighted works owned by Plaintiffs and the proposed Classes. This assistance was necessary for OpenAI to perpetrate the largescale copyright infringement alleged herein.

425.   Microsoft knew, or had reason to know, of the direct infringement alleged in Count I because OpenAI, upon information and belief, informed Microsoft as part of the due diligence process that it was copying and scraping copyrighted material in order to train its generative artificial intelligence models. Furthermore, in the course of designing and maintain its bespoke supercomputing system, Microsoft became aware of OpenAI's direct infringement and directly assisted the copying of copyrighted content owned by Plaintiffs and the proposed Class.

426.   Microsoft profited from its OpenAI's direct infringement through its investment in OpenAI and its monetization of GPT-based products.

427. Microsoft is liable for contributing to the direct infringement alleged in Count I.

428. OpenAI, Inc., OpenAI GP LLC, OpenAI Global LLC, OpenAI LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC each directly and indirectly control, direct, and manage other OpenAI entities, including OpenAI OpCo LLC, that are and were responsible for the direct infringement alleged in Count I. These OpenAI entities, through their direction and control of other OpenAI entities, were aware of the direct infringement perpetrated by a variety of OpenAI entities, as alleged in Count I. These OpenAI entities profited from the infringement perpetrated by OpenAI as a whole through their ownership of other OpenAI entities.

429. OpenAI, Inc., OpenAI GP LLC, OpenAI Global LLC, OpenAI LLC, OAI Corporation LLC, and OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC, are each liable for contributing to the direct infringement alleged in Count I.

## PRAYER FOR RELIEF

430. Plaintiffs, on behalf of themselves and all others similarly situated, pray for the following relief:

a. Certification of this action as a class action under Federal Rule of Civil Procedure 23;

b. Designation of Plaintiffs as class representatives;

c. Designation of Plaintiffs' counsel as class counsel;

d. An injunction prohibiting Defendants from infringing on Plaintiffs' and class members' copyrights, including without limitation enjoining Defendants from

using Plaintiffs' and class members' copyrighted works in "training" Defendants' large language models without express authorization;

e.   An award of actual damages to Plaintiffs and class members;

f.   An award of Defendants' additional profits attributable to infringement to Plaintiffs and class members;

g.   An award of statutory damages up to $150,000 per infringed work to Plaintiffs and members of the Classes, in the alternative to actual damages and profits, at Plaintiffs' election before final judgment;

431.   Reasonable attorneys' fees and costs, as allowed by law;

432.   Pre-judgment and post-judgment interest, as allowed by law; and

433.   Such further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a jury trial for all claims so triable.

Dated: February 5, 2024

 /s/ Rohit D. Nath                          
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel.: 212-336-8330
csmyser@susmangodfrey.com

 /s/ Rachel Geman
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel.: 212-355-9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice forthcoming*)
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415-956-1000
rstoler@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Tel.: 615-313-9000
wdozier@lchb.com

 /s/ Scott J. Sholder
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD
LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: 212-974-7474
ssholder@cdas.com
ccole@cdas@com

***Attorneys for Plaintiffs and the Proposed Fiction
and Nonfiction Author Classes***

**CERTIFICATE OF SERVICE**

I hereby certify this 5th day of February 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

*/s/ Rohit D. Nath*
(Signature)