*Alter, 1:23-cv-10211-SHS-OTW, (consolidated with Authors Guild v. OpenAI Inc., 23-cv-08292-SHS),* **Docket Sheet ONLY**

CASREF,ECF,MEMBER,RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–10211–SHS–OTW

| | |
|---|---|
| Alter et al v. OpenAI Inc. et al | Date Filed: 11/21/2023 |
| Assigned to: Judge Sidney H. Stein | Jury Demand: Both |
| Referred to: Magistrate Judge Ona T. Wang | Nature of Suit: 820 Copyright |
| Lead case: 1:23–cv–08292–SHS–OTW | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |
| Related Case:  1:23–cv–08292–SHS–OTW | |
| Cause: 17:501 Copyright Infringement | |

**Plaintiff**

**Julian Sancton**
*on behalf of himself and all others
similarly situated*

represented by **Justin Nelson**
Susman Godfrey LLP (TX)
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713–653–7895
Fax: 713–654–6666
Email: jnelson@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, NY 10013–1413
(212) 355–9500
Fax: (212)–355–9592
Email: rgeman@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
Susman Godfrey LLP (CA)
1900 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067
310–789–3100
Fax: 310–789–3150
Email: rnath@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alejandra Salinas**
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002
713–653–7802
Fax: 713–654–6666
Email: asalinas@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
New York, NY 10013
212–355–9500
Email: afreymann@lchb.com
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
Susman Godfrey LLP
One Manhattan West
Ste 50th Fl
New York, NY 10001
212–336–8330
Email: clepic@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
Susman Godfrey LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212–336–8330
Email: csmyser@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rich Cohen**                    represented by    **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Shapiro**                 represented by    **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Linden**                          represented by **Rachel Geman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anna Josefine Freymann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charlotte Lepic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Craig Smyser**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rohit Nath**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor Branch**                          represented by **Rachel Geman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anna Josefine Freymann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charlotte Lepic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Craig Smyser**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rohit Nath**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Okrent**                          represented by **Rachel Geman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anna Josefine Freymann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charlotte Lepic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Craig Smyser**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rohit Nath**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Simon Winchester**                    represented by   **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jia Tolentino**                    represented by   **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Alter**                    represented by   **Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Schiff**                    represented by    **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kai Bird**                        represented by    **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hampton Sides**                   represented by    **Rachel Geman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Josefine Freymann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Smyser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OpenAI Inc.**                          represented by   **Allison Levine Stillman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: alli.stillman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
Latham & Watkins, LLP (SanFran)
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
(415)–391–0600
Fax: (415)–395–8095
Email: andrew.gass@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: elana.nightingaledawson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Email: joe.wetzel@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: rvannest@keker.com
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins LLP
555 Eleventh Street NW

Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017–3543
213–892–5200
Fax: 213–892–5454
Email: ABennett@mofo.com
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: abruns@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
Keker, Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
415–629–0257
Email: adawson@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: APerito@mofo.com
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202–650–4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: ebayley@keker.com
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212–336–4123
Fax: 212–468–7900
Email: ewood@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: JGratz@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111
415–962–8806
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–1788
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rose Lee**
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
213–892–5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 10019
415–268–7000
Email: tcheung@mofo.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: vranieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP, LLC**                    represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: michael.david@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI OpCo LLC**                    represented by    **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI, LLC**                    represented by    **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Global LLC**                represented by    **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OAI Corporation, LLC**                    represented by    **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Holdings, LLC**                     represented by    **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/26/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Microsoft Corporation**                     represented by **Jeffrey S. Jacobson**
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
212–248–3191
Email: jeffrey.jacobson@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
Orrick, Herrington & Sutcliffe LLP (San Francisco)
The Orrick Building

405 Howard Street
San Francisco, CA 94105
(415) 773–4585
Fax: (415) 773–5759
Email: ahurst@orrick.com
*ATTORNEY TO BE NOTICED*

**Brianna Silverstein**
Faegre Drinker Biddle & Reath LLP
1500 K Street NW
Washington, DC 20005
202–230–5136
Email: brianna.silverstein@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Carrie A. Beyer**
Drinker Biddle & Reath, LLP (IL)
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
312–569–1000
Fax: 312–569–3000
Email: carrie.beyer@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212–506–3778
Email: ccariello@orrick.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Mead Cavert Scheibel**
Faegre Drinker Biddle & Reath LLP
90 S 7th St
Suite 2200
Minneapolis, MN 55402
612–766–7628
Email: elizabeth.scheibel@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Jared Barrett Briant**
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303–607–3588
Email: jared.briant@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Kirstin Stoll–DeBell**
Faegre Drinker Biddle & Reath LLP
1144 15th Street
Ste 3400
Denver, CO 80202
303–927–5212
Fax: 303–607–3600
Email: kirstin.stolldebell@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Laura Brooks Najemy**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116

617–880–1800
Email: lnajemy@orrick.com
*ATTORNEY TO BE NOTICED*

**Marc Shapiro**
Orrick, Herrington, & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212–506–3521
Email: mrshapiro@orrick.com
*ATTORNEY TO BE NOTICED*

**Sheryl Koval Garko**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116
617–880–1800
Fax: 617–880–1801
Email: sgarko@orrick.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Paul Tremblay**                          represented by   **Christopher James Hydal**
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1505
San Francisco, CA 94108
415–500–6800
Fax: 415–395–9940
Email: chydal@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**MICHAEL CHABON**                         represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**TA–NEHISI COATES**                       represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**JUNOT DAZ**                              represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**ANDREW SEAN GREER**                      represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**MATTHEW KLAM**                           represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**LIPPMAN LAURA**                          represented by   **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**RACHEL LOUISE SNYDER**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**AYELET WALDMAN**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**JACQUELINE WOODSON**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Sarah Silverman**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Christopher Golden**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Richard Kadrey**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**DAVID HENRY HWANG**                    represented by **Christopher James Hydal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Authors Guild**                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**David Baldacci**                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Mary Bly**                    represented by **Charlotte Lepic**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael Connelly**                    represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Sylvia Day**                          represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Jonathan Franzen**                    represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**John Grisham**                        represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Elin Hilderbrand**                    represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Christina Baker Kline**               represented by   **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Maya Shanbhag Lang**                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Victor LaValle**                        represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**George R.R. Martin**                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Jodi Picoult**                          represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Douglas Preston**                       represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Roxana Robinson**                       represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**George Saunders**                       represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Scott Turow**                                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Rachel Vail**                                    represented by **Charlotte Lepic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit Nath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Mr. Nicholas Basbanes**

**Interested Party**

**Mr. Nicholas Ngagoyeanes**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | 1 | COMPLAINT against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–28597768)Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 2 | **FILING ERROR – PDF ERROR** – CIVIL COVER SHEET filed. (Attachments: # 1 Exhibit Attorneys' list).(Smyser, Craig) Modified on 11/22/2023 (jgo). (Entered: 11/21/2023) |
| 11/21/2023 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:23–cv–08292. Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 4 | NOTICE OF APPEARANCE by Craig Smyser on behalf of Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 5 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI, Inc., OpenAI GP, LLC, OpenAI Opco LLC, OpenAI Global LLC, OpenAI Holdings, LLC, re: 1 Complaint,. Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to OpenAI LLC and OAI Corporation, LLC, re: 1 Complaint,. Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/21/2023 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Microsoft Corporation, re: 1 Complaint,. Document filed by Julian Sancton..(Smyser, Craig) (Entered: 11/21/2023) |
| 11/22/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Craig Smyser to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the form used for the civil cover sheet is not the S.D.N.Y. Civil Cover Sheet form dated October 1, 2020;. Re–file the document using the event type Civil Cover Sheet found under** |

| | | |
|---|---|---|
| | | **the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil–cover–sheet.. (jgo)** (Entered: 11/22/2023) |
| 11/22/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. .(jgo) (Entered: 11/22/2023) |
| 11/22/2023 | | Case Designated ECF. (jgo) (Entered: 11/22/2023) |
| 11/22/2023 | | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 23–cv–8292. (jgo) (Entered: 11/22/2023) |
| 11/22/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Craig Smyser. The party information for the following party/parties has been modified: Julian Sancton. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 11/22/2023) |
| 11/22/2023 | 9 | ELECTRONIC SUMMONS ISSUED as to Microsoft Corporation..(jgo) (Entered: 11/22/2023) |
| 11/22/2023 | 10 | ELECTRONIC SUMMONS ISSUED as to OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC..(jgo) (Entered: 11/22/2023) |
| 11/22/2023 | 11 | ELECTRONIC SUMMONS ISSUED as to OAI Corporation, LLC, OpenAI, LLC..(jgo) (Entered: 11/22/2023) |
| 11/22/2023 | 12 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 11/22/2023) |
| 11/22/2023 | 13 | CIVIL COVER SHEET filed. (Attachments: # 1 Exhibit A Attorneys' list).(Smyser, Craig) (Entered: 11/22/2023) |
| 11/22/2023 | 14 | MOTION for Rohit Dwarka Nath to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609166. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Julian Sancton. (Attachments: # 1 Supplement Declaration, # 2 Supplement Certificate of Good Standing – CA, # 3 Supplement Letter of Good Standing – AZ, # 4 Proposed Order Granting Motion to Appear Pro Hac Vice).(Nath, Rohit) (Entered: 11/22/2023) |
| 11/22/2023 | 15 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Justin A. Nelson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609199. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Julian Sancton. (Attachments: # 1 Supplement Declaration, # 2 Supplement Certificate of Good Standing – TX, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Nelson, Justin) Modified on 11/27/2023 (vba). (Entered: 11/22/2023) |
| 11/27/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Rohit Dwarka Nath to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609166. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/27/2023) |
| 11/27/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 15 MOTION for Justin A. Nelson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28609199. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (vba)** (Entered: 11/27/2023) |

| 11/27/2023 | 16 | MOTION for Justin Adatto Nelson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Julian Sancton. (Attachments: # 1 Supplement Declaration, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Nelson, Justin) (Entered: 11/27/2023) |
|---|---|---|
| 11/27/2023 | 17 | MOTION for Alejandra Christina Salinas to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28615667. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Julian Sancton. (Attachments: # 1 Supplement Declaration, # 2 Supplement Certificate of Good Standing − TX, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Salinas, Alejandra) (Entered: 11/27/2023) |
| 11/27/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Justin Adatto Nelson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 17 MOTION for Alejandra Christina Salinas to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28615667. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/27/2023) |
| 11/30/2023 | | **\*\*\*DELETED DOCUMENT. Deleted document number 18 Order. The document was incorrectly filed in this case. (jca)** (Entered: 11/30/2023) |
| 11/30/2023 | | CASE ACCEPTED AS RELATED. Create association to 1:23−cv−08292−SHS. Notice of Assignment to follow. (tro) (Entered: 11/30/2023) |
| 11/30/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Sidney H. Stein. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 11/30/2023) |
| 11/30/2023 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 11/30/2023) |
| 11/30/2023 | 19 | ORDER granting 16 Motion for Justin Adatto Nelson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 11/30/2023) |
| 11/30/2023 | 20 | ORDER granting 14 Motion for Rohit Dwarka Nath to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 11/30/2023) |
| 11/30/2023 | 21 | ORDER granting 17 Motion for Alejandra Christina Salinas to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 11/30/2023) |
| 11/30/2023 | | **\*\*\*DELETED DOCUMENT. Deleted document number 18 Order. The document was incorrectly filed in this case. (jca)** (Entered: 12/01/2023) |
| 12/18/2023 | 22 | MOTION for Annette L. Hurst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28709834. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Annette L. Hurst in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit − Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hurst, Annette) (Entered: 12/18/2023) |
| 12/19/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Annette L. Hurst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28709834. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/19/2023) |
| 12/19/2023 | 23 | ORDER granting 22 Motion for Annette L. Hurst to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 12/19/2023) |

