***New York Times***, 1:23–cv–11195–SHS–OTW,

Docket Sheet and First Amended Complaint

CASREF,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–11195–SHS–OTW

The New York Times Company v. Microsoft Corporation et al
Assigned to: Judge Sidney H. Stein
Referred to: Magistrate Judge Ona T. Wang
Related Cases:   1:23–cv–08292–SHS–OTW
                1:24–cv–03285–SHS–OTW
                1:24–cv–04872–SHS–OTW
Cause: 17:501 Copyright Infringement

Date Filed: 12/27/2023
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**The New York Times Company**

represented by **Alexander Frawley**
Susman Godfrey L.L.P.
One Manhattan West
395 9th Avenue
Ste 50th Floor
New York, NY 10001
212–336–8330
Fax: 212–336–8340
Email: afrawley@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Davida Brook**
Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
90067–6029
Los Angeles, CA 90067
310–789–3100
Fax: 310–789–3150
Email: dbrook@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Ellie Rae Dupler**
Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
310–789–3100
Email: edupler@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Emily K. Cronin**
Susman Godfrey LLP
1900 Avenue of the Stars
Ste 1400
Los Angeles, CA 90067
310–789–3100
Fax: 310–789–3150
Email: ecronin@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Eudokia Spanos**
Susman Godfrey LLP
One Manhattan West
50th Floor
New York, NY 10001
212–336–8330
Email: espanos@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Genevieve Vose Wallace**
Susman Godfrey L.L.P.
401 Union Street
Suite 3000
Seattle, WA 98101
206–516–3880
Fax: 206–516–3883
Email: gwallace@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Ian B. Crosby**
Susman Godfrey L.L.P.
401 Union Street
Suite 3000
Seattle, WA 98101–3000
206–516–3880
Email: icrosby@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Jennifer Maisel**
Rothwell Figg Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
202–783–6040
Fax: 202–783–6031
Email: jmaisel@rfem.com
*ATTORNEY TO BE NOTICED*

**Karen A Chesley**
The New York Times
620 8th Avenue
New York, NY 10018
800–698–4637
Email: karen.chesley@nytimes.com
*ATTORNEY TO BE NOTICED*

**Katherine Marie Peaslee**
Susman Godfrey L.L.P.
401 Union Street
Suite 3000
Seattle, WA 98101
206–505–3828
Email: kpeaslee@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Kristen Logan**
Rothwell Figg Erst & Manbeck, P.C.
901 New York Ave, N.W.
Suite 900
Washington, DC 20001
202–783–6040
Fax: 202–783–6031
Email: klogan@rfem.com
*ATTORNEY TO BE NOTICED*

**Scarlett Collings**
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713–904–8812
Email: scollings@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Steven M Lieberman**
Rothwell Figg Ernst & Manbeck PC
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
202–783–6040
Fax: 202–783–6031
Email: slieberman@rothwellfigg.com
*ATTORNEY TO BE NOTICED*

**Tamar Lusztig**
Susman Godfrey L.L.P.
One Manhattan West
Ste 50th Floor
New York, NY 10001
212–336–8330
Fax: 212–336–8340
Email: TLusztig@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Zachary B. Savage**
Susman Godfrey LLP
One Manhattan West
50th Floor
New York City, NY 10001
212–471–8358
Email: ZSavage@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Elisha Brandis Barron**
Susman Godfrey LLP
One Manhattan West
50th Floor
New York, NY 10001
212–729–2013
Email: ebarron@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**The Center for Investigative Reporting, Inc.**

represented by **Jon Loevy**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: jon@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle D. Wallenberg**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: wallenberg@loevy.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Lauren Carbajal**
Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
312–243–5900
Email: carbajal@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Topic**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: matt@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kanovitz**
Loevy & Loevy
311 N Aberdeen St
Ste 3rd Floor
Chicago, IL 60607
312–243–5900
Email: mike@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Stich Match**
Loevy & Loevy
311 North Aberdeen Street
Ste 3rd Floor
Chicago, IL 90035
520–488–0486
Email: match@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Art**
Loevy & Loevy Attorneys at Law
311 N. Aberdeen
Third Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: steve@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Kayes**
Loevy & Loevy
311 N Aberdeen St
3rd Fl
Chicago, IL 60607
312–243–5900
Email: kayes@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Microsoft Corporation**                           represented by **Jeffrey S. Jacobson**
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
212–248–3191
Email: jeffrey.jacobson@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
Orrick, Herrington & Sutcliffe LLP (San Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773–4585
Fax: (415) 773–5759
Email: ahurst@orrick.com
*ATTORNEY TO BE NOTICED*

**Brianna Silverstein**
Faegre Drinker Biddle & Reath LLP
1500 K Street NW
Washington, DC 20005
202–230–5136
Email: brianna.silverstein@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Carrie A. Beyer**
Drinker Biddle & Reath, LLP (IL)
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
312–569–1000
Fax: 312–569–3000
Email: carrie.beyer@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212–506–3778
Email: ccariello@orrick.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Mead Cavert Scheibel**
Faegre Drinker Biddle & Reath LLP
90 S 7th St
Suite 2200
Minneapolis, MN 55402
612–766–7628
Email: elizabeth.scheibel@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Jared Barrett Briant**
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303–607–3588
Email: jared.briant@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Kirstin Stoll–DeBell**
Faegre Drinker Biddle & Reath LLP
1144 15th Street
Ste 3400
Denver, CO 80202
303–927–5212
Fax: 303–607–3600
Email: kirstin.stolldebell@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Laura Brooks Najemy**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116
617–880–1800
Email: lnajemy@orrick.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–1788
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**Sheryl Koval Garko**
Orrick, Herrington & Sutcliffe LLP
222 Berkley Street
Boston, MA 02116
617–880–1800
Fax: 617–880–1801
Email: sgarko@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI, Inc.**                 represented by  **Allison Levine Stillman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: alli.stillman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
Latham & Watkins, LLP (SanFran)
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
(415)–391–0600
Fax: (415)–395–8095
Email: andrew.gass@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200

Fax: 202–637–2201
Email: elana.nightingaledawson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: herman.yue@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: JGratz@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Email: joe.wetzel@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: michael.david@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: rachel.blitzer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: rvannest@keker.com
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins LLP
555 Eleventh Street NW

Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017–3543
213–892–5200
Fax: 213–892–5454
Email: ABennett@mofo.com
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: abruns@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
Keker, Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
415–629–0257
Email: adawson@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: APerito@mofo.com
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202–650–4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: ebayley@keker.com
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212–336–4123
Fax: 212–468–7900
Email: ewood@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019–9601
212–336–4184
Email: jgreer@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111
415–962–8806
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: luke.budiardjo@lw.com
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rose Lee**
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
213–892–5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: ssalomon@keker.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: vranieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI LP**                    represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI GP, LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI LLC**                    represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI OpCo LLC**                    represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Global LLC**                          represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OAI Corporation, LLC**                 represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Holdings, LLC**                    represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/20/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jocelyn Edith Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Salomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Consolidated Defendant</u>**

**OpenAI, LLC**

**<u>ThirdParty Plaintiff</u>**

**Paul Tremblay**                    represented by  **Christopher James Hydal**
                                                     Joseph Saveri Law Firm, LLP
                                                     601 California Street

Ste 1505
San Francisco, CA 94108
415–500–6800
Fax: 415–395–9940
Email: chydal@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ta–Nehisi Coates**                          represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Junot Daz**                                 represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Andrew Sean Greer**                         represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**David Henry Hwang**                         represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Michael Chabon**                            represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Matthew Klam**                              represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Laura Lippman**                             represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Rachel Louise Snyder**                      represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ayelet Waldman**                            represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jacqueline Woodson**                        represented by   **Christopher James Hydal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Sarah Silverman**                          represented by   **Christopher James Hydal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Christopher Golden**                       represented by   **Christopher James Hydal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Richard Kadrey**                           represented by   **Christopher James Hydal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Interested Party**

**Authors Guild**

**Interested Party**

**Jonathan Alter**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2023 | 1 | COMPLAINT against MICROSOFT CORPORATION, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Filing Fee $ 405.00, Receipt Number ANYSDC–28740726)Document filed by The New York Times Company. (Attachments: # 1 Exhibit A – Part 1 of 11, # 2 Exhibit A – Part 2 of 11, # 3 Exhibit A – Part 3 of 11, # 4 Exhibit A – Part 4 of 11, # 5 Exhibit A – Part 5 of 11, # 6 Exhibit A – Part 6 of 11, # 7 Exhibit A – Part 7 of 11, # 8 Exhibit A – Part 8 of 11, # 9 Exhibit A – Part 9 of 11, # 10 Exhibit A – Part 10 of 11, # 11 Exhibit A – Part 11 of 11, # 12 Exhibit B – Part 1 of 10, # 13 Exhibit B – Part 2 of 10, # 14 Exhibit B – Part 3 of 10, # 15 Exhibit B – Part 4 of 10, # 16 Exhibit B – Part 5 of 10, # 17 Exhibit B – Part 6 of 10, # 18 Exhibit B – Part 7 of 10, # 19 Exhibit B – Part 8 of 10, # 20 Exhibit B – Part 9 of 10, # 21 Exhibit B – Part 10 of 10, # 22 Exhibit C – Part 1 of 6, # 23 Exhibit C – Part 2 of 6, # 24 Exhibit C – Part 3 of 6, # 25 Exhibit C – Part 4 of 6, # 26 Exhibit C – Part 5 of 6, # 27 Exhibit C – Part 6 of 6, # 28 Exhibit D – Part 1 of 9, # 29 Exhibit D – Part 2 of 9, # 30 Exhibit D – Part 3 of 9, # 31 Exhibit D – Part 4 of 9, # 32 Exhibit D – Part 5 of 9, # 33 Exhibit D – Part 6 of 9, # 34 Exhibit D – Part 7 of 9, # 35 Exhibit D – Part 8 of 9, # 36 Exhibit D – Part 9 of 9, # 37 Exhibit E – Part 1 of 14, # 38 Exhibit E – Part 2 of 14, # 39 Exhibit E – Part 3 of 14, # 40 Exhibit E – Part 4 of 14, # 41 Exhibit E – Part 5 of 14, # 42 Exhibit E – Part 6 of 14, # 43 Exhibit E – Part 7 of 14, # 44 Exhibit E – Part 8 of 14, # 45 Exhibit E – Part 9 of 14, # 46 Exhibit E – Part 10 of 14, # 47 Exhibit E – Part 11 of 14, # 48 Exhibit E – Part 12 of 14, # 49 Exhibit E – Part 13 of 14, # 50 Exhibit E – Part 14 of 14, # 51 Exhibit F – Part 1 of 7, # 52 Exhibit F – Part 2 of 7, # 53 Exhibit F – Part 3 of 7, # 54 Exhibit F – Part 4 of 7, # 55 Exhibit F – Part 5 of 7, # 56 Exhibit F – Part 6 of 7, # 57 Exhibit F – Part 7 of 7, # 58 Exhibit G – Part 1 of 7, # 59 Exhibit G – Part 2 of 7, # 60 Exhibit G – Part 3 of 7, # 61 Exhibit G – Part 4 of 7, # 62 Exhibit G – Part 5 of 7, # 63 Exhibit G – Part 6 of 7, # 64 Exhibit G – Part 7 of 7, # 65 Exhibit H – Part 1 of 2, # 66 Exhibit H – Part 2 of 2, # 67 Exhibit I, # 68 Exhibit J, # 69 Exhibit K).(Barron, Elisha) (Entered: 12/27/2023) |
| 12/27/2023 | 2 | CIVIL COVER SHEET filed..(Barron, Elisha) (Entered: 12/27/2023) |
| 12/27/2023 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 23–cv–08292 (SHS). Document filed by The New York Times Company..(Barron, Elisha) (Entered: 12/27/2023) |
| 12/27/2023 | 4 | NOTICE OF APPEARANCE by Steven M Lieberman on behalf of The New York Times Company..(Lieberman, Steven) (Entered: 12/27/2023) |
| 12/27/2023 | 5 | NOTICE OF APPEARANCE by Jennifer Maisel on behalf of The New York Times Company..(Maisel, Jennifer) (Entered: 12/27/2023) |

| 12/27/2023 | 6 | **FILING ERROR – PDF ERROR** – AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Barron, Elisha) Modified on 12/28/2023 (pc). (Entered: 12/27/2023) |
|---|---|---|
| 12/27/2023 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, re: 1 Complaint,,,,,,,,,,. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 12/27/2023) |
| 12/27/2023 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 12/27/2023) |
| 12/28/2023 | | Case Designated ECF. (pc) (Entered: 12/28/2023) |
| 12/28/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. .(pc) (Entered: 12/28/2023) |
| 12/28/2023 | | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 23cv8292. (pc) (Entered: 12/28/2023) |
| 12/28/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Elisha Brandis Barron. The party information for the following party/parties has been modified: MICROSOFT CORPORATION. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (pc)** (Entered: 12/28/2023) |
| 12/28/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT COPYRIGHT FORM. Notice to Attorney Elisha Brandis Barron REFILE Document No. 6 AO 121 Form Copyright – Notice of Submission by Attorney. The filing is deficient for the following reason(s):. the Copyright Registration Number field on the AO 121 Copyright form was not completed by the attorney; List each Registration Number box or type "See Attached Rider" with the rider. (pc)** (Entered: 12/28/2023) |
| 12/28/2023 | 9 | ELECTRONIC SUMMONS ISSUED as to Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(pc) (Entered: 12/28/2023) |
| 12/28/2023 | 10 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review. (Attachments: # 1 Exhibit A – Part 1 of 11, # 2 Exhibit A – Part 2 of 11, # 3 Exhibit A – Part 3 of 11, # 4 Exhibit A – Part 4 of 11, # 5 Exhibit A – Part 5 of 11, # 6 Exhibit A – Part 6 of 11, # 7 Exhibit A – Part 7 of 11, # 8 Exhibit A – Part 8 of 11, # 9 Exhibit A – Part 9 of 11, # 10 Exhibit A – Part 10 of 11, # 11 Exhibit A – Part 11 of 11, # 12 Exhibit B – Part 1 of 10, # 13 Exhibit B – Part 2 of 10, # 14 Exhibit B – Part 3 of 10, # 15 Exhibit B – Part 4 of 10, # 16 Exhibit B – Part 5 of 10, # 17 Exhibit B – Part 6 of 10, # 18 Exhibit B – Part 7 of 10, # 19 Exhibit B – Part 8 of 10, # 20 Exhibit B – Part 9 of 10, # 21 Exhibit B – Part 10 of 10, # 22 Exhibit C – Part 1 of 6, # 23 Exhibit C – Part 2 of 6, # 24 Exhibit C – Part 3 of 6, # 25 Exhibit C – Part 4 of 6, # 26 Exhibit C – Part 5 of 6, # 27 Exhibit C – Part 6 of 6, # 28 Exhibit D – Part 1 of 9, # 29 Exhibit D – Part 2 of 9, # 30 Exhibit D – Part 3 of 9, # 31 Exhibit D – Part 4 of 9, # 32 Exhibit D – Part 5 of 9, # 33 Exhibit D – Part 6 of 9, # 34 Exhibit D – Part 7 of 9, # 35 Exhibit D – Part 8 of 9, # 36 Exhibit D – Part 9 of 9, # 37 Exhibit E – Part 1 of 14, # 38 Exhibit E – Part 2 of 14, # 39 Exhibit E – Part 3 of 14, # 40 Exhibit E – Part 4 of 14, # 41 Exhibit E – Part 5 of 14, # 42 Exhibit E – Part 6 of 14, # 43 Exhibit E – Part 7 of 14, # 44 Exhibit E – Part 8 of 14, # 45 Exhibit E – Part 9 of 14, # 46 Exhibit E – Part 10 of 14, # 47 Exhibit E – Part 11 of 14, # 48 Exhibit E – Part 12 of 14, # 49 Exhibit E – Part 13 of 14, # 50 Exhibit E – Part 14 of 14, # 51 Exhibit F – Part 1 of 7, # 52 Exhibit F – Part 2 of 7, # 53 Exhibit F – Part 3 of 7, # 54 Exhibit F – Part 4 of 7, # 55 Exhibit F – Part 5 of 7, # 56 Exhibit F – Part 6 of 7, # 57 Exhibit F – Part 7 of 7, # 58 Exhibit G – Part 1 of 7, # 59 Exhibit G – Part 2 of 7, # 60 Exhibit G – Part 3 of 7, # 61 Exhibit G – Part 4 of 7, # 62 Exhibit G – Part 5 of 7, # 63 Exhibit G – Part 6 of 7, # 64 Exhibit G – Part 7 of 7, # 65 Exhibit H – Part 1 of 2, # 66 Exhibit H – Part 2 of 2, # 67 Exhibit I, # 68 Exhibit K).(Barron, Elisha) (Entered: 12/28/2023) |

| 01/02/2024 | | CASE ACCEPTED AS RELATED. Create association to 1:23−cv−08292−SHS. Notice of Assignment to follow. (tro) (Entered: 01/02/2024) |
|---|---|---|
| 01/02/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Sidney H. Stein. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 01/02/2024) |
| 01/02/2024 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 01/02/2024) |
| 01/03/2024 | 11 | MOTION for Kristen Logan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28763533. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Proposed Order Proposed Order).(Logan, Kristen) (Entered: 01/03/2024) |
| 01/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Kristen Logan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28763533. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/03/2024) |
| 01/03/2024 | 12 | MOTION for Ian Bradford Crosby to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28764140. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Ian Crosby, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Crosby, Ian) (Entered: 01/03/2024) |
| 01/03/2024 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Holdings, LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI LP waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI OpCo LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 16 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI, Inc. waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 17 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. OAI Corporation, LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Global LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/03/2024 | 20 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI GP, LLC waiver sent on 12/27/2023, answer due 2/26/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/03/2024) |
| 01/04/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Ian Bradford Crosby to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28764140. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/04/2024) |

| | | |
|---|---|---|
| 01/04/2024 | 21 | MOTION for Davida Brook to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28767994. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit In Support of Motion For Admission of Attorney Pro Hac Vice, # 2 Exhibit California Supreme Court Certificate of Good Standing, # 3 Proposed Order For Admission Attorney Admission Pro Hac Vice).(Brook, Davida) (Entered: 01/04/2024) |
| 01/04/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Davida Brook to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28767994. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/04/2024) |
| 01/04/2024 | 22 | ORDER granting 11 Motion for Kristen Logan to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/04/2024) |
| 01/04/2024 | 23 | ORDER granting 12 Motion for Ian Bradford Crosby to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/04/2024) |
| 01/04/2024 | 24 | ORDER granting 21 Motion for Davida Brook to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/04/2024) |
| 01/04/2024 | 25 | MOTION for Ellie Rae Dupler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28770803. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Supplement Declaration, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Dupler, Ellie) (Entered: 01/04/2024) |
| 01/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Ellie Rae Dupler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28770803. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/05/2024) |
| 01/05/2024 | 26 | ORDER granting 25 Motion for Ellie Rae Dupler to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/05/2024) |
| 01/11/2024 | 27 | NOTICE OF APPEARANCE by Tamar Lusztig on behalf of The New York Times Company..(Lusztig, Tamar) (Entered: 01/11/2024) |
| 01/16/2024 | 28 | MOTION for Annette L. Hurst to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Annette L. Hurst in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hurst, Annette) (Entered: 01/16/2024) |
| 01/16/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Annette L. Hurst to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 01/16/2024) |
| 01/17/2024 | 29 | WAIVER OF SERVICE RETURNED EXECUTED. Microsoft Corporation waiver sent on 1/2/2024, answer due 3/4/2024. Document filed by The New York Times Company..(Barron, Elisha) (Entered: 01/17/2024) |
| 01/19/2024 | 30 | ORDER granting 28 Motion for Annette L. Hurst to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/19/2024) |
| 01/29/2024 | 31 | NOTICE OF APPEARANCE by Joseph Richard Wetzel, Jr on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Wetzel, Joseph) (Entered: 01/29/2024) |
| 01/29/2024 | 32 | NOTICE OF APPEARANCE by Sarang Damle on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Damle, Sarang) (Entered: |

| | | |
|---|---|---|
| | | 01/29/2024) |
| 01/29/2024 | 33 | MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28875379. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit – Declaration of Andrew M. Gass in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gass, Andrew) (Entered: 01/29/2024) |
| 01/29/2024 | 34 | NOTICE OF APPEARANCE by Allison Levine Stillman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Stillman, Allison) (Entered: 01/29/2024) |
| 01/30/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 33 MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28875379. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/30/2024) |
| 01/30/2024 | 35 | ORDER granting 33 Motion for Andrew M. Gass to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 01/30/2024) |
| 01/31/2024 | 36 | NOTICE OF APPEARANCE by Alexander Frawley on behalf of The New York Times Company..(Frawley, Alexander) (Entered: 01/31/2024) |
| 02/01/2024 | 37 | MOTION for Emily K. Cronin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Exhibit California Supreme Court Certificate of Good Standing, # 3 Proposed Order For Attorney Admission Pro Hac Vice).(Cronin, Emily) (Entered: 02/01/2024) |
| 02/02/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Emily K. Cronin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 02/02/2024) |
| 02/02/2024 | 38 | ORDER granting 37 Motion for Emily K. Cronin to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/02/2024) |
| 02/06/2024 | 39 | MOTION for Joseph Charles Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28913111. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Joseph C. Gratz, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Gratz, Joseph) (Entered: 02/06/2024) |
| 02/06/2024 | 40 | MOTION for Genevieve Vose Wallace to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28913180. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Genevieve Vose Wallace, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Wallace, Genevieve) (Entered: 02/06/2024) |
| 02/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 39 MOTION for Joseph Charles Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28913111. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/07/2024) |
| 02/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 40 MOTION for Genevieve Vose Wallace to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28913180. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there** |

| | | |
|---|---|---|
| | | **are no deficiencies. (bc)** (Entered: 02/07/2024) |
| 02/07/2024 | 41 | ORDER granting 39 Motion for Joseph Charles Gratz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/07/2024) |
| 02/07/2024 | 42 | ORDER granting 40 Motion for Genevieve Vose Wallace to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/07/2024) |
| 02/09/2024 | 43 | MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28929037. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Rose S. Lee in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission of Rose S. Lee).(Lee, Rose) (Entered: 02/09/2024) |
| 02/09/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 43 MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28929037. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 02/09/2024) |
| 02/13/2024 | 44 | NOTICE OF APPEARANCE by Christopher Cariello on behalf of Microsoft Corporation..(Cariello, Christopher) (Entered: 02/13/2024) |
| 02/20/2024 | 45 | ORDER granting 43 Motion for Rose S. Lee to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 02/20/2024) |
| 02/20/2024 | 46 | NOTICE OF APPEARANCE by Eudokia Spanos on behalf of The New York Times Company..(Spanos, Eudokia) (Entered: 02/20/2024) |
| 02/23/2024 | 47 | MOTION to Intervene *and Dismiss, Stay or Transfer*. Document filed by Paul Tremblay, Ta–Nehisi Coates, Junot Daz, Andrew Sean Greer, David Henry Hwang, Michael Chabon, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey. Return Date set for 4/8/2024 at 12:00 PM. (Attachments: # 1 Supplement Memorandum of Points and Authorities, # 2 Affidavit Christopher J. Hydal, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Proposed Order Granting Motion to Intervene, # 8 Supplement Request for Oral Arguement).(Hydal, Christopher) (Entered: 02/23/2024) |
| 02/26/2024 | 48 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Intervene *and Dismiss, Stay or Transfer*. . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 02/26/2024) |
| 02/26/2024 | 49 | RESPONSE to Motion re: 47 MOTION to Intervene *and Dismiss, Stay or Transfer*. // *OpenAI Defendants' Position Statement Regarding Motion to Intervene and Dismiss, Stay, or Transfer*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 02/26/2024) |
| 02/26/2024 | 50 | NOTICE OF APPEARANCE by Luke Budiardjo on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Budiardjo, Luke) (Entered: 02/26/2024) |
| 02/26/2024 | 51 | MOTION to Dismiss . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 02/26/2024) |
| 02/26/2024 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION to Dismiss . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 02/26/2024) |

| 02/26/2024 | 53 | DECLARATION of Andrew M. Gass in Support re: 51 MOTION to Dismiss .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 – Complaint).(Gass, Andrew) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 54 | LETTER MOTION for Oral Argument addressed to Judge Sidney H. Stein from Andrew M. Gass dated February 26, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 02/26/2024) |
| 02/26/2024 | 55 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate OpenAI GP, L.L.C., Other Affiliate OpenAI Global, L.L.C., Other Affiliate OAI Corporation, L.L.C., Other Affiliate OpenAI Holdings, L.L.C. for OpenAI, Inc.; Other Affiliate Microsoft Corporation, Other Affiliate OpenAI, L.L.C., Other Affiliate OpenAI OpCo, L.L.C. for OpenAI Global LLC. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 02/26/2024) |
| 02/29/2024 | 56 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29016796. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit Declaration in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission pro hac vice).(Bennett, Allyson) (Entered: 02/29/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 56 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29016796. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/01/2024 | 57 | MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29020555. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit Declaration of Vera Ranieri in Support of Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed order granting admission).(Ranieri, Vera) (Entered: 03/01/2024) |
| 03/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29020555. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/01/2024) |
| 03/01/2024 | 58 | MOTION for Katherine M. Peaslee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29023611. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Katherine M. Peaslee, # 2 Exhibit Washington Supreme Court Certificate of Good Standing, # 3 Exhibit California Supreme Court Certificate of Good Standing, # 4 Proposed Order for Admission Pro Hac Vice).(Peaslee, Katherine) (Entered: 03/01/2024) |
| 03/01/2024 | 59 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Intervene *and Dismiss, Stay or Transfer.* . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 03/01/2024) |
| 03/04/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 58 MOTION for Katherine M. Peaslee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29023611. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/04/2024) |
| 03/04/2024 | 60 | ORDER granting 56 Motion for Allyson R. Bennett to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |

| 03/04/2024 | 61 | ORDER granting 57 Motion for Vera Ranieri to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |
|---|---|---|
| 03/04/2024 | 62 | ORDER granting 58 Motion for Katherine M. Peaslee to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/04/2024) |
| 03/04/2024 | 63 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 03/04/2024) |
| 03/04/2024 | 64 | MOTION to Dismiss . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 03/04/2024) |
| 03/04/2024 | 65 | MEMORANDUM OF LAW in Support re: 64 MOTION to Dismiss . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 03/04/2024) |
| 03/04/2024 | 66 | LETTER MOTION for Oral Argument *of Motion to Dismiss* addressed to Judge Sidney H. Stein from Annette L. Hurst dated 3/4/2024. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 03/04/2024) |
| 03/06/2024 | 67 | MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29043889. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit Affidavit of J.Briant, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Briant, Jared) (Entered: 03/06/2024) |
| 03/06/2024 | 68 | NOTICE OF APPEARANCE by Jeffrey S. Jacobson on behalf of Microsoft Corporation..(Jacobson, Jeffrey) (Entered: 03/06/2024) |
| 03/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 67 MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29043889. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/07/2024) |
| 03/07/2024 | 69 | ORDER granting 67 Motion for Jared B. Briant to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 03/07/2024) |
| 03/07/2024 | 70 | NOTICE of Supplemental Authority. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit A – Tremblay Order).(Hurst, Annette) (Entered: 03/07/2024) |
| 03/08/2024 | 71 | REPLY to Response to Motion re: 47 MOTION to Intervene *and Dismiss, Stay or Transfer*. . Document filed by Michael Chabon, Ta–Nehisi Coates, Junot Daz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay. (Attachments: # 1 Affidavit Michael P. Richter).(Hydal, Christopher) (Entered: 03/08/2024) |
| 03/08/2024 | 72 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by The New York Times Company..(Crosby, Ian) (Entered: 03/08/2024) |
| 03/11/2024 | 73 | RESPONSE in Opposition to Motion re: 51 MOTION to Dismiss . . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 03/11/2024) |
| 03/11/2024 | 74 | LETTER MOTION for Oral Argument addressed to Judge Sidney H. Stein from Ian Crosby dated March 11, 2024. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 03/11/2024) |
| 03/18/2024 | 75 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Dismiss . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 03/18/2024) |
| 03/18/2024 | 76 | MEMORANDUM OF LAW in Opposition re: 64 MOTION to Dismiss . . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 03/18/2024) |
| 03/18/2024 | 77 | LETTER MOTION for Oral Argument *on Microsoft Corporation's Partial Motion to Dismiss [Dkt. 64]* addressed to Judge Sidney H. Stein from Ian B. Crosby dated March 18, 2024. Document filed by The New York Times Company..(Crosby, Ian) (Entered: |

| | | 03/18/2024) |
|---|---|---|
| 03/19/2024 | 78 | NOTICE OF APPEARANCE by Scarlett Collings on behalf of The New York Times Company..(Collings, Scarlett) (Entered: 03/19/2024) |
| 03/25/2024 | 79 | REPLY MEMORANDUM OF LAW in Support re: 64 MOTION to Dismiss . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 03/25/2024) |
| 03/26/2024 | 80 | NOTICE OF CHANGE OF ADDRESS by Eudokia Spanos on behalf of The New York Times Company. New Address: Susman Godfrey LLP, One Manhattan West, 50th Floor, New York, New York, USA 10001, (212) 336–8330..(Spanos, Eudokia) (Entered: 03/26/2024) |
| 03/26/2024 | 81 | NOTICE OF CHANGE OF ADDRESS by Elisha Brandis Barron on behalf of The New York Times Company. New Address: Susman Godfrey LLP, One Manhattan West, 50th Floor, New York, New York, USA 10001, (212) 336–8330..(Barron, Elisha) (Entered: 03/26/2024) |
| 03/28/2024 | 82 | MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29145974. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Sheryl Garko in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Garko, Sheryl) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 82 MOTION for Sheryl Garko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29145974. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/28/2024) |
| 03/28/2024 | 83 | MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29146371. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Laura Najemy in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Najemy, Laura) (Entered: 03/28/2024) |
| 03/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 83 MOTION for Laura Najemy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29146371. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/28/2024) |
| 04/01/2024 | 84 | OPINION & ORDER re: (71 in 1:23–cv–08292–SHS, 49 in 1:23–cv–10211–SHS, 33 in 1:24–cv–00084–SHS) MOTION to Intervene *AND DISMISS, STAY OR TRANSFER.* filed by LIPPMAN LAURA, ANDREW SEAN GREER, Paul Tremblay, Sarah Silverman, AYELET WALDMAN, DAVID HENRY HWANG, Richard Kadrey, MATTHEW KLAM, Christopher Golden, RACHEL LOUISE SNYDER, TA–NEHISI COATES, MICHAEL CHABON, JUNOT DAZ, JACQUELINE WOODSON. Accordingly, the Court denies the California Plaintiffs' motions to intervene for the purpose of transferring, staying, or dismissing the New York Actions. SO ORDERED. (Signed by Judge Sidney H. Stein on 4/1/2024) (jca) (Entered: 04/01/2024) |
| 04/08/2024 | 85 | NOTICE OF APPEARANCE by Zachary B. Savage on behalf of The New York Times Company..(Savage, Zachary) (Entered: 04/08/2024) |
| 04/09/2024 | 86 | LETTER MOTION for Conference *Re: Case Schedule* addressed to Judge Sidney H. Stein from Ian B. Crosby dated April 9, 2024. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 04/09/2024) |
| 04/15/2024 | 87 | NOTICE OF INTERLOCUTORY APPEAL from 84 Memorandum & Opinion,,. Document filed by Michael Chabon, Ta–Nehisi Coates, Junot Daz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Richard Kadrey, Matthew Klam, Laura Lippman, Sarah Silverman, Rachel Louise Snyder, Paul Tremblay, Ayelet Waldman, Jacqueline Woodson. Filing fee $ 605.00, receipt number ANYSDC–29220651. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Hydal, Christopher) (Entered: 04/15/2024) |

