**_Raw Story Media_, 1:24–cv–01514–CM,**

**Docket Sheet and Complaint**

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24–cv–01514–CM

Raw Story Media, Inc. et al v. OpenAI Inc. et al
Assigned to: Judge Colleen McMahon
Cause: 17:1201 Digital Millennium Copyright Act

Date Filed: 02/28/2024
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Raw Story Media, Inc.**                    represented by  **Jon Loevy**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: jon@loevy.com
*ATTORNEY TO BE NOTICED*

**Kyle D. Wallenberg**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: wallenberg@loevy.com
*ATTORNEY TO BE NOTICED*

**Lauren Carbajal**
Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
312–243–5900
Email: carbajal@loevy.com
*ATTORNEY TO BE NOTICED*

**Matthew Topic**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: matt@loevy.com
*ATTORNEY TO BE NOTICED*

**Michael Kanovitz**
Loevy & Loevy
311 N Aberdeen St
Ste 3rd Floor
Chicago, IL 60607
312–243–5900
Email: mike@loevy.com
*ATTORNEY TO BE NOTICED*

**Steven Art**
Loevy & Loevy Attorneys at Law
311 N. Aberdeen
Third Floor
Chicago

Chicago, IL 60607
312–243–5900
Email: steve@loevy.com
*ATTORNEY TO BE NOTICED*

**Thomas Kayes**
Loevy & Loevy
311 N Aberdeen St
3rd Fl
Chicago, IL 60607
312–243–5900
Email: kayes@loevy.com
*ATTORNEY TO BE NOTICED*

**Stephen Stich Match**
Loevy & Loevy
311 North Aberdeen Street
Ste 3rd Floor
Chicago, IL 90035
520–488–0486
Email: match@loevy.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AlterNet Media, Inc.**             represented by **Jon Loevy**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Kyle D. Wallenberg**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Lauren Carbajal**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Matthew Topic**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Michael Kanovitz**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Steven Art**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Thomas Kayes**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Stephen Stich Match**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OpenAI Inc.**                      represented by **Allison Levine Stillman**
                                     Latham & Watkins LLP
                                     1271 Avenue of the Americas
                                     New York, NY 10020

212−906−1200
Fax: 212−751−4864
Email: alli.stillman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
Latham & Watkins, LLP (SanFran)
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
(415)−391−0600
Fax: (415)−395−8095
Email: andrew.gass@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202−637−2200
Fax: 202−637−2201
Email: elana.nightingaledawson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212−906−1200
Fax: 212−751−4864
Email: herman.yue@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: JGratz@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Email: joe.wetzel@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212−906−1200
Email: michael.david@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: rachel.blitzer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: rvannest@keker.com
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017–3543
213–892–5200
Fax: 213–892–5454
Email: ABennett@mofo.com
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: abruns@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
Keker, Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
415–629–0257
Email: adawson@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: APerito@mofo.com
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202–650–4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: ebayley@keker.com
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212–336–4123
Fax: 212–468–7900
Email: ewood@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111
415–962–8806
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: luke.budiardjo@lw.com
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111
415−391−5400
Fax: 415−397−7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415−391−5400
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415−391−5400
Fax: 415−397−1788
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)−391−5400
Fax: (415)−397−7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rose Lee**
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
213−892−5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415)−391−5400
Fax: (415)−397−7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: vranieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212−906−1200
Email: elaine.zhong@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP LLC**                                     represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI LLC**                                     represented by

**Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI OpCo LLC**                    represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Global LLC**                    represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OAI Corporation, LLC**                represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI Holdings, LLC**                represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | 1 | COMPLAINT against OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC–29007160)Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 2 | **FILING ERROR – DEFICIENT – SIGNATURE ERROR –** CIVIL COVER SHEET filed..(Match, Stephen) Modified on 2/29/2024 (vf). (Entered: 02/28/2024) |
| 02/28/2024 | 3 | NOTICE OF APPEARANCE by Stephen Stich Match on behalf of AlterNet Media, Inc., Raw Story Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/28/2024 | 5 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 23–cv–11195. Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/29/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Stephen Stich Match to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Signature Error. The Form is not properly signed. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | Case Designated ECF. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 1:23–cv–11195. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Stephen Stich Match to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | 6 | CIVIL COVER SHEET filed..(Match, Stephen) (Entered: 02/29/2024) |
| 02/29/2024 | 7 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Match, Stephen) (Entered: 02/29/2024) |
| 03/01/2024 | 8 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(gp) (Entered: 03/01/2024) |
| 03/04/2024 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. OAI Corporation, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Global LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI GP LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 12 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Holdings, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI OpCo LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Inc. waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by AlterNet Media, Inc.; Raw Story Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/05/2024 | | CASE DECLINED AS NOT RELATED. Case referred as related to 1:23–cv–11195–SHS and declined by Judge Sidney H. Stein and returned to wheel for assignment. (tro) (Entered: 03/05/2024) |

