***The Intercept Media*, 1:24-cv-01515-JSR,**

**Docket Sheet and Complaint**

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24–cv–01515–JSR

The Intercept Media, Inc. v. OpenAI, Inc. et al
Assigned to: Judge Jed S. Rakoff
Cause: 17:1201 Digital Millennium Copyright Act

Date Filed: 02/28/2024
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**The Intercept Media, Inc.**

represented by **Jon Loevy**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: jon@loevy.com
*ATTORNEY TO BE NOTICED*

**Kyle D. Wallenberg**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: wallenberg@loevy.com
*ATTORNEY TO BE NOTICED*

**Lauren Carbajal**
Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
312–243–5900
Email: carbajal@loevy.com
*ATTORNEY TO BE NOTICED*

**Matthew Topic**
Loevy & Loevy
311 N Aberdeen St
3rd Floor
Chicago
Chicago, IL 60607
312–243–5900
Email: matt@loevy.com
*ATTORNEY TO BE NOTICED*

**Michael Kanovitz**
Loevy & Loevy
311 N Aberdeen St
Ste 3rd Floor
Chicago, IL 60607
312–243–5900
Email: mike@loevy.com
*ATTORNEY TO BE NOTICED*

**Steven Art**
Loevy & Loevy Attorneys at Law
311 N. Aberdeen
Third Floor
Chicago

Chicago, IL 60607
312–243–5900
Email: steve@loevy.com
*ATTORNEY TO BE NOTICED*

**Thomas Kayes**
Loevy & Loevy
311 N Aberdeen St
3rd Fl
Chicago, IL 60607
312–243–5900
Email: kayes@loevy.com
*ATTORNEY TO BE NOTICED*

**Stephen Stich Match**
Loevy & Loevy
311 North Aberdeen Street
Ste 3rd Floor
Chicago, IL 90035
520–488–0486
Email: match@loevy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OpenAI, Inc.**                    represented by   **Allison Levine Stillman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: alli.stillman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
Latham & Watkins, LLP (SanFran)
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
(415)–391–0600
Fax: (415)–395–8095
Email: andrew.gass@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
Latham & Watkins
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: elana.nightingaledawson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: herman.yue@lw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: JGratz@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Email: joe.wetzel@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: michael.david@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: rachel.blitzer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: rvannest@keker.com
*LEAD ATTORNEY*

**Sarang Damle**
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: sy.damle@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000

Los Angeles, CA 90017–3543
213–892–5200
Fax: 213–892–5454
Email: ABennett@mofo.com
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: abruns@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
Keker, Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
415–629–0257
Email: adawson@keker.com
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: APerito@mofo.com
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037
202–650–4597
Email: cmhomer@mofo.com
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: csun@keker.com
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: ebayley@keker.com
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212–336–4123
Fax: 212–468–7900

Email: ewood@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
Morrison & Foerster LLP
250 W. 55th St
New York, NY 10019
212–336–4061
Email: enikolaides@mofo.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111
415–962–8806
Email: kjoyce@keker.com
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: luke.budiardjo@lw.com
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: mybarra@keker.com
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: ngoldberg@keker.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–1788
Email: pmalhotra@keker.com
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: rslaughter@keker.com
*ATTORNEY TO BE NOTICED*

**Rose Lee**
Morrison & Foerster LLP

707 Wilshire Boulevard
Los Angeles, CA 90017
213–892–5355
Email: roselee@mofo.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415)–391–5400
Fax: (415)–397–7188
Email: tgorman@keker.com
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7000
Fax: 415–268–7522
Email: vranieri@mofo.com
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: elaine.zhong@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI GP, LLC**                 represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI, LLC**                                   represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**OpenAI OpCo LLC**                  represented by   **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**

(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Global LLC**                    represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

OAI Corporation, LLC                     represented by **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OpenAI Holdings, LLC**                    represented by  **Allison Levine Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Gass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elana Nightingale Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Heng Yue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Gratz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel , Jr.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Renee Blitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Van Nest**
(See above for address)
*LEAD ATTORNEY*

**Sarang Damle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
(See above for address)
*TERMINATED: 09/23/2024*

**Andrew S. Bruns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L. Perito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn M Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Bayley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Claire Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Nikolaides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Budiardjo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle S. Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas S Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. James Slaughter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rose Lee**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas Edward Gorman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yijun Zhong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Microsoft Corporation**   represented by   **Annette Louise Hurst**
Orrick, Herrington & Sutcliffe LLP (San Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773–4585
Fax: (415) 773–5759
Email: ahurst@orrick.com
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212–506–3778
Email: ccariello@orrick.com
*ATTORNEY TO BE NOTICED*

**Daniel Justice**
Orrick, Herrington, Sutcliffe LLP
405 Howard Street
The Orrick Building
San Francisco, CA 94105
415–773–5821
Email: djustice@orrick.com
*ATTORNEY TO BE NOTICED*

**Katie Lynn Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212–506–3767
Fax: 212–506–5151
Email: lsimpson@orrick.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | 1 | COMPLAINT against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC–29007378)Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/28/2024 | 2 | **FILING ERROR – DEFICIENT – SIGNATURE ERROR –** CIVIL COVER SHEET filed..(Match, Stephen) Modified on 2/29/2024 (vf). (Entered: 02/28/2024) |
| 02/28/2024 | 3 | NOTICE OF APPEARANCE by Stephen Stich Match on behalf of The Intercept Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 4 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 23–cv–11195. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 02/28/2024) |
| 02/29/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Stephen Stich Match to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Signature Error. The Form is not properly signed. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 02/29/2024) |
| 02/29/2024 | | **\*\*\*NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Stephen Stich Match to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (vf)** (Entered: 02/29/2024) |
| 02/29/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | Case Designated ECF. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 1:23–cv–11195. (vf) (Entered: 02/29/2024) |
| 02/29/2024 | 6 | CIVIL COVER SHEET filed..(Match, Stephen) (Entered: 02/29/2024) |
| 02/29/2024 | 7 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Match, Stephen) (Entered: 02/29/2024) |
| 03/01/2024 | 8 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(gp) (Entered: 03/01/2024) |
| 03/04/2024 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. OAI Corporation, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Global LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI GP, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 12 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI Holdings, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI, Inc. waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
| 03/04/2024 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI, LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |

