**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE OPENAI COPYRIGHT LITIGATION

MDL No.

AMENDED SCHEDULE OF ACTIONS

2840541

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Paul Tremblay<br><br>**Consolidated Plaintiffs**<br><br>3:23-cv-04625-AMO[1]<br>Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-Nehisi Coates, Junot Diaz<br><br>3:23-cv-03416-AMO<br>Sarah Silverman, Christopher Golden, Richard Kadrey,<br><br>**Defendants** | N.D. Cal. | 3:23-cv-03223-AMO | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO (*lead*)<br>3:23-cv-04625-AMO (*consolidated*)<br>3:23-cv-03416-AMO (*consolidated*) |

[1] Michael Chabon and Ayelet Waldman were not included in the caption of the First Consolidated Class Complaint, 3:23-cv-03223 Dkt. 120. OpenAI understands—and plaintiffs' counsel has confirmed—that Mr. Chabon and Ms. Waldman are no longer parties to this class action. Because they are not reflected as terminated on the docket, however, OpenAI has included them here.

| | | | | |
|---|---|---|---|---|
| OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; and OpenAI Startup Fund Management, LLC, a Delaware limited liability company. | | | | |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Micheal Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-Nehisi Coates, Junot Diaz<br><br>**Defendants**<br><br>OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC | N.D. Cal. | 3:23-cv-04625-AMO<br><br>(*terminated* 2/16/2024) | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO (*lead*)<br>3:23-cv-04625-AMO (*consolidated*)<br>3:23-cv-03416-AMO (*consolidated*) |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Sarah Silverman, Christopher Golden, Richard Kadrey,<br><br>**Defendants**<br><br>OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC | N.D. Cal. | 3:23-cv-03416-AMO<br><br>(*terminated* 2/16/2024) | Hon. Araceli Martínez-Olguín<br><br>(M.J. Robert M. Illman) | *In re OpenAI ChatGPT*<br><br>3:23-cv-03223-AMO (*lead*)<br>3:23-cv-04625-AMO (*consolidated*)<br>3:23-cv-03416-AMO (*consolidated*) |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>David Millette, Ruslana Petryazhna<br><br>**Defendants**<br><br>OpenAI, Inc., OpenAI OpCo, L.L.C. | N.D. Cal. | 5:24-cv-04710-EJD | Hon. Edward J. Davila | N/A |

2840541

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Authors Guild, David Baldacci, Mary Bly, Michael Connolly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang,[2] Victor La Valle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail<br><br>**Consolidated Plaintiffs**<br><br>(1:23-cv-10211)<br><br>Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Julian Sancton, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester<br><br>(1:24-cv-00084)<br>Nicholas Basbanes, Nicholas Ngagoyeanes | SDNY | 1:23-cv-08292-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS-OTW (*lead*)<br><br>1:23-cv-10211-SHS-OTW (*consolidated*)<br><br>1:24-cv-00084-SHS-OTW<br><br>(*consolidated*) |

---

[2] OpenAI understand that Ms. Lang has dismissed her claims against OpenAI and Microsoft and is no longer a party to this class action. Because she is not reflected as a terminated party on the docket, however, OpenAI has included her in this schedule.

| | | | | |
|---|---|---|---|---|
| **Defendants**<br><br>OpenAI Inc, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, Microsoft Corporation<br><br>**Consolidated Defendants**<br><br>Microsoft Corporation, OAI Corporation LLC, OpenAI GP LLC, OpenAI Global LLC, Open AI Holdings LLC, OpenAI Inc., OpenAI LLC, OpenAI OpCo LLC, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund Management LLC,<br><br>**Third Party Plaintiff**<br><br>Paul Tremblay, Michael Chabon, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew | | | | |

| | | | |
|---|---|---|---|
| Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Rachard Kadrey<br><br>**Interested Party**<br><br>Julian Sancton, Nicholas Basbanes, Nicholas Ngagoyeanes | | | |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Julian Sancton, Rich Cohen, James Shapiro Eugene Linden, Taylor Branch, Daniel Okrent, Simon Winchester, Jia Tolentino, Jonathan Alter, Stacy Schiff, Kai Bird, Hampton Sides<br><br>**Defendants**<br><br>OpenAI Inc., OpenAI GP, LLC, OpenAI, OpCo LLC, OpenAI, LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, Microsoft Corporation<br><br>**Third Party Plaintiff**<br><br>Paul Tremblay, Michael Chabon, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Rachard Kadrey | SDNY | 1:23-cv-10211-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS-OTW (*lead*)<br>1:23-cv-10211-SHS-OTW (*consolidated*)<br>1:24-cv-00084-SHS-OTW (*consolidated*) |

| | | | | |
|---|---|---|---|---|
| **Third Party Defendant**<br><br>N/A[3]<br><br>**Interested Party**<br><br>Authors' Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, Nicholas Basbanes, Nicholas Ngagoyeanes | | | | |

---

[3] The docket in Case No. 1:23-cv-10211-SHS-OTW (SDNY) identifies David Henry Hwang as a third party defendant. OpenAI believes this is an error and Mr. Hwang should be listed as a Third Party Plaintiff, given his status as a plaintiff in the consolidated class action in the Northern District of California, Case No. 3:23-cv-03223-AMO.

