**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI, INC., COPYRIGHT LITIGATION | MDL No. 3143 |

## OPENAI'S MOTION FOR EXPEDITED HEARING

On December 6, 2024, OpenAI submitted its initial motion to transfer under 27 U.S.C.

§ 1407 ("Section 1407 Motion"). Dkt. 1. On December 10, 2024, OpenAI submitted an amended

Schedule of Actions and Proof of Service, and on December 13, 2024, its Section 1407 Motion

was accepted for filing. Dkts. 2-3. Briefing in this matter is scheduled to close on January 10,

2025.[1] Dkt. 4. OpenAI now respectfully requests that this matter be set for hearing at the Panel's

upcoming January 30, 2025, hearing to ensure that OpenAI can obtain its requested relief from

duplicative depositions.

In five of the eight matters that OpenAI seeks to centralize, discovery has recently been set

to close at the end of April 2025, and the parties expect uncoordinated depositions in those cases

---

[1] *The New York Times* Plaintiffs have requested that OpenAI stipulate to extend their response
deadline to January 10, 2025, which would result in the close of briefing on January 17, 2025.
OpenAI opposes an extension this long; however, as a professional courtesy in light of the
upcoming winter holidays, OpenAI has offered to agree to a more modest extension of January
6, 2025 for the plaintiffs' response deadline and January 13, 2025, for OpenAI's reply provided
that *The New York Times* Plaintiffs join OpenAI's request that its Section 1407 Motion be heard
at the January 30, 2025 sitting and the extension does not prevent the motion from being heard
on that date. *The New York Times* Plaintiffs have not responded to this offer.

2842774

to begin in early 2025. Dkt. 1-2 ("Brief") at 3, 5, 8, 12. As explained in OpenAI's Brief, there are at least 22 current and former OpenAI employees who will likely be required to sit for multiple depositions across the cases that OpenAI seeks to centralize. Brief at 15. Indeed, some witnesses may be subject to *more than four separate depositions* with no reasonable per-witness time limits. *Id.* OpenAI has undertaken considerable efforts to informally and formally coordinate those depositions but, in recent weeks, it has become clear that those efforts have proven unsuccessful. Brief at 10-11. If OpenAI's Section 1407 Motion is not heard until the Panel's March 27, 2025 sitting, the majority of these unnecessarily duplicative depositions will already have occurred by the time this Panel rules on the motion.

A transfer and consolidation order from the Panel following the January 30, 2025, hearing would ensure that OpenAI can obtain a reasonable discovery and deposition coordination order, providing relief from the duplicative depositions before they occur.[2] Early resolution of the Section 1407 Motion will also aid all parties and the courts currently overseeing their cases by providing certainty about the status, scheduling, and prospect of coordination for those cases as discovery progresses.  Accordingly, OpenAI respectfully requests that this matter be scheduled for oral argument at the Panel's upcoming hearing on January 30, 202

---

[2] Duplicative discovery is not the only basis for OpenAI's motion. The risk of contradictory decisions on novel questions of law and complex sets of facts, in addition to the risk of conflicting or overlapping classes, are sufficient grounds to centralize these cases, even if most fact discovery has completed by the time the Panel rules on OpenAI's motion. *See* Brief at 16-19.

2842774

Respectfully submitted,

Dated:  December 16, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ *Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

2842774

Dated:  December 16, 2024

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
VERA RANIERI
VRanieri@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:     (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:     (212) 468-8000

Dated: December 16, 2024          LATHAM & WATKINS LLP


By: */s/ Elana Nightingale Dawson*
ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:     (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.nightingaledawson@lw.com
MICHAEL A. DAVID (*pro hac vice*)
michael.david@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC