## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

## ERRATA

Defendants submit as attachments to this pleading the following errata to its Initial Motion to Transfer at Dkt. Nos. 1 and 2 of MDL No. 3143:

- Second Amended Schedule of Actions

- Amended signature blocks for:
    - Motion to Transfer Pursuant to 28 U.S.C. § 1407; and
    - Brief in support of that Motion.

- Complaints and docket sheets for:
    - Case no. 3:23-cv-04625-AMO (NDCA)
    - Case no. 3:23-cv-03416-AMO (NDCA)
    - Case no. 1:23-cv-10211-SHS-OTW (SDNY)

2843056

Respectfully submitted,

Dated:  December 18, 2024          KEKER, VAN NEST & PETERS LLP


By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:      (415) 391-5400
Facsimile:      (415) 397-7188


*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC,
OPENAI LLC

2

2843056