| 12/19/2023 | 24 | NOTICE OF APPEARANCE by Christopher Cariello on behalf of Microsoft Corporation..(Cariello, Christopher) (Entered: 12/19/2023) |
|---|---|---|
| 12/19/2023 | 25 | NOTICE OF APPEARANCE by Marc Shapiro on behalf of Microsoft Corporation..(Shapiro, Marc) (Entered: 12/19/2023) |
| 12/19/2023 | 26 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC with JURY DEMAND.Document filed by Julian Sancton, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Sides Hampton. Related document: 1 Complaint,. (Attachments: # 1 Exhibit A – Registration Information, # 2 Exhibit B – Redline Comparison of Complaint and Amended Complaint).(Smyser, Craig) (Entered: 12/19/2023) |
| 12/19/2023 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Craig Smyser. The party information for the following party/parties has been modified: Sides Hampton. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error;. (gp) (Entered: 02/06/2024) |
| 01/10/2024 | 27 | LETTER MOTION for Extension of Time addressed to Judge Sidney H. Stein from Joseph C. Gratz dated January 10, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Gratz, Joseph) (Entered: 01/10/2024) |
| 01/11/2024 | 28 | ORDER granting 27 Letter Motion for Extension of Time. The requested extension of deadlines as set forth above is granted. SO ORDERED. Motions due by 1/26/2024. (Signed by District Judge Sidney H. Stein on 1/11/2024) (tg) Modified on 1/11/2024 (tg). (Entered: 01/11/2024) |
| 01/11/2024 | | Set/Reset Deadlines: Microsoft Corporation answer due 1/26/2024; OAI Corporation, LLC answer due 1/26/2024; OpenAI GP, LLC answer due 1/26/2024; OpenAI Global LLC answer due 1/26/2024; OpenAI Holdings, LLC answer due 1/26/2024; OpenAI Inc. answer due 1/26/2024; OpenAI OpCo LLC answer due 1/26/2024; OpenAI, LLC answer due 1/26/2024. Responses due by 2/9/2024 Replies due by 2/16/2024. (tg) (Entered: 01/11/2024) |
| 01/12/2024 | 29 | NOTICE of Motion to Appoint Interim Counsel. Document filed by Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester. (Attachments: # 1 Supplement Memorandum of Law, # 2 Proposed Order Proposed Order, # 3 Supplement Geman Declaration, # 4 Exhibit A to Geman Decl., # 5 Exhibit B to Geman Decl., # 6 Supplement Nelson Declaration, # 7 Exhibit A to Nelson Decl., # 8 Exhibit B to Nelson Decl., # 9 Exhibit C to Nelson Decl., # 10 Exhibit D to Nelson Decl., # 11 Supplement Sholder Declaration, # 12 Exhibit A to Sholder Decl.).(Geman, Rachel) (Entered: 01/12/2024) |
| 01/19/2024 | 30 | PROPOSED STIPULATION AND ORDER. Document filed by Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 01/19/2024) |
| 01/22/2024 | 31 | JOINT STIPULATION AND ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT, CLASS CERTIFICATION, AND DISCOVERY SCHEDULE NOW, THEREFORE, in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree as follows: 1. Defendants consent and stipulate not to seek transfer of the above–captioned cases to another district; however, in the event additional cases are filed raising similar claims on behalf of individual plaintiffs or proposed classes that overlap, either partially or completely, with the classes proposed in the operative Complaints (No. 1:23–cv–08292–SHS, ECF No. 40; No. 1:23–cv–10211–SHS, ECF. No. 26), Defendants reserve the right to file a |

| | | |
|---|---|---|
| | | motion under 28 U.S.C. § 1407 seeking coordination or consolidation before any appropriate district court. 2. Defendants consent and stipulate not to bring a motion to dismiss under the first to–file rule.3. Defendants consent and stipulate not to seek to dismiss, under Federal Rule of Civil Procedure 12(b), Plaintiffs' currently–pleaded claims. 4. The Parties consent and stipulate to the consolidation of the Authors Guild et al. v. OpenAI, Inc. et al., No. 1 :23–cv–08292–SHS, and Alter v. OpenAI, Inc. et al., No. 1:23–cv–10211–SHS pursuant to Federal Rule of Civil Procedure 42 for pre–trial purposes. 5. The Parties consent and stipulate that Plaintiffs will file a consolidated class action complaint no later than January 26, 2024, and Defendants will respond to Plaintiffs' consolidated class action complaint no later than February 9, 2024. Defendants shall not move to dismiss under Federal Rule of Civil Procedure 12(b) any claims pleaded in the consolidated class action complaint that are currently pleaded in the operative Nonfiction and Fiction complaints. 6. The Parties consent and stipulate that discovery is ongoing and that there are no present restrictions on the scope of class discovery, notwithstanding that summary judgment willbe briefed before Plaintiffs' motion for class certification. 7. The Parties stipulate and agree, and upon entry of this stipulation by the Court, it is hereby ordered, that fact discovery, expert discovery, and the briefing of any motion for summary judgment will be completed on or before February 28, 2025. 8. The Parties will, by January 26, 2024 submit proposed schedule(s) for fact discovery, expert discovery, and the briefing of summary judgment. Prior to submitting any proposed schedules, the parties will meet and confer in good faith in an effort to reach agreement on any proposed schedules and minimize or eliminate disputes presented to the Court. (And as further set forth herein.) SO ORDERED. (Expert Discovery due by 2/28/2025., Fact Discovery due by 2/28/2025., Motions due by 2/28/2025.) (Signed by Judge Sidney H. Stein on 1/22/2024) (jca) (Entered: 01/22/2024) |
| 01/22/2024 | | CONSOLIDATED MEMBER CASE: Create association to 1:23–cv–08292–SHS.. (jca) (Entered: 01/23/2024) |
| 01/23/2024 | 32 | LETTER addressed to Judge Sidney H. Stein from Michael P. Richter dated January 23, 2024 re: Consolidation with Basbanes–Gage Action. Document filed by Nicholas Basbanes, Nicholas Ngagoyeanes..(Richter, Michael) (Entered: 01/23/2024) |
| 01/23/2024 | 33 | LETTER addressed to Judge Sidney H. Stein from Rachel Geman dated January 23, 2024 re: Response to Basbanes Counsel letter. Document filed by Authors Guild, David Baldacci, Mary Bly, Sylvia Day, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 01/23/2024) |
| 01/24/2024 | 34 | ORDER IT IS HEREBY ORDERED that: 1. The Clerk of Court is directed to correct the caption in 23–cv–10211 on ECF to conform with the changes in the First Amended Class Action Complaint [Doc. No. 26]; 2. Plaintiffs in Author's Guild v. OpenAL 23–cv–8292 and Alter v. OpenAL 23–cv–10211 shall have until February 2, 2024, in which to file a consolidated class action complaint; 3. Defendants in Author's Guild v. OpenAL 23–cv–8292 and Alter v. OpenAL 23–cv–10211 shall have until February 16, 2024, to respond to the consolidated class action complaint; and 4. All other dates set forth in the Joint Stipulation and Order Regarding Motions for Summary Judgment, Class Certification, and Discovery Schedule [Doc. No. 56 in 23–cv–8292 and Doc. No. 31 in 23–cv–10211] remain as set forth in that document. SO ORDERED. (Signed by Judge Sidney H. Stein on 1/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS (jca) (Entered: 01/24/2024) |
| 01/26/2024 | 35 | JOINT LETTER addressed to Judge Sidney H. Stein from Rohit Nath dated January 26, 2024 re: Schedule for Fact Discovery, Expert Discovery, and Summary Judgment Briefing. Document filed by Jonathan Alter.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) (Entered: 01/26/2024) |
| 01/26/2024 | 36 | RESPONSE re: (54 in 1:23–cv–08292–SHS) Notice (Other),,, (29 in 1:23–cv–10211–SHS) Notice (Other),,, . Document filed by OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI |

| | | |
|---|---|---|
| | | Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Gratz, Joseph) (Entered: 01/26/2024) |
| 01/29/2024 | 37 | MEMO ENDORSEMENT on re: (62 in 1:23−cv−08292−SHS, 35 in 1:23−cv−10211−SHS) Letter, filed by Jonathan Alter. ENDORSEMENT Last date for substantial production of documents for all RFP's served by 1/29/24 is June 14, 2024. The parties are to submit a schedule to be so ordered. SO ORDERED. (Signed by Judge Sidney H. Stein on 1/29/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (jca) (Entered: 01/29/2024) |
| 01/29/2024 | 38 | NOTICE OF APPEARANCE by Joseph Richard Wetzel, Jr on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Wetzel, Joseph) (Entered: 01/29/2024) |
| 01/29/2024 | 39 | NOTICE OF APPEARANCE by Sarang Damle on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Damle, Sarang) (Entered: 01/29/2024) |
| 01/29/2024 | 40 | NOTICE OF APPEARANCE by Allison Levine Stillman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Stillman, Allison) (Entered: 01/29/2024) |
| 01/29/2024 | 41 | MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28875339. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Andrew M. Gass in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gass, Andrew) (Entered: 01/29/2024) |
| 01/30/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 41 MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28875339. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/30/2024) |
| 01/30/2024 | 42 | ORDER granting 41 Motion for Andrew M. Gass to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/30/2024) |
| 01/30/2024 | 43 | PROPOSED SCHEDULING ORDER. Document filed by Jonathan Alter, Authors Guild, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester..(Nath, Rohit) (Entered: 01/30/2024) |
| 01/31/2024 | 44 | SCHEDULING ORDER: Substantial production of documents for all RFPs served by January 29,2024, shall be completed by June 14, 2024. Fact discovery shall be completed by September 17, 2024. Expert Reports on issues on which a party has the burden of proof shall beserved by October 18, 2024. Opposing Expert Reports shall be served by November 18, 2024. Expert discovery shall be completed by December 9, 2024. Motions for Summary Judgment and Daubert Motions shall be filed by January 7, 2025. Opposition to Motions for Summary Judgment and Daubert Motions shall be filed by February 7, 2025. Replies in support of Motions for Summary Judgment and Daubert Motions shall be filed by February 28, 2025. Motions due by 1/7/2025. Responses due by 2/7/2025 Replies due by 2/28/2025. Fact Discovery due by 9/17/2024. Expert Discovery due by 12/9/2024. (Signed by Judge Sidney H. Stein on 1/31/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (rro) (Entered: 01/31/2024) |
| 02/02/2024 | 45 | REPLY re: (54 in 1:23−cv−08292−SHS) Notice (Other),,, *Motion to Appoint Interim Co−Lead Counsel for the Fiction and Nonfiction Authors Classes*. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana |

| | | |
|---|---|---|
| | | Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 02/02/2024) |
| 02/02/2024 | 46 | **FILING ERROR − DEFICIENT PLEADING − FILED AGAINST PARTY ERROR** − AMENDED COMPLAINT amending 26 Amended Complaint,, against All Defendants with JURY DEMAND.Document filed by Elin Hilderbrand, Eugene Linden, Mary Bly, Stacy Schiff, Taylor Branch, Rachel Vail, Julian Sancton, Michael Connelly, Scott Turow, James Shapiro, Kai Bird, Jonathan Franzen, Jia Tolentino, Authors Guild, Maya Shanbhag Lang, George Saunders, Roxana Robinson, Jodi Picoult, Daniel Okrent, Sylvia Day, Sides Hampton, George R.R. Martin, Simon Winchester, Rich Cohen, Douglas Preston, Jonathan Alter, Victor LaValle, John Grisham, David Baldacci, Christina Baker Kline. Related document: 26 Amended Complaint,,. (Attachments: # 1 Exhibit A to Authors Guild AO121, # 2 Exhibit B to Consolidated Complaint).(Nath, Rohit) Modified on 2/5/2024 (vf). (Entered: 02/02/2024) |
| 02/05/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Rohit Nath to RE−FILE Document No. 46 Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; pleading caption "Et Al" Error: the pleading caption must name the parties; the All Defendant radio button was selected; the wrong event type Complaint was used to file the pleading. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. (vf)** (Entered: 02/05/2024) |
| 02/06/2024 | 47 | COMPLAINT against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. Document filed by Elin Hilderbrand, Eugene Linden, Mary Bly, Stacy Schiff, Taylor Branch, Rachel Vail, Julian Sancton, Michael Connelly, Scott Turow, James Shapiro, Kai Bird, Jonathan Franzen, Jia Tolentino, Authors Guild, Maya Shanbhag Lang, George Saunders, Roxana Robinson, Jodi Picoult, Daniel Okrent, Sylvia Day, Sides Hampton, George R.R. Martin, Simon Winchester, Rich Cohen, Douglas Preston, Jonathan Alter, Victor LaValle, John Grisham, David Baldacci, Christina Baker Kline. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Nath, Rohit) (Entered: 02/06/2024) |
| 02/06/2024 | 48 | ORDER APPOINTING LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, SUSMAN GODFREY L.L.P., AND COWAN DEBAETS ABRAHAMS & SHEPPHARD LLP AS INTERIM CO−LEAD COUNSEL FOR THE FICTION AND NONFICTION AUTHORS' CLASSES Having considered the Motion, and the materials submitted in support thereof, and no party having opposed the motion, the Motion is GRANTED. IT IS HEREBY ORDERED THAT: 1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates the law firms Lieff Cabraser Heimann & Bernstein, LLP, Susman Godfrey L.L.P., and Cowan Debaets Abrahams & Sheppard, LLP as Interim Co−Lead Class Counsel in these actions to act on behalf of the Fiction Authors Class and Non−fiction Authors Class as alleged in the First Consolidated Class Action Complain filed in these actions. 2. Interim Co−Lead Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall: a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the Plaintiffs and proposed class(es) on all matters arising during pretrial proceedings; b. Coordinate the conduct of discovery on behalf of Plaintiffs and the proposed classes consistent with the requirements of Federal Rule of Civil Procedure 26, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions; c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed classes; d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and e. Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by future order of Court. 3. This Order shall apply to each related class action pending or subsequently filed in or transferred to the United States District |

| | | |
|---|---|---|
| | | Court for the Southern District of New York. (Signed by Judge Sidney H. Stein on 2/6/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (jca) (Entered: 02/06/2024) |
| 02/12/2024 | 49 | MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. Document filed by Paul Tremblay, MICHAEL CHABON, TA−NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LIPPMAN LAURA, RACHEL LOUISE SNYDER, AYELET WALDMAN, JACQUELINE WOODSON, Sarah Silverman, Christopher Golden, Richard Kadrey. Return Date set for 4/8/2024 at 12:00 PM. (Attachments: # 1 Supplement MEMORANDUM OF POINTS AND AUTHORITIES, # 2 Affidavit Christopher J. Hydal, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Proposed Order GRANTING MOTION TO INTERVENE AND DISMISSING THIS CASE, # 8 Supplement Request for Oral Arguement)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Hydal, Christopher) (Entered: 02/13/2024) |
| 02/16/2024 | 50 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 02/16/2024) |
| 02/16/2024 | 51 | ANSWER to 47 Complaint,, with JURY DEMAND. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 02/16/2024) |
| 02/22/2024 | 52 | NOTICE OF APPEARANCE by Jeffrey S. Jacobson on behalf of Microsoft Corporation..(Jacobson, Jeffrey) (Entered: 02/22/2024) |
| 02/23/2024 | 53 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #54)** LETTER MOTION for Conference *Regarding Discovery Dispute* addressed to Judge Sidney H. Stein from Rohit Nath dated February 23, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Sides Hampton, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Nath, Rohit) Modified on 2/26/2024 (kj). Modified on 2/26/2024 (kj). (Entered: 02/23/2024) |
| 02/23/2024 | 54 | LETTER MOTION for Conference *Regarding Discovery Dispute* addressed to Judge Sidney H. Stein from Rohit Nath dated February 23, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Sides Hampton, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester. (Attachments: # 1 Exhibit A – Resp. to Plfs RFA (Nos. 1−285))Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Nath, Rohit) Modified on 4/5/2024 (lab). (Entered: 02/23/2024) |
| 02/26/2024 | 55 | MEMORANDUM OF LAW in Opposition re: (49 in 1:23−cv−10211−SHS, 71 in 1:23−cv−08292−SHS, 33 in 1:24−cv−00084−SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. . Document filed by Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Hurst, Annette) (Entered: 02/26/2024) |
| 02/26/2024 | 56 | RESPONSE to Motion re: (49 in 1:23−cv−10211−SHS, 71 in 1:23−cv−08292−SHS, 33 in 1:24−cv−00084−SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER. // OpenAI Defendants' Position Statement Regarding Motion to Intervene and Dismiss, Stay, or Transfer*. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Gass, Andrew) (Entered: 02/26/2024) |
| 02/27/2024 | 57 | MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29001910. **Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | **Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of J. Briant ISO Motion for Admisson Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Briant, Jared) (Entered: 02/27/2024) |
| 02/27/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001910. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/27/2024) |
| 02/27/2024 | 58 | LETTER addressed to Judge Sidney H. Stein from Joseph C. Gratz dated February 27, 2024 re: Plaintiffs' February 23 request for informal discovery conference. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Gratz, Joseph) (Entered: 02/27/2024) |
| 02/28/2024 | 59 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #69)** NOTICE of ERRATA and CORRECTION TO DKT. 81 IN THE AUTHOR ACTIONS re: (81 in 1:23–cv–08292–SHS) Response in Opposition to Motion. Document filed by Jonathan Alter, Authors Guild. (Attachments: # 1 Errata AUTHOR CLASS PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE AND DISMISS, STAY OR TRANSFER)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Nath, Rohit) Modified on 3/13/2024 (lb). (Entered: 02/28/2024) |
| 02/29/2024 | 60 | ORDER granting 57 Motion for Jared B. Briant to Appear Pro Hac Vice (HEREBY ORDERED) by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/29/2024) |
| 02/29/2024 | 61 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017033. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Declaration in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission pro hac vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Bennett, Allyson) Modified on 3/1/2024 (bc). (Entered: 02/29/2024) |
| 02/29/2024 | 62 | MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017699. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Afffidavit of Rose S. Lee in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission pro hac vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Lee, Rose) Modified on 3/1/2024 (bc). (Entered: 02/29/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29017033. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 62 MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29017699. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |

| 03/01/2024 | 63 | MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29020340. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Declaration of Vera Ranieri in Support of Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Ranieri, Vera) Modified on 3/4/2024 (bc). (Entered: 03/01/2024) |
|---|---|---|
| 03/04/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 63 MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29020340. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/04/2024) |
| 03/04/2024 | 64 | ORDER granting 61 Motion for Allyson R. Bennett to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |
| 03/04/2024 | 65 | ORDER granting 62 Motion for Rose S. Lee to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |
| 03/04/2024 | 66 | ORDER granting 63 Motion for Vera Ranieri to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |
| 03/04/2024 | 67 | ANSWER to 47 Complaint,,. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Gratz, Joseph) (Entered: 03/04/2024) |
| 03/07/2024 | 68 | NOTICE of Supplemental Authority. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit A – Tremblay Order)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hurst, Annette) (Entered: 03/07/2024) |
| 03/12/2024 | 69 | NOTICE of of Errata and Correction to Dkt. 55 in the Author Actions re: 55 Memorandum of Law in Opposition to Motion,. Document filed by Jonathan Alter, Authors Guild. (Attachments: # 1 Errata Author Class Plaintiffs' Opposition to Intervene and Dismiss, Stay or Transfer).(Nath, Rohit) (Entered: 03/12/2024) |
| 03/12/2024 | 70 | LETTER MOTION for Leave to File Sur–Reply in Opposition to Proposed Intervenors' Motion to Intervene and Dismiss, Stay or Transfer *[dkt. 49]* addressed to Judge Sidney H. Stein from Rachel German, Rohit Nath and Scott J. Sholder dated March 12, 2024. Document filed by Jonathan Alter, Authors Guild..(Nath, Rohit) (Entered: 03/12/2024) |
| 03/15/2024 | 71 | LETTER MOTION for Leave to File Plaintiffs Statement in Response to Sur–Reply in Opposition to Motions to Intervene and Dismiss, Stay, or Transfer Authors Actions addressed to Judge Sidney H. Stein from Christopher J. Hydal dated March 15, 2024. Document filed by MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON..(Hydal, Christopher) (Entered: 03/15/2024) |
| 03/22/2024 | 72 | MOTION for Reilly T. Stoler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29121414. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Affidavit of Reilly T. Stoler in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Stoler, Reilly) (Entered: 03/22/2024) |

| | | |
|---|---|---|
| 03/28/2024 | 73 | MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29145727. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Sheryl Garko in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Garko, Sheryl) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (98 in 1:23–cv–08292–SHS, 73 in 1:23–cv–10211–SHS, 44 in 1:24–cv–00084–SHS) MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29145727. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS(vba)** (Entered: 03/28/2024) |
| 03/28/2024 | 74 | MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29146148. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Laura Najemy in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Najemy, Laura) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (99 in 1:23–cv–08292–SHS, 45 in 1:24–cv–00084–SHS, 74 in 1:23–cv–10211–SHS) MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29146148. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS(vba)** (Entered: 03/28/2024) |
| 04/01/2024 | 75 | OPINION & ORDER re: (71 in 1:23–cv–08292–SHS, 49 in 1:23–cv–10211–SHS, 33 in 1:24–cv–00084–SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER*. filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA–NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON. Accordingly, the Court denies the California Plaintiffs' motions to intervene for the purpose of transferring, staying, or dismissing the New York Actions. SO ORDERED. (Signed by Judge Sidney H. Stein on 4/1/2024) (jca) (Entered: 04/01/2024) |
| 04/05/2024 | 76 | ORDER granting (98) Motion for Sheryl Garko to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/05/2024) |
| 04/05/2024 | 77 | ORDER granting 73 Motion for Sheryl Garko to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/05/2024) |
| 04/05/2024 | 78 | ORDER granting 74 Motion for Laura Najemy to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/05/2024) |
| 04/05/2024 | 79 | ORDER granting 72 Motion for Reilly T. Stoler to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/05/2024) |
| 04/12/2024 | 80 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF INTERLOCUTORY APPEAL from (100 in 1:23–cv–08292–SHS) Memorandum & Opinion,,. Document filed by MICHAEL CHABON, TA–NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON. Filing fee $ 605.00, receipt number NYSDC–29214914. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Hydal, Christopher) Modified on 4/15/2024 (km). (Entered: |

| | | |
|---|---|---|
| | | 04/12/2024) |
| 04/12/2024 | 81 | MOTION to Seal *Plaintiffs' Motion to Seal*. Document filed by Authors Guild, Jonathan Alter.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 04/12/2024) |
| 04/12/2024 | 82 | ***EX−PARTE*** LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHSMotion or Order to File Under Seal: 105 .(Geman, Rachel) (Entered: 04/13/2024) |
| 04/13/2024 | 83 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 108 Letter Motion) –** LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D – Placeholder)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) Modified on 4/15/2024 (db). As per ECF=ERROR Email Correspondence Received on 4/13/2024 @ 1:36am. (Entered: 04/13/2024) |
| 04/13/2024 | 84 | REDACTION to (105 in 1:23−cv−08292−SHS, 81 in 1:23−cv−10211−SHS) MOTION to Seal *Plaintiffs' Motion to Seal. Letter Motion to Compel with Redactions* by Authors Guild, Jonathan Alter (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D – Placeholder)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 04/13/2024) |
| 04/15/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Christopher Hydal to RE−FILE Document No. (49 in 1:24−cv−00084−SHS, 104 in 1:23−cv−08292−SHS, 80 in 1:23−cv−10211−SHS) Notice of Interlocutory Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(km)** (Entered: 04/15/2024) |
| 04/15/2024 | 85 | NOTICE OF INTERLOCUTORY APPEAL from 75 Memorandum & Opinion,,. Document filed by MICHAEL CHABON, TA−NEHISI COATES, JUNOT DAZ, ANDREW SEAN GREER, Christopher Golden, DAVID HENRY HWANG, MATTHEW KLAM, Richard Kadrey, LIPPMAN LAURA, RACHEL LOUISE SNYDER, Sarah Silverman, Paul Tremblay, AYELET WALDMAN, JACQUELINE WOODSON. Filing fee $ 605.00, receipt number ANYSDC−29220504. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Hydal, Christopher) (Entered: 04/15/2024) |
| 04/15/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 85 Notice of Interlocutory Appeal.(km) (Entered: 04/15/2024) |
| 04/15/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 85 Notice of Interlocutory Appeal, filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA−NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON were transmitted to the U.S. Court of Appeals. (km) (Entered: 04/15/2024) |
| 04/16/2024 | 86 | MOTION to Seal . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/16/2024 | 87 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Joseph R. Wetzel |

| | | |
|---|---|---|
| | | dated April 16, 2024 re: (83 in 1:23–cv–10211–SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI LP, OpenAI Startup Fund Management LLC, OpenAI Inc., OAI Corporation LLC, OpenAI Startup Fund GP I LLC, OpenAI Global LLC, OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellogg)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHSMotion or Order to File Under Seal: 111 .(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/16/2024 | 88 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Joseph R. Wetzel dated April 16, 2024 re: (83 in 1:23–cv–10211–SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellogg)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Bennett, Allyson) (Entered: 04/16/2024) |
| 04/23/2024 | 89 | NOTICE OF APPEARANCE by Charlotte Lepic on behalf of Jonathan Alter, Authors Guild, David Baldacci, Kai Bird, Mary Bly, Taylor Branch, Rich Cohen, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, Eugene Linden, George R.R. Martin, Daniel Okrent, Jodi Picoult, Douglas Preston, Roxana Robinson, Julian Sancton, George Saunders, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Scott Turow, Rachel Vail, Simon Winchester..(Lepic, Charlotte) (Entered: 04/23/2024) |
| 04/23/2024 | 90 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29261066. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Robert A. Van Nest Jr, # 2 Exhibit A, # 3 Proposed Order Proposed Order)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Van Nest, Robert) Modified on 4/23/2024 (rju). Modified on 4/24/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | 91 | NOTICE OF APPEARANCE by Robert A. Van Nest on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Van Nest, Robert) (Entered: 04/23/2024) |
| 04/23/2024 | 92 | NOTICE OF APPEARANCE by Paven Malhotra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Malhotra, Paven) (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 90 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29261066. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid** |

| | | **Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (rju)** (Entered: 04/23/2024) |
|---|---|---|
| 04/23/2024 | 93 | ***EX–PARTE*** RESPONSE in Opposition to Motion re: (111 in 1:23–cv–08292–SHS, 86 in 1:23–cv–10211–SHS) MOTION to Seal . . Document filed by Jonathan Alter, Authors Guild. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHSMotion or Order to File Under Seal: 111 .(Geman, Rachel) (Entered: 04/23/2024) |
| 04/23/2024 | 94 | REDACTION to (118 in 1:23–cv–08292–SHS) Response in Opposition to Motion, by Jonathan Alter, Authors GuildFiled In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 04/23/2024) |
| 04/24/2024 | 95 | MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number NYSDC–29261066).* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Robert A. Van Nest Jr, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order )Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Van Nest, Robert) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | 96 | MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266106. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Nicholas S. Goldberg in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Goldberg, Nicholas) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | 97 | MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266127. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of R. James Slaughter, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Slaughter, R.) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 95 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number NYSDC–29261066).* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 96 MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266106. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 97 MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266127. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 98 | MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266747. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit /Declaration of Michelle Ybarra, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Ybarra, Michelle) Modified on 4/24/2024 (rju). (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 98 MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29266747. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 99 | ORDER granting (120) Motion for Robert Addy Van Nest Jr to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 100 | ORDER granting (121) Motion for Nicholas S. Goldberg to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 101 | ORDER granting (122) Motion for R. James Slaughter to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/24/2024) |
| 04/24/2024 | 102 | NOTICE OF APPEARANCE by R. James Slaughter on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Slaughter, R.) (Entered: 04/24/2024) |
| 04/24/2024 | 103 | NOTICE OF APPEARANCE by Nicholas S Goldberg on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Goldberg, Nicholas) (Entered: 04/24/2024) |
| 04/25/2024 | 104 | ORDER granting (123) Motion for Michelle S. Ybarra to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 04/25/2024) |
| 04/26/2024 | 105 | MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29275664. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit /Declaration of Thomas E. Gorman, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, |

| | | |
|---|---|---|
| | | 1:24−cv−00084−SHS.(Gorman, Thomas) Modified on 4/29/2024 (rju). (Entered: 04/26/2024) |
| 04/26/2024 | 106 | NOTICE OF APPEARANCE by Michelle S. Ybarra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Ybarra, Michelle) (Entered: 04/26/2024) |
| 04/26/2024 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (105 in 1:23−cv−10211−SHS, 64 in 1:24−cv−00084−SHS, 130 in 1:23−cv−08292−SHS) MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29275664. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(sgz) (Entered: 04/26/2024) |
| 04/26/2024 | 107 | MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29277829. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Katie Lynn Joyce, # 2 Exhibit Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Joyce, Katie) Modified on 4/29/2024 (rju). (Entered: 04/26/2024) |
| 04/26/2024 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (107 in 1:23−cv−10211−SHS, 66 in 1:24−cv−00084−SHS, 132 in 1:23−cv−08292−SHS) MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29277829. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS(sgz) (Entered: 04/26/2024) |
| 04/29/2024 | 108 | ORDER granting 105 Motion for Thomas E. Gorman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/29/2024) |
| 04/29/2024 | 109 | ORDER granting 107 Motion for Katie Lynn Joyce to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/29/2024) |
| 04/29/2024 | 110 | NOTICE OF APPEARANCE by Thomas Edward Gorman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Gorman, Thomas) (Entered: 04/29/2024) |
| 04/29/2024 | 111 | MOTION to Unseal Document (106 in 1:23−cv−08292−SHS, 82 in 1:23−cv−10211−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. filed by Authors Guild, Jonathan Alter, (112 in 1:23−cv−08292−SHS, 87 in 1:23−cv−10211−SHS) Response in Opposition to Motion,,, filed by OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI GP LLC, OpenAI Inc., OpenAI LP, OpenAI Global LLC, OAI Corporation LLC, OpenAI Startup Fund Management LLC, OpenAI LLC, OpenAI Startup Fund I LP, OpenAI Holdings LLC, (93 in 1:23−cv−10211−SHS, 118 in 1:23−cv−08292−SHS) Response in Opposition to Motion, filed by Jonathan Alter, Authors Guild . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings |

| | | |
|---|---|---|
| | | LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 04/29/2024) |
| 04/30/2024 | 112 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Joyce, Katie) Modified on 5/1/2024 (lb). (Entered: 04/30/2024) |
| 04/30/2024 | 113 | LETTER MOTION for Conference *concerning the entry of an order governing the discovery of electronically stored information* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated April 30, 2024. Document filed by Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester, Julian Sancton, Hampton Sides. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1C, # 4 Exhibit 1D, # 5 Exhibit 1E)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Nath, Rohit) (Entered: 04/30/2024) |
| 05/01/2024 | 114 | NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Joyce, Katie) (Entered: 05/01/2024) |
| 05/02/2024 | 115 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett and Annette Hurst dated May 2, 2024 re: (113 in 1:23−cv−10211−SHS, 138 in 1:23−cv−08292−SHS) LETTER MOTION for Conference *concerning the entry of an order governing the discovery of electronically stored information* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated April 30, 2024. . Document filed by Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Exhibit A Draft Proposed ESI Order, # 2 Exhibit B Redline Proposed ESI Order, # 3 Exhibit C Plaintiffs' Interrogatories to OpenAI Set One (Nos. 1–7), # 4 Exhibit D ND Cal Model ESI Order, # 5 Exhibit E District of Delaware Model ESI Order)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 05/02/2024) |
| 05/03/2024 | 117 | ORDER REGARDING PLAINTIFF'S MOTION TO SEAL AND DEFENDANTS' MOTION TO SEAL denying as moot (105) Motion to Seal; denying as moot (111) Motion to Seal in case 1:23−cv−08292−SHS; denying as moot (81) Motion to Seal; denying as moot (86) Motion to Seal in case 1:23−cv−10211−SHS. Pursuant to the stipulation and for good cause shown, IT IS SO ORDERED that Plaintiffs' Letter Motion to Compel (Dkt. No. 106 in Case No. 1:23−cv−08292, Dkt. No. 83 in Case No. 1:23−cv−10211), Exhibit D to Plaintiffs' Letter Motion to Compel, Affidavit Declaration of Bright Kellogg, and Plaintiffs' Partial Opposition to Defendants' Motion to Seal (Dkt. No. 118 in Case No. 1 :23−cv−08292; Dkt. No. 93 in Case No. 1:23−cv−10211) are unsealed in their entirety. Public versions shall be filed by the original filing party within five business days of this order. IT IS SO ORDERED that Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt. No. 112 in Case No. 1:23−cv−08292; Dkt. No. 88 in Case No. 1:23−cv−10211) is unsealed other than the phrase identified in the parties' joint motion and stipulation. Defendant OpenAI shall file a redacted version of Dkt No. 112 in Case No. 1:23−cv−08292 and Dkt. No. 88 in Case No. 1:23−cv−10211 that conforms to this order within five business days of this order. IT IS SO ORDERED that Plaintiffs' Motion to Seal (Dkt No. 105 in Case No. 1:23−cv−08292, Dkt. No. 81 in Case No. 1:23−cv−10211) and Defendants' Motion to Seal (Dkt No. 111 in Case No. 1:23−cv−08292, Dkt. No. 86 in Case No. |

| | | |
|---|---|---|
| | | 1:23−cv−10211) are denied as moot. (Signed by Judge Sidney H. Stein on 5/3/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS (jca) (Entered: 05/06/2024) |
| 05/06/2024 | 116 | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/06/2024 | 118 | LETTER MOTION to Compel OpenAI Defendants to produce documents addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath and Scott J. Sholder dated May 6, 2024. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 05/06/2024) |
| 05/06/2024 | 119 | RESPONSE in Opposition to Motion re: (111 in 1:23−cv−10211−SHS) MOTION to Unseal Document (106 in 1:23−cv−08292−SHS, 82 in 1:23−cv−10211−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated Apri *Plaintiffs' Partial Opposition to Defendants' Motion to Seal*. Document filed by Authors Guild, Jonathan Alter. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 05/06/2024) |
| 05/07/2024 | 120 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett dated April 16, 2024 re: (83 in 1:23−cv−10211−SHS, 107 in 1:23−cv−08292−SHS) LETTER MOTION to Compel OpenAI Defendants to produce *documents* addressed to Judge Sidney H. Stein from Rachel Geman; Rohit Nath; Scott J. Sholder dated April 12, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Bright Kellog In Support)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Bennett, Allyson) (Entered: 05/07/2024) |
| 05/14/2024 | 121 | PROPOSED PROTECTIVE ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester..(Nath, Rohit) (Entered: 05/14/2024) |
| 05/15/2024 | 122 | LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Nath, Rohit) (Entered: 05/15/2024) |
| 05/16/2024 | 123 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO STIPULATED AND AGREED. The protective order may be amended for good cause. SO ORDERED. (Signed by Judge Sidney H. Stein on 5/15/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (jca) (Entered: 05/16/2024) |
| 05/17/2024 | 124 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Annette L. Hurst dated 05/17/2024 re: (147 in 1:23−cv−08292−SHS, 122 in 1:23−cv−10211−SHS) LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. . Document filed by Microsoft Corporation. Filed In Associated Cases: 1:23−cv−08292−SHS, |

| | | |
|---|---|---|
| | | 1:23−cv−10211−SHS.(Hurst, Annette) (Entered: 05/17/2024) |
| 05/17/2024 | 125 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Paven Malhotra dated 05/17/2024 re: (122 in 1:23−cv−10211−SHS) LETTER MOTION for Conference *Concerning Plaintiffs' Request for Biweekly Status Conferences* addressed to Judge Sidney H. Stein from Rohit Nath, Rachel Geman, and Scott Sholder dated May 15, 2024. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1 – 05/15/24 Email from Slaughter)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Malhotra, Paven) (Entered: 05/17/2024) |
| 06/06/2024 | 126 | MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29454157. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) (Entered: 06/06/2024) |
| 06/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 126 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29454157. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/07/2024) |
| 06/10/2024 | 127 | MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29468280. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Andrew L. Perito, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Andrew L. Perito Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Perito, Andrew) (Entered: 06/10/2024) |
| 06/12/2024 | 128 | ORDER granting (152) Motion for Andrew Louis Perito to Appear Pro Hac Vice in case 1:23−cv−08292−SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (lab) (Entered: 06/12/2024) |
| 07/11/2024 | 129 | MOTION for Kirstin Stoll−DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594317. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Kirstin Stoll−DeBell in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Exhibit B Certificate of Good Standing, # 4 Proposed Order or Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Stoll−DeBell, Kirstin) (Entered: 07/11/2024) |
| 07/11/2024 | 130 | MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594397. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Carrie Beyer in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS.(Beyer, Carrie) (Entered: 07/11/2024) |
| 07/11/2024 | 131 | MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29594432. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Elizabeth M.C. Scheibel in Support, # 2 |

| | | |
|---|---|---|
| | | Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Scheibel, Elizabeth) (Entered: 07/11/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (155 in 1:23–cv–08292–SHS, 76 in 1:24–cv–00084–SHS, 129 in 1:23–cv–10211–SHS) MOTION for Kirstin Stoll–DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29594317. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (156 in 1:23–cv–08292–SHS, 130 in 1:23–cv–10211–SHS, 77 in 1:24–cv–00084–SHS) MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–29594397. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (78 in 1:24–cv–00084–SHS, 131 in 1:23–cv–10211–SHS, 157 in 1:23–cv–08292–SHS) MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29594432. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS(bc)** (Entered: 07/12/2024) |
| 07/12/2024 | 132 | ORDER granting (155) Motion for Kirstin Stoll–DeBell to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 133 | ORDER granting (157) Motion for Elizabeth M.C. Scheibel to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 134 | ORDER granting (156) Motion for Carrie A. Beyer to Appear Pro Hac Vice in case 1:23–cv–08292–SHS (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS (lab) (Entered: 07/12/2024) |
| 07/12/2024 | 135 | NOTICE OF APPEARANCE by Kirstin Stoll–DeBell on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Stoll–DeBell, Kirstin) (Entered: 07/12/2024) |
| 07/12/2024 | 136 | NOTICE OF APPEARANCE by Carrie A. Beyer on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Beyer, Carrie) (Entered: 07/12/2024) |
| 07/12/2024 | 137 | NOTICE OF APPEARANCE by Elizabeth Mead Cavert Scheibel on behalf of Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS, 1:24–cv–00084–SHS.(Scheibel, Elizabeth) (Entered: 07/12/2024) |
| 07/16/2024 | 138 | ORDER granting 126 Motion for Elana Nightingale Dawson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 07/16/2024) |
| 07/17/2024 | 139 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Rachel Geman, Justin A. Nelson, and Scott J. Sholder dated July 17, 2024 re: (164 in 1:23–cv–08292–SHS) LETTER MOTION to Compel Author's Guild to produce addressed to Judge Sidney H. Stein from Elana Nightingale Dawson, Paven Malhotra and Andrew L. Perito dated July 15, 2024. . Document filed by Authors |

| | | |
|---|---|---|
| | | Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit A – June 13, 2024 Plaintiffs' Email)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 07/17/2024) |
| 07/22/2024 | 140 | MOTION to Seal *Letter Motion to Compel*. Document filed by Authors Guild, David Baldacci, Mary Bly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail.Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 07/22/2024) |
| 07/22/2024 | 141 | ***EX–PARTE*** LETTER MOTION to Compel Microsoft to produce addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit 3 to letter motion, # 2 Exhibit 4 to letter motion, # 3 Exhibit 5 to letter motion)Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHSMotion or Order to File Under Seal: 167 .(Geman, Rachel) (Entered: 07/22/2024) |
| 07/22/2024 | 142 | LETTER MOTION to Compel Microsoft to produce *[Redacted]* addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail. (Attachments: # 1 Exhibit 1 to letter motion to compel, # 2 Exhibit 2 to letter motion to compel, # 3 Exhibit 3 to letter motion to compel [Redacted], # 4 Exhibit 4 to letter motion to compel [Redacted], # 5 Exhibit 5 to letter motion to compel [Redacted])Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 07/22/2024) |
| 07/24/2024 | 143 | RESPONSE to Motion re: (140 in 1:23–cv–10211–SHS, 167 in 1:23–cv–08292–SHS) MOTION to Seal *Letter Motion to Compel*. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Briant, Jared) (Entered: 07/24/2024) |
| 07/24/2024 | 144 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Jared B. Briant dated July 24, 2024 re: (168 in 1:23–cv–08292–SHS, 141 in 1:23–cv–10211–SHS) LETTER MOTION to Compel Microsoft to produce addressed to Judge Sidney H. Stein from Rachel Geman, Rohit Nath, and Scott J. Sholder dated July 22, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Briant, Jared) (Entered: 07/24/2024) |
| 07/30/2024 | 145 | NOTICE OF VOLUNTARY DISMISSAL, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, against the defendant(s) Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Document filed by Maya Shanbhag Lang. **Proposed Order to be reviewed by Clerk's Office staff.**. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/30/2024 | 146 | MEMORANDUM OF LAW in Support re: (173 in 1:23–cv–08292–SHS) Notice of Voluntary Dismissal,, . Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23–cv–08292–SHS, 1:23–cv–10211–SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/30/2024 | 147 | PROPOSED ORDER. Document filed by Maya Shanbhag Lang. Related Document Number: 173 ..(Geman, Rachel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/30/2024) |

| | | |
|---|---|---|
| 07/30/2024 | 148 | DECLARATION of Rachel Geman in Support re: (173 in 1:23−cv−08292−SHS) Notice of Voluntary Dismissal,,. Document filed by Maya Shanbhag Lang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS.(Geman, Rachel) (Entered: 07/30/2024) |
| 07/31/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (147 in 1:23−cv−10211−SHS, 175 in 1:23−cv−08292−SHS) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS(km) (Entered: 07/31/2024) |
| 07/31/2024 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (173 in 1:23−cv−08292−SHS, 145 in 1:23−cv−10211−SHS) Notice of Voluntary Dismissal was reviewed and referred to Judge Sidney H. Stein for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS(km) (Entered: 07/31/2024) |
| 08/06/2024 | 149 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ona T. Wang. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/6/2024) Filed In Associated Cases: 1:23−cv−08292−SHS, 1:23−cv−10211−SHS, 1:24−cv−00084−SHS (jca) (Entered: 08/06/2024) |
| 08/12/2024 | 150 | MEMORANDUM OF LAW in Opposition re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, (172 in 1:23−cv−08292−SHS−OTW) MOTION to Dismiss *Notice of Notice of motion to dismiss Maya Lang*. . Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nightingale Dawson, Elana) (Entered: 08/12/2024) |
| 08/12/2024 | 151 | DECLARATION of Allyson R. Bennett in Opposition re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, (172 in 1:23−cv−08292−SHS−OTW) MOTION to Dismiss *Notice of Notice of motion to dismiss Maya Lang*.. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. (Attachments: # 1 Exhibit A: Corrected Response to Defendant's First Set of RFPs, # 2 Exhibit B: Plaintiffs' Third Set of RFPs to OpenAI, # 3 Exhibit C: Plaintitffs' Fourth Set of RFPs to OpenAI, # 4 Exhibit D: 2024.06.11 Email re Maya Lang, # 5 Exhibit E:2024.07.26 Email re Maya Lang)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nightingale Dawson, Elana) (Entered: 08/12/2024) |
| 08/16/2024 | 152 | LETTER MOTION for Extension of Time *of the existing pre−trial deadlines* addressed to Magistrate Judge Ona T. Wang from R. James Slaughter, Elana Nightingale Dawson, and Allyson R. Bennett dated 8/16/2024. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Holdings, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Slaughter, R.) (Entered: 08/16/2024) |
| 08/19/2024 | 153 | REPLY re: (173 in 1:23−cv−08292−SHS−OTW) Notice of Voluntary Dismissal,, *PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF MAYA LANG*. Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/19/2024 | 154 | DECLARATION of Wesley Dozier in Support re: (153 in 1:23−cv−10211−SHS−OTW, 181 in 1:23−cv−08292−SHS−OTW) Reply,. Document |

| | | |
|---|---|---|
| | | filed by Maya Shanbhag Lang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/19/2024 | 155 | DECLARATION of Maya Lang re: (153 in 1:23−cv−10211−SHS−OTW, 181 in 1:23−cv−08292−SHS−OTW) Reply, . Document filed by Maya Shanbhag Lang. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Geman, Rachel) (Entered: 08/19/2024) |
| 08/20/2024 | 156 | MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29776731. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Christopher S. Sun, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order )Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Sun, Christopher) Modified on 8/20/2024 (rju). (Entered: 08/20/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 156 MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29776731. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 157 | NOTICE OF APPEARANCE by Christopher S. Sun on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Sun, Christopher) (Entered: 08/20/2024) |
| 08/21/2024 | 158 | ORDER granting 156 Motion for Christopher Steven Sun to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/21/2024) |
| 08/23/2024 | 159 | MOTION for Tiffany Cheung to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Tiffany Cheung In Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Tiffany Cheung Pro Hac Vice).(Cheung, Tiffany) Modified on 8/23/2024 (rju). Modified on 8/26/2024 (bc). (Entered: 08/23/2024) |
| 08/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice re: Document No. 159 MOTION for Tiffany Cheung to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the filing fee was not paid;.. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (rju)** (Entered: 08/23/2024) |
| 08/23/2024 | | Pro Hac Vice Fee Payment: for 159 MOTION for Tiffany Cheung to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC−29796147..(Cheung, Tiffany) (Entered: 08/23/2024) |
| 08/26/2024 | 160 | ORDER granting 159 Motion for Tiffany Cheung to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/26/2024) |
| 08/27/2024 | 161 | LETTER MOTION for Conference *to address outstanding issues and motions in the case (UNOPPOSED)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit D. Nath; Scott J. Sholder dated August 27, 2024. Document filed by |

| | | |
|---|---|---|
| | | Authors Guild, Jonathan Alter, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Kai Bird, Taylor Branch, Rich Cohen, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Nath, Rohit) (Entered: 08/27/2024) |
| 08/29/2024 | 162 | ORDER granting (147) Letter Motion for Conference ; granting (189) Letter Motion for Conference ; granting (78) Letter Motion for Conference ; granting (138) Letter Motion for Conference in case 1:23–cv–08292–SHS–OTW; granting (54) Letter Motion for Conference ; granting (113) Letter Motion for Conference ; granting (122) Letter Motion for Conference ; granting (161) Letter Motion for Conference in case 1:23–cv–10211–SHS–OTW; granting (92) Letter Motion for Conference in case 1:24–cv–00084–SHS–OTW. The parties' requests for a conference are GRANTED. The Court will hold an In–Person Status Conference on Thursday, September 12, 2024 at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda that identifies the specific motions, by ECF number, that the parties wish to address and that they believe can be closed during the conference by Monday, September 9, 2024. The Clerk of Court is respectfully directed to close ECF Nos. 78, 138, 147, and 189 for case number 23–cv–8292, and ECF Nos. 86, 128, and 141 for case number 23–cv–11195. SO ORDERED. Status Conference set for 9/12/2024 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 8/28/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 08/29/2024) |
| 09/04/2024 | 163 | NOTICE OF APPEARANCE by Rachel Renee Blitzer on behalf of OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Blitzer, Rachel) (Entered: 09/04/2024) |
| 09/05/2024 | 164 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit 1– Declaration of M. Trinh)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 09/05/2024) |
| 09/05/2024 | 165 | ***SELECTED PARTIES*** LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Plaintiffs dated 9/5/2024. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 192 .(Nath, Rohit) (Entered: 09/05/2024) |
| 09/05/2024 | 166 | REDACTION to (192 in 1:23–cv–08292–SHS–OTW, 164 in 1:23–cv–10211–SHS–OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 9/5/2024. by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 09/05/2024) |

| 09/05/2024 | <u>167</u> | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail..(Salinas, Alejandra) (Entered: 09/05/2024) |
|---|---|---|
| 09/09/2024 | <u>168</u> | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 9/9/2024 re: Proposed agenda for the September 12, 2024 Status Conference. Document filed by Microsoft Corporation. (Attachments: # <u>1</u> Exhibit Proposed Agenda by Case, # <u>2</u> Exhibit Proposed Agenda by Issue)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Hurst, Annette) (Entered: 09/09/2024) |
| 09/10/2024 | <u>169</u> | OPPOSITION BRIEF re: <u>166</u> Redacted Document,,, *REDACTED*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Sun, Christopher) (Entered: 09/10/2024) |
| 09/10/2024 | <u>170</u> | ***EX–PARTE*** OPPOSITION BRIEF re: <u>166</u> Redacted Document,,, *SEALED*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC.Motion or Order to File Under Seal: <u>166</u> .(Sun, Christopher) (Entered: 09/10/2024) |
| 09/11/2024 | <u>171</u> | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester..(Salinas, Alejandra) (Entered: 09/11/2024) |
| 09/12/2024 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Discovery Hearing held on 9/12/2024. Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(Quinn, Diane) (Entered: 10/01/2024) |
| 09/13/2024 | <u>172</u> | STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION To expedite the flow of discovery material and to facilitate the consistency in the format of the documents to be produced by the Parties in this case, Plaintiffs and Defendants (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree to the terms of this [Proposed] Stipulation & Order Re: Discovery of Electronically Stored Information (the "ESI Protocol" or "Protocol"). 1. This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1.2. This Order may be modified in the Courts discretion or by stipulation. 3. The Parties are aware of the importance the Court places on cooperation andcommit to cooperate in good faith throughout the matter consistent with this Court's expectations. 5. The parties will disclose at the outset any use of enterprise messaging tools, such as Slack or MS Teams, including the type of subscription and retention settings in place. Theparties will meet and confer regarding issues relating to the parameters for collection of suchdata, the format of the production, and other unique issues to this type of data. 6. Nothing in this Order shall be construed to waive a requesting party's right to move the Court to compel production of documents from additional custodians, nor shall anything in this Order be construed to waive a producing party's right to oppose any such motion to compel. 7. Nothing in this Order prevents the parties from agreeing to use technology assisted review and other techniques insofar as their use improves the efficacy of discovery. 16. In the event of an inadvertent production of material protected by the attorney clientprivilege or work–product protection, the producing party may notify the receiving party within 30 days after the producing party becomes aware of such inadvertent production. Upon notification, the receiving party shall immediately return, sequester, or destroy the inadvertently produced Discovery Material and all copies as well as notes, summaries, and/or work product reflecting the content of such material. If only a portion of the Discovery Material is privileged, the producing party shall immediately provide a new |

| | | |
|---|---|---|
| | | version of the Discovery Material in which the privileged material has been redacted. No further use or disclosure shall be made of the inadvertently produced Discovery Material, and the receiving party shall take all reasonable and appropriate steps to retrieve and destroy the Discovery Material, and all copies, from any person who has received the Discovery Material through the receiving party. IT IS SO STIPULATED, through Counsel of Record. IT IS ORDERED that the forgoing Agreement is approved. (And as further set forth herein.) (Signed by Magistrate Judge Ona T. Wang on 9/13/2024) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (jca) (Entered: 09/13/2024) |
| 09/13/2024 | 173 | ORDER denying as moot (143) Letter Motion to Compel; denying as moot (164) Letter Motion to Compel; denying (168) Letter Motion to Compel; granting (180) Letter Motion for Extension of Time; denying (193) Letter Motion to Compel; granting in part and denying in part (106) Letter Motion to Compel in case 1:23−cv−08292−SHS−OTW; granting in part and denying in part (82) Letter Motion to Compel; denying as moot (118) Letter Motion to Compel; denying (141) Letter Motion to Compel; granting (152) Letter Motion for Extension of Time; denying (165) Letter Motion to Compel in case 1:23−cv−10211−SHS−OTW. The Court held a status conference on these matters on September 12, 2024, and rules as follows: Authors Guild, et al. v. OpenAI Inc., et al. No. 23−cv−8292 and consolidated cases. A. Plaintiffs' letter motion to compel at ECF 78 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the Court of any progress made on this issue. B. Plaintiffs' letter motion to compel at ECF 106 is GRANTED in part. Defendant OpenAI is directed to produce the responses to FTC interrogatories Nos. 15−21 as identified in Plaintiffs' letter motion. Plaintiffs' letter motion to compel is DENIED as moot in all other respects. Plaintiffs letter motion to compel at ECF 143 is also DENIED as moot. C. Plaintiffs letter motion at ECF 138 is DENIED as moot. D. Plaintiffs' letter motion for bi−weekly status conferences at ECF 147 is DENIED without prejudice. E. Defendant's letter motion to compel at ECF 164 is DENIED as moot. F. Plaintiffs' letter motion to compel at ECF 168 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the Court of the progress made on this issue. G. Defendants' letter motion for an extension of time for fact discovery at ECF 180 is GRANTED. The interim fact discovery deadline is hereby extended to December 20, 2024. H. Plaintiffs' letter motion to compel at ECF 193 is DENIED. Defendant OpenAI is directed to preserve and segregate all documents that are held by the listed custodians raised in Plaintiffs' letter motion. Basbanes et al. v. Microsoft Corp. et al., 24−cv−84. A. The parties are directed to file a joint stipulation, if possible, by September 27, 2024, regarding the potential dismissal of certain claims. B. The case is hereby STAYED until September 27, 2024. The parties are directed to file their Rule 26(f) report by Wednesday, October 16, 2024. All joint status letters are due September 27, 2024, unless otherwise directed at the conference, and shall be filed in their respective dockets only. The Court will hold an Omnibus In−Person Status Conference for all cases on Wednesday, October 30, 2024 at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file respective joint agendas by Wednesday, October 16, 2024. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/13/2024) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (sgz) Modified on 9/16/2024 (sgz). (Entered: 09/16/2024) |
| 09/13/2024 | | Set/Reset Deadlines: ( Fact Discovery due by 12/20/2024.), Set/Reset Hearings:( Status Conference set for 10/30/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW(sgz) (Entered: 09/16/2024) |
| 09/18/2024 | 174 | TRANSCRIPT of Proceedings re: conference held on 9/12/2024 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Carly Davis, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2024. Redacted Transcript Deadline set for 10/21/2024. Release of Transcript Restriction set for 12/17/2024.Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Moya, Goretti) (Entered: |

| | | |
|---|---|---|
| | | 09/18/2024) |
| 09/18/2024 | <u>175</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/12/24 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Moya, Goretti) (Entered: 09/18/2024) |
| 09/20/2024 | <u>176</u> | MOTION for Allyson R. Bennett to Withdraw as Attorney . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Attachments: # <u>1</u> Proposed Order Granting Withdrawal of Allyson R. Bennett, # <u>2</u> Affidavit of Joseph C. Gratz in Support of Motion to Withdraw Allyson R. Bennett as Counsel).(Gratz, Joseph) (Entered: 09/20/2024) |
| 09/26/2024 | <u>177</u> | PROPOSED STIPULATION AND ORDER. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, Scott Turow, Rachel Vail..(Geman, Rachel) (Entered: 09/26/2024) |
| 09/26/2024 | <u>178</u> | ORDER granting (205) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:23–cv–08292–SHS–OTW; granting (176) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:23–cv–10211–SHS–OTW; granting (102) Motion to Withdraw as Attorney. Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (collectively, "Defendants") is GRANTED. Defendants will continue to be represented by Morrison & Foerster LLP in this matter. The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. XXX. SO ORDERED. Attorney Allyson R. Bennett terminated in case 1:24–cv–00084–SHS–OTW. (Signed by Magistrate Judge Ona T. Wang on 9/26/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 09/26/2024) |
| 09/27/2024 | <u>179</u> | NOTICE OF APPEARANCE by Emily Claire Wood on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC..(Wood, Emily) (Entered: 09/27/2024) |
| 09/27/2024 | <u>180</u> | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 9/27/2024 re: Status of Deposition Coordination. Document filed by Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Garko, Sheryl) (Entered: 09/27/2024) |
| 09/27/2024 | <u>181</u> | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Alejandra Salinas, Scott J. Sholder, Joseph C. Gratz, Elana Nightingale Dawson, Thomas E. Gorman, Annette L. Hurst dated September 27, 2024 re: Joint Status Letter. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Geman, Rachel) (Entered: 09/27/2024) |
| 09/30/2024 | <u>182</u> | STIPULATION AND ORDER REGARDING BASBANES LITIGATION. NOW, THEREFORE, in the interests of effectuating the Court's prior rulings, and adding further clarity and efficiency into the schedule, it is here by Stipulated and Ordered as follows: 1. The Rule 23 allegations in the Basbanes Complaint, Basbanes Dkt. No. 1, namely, Paragraphs 120–132 and Paragraphs 149 (a)–(c), are hereby DISMISSED; 2. Within two weeks of a ruling on class certification in the consolidated class action |

| | | litigation brought by the Author Plaintiffs, counsel for the Basbanes Plaintiffs and counsel for Defendants will confer regarding future proceedings, if any, for the Basbanes litigation and submit a joint statement to the Court within one week of the aforementioned conferral; and 3. The Basbanes case is STAYED pending issuance of a Court order following the joint submission referenced in Paragraph 2 above. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/30/24) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (yv) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 183 | ORDER GRANTING ADMISSION OF JOHN R. LANHAM PRO HAC VICE granting (210) Motion for John Robert Lanham to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW. IT IS HEREBY ORDERED that Applicant admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/1/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 10/01/2024) |
| 10/04/2024 | 184 | MANDATE of USCA (Certified Copy) as to 85 Notice of Interlocutory Appeal, filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA–NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON USCA Case Number 24–1016. Appellants move for voluntary dismissal of this appeal. IT IS HEREBY ORDERED that the motion is GRANTED... Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/04/2024..(nd) (Entered: 10/04/2024) |
| 10/15/2024 | 185 | BRIEF *in Support of Proposed Order for Deposition Coordination*. Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1 – Comparison of Proposals Chart, # 2 Exhibit 2 – Proposed Order re Deposition Protocol).(Garko, Sheryl) (Entered: 10/15/2024) |
| 10/15/2024 | 186 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 187 Letter Motion) –** LETTER MOTION for Discovery addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, & Scott J. Sholder dated October 15, 2024. Document filed by Jonathan Alter, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) Modified on 10/17/2024 (db). As per ECF–ERROR Email Correspondence received on 10/16/2024 @ 4:37pm. Modified on 10/17/2024 (db). (Entered: 10/16/2024) |
| 10/16/2024 | 187 | LETTER MOTION for Discovery *regarding Entry of a Deposition Coordination Protocol* addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit Nath; Scott J. Sholder dated October 15, 2024. Document filed by Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/16/2024) |
| 10/16/2024 | 188 | LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman; Rohit Nath; Scott J. Sholder dated October 16, 2024 re: Proposed Agenda for the October 30, 2024 Status Conference. Document filed by Authors Guild, David Baldacci, Mary Bly, |

| | | |
|---|---|---|
| | | Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Victor LaValle, Maya Shanbhag Lang, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Hampton Sides, Jia Tolentino, Simon Winchester.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/16/2024) |
| 10/17/2024 | 189 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE: IT IS HEREBY ORDERED that Amber B. Magee is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/17/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/17/2024) |
| 10/17/2024 | 190 | MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057605. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc., OAI Corporation LLC, OpenAI GP LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Edward A. Bayley, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order to Admit Edward A. Bayley Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Bayley, Edward) (Entered: 10/17/2024) |
| 10/17/2024 | 191 | MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057935. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Andrew F. Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Dawson, Andrew) (Entered: 10/17/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (190 in 1:23–cv–10211–SHS–OTW, 223 in 1:23–cv–08292–SHS–OTW, 110 in 1:24–cv–00084–SHS–OTW) MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057605. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (191 in 1:23–cv–10211–SHS–OTW, 224 in 1:23–cv–08292–SHS–OTW, 111 in 1:24–cv–00084–SHS–OTW) MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057935. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/21/2024 | 192 | MOTION for Jordan W. Connors to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30072615. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Affidavit in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Proposed Order for Attorney Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, |

| | | |
|---|---|---|
| | | 1:23−cv−10211−SHS−OTW.(Connors, Jordan) (Entered: 10/21/2024) |
| 10/22/2024 | 193 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (223) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:23−cv−08292−SHS−OTW; granting (190) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:23−cv−10211−SHS−OTW; granting (110) Motion for Edward A. Bayley to Appear Pro Hac Vice in case 1:24−cv−00084−SHS−OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.All attorneys appearing before this Court are subject to the Local Rules of this Court, includingthe Rules governing discipline of attorneys.. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (sgz) (Entered: 10/22/2024) |
| 10/22/2024 | 194 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (224) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:23−cv−08292−SHS−OTW; granting (191) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:23−cv−10211−SHS−OTW; granting (111) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:24−cv−00084−SHS−OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (sgz) (Entered: 10/22/2024) |
| 10/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (192 in 1:23−cv−10211−SHS−OTW, 225 in 1:23−cv−08292−SHS−OTW) MOTION for Jordan W. Connors to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30072615. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW(bc)** (Entered: 10/22/2024) |
| 10/23/2024 | 195 | LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 10/23/2024 re: Clarification Re: Coordinated Deposition Protocol. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, Microsoft Corporation, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, Microsoft Corporation, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC.Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Garko, Sheryl) (Entered: 10/23/2024) |
| 10/23/2024 | 196 | LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton.Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 10/23/2024) |
| 10/23/2024 | 197 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton, OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI |

| | | |
|---|---|---|
| | | Startup Fund I LP, Microsoft Corporation, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, James Shapiro, OpenAI Holdings, LLC, Microsoft Corporation, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 229 .(Nath, Rohit) (Entered: 10/23/2024) |
| 10/23/2024 | 198 | REDACTION to (230 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. *(and 197 in 1:23−cv−10211−SHS−OTW)* by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Julian Sancton, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 10/23/2024) |
| 10/23/2024 | 199 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Michelle Ybarra and John R. Lanham dated October 23, 2024. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Exhibit 1 – Discovery Responses, # 2 Exhibit 2 – Email, # 3 Exhibit 3 – Discovery Responses, # 4 Exhibit 4 – Discovery Responses, # 5 Exhibit 5 – Email, # 6 Exhibit – Declaration)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nightingale Dawson, Elana) (Entered: 10/23/2024) |
| 10/24/2024 | 200 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit of Mike Trinh, # 2 Proposed Order Granting Motion to Seal)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 201 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson, Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton, James Shapiro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: 233 .(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 202 | LETTER MOTION for Conference re: (201 in 1:23−cv−11351−SHS−OTW) LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, |

| | | |
|---|---|---|
| | | Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 23, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 10/24/2024) |
| 10/24/2024 | 203 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE granting (221) Motion for Amber B. Magee to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW. IT IS HEREBY ORDERED that Amber B. Magee is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/24/2024) |
| 10/24/2024 | 204 | ORDER FOR ATTORNEY ADMISSION PRO HAC VICE granting (225) Motion for Jordan W. Connors to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (192) Motion for Jordan W. Connors to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW. IT IS HEREBY ORDERED that Jordan W. Connors is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/24/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW (sgz) (Entered: 10/24/2024) |
| 10/24/2024 | 205 | **FILING ERROR – DEFICIENT DOCKET ENTRY –  FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) Modified on 10/24/2024 (rju). Modified on 10/24/2024 (rju). (Entered: 10/24/2024) |
| 10/24/2024 | | Pro Hac Vice Fee Payment: for (114 in 1:24–cv–00084–SHS–OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number NYSDC–30088484.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) (Entered: 10/24/2024) |
| 10/24/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (205 in 1:23–cv–10211–SHS–OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from District of Columbia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid** |

| | | |
|---|---|---|
| | | **Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(rju)** (Entered: 10/24/2024) |
| 10/24/2024 | 206 | MOTION for Carolyn Homer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Homer, Carolyn) Modified on 10/24/2024 (rju). (Entered: 10/24/2024) |
| 10/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (115 in 1:24–cv–00084–SHS–OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(rju)** (Entered: 10/24/2024) |
| 10/24/2024 | 207 | MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30092639. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Andrew S. Bruns in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Standing, # 3 Proposed Order Admitting Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Bruns, Andrew) (Entered: 10/24/2024) |
| 10/24/2024 | 208 | NOTICE OF APPEARANCE by Michael A David on behalf of OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI Holdings, LLC, OpenAI GP, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(David, Michael) (Entered: 10/24/2024) |
| 10/24/2024 | 209 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated October 24, 2024 re: (196 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit A (Declaration of Lucky Vidmar))Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Briant, Jared) (Entered: 10/24/2024) |
| 10/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (240 in 1:23–cv–08292–SHS–OTW, 207 in 1:23–cv–10211–SHS–OTW, 116 in 1:24–cv–00084–SHS–OTW) MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30092639. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 10/25/2024) |
| 10/28/2024 | 210 | OPPOSITION BRIEF re: (230 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024., (198 in |

| | | |
|---|---|---|
| | | 1:23−cv−10211−SHS−OTW) Redacted Document,,, . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Goldberg, Nicholas) (Entered: 10/28/2024) |
| 10/28/2024 | <u>211</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated 10/28/2024 re: (232 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Michelle Ybarra and John R. Lanham dated October 23, 2024. . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Affidavit Declaration of Anna J. Freymann)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Freymann, Anna) (Entered: 10/28/2024) |
| 10/29/2024 | <u>212</u> | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra, Elana Nightingale Dawson; Rachel Geman; Rohit Nath dated October 28, 2024. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # <u>1</u> Proposed Order Granting Motion to Seal)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | <u>213</u> | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elena Nightingale Dawson, Carolyn Homer dated October 28, 2024 re: (202 in 1:23−cv−10211−SHS−OTW, 235 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Conference re: (201 in 1:23−cv−10211−SHS−OTW) LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Microsoft Corporation, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Microsoft Corporation, Julian Sancton. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTWMotion or Order to File Under Seal: <u>245</u> .(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | <u>214</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elena Nightingale Dawson, Carolyn Homer dated October 28, 2024 re: (202 in 1:23−cv−10211−SHS−OTW, 235 in 1:23−cv−08292−SHS−OTW) LETTER MOTION for Conference re: (201 in 1:23−cv−10211−SHS−OTW) LETTER MOTION for Conference re: (200 in 1:23−cv−10211−SHS−OTW) JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from John Lanham, Michelle Ybarra . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, |

| | | |
|---|---|---|
| | | 1:23−cv−10211−SHS−OTW.(Ybarra, Michelle) (Entered: 10/29/2024) |
| 10/29/2024 | 215 | NOTICE OF APPEARANCE by Andrew Dawson on behalf of OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Dawson, Andrew) (Entered: 10/29/2024) |
| 10/29/2024 | 216 | NOTICE OF APPEARANCE by Herman Heng Yue on behalf of OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW.(Yue, Herman) (Entered: 10/29/2024) |
| 10/30/2024 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 10/30/2024. Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW(Quinn, Diane) (Entered: 10/30/2024) |
| 10/31/2024 | 217 | ORDER, The Court held a status conference on these matters on October 30, 2024. For the reasons stated on the record, it is hereby ORDERED: The last day to amend the pleadings or join additional parties without leave of Court is January 8, 2025. The parties have identified a dispute over adding more custodians (the "Disputed Custodians") for Defendants' document search, review, and production of ESI. Defendants had previously been directed to preserve the Disputed Custodians' documents. They are now directed to provide hit counts for the Disputed Custodians by filing a status letter no later than November 13, 2024. After that search is run, the parties are directed to meet and confer to discuss whether they can reach agreement on production of any Disputed Custodians' ESI. The parties are directed to meet and confer regarding the current dispute over the scope of custodial topics and file a joint letter on the docket by Friday, November 1, 2024, apprising the Court on whether the dispute has been resolved. The parties to each consolidated case are directed to file a joint chart by Wednesday, November 6, 2024, identifying categories or "buckets" of document production disputes that remain in this case. The chart should identify (1) the dispute, (2) each party's position in no more than two paragraphs, and (3) the relevant ECF numbers for such dispute (including oppositions and replies).B.The parties to each consolidated case are also directed to file an updated joint chart by November 22, 2024, identifying any new or resolved issues. The parties are directed not to file new or supplementary discovery letters or motions between November 23, 2024, and December 3, 2024. Any such motion will be stricken and will not be considered. If the parties have any updates to the November 22 joint chart, they should be prepared to address those updates orally at the conference. The Court will hold an Omnibus In−Person Status Conference for all cases on Tuesday, December 3, 2024, at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Amended Pleadings due by 1/8/2025., Omnibus Hearing set for 12/3/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 10/31/24) Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW, 1:24−cv−00084−SHS−OTW (yv) (Entered: 11/01/2024) |
| 11/01/2024 | 218 | LETTER addressed to Magistrate Judge Ona T. Wang from Rohit Nath dated November 1, 2024 re: Letter regarding the parties' meet and confers on early 30(b)(6) depositions. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Filed In Associated Cases: 1:23−cv−08292−SHS−OTW, 1:23−cv−10211−SHS−OTW.(Nath, Rohit) (Entered: 11/02/2024) |

| 11/06/2024 | 219 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 6, 2024 re: chart containing the disputes for discussion at December 3rd conference. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 11/06/2024) |
|---|---|---|
| 11/13/2024 | 220 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Carolyn M. Homer dated November 13, 2024 re: (230 in 1:23–cv–08292–SHS–OTW, 197 in 1:23–cv–10211–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated October 23, 2024. *Status Letter Regarding Custodial Statistics*. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Homer, Carolyn) (Entered: 11/13/2024) |
| 11/18/2024 | 221 | JOINT LETTER MOTION to Seal addressed to Magistrate Judge Ona T. Wang from All Parties dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit in Support of Motion to Seal)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Freymann, Anna) (Entered: 11/18/2024) |
| 11/18/2024 | 222 | ***EX–PARTE*** LETTER MOTION to Compel OpenAI Affiliates to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit E)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 259 .(Connors, Jordan) (Entered: 11/18/2024) |
| 11/18/2024 | 223 | LETTER MOTION to Compel OpenAI Affiliates to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Connors, Jordan) (Entered: 11/18/2024) |
| 11/18/2024 | 224 | LETTER MOTION to Compel OpenAI Defendants to produce addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated 11/18/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, |

| | | |
|---|---|---|
| | | Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Geman, Rachel) (Entered: 11/19/2024) |
| 11/18/2024 | 225 | LETTER MOTION to Compel The Authors Guild and Individual Named Plaintiffs to Produce documents related fair use and substantial noninfringing uses addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/18/2024. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit A – Authors Guilds Resps. & Objs. to Microsofts First Set of Requests for Production, # 2 Exhibit B – Individual Plaintiffs Resps. & Objs. to Microsofts First Set of Requests for Production)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Hurst, Annette) (Entered: 11/19/2024) |
| 11/19/2024 | 226 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Paven Malhotra, and John Lanham dated November 18, 2024. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. (Attachments: # 1 Exhibit 1 – Excerpt of Discovery Responses, # 2 Exhibit 2 – Excerpt of Discovery Responses, # 3 Exhibit 3 – Excerpt of Discovery Responses, # 4 Exhibit 4 – Plaintiff X post, # 5 Exhibit 5 – Declaration)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nightingale Dawson, Elana) (Entered: 11/19/2024) |
| 11/19/2024 | 227 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (240) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (207) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (116) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | 228 | ORDER FOR ADMISSION PRO HAC VICE granting (239) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:23–cv–08292–SHS–OTW; granting (206) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:23–cv–10211–SHS–OTW; granting (115) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:24–cv–00084–SHS–OTW. IT IS HEREBY ORDERED that Carolyn Homer is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the discipline of this Court, including the Rules governing the discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | 229 | ***EX–PARTE*** LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 258 .(Connors, Jordan) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| 11/19/2024 | <u>230</u> | LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, Jia Tolentino, Simon Winchester, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rachel Vail, Julian Sancton. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Connors, Jordan) (Entered: 11/19/2024) |
| 11/19/2024 | <u>231</u> | ***EX–PARTE*** LETTER MOTION to Compel *and Exhibits 2–3 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # <u>1</u> Exhibit 2 – Unredacted to Letter Motion, # <u>2</u> Exhibit 3 – Unredacted to Letter Motion)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 258 .(Geman, Rachel) (Entered: 11/19/2024) |
| 11/19/2024 | <u>232</u> | LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Julian Sancton. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 11/19/2024) |
| 11/19/2024 | <u>233</u> | LETTER MOTION to Compel *(REDACTED) and Exhibits 1–5 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # <u>1</u> Exhibit 1 to Letter Motion, # <u>2</u> Exhibit 2 (Redacted), # <u>3</u> Exhibit 3 (Redacted), # <u>4</u> Exhibit 4 to Letter Motion, # <u>5</u> Exhibit 5 to Letter Motion)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Geman, Rachel) (Entered: 11/19/2024) |
| 11/21/2024 | <u>234</u> | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/21/2024 re: (226 in 1:23–cv–10211–SHS–OTW) LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Paven Malhotra, and John Lanham dated November 18, 2024. . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # <u>1</u> Exhibit 1 Publisher Subpoena)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Nath, Rohit) (Entered: 11/21/2024) |
| 11/21/2024 | <u>235</u> | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/21/2024 re: (225 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel The Authors Guild and Individual Named Plaintiffs to Produce documents related fair use and substantial noninfringing uses addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 add . Document filed by Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, |

| | | |
|---|---|---|
| | | George Saunders, Scott Turow, Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline. (Attachments: # 1 Exhibit 1 OpenAI Email re ChatGPT Outputs, # 2 Exhibit 2 Publisher Subpoena)Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Nath, Rohit) (Entered: 11/21/2024) |
| 11/21/2024 | 236 | OPPOSITION BRIEF *LETTER MOTION In OPPOSITION TO [DKT. NO. 262]Opposition to AG Motion to Compel re RFP 98*. Document filed by OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Joyce, Katie) (Entered: 11/21/2024) |
| 11/22/2024 | 237 | LETTER MOTION to Seal *Microsoft's Response to Plaintiffs' Letter Motion Regarding the Data Working Group* addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024. Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Lucky Vidmar)Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 238 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024 re: (267 in 1:23-cv-08292-SHS-OTW, 229 in 1:23-cv-10211-SHS-OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. . Document filed by Microsoft Corporation, Microsoft Corporation, Authors Guild, OAI Corporation LLC, Jonathan Alter, OAI Corporation, LLC. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTWMotion or Order to File Under Seal: 276 .(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 239 | REDACTION to (277 in 1:23-cv-08292-SHS-OTW, 238 in 1:23-cv-10211-SHS-OTW) Response in Opposition to Motion,, by Microsoft Corporation, Microsoft Corporation (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 240 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/22/2024 re: (269 in 1:23-cv-08292-SHS-OTW, 231 in 1:23-cv-10211-SHS-OTW) LETTER MOTION to Compel *and Exhibits 2-3 thereto* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, and Scott J. Sholder dated 11/19/2024. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Briant, Jared) (Entered: 11/22/2024) |
| 11/22/2024 | 241 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 22, 2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23-cv-08292-SHS-OTW, 1:23-cv-10211-SHS-OTW.(Hurst, Annette) (Entered: 11/22/2024) |
| 11/22/2024 | 242 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from John R. Lanham, Paven Malhotra, Elana Nightingale Dawson dated November 22, 2024 re: (232 in 1:23-cv-10211-SHS-OTW, 270 in 1:23-cv-08292-SHS-OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024. . Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OAI Corporation, LLC, OpenAI Holdings, |

| | | |
|---|---|---|
| | | LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Lanham, John) (Entered: 11/22/2024) |
| 11/22/2024 | 243 | DECLARATION of Nick Ryder in Opposition re: (232 in 1:23–cv–10211–SHS–OTW, 270 in 1:23–cv–08292–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath and Scott J. Sholder dated November 19, 2024.. Document filed by OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A – Email chain from Charlotte Lepic)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Lanham, John) (Entered: 11/22/2024) |
| 11/22/2024 | 244 | MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 245 | MEMORANDUM OF LAW in Support re: (244 in 1:23–cv–10211–SHS–OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*. . Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 246 | DECLARATION of Michael Trinh in Support re: (244 in 1:23–cv–10211–SHS–OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiffs' Letter Motion to Compel and Supporting Documents*.. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 247 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: (267 in 1:23–cv–08292–SHS–OTW, 229 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. . Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Authors Guild, Microsoft Corporation, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Rich Cohen, James Shapiro, Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides, Julian Sancton. (Attachments: # 1 Affidavit of Ashley Pantuliano, # 2 Exhibit C to Declaration of Ashley Pantuliano)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTWMotion or Order to File Under Seal: 283 .(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/22/2024 | 248 | MEMORANDUM OF LAW in Opposition re: (230 in 1:23–cv–10211–SHS–OTW, 268 in 1:23–cv–08292–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. *(REDACTED Version)*. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI |

| | | |
|---|---|---|
| | | Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, OpenAI, LLC. (Attachments: # 1 Affidavit of Ashley Pantuliano (REDACTED), # 2 Exhibit B to Declaration of Ashley Pantuliano, # 3 Exhibit C to Declaration of Ashley Pantuliano)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Ranieri, Vera) (Entered: 11/22/2024) |
| 11/26/2024 | 249 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated 11/26/2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation.Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW.(Hurst, Annette) (Entered: 11/26/2024) |
| 12/03/2024 | 250 | OPINION & ORDER re: (230 in 1:23–cv–10211–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to produce documents *(Redacted)* addressed to Magistrate Judge Ona T. Wang from Rachel Geman, Rohit Nath, Scott J. Sholder dated 11/19/2024. filed by George R.R. Martin, Rich Cohen, Roxana Robinson, George Saunders, Jonathan Alter, Authors Guild, Sides Hampton, Christina Baker Kline, Simon Winchester, Jodi Picoult, Jia Tolentino, Douglas Preston, Rachel Vail, Mary Bly, Sylvia Day, John Grisham, Jonathan Franzen, Taylor Branch, Kai Bird, Victor LaValle, Julian Sancton, Elin Hilderbrand, Maya Shanbhag Lang, Eugene Linden, David Baldacci, Daniel Okrent, Michael Connelly, Stacy Schiff, Scott Turow. Accordingly, because § 980 does not prohibit employers from producing relevant, work–related messages from social media accounts, Plaintiffs' motions to compel direct messages from X.com in both cases are GRANTED. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 12/2/2024) Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW (mml) (Entered: 12/03/2024) |
| 12/04/2024 | 251 | MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30279997. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Brianna Lynn Silverstein, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order on Motion for Admission)Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW.(Silverstein, Brianna) (Entered: 12/04/2024) |
| 12/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (292 in 1:23–cv–08292–SHS–OTW, 126 in 1:24–cv–00084–SHS–OTW, 251 in 1:23–cv–10211–SHS–OTW) MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30279997. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–08292–SHS–OTW, 1:23–cv–10211–SHS–OTW, 1:24–cv–00084–SHS–OTW(bc)** (Entered: 12/05/2024) |