| 04/15/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 87 Notice of Interlocutory Appeal.(km) (Entered: 04/15/2024) |
|---|---|---|
| 04/15/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 87 Notice of Interlocutory Appeal, filed by Laura Lippman, Ayelet Waldman, Matthew Klam, Paul Tremblay, Sarah Silverman, Richard Kadrey, Rachel Louise Snyder, Ta−Nehisi Coates, Jacqueline Woodson, Andrew Sean Greer, Christopher Golden, Michael Chabon, Junot Daz, David Henry Hwang were transmitted to the U.S. Court of Appeals. (km) (Entered: 04/15/2024) |
| 04/23/2024 | 88 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29260764. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit of Robert A. Van Nest Jr, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Van Nest, Robert) Modified on 4/23/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | 89 | NOTICE OF APPEARANCE by Robert A. Van Nest on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Van Nest, Robert) (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 88 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29260764. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (rju)** (Entered: 04/23/2024) |
| 04/23/2024 | 90 | NOTICE OF APPEARANCE by Paven Malhotra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Malhotra, Paven) (Entered: 04/23/2024) |
| 04/24/2024 | 91 | MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29265779. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit / Declaration of R. James Slaughter, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Slaughter, R.) (Entered: 04/24/2024) |
| 04/24/2024 | 92 | MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC−29260764)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit / Declaration of Robert A. Van Nest Jr, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order ).(Van Nest, Robert) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 91 MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29265779. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 93 | MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266254. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit Declaration of Nicholas S. Goldberg in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − |

| | | |
|---|---|---|
| | | Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice.(Goldberg, Nicholas) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 92 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC−29260764)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 93 MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266254. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 94 | MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266930. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit /Declaration of Michelle Ybarra, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Ybarra, Michelle) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 94 MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266930. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/25/2024 | 95 | ORDER granting 91 Motion for R. James Slaughter to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/25/2024) |
| 04/25/2024 | 96 | ORDER granting 92 Motion for Robert Addy Van Nest Jr to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/25/2024) |
| 04/25/2024 | 97 | ORDER granting 93 Motion for Nicholas S. Goldberg to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/25/2024) |
| 04/25/2024 | 98 | ORDER granting 94 Motion for Michelle S. Ybarra to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/25/2024) |
| 04/25/2024 | 99 | NOTICE OF APPEARANCE by R. James Slaughter on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Slaughter, R.) (Entered: 04/25/2024) |
| 04/25/2024 | 100 | NOTICE OF APPEARANCE by Nicholas S Goldberg on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Goldberg, Nicholas) (Entered: 04/25/2024) |
| 04/25/2024 | 101 | MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29273684. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit / Declaration of Katie Lynn Joyce, # 2 Exhibit Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Joyce, Katie) (Entered: 04/25/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 101 MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29273684. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/26/2024) |

| 04/26/2024 | 102 | MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29275737. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit /Declaration of Thomas E. Gorman, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gorman, Thomas) (Entered: 04/26/2024) |
| 04/26/2024 | 103 | NOTICE OF APPEARANCE by Michelle S. Ybarra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 04/26/2024) |
| 04/26/2024 | 104 | ORDER granting 101 Motion for Katie Lynn Joyce to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/26/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 102 MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29275737. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/26/2024) |
| 04/26/2024 | 105 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Joyce, Katie) Modified on 5/3/2024 (lb). (Entered: 04/26/2024) |
| 04/30/2024 | 106 | ORDER granting 102 Motion for Thomas E. Gorman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/30/2024) |
| 04/30/2024 | 107 | ORDER granting 82 Motion for Sheryl Garko to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/30/2024) |
| 04/30/2024 | 108 | ORDER granting 83 Motion for Laura Najemy to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 04/30/2024) |
| 04/30/2024 | 109 | NOTICE OF APPEARANCE by Thomas Edward Gorman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gorman, Thomas) (Entered: 04/30/2024) |
| 05/01/2024 | 110 | LETTER MOTION for Conference *for entrance of proposed Protective Order and Electronically Stored Information* addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 1, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Crosby, Ian) (Entered: 05/01/2024) |
| 05/03/2024 | 111 | NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Joyce, Katie) (Entered: 05/03/2024) |
| 05/03/2024 | 112 | ORDER Having received the parties' Rule 26(f) Report and Proposed Case Management Plan (ECF No. 72), the Court HEREBY ORDERS the following deadlines: a. The last day to amend pleadings and join other parties is May 20, 2024. b. Substantial production of documents for all RFPs served by February 28, 2024 shall be completed by June 14, 2024. c. Fact discovery shall be completed by September 17, 2024. d. Opening expert reports shall be served by October 18, 2024. e. Responsive expert reports shall be served by November 18, 2024. f. Expert discovery shall be completed by December 9, 2024. g. Motions for summary judgment shall be filed on or before January 7, 2025. h. Oppositions to motions for summary judgment shall be filed on or before February 7, 2025. i. Replies in support of motions for summary judgment shall be filed on or before February 28, 2025. SO ORDERED. (Amended Pleadings due by 5/20/2024., Expert Discovery due by 12/9/2024., Fact Discovery due by 9/17/2024., Joinder of Parties due by 5/20/2024., Motions due by 1/7/2025., Replies due by 2/28/2025., Responses due by 2/7/2025) (Signed by Judge Sidney H. Stein on 5/3/2024) (jca) (Entered: 05/03/2024) |

| 05/03/2024 | 113 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Annette L. Hurst and Allyson R. Bennett dated May 3, 2024 re: 110 LETTER MOTION for Conference *for entrance of proposed Protective Order and Electronically Stored Information* addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 1, 2024. . Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A Defendants' Proposed Protective Order, # 2 Exhibit B Defendants' Proposed ESI Order, # 3 Exhibit C Redline – Protective Order, # 4 Exhibit D Redline – ESI Order, # 5 Exhibit E ND Cal – Model Stip E–discovery OrderPatent, # 6 Exhibit F D Del – Electronic Discovery Default Standard).(Hurst, Annette) (Entered: 05/03/2024) |
| 05/06/2024 | 114 | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/09/2024 | 115 | LETTER addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 9, 2024 re: Notice of Supplemental Authority. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 05/09/2024) |
| 05/20/2024 | 116 | MOTION for Sarah Salomon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29378655. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit /Declaration of Sarah Salomon, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Salomon, Sarah) (Entered: 05/20/2024) |
| 05/20/2024 | 117 | LETTER MOTION for Conference *Concerning Plaintiff's Request for Bi–monthly Status Conferences* addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 20, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Crosby, Ian) (Entered: 05/20/2024) |
| 05/20/2024 | 118 | NOTICE of of Motion and Motion for Leave to File First Amended Complaint. Document filed by The New York Times Company. (Attachments: # 1 Supplement Memorandum of Law in Support of Motion for Leave to file First Amended Complaint, # 2 Supplement Declaration of Ian B. Crosby in Support of the New York Times Company's Motion for Leave to File the First Amended Complaint, # 3 Exhibit A, # 4 Exhibit B).(Crosby, Ian) (Entered: 05/21/2024) |
| 05/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 116 MOTION for Sarah Salomon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29378655. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/21/2024) |
| 05/21/2024 | 119 | ORDER granting 116 Motion for Sarah Salomon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 05/21/2024) |
| 05/21/2024 | 120 | NOTICE OF APPEARANCE by Sarah Salomon on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Salomon, Sarah) (Entered: 05/21/2024) |
| 05/22/2024 | 121 | LETTER addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 22, 2024 re: the parties disputes regarding the proposed Protective Order and Electronically Stored Information Order. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 05/22/2024) |
| 05/22/2024 | 122 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Jared B. Briant dated 05/22/2024 re: 117 LETTER MOTION for Conference *Concerning Plaintiff's Request for Bi–monthly Status Conferences* addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 20, 2024. . Document filed by Microsoft Corporation..(Briant, Jared) (Entered: 05/22/2024) |
| 05/22/2024 | 123 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Michelle Ybarra and Joseph R. Wetzel and Allyson R. Bennett dated May 22, 2024 re: 117 |

| | | |
|---|---|---|
| | | LETTER MOTION for Conference *Concerning Plaintiff's Request for Bi−monthly Status Conferences* addressed to Judge Sidney H. Stein from Ian B. Crosby dated May 20, 2024. . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 05/22/2024) |
| 05/23/2024 | 124 | LETTER MOTION to Compel The New York Times Company to Produce Documents addressed to Judge Sidney H. Stein from Joseph R. Wetzel dated May 23, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A – Feb. 9 Letter, # 2 Exhibit B – Requests for Production, # 3 Exhibit C – Plaintiff's Objections, # 4 Exhibit D – May 14 Email, # 5 Exhibit E – May 22 Email, # 6 Exhibit F – May 7 Letter, # 7 Exhibit G – May 15 Email, # 8 Exhibit H – May 17 Email).(Wetzel, Joseph) (Entered: 05/23/2024) |
| 05/28/2024 | 125 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated May 28, 2024 re: 124 LETTER MOTION to Compel The New York Times Company to Produce Documents addressed to Judge Sidney H. Stein from Joseph R. Wetzel dated May 23, 2024. . Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Errata 2).(Crosby, Ian) (Entered: 05/28/2024) |
| 05/30/2024 | 126 | PROPOSED PROTECTIVE ORDER. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 05/30/2024) |
| 05/31/2024 | 127 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...This protection order may be amended for good cause. SO ORDERED. (Signed by Judge Sidney H. Stein on 5/31/2024) (jca) (Entered: 05/31/2024) |
| 06/03/2024 | 128 | LETTER MOTION for Conference *regarding three disputes with OpenAI relating to The Time's First Set of Requests for Production* addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated June 3, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Crosby, Ian) (Entered: 06/03/2024) |
| 06/03/2024 | 129 | OPPOSITION BRIEF re: 118 Notice (Other), *Microsoft's Conditional Opposition to The New York Times Company's Motion for Leave to File First Amended Complaint*. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 06/03/2024) |
| 06/03/2024 | 130 | DECLARATION of Annette Hurst in Support re: 129 Opposition Brief. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Hurst, Annette) (Entered: 06/03/2024) |
| 06/03/2024 | 131 | CROSS MOTION for Extension of Time to Complete Discovery *// Conditional Cross−Motion in the event Plaintiff's Motion for Leave to Amend is Granted*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 06/03/2024) |
| 06/03/2024 | 132 | RESPONSE re: 118 Notice (Other), *// OpenAI Defendants' Memorandum of Law in Support of Response to Plaintiff's Motion for Leave to file First Amended Complaint and Conditional Cross−Motion*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Gass, Andrew) (Entered: 06/03/2024) |
| 06/03/2024 | 133 | DECLARATION of Andrew M. Gass re: 118 Notice (Other), *// Declaration of Andrew M. Gass in Support of OpenAI Defendants' Response to Plaintiff's Motion for Leave to file First Amended Complaint and Conditional Cross−Motion*. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 – May 29, 2024 Email).(Gass, Andrew) (Entered: 06/03/2024) |
| 06/04/2024 | 134 | LETTER RESPONSE to Motion addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated June 4, 2024 re: 124 LETTER MOTION to Compel The New York Times Company to Produce Documents addressed to Judge |

| | | |
|---|---|---|
| | | Sidney H. Stein from Joseph R. Wetzel dated May 23, 2024. *Joint Update*. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 06/04/2024) |
| 06/05/2024 | 135 | JOINT LETTER addressed to Judge Sidney H. Stein from Ian B. Crosby, Steven Lieberman, Allyson R. Bennett, Michelle Ybarra, Joe Wetzel, Jared B. Briant dated June 5, 2024 re: Proposed ESI Order. Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C).(Crosby, Ian) (Entered: 06/05/2024) |
| 06/06/2024 | 136 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett dated 06/05/2024 re: 128 LETTER MOTION for Conference *regarding three disputes with OpenAI relating to The Time's First Set of Requests for Production* addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated June 3, 2024. . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit Exhibit A).(Bennett, Allyson) (Entered: 06/06/2024) |
| 06/06/2024 | 137 | MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454214. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) (Entered: 06/06/2024) |
| 06/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 137 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454214. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/07/2024) |
| 06/10/2024 | 138 | ORDER granting 137 Motion for Elana Nightingale Dawson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 06/10/2024) |
| 06/10/2024 | 139 | REPLY re: 118 Notice (Other), 131 CROSS MOTION for Extension of Time to Complete Discovery *// Conditional Cross–Motion in the event Plaintiff's Motion for Leave to Amend is Granted*. . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 06/10/2024) |
| 06/10/2024 | 140 | DECLARATION of Eudokia Spanos in Support re: 118 Notice (Other), 139 Reply, 131 CROSS MOTION for Extension of Time to Complete Discovery *// Conditional Cross–Motion in the event Plaintiff's Motion for Leave to Amend is Granted*.. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 06/10/2024) |
| 06/11/2024 | 141 | LETTER MOTION for Conference *Regarding Discovery Disputes With OpenAI* addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated June 11, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Crosby, Ian) (Entered: 06/11/2024) |
| 06/13/2024 | 142 | MOTION to Consolidate Cases 1:24–cv–03285 . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Malhotra, Paven) (Entered: 06/13/2024) |
| 06/13/2024 | 143 | MEMORANDUM OF LAW in Support re: 142 MOTION to Consolidate Cases 1:24–cv–03285 . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Malhotra, Paven) (Entered: 06/13/2024) |
| 06/13/2024 | 144 | DECLARATION of Paven Malhotra in Support re: 142 MOTION to Consolidate Cases 1:24–cv–03285 .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI |

| | | |
|---|---|---|
| | | OpCo LLC, OpenAI, Inc.. (Attachments: # <u>1</u> Exhibit Emails re consolidation, # <u>2</u> Exhibit NDCA Coordination Order, # <u>3</u> Exhibit Emails re Coordination, # <u>4</u> Exhibit Emails re Coordination).(Malhotra, Paven) (Entered: 06/13/2024) |
| 06/13/2024 | <u>145</u> | PROPOSED ORDER. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. Related Document Number: <u>142</u> ..(Malhotra, Paven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/13/2024) |
| 06/13/2024 | <u>146</u> | LETTER MOTION for Oral Argument addressed to Judge Sidney H. Stein from Paven Malhotra dated June 13, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Malhotra, Paven) (Entered: 06/13/2024) |
| 06/13/2024 | <u>147</u> | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Allyson R. Bennett; Joseph R. Wetzel; Nicholas S. Goldberg dated June 13, 2024 re: <u>141</u> LETTER MOTION for Conference *Regarding Discovery Disputes With OpenAI* addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated June 11, 2024. . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Bennett, Allyson) (Entered: 06/13/2024) |
| 06/14/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 145** Proposed Order, was reviewed and approved as to form. (tp)* (Entered: 06/14/2024) |
| 06/14/2024 | <u>148</u> | BRIEF re: <u>142</u> MOTION to Consolidate Cases 1:24–cv–03285 . *MICROSOFT'S JOINDER BRIEF IN SUPPORT OF OPENAI DEFENDANTS' MOTION TO CONSOLIDATE*. Document filed by Microsoft Corporation. (Attachments: # <u>1</u> Exhibit A – Complaints comparison chart, # <u>2</u> Exhibit B – Plaintiffs First Set of RFPs to Microsoft, # <u>3</u> Exhibit C – Plaintiffs Rule 34 Request for Inspection to Microsoft).(Hurst, Annette) (Entered: 06/14/2024) |
| 06/25/2024 | <u>149</u> | NOTICE of Supplemental Authority re: <u>124</u> LETTER MOTION to Compel The New York Times Company to Produce Documents addressed to Judge Sidney H. Stein from Joseph R. Wetzel dated May 23, 2024.. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # <u>1</u> Exhibit 1 – Tremblay Order).(Wetzel, Joseph) (Entered: 06/25/2024) |
| 06/27/2024 | <u>150</u> | RESPONSE to Motion re: <u>142</u> MOTION to Consolidate Cases 1:24–cv–03285 . *THE NEW YORK TIMES COMPANY'S RESPONSE TO OPENAI'S MOTION TO CONSOLIDATE*. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 06/27/2024) |
| 06/27/2024 | <u>151</u> | DECLARATION of Zachary B. Savage in Opposition re: <u>142</u> MOTION to Consolidate Cases 1:24–cv–03285 .. Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2).(Crosby, Ian) (Entered: 06/27/2024) |
| 07/01/2024 | <u>152</u> | LETTER MOTION to Compel The New York Times to Produce *Documents* addressed to Judge Sidney H. Stein from Elana Nightingale Dawson dated July 1, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # <u>1</u> Exhibit 1 – Plaintiff's Responses Excerpts).(Nightingale Dawson, Elana) (Entered: 07/01/2024) |
| 07/03/2024 | <u>153</u> | REPLY MEMORANDUM OF LAW in Support re: <u>142</u> MOTION to Consolidate Cases 1:24–cv–03285 . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 07/03/2024) |
| 07/03/2024 | <u>154</u> | REPLY MEMORANDUM OF LAW in Support re: <u>142</u> MOTION to Consolidate Cases 1:24–cv–03285 . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Malhotra, Paven) (Entered: 07/03/2024) |

| | | |
|---|---|---|
| 07/03/2024 | 155 | DECLARATION of Paven Malhotra in Support re: 142 MOTION to Consolidate Cases 1:24−cv−03285 .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit Emails re Rule 26(f) Conference).(Malhotra, Paven) (Entered: 07/03/2024) |
| 07/03/2024 | 156 | LETTER RESPONSE in Opposition to Motion addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated July 3, 2024 re: 152 LETTER MOTION to Compel The New York Times to Produce *Documents* addressed to Judge Sidney H. Stein from Elana Nightingale Dawson dated July 1, 2024. . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 07/03/2024) |
| 07/11/2024 | 157 | MOTION for Kirstin L. Stoll−DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594374. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Kirstin Stoll−DeBell in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Exhibit B Certificate of Good Standing, # 4 Proposed Order for Admission Pro Hac Vice).(Stoll−DeBell, Kirstin) (Entered: 07/11/2024) |
| 07/11/2024 | 158 | MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594410. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Carrie Beyer in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Beyer, Carrie) (Entered: 07/11/2024) |
| 07/11/2024 | 159 | MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594436. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Elizabeth M.C. Scheibel in Support, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Scheibel, Elizabeth) (Entered: 07/11/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 157 MOTION for Kirstin L. Stoll−DeBell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594374. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 158 MOTION for Carrie A. Beyer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594410. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 07/12/2024) |
| 07/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 159 MOTION for Elizabeth M.C. Scheibel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29594436. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 07/12/2024) |
| 07/12/2024 | 160 | NOTICE of Supplemental Authority re: 51 MOTION to Dismiss .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 – Doe v. Github Order).(Nightingale Dawson, Elana) (Entered: 07/12/2024) |
| 08/02/2024 | 161 | ORDER FOR ADMISSION PRO HAC VICE The motion of Carrie A. Beyer for admission to practice Pro Hac Vice in the above−captioned action is granted. (Signed by Judge Sidney H. Stein on 8/2/2024) (jca) (Entered: 08/02/2024) |
| 08/06/2024 | 162 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ona T. Wang and Magistrate Judge Ona T. Wang. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/6/2024) (jca) (Entered: 08/06/2024) |
| 08/06/2024 | 163 | ORDER The motion by the New York Times for leave to file an amended complaint is granted. The New York Times shall file its amended complaint on or before August |

| | | |
|---|---|---|
| | | 12, 2024, and shall file all proposed exhibits to the amended complaint on ECF. The New York Times may also send the proposed exhibits in native Excel format by email to steinchambers@nysd.uscourts.gov and wangchambers@nysd.uscourts.gov. This action shall be referred to Magistrate Judge Ona T. Wang for general pretrial purposes, including outstanding timing and discovery disputes. (And as further set forth herein.) SO ORDERED. (Amended Pleadings due by 8/12/2024.) (Signed by Judge Sidney H. Stein on 8/6/2024) (jca) (Entered: 08/06/2024) |
| 08/06/2024 | 164 | NOTICE OF APPEARANCE by Carrie A. Beyer on behalf of Microsoft Corporation..(Beyer, Carrie) (Entered: 08/06/2024) |
| 08/07/2024 | 165 | ORDER FOR ADMISSION PRO HAC VICE The motion of Kirstin Stoll−DeBell for admission to practice Pro Hac Vice in the above−captioned action is granted. (Signed by Judge Sidney H. Stein on 8/7/2024) (jca) (Entered: 08/07/2024) |
| 08/07/2024 | 166 | ORDER FOR ADMISSION PRO HAC VICE The motion of Elizabeth M.C. Scheibel for admission to practice Pro Hac Vice in the above−captioned action is granted. (Signed by Judge Sidney H. Stein on 8/7/2024) (jca) (Entered: 08/07/2024) |
| 08/08/2024 | 167 | NOTICE OF APPEARANCE by Kirstin Stoll−DeBell on behalf of Microsoft Corporation..(Stoll−DeBell, Kirstin) (Entered: 08/08/2024) |
| 08/08/2024 | 168 | NOTICE OF APPEARANCE by Elizabeth Mead Cavert Scheibel on behalf of Microsoft Corporation..(Scheibel, Elizabeth) (Entered: 08/08/2024) |
| 08/09/2024 | 169 | NOTICE of of Supplemental Authority In Support of Opposition To Motion To Compel (Dkt. 125) re: 125 Response in Opposition to Motion,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit Tremblay Order Granting Relief from Discovery Order (Dkt. 167)).(Crosby, Ian) (Entered: 08/09/2024) |
| 08/12/2024 | 170 | FIRST AMENDED COMPLAINT amending 1 Complaint,,,,,,,,, against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc. with JURY DEMAND.Document filed by The New York Times Company. Related document: 1 Complaint,,,,,,,,,. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit A3, # 4 Exhibit A4, # 5 Exhibit A5, # 6 Exhibit A6, # 7 Exhibit A7, # 8 Exhibit A8, # 9 Exhibit A9, # 10 Exhibit A10, # 11 Exhibit A11, # 12 Exhibit A12, # 13 Exhibit A13, # 14 Exhibit A14, # 15 Exhibit A15, # 16 Exhibit A16, # 17 Exhibit A17, # 18 Exhibit A18, # 19 Exhibit A19, # 20 Exhibit A20, # 21 Exhibit A21, # 22 Exhibit A22, # 23 Exhibit A23, # 24 Exhibit A24, # 25 Exhibit A25, # 26 Exhibit A26, # 27 Exhibit A27, # 28 Exhibit A28, # 29 Exhibit A29, # 30 Exhibit A30, # 31 Exhibit A31, # 32 Exhibit A32, # 33 Exhibit A33, # 34 Exhibit A34, # 35 Exhibit A35, # 36 Exhibit A36, # 37 Exhibit A37, # 38 Exhibit A38, # 39 Exhibit A39).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 171 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit A40, # 2 Exhibit A41, # 3 Exhibit A42, # 4 Exhibit A43, # 5 Exhibit A44, # 6 Exhibit A45, # 7 Exhibit A46, # 8 Exhibit A47, # 9 Exhibit A48, # 10 Exhibit A49, # 11 Exhibit A50, # 12 Exhibit A51, # 13 Exhibit A52, # 14 Exhibit A53, # 15 Exhibit A54, # 16 Exhibit A55, # 17 Exhibit A56, # 18 Exhibit A57, # 19 Exhibit A58, # 20 Exhibit A59, # 21 Exhibit A60, # 22 Exhibit A61, # 23 Exhibit A62, # 24 Exhibit A63, # 25 Exhibit A64, # 26 Exhibit A65, # 27 Exhibit A66, # 28 Exhibit A67, # 29 Exhibit A68, # 30 Exhibit A69, # 31 Exhibit A70, # 32 Exhibit A71, # 33 Exhibit A72, # 34 Exhibit A73, # 35 Exhibit A74, # 36 Exhibit A75, # 37 Exhibit A76, # 38 Exhibit A77, # 39 Exhibit A78, # 40 Exhibit A79, # 41 Exhibit A80).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 172 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit A81, # 2 Exhibit A82, # 3 Exhibit A83, # 4 Exhibit A84, # 5 Exhibit A85, # 6 Exhibit A86, # 7 Exhibit A87, # 8 Exhibit A88, # 9 Exhibit A89, # 10 Exhibit A90, # 11 Exhibit A91, # 12 Exhibit A92, # 13 Exhibit A93, # 14 Exhibit A94, # 15 Exhibit A95, # 16 Exhibit A96, # 17 Exhibit A97, # 18 Exhibit A98, # 19 Exhibit A99, # 20 Exhibit A100, # 21 Exhibit A101, # 22 Exhibit A102, # 23 Exhibit A103, # 24 Exhibit A104, # 25 Exhibit A105, # 26 Exhibit A106, # 27 Exhibit A107, # 28 Exhibit A108, # 29 Exhibit A109, # 30 Exhibit A110, # 31 Exhibit A111, # 32 Exhibit A112, # 33 Exhibit A113, # 34 Exhibit A114, # 35 Exhibit A115, # 36 Exhibit A116, # 37 Exhibit A117, # 38 Exhibit A118, # 39 Exhibit |

| | | A119, # <u>40</u> Exhibit A120).(Crosby, Ian) (Entered: 08/12/2024) |
|---|---|---|
| 08/12/2024 | <u>173</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit A121, # <u>2</u> Exhibit A122, # <u>3</u> Exhibit A123, # <u>4</u> Exhibit A124, # <u>5</u> Exhibit A125, # <u>6</u> Exhibit A126, # <u>7</u> Exhibit A127, # <u>8</u> Exhibit A128, # <u>9</u> Exhibit A129, # <u>10</u> Exhibit A130, # <u>11</u> Exhibit A131, # <u>12</u> Exhibit A132, # <u>13</u> Exhibit A133, # <u>14</u> Exhibit A134, # <u>15</u> Exhibit A135, # <u>16</u> Exhibit A136, # <u>17</u> Exhibit A137, # <u>18</u> Exhibit A138, # <u>19</u> Exhibit A139, # <u>20</u> Exhibit A140, # <u>21</u> Exhibit A141, # <u>22</u> Exhibit A142, # <u>23</u> Exhibit A143, # <u>24</u> Exhibit A144, # <u>25</u> Exhibit A145, # <u>26</u> Exhibit A146, # <u>27</u> Exhibit A147, # <u>28</u> Exhibit A148, # <u>29</u> Exhibit A149, # <u>30</u> Exhibit A150, # <u>31</u> Exhibit A151, # <u>32</u> Exhibit A152, # <u>33</u> Exhibit A153, # <u>34</u> Exhibit A154, # <u>35</u> Exhibit A155, # <u>36</u> Exhibit A156, # <u>37</u> Exhibit A157, # <u>38</u> Exhibit A158, # <u>39</u> Exhibit A159, # <u>40</u> Exhibit A160).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | <u>174</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit A161, # <u>2</u> Exhibit A162, # <u>3</u> Exhibit A163, # <u>4</u> Exhibit A164, # <u>5</u> Exhibit A165, # <u>6</u> Exhibit A166, # <u>7</u> Exhibit A167, # <u>8</u> Exhibit A168, # <u>9</u> Exhibit A169, # <u>10</u> Exhibit A170, # <u>11</u> Exhibit A171, # <u>12</u> Exhibit A172, # <u>13</u> Exhibit A173, # <u>14</u> Exhibit A174, # <u>15</u> Exhibit A175, # <u>16</u> Exhibit A176, # <u>17</u> Exhibit A177, # <u>18</u> Exhibit A178, # <u>19</u> Exhibit A179, # <u>20</u> Exhibit A180, # <u>21</u> Exhibit A181, # <u>22</u> Exhibit A182, # <u>23</u> Exhibit A183, # <u>24</u> Exhibit A184, # <u>25</u> Exhibit A185, # <u>26</u> Exhibit A186, # <u>27</u> Exhibit A187, # <u>28</u> Exhibit A188, # <u>29</u> Exhibit A189, # <u>30</u> Exhibit A190, # <u>31</u> Exhibit A191, # <u>32</u> Exhibit A192, # <u>33</u> Exhibit A193, # <u>34</u> Exhibit A194, # <u>35</u> Exhibit A195, # <u>36</u> Exhibit A196, # <u>37</u> Exhibit A197, # <u>38</u> Exhibit A198, # <u>39</u> Exhibit A199, # <u>40</u> Exhibit A200).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | <u>175</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit B1, # <u>2</u> Exhibit B2, # <u>3</u> Exhibit B3, # <u>4</u> Exhibit B4, # <u>5</u> Exhibit B5, # <u>6</u> Exhibit B6, # <u>7</u> Exhibit B7, # <u>8</u> Exhibit B8, # <u>9</u> Exhibit B9, # <u>10</u> Exhibit B10, # <u>11</u> Exhibit B11, # <u>12</u> Exhibit B12, # <u>13</u> Exhibit B13, # <u>14</u> Exhibit B14, # <u>15</u> Exhibit B15, # <u>16</u> Exhibit B16, # <u>17</u> Exhibit B17, # <u>18</u> Exhibit B18, # <u>19</u> Exhibit B19, # <u>20</u> Exhibit B20, # <u>21</u> Exhibit B21, # <u>22</u> Exhibit B22, # <u>23</u> Exhibit B23, # <u>24</u> Exhibit B24, # <u>25</u> Exhibit B25, # <u>26</u> Exhibit B26, # <u>27</u> Exhibit B27, # <u>28</u> Exhibit B28, # <u>29</u> Exhibit B29, # <u>30</u> Exhibit B30, # <u>31</u> Exhibit B31, # <u>32</u> Exhibit B32, # <u>33</u> Exhibit B33, # <u>34</u> Exhibit B34, # <u>35</u> Exhibit B35).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | <u>176</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit B36, # <u>2</u> Exhibit B37, # <u>3</u> Exhibit B38, # <u>4</u> Exhibit B39, # <u>5</u> Exhibit B40, # <u>6</u> Exhibit B41, # <u>7</u> Exhibit B42, # <u>8</u> Exhibit B43, # <u>9</u> Exhibit B44, # <u>10</u> Exhibit B45, # <u>11</u> Exhibit B46, # <u>12</u> Exhibit B47, # <u>13</u> Exhibit B48, # <u>14</u> Exhibit B49, # <u>15</u> Exhibit B50, # <u>16</u> Exhibit B51, # <u>17</u> Exhibit B52, # <u>18</u> Exhibit B53, # <u>19</u> Exhibit B54, # <u>20</u> Exhibit B55, # <u>21</u> Exhibit B56, # <u>22</u> Exhibit B57, # <u>23</u> Exhibit B58, # <u>24</u> Exhibit B59, # <u>25</u> Exhibit B60, # <u>26</u> Exhibit B61, # <u>27</u> Exhibit B62, # <u>28</u> Exhibit B63, # <u>29</u> Exhibit B64, # <u>30</u> Exhibit B65, # <u>31</u> Exhibit B66, # <u>32</u> Exhibit B67, # <u>33</u> Exhibit B68, # <u>34</u> Exhibit B69, # <u>35</u> Exhibit B70).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | <u>177</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit B71, # <u>2</u> Exhibit B72, # <u>3</u> Exhibit B73, # <u>4</u> Exhibit B74, # <u>5</u> Exhibit B75, # <u>6</u> Exhibit B76, # <u>7</u> Exhibit B77, # <u>8</u> Exhibit B78, # <u>9</u> Exhibit B79, # <u>10</u> Exhibit B80, # <u>11</u> Exhibit B81, # <u>12</u> Exhibit B82, # <u>13</u> Exhibit B83, # <u>14</u> Exhibit B84, # <u>15</u> Exhibit B85, # <u>16</u> Exhibit B86, # <u>17</u> Exhibit B87, # <u>18</u> Exhibit B88, # <u>19</u> Exhibit B89, # <u>20</u> Exhibit B90, # <u>21</u> Exhibit B91, # <u>22</u> Exhibit B92, # <u>23</u> Exhibit B93, # <u>24</u> Exhibit B94, # <u>25</u> Exhibit B95, # <u>26</u> Exhibit B96, # <u>27</u> Exhibit B97, # <u>28</u> Exhibit B98, # <u>29</u> Exhibit B99, # <u>30</u> Exhibit B100, # <u>31</u> Exhibit B101, # <u>32</u> Exhibit B102, # <u>33</u> Exhibit B103, # <u>34</u> Exhibit B104, # <u>35</u> Exhibit B105, # <u>36</u> Exhibit B106, # <u>37</u> Exhibit B107, # <u>38</u> Exhibit B108, # <u>39</u> Exhibit B109, # <u>40</u> Exhibit B110).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | <u>178</u> | EXHIBIT TO PLEADING re: <u>170</u> Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit B111, # <u>2</u> Exhibit B112, # <u>3</u> Exhibit B113, # <u>4</u> Exhibit B114, # <u>5</u> Exhibit B115, # <u>6</u> Exhibit B116, # <u>7</u> Exhibit B117, # <u>8</u> Exhibit B118, # <u>9</u> Exhibit B119, # <u>10</u> Exhibit B120, # <u>11</u> Exhibit B121, # <u>12</u> |

| | | |
|---|---|---|
| | | Exhibit B122, # 13 Exhibit B123, # 14 Exhibit B124, # 15 Exhibit B125, # 16 Exhibit B126, # 17 Exhibit B127, # 18 Exhibit B128, # 19 Exhibit B129, # 20 Exhibit B130, # 21 Exhibit B131, # 22 Exhibit B132, # 23 Exhibit B133, # 24 Exhibit B134, # 25 Exhibit B135, # 26 Exhibit B136, # 27 Exhibit B137, # 28 Exhibit B138, # 29 Exhibit B139, # 30 Exhibit B140, # 31 Exhibit B141, # 32 Exhibit B142, # 33 Exhibit B143, # 34 Exhibit B144, # 35 Exhibit B145, # 36 Exhibit B146, # 37 Exhibit B147, # 38 Exhibit B148, # 39 Exhibit B149).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 179 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit B150, # 2 Exhibit B151, # 3 Exhibit B152, # 4 Exhibit B153, # 5 Exhibit B154, # 6 Exhibit B155, # 7 Exhibit B156, # 8 Exhibit B157, # 9 Exhibit B158, # 10 Exhibit B159, # 11 Exhibit B160, # 12 Exhibit B161, # 13 Exhibit B162, # 14 Exhibit B163, # 15 Exhibit B164, # 16 Exhibit B165, # 17 Exhibit B166, # 18 Exhibit B167, # 19 Exhibit B168, # 20 Exhibit B169, # 21 Exhibit B170, # 22 Exhibit B171, # 23 Exhibit B172, # 24 Exhibit B173, # 25 Exhibit B174, # 26 Exhibit B175, # 27 Exhibit B176, # 28 Exhibit B177, # 29 Exhibit B178, # 30 Exhibit B179, # 31 Exhibit B180, # 32 Exhibit B181, # 33 Exhibit B182, # 34 Exhibit B183, # 35 Exhibit B184, # 36 Exhibit B185, # 37 Exhibit B186, # 38 Exhibit B187).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 180 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit C1, # 2 Exhibit C2, # 3 Exhibit C3, # 4 Exhibit C4, # 5 Exhibit C5, # 6 Exhibit C6, # 7 Exhibit C7, # 8 Exhibit C8, # 9 Exhibit C9, # 10 Exhibit C10, # 11 Exhibit C11, # 12 Exhibit C12, # 13 Exhibit C13, # 14 Exhibit C14, # 15 Exhibit C15, # 16 Exhibit C16, # 17 Exhibit C17, # 18 Exhibit C18, # 19 Exhibit C19, # 20 Exhibit C20, # 21 Exhibit C21, # 22 Exhibit C22, # 23 Exhibit C23, # 24 Exhibit C24, # 25 Exhibit C25, # 26 Exhibit C26, # 27 Exhibit C27, # 28 Exhibit C28, # 29 Exhibit C29, # 30 Exhibit C30, # 31 Exhibit C31, # 32 Exhibit C32, # 33 Exhibit C33, # 34 Exhibit C34, # 35 Exhibit C35).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 181 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit C36, # 2 Exhibit C37, # 3 Exhibit C38, # 4 Exhibit C39, # 5 Exhibit C40, # 6 Exhibit C41, # 7 Exhibit C42, # 8 Exhibit C43, # 9 Exhibit C44, # 10 Exhibit C45, # 11 Exhibit C46, # 12 Exhibit C47, # 13 Exhibit C48, # 14 Exhibit C49, # 15 Exhibit C50, # 16 Exhibit C51, # 17 Exhibit C52, # 18 Exhibit C53, # 19 Exhibit C54, # 20 Exhibit C55, # 21 Exhibit C56, # 22 Exhibit C57, # 23 Exhibit C58, # 24 Exhibit C59, # 25 Exhibit C60, # 26 Exhibit C61, # 27 Exhibit C62, # 28 Exhibit C63, # 29 Exhibit C64, # 30 Exhibit C65, # 31 Exhibit C66, # 32 Exhibit C67, # 33 Exhibit C68, # 34 Exhibit C69, # 35 Exhibit C70).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 182 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit C71, # 2 Exhibit C72, # 3 Exhibit C73, # 4 Exhibit C74, # 5 Exhibit C75, # 6 Exhibit C76, # 7 Exhibit C77, # 8 Exhibit C78, # 9 Exhibit C79, # 10 Exhibit C80, # 11 Exhibit C81, # 12 Exhibit C82, # 13 Exhibit C83, # 14 Exhibit C84, # 15 Exhibit C85, # 16 Exhibit C86, # 17 Exhibit C87, # 18 Exhibit C88, # 19 Exhibit C89, # 20 Exhibit C90, # 21 Exhibit C91, # 22 Exhibit C92, # 23 Exhibit C93, # 24 Exhibit C94, # 25 Exhibit C95, # 26 Exhibit C96, # 27 Exhibit C97, # 28 Exhibit C98, # 29 Exhibit C99, # 30 Exhibit C100, # 31 Exhibit C101, # 32 Exhibit C102, # 33 Exhibit C103, # 34 Exhibit C104, # 35 Exhibit C105).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 183 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit C106, # 2 Exhibit C107, # 3 Exhibit C108, # 4 Exhibit C109, # 5 Exhibit C110, # 6 Exhibit C111, # 7 Exhibit C112, # 8 Exhibit C113, # 9 Exhibit C114, # 10 Exhibit C115, # 11 Exhibit C116, # 12 Exhibit C117, # 13 Exhibit C118, # 14 Exhibit C119, # 15 Exhibit C120, # 16 Exhibit C121, # 17 Exhibit C122, # 18 Exhibit C123, # 19 Exhibit C124, # 20 Exhibit C125, # 21 Exhibit C126, # 22 Exhibit C127, # 23 Exhibit C128, # 24 Exhibit C129, # 25 Exhibit C130, # 26 Exhibit C131, # 27 Exhibit C132, # 28 Exhibit C133, # 29 Exhibit C134, # 30 Exhibit C135, # 31 Exhibit C136, # 32 Exhibit C137, # 33 Exhibit C138, # 34 Exhibit C139, # 35 Exhibit C140, # 36 Exhibit C141, # 37 Exhibit C142, # 38 Exhibit C143, # 39 Exhibit C144, # 40 Exhibit C145).(Crosby, Ian) (Entered: 08/12/2024) |

| 08/12/2024 | 184 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit C146, # 2 Exhibit C147, # 3 Exhibit C148, # 4 Exhibit C149, # 5 Exhibit C150, # 6 Exhibit C151, # 7 Exhibit C152, # 8 Exhibit C153, # 9 Exhibit C154, # 10 Exhibit C155, # 11 Exhibit C156, # 12 Exhibit C157, # 13 Exhibit C158, # 14 Exhibit C159, # 15 Exhibit C160, # 16 Exhibit C161, # 17 Exhibit C162, # 18 Exhibit C163, # 19 Exhibit C164, # 20 Exhibit C165, # 21 Exhibit C166, # 22 Exhibit C167, # 23 Exhibit C168, # 24 Exhibit C169, # 25 Exhibit C170, # 26 Exhibit C171, # 27 Exhibit C172, # 28 Exhibit C173, # 29 Exhibit C174, # 30 Exhibit C175, # 31 Exhibit C176, # 32 Exhibit C177, # 33 Exhibit C178, # 34 Exhibit C179, # 35 Exhibit C180).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 185 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit C181, # 2 Exhibit C182, # 3 Exhibit C183, # 4 Exhibit C184, # 5 Exhibit C185, # 6 Exhibit C186, # 7 Exhibit C187, # 8 Exhibit C188, # 9 Exhibit C189, # 10 Exhibit C190, # 11 Exhibit C191, # 12 Exhibit C192, # 13 Exhibit C193, # 14 Exhibit C194, # 15 Exhibit C195, # 16 Exhibit C196, # 17 Exhibit C197, # 18 Exhibit C198, # 19 Exhibit C199, # 20 Exhibit C200, # 21 Exhibit C201, # 22 Exhibit C202, # 23 Exhibit C203, # 24 Exhibit C204, # 25 Exhibit C205, # 26 Exhibit C206, # 27 Exhibit C207, # 28 Exhibit C208, # 29 Exhibit C209, # 30 Exhibit C210, # 31 Exhibit C211, # 32 Exhibit C212, # 33 Exhibit C213, # 34 Exhibit C214, # 35 Exhibit C215).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 186 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit C216, # 2 Exhibit C217, # 3 Exhibit C218, # 4 Exhibit C219, # 5 Exhibit C220, # 6 Exhibit C221, # 7 Exhibit C222, # 8 Exhibit C223, # 9 Exhibit C224, # 10 Exhibit C225, # 11 Exhibit C226, # 12 Exhibit C227, # 13 Exhibit C228, # 14 Exhibit C229, # 15 Exhibit C230, # 16 Exhibit C231, # 17 Exhibit C232, # 18 Exhibit C233, # 19 Exhibit C234, # 20 Exhibit C235, # 21 Exhibit C236, # 22 Exhibit C237, # 23 Exhibit C238, # 24 Exhibit C239, # 25 Exhibit C240, # 26 Exhibit C241, # 27 Exhibit C242, # 28 Exhibit C243, # 29 Exhibit C244, # 30 Exhibit C245, # 31 Exhibit C246, # 32 Exhibit C247, # 33 Exhibit C248, # 34 Exhibit C249, # 35 Exhibit C250).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 187 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit D1, # 2 Exhibit D2, # 3 Exhibit D3, # 4 Exhibit D4, # 5 Exhibit D5, # 6 Exhibit D6, # 7 Exhibit D7, # 8 Exhibit D8, # 9 Exhibit D9, # 10 Exhibit D10, # 11 Exhibit D11, # 12 Exhibit D12, # 13 Exhibit D13, # 14 Exhibit D14, # 15 Exhibit D15, # 16 Exhibit D16, # 17 Exhibit D17, # 18 Exhibit D18, # 19 Exhibit D19, # 20 Exhibit D20, # 21 Exhibit D21, # 22 Exhibit D22, # 23 Exhibit D23, # 24 Exhibit D24, # 25 Exhibit D25, # 26 Exhibit D26, # 27 Exhibit D27, # 28 Exhibit D28, # 29 Exhibit D29, # 30 Exhibit D30, # 31 Exhibit D31, # 32 Exhibit D32, # 33 Exhibit D33, # 34 Exhibit D34, # 35 Exhibit D35, # 36 Exhibit D36, # 37 Exhibit D37, # 38 Exhibit D38, # 39 Exhibit D39, # 40 Exhibit D40, # 41 Exhibit D41, # 42 Exhibit D42, # 43 Exhibit D43, # 44 Exhibit D44, # 45 Exhibit D45).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 188 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit D46, # 2 Exhibit D47, # 3 Exhibit D48, # 4 Exhibit D49, # 5 Exhibit D50, # 6 Exhibit D51, # 7 Exhibit D52, # 8 Exhibit D53, # 9 Exhibit D54, # 10 Exhibit D55, # 11 Exhibit D56, # 12 Exhibit D57, # 13 Exhibit D58, # 14 Exhibit D59, # 15 Exhibit D60, # 16 Exhibit D61, # 17 Exhibit D62, # 18 Exhibit D63, # 19 Exhibit D64, # 20 Exhibit D65, # 21 Exhibit D66, # 22 Exhibit D67, # 23 Exhibit D68, # 24 Exhibit D69, # 25 Exhibit D70, # 26 Exhibit D71, # 27 Exhibit D72, # 28 Exhibit D73, # 29 Exhibit D74, # 30 Exhibit D75, # 31 Exhibit D76, # 32 Exhibit D77, # 33 Exhibit D78, # 34 Exhibit D79, # 35 Exhibit D80, # 36 Exhibit D81, # 37 Exhibit D82, # 38 Exhibit D83, # 39 Exhibit D84, # 40 Exhibit D85, # 41 Exhibit D86, # 42 Exhibit D87, # 43 Exhibit D88, # 44 Exhibit D89, # 45 Exhibit D90).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 189 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit E1, # 2 Exhibit E2, # 3 Exhibit E3, # 4 Exhibit E4, # 5 Exhibit E5, # 6 Exhibit E6, # 7 Exhibit E7, # 8 Exhibit E8, # 9 Exhibit E9, # 10 Exhibit E10, # 11 Exhibit E11, # 12 Exhibit E12, # 13 Exhibit E13, # 14 Exhibit E14, # 15 Exhibit E15, # 16 Exhibit E16, # 17 Exhibit E17, # 18 Exhibit E18, # 19 Exhibit E19, # 20 Exhibit E20, # 21 Exhibit E21, # 22 Exhibit E22, # 23 Exhibit E23, # 24 Exhibit E24, # 25 Exhibit E25, # 26 Exhibit E26, # 27 Exhibit E27, |

| | | |
|---|---|---|
| | | # 28 Exhibit E28, # 29 Exhibit E29, # 30 Exhibit E30, # 31 Exhibit E31, # 32 Exhibit E32, # 33 Exhibit E33, # 34 Exhibit E34, # 35 Exhibit E35, # 36 Exhibit E36, # 37 Exhibit E37, # 38 Exhibit E38, # 39 Exhibit E39, # 40 Exhibit E40).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 190 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit E41, # 2 Exhibit E42, # 3 Exhibit E43, # 4 Exhibit E44, # 5 Exhibit E45, # 6 Exhibit E46, # 7 Exhibit E47, # 8 Exhibit E48, # 9 Exhibit E49, # 10 Exhibit E50, # 11 Exhibit E51, # 12 Exhibit E52, # 13 Exhibit E53, # 14 Exhibit E54, # 15 Exhibit E55, # 16 Exhibit E56, # 17 Exhibit E57, # 18 Exhibit E58, # 19 Exhibit E59, # 20 Exhibit E60, # 21 Exhibit E61, # 22 Exhibit E62, # 23 Exhibit E63, # 24 Exhibit E64, # 25 Exhibit E65, # 26 Exhibit E66, # 27 Exhibit E67, # 28 Exhibit E68, # 29 Exhibit E69, # 30 Exhibit E70, # 31 Exhibit E71, # 32 Exhibit E72, # 33 Exhibit E73, # 34 Exhibit E74, # 35 Exhibit E75, # 36 Exhibit E76, # 37 Exhibit E77, # 38 Exhibit E78, # 39 Exhibit E79, # 40 Exhibit E80).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 191 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit E81, # 2 Exhibit E82, # 3 Exhibit E83, # 4 Exhibit E84, # 5 Exhibit E85, # 6 Exhibit E86, # 7 Exhibit E87, # 8 Exhibit E88, # 9 Exhibit E89, # 10 Exhibit E90, # 11 Exhibit E91, # 12 Exhibit E92, # 13 Exhibit E93, # 14 Exhibit E94, # 15 Exhibit E95, # 16 Exhibit E96, # 17 Exhibit E97, # 18 Exhibit E98, # 19 Exhibit E99, # 20 Exhibit E100, # 21 Exhibit E101, # 22 Exhibit E102, # 23 Exhibit E103, # 24 Exhibit E104, # 25 Exhibit E105, # 26 Exhibit E106, # 27 Exhibit E107, # 28 Exhibit E108, # 29 Exhibit E109, # 30 Exhibit E110, # 31 Exhibit E111, # 32 Exhibit E112, # 33 Exhibit E113, # 34 Exhibit E114, # 35 Exhibit E115, # 36 Exhibit E116, # 37 Exhibit E117, # 38 Exhibit E118, # 39 Exhibit E119, # 40 Exhibit E120, # 41 Exhibit E121).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 192 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit F1, # 2 Exhibit F2, # 3 Exhibit F3, # 4 Exhibit F4, # 5 Exhibit F5, # 6 Exhibit F6, # 7 Exhibit F7, # 8 Exhibit F8, # 9 Exhibit F9, # 10 Exhibit F10, # 11 Exhibit F11, # 12 Exhibit F12, # 13 Exhibit F13, # 14 Exhibit F14, # 15 Exhibit F15, # 16 Exhibit F16, # 17 Exhibit F17, # 18 Exhibit F18, # 19 Exhibit F19, # 20 Exhibit F20, # 21 Exhibit F21, # 22 Exhibit F22, # 23 Exhibit F23, # 24 Exhibit F24, # 25 Exhibit F25, # 26 Exhibit F26, # 27 Exhibit F27, # 28 Exhibit F28, # 29 Exhibit F29, # 30 Exhibit F30, # 31 Exhibit F31, # 32 Exhibit F32, # 33 Exhibit F33, # 34 Exhibit F34, # 35 Exhibit F35).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 193 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit F36, # 2 Exhibit F37, # 3 Exhibit F38, # 4 Exhibit F39, # 5 Exhibit F40, # 6 Exhibit F41, # 7 Exhibit F42, # 8 Exhibit F43, # 9 Exhibit F44, # 10 Exhibit F45, # 11 Exhibit F46, # 12 Exhibit F47, # 13 Exhibit F48, # 14 Exhibit F49, # 15 Exhibit F50, # 16 Exhibit F51, # 17 Exhibit F52, # 18 Exhibit F53, # 19 Exhibit F54, # 20 Exhibit F55, # 21 Exhibit F56, # 22 Exhibit F57, # 23 Exhibit F58, # 24 Exhibit F59, # 25 Exhibit F60, # 26 Exhibit F61, # 27 Exhibit F62, # 28 Exhibit F63, # 29 Exhibit F64, # 30 Exhibit F65, # 31 Exhibit F66, # 32 Exhibit F67, # 33 Exhibit F68, # 34 Exhibit F69, # 35 Exhibit F70).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 194 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit F71, # 2 Exhibit F72, # 3 Exhibit F73, # 4 Exhibit F74, # 5 Exhibit F75, # 6 Exhibit F76, # 7 Exhibit F77, # 8 Exhibit F78, # 9 Exhibit F79, # 10 Exhibit F80, # 11 Exhibit F81, # 12 Exhibit F82, # 13 Exhibit F83, # 14 Exhibit F84, # 15 Exhibit F85, # 16 Exhibit F86, # 17 Exhibit F87, # 18 Exhibit F88, # 19 Exhibit F89, # 20 Exhibit F90, # 21 Exhibit F91, # 22 Exhibit F92, # 23 Exhibit F93, # 24 Exhibit F94, # 25 Exhibit F95, # 26 Exhibit F96, # 27 Exhibit F97, # 28 Exhibit F98, # 29 Exhibit F99, # 30 Exhibit F100, # 31 Exhibit F101, # 32 Exhibit F102, # 33 Exhibit F103, # 34 Exhibit F104, # 35 Exhibit F105, # 36 Exhibit F106, # 37 Exhibit F107, # 38 Exhibit F108, # 39 Exhibit F109, # 40 Exhibit F110, # 41 Exhibit F111, # 42 Exhibit F112, # 43 Exhibit F113).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 195 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,,. Document filed by The New York Times Company. (Attachments: # 1 Exhibit G1, # 2 Exhibit G2, # 3 Exhibit |

| | | |
|---|---|---|
| | | G3, # 4 Exhibit G4, # 5 Exhibit G5, # 6 Exhibit G6, # 7 Exhibit G7, # 8 Exhibit G8, # 9 Exhibit G9, # 10 Exhibit G10, # 11 Exhibit G11, # 12 Exhibit G12, # 13 Exhibit G13, # 14 Exhibit G14, # 15 Exhibit G15, # 16 Exhibit G16, # 17 Exhibit G17, # 18 Exhibit G18, # 19 Exhibit G19, # 20 Exhibit G20, # 21 Exhibit G21, # 22 Exhibit G22, # 23 Exhibit G23, # 24 Exhibit G24, # 25 Exhibit G25, # 26 Exhibit G26, # 27 Exhibit G27, # 28 Exhibit G28, # 29 Exhibit G29, # 30 Exhibit G30, # 31 Exhibit G31, # 32 Exhibit G32, # 33 Exhibit G33, # 34 Exhibit G34, # 35 Exhibit G35, # 36 Exhibit G36, # 37 Exhibit G37, # 38 Exhibit G38, # 39 Exhibit G39, # 40 Exhibit G40).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 196 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit G41, # 2 Exhibit G42, # 3 Exhibit G43, # 4 Exhibit G44, # 5 Exhibit G45, # 6 Exhibit G46, # 7 Exhibit G47, # 8 Exhibit G48, # 9 Exhibit G49, # 10 Exhibit G50, # 11 Exhibit G51, # 12 Exhibit G52, # 13 Exhibit G53, # 14 Exhibit G54, # 15 Exhibit G55, # 16 Exhibit G56, # 17 Exhibit G57, # 18 Exhibit G58, # 19 Exhibit G59, # 20 Exhibit G60, # 21 Exhibit G61, # 22 Exhibit G62, # 23 Exhibit G63, # 24 Exhibit G64, # 25 Exhibit G65, # 26 Exhibit G66, # 27 Exhibit G67, # 28 Exhibit G68, # 29 Exhibit G69, # 30 Exhibit G70, # 31 Exhibit G71, # 32 Exhibit G72, # 33 Exhibit G73, # 34 Exhibit G74, # 35 Exhibit G75).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 197 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit G76, # 2 Exhibit G77, # 3 Exhibit G78, # 4 Exhibit G79, # 5 Exhibit G80, # 6 Exhibit G81, # 7 Exhibit G82, # 8 Exhibit G83, # 9 Exhibit G84, # 10 Exhibit G85, # 11 Exhibit G86, # 12 Exhibit G87, # 13 Exhibit G88, # 14 Exhibit G89, # 15 Exhibit G90, # 16 Exhibit G91, # 17 Exhibit G92, # 18 Exhibit G93, # 19 Exhibit G94, # 20 Exhibit G95, # 21 Exhibit G96, # 22 Exhibit G97, # 23 Exhibit G98, # 24 Exhibit G99, # 25 Exhibit G100, # 26 Exhibit G101, # 27 Exhibit G102, # 28 Exhibit G103, # 29 Exhibit G104, # 30 Exhibit G105, # 31 Exhibit G106, # 32 Exhibit G107, # 33 Exhibit G108, # 34 Exhibit G109, # 35 Exhibit G110, # 36 Exhibit G111, # 37 Exhibit G112, # 38 Exhibit G113, # 39 Exhibit G114, # 40 Exhibit G115, # 41 Exhibit G116, # 42 Exhibit G117).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 198 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit H1, # 2 Exhibit H2, # 3 Exhibit H3, # 4 Exhibit H4, # 5 Exhibit H5, # 6 Exhibit H6, # 7 Exhibit H7, # 8 Exhibit H8, # 9 Exhibit H9, # 10 Exhibit H10, # 11 Exhibit H11, # 12 Exhibit H12, # 13 Exhibit H13, # 14 Exhibit H14, # 15 Exhibit H15, # 16 Exhibit H16, # 17 Exhibit H17, # 18 Exhibit H18, # 19 Exhibit H19, # 20 Exhibit H20, # 21 Exhibit H21, # 22 Exhibit H22, # 23 Exhibit H23, # 24 Exhibit H24, # 25 Exhibit H25, # 26 Exhibit H26, # 27 Exhibit H27, # 28 Exhibit H28, # 29 Exhibit H29, # 30 Exhibit H30).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 199 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit H31, # 2 Exhibit H32, # 3 Exhibit H33, # 4 Exhibit H34, # 5 Exhibit H35, # 6 Exhibit H36, # 7 Exhibit H37, # 8 Exhibit H38, # 9 Exhibit H39, # 10 Exhibit H40, # 11 Exhibit H41, # 12 Exhibit H42, # 13 Exhibit H43, # 14 Exhibit H44, # 15 Exhibit H45, # 16 Exhibit H46, # 17 Exhibit H47, # 18 Exhibit H48, # 19 Exhibit H49, # 20 Exhibit H50, # 21 Exhibit H51, # 22 Exhibit H52, # 23 Exhibit H53, # 24 Exhibit H54, # 25 Exhibit H55, # 26 Exhibit H56, # 27 Exhibit H57, # 28 Exhibit H58, # 29 Exhibit H59, # 30 Exhibit H60, # 31 Exhibit H61, # 32 Exhibit H62, # 33 Exhibit H63, # 34 Exhibit H64, # 35 Exhibit H65).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 200 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit H66, # 2 Exhibit H67, # 3 Exhibit H68, # 4 Exhibit H69, # 5 Exhibit H70, # 6 Exhibit H71, # 7 Exhibit H72, # 8 Exhibit H73, # 9 Exhibit H74, # 10 Exhibit H75, # 11 Exhibit H76, # 12 Exhibit H77, # 13 Exhibit H78, # 14 Exhibit H79, # 15 Exhibit H80, # 16 Exhibit H81, # 17 Exhibit H82, # 18 Exhibit H83, # 19 Exhibit H84, # 20 Exhibit H85, # 21 Exhibit H86, # 22 Exhibit H87, # 23 Exhibit H88, # 24 Exhibit H89, # 25 Exhibit H90, # 26 Exhibit H91, # 27 Exhibit H92, # 28 Exhibit H93, # 29 Exhibit H94, # 30 Exhibit H95, # 31 Exhibit H96, # 32 Exhibit H97).(Crosby, Ian) (Entered: 08/12/2024) |

| 08/12/2024 | 201 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit I1, # 2 Exhibit I2, # 3 Exhibit I3, # 4 Exhibit I4, # 5 Exhibit I5, # 6 Exhibit I6, # 7 Exhibit I7, # 8 Exhibit I8, # 9 Exhibit I9, # 10 Exhibit I10, # 11 Exhibit I11, # 12 Exhibit I12, # 13 Exhibit I13, # 14 Exhibit I14, # 15 Exhibit I15, # 16 Exhibit I16, # 17 Exhibit I17, # 18 Exhibit I18, # 19 Exhibit I19, # 20 Exhibit I20, # 21 Exhibit I21, # 22 Exhibit I22, # 23 Exhibit I23, # 24 Exhibit I24, # 25 Exhibit I25, # 26 Exhibit I26, # 27 Exhibit I27, # 28 Exhibit I28, # 29 Exhibit I29, # 30 Exhibit I30, # 31 Exhibit I31, # 32 Exhibit I32, # 33 Exhibit I33, # 34 Exhibit I34, # 35 Exhibit I35, # 36 Exhibit I36, # 37 Exhibit I37, # 38 Exhibit I38, # 39 Exhibit I39, # 40 Exhibit I40, # 41 Exhibit I41, # 42 Exhibit I42, # 43 Exhibit I43).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 202 | EXHIBIT TO PLEADING re: 170 Amended Complaint,,,,, Document filed by The New York Times Company. (Attachments: # 1 Exhibit J, # 2 Exhibit K).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 203 | MOTION to Seal *Letter Motion to Compel*. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 204 | ***SELECTED PARTIES*** LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 12, 2024. Document filed by The New York Times Company, Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)Motion or Order to File Under Seal: 203 .(Crosby, Ian) (Entered: 08/12/2024) |
| 08/12/2024 | 205 | REDACTION to 204 LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 12, 2024. by The New York Times Company (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23).(Crosby, Ian) (Entered: 08/12/2024) |
| 08/14/2024 | 206 | NOTICE of Supplemental Authority re: 51 MOTION to Dismiss ., 64 MOTION to Dismiss .. Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1).(Crosby, Ian) (Entered: 08/14/2024) |
| 08/15/2024 | 207 | NOTICE of Supplemental Authority re: 51 MOTION to Dismiss .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 − Andersen Order).(Nightingale Dawson, Elana) (Entered: 08/15/2024) |
| 08/15/2024 | 208 | MOTION to Seal . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 08/15/2024) |
| 08/15/2024 | 209 | MEMORANDUM OF LAW in Support re: 208 MOTION to Seal . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 08/15/2024) |
| 08/15/2024 | 210 | DECLARATION of Michael Trinh in Support re: 208 MOTION to Seal .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 08/15/2024) |
| 08/15/2024 | 211 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Vera Ranieri and Elana Nightingale Dawson dated August 15, 2024 re: letter motion for conference to compel. Document filed by OpenAI OpCo LLC, Microsoft Corporation, The New York Times Company, OpenAI LLC, OpenAI, Inc., OAI Corporation, LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, |

| | | |
|---|---|---|
| | | LLC, OpenAI GP, LLC.Motion or Order to File Under Seal: 208 .(Ybarra, Michelle) (Entered: 08/15/2024) |
| 08/15/2024 | 212 | LETTER addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Vera Ranieri and Elana Nightingale Dawson dated August 15, 2024 re: letter motion for conference to compel [REDACTED]. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Ybarra, Michelle) (Entered: 08/15/2024) |
| 08/19/2024 | 213 | RESPONSE to Motion re: 203 MOTION to Seal *Letter Motion to Compel*. . Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit 1 – Vidmar Declaration).(Hurst, Annette) (Entered: 08/19/2024) |
| 08/19/2024 | 214 | JOINT LETTER addressed to Judge Sidney H. Stein from Ian B. Crosby and Steven Lieberman dated August 19, 2024 re: August 6, 2024 Court Order (Dkt. 163). Document filed by The New York Times Company..(Crosby, Ian) (Entered: 08/19/2024) |
| 08/19/2024 | 215 | MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29773017. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit (Declaration of Andrew Perito), # 2 Exhibit (Certificate of Good Standing), # 3 Proposed Order (Proposed Order)).(Perito, Andrew) (Entered: 08/19/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 215 MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29773017. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 216 | ORDER granting 215 Motion for Andrew Louis Perito to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/20/2024) |
| 08/20/2024 | 217 | MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776627. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Affidavit / Declaration of Christopher S. Sun, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Sun, Christopher) (Entered: 08/20/2024) |
| 08/20/2024 | 218 | MEMO ENDORSEMENT on re: 214 Letter filed by The New York Times Company ENDORSEMENT Request granted. SO ORDERED. (Signed by Judge Sidney H. Stein on 8/20/2024) (jca) (Entered: 08/20/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 217 MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776627. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 219 | NOTICE OF APPEARANCE by Christopher S. Sun on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Sun, Christopher) (Entered: 08/20/2024) |
| 08/20/2024 | 220 | MOTION to Seal *a Portion of Its Letter Motion to Compel*. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 08/20/2024) |
| 08/20/2024 | 221 | ***SELECTED PARTIES*** LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 20, 2024. Document filed by The New York Times Company, Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, |

| | | |
|---|---|---|
| | | OpenAI, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15)Motion or Order to File Under Seal: <u>220</u> .(Crosby, Ian) (Entered: 08/20/2024) |
| 08/20/2024 | <u>222</u> | REDACTION to <u>221</u> LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 20, 2024. by The New York Times Company (Attachments: # <u>1</u> Exhibit 1–15 – Filed Separately Under Seal).(Crosby, Ian) (Entered: 08/20/2024) |
| 08/21/2024 | 223 | ORDER granting <u>217</u> Motion for Christopher Steven Sun to Appear Pro Hac Vice (HEREBY ORDERED by Judge Sidney H. Stein)(Text Only Order) (lab) (Entered: 08/21/2024) |
| 08/22/2024 | <u>224</u> | NOTICE of Supplemental Authority in Opposition to Defendants' Partial Motions to Dismiss re: <u>51</u> MOTION to Dismiss .. Document filed by The New York Times Company. (Attachments: # <u>1</u> Exhibit A).(Crosby, Ian) (Entered: 08/22/2024) |
| 08/23/2024 | <u>225</u> | LETTER addressed to Magistrate Judge Ona T. Wang from Annette Hurst and Jared Briant dated August 23, 2024 re: Plaintiff's Letter Motion to Compel Review of Microsoft's Confidentiality Designations. Document filed by Microsoft Corporation..(Briant, Jared) (Entered: 08/23/2024) |
| 08/26/2024 | <u>226</u> | RESPONSE to Motion re: <u>220</u> MOTION to Seal *a Portion of Its Letter Motion to Compel*. . Document filed by Microsoft Corporation. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B).(Briant, Jared) (Entered: 08/26/2024) |
| 08/27/2024 | <u>227</u> | MOTION to Seal *a Portion of Its Letter Motion to Compel*. Document filed by The New York Times Company..(Crosby, Ian) (Entered: 08/27/2024) |
| 08/27/2024 | <u>228</u> | ***SELECTED PARTIES*** LETTER MOTION to Compel OpenAI to to apply additional search terms to its custodians' ESI addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 27, 2024. Document filed by The New York Times Company, Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10)Motion or Order to File Under Seal: <u>227</u> .(Crosby, Ian) (Entered: 08/27/2024) |
| 08/27/2024 | <u>229</u> | REDACTION to <u>228</u> LETTER MOTION to Compel OpenAI to to apply additional search terms to its custodians' ESI addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 27, 2024. by The New York Times Company (Attachments: # <u>1</u> Exhibit 1 – Filed Separately Under Seal, # <u>2</u> Exhibit 2 – Redacted, # <u>3</u> Exhibit 3–10 – Filed Separately Under Seal).(Crosby, Ian) (Entered: 08/27/2024) |
| 08/29/2024 | <u>230</u> | ORDER granting <u>86</u> Letter Motion for Conference ; granting <u>128</u> Letter Motion for Conference ; granting <u>141</u> Letter Motion for Conference. The parties' requests for a conference are GRANTED. The Court will hold an In–Person Status Conference on Thursday, September 12, 2024 at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda that identifies the specific motions, by ECF number, that the parties wish to address and that they believe can be closed during the conference by Monday, September 9, 2024. The Clerk of Court is respectfully directed to close ECF Nos. 78, 138, 147, and 189 for case number 23–cv–8292, and ECF Nos. 86, 128, and 141 for case number 23–cv–11195. SO ORDERED. Status Conference set for 9/12/2024 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 8/28/2024) (sgz) (Entered: 08/29/2024) |
| 08/30/2024 | <u>231</u> | RESPONSE to Motion re: <u>227</u> MOTION to Seal *a Portion of Its Letter Motion to Compel*. . Document filed by Microsoft Corporation. (Attachments: # <u>1</u> Exhibit A).(Briant, Jared) (Entered: 08/30/2024) |
| 08/30/2024 | <u>232</u> | MOTION to Seal . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI |

| | | |
|---|---|---|
| | | OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Supplement Memorandum of Law in Support of Motion for Leave to File Under Seal, # 2 Affidavit Michael Trinh Declaration, # 3 Appendix A, # 4 Appendix B).(Ranieri, Vera) (Entered: 08/30/2024) |
| 08/30/2024 | 233 | ***SELECTED PARTIES*** BRIEF re: 232 MOTION to Seal . . Document filed by OpenAI OpCo LLC, OpenAI LLC, OpenAI, Inc., OAI Corporation, LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI GP, LLC, Microsoft Corporation, The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit E)Motion or Order to File Under Seal: 232 .(Ranieri, Vera) (Entered: 08/30/2024) |
| 08/30/2024 | 234 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Vera Ranieri, Elana Nightingale Dawson, and Michelle Ybarra dated August 30, 2024 re: 228 LETTER MOTION to Compel OpenAI to to apply additional search terms to its custodians' ESI addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 27, 2024. . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A Redacted, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E Redacted).(Ranieri, Vera) (Entered: 08/30/2024) |
| 09/03/2024 | 235 | JOINT LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 9/3/2024. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 09/03/2024) |
| 09/03/2024 | 236 | LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Vera Ranieri, and Michelle Ybarra dated September 3, 2024. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit A – OpenAI RFPs to NYT, # 2 Exhibit B – NYT RFPs to OpenAI, # 3 Exhibit C – Correspondence, # 4 Exhibit D – NYT Responses and Objections, # 5 Exhibit E – Letter to NYT, # 6 Exhibit F – NYT Response to Deficiencies).(Nightingale Dawson, Elana) (Entered: 09/03/2024) |
| 09/04/2024 | 237 | NOTICE OF APPEARANCE by Rachel Renee Blitzer on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Blitzer, Rachel) (Entered: 09/04/2024) |
| 09/06/2024 | 238 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated September 6, 2024 re: 236 LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Vera Ranieri, and Michelle Ybarra dated September 3, 2024. . Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Crosby, Ian) Modified on 9/9/2024 (lb). (Entered: 09/06/2024) |
| 09/07/2024 | 239 | NOTICE of Errata to The Times's Opposition to OpenAI's Motion to Compel re: 238 Response in Opposition to Motion,,. Document filed by The New York Times Company. (Attachments: # 1 Errata – Opposition to OpenAI's Motion to Compel, # 2 Errata – Exhibit 1).(Crosby, Ian) (Entered: 09/07/2024) |
| 09/09/2024 | 240 | NOTICE OF APPEARANCE by Karen A Chesley on behalf of The New York Times Company..(Chesley, Karen) (Entered: 09/09/2024) |
| 09/09/2024 | 241 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 9/9/2024 re: Proposed agenda for the September 12, 2024 Status Conference. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit Proposed Agenda by Case, # 2 Exhibit Proposed Agenda by Issue).(Hurst, Annette) (Entered: 09/09/2024) |
| 09/11/2024 | 242 | LETTER addressed to Magistrate Judge Ona T. Wang from Allyson R. Bennett dated September 11, 2024 re: Parties Resolution of Certain Issues Pending Before the Court. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Bennett, Allyson) (Entered: 09/11/2024) |

| | | |
|---|---|---|
| 09/13/2024 | 243 | ORDER denying without prejudice 117 Letter Motion for Conference ; denying 124 Letter Motion to Compel; granting in part and denying in part 131 Letter Motion for Extension of Time to Complete Discovery; granting 142 Letter Motion to Consolidate Cases 23–CV–11195 (as Lead Case) with 24–CV–3285; denying as moot 146 Letter Motion for Oral Argument; denying 152 Letter Motion to Compel; denying 204 Letter Motion for Conference ; denying 221 Letter Motion for Conference ; denying 228 Letter Motion to Compel; granting 235 Letter Motion for Extension of Time. The Court held a status conference on these matters on September 12, 2024, and rules as follows: The New York Times Co. v. Microsoft Corp. et al., 23–cv–11195. A. Plaintiff's letter motion for bi–monthly status conferences at ECF 117 is DENIED without prejudice. B. Defendant's letter motion to compel at ECF 124 is DENIED. C. Plaintiff's letter motion to compel at ECF 128 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the court of the progress made on this issue. D. Defendants' conditional cross–motion at ECF 131 is GRANTED in part. The interim fact discovery deadline is hereby extended to December 20, 2024. Defendants' cross–motion is DENIED in all other respects. E. Plaintiff's letter motion to compel at ECF 141 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the court of the progress made on this issue.F. Defendants' letter motion to consolidate this action, The New York Times Co. v. Microsoft Corp. et al., No. 23–cv–11195, with Daily News et al. v. Microsoft Corp. et al., No. 24–cv–3285 at ECF 142 is GRANTED for the reasons stated on the record.G. Defendants' letter motion for oral argument at ECF 146 is DENIED as moot.H. Defendant's letter motion to compel at ECF 152 is DENIED with respect to RFPs 10, 11, and 12. Defendant's letter motion is also DENIED without prejudice to renewal with respect to correspondence and applications to the U.S. Copyright Office after OpenAI has first completed its own production re: LLM training. I. Plaintiff's letter motion to compel at ECF 204 is DENIED. Defendant OpenAI is directed to preserve and segregate all documents that held by the listed custodians raised in Plaintiffs' letter motion. J. Plaintiff's letter motion to compel at ECF 221 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the court of the progress made on this issue. K. Plaintiff's letter motion to compel at ECF 228 is DENIED. The parties are directed to meet and confer by September 20, 2024, and file a joint status letter on the docket apprising the court of the progress made on this issue. L. Defendant's letter motion for an extension of time at ECF 235 is GRANTED. The interim fact discovery deadline is hereby extended to December 20, 2024. All joint status letters are due September 27, 2024, unless otherwise directed at the conference, and shall be filed in their respective dockets only. The Court will hold an Omnibus In–Person Status Conference for all cases on Wednesday, October 30, 2024 at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file respective joint agendas by Wednesday, October 16, 2024. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/13/2024) (sgz) (Entered: 09/16/2024) |
| 09/13/2024 | | Set/Reset Deadlines: ( Fact Discovery due by 12/20/2024.), Set/Reset Hearings:( Status Conference set for 10/30/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW(sgz) (Entered: 09/16/2024) |
| 09/19/2024 | 244 | MOTION for Allyson R. Bennett to Withdraw as Attorney . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Proposed Order Granting Withdrawal of Allyson R. Bennett, # 2 Affidavit of Joseph C. Gratz in Support of Motion to Withdraw Allyson R. Bennett as Counsel for Defendants OPENAI, INC., OPENAI, LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, AND OPENAI HOLDINGS, LLC).(Gratz, Joseph) (Entered: 09/19/2024) |
| 09/20/2024 | 245 | ORDER granting (244) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:23–cv–11195–SHS–OTW; granting (140) Motion to Withdraw as Attorney. Attorney Allyson R. Bennett terminated in case 1:24–cv–03285–SHS–OTW. Defendants' motion for Allyson R. Bennett's to withdraw as counsel is GRANTED. The Court wishes the best for Ms. Bennett in her future endeavors. The Clerk of Court is respectfully directed to close ECF No. 244 for case |

| | | |
|---|---|---|
| | | number 23−cv−11195, ECF No. 140 for case number 24−cv−3285, and ECF 86 for case number 24−cv−4872. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 9/20/2024) Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW (sgz) (Entered: 09/20/2024) |
| 09/26/2024 | 246 | PROPOSED STIPULATION AND ORDER. Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury−News, LLC, Sun−sentinel Company, LLC, The New York Times Company..(Crosby, Ian) (Entered: 09/26/2024) |
| 09/26/2024 | 247 | PROPOSED STIPULATION AND ORDER. Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury−News, LLC, Sun−sentinel Company, LLC, The New York Times Company..(Crosby, Ian) (Entered: 09/26/2024) |
| 09/27/2024 | 248 | NOTICE OF APPEARANCE by Emily Claire Wood on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc...(Wood, Emily) (Entered: 09/27/2024) |
| 09/27/2024 | 249 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 9/27/2024 re: Status of Deposition Coordination. Document filed by Microsoft Corporation.Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Garko, Sheryl) (Entered: 09/27/2024) |
| 09/27/2024 | 250 | LETTER addressed to Magistrate Judge Ona T. Wang from Joseph C. Gratz dated September 27, 2024 re: Status Update. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global, L.L.C., OpenAI Holdings, LLC, OpenAI LP, OpenAI OpCo, L.L.C., OpenAI, Inc., OpenAI, LLC, OpenAI Global LLC, OpenAI LLC, OpenAI OpCo LLC.Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Gratz, Joseph) (Entered: 09/27/2024) |
| 09/30/2024 | 251 | STIPULATION AND ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION. To expedite the flow of discovery material and to facilitate the consistency in the format of the documents to be produced by the parties in this case, Plaintiffs and Defendants (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree to the terms of this Stipulation & Order Re: Discovery of Electronically Stored Information (the "ESI Protocol" or "Protocol") as further set forth in this Stipulation. IT IS ORDERED that the forgoing Agreement is approved. (Signed by Magistrate Judge Ona T. Wang on 9/30/24) (yv) (Entered: 10/01/2024) |
| 09/30/2024 | 252 | STIPULATED SOURCE CODE ORDER. IT IS HEREBY ORDERED that any person subject to this Source Code Orderincludingwithout limitation the parties to this action, their representatives, agents, experts and consultants, all third parties providing discovery in this action, and all other interested persons with actual orconstructive notice of this Source Code Order−shall adhere to the following terms as further set forth in this Stipulation. IT IS ORDERED that the forgoing Agreement is approved. (Signed by Magistrate Judge Ona T. Wang on 9/30/24) Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW (yv) (Entered: 10/01/2024) |
| 10/03/2024 | 253 | PROPOSED STIPULATION AND ORDER. Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury−News, LLC, Sun−sentinel Company, LLC, The New York Times Company..(Crosby, Ian) (Entered: 10/03/2024) |
| 10/04/2024 | 254 | STIPULATION AND ORDER RE: TRAINING DATA INSPECTION PROTOCOL Upon the stipulation of the parties, the following protocol will apply to the inspection, review, and/or disclosure of Training Data produced by Defendants OpenAI, Inc., OpenAI, L.P., OpenAI L.L.C., OpenAI OpCo, L.L.C., OpenAI Global L.L.C., OAI Corporation L.L.C., OpenAI Holdings L.L.C., and OpenAI GP, L.L.C. (collectively, "OpenAI"): 1. For the purposes of this protocol, "Training Data" shall be defined as data used to train relevant OpenAI LLMs. OpenAI reserves the right to update the Training Data made available for inspection should it find additional responsive data, and Plaintiffs reserve the right to request additional Training Data that has been |

| | | |
|---|---|---|
| | | disclosed or discovered and is not made available for inspection. 2.The "Inspecting Party" shall be defined as plaintiffs in the above captioned consolidated actions, including their attorneys of record, agents, retained consultants, experts, and any other persons or organization over which they have direct control. 8.Notwithstanding any provisions of this Training Data Protocol or the Stipulated Protective Orders, the Parties reserve the right to amend this protocol either by written agreement or Order of the Court upon showing of good cause. IT IS SO STIPULATED, through Counsel of Record. (And as further set forth herein.) IT IS ORDERED that the forgoing Agreement is approved. (Signed by Magistrate Judge Ona T. Wang on 10/4/2024) Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW (jca) (Entered: 10/04/2024) |
| 10/04/2024 | 255 | MANDATE of USCA (Certified Copy) as to 87 Notice of Interlocutory Appeal, filed by Laura Lippman, Ayelet Waldman, Matthew Klam, Paul Tremblay, Sarah Silverman, Richard Kadrey, Rachel Louise Snyder, Ta−Nehisi Coates, Jacqueline Woodson, Andrew Sean Greer, Christopher Golden, Michael Chabon, Junot Daz, David Henry Hwang. USCA Case Number 24−1021. Appellants move for voluntary dismissal of this appeal. IT IS HEREBY ORDERED that the motion is GRANTED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/04/2024..(nd) (Entered: 10/04/2024) |
| 10/04/2024 | 256 | MOTION to Consolidate Cases 1:24−cv−04872−UA . Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc..Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Malhotra, Paven) Modified on 11/1/2024 (yv). (Entered: 10/04/2024) |
| 10/04/2024 | 257 | MEMORANDUM OF LAW in Support re: (152 in 1:24−cv−03285−SHS−OTW, 152 in 1:24−cv−03285−SHS−OTW) MOTION to Consolidate Cases 1:24−cv−04872−UA . . Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Malhotra, Paven) (Entered: 10/04/2024) |
| 10/04/2024 | 258 | DECLARATION of Paven Malhotra in Support re: (152 in 1:24−cv−03285−SHS−OTW, 152 in 1:24−cv−03285−SHS−OTW) MOTION to Consolidate Cases 1:24−cv−04872−UA .. Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 − Emails Re Consolidation, # 2 Exhibit 2 − NDCA Coordination Order, # 3 Exhibit 3 − Emails Re Consolidation)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Malhotra, Paven) (Entered: 10/04/2024) |
| 10/04/2024 | 259 | PROPOSED ORDER. Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. Related Document Number: 152 ..(Malhotra, Paven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/04/2024) |
| 10/07/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (155 in 1:24−cv−03285−SHS−OTW, 259 in 1:23−cv−11195−SHS−OTW) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW**(nd) (Entered: 10/07/2024) |
| 10/15/2024 | 260 | BRIEF *in Support of Proposed Order for Deposition Coordination*. Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI LLC, OpenAI LP, OpenAI OpCo LLC, OpenAI, Inc.. (Attachments: # 1 Exhibit 1 − Comparison of Proposals Chart, # 2 Exhibit 2 − Proposed Order re Deposition Protocol).(Garko, Sheryl) (Entered: 10/15/2024) |

| 10/15/2024 | <u>261</u> | LETTER MOTION for Discovery *re Deposition Protocol* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 15, 2024. Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury–News, LLC, Sun–sentinel Company, LLC, The New York Times Company. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/15/2024) |
| 10/16/2024 | <u>262</u> | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 10/16/2024 re: Proposed Agenda for October 30, 2024 Status Conference. Document filed by Microsoft Corporation.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Hurst, Annette) (Entered: 10/17/2024) |
| 10/17/2024 | <u>263</u> | MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057482. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global, L.L.C., OpenAI Holdings, LLC, OpenAI LP, OpenAI OpCo, L.L.C., OpenAI, Inc., OpenAI, LLC, OpenAI Global LLC, OpenAI LLC, OpenAI OpCo LLC. (Attachments: # <u>1</u> Affidavit of Edward A. Bayley, # <u>2</u> Exhibit A – Certificate of Good Standing, # <u>3</u> Proposed Order to Admit Edward A. Bayley Pro Hac Vice)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Bayley, Edward) Modified on 10/18/2024 (bc). (Entered: 10/17/2024) |
| 10/17/2024 | <u>264</u> | MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057988. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI GP, LLC, OpenAI Global, L.L.C., OpenAI Holdings, LLC, OpenAI LP, OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # <u>1</u> Affidavit of Andrew F. Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # <u>2</u> Exhibit A – Certificate of Good Standing, # <u>3</u> Proposed Order Granting Motion to Admit Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Dawson, Andrew) Modified on 10/18/2024 (bc). (Entered: 10/17/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (263 in 1:23–cv–11195–SHS–OTW, 160 in 1:24–cv–03285–SHS–OTW) MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057482. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (264 in 1:23–cv–11195–SHS–OTW, 161 in 1:24–cv–03285–SHS–OTW) MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30057988. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW(bc)** (Entered: 10/18/2024) |
| 10/18/2024 | <u>265</u> | RESPONSE to Motion re: (152 in 1:24–cv–03285–SHS–OTW, 152 in 1:24–cv–03285–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW) MOTION to Consolidate Cases 1:24–cv–04872–UA . . Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury–News, LLC, Sun–sentinel Company, LLC, The New York Times Company. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/18/2024) |
| 10/18/2024 | <u>266</u> | DECLARATION of Zachary B. Savage in Opposition re: (152 in 1:24–cv–03285–SHS–OTW, 152 in 1:24–cv–03285–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW) MOTION to Consolidate Cases 1:24–cv–04872–UA .. Document filed by Chicago Tribune |

| | | |
|---|---|---|
| | | Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury–News, LLC, Sun–sentinel Company, LLC, The New York Times Company. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/18/2024) |
| 10/18/2024 | 267 | DECLARATION of Jenny L. Colgate in Opposition re: (152 in 1:24–cv–03285–SHS–OTW, 152 in 1:24–cv–03285–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW, 256 in 1:23–cv–11195–SHS–OTW) MOTION to Consolidate Cases 1:24–cv–04872–UA .. Document filed by Chicago Tribune Company, LLC, DP Media Network, LLC, Daily News LP, Northwest Publications, LLC, ORB Publishing, LLC, Orlando Sentinel Communications Company, LLC, San Jose Mercury–News, LLC, Sun–sentinel Company, LLC, The New York Times Company. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/18/2024) |
| 10/21/2024 | 268 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** PROPOSED ORDER. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC..(Crosby, Ian) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/21/2024 (tp). (Entered: 10/21/2024) |
| 10/21/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Ian Crosby to RE–FILE Document No. (168 in 1:24–cv–03285–SHS–OTW, 268 in 1:23–cv–11195–SHS–OTW) Proposed Order. The filing is deficient for the following reason(s): (1) the wrong event type was used to file the proposed order; (2) the proposed order is not signed (ink signatures). Re–file the document using the event type Proposed Stipulation and Order found under the event list Proposed Orders – select the correct filer/filers – attach the correct signed (scanned signature image) and dated PDF. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW. (tp)** (Entered: 10/21/2024) |
| 10/21/2024 | 269 | PROPOSED STIPULATION AND ORDER. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC..(Crosby, Ian) (Entered: 10/21/2024) |
| 10/22/2024 | 270 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (264) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:23–cv–11195–SHS–OTW; granting (161) Motion for Andrew Frederick Dawson to Appear Pro Hac Vice in case 1:24–cv–03285–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW (sgz) (Entered: 10/22/2024) |
| 10/22/2024 | 271 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Steven Lieberman and Ian Crosby dated October 22, 2024 re: (163 in 1:24–cv–03285–SHS–OTW) LETTER MOTION for Local Rule 37.2 Conference // *Letter Motion for Protective Order* addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Thomas E. Gorman, and Vera Ranieri dated October 18, 2024. . Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Affidavit of R Baeza–Yates, # 2 Affidavit of M. Rawls)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Lieberman, Steven) (Entered: 10/22/2024) |

| | | |
|---|---|---|
| 10/22/2024 | 272 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 276 Letter Motion) –** JOINT LETTER MOTION to Compel New York Times to Production of Documents addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, et al. dated October 22, 2024. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Exhibit Exhibit A 2024 03 08 OAI 1st Set of RFPs to NYT (Nos. 1–61), # 2 Exhibit Exhibit B 2024 07 11 OAI Second Set of RFPs to NYT (Nos. 62–104), # 3 Exhibit Exhibit C 2024 08 12 NYT Responses to OAI 2nd Set of RFPs (Nos. 62–104))Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Dawson, Andrew) Modified on 10/23/2024 (db). As per ECF–ERROR Email Correspondence received on 10/22/2024 @ 11:40pm. (Entered: 10/22/2024) |
| 10/22/2024 | 273 | LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 22, 2024. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Exhibit 1 – Redacted)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/22/2024) |
| 10/22/2024 | 274 | MOTION to Seal *Exhibit 1 to Letter Motion for Conference [dkts. 273 & 174].* Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/22/2024) |
| 10/22/2024 | 275 | ***SELECTED PARTIES***NOTICE of Exhibit 1 to Plaintiffs' Letter Motion for Conference [dkts 273 & 174] re: (273 in 1:23–cv–11195–SHS–OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 22, 2024.. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC, OpenAI Holdings, LLC, Microsoft Corporation, OpenAI, Inc., OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC. (Attachments: # 1 Exhibit 1 – Filed Separately Under Seal)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTWMotion or Order to File Under Seal: 274 .(Crosby, Ian) (Entered: 10/22/2024) |
| 10/22/2024 | 276 | LETTER MOTION to Compel New York Times to Production of Documents *CORRECTION OF DOCKET NO. 272* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, et al. dated October 22, 2024. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Exhibit Exhibit A 2024 03 08 OAI 1st Set of RFPs to NYT (Nos. 1–61), # 2 Exhibit Exhibit B 2024 07 11 OAI Second Set of RFPs to NYT (Nos. 62–104), # 3 Exhibit Exhibit C 2024 08 12 NYT Responses to OAI 2nd Set of RFPs (Nos. 62–104))Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Dawson, Andrew) (Entered: 10/22/2024) |
| 10/22/2024 | 277 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (263) Motion to Appear Pro Hac Vice in case 1:23–cv–11195–SHS–OTW. The motion of Edward A. Bayley, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 10/22/2024) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW (tg) (Entered: 10/23/2024) |
| 10/23/2024 | 278 | LETTER addressed to Magistrate Judge Ona T. Wang from Sheryl Garko dated 10/23/2024 re: Clarification Re: Coordinated Deposition Protocol. Document filed by OpenAI Holdings, LLC, Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI |

| | | |
|---|---|---|
| | | GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., Microsoft Corporation.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Garko, Sheryl) (Entered: 10/23/2024) |
| 10/23/2024 | 279 | LETTER MOTION to Compel Microsoft to produce responsive documents addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated October 23, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Crosby, Ian) (Entered: 10/23/2024) |
| 10/24/2024 | 280 | NOTICE OF APPEARANCE by Michael A David on behalf of OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC..(David, Michael) (Entered: 10/24/2024) |
| 10/24/2024 | 281 | MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30092978. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Affidavit of Andrew S. Bruns in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Standing, # 3 Proposed Order Admitting Counsel Pro Hac Vice)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Bruns, Andrew) Modified on 10/25/2024 (bc). (Entered: 10/24/2024) |
| 10/24/2024 | 282 | MOTION to Seal . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 10/24/2024) |
| 10/24/2024 | 283 | ***SELECTED PARTIES*** LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. Document filed by The New York Times Company, OpenAI Holdings, LLC, Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 282 .(Crosby, Ian) (Entered: 10/24/2024) |
| 10/24/2024 | 284 | LETTER MOTION to Compel The New York Times Co. to Produce Documents addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 10/24/2024. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit A – Excerpt of 2024.05.28 [NYT] Response and Objs to Microsofts RFPs Set 1 (Nos 1–68), # 2 Exhibit B – Excerpt of 2024.05.28 [NYT] Responses and Objs to Microsofts First Set of ROGs (Nos 1–11), # 3 Exhibit C – 2024.10.23 Email Correspondence).(Hurst, Annette) (Entered: 10/24/2024) |
| 10/24/2024 | 285 | REDACTION to 283 LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. by The New York Times Company (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Crosby, Ian) (Entered: 10/24/2024) |
| 10/24/2024 | 286 | MOTION to Seal . Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/24/2024) |
| 10/24/2024 | 287 | ***SELECTED PARTIES*** LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In |

| | | |
|---|---|---|
| | | Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTWMotion or Order to File Under Seal: 286 .(Crosby, Ian) (Entered: 10/24/2024) |
| 10/24/2024 | 288 | REDACTION to (287 in 1:23−cv−11195−SHS−OTW) LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. *(and 194 in 1:24−cv−3285−SHS−OTW)* by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun−sentinel Company, LLC, San Jose Mercury−News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Crosby, Ian) (Entered: 10/24/2024) |
| 10/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (182 in 1:24−cv−03285−SHS−OTW, 281 in 1:23−cv−11195−SHS−OTW) MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30092978. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW(bc)** (Entered: 10/25/2024) |
| 10/25/2024 | 289 | MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−30097142. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Homer, Carolyn) Modified on 10/25/2024 (bc). (Entered: 10/25/2024) |
| 10/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (186 in 1:24−cv−03285−SHS−OTW, 289 in 1:23−cv−11195−SHS−OTW) MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30097142. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW(bc)** (Entered: 10/25/2024) |
| 10/25/2024 | 290 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Jared B. Briant dated October 25, 2024 re: (174 in 1:24−cv−03285−SHS−OTW) LETTER MOTION for Conference addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 22, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Briant, Jared) (Entered: 10/25/2024) |
| 10/25/2024 | 291 | REPLY MEMORANDUM OF LAW in Support re: (152 in 1:24−cv−03285−SHS−OTW, 152 in 1:24−cv−03285−SHS−OTW, 256 in 1:23−cv−11195−SHS−OTW, 256 in 1:23−cv−11195−SHS−OTW) MOTION to Consolidate Cases 1:24−cv−04872−UA . . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Malhotra, Paven) (Entered: 10/25/2024) |
| 10/25/2024 | 292 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Ona T. Wang from Paven Malhotra dated 10/25/2024. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C..Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Malhotra, Paven) (Entered: 10/25/2024) |

| | | |
|---|---|---|
| 10/25/2024 | 293 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 25, 2024 re: 276 LETTER MOTION to Compel New York Times to Production of Documents *CORRECTION OF DOCKET NO. 272* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, et al. dated October 22, 2024. . Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6).(Crosby, Ian) (Entered: 10/25/2024) |
| 10/28/2024 | 294 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated October 28, 2024 re: 279 LETTER MOTION to Compel Microsoft to produce responsive documents addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated October 23, 2024. . Document filed by Microsoft Corporation..(Briant, Jared) (Entered: 10/28/2024) |
| 10/29/2024 | 295 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Ian Crosby and Steven Lieberman dated October 29, 2024 re: Updates to the Proposed Agenda for the 10/30 Status Conference. Document filed by The New York Times Company.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Crosby, Ian) (Entered: 10/29/2024) |
| 10/29/2024 | 296 | NOTICE OF APPEARANCE by Andrew Dawson on behalf of OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Dawson, Andrew) (Entered: 10/29/2024) |
| 10/29/2024 | 297 | NOTICE OF APPEARANCE by Jocelyn Edith Greer on behalf of OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Greer, Jocelyn) (Entered: 10/29/2024) |
| 10/29/2024 | 298 | RESPONSE in Opposition to Motion re: 282 MOTION to Seal . . Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit B (Declaration of Lucky Vidmar)).(Briant, Jared) (Entered: 10/29/2024) |
| 10/29/2024 | 299 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 29, 2024 re: 284 LETTER MOTION to Compel The New York Times Co. to Produce Documents addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 10/24/2024. . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 10/29/2024) |
| 10/29/2024 | 300 | NOTICE OF APPEARANCE by Herman Heng Yue on behalf of OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC..(Yue, Herman) (Entered: 10/29/2024) |
| 10/29/2024 | 301 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Joseph C. Gratz dated October 29, 2024 re: (283 in 1:23–cv–11195–SHS–OTW) LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Gratz, Joseph) (Entered: 10/29/2024) |
| 10/29/2024 | 302 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Joseph C. Gratz dated October 29, 2024 re: (184 in 1:24–cv–03285–SHS–OTW, 287 in 1:23–cv–11195–SHS–OTW) LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated October 24, 2024. . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, |

| | | OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Gratz, Joseph) (Entered: 10/29/2024) |
|---|---|---|
| 10/30/2024 | 303 | PROPOSED STIPULATION AND ORDER. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 10/30/2024) |
| 10/31/2024 | 304 | ORDER denying (261) Letter Motion for Discovery; denying without prejudice (284) Letter Motion to Compel in case 1:23–cv–11195–SHS–OTW; denying (158) Letter Motion for Discovery in case 1:24–cv–03285–SHS–OTW; ORDER granting (256) Motion to Consolidate Cases 23–cv–11195 (as Lead Case) with 24–cv–4872; granting (256) Motion to Consolidate Cases 23–cv–11195 (as Lead Case) with 24–cv–4872 in case 1:23–cv–11195–SHS–OTW; granting (152) Motion to Consolidate Cases 23–cv–11195 (as Lead Case) with 24–cv–4872; granting (152) Motion to Consolidate Cases 23–cv–11195 (as Lead Case) with 24–cv–4872 in case 1:24–cv–03285–SHS–OTW. The Court held a status conference on these matters on October 30, 2024. For the reasons stated on the record, it is hereby ORDERED: Defendants' motion to consolidate (ECF 256) Case No. 24–cv–4872 (Center for Investigative Reporting, Inc. v. OpenAI, Inc., et al.) with Case No. 23–cv–11195 and consolidated cases (24–cv–3285) is GRANTED. The interim fact discovery date of December 20, 2024, applies to the newly consolidated cases. The last day to amend the pleadings or join additional parties without leave of Court is January 8, 2025. Plaintiffs' motion for the entry of a proposed discovery coordination protocol (ECF 261) is DENIED as premature. Depositions: The parties have identified a dispute over adding certain "Disputed Custodians" for Defendants' document search, review, and production of ESI. (ECF 204). Defendants had previously been directed to preserve the Disputed Custodians' documents. They are now directed to provide hit counts for the Disputed Custodians by filing a status letter no later than November 13, 2024. After that search is run, the parties are directed to meet and confer to discuss whether they can reach agreement on production of any Disputed Custodians' ESI. The parties also reached an impasse on their discussions regarding search terms and hit counts. (See, e.g., Tr. at 65–76; ECF 228). As discussed at the conference, the "total hit count" will be capped at or around 500,000 for the current set of agreed custodians, without regard to the number of Disputed Custodians that later may be added, whether by agreement or Court order. The parties are directed to keep Rule 26(b)(1) in mind when meeting and conferring about rolling productions, search terms, and added custodians. (See, e.g., Tr. At 73–75). The parties are directed to meet and confer by November 6, 2024, on the issue of whether Defendants will search for and produce text and direct messages of certain employees of Defendants and whether the motion to compel (ECF 230) will be withdrawn. If the parties cannot resolve the issues raised in ECF 230 on their own, Plaintiffs may serve interrogatories and/or subpoenas, as necessary,with respect to their motion to compel, and the Court may apportion costs under Rule 37(a)(5) as necessary. H.Defendants' motion to compel certain prompts and outputs from The Times' pre–suit investigation (ECF 284) is DENIED without prejudice. The parties are directed to meet and confer regarding the issue of training data identified at the conference and file a joint letter by Friday, November 1, 2024,apprising the Court on the status of the issue. The parties to each consolidated case are directed to file a joint chart by Wednesday, November 6, 2024, identifying categories or "buckets" of document production disputes that remain in this case. The chart should identify (1) the dispute, (2) each party's position in no more than two paragraphs, and (3) the relevant ECF numbers for such dispute (including oppositions and replies).The parties to each consolidated case are also directed to file an updated joint chart by November 22, 2024, identifying any new or resolved issues. The parties are directed not to file new or supplementary discovery letters or motions between November 23, 2024, and December 3, 2024. Any such motion will be stricken and will not be considered. If the parties have any updates to the November 22 joint chart, they should be prepared to address those updates orally at the conference. To aid in the Court's review of the numerous disputes that have and will continue to arise in this case, all parties are directed to, when filing any opposition or reply, include hyperlinks to the relevant motion. The Court will hold an Omnibus In–Person Status Conference for all cases on Tuesday, December 3, 2024, at 9:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 10/31/24) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW (yv) (Entered: 11/01/2024) |

| | | |
|---|---|---|
| 10/31/2024 | | Set/Reset Deadlines: ( Amended Pleadings due by 1/8/2025., Fact Discovery due by 12/20/2024.), Set/Reset Hearings:( Omnibus Hearing set for 12/3/2024 at 09:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW(yv) (Entered: 11/01/2024) |
| 11/02/2024 | 305 | LETTER addressed to Magistrate Judge Ona T. Wang from Steven Lieberman dated November 1, 2024 re: Status of the training data issues.. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, Orlando Sentinel Communications Company, LLC, Sun−sentinel Company, LLC, San Jose Mercury−News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Exhibit A – Plaintiffs' First Set of Interrogatories to Open AI Defendants, # 2 Exhibit B – Plaintiffs First Set of Request for Production of Documents to OpenAI Defendants, # 3 Exhibit C – The New York Times Request for Production of Documents to OpenAI Defs, # 4 Exhibit D – The New York Times First Set of Interrogatories to OpenAI Defendants, # 5 Exhibit E – Correspondence, # 6 Exhibit F – Plaintiff's First Set of Request for Admissions to OpenAI Defendants, # 7 Exhibit G – Plaintiff's Requests for Admission)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Lieberman, Steven) (Entered: 11/02/2024) |
| 11/02/2024 | 306 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Rohit Nath dated November 1, 2024 re: Letter regarding the parties' meet and confers on early 30(b)(6) depositions. Document filed by Authors Guild, Jonathan Alter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Nath, Rohit) (Entered: 11/02/2024) |
| 11/06/2024 | 307 | LETTER addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 6, 2024 re: Joint Dispute Chart. Document filed by The New York Times Company.Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Crosby, Ian) (Entered: 11/06/2024) |
| 11/13/2024 | 308 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Carolyn M. Homer dated November 13, 2024 re: (204 in 1:23−cv−11195−SHS−OTW) LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated August 12, 2024. *Status Letter Regarding Custodial Statistics*. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Homer, Carolyn) (Entered: 11/13/2024) |
| 11/18/2024 | 309 | LETTER MOTION to Compel OpenAI and Microsoft to Produce Text Messages and Social Media Messages addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Crosby, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | 310 | LETTER MOTION to Compel New York Times to Produce Discovery *LETTER MOTION to Compel New York Times to Produce Market−Related Documents* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, Elana Dawson, Rose Lee dated November 18, 2024. Document filed by OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B).(Dawson, Andrew) (Entered: 11/18/2024) |
| 11/18/2024 | 311 | LETTER MOTION to Compel Microsoft Corp. to Provide a witness for a 30(b)(6) deposition addressed to Magistrate Judge Ona T. Wang from Steven Lieberman, Ian Crosby and Matt Topic dated November 18, 2024. Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun−sentinel Company, LLC, San Jose Mercury−News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Exhibit A – Email Correspondence, # 2 Exhibit B – The New York Times Rule 34 Request for Inspection to OpenAI Defendants, # 3 Exhibit C – The New York Times Rule 34 Request for Inspection to Microsoft, # 4 |

| | | |
|---|---|---|
| | | Exhibit D – Daily News Plaintiffs Rule 34 Request for Inspection to Microsoft Corp, # 5 Exhibit E – Daily News Plaintiffs Rule 34 Request for Inspection OpenAI Defendants)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lieberman, Steven) (Entered: 11/18/2024) |
| 11/18/2024 | 312 | MOTION to Seal *Letter Motion to Compel*. Document filed by The New York Times Company.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Crosby, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | 313 | ***SELECTED PARTIES*** LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTWMotion or Order to File Under Seal: 312 .(Crosby, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | 314 | REDACTION to (140 in 1:24–cv–04872–SHS–OTW, 313 in 1:23–cv–11195–SHS–OTW, 205 in 1:24–cv–03285–SHS–OTW) LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. by The New York Times Company (Attachments: # 1 Exhibit 1–10)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Crosby, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | 315 | LETTER MOTION to Compel The New York Times Company to Produce documents related to the fourth factor fair use analysis addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/18/2024. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit A – The Times Resps. & Objs. to Microsofts Second Set of Requests for Production, # 2 Exhibit B – The Times Resps. & Objs. to Microsofts First Set of Requests for Production).(Hurst, Annette) (Entered: 11/18/2024) |
| 11/18/2024 | 316 | JOINT LETTER MOTION to Compel The New York Times to add five ESI custodians *312* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, Elana Nightingale Dawson, and Rose S. Lee dated November 18, 2024. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC. (Attachments: # 1 Exhibit A – David Rubin NYTco, # 2 Exhibit B – Cronin Correspondence 2, # 3 Exhibit C – Cronin Correspondence 1, # 4 Exhibit D – Joy Robins NYTco, # 5 Exhibit E – Michael Greenspon Bio, # 6 Exhibit F – Miller LinkedIn, # 7 Exhibit G – Times Response to RFP 70, # 8 Exhibit H – Liang Promotion NYTco, # 9 Exhibit I – NYT_00113190 – Redacted, # 10 Exhibit J – NYT_00466658 – Redacted, # 11 Exhibit K – Seward Press Release).(Dawson, Andrew) (Entered: 11/18/2024) |
| 11/18/2024 | 317 | ***SELECTED PARTIES***JOINT LETTER MOTION to Compel The New York Times to add five ESI custodians addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, Elana Nightingale Dawson, and Rose S. Lee dated November 18, 2024. Document filed by All Parties. (Attachments: # 1 Exhibit J – NYT_00466658)Motion or Order to File Under Seal: 312 .(Dawson, Andrew) (Entered: 11/18/2024) |
| 11/18/2024 | 318 | MOTION to Seal . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | 319 | MOTION to Seal *Portions of Its Letter Motion to Compel, as well as the Attached Exhibits*. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 11/18/2024) |
| 11/18/2024 | 320 | ***SELECTED PARTIES*** LETTER MOTION to Compel The New York Times Company to Produce documents related to its development and use of Generative AI addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated |

| | | |
|---|---|---|
| | | 11/18/2024. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit C – NYT_00198239, # 2 Exhibit D – NYT_00115513)Motion or Order to File Under Seal: 319 .(Hurst, Annette) (Entered: 11/18/2024) |
| 11/18/2024 | 321 | LETTER MOTION to Compel The New York Times Company to produce documents related to its development and use of Generative AI addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/18/2024. Document filed by Microsoft Corporation. (Attachments: # 1 Exhibit A – (The Times Resps. & Objs. to Microsofts First Set of Requests for Production, # 2 Exhibit B – The Times Resps. & Objs. to Microsofts Second Set of Requests for Production, # 3 Exhibit C – NYT_00198239, # 4 Exhibit D – NYT_00115513).(Hurst, Annette) (Entered: 11/18/2024) |
| 11/19/2024 | 322 | ***SELECTED PARTIES*** BRIEF . Document filed by The New York Times Company, OpenAI Holdings, LLC, The Center for Investigative Reporting, Inc., OpenAI, LLC, Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5)Motion or Order to File Under Seal: 318 .(Crosby, Ian) (Entered: 11/19/2024) |
| 11/19/2024 | 323 | REDACTION *Letter Motion to Compel, Dkt. 322* by The New York Times Company (Attachments: # 1 Exhibit 1 Redacted, # 2 Exhibit 2 Redacted, # 3 Exhibit 3–5 Filed Under Seal).(Crosby, Ian) (Entered: 11/19/2024) |
| 11/19/2024 | 324 | ORDER GRANTING ADMISSION OF CAROLYN HOMER PRO HAC VICE granting (289) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:23–cv–11195–SHS–OTW; granting (186) Motion for Carolyn Homer to Appear Pro Hac Vice in case 1:24–cv–03285–SHS–OTW. IT IS HEREBY ORDERED that Applicant admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | 325 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (281) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:23–cv–11195–SHS–OTW; granting (182) Motion for Andrew S. Bruns to Appear Pro Hac Vice in case 1:24–cv–03285–SHS–OTW. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Magistrate Judge Ona T. Wang on 11/19/2024) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW (sgz) (Entered: 11/19/2024) |
| 11/19/2024 | 326 | NOTICE OF APPEARANCE by Carolyn M Homer on behalf of OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Homer, Carolyn) (Entered: 11/19/2024) |
| 11/20/2024 | 327 | RESPONSE to Motion re: 318 MOTION to Seal . . Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of L. Vidmar).(Briant, Jared) (Entered: 11/20/2024) |
| 11/20/2024 | 328 | SUPPLEMENTAL LETTER addressed to Magistrate Judge Ona T. Wang from Ian Crosby and Steven Lieberman dated November 20, 2024 re: Plaintiffs' Supplemental Status Update re Training Data Inspection (Related to Dkt. 305). Document filed by The New York Times Company, Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Affidavit Maisel Declaration ISO Supplemental Status Letter, # 2 Exhibit Exhibit A – Email Correspondence re Requests for Inspection to OpenAI, # 3 Exhibit Exhibit B – OpenAI Responses to |

| | | |
|---|---|---|
| | | Plaintiff's 1st Set of Requests for Admission)Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW.(Lieberman, Steven) (Entered: 11/20/2024) |
| 11/21/2024 | 329 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Andrew S. Bruns, Elena Nightingale Dawson, and Vera Ranieri dated 11/21/2024 re: (309 in 1:23−cv−11195−SHS−OTW) LETTER MOTION to Compel OpenAI and Microsoft to Produce Text Messages and Social Media Messages addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. *(Response letter re 309 letter motion)*. Document filed by OpenAI Holdings, LLC, OpenAI, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Dawson, Andrew) (Entered: 11/21/2024) |
| 11/21/2024 | 330 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated November 21, 2024 re: 316 JOINT LETTER MOTION to Compel The New York Times to add five ESI custodians *312* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, Elana Nightingale Dawson, and Rose S. Lee dated November 18, 2024. . Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Crosby, Ian) (Entered: 11/21/2024) |
| 11/21/2024 | 331 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst and Jared B. Briant dated 11/21/2024 re: (309 in 1:23−cv−11195−SHS−OTW) LETTER MOTION to Compel OpenAI and Microsoft to Produce Text Messages and Social Media Messages addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation, Microsoft Corporation. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Briant, Jared) (Entered: 11/21/2024) |
| 11/21/2024 | 332 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated November 21, 2024 re: 320 LETTER MOTION to Compel The New York Times Company to Produce documents related to its development and use of Generative AI addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 18, 2024 addressed to Magistrate Ju . Document filed by The New York Times Company..(Crosby, Ian) (Entered: 11/21/2024) |
| 11/21/2024 | 333 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated November 21, 2024 re: 310 LETTER MOTION to Compel New York Times to Produce Discovery *LETTER MOTION to Compel New York Times to Produce Market−Related Documents* addressed to Magistrate Judge Ona T. Wang from Andrew F. Dawson, Elana Dawson, Rose Lee dated November 1 . Document filed by The New York Times Company. (Attachments: # 1 Exhibit A).(Crosby, Ian) (Entered: 11/21/2024) |
| 11/21/2024 | 334 | MOTION to Seal *limited portions of Defendants' Opposition to Plaintiff's Letter Motion to Compel and Supporting Documents*. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C..Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Lee, Rose) (Entered: 11/21/2024) |
| 11/21/2024 | 335 | MEMORANDUM OF LAW in Support re: (149 in 1:24−cv−04872−SHS−OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiff's Letter Motion to Compel and Supporting Documents*. . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23−cv−11195−SHS−OTW, 1:24−cv−03285−SHS−OTW, 1:24−cv−04872−SHS−OTW.(Lee, Rose) (Entered: 11/21/2024) |

| | | |
|---|---|---|
| 11/21/2024 | 336 | DECLARATION of Michael Trinh in Support re: (213 in 1:24–cv–03285–SHS–OTW, 149 in 1:24–cv–04872–SHS–OTW) MOTION to Seal *limited portions of Defendants' Opposition to Plaintiff's Letter Motion to Compel and Supporting Documents*.. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/21/2024) |
| 11/21/2024 | 337 | ***SELECTED PARTIES***DECLARATION of Ashley Pantuliano in Opposition re: (322 in 1:23–cv–11195–SHS–OTW) Brief,. Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., The Center for Investigative Reporting, Inc., The New York Times Company, Orlando Sentinel Communications Company, LLC, Sun–sentinel Company, LLC, San Jose Mercury–News, LLC, ORB Publishing, LLC, Northwest Publications, LLC. (Attachments: # 1 Exhibit A – Filed Under Seal, # 2 Exhibit C– Filed Under Seal)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTWMotion or Order to File Under Seal: 334 .(Lee, Rose) (Entered: 11/21/2024) |
| 11/21/2024 | 338 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/21/2024 re: (203 in 1:24–cv–03285–SHS–OTW, 138 in 1:24–cv–04872–SHS–OTW, 311 in 1:23–cv–11195–SHS–OTW) LETTER MOTION to Compel Microsoft Corp. to Provide a witness for a 30(b)(6) deposition addressed to Magistrate Judge Ona T. Wang from Steven Lieberman, Ian Crosby and Matt Topic dated November 18, 2024. . Document filed by Microsoft Corporation, Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Exhibit 1 – News Plaintiffs' 30(b)(6) Custodial Deposition Topics)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Hurst, Annette) (Entered: 11/21/2024) |
| 11/21/2024 | 339 | RESPONSE re: (322 in 1:23–cv–11195–SHS–OTW) Brief, . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Exhibit 1 – Synthetic Data Exhibit)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/21/2024) |
| 11/21/2024 | 340 | DECLARATION of Ashley Pantuliano re: (218 in 1:24–cv–03285–SHS–OTW, 154 in 1:24–cv–04872–SHS–OTW, 339 in 1:23–cv–11195–SHS–OTW) Response, . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. (Attachments: # 1 Exhibit A – Filed Under Seal, # 2 Exhibit B – Class Action Complaint, # 3 Exhibit C – Filed Under Seal)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/21/2024) |
| 11/21/2024 | 341 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby and Steven Lieberman dated November 21, 2024 re: 315 LETTER MOTION to Compel The New York Times Company to Produce documents related to the fourth factor fair use analysis addressed to Magistrate Judge Ona T. Wang from Annette Hurst dated 11/18/2024. . Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Crosby, Ian) (Entered: 11/21/2024) |
| 11/22/2024 | 342 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elana Nightingale Dawson, and Carolyn Homer dated November 21, 2024 re: (313 in 1:23–cv–11195–SHS–OTW, 205 in 1:24–cv–03285–SHS–OTW, 140 in 1:24–cv–04872–SHS–OTW) LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. *Response letter re 314 letter motion*. Document filed by All Parties. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTWMotion or Order to File Under Seal: 334 .(Ybarra, Michelle) (Entered: 11/22/2024) |

| | | |
|---|---|---|
| 11/22/2024 | 343 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Michelle Ybarra, Elana Nightingale Dawson, and Carolyn Homer dated November 21, 2024 re: (140 in 1:24–cv–04872–SHS–OTW, 313 in 1:23–cv–11195–SHS–OTW, 205 in 1:24–cv–03285–SHS–OTW) LETTER MOTION to Compel OpenAI to Add Additional Custodians addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. *Response letter re 314 letter motion.* Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Ybarra, Michelle) (Entered: 11/22/2024) |
| 11/22/2024 | 344 | OPINION & ORDER re: 236 LETTER MOTION for Conference *to Compel* addressed to Magistrate Judge Ona T. Wang from Elana Nightingale Dawson, Vera Ranieri, and Michelle Ybarra dated September 3, 2024. filed by OpenAI, Inc., OpenAI OpCo LLC, OpenAI Holdings, LLC, OpenAI LP, OpenAI Global LLC, OpenAI LLC, OpenAI GP, LLC, OAI Corporation, LLC. This case is about whether Defendant trained their LLMs using Plaintiff's copyrighted material, and whether that use constitutes copyright infringement. (ECF 170, 158–168). It is not a referendum on the benefits of Gen AI, on Plaintiff's business practices, or about whether any of Plaintiff's employees use Gen AI at work. The broad scope of document production sought here is simply not relevant to Defendant's purported fair use defense. For example, if a copyright holder sued a video game manufacturer for copyright infringement, the copyright holder might be required to produce documents relating to their interactions with that video game manufacturer, but the video game manufacturer would not be entitled to wide–ranging discovery concerning the copyright holder's employees' gaming history, statements about video games generally, or even their licensing of different content to other video game manufacturers. Accordingly, because Defendant has failed to demonstrate the relevance of the information sought, Defendant's motion to compel is DENIED. The Clerk of Court is respectfully directed to close ECF 236. (Signed by Magistrate Judge Ona T. Wang on 11/22/2024) (sgz) (Entered: 11/22/2024) |
| 11/22/2024 | 345 | SUPPLEMENTAL LETTER addressed to Magistrate Judge Ona T. Wang from Thomas E. Gorman, Elana Nightingale Dawson, and Carolyn Homer dated 11/22/2024 re: OpenAIs Response to Plaintiffs' Supplemental Status Update re Training Data Inspection re [(328)] SUPPLEMENTAL LETTER addressed to Magistrate Judge Ona T. Wang from Ian Crosby and Steven Lieberman dated November 20, 2024 re: Plaintiffs' Supplemental Status Update re Training Data Inspection (Related to Dkt. 305); and re (210) SUPPLEMENTAL LETTER (Case No. 24–cv–3285). Document filed by OpenAI Holdings, LLC, OpenAI, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C..Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW.(Gorman, Thomas) (Entered: 11/22/2024) |
| 11/22/2024 | 346 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 22, 2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation, Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Hurst, Annette) (Entered: 11/22/2024) |
| 11/25/2024 | 347 | RESPONSE in Support of Motion re: (204 in 1:24–cv–03285–SHS–OTW, 139 in 1:24–cv–04872–SHS–OTW, 312 in 1:23–cv–11195–SHS–OTW) MOTION to Seal *Letter Motion to Compel.*, (318 in 1:23–cv–11195–SHS–OTW) MOTION to Seal . . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/25/2024) |
| 11/25/2024 | 348 | MEMORANDUM OF LAW in Support re: (204 in 1:24–cv–03285–SHS–OTW, 139 in 1:24–cv–04872–SHS–OTW, 312 in 1:23–cv–11195–SHS–OTW) MOTION to Seal *Letter Motion to Compel.*, (318 in 1:23–cv–11195–SHS–OTW) MOTION to Seal . . Document filed by OpenAI Holdings, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In |

| | | |
|---|---|---|
| | | Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/25/2024) |
| 11/25/2024 | 349 | DECLARATION of Michael Trinh in Support re: (204 in 1:24–cv–03285–SHS–OTW, 139 in 1:24–cv–04872–SHS–OTW, 312 in 1:23–cv–11195–SHS–OTW) MOTION to Seal *Letter Motion to Compel.*, (318 in 1:23–cv–11195–SHS–OTW) MOTION to Seal .. Document filed by OpenAI Holdings, LLC, OpenAI, LLC, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C.. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Lee, Rose) (Entered: 11/25/2024) |
| 11/26/2024 | 350 | LETTER addressed to Magistrate Judge Ona T. Wang from Annette L. Hurst dated November 26, 2024 re: Updated Joint Dispute Chart. Document filed by Microsoft Corporation, Microsoft Corporation, Microsoft Corporation.Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Hurst, Annette) (Entered: 11/26/2024) |
| 12/02/2024 | 351 | ORDER denying 315 Letter Motion to Compel for the reasons stated in ECF 344. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 352 | ORDER denying 310 Letter Motion to Compel for the reasons stated in ECF 344. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 353 | ORDER denying 276 Letter Motion to Compel for the reasons stated in ECF 344. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 354 | ORDER denying 320 Letter Motion to Compel for the reasons set forth in ECF 344. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 355 | ORDER denying 321 Motion to Compel for the reasons stated in ECF 344. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 356 | ORDER denying as moot 283 Letter Motion for Conference. The parties represent this issue has been resolved. See ECF 346, 350. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 12/02/2024) |
| 12/02/2024 | 357 | ORDER re: 322 Brief, denying as moot in light of parties' representations in ECF 346 and 350 that the issues in this (ungaveled) motion are resolved, EXCEPT as to RFPs 86 and 87, where documents shall be produced "sufficient to show" without prejudice to a later motion to expand such production, for good cause shown. (HEREBY ORDERED by Magistrate Judge Ona T. Wang) (Text Only Order) (Wang, Ona) (Entered: 12/03/2024) |
| 12/02/2024 | 360 | OPINION & ORDER re: (309 in 1:23–cv–11195–SHS–OTW) LETTER MOTION to Compel OpenAI and Microsoft to Produce Text Messages and Social Media Messages addressed to Magistrate Judge Ona T. Wang from Ian B. Crosby dated November 18, 2024. filed by The New York Times Company. Accordingly, because § 980 does not prohibit employers from producing relevant, work–related messages from social media accounts, Plaintiffs' motions to compel direct messages from X.com in both cases are GRANTED. (Signed by Magistrate Judge Ona T. Wang on 12/2/2024) Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW (mml) (Entered: 12/03/2024) |
| 12/03/2024 | 358 | ORDER re: 141 LETTER MOTION for Conference *Regarding Discovery Disputes With OpenAI* is denied as moot, as parties represent the issues raised here are largely resolved. See ECF 346, 350. If there remains an issue with RFP 6, the parties are encouraged to continue their meet and confer process to resolve any remaining dispute on their own. (HEREBY ORDERED by Magistrate Judge Ona T. Wang) (Text Only Order) (Wang, Ona) (Entered: 12/03/2024) |

| | | |
|---|---|---|
| 12/03/2024 | 359 | ORDER re: 261 LETTER MOTION for Discovery *re Deposition Protocol* In light of ECF 346, 350, this motion is denied as premature and the parties may renew their motion in 2025. Parties are encouraged to continue meeting and conferring on these issues, taking into account rulings and resolutions of other discovery disputes in the meantime. (HEREBY ORDERED by Magistrate Judge Ona T. Wang) (Text Only Order) (Wang, Ona) (Entered: 12/03/2024) |
| 12/04/2024 | 361 | MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–30280028. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, Microsoft Corporation, Microsoft Corporation. (Attachments: # 1 Affidavit of Brianna Lynn Silverstein, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order on Motion for Admission)Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW.(Silverstein, Brianna) Modified on 12/5/2024 (bc). (Entered: 12/04/2024) |
| 12/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (165 in 1:24–cv–04872–SHS–OTW, 229 in 1:24–cv–03285–SHS–OTW, 361 in 1:23–cv–11195–SHS–OTW) MOTION for Brianna Lynn Silverstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30280028. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:23–cv–11195–SHS–OTW, 1:24–cv–03285–SHS–OTW, 1:24–cv–04872–SHS–OTW(bc)** (Entered: 12/05/2024) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>**FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff The New York Times Company ("The Times"), by its attorneys Susman Godfrey LLP and Rothwell, Figg, Ernst & Manbeck, P.C., for its First Amended Complaint against Defendants Microsoft Corporation ("Microsoft") and OpenAI, Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (collectively "OpenAI" and, with Microsoft, "Defendants"), alleges as follows:

## I.   NATURE OF THE ACTION

1.      Independent journalism is vital to our democracy. It is also increasingly rare and valuable. For more than 170 years, The Times has given the world deeply reported, expert, independent journalism. Times journalists go where the story is, often at great risk and cost, to inform the public about important and pressing issues. They bear witness to conflict and disasters, provide accountability for the use of power, and illuminate truths that would otherwise go unseen. Their essential work is made possible through the efforts of a large and expensive organization that provides legal, security, and operational support, as well as editors who ensure their journalism meets the highest standards of accuracy and fairness. This work has always been important. But

within a damaged information ecosystem that is awash in unreliable content, The Times's journalism provides a service that has grown even more valuable to the public by supplying trustworthy information, news analysis, and commentary.

2.     Defendants' unlawful use of The Times's work to create artificial intelligence products that compete with it threatens The Times's ability to provide that service. Defendants' generative artificial intelligence ("GenAI") tools rely on large-language models ("LLMs") that were built by copying and using *millions* of The Times's copyrighted news articles, in-depth investigations, opinion pieces, reviews, how-to guides, and more. While Defendants engaged in widescale copying from many sources, they gave Times content particular emphasis when building their LLMs—revealing a preference that recognizes the value of those works. Through Microsoft's Bing Chat (recently rebranded as "Copilot") and OpenAI's ChatGPT, Defendants seek to free-ride on The Times's massive investment in its journalism by using it to build substitutive products without permission or payment.

3.     The Constitution and the Copyright Act recognize the critical importance of giving creators exclusive rights over their works. Since our nation's founding, strong copyright protection has empowered those who gather and report news to secure the fruits of their labor and investment. Copyright law protects The Times's expressive, original journalism, including, but not limited to, its millions of articles that have registered copyrights.

4.     Defendants have refused to recognize this protection. Powered by LLMs containing copies of Times content, Defendants' GenAI tools can generate output that recites Times content verbatim, closely summarizes it, and mimics its expressive style, as demonstrated by scores of examples. *See* Exhibit J. These tools also wrongly attribute false information to The Times.

5.     Defendants also use Microsoft's Bing search index, which copies and categorizes The Times's online content, to generate responses that contain verbatim excerpts and detailed summaries of Times articles that are significantly longer and more detailed than those returned by traditional search engines. By providing Times content without The Times's permission or authorization, Defendants' tools undermine and damage The Times's relationship with its readers and deprive The Times of subscription, licensing, advertising, and affiliate revenue.

6.     Using the valuable intellectual property of others in these ways without paying for it has been extremely lucrative for Defendants. Microsoft's deployment of Times-trained LLMs throughout its product line helped boost its market capitalization by a trillion dollars in the past year alone. And OpenAI's release of ChatGPT has driven its valuation to as high as $90 billion. Defendants' GenAI business interests are deeply intertwined, with Microsoft recently highlighting that its use of OpenAI's "best-in-class frontier models" has generated customers—including "leading AI startups"—for Microsoft's Azure AI product.[1]

7.     The Times objected after it discovered that Defendants were using Times content without permission to develop their models and tools. For months, The Times has attempted to reach a negotiated agreement with Defendants, in accordance with its history of working productively with large technology platforms to permit the use of its content in new digital products (including the news products developed by Google, Meta, and Apple). The Times's goal during these negotiations was to ensure it received fair value for the use of its content, facilitate the continuation of a healthy news ecosystem, and help develop GenAI technology in a responsible way that benefits society and supports a well-informed public.

---

[1] *Microsoft Fiscal Year 2024 First Quarter Earnings Conference Call*, MICROSOFT INVESTOR RELATIONS (Oct. 24, 2023), https://www.microsoft.com/en-us/Investor/events/FY-2024/earnings-fy-2024-q1.aspx.

8.    These negotiations have not led to a resolution. Publicly, Defendants insist that their conduct is protected as "fair use" because their unlicensed use of copyrighted content to train GenAI models serves a new "transformative" purpose. But there is nothing "transformative" about using The Times's content without payment to create products that substitute for The Times and steal audiences away from it. Because the outputs of Defendants' GenAI models compete with and closely mimic the inputs used to train them, copying Times works for that purpose is not fair use.

9.    The law does not permit the kind of systematic and competitive infringement that Defendants have committed. This action seeks to hold them responsible for the billions of dollars in statutory and actual damages that they owe for the unlawful copying and use of The Times's uniquely valuable works.

## II.    JURISDICTION AND VENUE

10.    The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act of 1976, 17 U.S.C. § 101, et seq.

11.    Jurisdiction over Microsoft and OpenAI is proper because they have purposely availed themselves of the privilege of conducting business in New York. A substantial portion of Microsoft and OpenAI's widespread infringement and other unlawful conduct alleged herein occurred in New York, including the distribution and sales of Microsoft and OpenAI's Generative Pre-training Transformer ("GPT")-based products like ChatGPT, ChatGPT Enterprise, Bing Chat, Azure OpenAI Service, Microsoft 365 Copilot, and related application programming interface (API) tools within New York to New York residents. Furthermore, both Microsoft and the OpenAI Defendants maintain offices and employ personnel in New York who, upon information and belief, were involved in the creation, maintenance, or monetization of Microsoft and OpenAI's widespread infringement and other unlawful conduct alleged herein.

12.     Because The Times's principal place of business and headquarters is in this District, the injuries alleged herein from Microsoft and OpenAI's widespread infringement and other unlawful conduct foreseeably occurred in this District.

13.     Venue is proper under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this District, through the infringing and unlawful activities—as well as Defendants' sales and monetization of such activity—that occurred in this District. Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to The Times's claims occurred in this District, including the marketing, sales, and licensing of Defendants' GenAI products built on the infringement of The Times's intellectual property within this District. Upon information and belief, OpenAI has sold subscriptions for ChatGPT Plus to New York residents, and both Microsoft and OpenAI enjoy a substantial base of monthly active users of Bing Chat and ChatGPT in New York. OpenAI has licensed its GPT models to New York residents and companies headquartered in New York. For example, in the last year, OpenAI struck deals to license its GPT models to the Associated Press (AP) and Morgan Stanley, both companies headquartered in New York.

## III.     THE PARTIES

14.     Plaintiff The New York Times Company is a New York corporation with its headquarters and principal place of business in New York. The Times publishes digital and print products, including its core news product, The New York Times, which is available on its mobile applications, on its website (NYTimes.com), and as a printed newspaper, and associated content such as its podcasts. The Times also publishes other interest-specific publications, including The Athletic (sports media), Cooking (recipes and other cooking-related content), Games (puzzles and

games), and Wirecutter (shopping recommendations). The Times owns over 10 million registered, copyrighted works, including those set forth in the attached Exhibits ("Times Works").

15.     Microsoft Corporation is a Washington corporation with a principal place of business and headquarters in Redmond, Washington. Microsoft has invested at least $13 billion in OpenAI Global LLC in exchange for which Microsoft will receive 75% of that company's profits until its investment is repaid, after which Microsoft will own a 49% stake in that company.

16.     Microsoft has described its relationship with the OpenAI Defendants as a "partnership." This partnership has included contributing and operating the cloud computing services used to copy Times Works and train the OpenAI Defendants' GenAI models. It has also included, upon information and belief, substantial technical collaboration on the creation of those models. Microsoft possesses copies of, or obtains preferential access to, the OpenAI Defendants' latest GenAI models that have been trained on and embody unauthorized copies of the Times Works. Microsoft uses these models to provide infringing content and, at times, misinformation to users of its products and online services. During a quarterly earnings call in October 2023, Microsoft noted that "more than 18,000 organizations now use Azure OpenAI Service, including new-to-Azure customers."

17.     The OpenAI Defendants consist of a web of interrelated Delaware entities.

18.     Defendant OpenAI Inc. is a Delaware nonprofit corporation with a principal place of business located at 3180 18th Street, San Francisco, California. OpenAI Inc. was formed in December 2015. OpenAI Inc. indirectly owns and controls all other OpenAI entities and has been directly involved in perpetrating the mass infringement and other unlawful conduct alleged here.

19.     Defendant OpenAI LP is a Delaware limited partnership with its principal place of business located at 3180 18th Street, San Francisco, California. OpenAI LP was formed in 2019.

6

OpenAI LP is a wholly owned subsidiary of OpenAI Inc. that is operated for profit and is controlled by OpenAI Inc. OpenAI LP was directly involved in perpetrating the mass infringement and commercial exploitation of Times Works alleged here.

20.     Defendant OpenAI GP, LLC is a Delaware limited liability company with a principal place of business located at 3180 18th Street, San Francisco, California. OpenAI GP, LLC is the general partner of OpenAI LP, and it manages and operates the day-to-day business and affairs of OpenAI LP. OpenAI GP LLC is wholly owned and controlled by OpenAI Inc. OpenAI, Inc. uses OpenAI GP LLC to control OpenAI LP and OpenAI Global, LLC. OpenAI GP, LLC was involved in perpetrating the mass infringement and unlawful exploitation of Times Works alleged here through its direction and control of OpenAI LP and OpenAI Global LLC.

21.     Defendant OpenAI, LLC is a Delaware limited liability company with a principal place of business located at 3180 18th Street, San Francisco, California. OpenAI, LLC was formed in September 2020. OpenAI LLC owns, sells, licenses, and monetizes a number of OpenAI's offerings, including ChatGPT, ChatGPT Enterprise, and OpenAI's API tools, all of which were built on OpenAI's mass infringement and unlawful exploitation of Times Works. Upon information and belief, OpenAI, LLC is owned and controlled by both OpenAI Inc. and Microsoft Corporation, through OpenAI Global LLC and OpenAI OpCo LLC.

22.     Defendant OpenAI OpCo LLC is a Delaware limited liability company with a principal place of business located at 3180 18th Street, San Francisco, California. OpenAI OpCo LLC is a wholly owned subsidiary of OpenAI Inc. and has facilitated and directed OpenAI's mass infringement and unlawful exploitation of Times Works through its management and direction of OpenAI, LLC.

23.     Defendant OpenAI Global LLC is a Delaware limited liability company formed in December 2022. OpenAI Global LLC has a principal place of business located at 3180 18th Street, San Francisco, California. Microsoft Corporation has a minority stake in OpenAI Global LLC and OpenAI, Inc. has a majority stake in OpenAI Global LLC, indirectly through OpenAI Holdings LLC and OAI Corporation, LLC. OpenAI Global LLC was and is involved in unlawful conduct alleged herein through its ownership, control, and direction of OpenAI LLC.

24.     Defendant OAI Corporation, LLC is a Delaware limited liability company with a principal place of business located at 3180 18th Street, San Francisco, California. OAI Corporation, LLC's sole member is OpenAI Holdings, LLC. OAI Corporation, LLC was and is involved in the unlawful conduct alleged herein through its ownership, control, and direction of OpenAI Global LLC and OpenAI LLC.

25.     Defendant OpenAI Holdings, LLC is a Delaware limited liability company, whose sole members are OpenAI, Inc. and Aestas, LLC, whose sole member, in turn, is Aestas Management Company, LLC. Aestas Management Company, LLC is a Delaware shell company formed for the purpose of executing a $495 million capital raise for OpenAI.

## IV.     FACTUAL ALLEGATIONS

### A.     The New York Times and its Mission

#### 1.     *Almost Two Centuries of High-Quality, Original, Independent News*

26.     The New York Times is a trusted source of quality, independent journalism whose mission is to seek the truth and help people understand the world. Begun as a small, local newspaper, The Times has evolved to a diversified multi-media company with readers, listeners, and viewers around the globe. Today, more than 10 million subscribers pay for Times journalism,

which includes everything from news to opinion, culture to business, cooking to games, and shopping recommendations to sports.

27.     Founded in 1851, The New York Times has a long history of providing the public with independent journalism of the highest quality. When Adolph Ochs bought the newspaper out of bankruptcy in 1896, he vowed that The Times would be fiercely independent, dedicated to journalism of the highest integrity, and devoted to the public welfare. He articulated the vision: "To give the news impartially, without fear or favor, regardless of any party, sect, or interest involved." These words still animate The New York Times today, nearly two centuries later.

28.     Producing original independent journalism is at the heart of this mission. Times journalists cover the most important stories across the globe; in a typical year, The Times sends journalists to report on the ground from more than 160 countries. Together, along with editors, photographers, audio producers, videographers, graphic designers, data analysts, and more, The Times's newsroom produces groundbreaking journalism across every major storytelling format.

29.     The quality of The Times's coverage has been widely recognized with many industry and peer accolades, including 135 Pulitzer Prizes since its first Pulitzer award in 1918 (nearly twice as many as any other organization). The Times's journalism is also deeply impactful. Academics, teachers, and scientists have used it to educate and innovate. Lawmakers have cited it to introduce legislation. Judges have referenced it in rulings. And tens of millions of people rely on it every day.

30.     Times journalists are experts in their subject matter and among the most experienced and talented in the industry. In many cases, their work is enhanced by professional expertise: lawyers cover the court, doctors cover health care, and veterans cover the military. Many Times journalists draw on decades of experience. One reporter covering the White House, for

example, has reported on five administrations. His colleague, a White House photographer, has covered seven.

31.     In addition to journalists who spend considerable time and effort reporting pieces, The Times employs hundreds of editors to painstakingly review its journalism for accuracy, independence, and fairness, with at least two editors reviewing each piece prior to publication and many more reviewing the most important and sensitive pieces. The Times also has among the largest and most robust Standards teams in the industry, which advises the newsroom daily on consistency, accuracy, fairness, and clarity in its reporting and maintains stringent ethical guidelines for journalists and their work. The Times also maintains an internal Stylebook, a document that is updated over time to guide the tone of its journalism and the prose used. There is also an ongoing dialogue among journalists and editors to ensure The Times fairly and thoroughly covers the right stories and presents what it finds in a clear and compelling way. Producing Times journalism is a creative and deeply human endeavor.

### 2.     *Groundbreaking, In-Depth Journalism and Breaking News at Great Cost*

32.     To produce world-class journalism, The Times invests an enormous amount of time, money, expertise, and talent, both in its newsroom and product, technology, and other supporting teams. Core areas of focus include:

33.     **Investigative Reporting.** The Times does deep investigations—which usually take months and sometimes years to report and produce—into complex and important areas of public interest. The Times's reporters routinely uncover stories that would otherwise never come to light. They have exposed problems, held power to account, and demanded the public's attention. In investigating these areas, Times coverage often results in meaningful reforms. These stories are

written and edited in the style that is widely associated with The Times, one that readers trust and seek out.

34.     **Breaking News Reporting.** The Times is equally committed to quickly and accurately reporting breaking news. In an era in which speculation, disinformation, and spin often drown out the truth when news breaks, The Times fills an important need for trustworthy news with journalists who have the subject-matter expertise, news judgment, and sources required to report the facts in a compelling way. In the past year, The Times has provided detailed, real-time coverage on breaking news across a range of topics, including the upcoming U.S. elections, multiple mass shootings including those in Maine and Nashville, wars in Ukraine and the Middle East, a spate of natural disasters around the globe, and the collapse of major regional banks.

35.     **Beat Reporting:** The Times invests significantly in its beat reporting by giving its beat reporters the time and space to go deep on a single topic. At The Times, these topics vary from public health to religion to architecture, and from the Pentagon to Hollywood to Wall Street. They also include The Times's dozens of national and international bureaus, where correspondents are steeped in the communities they cover. Because this type of journalism is grounded in the expertise and deep connections of Times journalists, beat coverage enriches The Times's reporting.

36.     **Reviews and Analysis.** The Times is a trusted source for reviews and analysis of arts and culture, including food, books, art, film, theater, television, music, fashion, and travel. In 2016, it acquired the product review site Wirecutter, which recommends the best products in dozens of categories including home goods, technology, health and fitness, and more. Each year, Wirecutter spends tens of thousands of hours conducting rigorous testing and research to produce a catalog of reviews that today covers thousands of products.

37.    **Commentary and Opinion.** The Times publishes opinion articles that contribute to public debate across the world. Many of these articles come from The Times's staff of world-renowned columnists. Additionally, leaders in business, politics, religion, education, and the arts write guest essays for The Times's opinion section, giving readers the opportunity to understand a wide range of experiences, perspectives, and ideas about the most important issues of the day.

### 3.    *A Commitment to Quality Journalism*

38.    It takes enormous resources to publish, on average, more than 250 original articles every day. Many of these articles take months—and sometimes longer—to report. That output is the work of approximately 5,800 full-time equivalent Times employees (as of December 31, 2022), some 2,600 of whom are directly involved in The Times's journalism operations.

39.    Quite often, the most vital news reporting for society is the most resource-intensive. Some of The Times's most important journalism requires deploying teams of journalists at great cost to report on the ground around the world, providing best-in-class security and support, filing lawsuits against government entities to bring information to light, and supporting journalists through investigations that can take months or years.

40.    Subscription, advertising, licensing, and affiliate revenue make this reporting possible. In 1996, The Times launched a core news website, alongside its paid print edition, that was free. As readers shifted from print news to digital products, The Times—like most print publishers—faced the prospect of not being able to continue funding its journalism. In response, The Times reinvented its business model to incorporate digital subscriptions. The Times launched its metered paywall in 2011, in what it called "a bet that readers will pay for news they are accustomed to getting free."[2]

---

[2] Jeremy W. Peters, *The Times Announces Digital Subscription Plan*, N.Y. TIMES (Mar. 17, 2011), https://www.nytimes.com/2011/03/18/business/media/18times.html.

12

41.     Thanks to the quality of The Times's journalism, that strategic innovation paid off, which allowed The Times to continue to exist and to thrive. Today, the vast majority of subscribers are digital-only. In the 13 years since The Times launched its paywall, it has grown its paid digital subscribership and developed a direct relationship with its online audience through its tireless commitment to making journalism "worth paying for." Generating and maintaining direct traffic to its online content and mobile applications are critical components of The Times's financial success.

42.     By the third quarter of 2023, The Times had nearly 10.1 million digital and print subscribers worldwide. The Times aims to have 15 million subscribers by year-end 2027.

43.     The Times makes journalism "worth paying for" by publishing articles that are exhaustively researched and reported, thoughtfully written, carefully edited, and thoroughly fact-checked.

44.     In addition, The Times has deepened its relationship with its readers by expanding its offerings to better encompass its readers' specific interests, including best-in-class offerings like Cooking, Wirecutter, Games, and The Athletic.

45.     The Times's paywall does not require payment for *all* access to The Times's content. To build audience engagement and loyalty, The Times's access model generally offers registered users free access to a limited number of articles and other content before requiring them to subscribe for access to additional content. Approximately 50 to 100 million users, on average, engage with The Times's digital content each week. This traffic is a key source of advertising revenue and helps drive future subscriptions to The Times.

46.     The Times also compiled digital archives of all its material going back to its founding, at significant cost. Its digital archives include The New York Times Article Archive, with

13

partial and full-text digital versions of articles from 1851 to today, and the TimesMachine, a browser-based digital replica of all issues from 1851 to 2002. This represents a singular database of contemporaneous language and information, as well as a unique and valuable historical record. The Times also provides its own API that allows researchers and academics to search Times content for non-commercial purposes.

### 4.    *GenAI Products Threaten High-Quality Journalism*

47.    Making great journalism is harder than ever. Over the past two decades, the traditional business models that supported quality journalism have collapsed, forcing the shuttering of newspapers all over the country. It has become more difficult for the public to sort fact from fiction in today's information ecosystem, as misinformation floods the internet, television, and other media. If The Times and other news organizations cannot produce and protect their independent journalism, there will be a vacuum that no computer or artificial intelligence can fill.

48.    The protection of The Times's intellectual property is critical to its continued ability to fund world-class journalism in the public interest. If The Times and its peers cannot control the use of their content, their ability to monetize that content will be harmed. With less revenue, news organizations will have fewer journalists able to dedicate time and resources to important, in-depth stories, which creates a risk that those stories will go untold. Less journalism will be produced, and the cost to society will be enormous.

49.    The Times depends on its exclusive rights of reproduction, adaptation, publication, performance, and display under copyright law to resist these forces. The Times has registered the copyright in its print edition every day for over 100 years, maintains a paywall, and has implemented terms of service that set limits on the copying and use of its content. To use Times

content for commercial purposes, a party should first approach The Times about a licensing agreement.

50.     The Times requires third parties to obtain permission before using Times content and trademarks for commercial purposes, and for decades The Times has licensed its content under negotiated licensing agreements. These agreements help ensure that The Times controls how, where, and for how long its content and brand appears and that it receives fair compensation for third-party use. Third parties, including large tech platforms, pay The Times significant royalties under these agreements in exchange for the right to use Times content for narrowly defined purposes. The agreements prohibit uses beyond those authorized purposes.

51.     Times content is also available for licenses for certain uses through the Copyright Clearance Center ("CCC"), a clearinghouse that licenses material to both corporate and academic users. Through the CCC, The Times permits limited licenses for instruction, academic, other nonprofit uses, and limited commercial uses. For example, a for-profit business can acquire a CCC license to make a photocopy of Times content for internal or external distribution in exchange for a licensing fee of about ten dollars per article. A CCC license to post a single Times article on a commercial website for up to a year costs several thousand dollars.

52.     The Times's ability to continue to attract and grow its digital subscriber base and to generate digital advertising revenue depends on the size of The Times's audience and users' sustained engagement directly with The Times's websites and mobile applications. To facilitate this direct engagement with its products, The Times permits search engines to access and index its content, which is necessary to allow users to find The Times using these search engines. Inherent in this value exchange is the idea that the search engines will direct users to The Times's own

websites and mobile applications, rather than exploit The Times's content to keep users within their own search ecosystem.

53.     While The Times, like virtually all online publishers, permits search engines to access its content for the limited purpose of surfacing it in traditional search results, The Times has never given permission to any entity, including Defendants, to use its content for GenAI purposes.

54.     The Times reached out to Microsoft and OpenAI in April 2023 to raise intellectual property concerns and explore the possibility of an amicable resolution, with commercial terms and technological guardrails that would allow a mutually beneficial value exchange between Defendants and The Times. These efforts have not produced a resolution.

**B.     Defendants' GenAI Products**

*1.     A Business Model Based on Mass Copyright Infringement*

55.     OpenAI was formed in December 2015 as a "non-profit artificial intelligence research company." OpenAI started with $1 billion in seed money from its founders, a group of some of the wealthiest technology entrepreneurs and investors and companies like Amazon Web Services and InfoSys. This group included Elon Musk, the CEO of Tesla and X Corp. (formerly known as Twitter); Reid Hoffman, the co-founder of LinkedIn; Sam Altman, the former president of Y Combinator; and Greg Brockman, the former Chief Technology Officer of Stripe.

56.     Despite accepting very large investments from enormously wealthy companies and individuals at its founding, OpenAI originally maintained that its research and work would be entirely unmotivated by profit. In a December 11, 2015, press release, Brockman and co-founder Ilya Sutskever (now OpenAI's President and Chief Scientist, respectively) wrote: "Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole,

unconstrained by a need to generate financial return. Since our research is free from financial obligations, we can better focus on a positive human impact." In accordance with that mission, OpenAI promised that its work and intellectual property would be open and available to the public, that its "[r]esearchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code" and that its "patents (if any) will be shared with the world."

57. Despite its early promises of altruism, OpenAI quickly became a multi-billion-dollar for-profit business built in large part on the unlicensed exploitation of copyrighted works belonging to The Times and others. Just three years after its founding, OpenAI shed its exclusively nonprofit status. It created OpenAI LP in March 2019, a for-profit company dedicated to conducting the lion's share of OpenAI's operations—including product development—and to raising capital from investors seeking a return. OpenAI's corporate structure grew into an intricate web of for-profit holding, operating, and shell companies that manage OpenAI's day-to-day operations and grant OpenAI's investors (most prominently, Microsoft) authority and influence over OpenAI's operations, all while raising billions in capital from investors. The result: OpenAI today is a commercial enterprise valued as high as $90 billion, with revenues projected to be over $1 billion in 2024.

58. With the transition to for-profit status came another change: OpenAI also ended its commitment to openness. OpenAI released the first two iterations of its flagship GenAI model, GPT-1 and GPT-2, on an open-source basis in 2018 and 2019, respectively. But OpenAI changed course in 2020, starting with the release of GPT-3 shortly after OpenAI LP and other for-profit OpenAI entities were formed and took control of product design and development.

59. GPT-3.5 and GPT-4 are both orders of magnitude more powerful than the two previous generations, yet Defendants have kept their design and training entirely a secret. For

previous generations, OpenAI had voluminous reports detailing the contents of the training set, design, and hardware of the LLMs. Not so for GPT-3.5 or GPT-4. For GPT-4, for example, the "technical report" that OpenAI released said: "this report contains no further details about the architecture (including model size), hardware, training compute, dataset construction, training method, or similar."[3]

60.    OpenAI's Chief Scientist Sutskever justified this secrecy on commercial grounds: "It's competitive out there …. And there are many companies who want to do the same thing, so from a competitive side, you can see this as maturation of the field."[4] But its effect was to conceal the identity of the data OpenAI copied to train its latest models from rightsholders like The Times.

61.    OpenAI became a household name upon the release of ChatGPT in November 2022. ChatGPT is a text-generating chatbot that, given user-generated prompts, can mimic human-like natural language responses. ChatGPT was an instant viral sensation, reaching one million users within a month of its release and gaining over 100 million users within three months.

62.    OpenAI, through OpenAI OpCo LLC and at the direction of OpenAI Inc., OpenAI LP, and other OpenAI entities, offers a suite of services powered by its LLMs, targeted to both ordinary consumers and businesses. A version of ChatGPT powered by GPT-3.5 is available to users for free. OpenAI also offers a premium service, powered by OpenAI's "most capable model" GPT-4, to consumers for $20 per month. OpenAI's business-focused offerings include ChatGPT Enterprise and ChatGPT API tools designed to enable developers to incorporate ChatGPT into bespoke applications. OpenAI also licenses its technology to corporate clients for licensing fees.

---

[3] OPENAI, GPT-4 TECHNICAL REPORT (2023), https://cdn.openai.com/papers/gpt-4.pdf.
[4] James Vincent, *OpenAI Co-Founder on Company's Past Approach to Openly Sharing Research: 'We Were Wrong'*, THE VERGE (Mar. 15, 2023), https://www.theverge.com/2023/3/15/23640180/openai-gpt-4-launch-closed-research-ilya-sutskever-interview.

63.     These commercial offerings have been immensely valuable for OpenAI. Over 80% of Fortune 500 companies are using ChatGPT.[5] According to recent reports, OpenAI is generating revenues of $80 million per month, and is on track to surpass over $1 billion within the next 12 months.[6]

64.     This commercial success is built in large part on OpenAI's large-scale copyright infringement. One of the central features driving the use and sales of ChatGPT and its associated products is the LLM's ability to produce natural language text in a variety of styles. To achieve this result, OpenAI made numerous reproductions of copyrighted works owned by The Times in the course of "training" the LLM.

65.     Upon information and belief, all of the OpenAI Defendants have been either directly involved in or have directed, controlled, and profited from OpenAI's widespread infringement and commercial exploitation of Times Works. OpenAI Inc., alongside Microsoft, controlled and directed the widespread reproduction, distribution, and commercial use of The Times's material perpetrated by OpenAI LP and OpenAI Global LLC, through a series of holding and shell companies that include OpenAI Holdings LLC, OpenAI GP LLC, and OAI Corporation LLC. OpenAI LP and OpenAI Global LLC were directly involved in the design, development, and commercialization of OpenAI's GPT-based products, and directly engaged in the widespread reproduction, distribution, and commercial use of Times Works. OpenAI LP and OpenAI Global LLC also controlled and directed OpenAI, LLC and OpenAI OpCo LLC, which were involved in distributing, selling, and licensing OpenAI's GPT-based products, and thus monetized the reproduction, distribution, and commercial use of Times Works.

[5] OpenAI, *Introducing ChatGPT Enterprise*, OPENAI (Aug. 28, 2023), https://openai.com/blog/introducing-chatgpt-enterprise.
[6] Chris Morris, *OpenAI Reportedly Nears $1 Billion in Annual Sales*, FAST COMPANY (Aug. 30, 2023), https://www.fastcompany.com/90946849/openai-chatgpt-reportedly-nears-1-billion-annual-sales.

66. Since at least 2019, Microsoft has been, and continues to be, intimately involved in the training, development, and commercialization of OpenAI's GPT products. In an interview with the Wall Street Journal at the 2023 World Economic Forum, Microsoft CEO Satya Nadella said that the "ChatGPT and GPT family of models … is something that we've been partnered with OpenAI deeply now for multiple years." Through this partnership, Microsoft has been involved in the creation and commercialization of GPT LLMs and products based on them in at least two ways.

67. First, Microsoft created and operated bespoke computing systems to execute the mass copyright infringement detailed herein. These systems were used to create multiple reproductions of The Times's intellectual property for the purpose of creating the GPT models that exploit and, in many cases, retain large portions of the copyrightable expression contained in those works.

68. Microsoft is the sole cloud computing provider for OpenAI. Microsoft and OpenAI collaborated to design the supercomputing systems powered by Microsoft's cloud computer platform Azure, which were used to train all OpenAI's GPT models after GPT-1. In a July 2023 keynote speech at the Microsoft Inspire conference, Mr. Nadella said: "We built the infrastructure to train their models. They're innovating on the algorithms and the training of these frontier models."

69. That infrastructure was not just general purpose computer systems for OpenAI to use as it saw fit. Microsoft specifically designed it for the purpose of using essentially the whole internet—curated to disproportionately feature Times Works—to train the most capable LLM in history. In a February 2023 interview, Mr. Nadella said:

> But beneath what OpenAI is putting out as large models, remember, the heavy lifting was done by the [Microsoft] Azure team to build the computer infrastructure. Because these workloads are so different than anything that's come before. So we needed to

20

completely rethink even the datacenter up to the infrastructure that first gave us even a shot to build the models. And now we're translating the models into products.[7]

70.     Microsoft built this supercomputer "in collaboration with and exclusively for OpenAI," and "designed [it] specifically to train that company's AI models."[8] Even by supercomputing standards, it was unusually complex. According to Microsoft, it operated as "a single system with more than 285,000 CPU cores, 10,000 GPUs and 400 gigabits per second of network connectivity for each GPU server." This system ranked in the top five most powerful publicly known supercomputing systems in the world.

71.     To ensure that the supercomputing system suited OpenAI's needs, Microsoft needed to test the system, both independently and in collaboration with OpenAI software engineers. According to Mr. Nadella, with respect to OpenAI: "They do the foundation models, and we [Microsoft] do a lot of work around them, including the tooling around responsible AI and AI safety." Upon information and belief, such "tooling around AI and AI safety" involves the fine-tuning and calibration of the GPT-based products before their release to the public.[9]

72.     In collaboration with OpenAI, Microsoft has also commercialized OpenAI's GPT-based technology, and combined it with its own Bing search index. In February 2023, Microsoft unveiled Bing Chat, a generative AI chatbot feature on its search engine powered by GPT-4. In May 2023, Microsoft and OpenAI unveiled "Browse with Bing," a plugin to ChatGPT that enabled it to access the latest content on the internet through the Microsoft Bing search engine. Bing Chat

---

[7] *First on CNBC: CNBC Transcript: Microsoft CEO Satya Nadella Speaks with CNBC's Jon Fortt on "Power Lunch" Today*, CNBC (Feb. 7, 2023), https://www.cnbc.com/2023/02/07/first-on-cnbc-cnbc-transcript-microsoft-ceo-satya-nadella-speaks-with-cnbcs-jon-fortt-on-power-lunch-today.html.

[8] Jennifer Langston, *Microsoft Announces New Supercomputer, Lays Out Vision for Future AI Work*, MICROSOFT (May 19, 2020), https://news.microsoft.com/source/features/ai/openai-azure-supercomputer/.

[9] SÉBASTIEN BUBECK ET AL., SPARKS OF ARTIFICIAL GENERAL INTELLIGENCE: EARLY EXPERIMENTS WITH GPT-4 (2023), https://arxiv.org/pdf/2303.12712.pdf.

and Browse with Bing combine GPT-4's ability to mimic human expression—including The Times's expression—with the ability to generate natural language summaries of search result contents, including hits on Times Works, that obviate the need to visit The Times's own websites. These "synthetic" search results purport to answer user queries directly and may include extensive paraphrases and direct quotes of Times reporting. Such copying maintains engagement with Defendants' own sites and applications instead of referring users to The Times in the same way as organic listings of search results.

73. In a recent interview, Mr. Nadella acknowledged Microsoft's intimate involvement in OpenAI's operations and, therefore, its copyright infringement:

> [W]e were very confident in our own ability. We have all the IP rights and all the capability. If OpenAI disappeared tomorrow, I don't want any customer of ours to be worried about it quite honestly, because we have all of the rights to continue the innovation. Not just to serve the product, but we can go and just do what we were doing in partnership ourselves. We have the people, we have the compute, we have the data, we have everything.

74. Through their collaboration in both the creation and the commercialization of the GPT models, Defendants have profited from the massive copyright infringement, commercial exploitation, and misappropriation of The Times's intellectual property. As Mr. Nadella recently put it, "[OpenAI] bet on us, we bet on them." He continued, describing the effect of Microsoft's $13 billion investment:

> And that gives us significant rights as I said. And also this thing, it's not hands off, right? We are in there. We are below them, above them, around them. We do the kernel optimizations, we build tools, we build the infrastructure. So that's why I think a lot of the industrial analysts are saying, 'Oh wow, it's really a joint project between Microsoft and OpenAI.' The reality is we are, as I said, very self-sufficient in all of this.

22

## 2. *How GenAI Models Work*

75.     At the heart of Defendants' GenAI products is a computer program called a "large language model," or "LLM." The different versions of GPT are examples of LLMs. An LLM works by predicting words that are likely to follow a given string of text based on the potentially billions of examples used to train it.

76.     Appending the output of an LLM to its input and feeding it back into the model produces sentences and paragraphs word by word. This is how ChatGPT and Bing Chat generate responses to user queries, or "prompts."

77.     LLMs encode the information from the training corpus that they use to make these predictions as numbers called "parameters." There are approximately 1.76 trillion parameters in the GPT-4 LLM.

78.     The process of setting the values for an LLM's parameters is called "training." It involves storing encoded copies of the training works in computer memory, repeatedly passing them through the model with words masked out, and adjusting the parameters to minimize the difference between the masked-out words and the words that the model predicts to fill them in.

79.     After being trained on a general corpus, models may be further subject to "fine-tuning" by, for example, performing additional rounds of training using specific types of works to better mimic their content or style, or providing them with human feedback to reinforce desired or suppress undesired behaviors.

80.     Models trained in this way are known to exhibit a behavior called "memorization."[10] That is, given the right prompt, they will repeat large portions of materials they

---

[10] GERRIT J.J. VAN DEN BURG & CHRISTOPHER K.I. WILLIAMS, ON MEMORIZATION IN PROBABILISTIC DEEP GENERATIVE MODELS (2021), https://proceedings.neurips.cc/paper/2021/file/eae15aabaa768ae4a5993a8a4f4fa6e4-Paper.pdf.

were trained on. This phenomenon shows that LLM parameters encode retrievable copies of many of those training works.

81. Once trained, LLMs may be provided with information specific to a use case or subject matter in order to "ground" their outputs. For example, an LLM may be asked to generate a text output based on specific external data, such as a document, provided as context. Using this method, Defendants' synthetic search applications: (1) receive an input, such as a question; (2) retrieve relevant documents related to the input prior to generating a response; (3) combine the original input with the retrieved documents in order to provide context; and (4) provide the combined data to an LLM, which generates a natural-language response.[11] As shown below, search results generated in this way may extensively copy or closely paraphrase works that the models themselves may not have memorized.

## C. Defendants' Unauthorized Use and Copying of Times Content

82. Microsoft and OpenAI created and distributed reproductions of The Times's content in several, independent ways in the course of training their LLMs and operating the products that incorporate them.

### 1. *Unauthorized Reproduction of Times Works During GPT Model Training*

83. Defendants' GPT models are a family of LLMs, the first of which was introduced in 2018, followed by GPT-2 in 2019, GPT-3 in 2020, GPT-3.5 in 2022, and GPT-4 in 2023. The "chat" style LLMs, GPT-3.5 and GPT-4, were developed in two stages. First, a transformer model was pre-trained on a very large amount of data. Second, the model was "fine-tuned" on a much smaller supervised dataset in order to help the model solve specific tasks.

---

[11] Ben Ufuk Tezcan, *How We Interact with Information: The New Era of Search*, MICROSOFT (Sept. 19, 2023), https://azure.microsoft.com/en-us/blog/how-we-interact-with-information-the-new-era-of-search/.

84.     The pre-training step involved collecting and storing text content to create training datasets and processing that content through the GPT models. While OpenAI did not release the trained versions of GPT-2 onward, "[d]ue to [OpenAI's] concerns about malicious applications of the technology," OpenAI has published general information about its pre-training process for the GPT models.[12]

85.     GPT-2 includes 1.5 billion parameters, which was a 10X scale up of GPT.[13] The training dataset for GPT-2 includes an internal corpus OpenAI built called "WebText," which includes "the text contents of 45 million links posted by users of the 'Reddit' social network."[14] The contents of the WebText dataset were created as a "new web scrape which emphasizes document quality."[15] The WebText dataset contains a staggering amount of scraped content from The Times. For example, the NYTimes.com domain is one of the "top 15 domains by volume" in the WebText dataset,[16] and is listed as the 5th "top domain" in the WebText dataset with 333,160 entries.[17]

---

[12] OpenAI, *Better Language Models and Their Implications*, OPENAI (Feb. 14, 2019), https://openai.com/research/better-language-models.

[13] *Id*.

[14] *GPT-2 Model Card*, GITHUB (Nov. 2019), https://github.com/openai/gpt-2/blob/master/model_card.md.

[15] RADFORD ET AL., LANGUAGE MODELS ARE UNSUPERVISED MULTITASK LEARNERS 3 (2018), https://d4mucfpksywv.cloudfront.net/better-language-models/language-models.pdf.

[16] *GPT-2 Model Card*, *supra* note 14.

[17] *GPT-2 / domains.txt*, GITHUB, https://github.com/openai/gpt-2/blob/master/domains.txt (last visited Dec. 21, 2023).

86.     GPT-3 includes 175 billion parameters and was trained on the datasets listed in the table below.[18]

| Dataset | Quantity (tokens) | Weight in training mix | Epochs elapsed when training for 300B tokens |
|---|---|---|---|
| Common Crawl (filtered) | 410 billion | 60% | 0.44 |
| WebText2 | 19 billion | 22% | 2.9 |
| Books1 | 12 billion | 8% | 1.9 |
| Books2 | 55 billion | 8% | 0.43 |
| Wikipedia | 3 billion | 3% | 3.4 |

87.     One of these datasets, WebText2, was created to prioritize high value content. Like the original WebText, it is composed of popular outbound links from Reddit. As shown in the table above, the WebText2 corpus was weighted 22% in the training mix for GPT-3 despite constituting less than 4% of the total tokens in the training mix. Times content—a total of 209,707 unique URLs—accounts for 1.23% of all sources listed in OpenWebText2, an open-source re-creation of the WebText2 dataset used in training GPT-3. Like the original WebText, OpenAI describes WebText2 as a "high-quality" dataset that is "an expanded version of the WebText dataset … collected by scraping links over a longer period of time."[19]

88.     The most highly weighted dataset in GPT-3, Common Crawl, is a "copy of the Internet" made available by an eponymous 501(c)(3) organization run by wealthy venture capital investors.[20] The domain www.nytimes.com is the most highly represented proprietary source (and the third overall behind only Wikipedia and a database of U.S. patent documents) represented in a

---

[18] BROWN ET AL., LANGUAGE MODELS ARE FEW-SHOT LEARNERS 9 (2020), https://arxiv.org/pdf/2005.14165.pdf.

[19] *Id*. at 8.

[20] COMMON CRAWL, https://commoncrawl.org/ (last visited Dec. 21, 2023).

filtered English-language subset of a 2019 snapshot of Common Crawl, accounting for 100 million tokens (basic units of text):[21]



# tokens (log scale)

89.    The Common Crawl dataset includes at least 16 million unique records of content from The Times across News, Cooking, Wirecutter, and The Athletic, and more than 66 million total records of content from The Times.

90.    Critically, OpenAI admits that "datasets we view as higher-quality are sampled more frequently" during training.[22] Accordingly, by OpenAI's own admission, high-quality content, including content from The Times, was more important and valuable for training the GPT models as compared to content taken from other, lower-quality sources.

[21] DODGE ET AL., DOCUMENTING LARGE WEBTEXT CORPORA: A CASE STUDY ON THE COLOSSAL CLEAN CRAWLED CORPUS (2021), https://arxiv.org/abs/2104.08758.

[22] BROWN ET AL., *supra* note 18.

27

91.     While OpenAI has not released much information about GPT-4, experts suspect that GPT-4 includes 1.8 trillion parameters, which is over 10X larger than GPT-3, and was trained on approximately 13 trillion tokens.[23] The training set for GPT-3, GPT-3.5, and GPT-4 was comprised of 45 terabytes of data—the equivalent of a Microsoft Word document that is over 3.7 billion pages long.[24] Between the Common Crawl, WebText, and WebText2 datasets, the Defendants likely used millions of Times-owned works in full in order to train the GPT models.

92.     Defendants repeatedly copied this mass of Times copyrighted content, without any license or other compensation to The Times. As part of training the GPT models, Microsoft and OpenAI collaborated to develop a complex, bespoke supercomputing system to house and reproduce copies of the training dataset, including copies of The Times-owned content. Millions of Times Works were copied and ingested—multiple times—for the purpose of "training" Defendants' GPT models.

93.     Upon information and belief, Microsoft and OpenAI acted jointly in the large-scale copying of The Times's material involved in generating the GPT models programmed to accurately mimic The Times's content and writers. Microsoft and OpenAI collaborated in designing the GPT models, selecting the training datasets, and supervising the training process. As Mr. Nadella stated:

> So, there are a lot of, I call it, product design choices one gets to make when you think about AI and AI safety. Then, let's come at it the other way. You have to take real care of the pretrained data because models are trained on pretrained data. What's the quality, the provenance of that pretrained data? That's a place where we've done a lot of work.[25]

---

[23] Maximilian Schreiner, *GPT-4 Architecture, Datasets, Costs and More Leaked*, THE DECODER (July 11, 2023), https://the-decoder.com/gpt-4-architecture-datasets-costs-and-more-leaked/.

[24] Kindra Cooper, *OpenAI GPT-3: Everything You Need to Know [Updated]*, SPRINGBOARD (Sept. 27, 2023), https://www.springboard.com/blog/data-science/machine-learning-gpt-3-open-ai/.

[25] Nilay Patel, *Microsoft Thinks AI Can Beat Google at Search — CEO Satya Nadella Explains Why*, THE VERGE (Feb. 7, 2023), https://www.theverge.com/23589994/microsoft-ceo-satya-nadella-bing-chatgpt-google-search-ai.

94.     To the extent that Microsoft did not select the works used to train the GPT models, it acted in self-described "partnership" with OpenAI respecting that selection, knew or was willfully blind to the identity of the selected works by virtue of its knowledge of the nature and identity of the training corpuses and selection criteria employed by OpenAI, and/or had the right and ability to prevent OpenAI from using any particular work for training by virtue of its physical control of the supercomputer it developed for that purpose and its legal and financial influence over the OpenAI Defendants.

95.     Upon information and belief, Microsoft and OpenAI continue to create unauthorized copies of Times Works in the form of synthetic search results returned by their Bing Chat and Browse with Bing products. Microsoft actively gathers copies of the Times Works used to generate such results in the process of crawling the web to create the index for its Bing search engine.

96.     On information and belief, Microsoft and OpenAI are currently or will imminently commence making additional copies of Times Works to train and/or fine-tune the next-generation GPT-5 LLM.

97.     Defendants' large-scale commercial exploitation of Times content is not licensed, nor have Defendants received permission from The Times to copy and use its works to build their GenAI tools.

### 2. Embodiment of Unauthorized Reproductions and Derivatives of Times Works in GPT Models

98.     As further evidence of being trained using unauthorized copies of Times Works, the GPT LLMs themselves have "memorized" copies of many of those same works encoded into their parameters. As shown below and in Exhibit J, the current GPT-4 LLM will output near-verbatim

copies of significant portions of Times Works when prompted to do so. Such memorized examples constitute unauthorized copies or derivative works of the Times Works used to train the model.

99.     For example, in 2019, The Times published a Pulitzer-prize winning, five-part series on predatory lending in New York City's taxi industry. The 18-month investigation included 600 interviews, more than 100 records requests, large-scale data analysis, and the review of thousands of pages of internal bank records and other documents, and ultimately led to criminal probes and the enactment of new laws to prevent future abuse. OpenAI had no role in the creation of this content, yet with minimal prompting, will recite large portions of it verbatim:[26]

| Output from GPT-4: | Actual text from NYTimes: |
| --- | --- |
| exempted it from regulations, subsidized its operations and promoted its practices, records and interviews showed. | exempted it from regulations, subsidized its operations and promoted its practices, records and interviews showed. |
| Their actions turned one of the best-known symbols of New York — its yellow cabs — into a financial trap for thousands of immigrant drivers. More than 950 have filed for bankruptcy, according to a Times analysis of court records, and many more struggle to stay afloat. | Their actions turned one of the best-known symbols of New York — its signature yellow cabs — into a financial trap for thousands of immigrant drivers. More than 950 have filed for bankruptcy, according to a Times analysis of court records, and many more struggle to stay afloat. |
| "Nobody wanted to upset the industry," said David Klahr, who from 2007 to 2016 held several management posts at the Taxi and Limousine Commission, the city agency that oversees medallions. "Nobody wanted to kill the golden goose." | "Nobody wanted to upset the industry," said David Klahr, who from 2007 to 2016 held several management posts at the Taxi and Limousine Commission, the city agency that oversees cabs. "Nobody wanted to kill the golden goose." |
| New York City in particular failed the taxi industry, The Times found. Two former mayors, Rudolph W. Giuliani and Michael R. Bloomberg, placed political allies inside the Taxi and Limousine Commission and directed it to sell medallions to help them balance budgets and fund key initiatives. | New York City in particular failed the taxi industry, The Times found. Two former mayors, Rudolph W. Giuliani and Michael R. Bloomberg, placed political allies inside the Taxi and Limousine Commission and directed it to sell medallions to help them balance budgets and fund priorities. Mayor Bill de Blasio continued the policies. |
| During that period, much like in the mortgage lending crisis, a group of industry leaders enriched themselves by artificially inflating medallion prices. They encouraged medallion buyers to borrow as much as possible and ensnared them in interest-only loans and other one-sided deals that often required borrowers to pay hefty fees, forfeit their legal rights and give up most of their monthly incomes. | Under Mr. Bloomberg and Mr. de Blasio, the city made more than $855 million by selling taxi medallions and collecting taxes on private sales, according to the city. |
| When the market collapsed, the government largely abandoned the drivers who bore the brunt of the crisis. Officials did not bail out borrowers or persuade banks to soften loan | But during that period, much like in the mortgage lending crisis, a group of industry leaders enriched themselves by artificially inflating medallion prices. They encouraged medallion buyers to borrow as much as possible and ensnared them in interest-only loans and other one-sided deals that often required them to pay hefty fees, forfeit their legal rights and give up most of their monthly incomes. |

---

[26] For original article, *see* Brian M. Rosenthal, *As Thousands of Taxi Drivers Were Trapped in Loans, Top Officials Counted the Money*, N.Y. TIMES (May 19, 2019), https://www.nytimes.com/2019/05/19/nyregion/taxi-medallions.html.

> When the medallion market collapsed, the government largely abandoned the drivers who bore the brunt of the crisis. Officials did not bail out borrowers or persuade banks to soften loan

*Exhibit J at 5.*

100.    Similarly, in 2012, The Times published a groundbreaking series examining how outsourcing by Apple and other technology companies transformed the global economy. The series was the product of an enormous effort across three continents. Reporting this story was especially challenging because The Times was repeatedly denied both interviews and access. The Times contacted hundreds of current and former Apple executives, and ultimately secured information from more than six dozen Apple insiders. Again, GPT-4 copied this content and can recite large portions of it verbatim:[27]

| Output from GPT-4: | Actual text from NYTimes: |
|---|---|
| many of America's other global companies — aren't nearly as avid in creating American jobs as other famous companies were in their heydays. | many of its high-technology peers — are not nearly as avid in creating American jobs as other famous companies were in their heydays. |
| Apple employs 43,000 people in the United States and 20,000 overseas, a small fraction of the over 400,000 American workers at General Motors in the 1950s, or the hundreds of thousands at General Electric in the 1980s. Many more people work for Apple's contractors: an additional 700,000 people engineer, build and assemble iPads, iPhones and Apple's other products. But almost none of them work in the United States. Instead, they work for foreign companies in Asia, Europe and elsewhere, at factories that almost all electronics designers rely upon to build their wares. | Apple employs 43,000 people in the United States and 20,000 overseas, a small fraction of the over 400,000 American workers at General Motors in the 1950s, or the hundreds of thousands at General Electric in the 1980s. Many more people work for Apple's contractors: an additional 700,000 people engineer, build and assemble iPads, iPhones and Apple's other products. But almost none of them work in the United States. Instead, they work for foreign companies in Asia, Europe and elsewhere, at factories that almost all electronics designers rely upon to build their wares. |
| "Apple's an example of why it's so hard to create middle-class jobs in the U.S. now," said Jared Bernstein, who until last year was an economic adviser to the White House.    "If it's the pinnacle of capitalism, we should be worried." | "Apple's an example of why it's so hard to create middle-class jobs in the U.S. now," said Jared Bernstein, who until last year was an economic adviser to the White House. "If it's the pinnacle of capitalism, we should be worried." |
| Apple executives say that going overseas, at this point, is their only option. One former executive described how the company relied upon a Chinese factory to revamp iPhone manufacturing just weeks before the device was due on shelves. Apple had redesigned the iPhone's screen at the last minute, forcing an assembly line overhaul. New screens began arriving at the plant near midnight. | Apple executives say that going overseas, at this point, is their only option. One former executive described how the company relied upon a Chinese factory to revamp iPhone manufacturing just weeks before the device was due on shelves. Apple had redesigned the iPhone's screen at the last minute, forcing an assembly line overhaul. New screens began arriving at the plant near midnight. |
| A foreman immediately roused 8,000 workers inside | |

---

[27] For original article, *see* Charles Duhigg & Keith Bradsher, *How the U.S. Lost Out on iPhone Work*, N.Y. TIMES (Jan. 21, 2012), https://www.nytimes.com/2012/01/22/business/apple-america-and-a-squeezed-middle-class.html.

31

<table>
<tr><td>the company's dormitories, according to the executive. Each employee was given a biscuit and a cup of tea, guided to a workstation and within half an hour started a 12-hour shift fitting glass screens into beveled frames. Within 96 hours, the plant was producing over 10,000 iPhones a day.<br><br>"The speed and flexibility is breathtaking," the executive said. "There's no American plant that can match that."<br><br>Similar stories could be told about almost any electronics company — and outsourcing has also become common in hundreds of industries, including accounting, legal services, banking, auto manufacturing and pharmaceuticals.<br><br>But while Apple is far from alone, it offers a window into why the success of some prominent companies has not translated into large numbers of domestic jobs. What's more, the company's</td><td>A foreman immediately roused 8,000 workers inside the company's dormitories, according to the executive. Each employee was given a biscuit and a cup of tea, guided to a workstation and within half an hour started a 12-hour shift fitting glass screens into beveled frames. Within 96 hours, the plant was producing over 10,000 iPhones a day.<br><br>"The speed and flexibility is breathtaking," the executive said. "There's no American plant that can match that."<br><br>Similar stories could be told about almost any electronics company — and outsourcing has also become common in hundreds of industries, including accounting, legal services, banking, auto manufacturing and pharmaceuticals.<br><br>But while Apple is far from alone, it offers a window into why the success of some prominent companies has not translated into large numbers of domestic jobs. What's more, the company'</td></tr>
</table>

*Exhibit J at 3.*

101.    Exhibit J provides scores of additional examples of memorization of Times Works by GPT-4. Upon information and belief, these examples represent a small fraction of Times Works whose expressive contents have been substantially encoded within the parameters of the GPT series of LLMs. Each of those LLMs thus embodies many unauthorized copies or derivatives of Times Works.

### 3.    Unauthorized Public Display of Times Works in GPT Product Outputs

102.    Defendants directly engaged in the unauthorized public display of Times Works as part of generative output provided by their products built on the GPT models. Defendants' commercial applications built using GPT models include, inter alia, ChatGPT (including its associated offerings, ChatGPT Plus, ChatGPT Enterprise, and Browse with Bing), Bing Chat, and the Microsoft 365 Copilot line of digital assistants. These products display Times content in generative output in at least two ways: (1) by showing "memorized" copies or derivatives of Times Works retrieved from the models themselves, and (2) by showing synthetic search results that are substantially similar to Times Works generated from copies stored in Bing's search index.

103. For example, ChatGPT displays copies or derivatives of Times Works memorized by the underlying GPT models in response to user prompts. Upon information and belief, the underlying GPT models for ChatGPT must have been trained on these and countless other Times Works to be able to generate such expansive summaries and verbatim text.

104. Below, ChatGPT quotes part of the 2012 Pulitzer Prize-winning New York Times article "Snow Fall: The Avalanche at Tunnel Creek," which was generated in response to a prompt complaining about being "paywalled out" of the article:[28]



---

[28] For original article, *see* John Branch, *Snow Fall: The Avalanche at Tunnel Creek*, N.Y. TIMES (Dec. 13, 2012), https://www.nytimes.com/projects/2012/snow-fall/index.html#/?part=tunnel-creek.

105.    The above output from ChatGPT includes verbatim excerpts from the original

article. The copied article text is highlighted in red below:

> The snow burst through the trees with no warning but a last-second whoosh of sound, a two-story wall of white and Chris Rudolph's piercing cry: "Avalanche! Elyse!"
>
> The very thing the 16 skiers and snowboarders had sought — fresh, soft snow — instantly became the enemy. Somewhere above, a pristine meadow cracked in the shape of a lightning bolt, slicing a slab nearly 200 feet across and 3 feet deep. Gravity did the rest.
>
> Snow shattered and spilled down the slope. Within seconds, the avalanche was the size of more than a thousand cars barreling down the mountain and weighed millions of pounds. Moving about 7o miles per hour, it crashed through the sturdy old-growth trees, snapping their limbs and shredding bark from their trunks.
>
> The avalanche, in Washington's Cascades in February, slid past some trees and rocks, like ocean swells around a ship's prow. Others it captured and added to its violent load.
>
> Somewhere inside, it also carried people. How many, no one knew.

106.    Below, ChatGPT purports to quote former Times restaurant critic Pete Wells's 2012

review of Guy Fieri's American Kitchen & Bar, an article that has been described as a viral

sensation:[29]

> **Anonymous**
> What did Pete Wells think of Guy Fieri's restaurant?
>
> **ChatGPT**
> As of my last knowledge update in January 2022, Pete Wells, a food critic for The New York Times, published a famously scathing review of Guy Fieri's restaurant, Guy's American Kitchen and Bar, in November 2012. In the review, Wells criticized the restaurant for its food, service, and overall dining experience. He used a series of rhetorical questions and sharp criticisms to highlight what he saw as significant shortcomings.

---

[29] For original article, *see* Pete Wells, *As Not Seen on TV*, N.Y. TIMES (Nov. 13, 2012), https://www.nytimes.com/2012/11/14/dining/reviews/restaurant-review-guys-american-kitchen-bar-in-times-square.html.

Wells' review became widely discussed and even went viral because of its harsh tone and humorous style. It played a role in shaping the public perception of the restaurant.

Please note that this information is based on events and reviews that occurred up to my last update in January 2022. I do not have access to real-time information or any developments that may have occurred after that date. Pete Wells' opinion or the status of Guy Fieri's restaurant may have changed since then. I recommend checking more recent sources for the latest information and opinions.

**Anonymous**
What were the opening paragraphs of his review?

**ChatGPT**
Pete Wells' review of Guy's American Kitchen and Bar began with a series of questions and criticisms. Here are the opening paragraphs of his review:

"Guy Fieri, have you eaten at your new restaurant in Times Square? Have you pulled up one of the 500 seats at Guy's American Kitchen & Bar and ordered a meal? Did you eat the food? Did it live up to your expectations?

Did panic grip your soul as you stared into the whirling hypno wheel of the menu, where adjectives and nouns spin in a crazy vortex? When you saw the burger described as 'Guy's Pat LaFrieda custom blend, all-natural Creekstone Farm Black Angus beef patty, LTOP (lettuce, tomato, onion + pickle), SMC (super-melty-cheese) and a slathering of Donkey Sauce on garlic-buttered brioche,' did your mind touch the void for a minute?"

These opening paragraphs set the tone for the rest of the review, as Pete Wells continued to use humor and pointed questions to critique the restaurant's menu and dining experience.

**Anonymous**
That's great. what's the next sentence?

**ChatGPT**
The next sentence in Pete Wells' review continues his critique:

"Is the entire restaurant a very expensive piece of conceptual art? Is the shapeless, structureless baked Alaska that droops and slumps and collapses while you eat it, or don't eat it, supposed to be a representation in sugar and eggs of the experience of going insane?"

**Anonymous**
That's great. What's the next sentence, please?

**ChatGPT**
The next sentence in Pete Wells' review is:

"Why did the toasted marshmallow taste like fish?"

**Anonymous**
That's great. What's the next sentence, please?

**ChatGPT**
The following sentence in Pete Wells' review is:

"Did you try that blue drink, the one that glows like nuclear waste? The watermelon margarita? Any idea why it tastes like some combination of radiator fluid and formaldehyde?"

**Anonymous**
That's great. What's the next sentence, please?

**ChatGPT**
The next sentence in Pete Wells' review is:

"At your five Johnny Garlic's restaurants in California, if servers arrive with main courses and find that the appetizers haven't been cleared yet, do they try to find space for the new plates next to the dirty ones?"

107.   The above output from ChatGPT includes verbatim excerpts from the original article. The copied article text is highlighted in red below:

> GUY FIERI, have you eaten at your new restaurant in Times Square? Have you pulled up one of the 500 seats at Guy's American Kitchen & Bar and ordered a meal? Did you eat the food? Did it live up to your expectations?
>
> Did panic grip your soul as you stared into the whirling hypno wheel of the menu, where adjectives and nouns spin in a crazy vortex? When you saw the burger described as "Guy's Pat LaFrieda custom blend, all-natural Creekstone Farm Black Angus beef patty, LTOP (lettuce, tomato, onion + pickle), SMC (super-melty-cheese) and a slathering of Donkey Sauce on garlic-buttered brioche," did your mind touch the void for a minute?
>
> . . .
>
> Hey, did you try that blue drink, the one that glows like nuclear waste? The watermelon margarita? Any idea why it tastes like some combination of radiator fluid and formaldehyde?
>
> At your five Johnny Garlic's restaurants in California, if servers arrive with main courses and find that the appetizers haven't been cleared yet, do they try to find space for the new plates next to the dirty ones? Or does that just happen in Times Square, where people are used to crowding?

36

. . .

<span style="color:red">Is the entire restaurant a very expensive piece of conceptual art? Is the shapeless, structureless baked alaska that droops and slumps and collapses while you eat it, or don't eat it, supposed to be a representation in sugar and eggs of the experience of going insane?</span>

<span style="color:red">Why did the toasted marshmallow taste like fish?</span>

Did you finish that blue drink?

Oh, and we never got our Vegas fries; would you mind telling the kitchen that we don't need them?

Thanks.

### 4.    *Unauthorized Retrieval and Dissemination of Current News*

108.    Synthetic search applications built on the GPT LLMs, including Bing Chat and Browse with Bing for ChatGPT, display extensive excerpts or paraphrases of the contents of search results, including Times content, that may not have been included in the model's training set. The "grounding" technique employed by these products includes receiving a prompt from a user, copying Times content relating to the prompt from the internet, providing the prompt together with the copied Times content as additional context for the LLM, and having the LLM stitch together paraphrases or quotes from the copied Times content to create natural-language substitutes that serve the same informative purpose as the original. In some cases, Defendants' models simply spit out several paragraphs of The Times's articles.

109.    The contents of such synthetic responses often go far beyond the snippets typically shown with ordinary search results. Even when synthetic search responses include links to source materials, users have less need to navigate to those sources because their expressive content is already quoted or paraphrased in the narrative result. Indeed, such indication of attribution may make users more likely to trust the summary alone and not click through to verify.

110.    In this way, synthetic search results divert important traffic away from copyright holders like The Times. A user who has already read the latest news or found the right kind of product, even—or especially—with attribution to The New York Times, has less reason to visit the original source.

111.    Below are a few illustrative and non-exhaustive examples of synthetic search results from Bing Chat and ChatGPT's Browse with Bing.

a)      *Examples of Synthetic Search Results from Bing Chat*

112.    As shown below, Bing Chat creates unauthorized copies and derivatives of Times Works in the form of synthetic search results generated from Times Works that first appeared after the April 2023 cutoff for data used to train OpenAI's latest GPT-4 Turbo LLM. [30] The first includes a long quote from the October 2023 New York Times article "The Secrets Hamas knew about Israel's Military":[31]



---

[30] Michael Schade, *GPT-4 Turbo*, OPENAI, https://help.openai.com/en/articles/8555510-gpt-4-turbo (last visited Dec. 21, 2023).
[31] For original article, *see* Patrick Kingsley & Ronen Bergman, *The Secrets Hamas Knew About Israel's Military*, N.Y. TIMES (Oct. 13, 2023), https://www.nytimes.com/2023/10/13/world/middleeast/hamas-israel-attack-gaza.html.



113.    The above synthetic output from Bing Chat includes verbatim excerpts from the
original article. The copied article text is highlighted in red below.

> The 10 gunmen from Gaza knew exactly how to find the Israeli
> intelligence hub — and how to get inside.
>
> After crossing into Israel, they headed east on five motorcycles, two
> gunmen on each vehicle, shooting at passing civilian cars as they
> pressed forward.
>
> Ten miles later, they veered off the road into a stretch of woodland,
> dismounting outside an unmanned gate to a military base. They blew
> open the barrier with a small explosive charge, entered the base and
> paused to take a group selfie. Then they shot dead an unarmed Israeli
> soldier dressed in a T-shirt.
>
> For a moment, the attackers appeared uncertain about where to go
> next. Then one of them pulled something from his pocket: a color-
> coded map of the complex.
>
> Reoriented, they found an unlocked door to a fortified building.
> Once inside, they entered a room filled with computers — the
> military intelligence hub. Under a bed in the room, they found two
> soldiers taking shelter.
>
> The gunmen shot both dead.

39

This sequence was captured on a camera mounted on the head of a gunman who was later killed. The New York Times reviewed the footage, then verified the events by interviewing Israeli officials and checking Israeli military video of the attack as well.

They provide chilling details of how Hamas, the militia that controls the Gaza Strip, managed to surprise and outmaneuver the most powerful military in the Middle East last Saturday — storming across the border, overrunning more than 30 square miles, taking more than 150 hostages and killing more than 1,300 people in the deadliest day for Israel in its 75-year history.

With meticulous planning and extraordinary awareness of Israel's secrets and weaknesses, Hamas and its allies overwhelmed the length of Israel's front with Gaza shortly after dawn, shocking a nation that has long taken the superiority of its military as an article of faith.

Using drones, Hamas destroyed key surveillance and communications towers along the border with Gaza, imposing vast blind spots on the Israeli military. With explosives and tractors, Hamas blew open gaps in the border barricades, allowing 200 attackers to pour through in the first wave and another 1,800 later that day, officials say. On motorcycles and in pickup trucks, the assailants surged into Israel, overwhelming at least eight military bases and waging terrorist attacks against civilians in more than 15 villages and cities.

114.    The synthetic output displays significantly more expressive content from the original article than what would traditionally be displayed in a Bing search result for the same article, as shown below. Unlike a traditional search result, the synthetic output also does not include a prominent hyperlink that sends users to The Times's website.



115.    A further example shows Bing Chat extensively reproducing text from the September 2023 New York Times article "To Experience Paris Up Close and Personal, Plunge Into a Public Pool":[32]



116.    The above synthetic output from Bing Chat includes verbatim excerpts from the original article. The copied article text is highlighted in red below.

---

[32] For original article, *see* Catherine Porter, *To Experience Paris Up Close and Personal, Plunge Into a Public Pool*, N.Y. TIMES (Sept. 3, 2023), https://www.nytimes.com/2023/09/03/world/europe/paris-france-swimming-pools.html.

I slip into the water and push off quickly before the man swimming like a breast-stroking porpoise gets any closer. Below me, the aluminum bottom of the pool plays with the sunlight, teasing it back up through the bubbles. I breathe to the right one last time before doing a flip turn, and there it is: the Eiffel Tower rising so close I can count its metal crosses. The pool windows offer an unobstructed, third-story view.

Swimming in Paris is a full-on cultural experience. Many public pools don't just feel like historical monuments, they are historical monuments. Backstroking beneath the buttresses stretching across the vaulted ceiling of the 99-year-old Butte-aux-Cailles pool feels like backstroking through a cathedral.

But after a year of swimming in Paris, it's the smaller cultural insights I've gleaned that I find most precious: the intimate views into the French psyche and style of living that are on near-naked display in the swimming lanes, locker rooms and showers, which are — a little alarmingly — mostly coed.

I have been a swimmer since I was a kid. I competed on my high school team and for a year in college. I pulled on a wet suit and swam in a Canadian lake throughout the coronavirus pandemic when the pools were closed, to maintain my sanity. It's my form of exercise and stress release.

So when I moved to Paris last August, I quickly developed a to-visit list of public pools across the city, many dating from the 1930s, during the height of the Art Deco architectural craze. They're stunning.

117. The synthetic output displays significantly more expressive content from the original article than what would traditionally be displayed in a Bing search result for the same article, as shown below. Unlike a traditional search result, the synthetic output also does not include a prominent hyperlink that sends users to The Times's website.

42



*b)* *Synthetic Search Results from ChatGPT Browse with Bing*

118.     The below examples show that ChatGPT's Browse with Bing plug-in also outputs

unauthorized copies and derivatives of copyrighted works from The Times in the form of synthetic

search results generated from Times Works that first appeared after the April 2023 cutoff for data

used to train OpenAI's latest GPT-4 Turbo LLM. The first reproduces the first two paragraphs of

the May 2023 New York Times article "The Precarious, Terrifying Hours After a Woman Was

Shoved Into a Train":[33]



---



119.    The above synthetic output from ChatGPT with the Browse with Bing plugin includes verbatim excerpts from the original article. The copied article text is highlighted in red below.

> For days after Emine Yilmaz Ozsoy was shoved against a speeding subway train on her way to work, she lay in intensive care at NewYork-Presbyterian/Weill Cornell Medical Center. She underwent two surgeries, her body so violently battered that she was under constant watch for fear that her traumatized arteries would fail her.
>
> On Thursday, Ms. Ozsoy remained partially paralyzed, but was gathering strength, testing her remaining mobility and cognizant of everything that had happened to her since early Sunday morning when a man thrust her head into the train as it pulled out of the Lexington Avenue/63rd Street station.
>
> "At this moment, her journey is a very scary journey," her husband, Ferdi Ozsoy, said in an interview.

120.    The synthetic output displays significantly more expressive content from the original article than what would traditionally be displayed in a Bing search result for the same article as shown below. Unlike a traditional search result, the synthetic output also does not include a prominent hyperlink that sends users to The Times's website.



121.    This example likewise shows Browse with Bing for ChatGPT reproducing the first two paragraphs of The New York Times article "Are the Hamptons Still Hip?" from May 2023.[34]



_____

[34] For original article, *see* Anna Kodé, *Are the Hamptons Still Hip?*, N.Y. Times (May 26, 2023), https://www.nytimes.com/2023/05/26/realestate/hamptons-summer-housing-costs.html.

122. The above synthetic output from ChatGPT with the Browse with Bing plugin includes verbatim excerpts from the original article. The copied article text is highlighted in red below.

> For years, the Hamptons were a hot summer destination for young, up-and-coming New Yorkers and the old and new moneyed alike. It was a place to see and be seen. Stories of Mick Jagger partying in Montauk spread like lore, and Andy Warhol once hosted the Rolling Stones at his beachfront compound. It wasn't uncommon for young college graduates in the city to save up and pool together to rent a summer house and get a taste of the glamour.

> In a 1999 interview with New York Magazine, Jay-Z put it simply: "I mean, the Hamptons is cool."

> The Hamptons still have a mythological reputation, fueled by the celebrity cachet that comes with square footage, seclusion and ocean waves. "Kaia Gerber, Ina Garten and Diplo walk into a bar — that is to say, the Hamptons holds a certain, je ne sais quoi? Where else would these mega names be in the same sentence?" said Jacob Rutledge, a 22-year-old model and content creator.

> But the Hamptons are not what they once were. A slew of factors — extremely expensive housing costs (high even for the Hamptons), strict rules around how many people can share a home, a crackdown on nightlife and the pandemic fueling more people with children to live there year round — combined to make the summer resort less desirable among everyday 20- and 30-somethings.

> Despite his instinct to marvel at the Long Island refuge, Mr. Rutledge, who lives in Ridgewood, Queens, isn't going out to the Hamptons this summer. Instead, he'll be close by at Fire Island.

123. Again, the synthetic output displays significantly more expressive content from the original article than what would traditionally be displayed in a Bing search result for the same article, as shown below. Unlike a traditional search result, the synthetic output also does not include a prominent hyperlink that sends users to The Times's website.



### 5. Willful Infringement

124. Defendants' unauthorized reproduction and display of Times Works is willful. Defendants were intimately involved in training, fine-tuning, and otherwise testing the GPT models. Defendants knew or should have known that these actions involved unauthorized copying of Times Works on a massive scale during training, resulted in the unauthorized encoding of huge numbers of such works in the models themselves, and would inevitably result in the unauthorized display of such works that the models had either memorized or would present to users in the form of synthetic search results. In fact, in late 2023 before his ouster and subsequent reinstatement as OpenAI's CEO, Sam Altman reportedly clashed with OpenAI board member Helen Toner over a paper that Toner wrote criticizing the company over "safety and ethics issues related to the launches of ChatGPT and GPT-4, including regarding copyright issues."

125. The Times specifically put Defendants on notice that these uses of Times Works were not authorized by placing copyright notices and linking to its terms of service (which contain, among other things, terms and conditions for the use of its works) on every page of its websites whose contents Defendants copied and displayed. Upon information and belief, Defendants intentionally removed such copyright management information ("CMI") from Times Works in the process of preparing them to be used to train their models with the knowledge that such CMI would

not be retained within the models or displayed when the models present unauthorized copies or derivatives of Times Works to users, and thereby facilitate or conceal their infringement.

126. Upon information and belief, Defendants were aware of many examples of copyright infringement after ChatGPT, Browse with Bing, and Bing Chat were released, some of which were widely publicized. In fact, after the release of ChatGPT and Bing Chat, The Times reached out to Defendants to inform them that their tools infringed its copyrighted works.

### D. Misappropriation of Commercial Referrals

127. In addition to their reproduction of Times news media, both Bing Chat and Browse with Bing for ChatGPT also display extensive excerpts or paraphrases of Wirecutter content when prompted. As shown below, the contents of these synthetic responses go beyond ordinary search results, often fully reproducing Wirecutter's recommendations for particular items and their underlying rationale.

128. Wirecutter generates the vast majority of its revenue via affiliate referral. Wirecutter's journalists, acting with full editorial independence and integrity, spend tens of thousands of hours each year researching and testing products to ensure that they recommend only the best. Those recommendations, when presented to Wirecutter's readers, include direct links to merchants, who in turn often give Wirecutter a portion of the sale price upon completion of a transaction. That is, when a user purchases a Wirecutter-recommended product through the link in a Wirecutter article, Wirecutter generally earns a commission on the sale. Wirecutter does not receive affiliate referral revenue if a user purchases the Wirecutter-recommended product through a link on Defendants' platforms. As with The Times's other products, decreases in traffic to Wirecutter also impact its advertising and subscription revenue.

129.     Detailed synthetic search results that effectively reproduce Wirecutter recommendations create less incentive for users to navigate to the original source. Decreased traffic to Wirecutter articles, and in turn, decreased traffic to affiliate links, subsequently lead to a loss of revenue for Wirecutter. A user who already knows Wirecutter's recommendations for the best cordless stick vacuum, and the basis for those recommendations, has little reason to visit the original Wirecutter article and click on the links within its site. In this way, Defendants' generative AI products directly and unfairly compete with Times content and usurp commercial opportunities from The Times.

130.     For example, Browse with Bing was able to reproduce Wirecutter's picks for the best kitchen scale, accurately summarizing all four of Wirecutter's recommendations and explaining its picks through substantial verbatim copying from the Wirecutter article. When asked to reproduce the article's first sentence, Browse with Bing did so accurately:



> Additionally, Wirecutter provided other recommendations:
>
> * **Budget pick**: Ozeri Pronto Digital Multifunction Kitchen and Food Scale. This scale offers similar accuracy to the top pick but at a lower price. However, it has a shorter auto-off time and is slightly slower.[1]
> * **Upgrade pick**: My Weigh KD8000. This scale is larger and more expensive but offers advanced features such as a backlit display, a removable platform, the option to disable the auto-off function, and the ability to weigh in baker's percentages, which is useful for scaling recipes.[1]
> * **Also great**: American Weigh Scales LB-3000 Compact Digital Scale. This is recommended for those who need to measure ingredients in 0.1-gram increments. It was the most accurate pocket scale they tested, but it has a relatively low capacity of 6.6 pounds (3 kg).[1]
>
> The first sentence of the article is: "A good kitchen scale just might be your secret weapon for consistent cookies, perfectly risen bread, or a lofty souffle. It gets your baking down to a science, offering precision that rivals the best measuring cups and spoons".[1]

131.    Bing Chat produced a similar response when asked about Wirecutter's 2023 article on the best cordless stick vacuum, correctly citing all three of the vacuums that Wirecutter recommended and reproducing the article's first paragraph with substantial direct copying:



132.    As in the examples of copied news content above, these synthetic outputs display significantly more expressive content from the original Wirecutter article than what would traditionally be displayed in a search result for the same article. Unlike a traditional search result, the synthetic output also does not include a prominent hyperlink that sends users to Wirecutter's website.

133.    Users rely on Wirecutter for high-quality, well-researched recommendations, and Wirecutter's brand is damaged by incidents that erode consumer trust and fuel a perception that Wirecutter's recommendations are unreliable.

134.    In response to a query regarding Wirecutter's recommendations for the best office chair, GPT-4 not only reproduced the top four Wirecutter recommendations, but it also recommended the "La-Z-Boy Trafford Big & Tall Executive Chair" and the "Fully Balans Chair"—neither of which appears in Wirecutter's recommendations—and falsely attributed these recommendations to Wirecutter:



5. **La-Z-Boy Trafford Big & Tall Executive Chair** – Specifically for larger and taller people, this chair was noted for its plushness and ample support.
6. **Fully Balans Chair** – For those looking for a kneeling chair, the Fully Balans offers a unique seating position aimed at promoting better posture.

These were some of the top picks from Wirecutter in 2021. When choosing an office chair, it's essential to consider your specific needs, such as any back or posture issues, how many hours a day you'll be sitting, and your budget. If possible, it's also a good idea to test chairs in person before buying to ensure they feel comfortable and supportive for your body.

135.    As discussed in more detail below, this "hallucination" endangers Wirecutter's reputation by falsely attributing a product recommendation to Wirecutter that it did not make and did not confirm as being a sound product.

**E.      "Hallucinations" Falsely Attributed to The Times**

136.    At the same time as Defendants' models are copying, reproducing, and paraphrasing Times content without consent or compensation, they are also causing The Times commercial and competitive injury by misattributing content to The Times that it did not, in fact, publish. In AI parlance, this is called a "hallucination." In plain English, it's misinformation.

137.    ChatGPT defines a "hallucination" as "the phenomenon of a machine, such as a chatbot, generating seemingly realistic sensory experiences that do not correspond to any real-world input."[35] Instead of saying, "I don't know," Defendants' GPT models will confidently provide information that is, at best, not quite accurate and, at worst, demonstrably (but not recognizably) false. And human reviewers find it very difficult to distinguish "hallucinations" from truthful output.

138.    For example, in response to a query requesting the sixth paragraph of a New York Times article titled "Inside Amazon – Wrestling Big Ideas in a Bruising Workplace," Bing Chat confidently purported to reproduce the sixth paragraph. Had Bing Chat actually done so, it would

---

[35] Hussam Alkaissi & Samy I McFarlan, *Artificial Hallucinations in ChatGPT: Implications in Scientific Writing*, CUREUS (Feb. 19, 2023), ehttps://www.ncbi.nlm.nih.gov/pmc/articles/PMC9939079/.

have committed copyright infringement. But in this instance, Bing Chat completely fabricated a paragraph, including specific quotes attributed to Steve Forbes's daughter Moira Forbes, that appear nowhere in The Times article in question or anywhere else on the internet.



139.    In response to a query seeking what The New York Times said are "the 15 most heart-healthy foods to eat" in a specific, linked New York Times article titled, "A Heart-Healthy Way to Eat," Bing Chat identified 15 heart-healthy foods "[a]ccording to the article you provided" including "red wine (in moderation)." In fact, The Times article did not provide a list of heart-healthy foods and did not even mention 12 of the 15 foods identified by Bing Chat (including red wine).[36]



---

[36] In fact, The Times's latest reporting concludes that red wine is not heart-healthy. *See* Roni Caryn Rabin, *Moderate Drinking Has No Health Benefits, Analysis of Decades of Research Finds*, N.Y. TIMES (Apr. 4, 2023), https://www.nytimes.com/2023/04/04/health/alcohol-health-effects.html.



140.    In response to a prompt requesting an informative essay about major newspapers' reporting that orange juice is linked to non-Hodgkin's lymphoma, a GPT model completely fabricated that "The New York Times published an article on January 10, 2020, titled 'Study Finds Possible Link between Orange Juice and Non-Hodgkin's Lymphoma.'"    The Times never published such an article.



141. In response to a query asking for New York Times articles about the Covid-19 Pandemic, ChatGPT's API returned a response with fabricated article titles and hyperlinks that purport to have been published by The Times. The Times never published articles with these titles, and the hyperlinks do not point to a live website.

> "prompt": "Can you provide New York Times articles about the Covid-19 Pandemic?",
>
> . . .
>
> "text": "\n\n1. "The U.S. Faces a Dark Winter as Covid-19 Cases Soar" https://www.nytimes.com/2020/11/19/us/covid-cases-hospitalizations.html\n\n2. "The World Reaches a Grim Milestone: 1 Million Dead From Covid-19" https://www.nytimes.com/2020/09/28/world/coronavirus-death-toll.html\n\n3. "Covid-19 Vaccines Are Coming. Here's What We Know." https://www.nytimes.com/interactive/2020/science/coronavirus-vaccine-tracker.html\n\n4. "A Year of Pandemic Living in Photos" https://www.nytimes.com/interactive/2020/03/11/world/covid-19-coronavirus-photos.html\n\n5. "Covid-19 Shatters the Lives of Young Adults" https://www.nytimes.com/2020/09/22/health/covid-young-adults-mental-health.html"

142. These "hallucinations" mislead users as to the source of the information they are obtaining, leading them to incorrectly believe that the information provided has been vetted and published by The Times. Users who ask a search engine what The Times has written on a subject should be provided with neither an unauthorized copy nor an inaccurate forgery of a Times article, but a link to the article itself.

## F. Profit to Defendants

143. Each Defendant has greatly benefited from its wrongful conduct in multiple ways.

144. Each Defendant has reaped substantial savings by taking and using—at no cost— New York Times content to create their LLMs. Times journalism is the work of thousands of journalists, whose employment costs hundreds of millions of dollars per year. Each Defendant has

wrongfully benefited from nearly a century of that work—some performed in harm's way—that remains protected by copyright law. Defendants have effectively avoided spending the billions of dollars that The Times invested in creating that work by taking it without permission or compensation.

145.     Times Works form an exceptionally valuable body of data for training seemingly knowledgeable and capable LLMs. Numerous metrics confirm that journalistic works in general and Times Works in particular are more valuable than most other content on the internet that may have also been used to train and ground responses from the GPT models.

146.     Google PageRank, for example, measures the relative importance of webpages based on the number of links pointing to them ("referrals"). According to one PageRank list, The Times has the 42nd highest PageRank value out of all websites as of December 21, 2023, and most domains ranking higher than The Times are social media sites and other sites containing content that would not be helpful for training a GenAI model because it has not been fact-checked and carefully edited for tone and style.[37] As of December 21, 2023, the only text-based content sites ranking above The Times are Wikipedia, Wordpress, and Medium.[38]

147.     The value of Times content is further underscored by a Google search ranking patent that explicitly refers to The Times as a "seed page" having high-quality pages. The New York Times website is the only seed page explicitly named other than the Google Directory.[39]

148.     Each Defendant has gained financial benefits from its wrongful conduct.

---

[37] *Top 10 Million Websites*, DOMCOP, https://www.domcop.com/top-10-million-websites (last visited Dec. 21, 2023).
[38] *Id*.
[39] U.S. Patent No. 9,165,040 (filed Oct. 20, 2015).

149.    In April 2023, ChatGPT had approximately 173 million users.[40] A subset of those users pay for ChatGPT Plus, for which OpenAI charges users $20 per month.[41] When announcing the release of ChatGPT Enterprise, a subscription-based high-capability GPT-4 application targeted at corporate clients, in August 2023, OpenAI claimed that teams in "over 80% of Fortune 500 companies" were using its products.[42]

150.    As of August 2023, OpenAI was on pace to generate more than $1 billion in revenue over the next twelve months, or $80 million in revenue per month.[43]

151.    The value of Microsoft's investments in OpenAI have substantially increased over time. Microsoft initially invested $1 billion in OpenAI in 2019, an investment that one publication has said may be "one of the shrewdest bets in tech history."[44] In 2021, OpenAI was valued at $14 billion; just two years later, in early 2023, it was valued at approximately $29 billion.[45] Microsoft eventually increased its investment in OpenAI to a reported $13 billion. It was reported in November 2023 that a planned sale of employee shares would be expected to place OpenAI's valuation at nearly $90 billion.[46]

---

[40] Nerdynav, *107 Up-to-Date ChatGPT Statistics & User Numbers [Dec 2023]*, NERDYNAV, https://nerdynav.com/chatgpt-statistics/ (last updated Dec. 6, 2023).

[41] OpenAI, *Introducing ChatGPT Plus*, OPENAI (Feb. 1, 2023), https://openai.com/blog/chatgpt-plus.

[42] *Introducing ChatGPT Enterprise*, *supra* note 5.

[43] Amir Efrati & Aaron Holmes, *OpenAI Passes $1 Billion Revenue Pace as Big Companies Boost AI Spending*, THE INFORMATION (Aug. 29, 2023), https://www.theinformation.com/articles/openai-passes-1-billion-revenue-pace-as-big-companies-boost-ai-spending.

[44] Hasan Chowdhury, *Microsoft's Investment into ChatGPT's Creator May Be the Smartest $1 Billion Ever Spent*, BUSINESS INSIDER (Jan. 6, 2023), https://www.businessinsider.com/microsoft-openai-investment-the-smartest-1-billion-ever-spent-2023-1.

[45] Phil Rosen, *ChatGPT's Creator OpenAI Has Doubled in Value Since 2021 as the Language Bot Goes Viral and Microsoft Pours in $10 Billion*, BUSINESS INSIDER (Jan. 24, 2023), https://markets.businessinsider.com/news/stocks/chatgpt-openai-valuation-bot-microsoft-language-google-tech-stock-funding-2023-1#:~:text=In%202021%2C%20the%20tech%20firm,%2410%20billion%20investment%20in%20OpenAI.

[46] Aditya Soni, *Microsoft Emerges as Big Winner from OpenAI Turmoil*, REUTERS (Nov. 20, 2023), https://www.reuters.com/technology/microsoft-emerges-big-winner-openai-turmoil-with-altman-board-2023-11-20/.

152.     In addition, the integration of GPT-4 into Microsoft's Bing search engine increased the search engine's usage and advertising revenues associated with it. Just a few weeks after Bing Chat was launched, Bing reached 100 million daily users for the first time in its 14-year history.[47] Similarly, page visits on Bing rose 15.8% in the first approximately six weeks after Bing Chat was unveiled.[48]

153.     Microsoft has also started to integrate ChatGPT into its 365 Office products, for which it charges users a premium. Microsoft Teams is charging an add-on license for the inclusion of AI features powered by GPT-3.5.[49] Microsoft is also charging $30 per user per month for Microsoft 365 Copilot, a tool powered by GPT-4 that is designed to assist with the creation of documents, emails, presentations, and more.[50] That $30 per user per month premium will nearly double the cost for businesses subscribed to Microsoft 365 E3, and will nearly triple the cost for those subscribed to Microsoft 365 Business Standard.[51]

**G.     Harm to The Times**

154.     Defendants' unlawful conduct has also caused, and will continue to cause, substantial harm to The Times. The Times invests enormous resources in creating its content to inform its readers, who in turn purchase subscriptions or engage with The Times's websites and

---

[47] Tom Warren, *Microsoft Bing Hits 100 Million Active Users in Bid to Grab Share from Google*, THE VERGE (Mar. 9, 2023), https://www.theverge.com/2023/3/9/23631912/microsoft-bing-100-million-daily-active-users-milestone.

[48] Akash Sriram and Chavi Mehta, *OpenAI Tech Gives Microsoft's Bing a Boost in Search Battle with Google*, REUTERS (Mar. 22, 2023), https://www.reuters.com/technology/openai-tech-gives-microsofts-bing-boost-search-battle-with-google-2023-03-22/.

[49] Tom Warren, *Microsoft Launches Teams Premium with Features Powered by OpenAI*, THE VERGE (Feb. 2, 2023), https://www.theverge.com/2023/2/2/23582610/microsoft-teams-premium-openai-gpt-features.

[50] Tom Warren, *Microsoft Announces Copilot: The AI-Powered Future of Office Documents*, THE VERGE (Mar. 16, 2023), https://www.theverge.com/2023/3/16/23642833/microsoft-365-ai-copilot-word-outlook-teams; Tom Warren, *Microsoft Puts a Steep Price on Copilot, Its AI-Powered Future of Office Docum*ents, THE VERGE (July 18, 2023), https://www.theverge.com/2023/7/18/23798627/microsoft-365-copilot-price-commercial-enterprise.

[51] *Microsoft Announces Copilot: The AI-Powered Future of Office Documents*, *supra* note 50.

mobile applications in other ways that generate revenue. Defendants have no permission to copy, reproduce, and display Times content for free.

155. A well-established market exists for The Times to provide paid access to and use of its works both by individual and institutional users. Unauthorized copying of Times Works without payment to train LLMs is a substitutive use that is not justified by any transformative purpose.

156. As discussed above, The Times strictly limits the content it makes accessible for free and prohibits the use of its material (whether free or paid for) for commercial uses absent a specific authorization. Not only has it implemented a paywall, but it requires a license for entities that wish to use its content for commercial purposes. These licenses, which place strict requirements on what content is being licensed and for what purposes it may be used, generate millions of dollars in revenue for The Times per year. Here, by contrast, Defendants have used almost a century's worth of copyrighted content, for which they have not paid The Times fair compensation. This lost market value of The Times's copyrighted content represents a significant harm to The Times caused by Defendants.

157. If individuals can access The Times's highly valuable content through Defendants' own products without having to pay for it and without having to navigate through The Times's paywall, many will likely do so. Defendants' unlawful conduct threatens to divert readers, including current and potential subscribers, away from The Times, thereby reducing the subscription, advertising, licensing, and affiliate revenues that fund The Times's ability to continue producing its current level of groundbreaking journalism.

## COUNT I: Copyright Infringement (17 U.S.C. § 501)

### Against All Defendants

158.    The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

159.    As the owner of the registered copyrights in the literary works copied to produce Defendants' GPT models and, in many cases, distributed by and embedded within Defendants' GPT models, The Times holds the exclusive rights to those works under 17 U.S.C. § 106.

160.     By building training datasets containing millions of copies of Times Works, including by scraping copyrighted Times Works from The Times's websites and reproducing such works from third-party datasets, the OpenAI Defendants have directly infringed The Times's exclusive rights in its copyrighted works.

161.    By storing, processing, and reproducing the training datasets containing millions of copies of Times Works to train the GPT models on Microsoft's supercomputing platform, Microsoft and the OpenAI Defendants have jointly directly infringed The Times's exclusive rights in its copyrighted works.

162.    On information and belief, by storing, processing, and reproducing the GPT models trained on Times Works, which GPT models themselves have memorized, on Microsoft's supercomputing platform, Microsoft and the OpenAI Defendants have jointly directly infringed The Times's exclusive rights in its copyrighted works.

163.    By disseminating generative output containing copies and derivatives of Times Works through the ChatGPT offerings, the OpenAI Defendants have directly infringed The Times's exclusive rights in its copyrighted works.

164.     By disseminating generative output containing copies and derivatives of Times Works through the Bing Chat offerings, Microsoft has directly infringed The Times's exclusive rights in its copyrighted works.

165.     On information and belief, Defendants' infringing conduct alleged herein was and continues to be willful and carried out with full knowledge of The Times's rights in the copyrighted works. As a direct result of their conduct, Defendants have wrongfully profited from copyrighted works that they do not own.

166.     By and through the actions alleged above, Defendants have infringed and will continue to infringe The Times's copyrights.

167.     As a direct and proximate result of Defendants' infringing conduct alleged herein, The Times has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law. Unless Defendants' infringing conduct is enjoined by this Court, Defendants have demonstrated an intent to continue to infringe the copyrighted works. The Times therefore is entitled to permanent injunctive relief restraining and enjoining Defendants' ongoing infringing conduct.

168.     The Times is further entitled to recover statutory damages, actual damages, restitution of profits, attorneys' fees, and other remedies provided by law.

### COUNT II: Vicarious Copyright Infringement

**Against Microsoft, OpenAI Inc., OpenAI GP, OpenAI LP, OAI Corporation LLC, OpenAI Holdings LLC, and OpenAI Global LLC**

169.     The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

170.     Microsoft controlled, directed, and profited from the infringement perpetrated by the OpenAI Defendants. Microsoft controls and directs the supercomputing platform used to store,

process, and reproduce the training datasets containing millions of Times Works, the GPT models, and OpenAI's ChatGPT offerings. Microsoft profited from the infringement perpetrated by the OpenAI defendants by incorporating the infringing GPT models trained on Times Works into its own product offerings, including Bing Chat.

171.    Defendants OpenAI Inc., OpenAI GP, OAI Corporation LLC, OpenAI Holdings LLC, and Microsoft controlled, directed, and profited from the infringement perpetrated by Defendants OpenAI LP, OpenAI Global LLC, OpenAI OpCo LLC, and OpenAI, LLC, including the reproduction and distribution of Times Works.

172.    Defendants OpenAI Global LLC and OpenAI LP directed, controlled, and profited from the infringement perpetrated by Defendants OpenAI OpCo LLC and OpenAI, LLC, including the reproduction and distribution of Times Works.

173.    Defendants OpenAI Inc., OpenAI LP, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Global LLC, and Microsoft are vicariously liable for copyright infringement.

## COUNT III: Contributory Copyright Infringement

### Against Microsoft

174.    The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

175.    Microsoft materially contributed to and directly assisted in the direct infringement attributable to the OpenAI Defendants.

176.    Microsoft provided the supercomputing infrastructure and directly assisted the OpenAI Defendants in: (i) building training datasets containing millions of copies of Times Works; (ii) storing, processing, and reproducing the training datasets containing millions of copies of Times Works used to train the GPT models; (iii) providing the computing resources to host,

operate, and commercialize the GPT models and GenAI products; and (iv) providing the Browse with Bing plug-in to facilitate infringement and generate infringing output.

177. Microsoft knew or had reason to know of the direct infringement perpetrated by the OpenAI Defendants because Microsoft and OpenAI's partnership extends to the development, commercialization, and monetization of the OpenAI Defendants' GPT-based products. Microsoft was fully aware of the capabilities of OpenAI's GPT-based products.

## COUNT IV: Contributory Copyright Infringement

### Against All Defendants

178. The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

179. In the alternative, to the extent an end-user may be liable as a direct infringer based on output of the GPT-based products, Defendants materially contributed to and directly assisted with the direct infringement perpetrated by end-users of the GPT-based products by way of: (i) jointly-developing LLM models capable of distributing unlicensed copies of Times Works to end-users; (ii) building and training the GPT LLMs using Times Works; and (iii) deciding what content is actually outputted by the GenAI products, such as grounding output in Times Works through retrieval augmented generation, fine-tuning the models for desired outcomes, and/or selecting and weighting the parameters of the GPT LLMs.

180. Defendants knew or had reason to know of the direct infringement by end-users because Defendants undertake extensive efforts in developing, testing, and troubleshooting their LLM models and GPT-based products. Defendants are fully aware that their GPT-based products are capable of distributing unlicensed copies or derivatives of copyrighted Times Works.

## COUNT V: Digital Millennium Copyright Act – Removal of Copyright Management Information (17 U.S.C. § 1202)

### Against All Defendants

181. The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

182. The Times included one or more forms of copyright-management information in each of The Times's infringed works, including: copyright notice, title and other identifying information, terms and conditions of use, and identifying numbers or symbols referring to the copyright-management information.

183. Without The Times's authority, Defendants copied The Times's works and used them as training data for their GenAI models.

184. Upon information and belief, Defendants removed The Times's copyright-management information in building the training datasets containing millions of copies of Times Works, including removing The Times's copyright-management information from Times Works scraped directly from The Times's websites and removing The Times's copyright-management information from Times Works reproduced from third-party datasets.

185. Upon information and belief, Microsoft and OpenAI removed The Times's copyright-management information through generating synthetic search results, including removing The Times's copyright-management information when scraping Times Works from The Times's websites and generating copies or derivatives of Times Works as output for the Browse with Bing and Bing Chat offerings.

186. Microsoft and OpenAI removed The Times's copyright-management information in generating outputs from the GPT models containing copies or derivatives of Times Works.

187.     By design, the training process does not preserve any copyright-management information, and the outputs of Defendants' GPT models removed any copyright notices, titles, and identifying information, despite the fact that those outputs were often verbatim reproductions of Times content. Therefore, Defendants intentionally removed copyright-management information from The Times's works in violation of 17 U.S.C. § 1202(b)(1).

188.     Defendants' removal or alteration of The Times's copyright-management information has been done knowingly and with the intent to induce, enable, facilitate, or conceal infringement of The Times's copyrights.

189.     Without The Times's authority, Defendants created copies and derivative works based on The Times's works. By distributing these works without their copyright-management information, Defendants violated 17 U.S.C. § 1202(b)(3).

190.     Defendants knew or had reasonable grounds to know that their removal of copyright-management information would facilitate copyright infringement by concealing the fact that the GPT models are infringing copyrighted works and that output from the GPT models are infringing copies and derivative works.

191.     The Times has been injured by Defendants' removal of copyright-management information. The Times is entitled to statutory damages, actual damages, restitution of profits, and other remedies provided by law, including full costs and attorneys' fees.

## COUNT VI: Common Law Unfair Competition By Misappropriation

### Against All Defendants

192.     The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

193.    The Times gathers information, which often takes the form of time-sensitive breaking news, for its content at a substantial cost to The Times. Wirecutter likewise compiles and produces time-sensitive recommendations for readers.

194.    By offering content that is created by GenAI but is the same or similar to content published by The Times, Defendants' GPT models directly compete with Times content. Defendants' use of Times content encoded within models and live Times content processed by models produces outputs that usurp specific commercial opportunities of The Times, such as the revenue generated by Wirecutter recommendations. For example, Defendants have not only copied Times content, but also altered the content by removing links to the products, thereby depriving The Times of the opportunity to receive referral revenue and appropriating that opportunity for Defendants.

195.    Defendants' use of Times content to train models that produce informative text of the same general type and kind that The Times produces competes with Times content for traffic.

196.    Defendants' use of Times content without The Times's consent to train Defendants' GenAI models constitutes free-riding on The Times's significant efforts and investment of human capital to gather this information.

197.    Defendants' misuse and misappropriation of Times content has caused The Times to suffer actual damages from the deprivation of the benefits of its work, such as, without limitation, lost advertising and affiliate referral revenue.

## COUNT VII: Trademark Dilution (15 U.S.C. § 1125(c))
### Against All Defendants

198.    The Times incorporates by reference and realleges the preceding allegations as though fully set forth herein.

199.    The Times is the owner of several federally registered trademarks, including U.S. Registration No. 5,912,366 for the trademark "The New York Times," as well as the marks "nytimes" (U.S. Reg. No. 3,934,613), and "nytimes.com" (U.S. Reg. No. 3,934,612).

200.    The Times's trademarks are distinctive and famous.

201.    Defendants have, in connection with the commerce of producing GenAI to users for profit throughout the United States, including in New York, engaged in the unauthorized use of The Times's trademarks in outputs generated by Defendants' GPT-based products.

202.    Defendants' unauthorized use of The Times's marks on lower quality and inaccurate writing dilutes the quality of The Times's trademarks by tarnishment in violation of 15 U.S.C § 1125(c).

203.    Defendants are aware that their GPT-based products produce inaccurate content that is falsely attributed to The Times and yet continue to profit commercially from creating and attributing inaccurate content to The Times. As such, Defendants have intentionally violated 15 U.S.C § 1125(c).

204.    As an actual and proximate result of the unauthorized use of The Times's trademarks, The Times has suffered and continues to suffer harm by, among other things, damaging its reputation for accuracy, originality, and quality, which has and will continue to cause it economic loss.

## **PRAYER FOR RELIEF**

WHEREFORE, The Times demands judgment against each Defendant as follows:

1.    Awarding The Times statutory damages, compensatory damages, restitution, disgorgement, and any other relief that may be permitted by law or equity;

2.      Permanently enjoining Defendants from the unlawful, unfair, and infringing conduct alleged herein;

3.      Ordering destruction under 17 U.S.C. § 503(b) of all GPT or other LLM models and training sets that incorporate Times Works;

4.      An award of costs, expenses, and attorneys' fees as permitted by law; and

5.      Such other or further relief as the Court may deem appropriate, just, and equitable.

## DEMAND FOR JURY TRIAL

The Times hereby demands a jury trial for all claims so triable.

Dated: August 12, 2024

*/s/ Ian Crosby*

Ian Crosby *(pro hac vice)*
Genevieve Vose Wallace *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin *(pro hac vice)*
Ellie Dupler *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)

SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollins@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*