| 03/05/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge Unassigned is no longer assigned to the case..(tro) (Entered: 03/05/2024) |
|---|---|---|
| 03/05/2024 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (tro) (Entered: 03/05/2024) |
| 03/06/2024 | 16 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/18/2024 at 10:45 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 3/6/2024) (ks) (Entered: 03/06/2024) |
| 03/13/2024 | 17 | MOTION for Lauren Carbajal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29075176. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Declaration of Lauren Carbajal, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Carbajal, Lauren) (Entered: 03/13/2024) |
| 03/13/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Lauren Carbajal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29075176. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/13/2024) |
| 03/14/2024 | 18 | ORDER FOR ADMISSION PRO HAC VICE granting 17 Motion for Lauren Carbajal to Appear Pro Hac Vice. The motion of Lauren Carbajal for admission to appear pro hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Lauren Carbajal is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court. including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 3/14/24) (yv) (Entered: 03/14/2024) |
| 03/19/2024 | 19 | MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29101044. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit Declaration of Vera Ranieri in Support of Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order to Grant the Admission of Vera Ranieri Pro Hac Vice).(Ranieri, Vera) (Entered: 03/19/2024) |
| 03/19/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 19 MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29101044. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/19/2024) |
| 03/19/2024 | 20 | NOTICE OF APPEARANCE by Allison Levine Stillman on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Stillman, Allison) (Entered: 03/19/2024) |
| 03/21/2024 | 21 | NOTICE OF APPEARANCE by Joseph Richard Wetzel, Jr on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Wetzel, Joseph) (Entered: 03/21/2024) |
| 03/21/2024 | 22 | NOTICE OF APPEARANCE by Luke Budiardjo on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Budiardjo, Luke) (Entered: 03/21/2024) |
| 03/21/2024 | 23 | MOTION for Matthew Topic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114160. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit Topic Decl, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Topic, Matthew) (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for Matthew Topic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114160. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |
| 03/21/2024 | 24 | MOTION for Jonathan Loevy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114417. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Loevy Decl, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Loevy, Jon) (Entered: 03/21/2024) |
| 03/21/2024 | 25 | MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114498. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit Declaration of Joseph C. Gratz, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission Pro Hac Vice).(Gratz, Joseph) (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Jonathan Loevy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114417. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114498. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |
| 03/21/2024 | 26 | MOTION for Michael Kanovitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29115018. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Kanovitz Decl, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Kanovitz, Michael) (Entered: 03/21/2024) |
| 03/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Michael Kanovitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29115018. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 03/22/2024) |
| 03/25/2024 | 27 | ORDER FOR ADMISSION PRO HAC VICE granting 26 Motion for Michael Kanovitz to Appear Pro Hac Vice. The motion of Michael Kanovitz for admission to appear pro hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Michael Kanovitz is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 3/25/24) (yv) (Entered: 03/25/2024) |
| 03/25/2024 | 28 | ORDER FOR ADMISSION PRO HAC VICE granting 23 Motion for Matthew Topic to Appear Pro Hac Vice. The motion of Matthew Topic for admission to appear pro hac vice in the above–captionedmatter is granted. IT IS HEREBY ORDERED that Michael Kanovitz is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 3/25/24) (yv) (Entered: 03/25/2024) |
| 03/25/2024 | 29 | ORDER FOR ADMISSION PRO HAC VICE granting 24 Motion for Jonathan Loevy to Appear Pro Hac Vice. The motion of Jonathan Loevy for admission to appear pro |

| | | |
|---|---|---|
| | | hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Michael Kanovitz is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 3/25/24) (yv) (Entered: 03/25/2024) |
| 03/25/2024 | 30 | ORDER GRANTING ADMISSION OF JOSEPH C. GRATZ PRO HAC VICE granting 25 Motion for Joseph C. Gratz to Appear Pro Hac Vice. The motion of Joseph C. Gratz for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/25/24) (yv) (Entered: 03/25/2024) |
| 03/26/2024 | 31 | MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133713. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit Declaration of Rose S. Lee in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Rose S. Lee Pro Hac Vice).(Lee, Rose) (Entered: 03/26/2024) |
| 03/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133713. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/26/2024) |
| 03/26/2024 | 32 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133922. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit Declaration of Allyson R. Bennett in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Allyson R. Bennett Pro Hac Vice).(Bennett, Allyson) (Entered: 03/26/2024) |
| 03/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133922. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/26/2024) |
| 03/27/2024 | 33 | ORDER GRANTING ADMISSION OF ALLYSON R. BENNETT PRO HAC VICE granting 32 Motion for Allyson R. Bennett to Appear Pro Hac Vice. The motion of Allyson R. Bennett for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/27/24) (yv) (Entered: 03/27/2024) |
| 03/27/2024 | 34 | ORDER GRANTING ADMISSION OF ROSE S. LEE PRO HAC VICE granting 31 Motion for Rose S. Lee to Appear Pro Hac Vice. The motion of Rose S. Lee for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/27/24) (yv) (Entered: 03/27/2024) |
| 03/29/2024 | 35 | MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29153874. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, |

| | | |
|---|---|---|
| | | OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # <u>1</u> Affidavit / Declaration of Andrew M. Gass in Support of Motion to Admit Counsel Pro Hac Vice, # <u>2</u> Exhibit A – Certificate of Good Standing, # <u>3</u> Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gass, Andrew) (Entered: 03/29/2024) |
| 03/29/2024 | <u>36</u> | NOTICE OF APPEARANCE by Sarang Damle on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Damle, Sarang) (Entered: 03/29/2024) |
| 04/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>35</u> MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29153874. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/01/2024) |
| 04/10/2024 | <u>37</u> | JOINT MOTION for Telephonic Conference . Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 04/10/2024) |
| 04/10/2024 | <u>38</u> | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 04/10/2024) |
| 04/11/2024 | <u>39</u> | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting <u>35</u> Motion for Andrew M. Gass to Appear Pro Hac Vice. The motion of Andrew M. Gass for admission to practice pro hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in theabove–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/11/24) (yv) (Entered: 04/11/2024) |
| 04/12/2024 | <u>40</u> | MEMO ENDORSED ORDER granting <u>37</u> Motion re: <u>37</u> JOINT MOTION for Telephonic Conference . ENDORSEMENT: Conference case by telephone on 4/18/2024 at 10:45 am. (Signed by Judge Colleen McMahon on 4/12/24) (yv) (Entered: 04/12/2024) |
| 04/12/2024 | | Set/Reset Hearings: Telephone Conference set for 4/18/2024 at 10:45 AM before Judge Colleen McMahon. (yv) (Entered: 04/12/2024) |
| 04/12/2024 | <u>41</u> | ORDER GRANTING ADMISSION OF VERA RANIERI PRO HAC VICE granting <u>19</u> Motion for Vera Ranieri to Appear Pro Hac Vice. The motion of Vera Ranieri for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/12/24) (yv) (Entered: 04/12/2024) |
| 04/16/2024 | <u>42</u> | LETTER addressed to Judge Colleen McMahon from Matthew Topic dated 04/16/2024 re: Telephonic Scheduling Conference. Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 04/16/2024) |
| 04/16/2024 | <u>43</u> | MEMO ENDORSEMENT on re: <u>42</u> Letter Telephonic Scheduling Conference filed by AlterNet Media, Inc., Raw Story Media, Inc. ENDORSEMENT: A telephone conference has been scheduled for Thursday, April 18, 2024 at 10:45 A.M. before the Honorable Colleen McMahon,United States District Judge. Parties should dial in at 1 (888)363–4749, access code (9054506) to join the conference. (Signed by Judge Colleen McMahon on 4/16/24) (yv) (Entered: 04/16/2024) |
| 04/17/2024 | <u>44</u> | NOTICE OF APPEARANCE by Yijun Zhong on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Zhong, Yijun) (Entered: 04/17/2024) |
| 04/18/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon: Telephone Conference held on 4/18/2024. Hearing held. No stay for discovery. Motion to dismiss due 4/29/2024; opposition to motion 5/13/2024, replies 5/20/24. Submitted by: Taji Hutchins. (mde) Modified on 4/19/2024 (mde). (Entered: 04/18/2024) |

| | | |
|---|---|---|
| 04/23/2024 | 45 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29260654. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit of Robert A. Van Nest Jr, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Van Nest, Robert) Modified on 4/23/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | 46 | NOTICE OF APPEARANCE by Robert A. Van Nest on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Van Nest, Robert) (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 45 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29260654. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (rju)** (Entered: 04/23/2024) |
| 04/23/2024 | 47 | NOTICE OF APPEARANCE by Paven Malhotra on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Malhotra, Paven) (Entered: 04/23/2024) |
| 04/23/2024 | 48 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29261469. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit Affidavit of R. James Slaughter, # 2 Exhibit Exhibit A, # 3 Proposed Order Proposed Order).(Slaughter, R.) Modified on 4/23/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 48 MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29261469. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (rju)** (Entered: 04/23/2024) |
| 04/23/2024 | 49 | MOTION for R. James Slaughter to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of R. James Slaughter, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Slaughter, R.) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 49 MOTION for R. James Slaughter to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 50 | MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC–29260654.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of Robert A. Van Nest Jr, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Van Nest, Robert) (Entered: 04/24/2024) |

| | | |
|---|---|---|
| 04/24/2024 | 51 | MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29265858. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit Declaration of Nicholas S. Goldberg in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Goldberg, Nicholas) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 50 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC−29260654.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29265858. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 52 | MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266047. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit /Declaration of Michelle Ybarra, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Ybarra, Michelle) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29266047. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/25/2024 | 53 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 49 Motion for R. James Slaughter to Appear Pro Hac Vice.The motion of R. JAMES SLAUGHTER for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court includingthe Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/25/24) (yv) (Entered: 04/25/2024) |
| 04/25/2024 | 54 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 50 Motion for Robert A. Yan Nest Jr. to Appear Pro Hac Vice. The motion of ROBERT A.VAN NEST JR. for admission to practice Pro Hac Vice inthe above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court. including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/25/24) (yv) (Entered: 04/25/2024) |
| 04/25/2024 | 55 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 52 Motion to Appear Pro Hac Vice. The motion of MICHELLE YBARRA, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Colleen McMahon on 4/25/2024) (tg) (Entered: 04/25/2024) |
| 04/25/2024 | 56 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 51 Motion for Nicholas S. Goldberg to Appear Pro Hac Vice. The motion of NICHOLAS S. GOLDBERG, for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/25/24) (yv) (Entered: 04/25/2024) |

| 04/25/2024 | 57 | NOTICE OF APPEARANCE by R. James Slaughter on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Slaughter, R.) (Entered: 04/25/2024) |
|---|---|---|
| 04/25/2024 | 58 | NOTICE OF APPEARANCE by Nicholas S Goldberg on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Goldberg, Nicholas) (Entered: 04/25/2024) |
| 04/25/2024 | 59 | MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29271140. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of Katie Lynn Joyce, # 2 Exhibit Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Joyce, Katie) (Entered: 04/25/2024) |
| 04/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 59 MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29271140. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/25/2024) |
| 04/26/2024 | 60 | MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29275331. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit /Declaration of Thomas E. Gorman, # 2 Exhibit Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gorman, Thomas) (Entered: 04/26/2024) |
| 04/26/2024 | 61 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 59 Motion for Katie Lynn Joyce to Appear Pro Hac Vice. The motion of KATIE LYNN JOYCE for admission to practice Pro Hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/26/24) (yv) (Entered: 04/26/2024) |
| 04/26/2024 | 62 | NOTICE OF APPEARANCE by Michelle S. Ybarra on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Ybarra, Michelle) (Entered: 04/26/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 60 MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29275331. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/26/2024) |
| 04/26/2024 | 63 | NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Joyce, Katie) (Entered: 04/26/2024) |
| 04/29/2024 | 64 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE. granting 60 Motion for Thomas E. Gorman to Appear Pro Hac Vice. The motion of THOMAS E. GORMAN. for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District Court of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/29/24) (yv) (Entered: 04/29/2024) |
| 04/29/2024 | 65 | NOTICE OF APPEARANCE by Thomas Edward Gorman on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Gorman, Thomas) (Entered: 04/29/2024) |

| | | |
|---|---|---|
| 04/29/2024 | 66 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent OpenAI, Inc. for OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC; Corporate Parent OpenAI Global, L.L.C. for OpenAI LLC, OpenAI OpCo LLC. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Bennett, Allyson) (Entered: 04/29/2024) |
| 04/29/2024 | 67 | NOTICE of Motion to Dismiss. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Bennett, Allyson) (Entered: 04/29/2024) |
| 04/29/2024 | 68 | MOTION to Dismiss . Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Proposed Order Granting Defendants' Motion to Dismiss).(Bennett, Allyson) (Entered: 04/29/2024) |
| 05/06/2024 | 69 | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/13/2024 | 70 | MEMORANDUM OF LAW in Opposition re: 68 MOTION to Dismiss . . Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 05/13/2024) |
| 05/20/2024 | 71 | REPLY MEMORANDUM OF LAW in Support re: 68 MOTION to Dismiss . . Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Gratz, Joseph) (Entered: 05/20/2024) |
| 05/23/2024 | 72 | NOTICE of Motion. Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 05/23/2024) |
| 05/23/2024 | 73 | MOTION for Leave to File Sur–Reply . Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 05/23/2024) |
| 05/28/2024 | 74 | MEMO ENDORSEMENT denying 73 Motion for Leave to File Document. ENDORSEMENT: Denied. (Signed by Judge Colleen McMahon on 5/28/2024) (tro) (Entered: 05/28/2024) |
| 06/06/2024 | 75 | **FILING ERROR – PDF ERROR –** MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454212. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) Modified on 6/7/2024 (bc). (Entered: 06/06/2024) |
| 06/06/2024 | 76 | MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice *(Corrected).* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) (Entered: 06/06/2024) |
| 06/07/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 75 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454212. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong case number on Filing;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 06/07/2024) |

| 06/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 76 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/07/2024) |
|---|---|---|
| 06/07/2024 | 77 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 76 Motion for Elna Nightingale Dawson to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 6/7/2024) (tro) (Entered: 06/07/2024) |
| 06/10/2024 | 78 | NOTICE of Supplemental Authority. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit A – Intercept Complaint, # 2 Exhibit B – Intercept Motion to Dismiss Hearing Transcript, # 3 Exhibit C – Intercept Order).(Wetzel, Joseph) (Entered: 06/10/2024) |
| 06/20/2024 | 79 | MOTION for Thomas Kayes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29508715. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Kayes Decl, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Kayes, Thomas) (Entered: 06/20/2024) |
| 06/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 79 MOTION for Thomas Kayes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29508715. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/20/2024) |
| 06/21/2024 | 80 | ORDER FOR ADMISSION PRO HAC VICE granting 79 Motion for Thomas Kayes to Appear Pro Hac Vice. The motion of Thomas Kayes for admission to appear pro hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Thomas Kayes is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 6/21/24) (yv) (Entered: 06/21/2024) |
| 06/25/2024 | 81 | JOINT MOTION for Scheduling Order . Document filed by AlterNet Media, Inc., Raw Story Media, Inc...(Topic, Matthew) (Entered: 06/25/2024) |
| 07/08/2024 | 82 | MEMO ENDORSEMENT granting 81 JOINT MOTION for Scheduling Order . ENDORSEMENT: Schedule So Ordered. Remove "motion" from list of open motions. (Signed by Judge Colleen McMahon on 7/8/2024) (tg) (Entered: 07/08/2024) |
| 07/08/2024 | | Set/Reset Deadlines: Expert Discovery due by 12/9/2024. Fact Discovery due by 12/9/2024. Pretrial Order due by 1/23/2025. (tg) (Entered: 07/08/2024) |
| 07/22/2024 | 83 | MOTION for Steven Art to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29636489. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Art Declaration, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Art, Steven) (Entered: 07/22/2024) |
| 07/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 83 MOTION for Steven Art to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29636489. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 07/22/2024) |
| 07/23/2024 | 84 | ORDER FOR ADMISSION PRO HAC VICE granting 83 Motion for Steven Art to Appear Pro Hac Vice. The motion of Steve Art for admission to appear pro hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Steve Art is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 7/23/24) (yv) (Entered: 07/23/2024) |

| 08/01/2024 | 85 | MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29690803. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit (Declaration of Andrew L. Perito), # 2 Exhibit (Certificate of Standing), # 3 Proposed Order (Proposed Order)).(Perito, Andrew) (Entered: 08/01/2024) |
| 08/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 85 MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29690803. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/01/2024) |
| 08/14/2024 | 86 | ORDER GRANTING ADMISSION OF ANDREW L. PERITO PRO HAC VICE granting 85 Motion for Andrew Louis Perito to Appear Pro Hac Vice. The motion of Andrew L. Perito for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 8/14/24) (yv) (Entered: 08/14/2024) |
| 08/20/2024 | 87 | PROPOSED PROTECTIVE ORDER. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Gratz, Joseph) (Entered: 08/20/2024) |
| 08/20/2024 | 88 | MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776556. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit / Declaration of Christopher S. Sun, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Sun, Christopher) (Entered: 08/20/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 88 MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776556. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 89 | NOTICE OF APPEARANCE by Christopher S. Sun on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Sun, Christopher) (Entered: 08/20/2024) |
| 08/22/2024 | 90 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...PURSUANT TO STIPULATION, IT IS SO ORDERED. (Signed by Judge Colleen McMahon on 8/22/2024) (jca) (Entered: 08/22/2024) |
| 08/22/2024 | 91 | NOTICE of Supplemental Authority re: 68 MOTION to Dismiss .. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Exhibit 1 – Andersen First Amended Complaint, # 2 Exhibit 2 – Andersen Order).(Nightingale Dawson, Elana) (Entered: 08/22/2024) |
| 08/23/2024 | 92 | JOINT LETTER MOTION for Extension of Time *to Modify/Extend Case Schedule* addressed to Judge Colleen McMahon from Katie Lynn Joyce dated August 23, 2024. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Joyce, Katie) (Entered: 08/23/2024) |
| 09/04/2024 | 93 | NOTICE OF APPEARANCE by Rachel Renee Blitzer on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Blitzer, Rachel) (Entered: 09/04/2024) |
| 09/19/2024 | 94 | MOTION for Allison R. Bennett to Withdraw as Attorney . Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, |

| | | |
|---|---|---|
| | | OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Proposed Order Granting Withdrawal of Allyson R. Bennett, # 2 Affidavit of Joseph C. Gratz in Support of Motion to Withdraw Allyson R. Bennett as Counsel for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION AND OPENAI HOLDINGS, LLC).(Gratz, Joseph) (Entered: 09/19/2024) |
| 09/20/2024 | 95 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** PROPOSED ORDER. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. Related Document Number: [92 Joint Motion for Extension of Time to Modify Scheduling Order]..(Joyce, Katie) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9/20/2024 (nd). (Entered: 09/20/2024) |
| 09/20/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Katie Joyce to RE–FILE Document No. 95 Proposed Order,. The filing is deficient for the following reason(s): the wrong event type was used to file the proposed order; Re–file the document using the event type Proposed Scheduling Order found under the event list Proposed Orders. – select the correct filer/filers – attach the correct signed (scanned signature image) and dated PDF.. (nd)** (Entered: 09/20/2024) |
| 09/20/2024 | 96 | PROPOSED SCHEDULING ORDER. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Joyce, Katie) (Entered: 09/20/2024) |
| 09/23/2024 | 97 | ORDER GRANTING WITHDRAW AL OF ALLYSON R. BENNETT granting 94 Motion to Withdraw as Attorney. Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPEN AI GLOBAL LLC, OAI CORPORATION, LLC, OPEN AI HOLDINGS, LLC is GRANTED. Defendants will continue to be represented by Morrison & Foerster LLP in this matter. The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. 94. SO ORDERED. (Attorney Allyson R. Bennett terminated). (Signed by Judge Colleen McMahon on 9/23/24) (yv) (Entered: 09/23/2024) |
| 09/23/2024 | 98 | MEMO ENDORSEMENT on re: 87 Proposed Protective Order filed by OpenAI Global LLC, OpenAI Inc., OpenAI OpCo LLC, OpenAI LLC, OpenAI Holdings, LLC, OAI Corporation, LLC, OpenAI GP LLC. ENDORSEMENT: This Order does not include the mandatory language found in my Local Rules, without which I will not sign any protective order. (Signed by Judge Colleen McMahon on 9/23/24) (yv) (Entered: 09/23/2024) |
| 09/23/2024 | 99 | REVISED SCHEDULING ORDER:Pursuant to the Parties' joint request to modify and extend the case schedule, and good cause appearing, it is hereby ordered that the case schedule is modified as reflected in the "New Deadline" column in the table below. Motions due by 6/16/2025. Responses due by 7/11/2025 Replies due by 7/25/2025. Fact Discovery due by 5/22/2025. Expert Discovery due by 5/22/2025. Pretrial Order due by 8/6/2025. (And as further set forth herein.) SO ORDERED. (Signed by Judge Colleen McMahon on 9/23/2024) (jca) (Entered: 09/23/2024) |
| 09/24/2024 | 100 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 88 Motion for Christopher Steven Sun to Appear Pro Hac Vice. The motion of Christopher S. Sun, for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 9/24/24) (yv) (Entered: 09/24/2024) |
| 09/24/2024 | 101 | PROPOSED PROTECTIVE ORDER. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Gratz, Joseph) (Entered: 09/24/2024) |
| 09/24/2024 | 102 | PROPOSED STIPULATION AND ORDER. Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., |

| | | |
|---|---|---|
| | | OpenAI LLC, OpenAI OpCo LLC..(Gratz, Joseph) (Entered: 09/24/2024) |
| 09/25/2024 | 103 | STIPULATED PROTECTIVE ORDER WITH COMPLETE CONFIDENTIALITY ADDENDUM...regarding procedures to be followed that shall govern the handling of confidential material...IT IS SO ORDERED. (Signed by Judge Colleen McMahon on 9/25/24) (yv) (Entered: 09/25/2024) |
| 09/27/2024 | 104 | NOTICE OF APPEARANCE by Emily Claire Wood on behalf of OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC..(Wood, Emily) (Entered: 09/27/2024) |
| 10/17/2024 | 105 | MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30057706. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit of Edward A. Bayley, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order to Admit Edward A. Bayley Pro Hac Vice).(Bayley, Edward) (Entered: 10/17/2024) |
| 10/17/2024 | 106 | MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30057413. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC. (Attachments: # 1 Affidavit of Andrew F. Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Dawson, Andrew) (Entered: 10/17/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 105 MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30057706. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/18/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 106 MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30057413. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/18/2024) |
| 10/18/2024 | 107 | MOTION for Kyle Wallenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30064267. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AlterNet Media, Inc., Raw Story Media, Inc.. (Attachments: # 1 Affidavit Wallenberg Decl, # 2 Exhibit A − Certificate, # 3 Proposed Order Proposed Order).(Wallenberg, Kyle) (Entered: 10/18/2024) |
| 10/21/2024 | 108 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 105 Motion for Edward A. Bayley to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 10/21/2024) (ks) (Entered: 10/21/2024) |
| 10/21/2024 | 109 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 106 Motion for Andrew F. Dawson to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 10/21/2024) (ks) (Entered: 10/21/2024) |
| 10/21/2024 | 110 | NOTICE OF APPEARANCE by Edward A. Bayley on behalf of OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Bayley, Edward) (Entered: 10/21/2024) |
| 10/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 107 MOTION for Kyle Wallenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30064267. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/21/2024) |
| 10/22/2024 | 111 | ORDER FOR ADMISSION PRO HAC VICE granting 107 Motion for Kyle Wallenberg to Appear Pro Hac Vice. The motion of Kyle Wallenberg for admission to appear pro hac vice in the above−captioned matter is granted. IT IS HEREBY ORDERED that Kyle Wallen berg is admitted to practice pro hac vice in the |

| | | |
|---|---|---|
| | | above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 10/22/24) (yv) (Entered: 10/22/2024) |
| 10/24/2024 | 112 | MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30088967. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice).(Homer, Carolyn) (Entered: 10/24/2024) |
| 10/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 112 MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30088967. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/24/2024) |
| 10/24/2024 | 113 | ORDER FOR ADMISSION PRO HAC VICE granting 112 Motion for Carolyn Homer to Appear Pro Hac Vice. The motion of Carolyn Homer for admission to appear pro hac vice in the above–captioned matter is granted. IT IS HEREBY ORDERED that Carolyn Homer is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Colleen McMahon on 10/24/24) (yv) (Entered: 10/24/2024) |
| 10/24/2024 | 114 | **FILING ERROR – PDF ERROR –** MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30092964. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC. (Attachments: # 1 Affidavit of Andrew S. Bruns in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Standing, # 3 Proposed Order Admitting Counsel Pro Hac Vice).(Bruns, Andrew) Modified on 10/25/2024 (bc). (Entered: 10/24/2024) |
| 10/24/2024 | 115 | NOTICE OF APPEARANCE by Michael A David on behalf of OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(David, Michael) (Entered: 10/24/2024) |
| 10/25/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 114 MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30092964. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong Case number on Filing and Wrong Judges Name on Proposed Order;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 10/25/2024) |
| 10/29/2024 | 116 | NOTICE OF APPEARANCE by Herman Heng Yue on behalf of OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Yue, Herman) (Entered: 10/29/2024) |
| 11/07/2024 | 117 | DECISION AND ORDER granting 68 Motion to Dismiss. For the foregoing reasons, Defendants' motion to dismiss is GRANTED in its entirety. Plaintiffs' motion for leave to replead is DENIED WITHOUT PREJUDICE to renewal on a proper record– which means filing a notice of motion to which a proposed amended pleading is attached together with an explanation of why the proposed amendment would not be futile. This constitutes a written opinion. The Clerk is directed to remove the motion at Dkt. No. 68 from the Court's list of open motions. (Signed by Judge Colleen McMahon on 11/7/24) BY ECF TO ALL COUNSEL (yv) (Entered: 11/07/2024) |

| 11/21/2024 | <u>118</u> | MOTION for Leave to File First Amended Complaint . Document filed by Raw Story Media, Inc., AlterNet Media, Inc...(Match, Stephen) (Entered: 11/21/2024) |
|---|---|---|
| 11/21/2024 | <u>119</u> | MEMORANDUM OF LAW in Support re: <u>118</u> MOTION for Leave to File First Amended Complaint . . Document filed by Raw Story Media, Inc., AlterNet Media, Inc.. (Attachments: # <u>1</u> Exhibit Proposed First Amended Complaint (clean), # <u>2</u> Exhibit 1 – RS Articles Part 1, # <u>3</u> Exhibit 1 – RS Articles Part 2, # <u>4</u> Exhibit 1 – RS Articles Part 3, # <u>5</u> Exhibit 1 – RS Articles Part 4, # <u>6</u> Exhibit 1 – RS Articles Part 5, # <u>7</u> Exhibit 1 – RS Articles Part 6, # <u>8</u> Exhibit 1 – RS Articles Part 7, # <u>9</u> Exhibit 2 – Alternet Articles Part 1, # <u>10</u> Exhibit 2 – Alternet Articles Part 2, # <u>11</u> Exhibit 3 – Raw Story OpenWebText, # <u>12</u> Exhibit 4 – Alternet OpenWebText, # <u>13</u> Exhibit 5 – Dragnet, # <u>14</u> Exhibit 6 – Newspaper, # <u>15</u> Exhibit 7 – C4, # <u>16</u> Exhibit 8 – Raw Story Training Set Part 1, # <u>17</u> Exhibit 8 – Raw Story Training Set Part 2, # <u>18</u> Exhibit 8 – Raw Story Training Set Part 3, # <u>19</u> Exhibit 8 – Raw Story Training Set Part 4, # <u>20</u> Exhibit 9 – Alternet Training Set, # <u>21</u> Exhibit Proposed First Amended Complaint (redline), # <u>22</u> Proposed Order Proposed Order).(Match, Stephen) (Entered: 11/21/2024) |
| 11/25/2024 | <u>120</u> | LETTER MOTION for Extension of Time to File Response/Reply as to <u>118</u> MOTION for Leave to File First Amended Complaint . addressed to Judge Colleen McMahon from Vera Ranieri dated November 25, 2024. Document filed by OpenAI Inc., OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Ranieri, Vera) (Entered: 11/25/2024) |
| 11/26/2024 | <u>121</u> | ORDER granting <u>120</u> Letter Motion for Extension of Time to File Response/Reply. OK. Responses due by 12/20/2024 Replies due by 1/21/2025. (Signed by Judge Colleen McMahon on 11/26/2024) (jca) (Entered: 11/26/2024) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC.,<br>ALTERNET MEDIA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC,<br>OPENAI, LLC, OPENAI OPCO LLC,<br>OPENAI GLOBAL LLC, OAI<br>CORPORATION, LLC, OPENAI<br>HOLDINGS, LLC,<br><br>    Defendants. | Civil Action No. _____<br><br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

1.    Plaintiffs Raw Story Media, Inc. and AlterNet Media, Inc., through their attorneys Loevy & Loevy, for their Complaint against the OpenAI Defendants, allege the following:

2.    The Copyright Clause of the U.S. Constitution empowers Congress to protect works of human creativity. The resulting legal protections encourage people to devote effort and resources to all manner of creative enterprises by providing confidence that creators' works will be shielded from unauthorized encroachment.

3.    In recognition that emerging technologies could be used to evade statutory protections, Congress passed the Digital Millennium Copyright Act in 1998. The DMCA prohibits the removal of author, title, copyright, and terms of use information from protected works where there is reason to know that it would induce, enable, facilitate, or conceal a copyright infringement. Unlike copyright infringement claims, which require copyright owners to incur significant and often prohibitive registration costs as a prerequisite to enforcing their copyrights, a DMCA claim does not require registration.

4.     Generative artificial intelligence (AI) systems and large language models (LLMs) are trained using works created by humans.  AI systems and LLMs ingest massive amounts of human creativity and use it to mimic how humans write and speak. These training sets have included hundreds of thousands, if not millions, of works of journalism.

5.     Defendants are the companies primarily responsible for the creation and development of the highly lucrative ChatGPT AI products.  According to the award-winning website Copyleaks, nearly 60% of the responses provided by Defendants' GPT-3.5 product in a study conducted by Copyleaks contained some form of plagiarized content, and over 45% contained text that was identical to pre-existing content.

6.     When they populated their training sets with works of journalism, Defendants had a choice: they could train ChatGPT using works of journalism with the copyright management information protected by the DMCA intact, or they could strip it away.  Defendants chose the latter, and in the process, trained ChatGPT not to acknowledge or respect copyright, not to notify ChatGPT users when the responses they received were protected by journalists' copyrights, and not to provide attribution when using the works of human journalists.

7.     Plaintiffs Raw Story and AlterNet are news organizations, and bring this lawsuit seeking actual damages and Defendants' profits, or statutory damages of no less than $2500 per violation.

**PARTIES**

8.     For over two decades, Raw Story has published award-winning investigative journalism, breaking news, and bold opinion columns.  Raw Story publishes to more than ten million readers each month and has more than 1,000,000 daily readers.  It is the largest independent

progressive political news website in America and was named the best news/political blog in America by *Editor & Publisher* in 2022 and 2023.

9.    Among other important work, Raw Story has received *Editor & Publisher* (EPPY), Society of Professional Journalists, Fair Media Council, and ION awards for its reporting on white nationalism, the January 6 riots, South Dakota governor Kristi Noem's use of a state airplane for non-official purposes, and inappropriate Congressional stock trading. Raw Story reporters produce timely, illuminating work at great risk and cost to enrich understanding of critical issues and undermine threats to civil society.

10.    As one example of the risks taken by Raw Story reporters in bringing the news to the public—risks never faced by AI bots—members of a neo-Nazi group showed up at the home of a Raw Story reporter who covers extremism and white supremacy in America.  *See* Washington Post, *A reporter investigated neo-Nazis. Then they came to his house in masks.* (Feb. 20, 2024), https://www.washingtonpost.com/style/media/2024/02/20/raw-story-neo-nazi-journalist-house/.

11.    Raw Story is a Massachusetts corporation with its headquarters in Miami Beach, Florida.

12.    AlterNet is a three-time Webby award-winning publisher with a focus on civil rights, social justice, culture, health, and the environment. For 25 years, AlterNet's reporters have chased political news, and its opinion writers have probed the intersection of politics, science, and religion.

13.    AlterNet is a Delaware corporation with its headquarters in Miami Beach, Florida.

14.    Together, Plaintiffs have published more than 400,000 breaking news features, investigative news articles and opinion columns as a result of their considerable investments of time and resources.

15.     Defendants are the inter-related organizations primarily responsible for the creation, training, marketing, and sale of ChatGPT AI products.

16.     OpenAI Inc. is a Delaware nonprofit corporation with a principal place of business in San Francisco, CA.

17.     OpenAI OpCo LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA.  OpenAI OpCo LLC is the sole member of OpenAI, LLC. Previously, OpenAI OpCo was known as OpenAI LP.

18.     OpenAI GP, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA.  It is the general partner of OpenAI OpCo and controls OpenAI OpCo.

19.     OpenAI, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA.  It owns some of the services or products operated by OpenAI.

20.     OpenAI Global LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA.

21.     OAI Corporation, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA.  Its sole member is OpenAI Holdings, LLC.

22.     OpenAI Holdings, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. Its sole members are OpenAI, Inc. and Aestas Corporation.

### JURISDICTION AND VENUE

23.     The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act of 1976, 17 U.S.C. § 101, et seq., as amended by the Digital Millennium Copyright Act.

24.     Jurisdiction over Defendants is proper because they have purposefully availed themselves of New York to conduct their business.  OpenAI maintains offices and employs staff in New York who, on information and belief, were engaged in training and/or marketing OpenAI's GenAI systems and LLMs, and thus in the removal of Plaintiffs' copyright management information as discussed in this Complaint and/or the sale of products to New York residents resulting from that removal.  Defendants consented to personal jurisdiction in this Court in at least *Authors Guild v. OpenAI Inc.*, 23-cv-08292.

25.     Venue is proper under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this District.

26.     Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the acts or omissions giving rise to Plaintiffs' claims occurred in this District.  Specifically, OpenAI employs staff in New York who, on information and belief, were engaged in the activities alleged in this Complaint.

27.     The OpenAI Defendants consented to venue in this Court in at least *Authors Guild v. OpenAI Inc.*, 23-cv-08292.

## DEFENDANTS' DMCA VIOLATIONS

28.     Defendants have kept secret the specific content used to train all versions of ChatGPT beginning with GPT-4.  Plaintiffs' allegations are therefore based upon an extensive review of publicly available information regarding earlier versions of ChatGPT and consultations with a data scientist employed by Plaintiffs' counsel to analyze that information and provide insights into the manner in which AI is developed and functions.

29.     Earlier versions of ChatGPT[1] (prior to GPT-4) were trained using at least the following training sets: WebText, WebText2, and Common Crawl.  These training sets range from collections of links posted on the website Reddit to a scrape of most of the internet.

30.     WebText and WebText2 were created by the OpenAI Defendants.  Common Crawl originated elsewhere, but was adapted and utilized by Defendants for inclusion in ChatGPT training sets.   Upon information and belief, the OpenAI Defendants have created their own Common Crawl datasets, as opposed to copying a dataset already created by someone else.

31.     Plaintiffs' copyrighted works of journalism are published on the internet, and are conveyed to the public with author, title, and copyright information.

32.     Plaintiffs' copyright-protected works are the result of significant investments by Plaintiffs in the human and other resources necessary to report on the news.

33.     ChatGPT offers a product to its customers that provides responses to questions or other prompts. ChatGPT's ability to provide these responses is the key value proposition of its product, one which it is able to sell to its customers for enormous sums of money, soon likely to be in the billions of dollars.

34.     At least some of the time, ChatGPT provides or has provided responses to users that regurgitate verbatim or nearly verbatim copyright-protected works of journalism without providing any author, title, or copyright information contained in those works.

35.     At least some of the time, ChatGPT provides or has provided responses to users that mimic significant amounts of material from copyright-protected works of journalism without providing any author, title, or copyright information contained in those works.  For example, if a

---

[1] Plaintiffs collectively refer to all versions of ChatGPT as "ChatGPT" unless a specific version is specified.

user asks ChatGPT about a current event or the results of a work of investigative journalism, ChatGPT will provide responses that mimic copyright-protected works of journalism that covered those events, not responses that are based on any journalism efforts by Defendants.

36.     ChatGPT does not have any independent knowledge of the information provided in its responses. Rather, to service Defendants' paying customers, ChatGPT instead repackages, among other material, the copyrighted journalism work product developed by Plaintiffs and others at their expense.

37.     Various sources have recreated approximations of the Common Crawl and WebText training sets based on publicly available information discussing the methodologies used to create them. Those sources have made these recreated data sets, or instructions on how to derive them, available on the internet.  Thousands of Plaintiffs' works are contained in the recreated versions of these data sets without the author, title, and copyright information found in Plaintiffs' original publications.

38.     If ChatGPT was trained on works of journalism that included the original author, title, and copyright information, ChatGPT would have learned to communicate that information when providing responses to users unless Defendants trained it otherwise.

39.     When ChatGPT provides responses to users, it generally does not provide the author, title, and copyright information applicable to the works on which its responses are based. Upon information and belief, in the instances in which author or title information is included in a response, it is because other material used in a training set references the author or title in the text of such material (e.g., a Wikipedia article discussing the underlying works of journalism).

40.     When providing responses, ChatGPT gives the impression that it is an all-knowing, "intelligent" source of the information being provided, when in reality, the responses are frequently based on copyrighted works of journalism that ChatGPT simply mimics.

41.     Based on the publicly available information described above, thousands of Plaintiffs' copyrighted works were included in Defendants' training sets without the author, title, and copyright information that Plaintiffs conveyed in publishing them.

42.     Based on the publicly available information described above, the OpenAI Defendants intentionally removed author, title, and copyright information from Plaintiffs' copyrighted works in creating ChatGPT training sets.

43.     Defendants had reasonable grounds to know that the removal of author, title, and copyright information from copyright-protected works and their use in training ChatGPT would result in ChatGPT providing responses to ChatGPT users that incorporated or regurgitated material verbatim from copyrighted works in creating responses to users, without revealing that those works were subject to Plaintiffs' copyrights.  This is at least because Defendants were aware that ChatGPT responses are the product of its training sets and that ChatGPT would not know any author, title, and copyright information that was not included in training sets.

44.     Defendants had reason to know that users of ChatGPT would further distribute the results of ChatGPT responses.  This is at least because Defendants promote ChatGPT as a tool that can be used by a user to generate content for a further audience.

45.     Defendants had reason to know that users of ChatGPT would be less likely to distribute ChatGPT responses if they were made aware of the author, title, and copyright information applicable to the material used to generate those responses.  This is at least because

Defendants were aware that at least some likely users of ChatGPT respect the copyrights of others or fear liability for copyright infringement.

46.     Defendants had reason to know that ChatGPT would be less popular and would generate less revenue if users believed that ChatGPT responses violated third-party copyrights or if users were otherwise concerned about further distributing ChatGPT responses.  This is at least because Defendants were aware that they derive revenue from user subscriptions, that at least some likely users of ChatGPT respect the copyrights of others or fear liability for copyright infringement, and that such users would not pay to use a product that might result in copyright liability or did not respect the copyrights of others.

### Count I – Violation of 17 U.S.C. § 1202(b)(1) by OpenAI Defendants

47.     The above paragraphs are incorporated by reference into this Count.

48.     Plaintiffs are the owners of copyrighted works of journalism that contain author, title, and copyright information.

49.     Upon information and belief, the OpenAI Defendants created copies of Plaintiffs' works of journalism with author information removed and included them in training sets used to train ChatGPT.

50.     Upon information and belief, the OpenAI Defendants created copies of Plaintiffs' works of journalism with title information removed and included them in training sets used to train ChatGPT.

51.     Upon information and belief, the OpenAI Defendants created copies of Plaintiffs' works of journalism with copyright information removed and included them in training sets used to train ChatGPT.

52.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiffs' works of journalism without author, title, and copyright information would induce ChatGPT to provide responses to users that incorporated material from Plaintiffs' copyright-protected works or regurgitated copyright-protected works verbatim or nearly verbatim.

53.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiffs' works of journalism without author, title, and copyright information would induce ChatGPT users to distribute or publish ChatGPT responses that utilized Plaintiffs' copyright-protected works of journalism that such users would not have distributed or published if they were aware of the author, title, and copyright information.

54.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiffs' works of journalism without author, title, and copyright information would enable copyright infringement by ChatGPT and ChatGPT users.

55.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiffs' works of journalism without author, title, and copyright information would facilitate copyright infringement by ChatGPT and ChatGPT users.

56.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiffs' works of journalism without author, title, and copyright information would conceal copyright infringement by Defendants, ChatGPT, and ChatGPT users.

57.     The OpenAI Defendants have acknowledged that use of copyright-protected works to train ChatGPT requires a license to that content and, in some instances, have entered licensing agreements with large copyright owners such as Associated Press and Axel Springer.  They are also in licensing talks with other copyright owners in the news industry, but have offered no compensation to Plaintiffs.

58.     The OpenAI Defendants created tools in late 2023 to allow copyright owners to block their work from being incorporated into training sets.  This further corroborates that the OpenAI Defendants had reason to know that use of copyrighted material in their training sets is copyright infringement, which is enabled, facilitated, and concealed by the OpenAI Defendants' removal of author, title, copyright, and terms of use information from their training sets.

## PRAYER FOR RELIEF

Plaintiffs seek the following relief:

(i)      Either statutory damages or the total of Plaintiffs' damages and Defendants' profits, to be elected by Plaintiffs;

(ii)     An injunction requiring Defendants to remove all copies of Plaintiffs' copyrighted works from which author, title, copyright, and terms of use information was removed from their training sets and any other repositories;

(iii)    Attorney fees and costs.

## JURY DEMAND

Plaintiff demands a jury trial.

RESPECTFULLY SUBMITTED,

/s/ Stephen Stich Match

Jonathan Loevy*
Michael Kanovitz*
Lauren Carbajal*
Stephen Stich Match (No. 5567854)
Matthew Topic*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

- 11 -

*pro hac vice forthcoming

February 28, 2024