| 03/04/2024 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. OpenAI OpCo LLC waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/04/2024) |
|---|---|---|
| 03/05/2024 | | CASE DECLINED AS NOT RELATED. Case referred as related to 1:23–cv–11195–SHS and declined by Judge Sidney H. Stein and returned to wheel for assignment. (tro) (Entered: 03/05/2024) |
| 03/05/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Jennifer H. Rearden. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 03/05/2024) |
| 03/05/2024 | | Magistrate Judge James L. Cott is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (tro) (Entered: 03/05/2024) |
| 03/05/2024 | 16 | MOTION for Annette L. Hurst to Appear Pro Hac Vice *Previously Paid; Amount: $200.00 Tracking Id: ANYSDC–29038192.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Proposed Order in Support of Motion, # 2 Affidavit for Annette L. Hurst in Support, # 3 Exhibit Certificate of Good Standing from the California Supreme Court).(Hurst, Annette) (Entered: 03/05/2024) |
| 03/06/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Annette L. Hurst to Appear Pro Hac Vice *Previously Paid; Amount: $200.00 Tracking Id: ANYSDC–29038192*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/06/2024) |
| 03/06/2024 | 17 | ORDER granting 16 Motion for Annette L. Hurst to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jennifer H. Rearden)(Text Only Order) (kwi) (Entered: 03/06/2024) |
| 03/06/2024 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Microsoft Corporation waiver sent on 2/29/2024, answer due 4/29/2024. Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 03/06/2024) |
| 03/06/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Jennifer H. Rearden is no longer assigned to the case..(tro) (Entered: 03/06/2024) |
| 03/13/2024 | 19 | MOTION for Lauren Carbajal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29075243. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Declaration of Lauren Carbajal, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Carbajal, Lauren) (Entered: 03/13/2024) |
| 03/13/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 19 MOTION for Lauren Carbajal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29075243. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/13/2024) |
| 03/14/2024 | 20 | ORDER FOR ADMISSION PRO HAC VICE granting 19 Motion for Lauren Carbajal to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/14/2024) (ks) (Entered: 03/14/2024) |
| 03/18/2024 | 21 | MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29096827. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Vera Ranieri in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Vera Ranieri Pro Hac Vice).(Ranieri, Vera) (Entered: 03/18/2024) |

| 03/19/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Vera Ranieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29096827. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/19/2024) |
|---|---|---|
| 03/19/2024 | 22 | NOTICE OF APPEARANCE by Allison Levine Stillman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Stillman, Allison) (Entered: 03/19/2024) |
| 03/19/2024 | 23 | NOTICE OF COURT CONFERENCE: Initial Conference set for 4/4/2024 at 11:00 AM before Judge Jed S. Rakoff. The dial–in information for the call will be as follows: USA Toll–Free (888) 363–4735; USA Caller Paid/International Toll: (215) 446–3657; Access Code: 1086415. SO ORDERED (Signed by Judge Jed S. Rakoff on 3/19/2024) (ks) (Entered: 03/19/2024) |
| 03/21/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: A telephone Conference was held without transcription or recording on March 21, 2024. Counsel for all parties was present. The request to adjourn the initial pretrial conference is denied. (nmo) (Entered: 03/21/2024) |
| 03/21/2024 | 24 | NOTICE OF APPEARANCE by Joseph Richard Wetzel, Jr on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Wetzel, Joseph) (Entered: 03/21/2024) |
| 03/21/2024 | 25 | NOTICE OF APPEARANCE by Luke Budiardjo on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Budiardjo, Luke) (Entered: 03/21/2024) |
| 03/21/2024 | 26 | MOTION for Matthew Topic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114216. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Topic Decl., # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Topic, Matthew) (Entered: 03/21/2024) |
| 03/21/2024 | 27 | MOTION for Jonathan Loevy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114481. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Loevy Decl., # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Loevy, Jon) (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Matthew Topic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114216. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |
| 03/21/2024 | 28 | MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114605. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Exhibit Declaration of Joseph C. Gratz, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission Pro Hac Vice).(Gratz, Joseph) (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Jonathan Loevy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114481. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |
| 03/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29114605. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/21/2024) |

| 03/21/2024 | 29 | MOTION for Michael Kanovitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29115059. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Kanovitz Decl, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Kanovitz, Michael) (Entered: 03/21/2024) |
|---|---|---|
| 03/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 29 MOTION for Michael Kanovitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29115059. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 03/22/2024) |
| 03/22/2024 | 30 | NOTICE OF APPEARANCE by Lisa T. Simpson on behalf of Microsoft Corporation..(Simpson, Lisa) (Entered: 03/22/2024) |
| 03/22/2024 | 31 | NOTICE OF APPEARANCE by Christopher Cariello on behalf of Microsoft Corporation..(Cariello, Christopher) (Entered: 03/22/2024) |
| 03/22/2024 | 32 | MOTION for Daniel Justice to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29121441. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Daniel Justice in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Admitting Daniel Justice Pro Hac Vice).(Justice, Daniel) (Entered: 03/22/2024) |
| 03/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Daniel Justice to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29121441. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/25/2024) |
| 03/25/2024 | 33 | ORDER FOR ADMISSION PRO HAC VICE granting 26 Motion for Matthew Topic to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/23/2024) (ks) (Entered: 03/25/2024) |
| 03/25/2024 | 34 | ORDER GRANTING ADMISSION OF JOSEPH C. GRATZ PRO HAC VICE granting 28 Motion for Joseph C. Gratz to Appear Pro Hac Vice.. (Signed by Judge Jed S. Rakoff on 3/23/2024) (ks) (Entered: 03/25/2024) |
| 03/25/2024 | 35 | ORDER FOR ADMISSION PRO HAC VICE granting 27 Motion for Jonathan Loevy to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/23/2024) (ks) (Entered: 03/25/2024) |
| 03/25/2024 | 36 | ORDER FOR ADMISSION PRO HAC VICE granting 32 Motion for Daniel Justice to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/25/2024) (ks) (Entered: 03/25/2024) |
| 03/26/2024 | 37 | ORDER FOR ADMISSION PRO HAC VICE granting 29 Motion for Michael Kanovitz to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/26/2024) (ks) (Entered: 03/26/2024) |
| 03/26/2024 | 38 | MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133564. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Exhibit Declaration of Rose S. Lee in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Rose S. Lee Pro Hac Vice).(Lee, Rose) (Entered: 03/26/2024) |
| 03/26/2024 | 39 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–29133845. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Exhibit Declaration of Allyson R. Bennett in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission of Allyson R. Bennett Pro Hac Vice).(Bennett, Allyson) (Entered: 03/26/2024) |

| | | |
|---|---|---|
| 03/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Rose S. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29133564. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/26/2024) |
| 03/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 39 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–29133845. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/26/2024) |
| 03/29/2024 | 40 | ORDER GRANTING ADMISSION OF VERA RANIERI PRO HAC VICE granting 21 Motion for Vera Ranieri to Appear Pro Hac Vice.. (Signed by Judge Jed S. Rakoff on 3/28/2024) (ks) (Entered: 03/29/2024) |
| 03/29/2024 | 41 | ORDER GRANTING ADMISSION OF ROSE S. LEE PRO HAC VICE granting 38 Motion for Rose S. Lee to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/28/2024) (ks) (Entered: 03/29/2024) |
| 03/29/2024 | 42 | ORDER GRANTING ADMISSION OF ALLYSON R. BENNETT PRO HAC VICE granting 39 Motion for Allyson R. Bennett to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/28/2024) (ks) (Entered: 03/29/2024) |
| 03/29/2024 | 43 | MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29153855. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Andrew M. Gass in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gass, Andrew) (Entered: 03/29/2024) |
| 03/29/2024 | 44 | NOTICE OF APPEARANCE by Sarang Damle on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Damle, Sarang) (Entered: 03/29/2024) |
| 04/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 43 MOTION for Andrew M. Gass to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29153855. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/01/2024) |
| 04/01/2024 | 45 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 43 Motion for Andrew M. Gass to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/1/2024) (rro) (Entered: 04/02/2024) |
| 04/02/2024 | 46 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by The Intercept Media, Inc...(Topic, Matthew) (Entered: 04/02/2024) |
| 04/02/2024 | 47 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by The Intercept Media, Inc...(Topic, Matthew) (Entered: 04/02/2024) |
| 04/12/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Oral Argument set for 5/24/2024 at 10:00 AM before Judge Jed S. Rakoff. (nmo) (Entered: 04/12/2024) |
| 04/15/2024 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 04/15/2024) |
| 04/15/2024 | 49 | MOTION to Dismiss . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 04/15/2024) |
| 04/15/2024 | 50 | MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 04/15/2024) |
| 04/15/2024 | 51 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent OpenAI, Inc. for OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC; Corporate Parent OpenAI Global, L.L.C. for OpenAI OpCo LLC, OpenAI, LLC. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, |

| | | |
|---|---|---|
| | | OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Gratz, Joseph) (Entered: 04/15/2024) |
| 04/15/2024 | 52 | MOTION to Dismiss . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Gratz, Joseph) (Entered: 04/15/2024) |
| 04/15/2024 | 53 | MEMORANDUM OF LAW in Support re: 52 MOTION to Dismiss . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Joseph C. Gratz in Support of Defendants' Motion to Dismiss, # 2 Proposed Order Granting Defendants' Motion to Dismiss).(Gratz, Joseph) (Entered: 04/15/2024) |
| 04/17/2024 | 54 | NOTICE OF APPEARANCE by Yijun Zhong on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Zhong, Yijun) (Entered: 04/17/2024) |
| 04/23/2024 | 55 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29260726. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit of Robert A. Van Nest Jr, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Van Nest, Robert) Modified on 4/23/2024 (rju). (Entered: 04/23/2024) |
| 04/23/2024 | 56 | NOTICE OF APPEARANCE by Robert A. Van Nest on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Van Nest, Robert) (Entered: 04/23/2024) |
| 04/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 55 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29260726. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Affidavit must be stamped and notarized; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (rju)** (Entered: 04/23/2024) |
| 04/23/2024 | 57 | NOTICE OF APPEARANCE by Paven Malhotra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Malhotra, Paven) (Entered: 04/23/2024) |
| 04/24/2024 | 58 | MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29265478. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of R. James Slaughter, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Slaughter, R.) (Entered: 04/24/2024) |
| 04/24/2024 | 59 | MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC–29260726)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Robert A. Van Nest Jr, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Van Nest, Robert) (Entered: 04/24/2024) |
| 04/24/2024 | 60 | MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29265985. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit Declaration of Nicholas S. Goldberg in |

| | | Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Goldberg, Nicholas) (Entered: 04/24/2024) |
|---|---|---|
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 58 MOTION for R. James Slaughter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29265478. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 59 MOTION for Robert Addy Van Nest Jr to Appear Pro Hac Vice *(receipt number ANYSDC–29260726)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 60 MOTION for Nicholas S. Goldberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29265985. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/24/2024 | 61 | MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29266636. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit /Declaration of Michelle Ybarra, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Ybarra, Michelle) (Entered: 04/24/2024) |
| 04/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Michelle S. Ybarra to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29266636. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/24/2024) |
| 04/25/2024 | 62 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 61 Motion for Michelle Ybarra to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/25/2024) (vfr) (Entered: 04/25/2024) |
| 04/25/2024 | 63 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 60 Motion for Nicholas S. Goldberg to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/25/2024) (vfr) (Entered: 04/25/2024) |
| 04/25/2024 | 64 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 58 Motion for R. James Slaughter to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/25/2024) (vfr) (Entered: 04/25/2024) |
| 04/25/2024 | 65 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 59 Motion for Robert A. Van Nest Jr to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/25/2024) (vfr) (Entered: 04/25/2024) |
| 04/25/2024 | 66 | NOTICE OF APPEARANCE by R. James Slaughter on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Slaughter, R.) (Entered: 04/25/2024) |
| 04/25/2024 | 67 | NOTICE OF APPEARANCE by Nicholas S Goldberg on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Goldberg, Nicholas) (Entered: 04/25/2024) |
| 04/25/2024 | 68 | MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29273655. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Katie Lynn Joyce, # 2 Exhibit Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Joyce, Katie) (Entered: 04/25/2024) |

| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 68 MOTION for Katie Lynn Joyce to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29273655. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/26/2024) |
| --- | --- | --- |
| 04/26/2024 | <u>69</u> | MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29275568. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # <u>1</u> Affidavit /Declaration of Thomas E. Gorman, # <u>2</u> Exhibit A – Certificate of Good Standing, # <u>3</u> Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Gorman, Thomas) (Entered: 04/26/2024) |
| 04/26/2024 | <u>70</u> | NOTICE OF APPEARANCE by Michelle S. Ybarra on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Ybarra, Michelle) (Entered: 04/26/2024) |
| 04/26/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 69 MOTION for Thomas E. Gorman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29275568. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/26/2024) |
| 04/29/2024 | <u>71</u> | ORDER granting <u>69</u> Motion for Thomas E. Gorman to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/29/2024) (ate) (Entered: 04/29/2024) |
| 04/29/2024 | <u>72</u> | ORDER granting <u>68</u> Motion for Katie Lynn Joyce to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 4/29/2024) (ate) (Entered: 04/29/2024) |
| 04/29/2024 | <u>73</u> | NOTICE OF APPEARANCE by Thomas Edward Gorman on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Gorman, Thomas) (Entered: 04/29/2024) |
| 04/30/2024 | <u>74</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Joyce, Katie) Modified on 5/1/2024 (lb). (Entered: 04/30/2024) |
| 05/01/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 5/1/2024, without transcription or recording. Counsel for all parties was present. The oral argument on the motion to dismiss will now be held on Monday, June 3, 2024 at 10 AM (Oral Argument set for 6/3/2024 at 10:00 AM before Judge Jed S. Rakoff.). (nmo) (Entered: 05/01/2024) |
| 05/01/2024 | <u>75</u> | NOTICE OF APPEARANCE by Katie Lynn Joyce on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Joyce, Katie) (Entered: 05/01/2024) |
| 05/06/2024 | <u>76</u> | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/06/2024 | <u>77</u> | NOTICE OF APPEARANCE by Eric Nikolaides on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Nikolaides, Eric) (Entered: 05/06/2024) |
| 05/06/2024 | <u>78</u> | MEMORANDUM OF LAW in Opposition re: <u>49</u> MOTION to Dismiss ., <u>52</u> MOTION to Dismiss . . Document filed by The Intercept Media, Inc...(Topic, Matthew) (Entered: 05/06/2024) |
| 05/16/2024 | <u>79</u> | REPLY MEMORANDUM OF LAW in Support re: <u>49</u> MOTION to Dismiss . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 05/16/2024) |
| 05/16/2024 | <u>80</u> | REPLY MEMORANDUM OF LAW in Support re: <u>52</u> MOTION to Dismiss . . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Gratz, |

| | | |
|---|---|---|
| | | Joseph) (Entered: 05/16/2024) |
| 06/03/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 6/3/2024 re: 49 MOTION to Dismiss . filed by Microsoft Corporation, 52 MOTION to Dismiss . filed by OpenAI, Inc., OpenAI Global LLC, OpenAI OpCo LLC, OpenAI, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OAI Corporation, LLC. (Kotowski, Linda) (Entered: 06/03/2024) |
| 06/06/2024 | 81 | ORDER: Accordingly, plaintiff must file an amended complaint by Friday, June 21, 2024. Defendants may then file a supplemental brief in support of their motions to dismiss by Monday, July 8, 2024; the Court will treat defendants' already filed motions as aimed at the amended complaint. Plaintiff may then file a supplemental brief in opposition to the renewed motions to dismiss by Monday, July 15, 2024. The Court will then promptly rule on the motions. SO ORDERED. (Signed by Judge Jed S. Rakoff on 6/6/2024) ( Amended Pleadings due by 6/21/2024., Brief due by 7/8/2024., Responses due by 7/15/2024) (ks) (Entered: 06/06/2024) |
| 06/06/2024 | 82 | MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454201. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Elana Nightingale Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Nightingale Dawson, Elana) (Entered: 06/06/2024) |
| 06/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 82 MOTION for Elana Nightingale Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29454201. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/07/2024) |
| 06/11/2024 | 83 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 82 Motion for Elana Nightingale Dawson to Appear Pro Hac Vice.. (Signed by Judge Jed S. Rakoff on 6/11/2024) (kv) (Entered: 06/11/2024) |
| 06/17/2024 | 84 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 6/3/2024 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/18/2024. Release of Transcript Restriction set for 9/16/2024..(McGuirk, Kelly) (Entered: 06/17/2024) |
| 06/17/2024 | 85 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 6/3/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/17/2024) |
| 06/20/2024 | 86 | MOTION for Thomas Kayes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29508752. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Kayes Decl, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Kayes, Thomas) (Entered: 06/20/2024) |
| 06/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 86 MOTION for Thomas Kayes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29508752. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/20/2024) |
| 06/21/2024 | 87 | AMENDED COMPLAINT amending 1 Complaint, against Microsoft Corporation, OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC with JURY |

| | | |
|---|---|---|
| | | DEMAND.Document filed by The Intercept Media, Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6).(Match, Stephen) (Entered: 06/21/2024) |
| 07/08/2024 | 88 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss . . Document filed by Microsoft Corporation..(Hurst, Annette) (Entered: 07/08/2024) |
| 07/08/2024 | 89 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 52 MOTION to Dismiss . *// Supplemental Memorandum of Law in Support of OpenAI Defendants' Renewed Motion to Dismiss First Amended Complaint.* Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Nightingale Dawson, Elana) (Entered: 07/08/2024) |
| 07/15/2024 | 90 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 49 MOTION to Dismiss ., 52 MOTION to Dismiss . . Document filed by The Intercept Media, Inc...(Match, Stephen) (Entered: 07/15/2024) |
| 07/22/2024 | 91 | MOTION for Steven Art to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29637026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Art Declaration, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Art, Steven) (Entered: 07/22/2024) |
| 07/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 91 MOTION for Steven Art to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29637026. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 07/22/2024) |
| 08/19/2024 | 92 | MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29772990. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit (Declaration of Andrew Perito), # 2 Exhibit (Certificate of Good Standing), # 3 Proposed Order (Proposed Order)).(Perito, Andrew) (Entered: 08/19/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 92 MOTION for Andrew Louis Perito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29772990. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 93 | ORDER FOR ADMISSION PRO HAC VICE granting 86 Motion for Thomas Kayes to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Thomas Kayes is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Jed S. Rakoff on 8/20/2024) (sgz) (Entered: 08/20/2024) |
| 08/20/2024 | 94 | ORDER FOR ADMISSION PRO HAC VICE granting 91 Motion for Steven Art to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Steven Art is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge Jed S. Rakoff on 8/20/2024) (sgz) (Entered: 08/20/2024) |
| 08/20/2024 | 95 | ORDER GRANTING ADMISSION OF ANDREW L. PERITO PRO HAC VICE granting 92 Motion for Andrew L. Perito to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff |

| | | |
|---|---|---|
| | | on 8/20/2024) (sgz) (Entered: 08/20/2024) |
| 08/20/2024 | 96 | MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776590. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit / Declaration of Christopher S. Sun, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Sun, Christopher) (Entered: 08/20/2024) |
| 08/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 96 MOTION for Christopher Steven Sun to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29776590. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/20/2024) |
| 08/20/2024 | 97 | NOTICE OF APPEARANCE by Christopher S. Sun on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Sun, Christopher) (Entered: 08/20/2024) |
| 08/21/2024 | 98 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 96 Motion for Christopher Steven Sun to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 8/21/2024) (ks) (Entered: 08/21/2024) |
| 08/22/2024 | 99 | NOTICE of Supplemental Authority re: 52 MOTION to Dismiss .. Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Exhibit 1 – Andersen First Amended Complaint, # 2 Exhibit 2 – Andersen Order).(Nightingale Dawson, Elana) (Entered: 08/22/2024) |
| 08/27/2024 | 100 | NOTICE of Supplemental Authority. Document filed by The Intercept Media, Inc.. (Attachments: # 1 Exhibit 1).(Match, Stephen) (Entered: 08/27/2024) |
| 08/27/2024 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Henry J. Ricardo to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only. (mml) (Entered: 08/28/2024) |
| 09/04/2024 | 101 | NOTICE OF APPEARANCE by Rachel Renee Blitzer on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Blitzer, Rachel) (Entered: 09/04/2024) |
| 09/19/2024 | 102 | MOTION for Allyson R. Bennett to Withdraw as Attorney . Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Proposed Order Granting Withdrawal of Allyson R. Bennett, # 2 Affidavit of Joseph C. Gratz in Support of Motion to Withdraw Allyson R. Bennett as Counsel for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, AND OPENAI HOLDINGS, LLC).(Gratz, Joseph) (Entered: 09/19/2024) |
| 09/23/2024 | 103 | ORDER GRANTING WITHDRAWAL OF ALLYSON R. BENNETT granting 102 Motion to Withdraw as Attorney. Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OPEN AI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC is GRANTED. Defendants will continue to be represented by Morrison & Foerster LLP in this matter. The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. 102. SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/21/2024) Attorney Allyson R. Bennett terminated (ks) (Entered: 09/23/2024) |
| 09/27/2024 | 104 | NOTICE OF APPEARANCE by Emily Claire Wood on behalf of OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC..(Wood, Emily) (Entered: 09/27/2024) |
| 10/17/2024 | 105 | MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30057785. **Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | **Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI Holdings, LLC, OpenAI OpCo LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit of Edward A. Bayley, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Bayley, Edward) (Entered: 10/17/2024) |
| 10/17/2024 | 106 | MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30057811. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OAI Corporation, LLC, OpenAI GP, LLC, OpenAI Global LLC, OpenAI OpCo LLC, OpenAI Holdings, LLC, OpenAI, Inc., OpenAI, LLC. (Attachments: # 1 Affidavit of Andrew F. Dawson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice).(Dawson, Andrew) (Entered: 10/17/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 105 MOTION for Edward A. Bayley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30057785. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/18/2024) |
| 10/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 106 MOTION for Andrew Frederick Dawson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30057811. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/18/2024) |
| 10/18/2024 | 107 | MOTION for Kyle Wallenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30064314. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Intercept Media, Inc.. (Attachments: # 1 Affidavit Wallenberg Decl, # 2 Exhibit A – Certificate, # 3 Proposed Order Proposed Order).(Wallenberg, Kyle) (Entered: 10/18/2024) |
| 10/21/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Oral Argument set for 11/1/2024 at 02:00 PM before Judge Jed S. Rakoff, in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York.. (Kotowski, Linda) (Entered: 10/21/2024) |
| 10/21/2024 | 108 | ORDER FOR ADMISSION PRO HAC VICE granting 107 Motion for Kyle Wallenberg to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/21/2024) (ks) (Entered: 10/21/2024) |
| 10/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 107 MOTION for Kyle Wallenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30064314. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/21/2024) |
| 10/23/2024 | 109 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 105 Motion for Edward A. Bayley to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/23/2024) (ks) (Entered: 10/23/2024) |
| 10/23/2024 | 110 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 106 Motion for Andrew F. Dawson to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/23/2024) (ks) (Entered: 10/23/2024) |
| 10/24/2024 | 111 | MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30089527. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC. (Attachments: # 1 Affidavit Affidavit of Carolyn M. Homer in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Proposed Order Order Granting Carolyn M. Homer's Motion for Admission Pro Hac Vice).(Homer, Carolyn) (Entered: 10/24/2024) |

| 10/24/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 111 MOTION for Carolyn Homer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30089527. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/24/2024) |
|---|---|---|
| 10/24/2024 | 112 | NOTICE OF APPEARANCE by Michael A David on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(David, Michael) (Entered: 10/24/2024) |
| 10/28/2024 | 113 | MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30103742. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC. (Attachments: # 1 Affidavit of Andrew S. Bruns in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificate of Standing, # 3 Proposed Order Admitting Counsel Pro Hac Vice).(Bruns, Andrew) (Entered: 10/28/2024) |
| 10/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 113 MOTION for Andrew S. Bruns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30103742. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 10/28/2024) |
| 10/29/2024 | 114 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 113 Motion for Andrew S. Bruns to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/29/2024) (ks) (Entered: 10/29/2024) |
| 10/29/2024 | 115 | ORDER GRANTING ADMISSION OF CAROLYN HOMER PRO HAC VICE granting 111 Motion for Carolyn Homer to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 10/29/2024) (ks) (Entered: 10/29/2024) |
| 10/29/2024 | 116 | NOTICE OF APPEARANCE by Herman Heng Yue on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Yue, Herman) (Entered: 10/29/2024) |
| 11/01/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 11/1/2024 re: 49 MOTION to Dismiss . filed by Microsoft Corporation, 52 MOTION to Dismiss . filed by OpenAI, Inc., OpenAI Global LLC, OpenAI OpCo LLC, OpenAI, LLC, OpenAI Holdings, LLC, OpenAI GP, LLC, OAI Corporation, LLC. (Kotowski, Linda) (Entered: 11/01/2024) |
| 11/06/2024 | 117 | NOTICE OF APPEARANCE by Andrew S. Bruns on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Bruns, Andrew) (Entered: 11/06/2024) |
| 11/11/2024 | 118 | NOTICE of Supplemental Authority in Support of Motion to Dismiss [Dkt 52] re: 52 MOTION to Dismiss .. Document filed by OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Gratz, Joseph) (Entered: 11/11/2024) |
| 11/12/2024 | 119 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 11/1/2024 before Judge Jed S. Rakoff. Court Reporter/Transcriber: George Malinowski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/3/2024. Redacted Transcript Deadline set for 12/13/2024. Release of Transcript Restriction set for 2/10/2025..(McGuirk, Kelly) (Entered: 11/12/2024) |
| 11/12/2024 | 120 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 11/1/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/12/2024) |

| | | |
|---|---|---|
| 11/13/2024 | <u>121</u> | RESPONSE re: <u>118</u> Notice (Other), . Document filed by The Intercept Media, Inc.. (Attachments: # <u>1</u> Exhibit 1 – Notice of Supplemental Authority, # <u>2</u> Exhibit 2 – Complaint).(Match, Stephen) (Entered: 11/13/2024) |
| 11/21/2024 | <u>122</u> | ORDER with respect to <u>49</u> Motion to Dismiss; with respect to <u>52</u> Motion to Dismiss. An Opinion explaining the reasons for this ruling will issue in due course. The Clerk of Court is respectfully directed to close docket entry numbers 49 and 52. SO ORDERED. (Signed by Judge Jed S. Rakoff on 11/21/2024) (tg) (Entered: 11/22/2024) |
| 12/05/2024 | <u>123</u> | ANSWER to <u>87</u> Amended Complaint,. Document filed by OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC..(Gratz, Joseph) (Entered: 12/05/2024) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., | Civil Action No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION | **JURY TRIAL DEMANDED** |
| Defendants. | |

1.      Plaintiff The Intercept Media, Inc., through its attorneys Loevy & Loevy, for its Complaint against the OpenAI Defendants, alleges the following:

2.      The Copyright Clause of the U.S. Constitution empowers Congress to protect works of human creativity.  The resulting legal protections encourage people to devote effort and resources to all manner of creative enterprises by providing confidence that creators' works will be shielded from unauthorized encroachment.

3.      In recognition that emerging technologies could be used to evade statutory protections, Congress passed the Digital Millennium Copyright Act in 1998.  The DMCA prohibits the removal of author, title, copyright, and terms of use information from protected works where there is reason to know that it would induce, enable, facilitate, or conceal a copyright infringement.  Unlike copyright infringement claims, which require copyright owners to incur significant and often prohibitive registration costs as a prerequisite to enforcing their copyrights, a DMCA claim does not require registration.

4.      Generative artificial intelligence (AI) systems and large language models (LLMs) are trained using works created by humans.  AI systems and LLMs ingest massive amounts of human creativity and use it to mimic how humans write and speak. These training sets have included hundreds of thousands, if not millions, of works of journalism.

5.      Defendants are the companies responsible for the creation and development of the highly lucrative ChatGPT AI products.  According to the award-winning website Copyleaks, nearly 60% of the responses provided by Defendants' GPT-3.5 product in a study conducted by Copyleaks contained some form of plagiarized content, and over 45% contained text that was identical to pre-existing content.

6.      When they populated their training sets with works of journalism, Defendants had a choice: they could train ChatGPT using works of journalism with the copyright management information protected by the DMCA intact, or they could strip it away.  Defendants chose the latter, and in the process, trained ChatGPT not to acknowledge or respect copyright, not to notify ChatGPT users when the responses they received were protected by journalists' copyrights, and not to provide attribution when using the works of human journalists.

7.      Plaintiff The Intercept Media, Inc., is a news organization, and brings this lawsuit seeking actual damages and Defendants' profits, or statutory damages of no less than $2500 per violation.

**PARTIES**

8.      The Intercept is an award-winning news organization dedicated to holding the powerful accountable through fearless, adversarial journalism. Its in-depth investigations and unflinching analysis focus on politics, war, surveillance, corruption, the environment, technology, criminal justice, the media, and other issues.  The Intercept has been recognized for its reporting

Case 1:24-cv-01515-D Document 1-25 Filed 02/28/24 Page 36 of 47

on the U.S. drone program, criminal behavior in a major metropolitan police department, and toxic Teflon chemicals, among other work.

9. The Intercept is a Delaware, non-stock, nonprofit organization. Its headquarters are located in New York, NY.

10. Defendants are the organizations responsible for the creation, training, marketing, and sale of ChatGPT AI products.

11. Some of the Defendants consist of interrelated OpenAI entities, referred to herein collectively as the OpenAI Defendants. These include the following:

12. OpenAI Inc. is a Delaware nonprofit corporation with a principal place of business in San Francisco, CA.

13. OpenAI OpCo LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. OpenAI OpCo LLC is the sole member of OpenAI, LLC. Previously, OpenAI OpCo was known as OpenAI LP.

14. OpenAI GP, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. It is the general partner of OpenAI OpCo and controls OpenAI OpCo.

15. OpenAI, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. It owns some of the services or products operated by OpenAI.

16. OpenAI Global LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. Its members are OAI Corporation LLC and Microsoft Corporation.

17. OAI Corporation, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. Its sole member is OpenAI Holdings, LLC.

18.     OpenAI Holdings, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. Its sole members are OpenAI, Inc. and Aestas Corporation.

19.     Microsoft Corporation is a Washington corporation with a principal place of business and headquarters in Redmond, Washington.

20.     Microsoft has invested billions of dollars in OpenAI Global LLC and will own a 49% stake in the company after its investment has been repaid.

21.     Microsoft provides the data center and supercomputing infrastructure used to train ChatGPT.

22.     Upon information and belief based on the relationship between Defendants, Microsoft hosts ChatGPT training sets and provides access to those training sets to one or more of the OpenAI Defendants, and some of those training sets were created by the OpenAI Defendants and provided to Microsoft.

## JURISDICTION AND VENUE

23.     The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act of 1976, 17 U.S.C. § 101, et seq., as amended by the Digital Millennium Copyright Act.

24.     Jurisdiction over Defendants is proper because they have purposefully availed themselves of New York to conduct their business.  Defendants maintain offices and employ staff in New York who, on information and belief, were engaged in training and/or marketing of ChatGPT, and thus in the removal of Plaintiff's copyright management information as discussed in this Complaint and/or the sale of products to New York residents resulting from that removal. Defendants consented to personal jurisdiction in this Court in at least *Authors Guild v. OpenAI Inc.*, 23-cv-08292.

25. Because Plaintiff's principal place of business is in this District, Defendants could reasonably foresee that the injuries alleged in this Complaint would occur in this District.

26. Venue is proper under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this District.

27. Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the acts or omissions giving rise to Plaintiff's claims occurred in this District. Specifically, Defendants employ staff in New York who, on information and belief, were engaged in the activities alleged in this Complaint.

28. Defendants consented to venue in this Court in at least *Authors Guild v. OpenAI Inc.*, 23-cv-08292.

## DEFENDANTS' DMCA VIOLATIONS

29. Defendants have kept secret the specific content used to train all versions of ChatGPT beginning with GPT-4. Plaintiff's allegations are therefore based upon an extensive review of publicly available information regarding earlier versions of ChatGPT and consultations with a data scientist employed by Plaintiff's counsel to analyze that information and provide insights into the manner in which AI is developed and functions.

30. Earlier versions of ChatGPT[1] (prior to GPT-4) were trained using at least the following training sets: WebText, WebText2, and Common Crawl. These training sets range from collections of links posted on the website Reddit to a scrape of most of the internet.

31. WebText and WebText2 were created by the OpenAI Defendants. Common Crawl originated elsewhere, but was adapted and utilized by Defendants for inclusion in ChatGPT

---

[1] Plaintiff collectively refers to all versions of ChatGPT as "ChatGPT" unless a specific version is specified.

training sets. Upon information and belief, both the OpenAI Defendants and Defendant Microsoft have created Common Crawl datasets, as opposed to copying a dataset already created by someone other than Defendants.

32. Plaintiff's copyrighted works of journalism are published on the internet, and are conveyed to the public with author, title, copyright, and terms of use information.

33. Plaintiff's copyright-protected works are the result of significant investments by Plaintiff in the human and other resources necessary to report on the news.

34. ChatGPT offers a product to its customers that provides responses to questions or other prompts. ChatGPT's ability to provide these responses is the key value proposition of its product, one which it is able to sell to its customers for enormous sums of money, soon likely to be in the billions of dollars.

35. At least some of the time, ChatGPT provides or has provided responses to users that regurgitate verbatim or nearly verbatim copyright-protected works of journalism without providing author, title, copyright, or terms of use information contained in those works.

36. At least some of the time, ChatGPT provides or has provided responses to users that mimic significant amounts of material from copyright-protected works of journalism without providing any author, title, copyright, or terms of use information contained in those works. For example, if a user asks ChatGPT about a current event or the results of a work of investigative journalism, ChatGPT will provide responses that mimic copyright-protected works of journalism that covered those events, not responses that are based on any journalism efforts by Defendants.

37. ChatGPT does not have any independent knowledge of the information provided in its responses. Rather, to service Defendants' paying customers, ChatGPT instead repackages,

among other material, the copyrighted journalism work product developed by Plaintiff and others at their expense.

38.     Various sources have recreated approximations of the Common Crawl and WebText training sets based on publicly available information discussing the methodologies used to create them. Those sources have made these recreated data sets, or instructions on how to derive them, available on the internet.  Thousands of Plaintiff's works are contained in the recreated versions of these data sets without the author, title, copyright notice, and terms of use information found in Plaintiff's original publications.

39.     If ChatGPT was trained on works of journalism that included the original author, title, copyright notice, and terms of use information, ChatGPT would have learned to communicate that information when providing responses to users unless Defendants trained it otherwise.

40.     When ChatGPT provides responses to users, it generally does not provide the author, title, copyright notice, or terms of use information applicable to the works on which its responses are based.  Upon information and belief, in the instances in which author or title information is included in a response, it is because other material used in a training set references the author or title in the text of such material (e.g., a Wikipedia article discussing the underlying works of journalism).

41.     When providing responses, ChatGPT gives the impression that it is an all-knowing, "intelligent" source of the information being provided, when in reality, the responses are frequently based on copyrighted works of journalism that ChatGPT simply mimics.

42.     Based on the publicly available information described above, thousands of Plaintiff's copyrighted works were included in Defendants' training sets without the author, title, copyright notice, and terms of use information that Plaintiff conveyed in publishing them.

43.     Based on the publicly available information described above, the OpenAI Defendants intentionally removed author, title, copyright notice, and terms of use information from Plaintiff's copyrighted works in creating ChatGPT training sets.

44.     Based on the publicly available information described above, including information showing that Defendant Microsoft created and hosted the data centers used to develop ChatGPT and information regarding Microsoft's own Bing Copilot, Defendant Microsoft intentionally removed author, title, copyright notice, and terms of use information from Plaintiff's copyrighted works in creating ChatGPT and Bing Copilot training sets.

45.     Based on publicly available information regarding the relationship between Defendant Microsoft and the OpenAI Defendants, and Defendant Microsoft's provision of database and computing resources to the OpenAI Defendants, Defendant Microsoft has shared copies of Plaintiff's works from which author, title, copyright notice, and terms of use information had been removed, with the OpenAI Defendants as part of Defendants' efforts to develop ChatGPT.

46.     Based on publicly available information regarding the working relationship between Defendant Microsoft and the OpenAI Defendants, including the creation of training sets by the OpenAI Defendants such as WebText and WebText2, the OpenAI Defendants have shared copies of Plaintiff's works from which author, title, copyright notice, and terms of use information had been removed, with Defendant Microsoft as part of Defendants' efforts to develop ChatGPT.

47.     Defendants had reasonable grounds to know that the removal of author, title, copyright notice, and terms of use information from copyright-protected works and their use in training ChatGPT would result in ChatGPT providing responses to ChatGPT users that incorporated or regurgitated material verbatim from copyrighted works in creating responses to

users, without revealing that those works were subject to Plaintiff's copyrights. This is at least because Defendants were aware that ChatGPT responses are the product of its training sets and that ChatGPT generally would not know any author, title, copyright notice, and terms of use information that was not included in training sets.

48.    Defendants had reason to know that users of ChatGPT would further distribute the results of ChatGPT responses. This is at least because Defendants promote ChatGPT as a tool that can be used by a user to generate content for a further audience.

49.    Defendants had reason to know that users of ChatGPT would be less likely to distribute ChatGPT responses if they were made aware of the author, title, copyright, and terms of use information applicable to the material used to generate those responses. This is at least because Defendants were aware that at least some likely users of ChatGPT respect the copyrights of others or fear liability for copyright infringement.

50.    Defendants had reason to know that ChatGPT would be less popular and would generate less revenue if users believed that ChatGPT responses violated third-party copyrights or if users were otherwise concerned about further distributing ChatGPT responses. This is at least because Defendants were aware that they derive revenue from user subscriptions, that at least some likely users of ChatGPT respect the copyrights of others or fear liability for copyright infringement, and that such users would not pay to use a product that might result in copyright liability or did not respect the copyrights of others.

## Count I – Violation of 17 U.S.C. § 1202(b)(1) by OpenAI Defendants

51.     The above paragraphs are incorporated by reference into this Count.

52.     Plaintiff is the owner of copyrighted works of journalism that contain author, title, copyright information, and terms of use information.

53.     Upon information and belief, the OpenAI Defendants created copies of Plaintiff's works of journalism with author information removed and included them in training sets used to train ChatGPT.

54.     Upon information and belief, the OpenAI Defendants created copies of Plaintiff's works of journalism with title information removed and included them in training sets used to train ChatGPT.

55.     Upon information and belief, the OpenAI Defendants created copies of Plaintiff's works of journalism with copyright information removed and included them in training sets used to train ChatGPT.

56.     Upon information and belief, the OpenAI Defendants created copies of Plaintiff's works of journalism with terms of use information removed and included them in training sets used to train ChatGPT.

57.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would induce ChatGPT to provide responses to users that incorporated material from Plaintiff's copyright-protected works or regurgitated copyright-protected works verbatim or nearly verbatim.

58.     The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would induce ChatGPT users to distribute or publish ChatGPT responses that utilized Plaintiff's

copyright-protected works of journalism that such users would not have distributed or published if they were aware of the author, title, copyright, or terms of use information.

59. The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would enable copyright infringement by ChatGPT and ChatGPT users.

60. The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would facilitate copyright infringement by ChatGPT and ChatGPT users.

61. The OpenAI Defendants had reason to know that inclusion in their training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would conceal copyright infringement by Defendants, ChatGPT, and ChatGPT users.

62. The OpenAI Defendants have acknowledged that use of copyright-protected works to train ChatGPT requires a license to that content and, in some instances, have entered licensing agreements with large copyright owners such as Associated Press and Axel Springer. The OpenAI Defendants are also in licensing talks with other copyright owners in the news industry, but have offered no compensation to Plaintiff.

63. The OpenAI Defendants created tools in late 2023 to allow copyright owners to block their work from being incorporated into training sets. This further corroborates that the OpenAI Defendants had reason to know that use of copyrighted material in their training sets is copyright infringement, which is enabled, facilitated, and concealed by the OpenAI Defendants' removal of author, title, copyright, and terms of use information from their training sets.

### Count II – Violation of 17 U.S.C. § 1202(b)(3) by OpenAI Defendants

64.     The above paragraphs are incorporated by reference into this Count.

65.     Upon information and belief, the OpenAI Defendants shared copies of Plaintiff's works without author, title, copyright, and terms of use information with Defendant Microsoft in connection with the development of ChatGPT.

### Count III – Violation of 17 U.S.C. § 1202(b)(1) by Defendant Microsoft

66.     The above paragraphs are incorporated by reference into this Count.

67.     Upon information and belief, Defendant Microsoft created copies of Plaintiff's works of journalism with author information removed and included them in training sets used to train ChatGPT and Bing AI products.

68.     Upon information and belief, Defendant Microsoft created copies of Plaintiff's works of journalism with title information removed and included them in training sets used to train ChatGPT and Bing AI products.

69.     Upon information and belief, Defendant Microsoft created copies of Plaintiff's works of journalism with copyright information removed and included them in training sets used to train ChatGPT and Bing AI products.

70.     Upon information and belief, Defendant Microsoft created copies of Plaintiff's works of journalism with terms of use information removed and included them in training sets used to train ChatGPT and Bing AI products.

71.     Defendant Microsoft had reason to know that inclusion in training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would induce ChatGPT and Bing AI products to provide responses to users that incorporated material from

Plaintiff's copyright-protected works or regurgitated copyright-protected works verbatim or nearly verbatim.

72.    Defendant Microsoft had reason to know that inclusion in training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would induce ChatGPT and Bing AI product users to distribute or publish responses that utilized Plaintiff's copyright-protected works of journalism that such users would not have distributed or published if they were aware of the author, title, copyright, or terms of use information.

73.    Defendant Microsoft had reason to know that inclusion in training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would enable copyright infringement by ChatGPT, Bing AI, and ChatGPT and Bing AI users.

74.    Defendant Microsoft had reason to know that inclusion in training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would facilitate copyright infringement by ChatGPT, Bing, AI, and ChatGPT and Bing AI users.

75.    Defendant Microsoft had reason to know that inclusion in training sets of Plaintiff's works of journalism without author, title, copyright, and terms of use information would conceal copyright infringement by Defendants, ChatGPT, Bing AI, and ChatGPT and Bing AI users.

### Count IV – Violation of 17 U.S.C. § 1202(b)(3) by Defendant Microsoft

76.    The above paragraphs are incorporated by reference into this Count.

77.    Upon information and belief, Defendant Microsoft shared copies of Plaintiff's works without author, title, copyright, and terms of use information with the OpenAI Defendants in connection with the development of ChatGPT.

## PRAYER FOR RELIEF

Plaintiff seeks the following relief:

(i)      Either statutory damages or the total of Plaintiff's damages and Defendants' profits, to be elected by Plaintiff;

(ii)     An injunction requiring Defendants to remove all copies of Plaintiff's copyrighted works from which author, title, copyright, and terms of use information was removed from their training sets and any other repositories;

(iii)    Attorney fees and costs.

## JURY DEMAND

Plaintiff demands a jury trial.

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jonathan Loevy*
Michael Kanovitz*
Lauren Carbajal*
Stephen Stich Match (No. 5567854)
Matthew Topic*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

*pro hac vice forthcoming

February 28, 2024