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Nicholas A. Basbanes, Nicholas Ngagoyeanes (*professionally known as Nicholas Gage*)<br><br>**Defendants**<br><br>Microsoft Corporation, OpenAI, Inc., OpenAI GP, LLC, OpenAI Holdings, LLC, OAI Corporation, LLC, OpenAI Global LLC, OpenAI LLC, OpenAI OpCo LLC,<br><br>**Third Party Plaintiff**<br><br>Paul Tremblay, Michael Chabon, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey<br><br>**Third Party Defendant** | SDNY | 1:24-cv-00084-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-08292-SHS-OTW (*lead*)<br><br>1:23-cv-10211-SHS-OTW (*consolidated*)<br><br>1:24-cv-00084-SHS-OTW (*consolidated*) |

| N/A[4]<br><br>**<u>Interested Party</u>**<br><br>Jonathan Alter, Authors Guild | | | | |
|---|---|---|---|---|

---

[4] The docket in Case No. 1:23-cv-10211-SHS-OTW identifies David Henry Hwang as a third party defendant. OpenAI believes this is an error and Mr. Hwang should be listed as a Third Party Plaintiff, given his status as a plaintiff in the consolidated class action in the Northern District of California, Case no. 3:23-cv-03223-AMO.

2840541

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>The New York Times Company<br><br>**Consolidated Plaintiffs**<br><br>The Center for Investigative Reporting, Inc.<br><br>**Defendant**<br><br>Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC,<br><br>**Consolidated Defendant**<br><br>OpenAI, LLC<br><br>**Third Party Plaintiff**<br><br>Paul Tremblay, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Michael Chabon, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, | SDNY | 1:23-cv-11195-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-11195-SHS-OTW (*Lead*)<br><br>1:24-cv-03285-SHS-OTW (*Consolidated*)<br><br>1:24-cv-04872-SHS-OTW (*Consolidated*) |

2840541

| | | | |
|---|---|---|---|
| Sarah Silverman, Christopher Golden, Richard Kadrey<br><br>**Interested Party**<br><br>Authors Guild, Jonathan Alter | | | |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC<br><br>**Defendants**<br><br>Microsoft Corporation, OpenAI Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC<br><br>**Interested Parties**<br><br>Authors Guild, Jonathan Alter | SDNY | 1:24-cv-03285-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-11195-SHS-OTW (*Lead*)<br><br>1:24-cv-03285-SHS-OTW (*Consolidated*)<br>1:24-cv-04872-SHS-OTW (*Consolidated*) |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiffs**<br><br>The Center for Investigative Reporting, Inc.<br><br>**Defendant**<br><br>OpenAI, Inc., OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, Microsoft Corporation<br><br>**Interested Parties**<br><br>Authors Guild, Jonathan Alter | SDNY | 1:24-cv-04872-SHS-OTW | Hon. Sidney H. Stein<br><br>(M.J. Ona Wang) | 1:23-cv-11195-SHS-OTW (*Lead*)<br><br>1:24-cv-03285-SHS-OTW (*Consolidated*)<br><br>1:24-cv-04872-SHS-OTW (*Consolidated*) |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **<u>Plaintiffs</u>**<br><br>Raw Story Media, Inc., Alternet Media, Inc.<br><br>**<u>Defendant</u>**<br><br>OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC | SDNY | 1:24-cv-01514-CM | Hon. Colleen McMahon<br><br>(M.J. Ona Wang) | N/A |

| Case Caption | Court | Civil Action No. | Judge(s) | Consolidated Action No. |
|---|---|---|---|---|
| **Plaintiff**<br><br>The Intercept Media, Inc.<br><br>**Defendants**<br><br>OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC | SDNY | 1:24-cv-01515-JSR | Hon. Jed S. Rakoff | N/A |

2840541

Respectfully submitted,

Dated:  December 10, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:      (415) 391-5400
Facsimile:      (415) 397-7188

2840541

Dated:  December 10, 2024

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
VERA RANIERI
VRanieri@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

2840541

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000

2840541

Dated:  December 10, 2024

LATHAM & WATKINS LLP

By: */s/Elana Nightingale-Dawson*
ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:     (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
Elana.nightingaledawson@lw.com
MICHAEL A. DAVID (pro hac vice)
michael.david@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

*Attorneys for Defendants*OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC, OpenAI Global LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC