BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**SUPPLEMENTAL INFORMATION**

Pursuant to Rule 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, The New York Times Company, The Daily News Plaintiffs,[1] and The Center for Investigative Reporting, Inc. (collectively, the "News Plaintiffs") respectfully write to notify the Panel of developments in the subject district court actions (the "News Cases"), including the steps that the parties have taken to coordinate discovery and scheduling.

1. <u>Deposition Coordination</u>.  After the close of briefing on January 13, 2025, pursuant to orders from Magistrate Judge Ona T. Wang, the parties held two in-person conferences on January 31 and March 7, 2025 at the courthouse in the Southern District of New York to negotiate and then jointly prepare a deposition protocol.  At the close of the March 7 conference, the parties prepared a term sheet reflecting the results of their negotiations and advised Magistrate Judge Wang that the parties were close to agreement.  A copy of that term sheet is attached as Exhibit A ("Deposition Coordination Agreement").  In Plaintiffs' view, adoption of these terms would resolve virtually all of the issues raised by OpenAI regarding depositions and potential duplicative discovery because the depositions of OpenAI witnesses will be limited according to the parties' agreed terms.  *See id.* at pp. 1-2.  The parties worked together to set per-witness limits and total allotted deposition hours for OpenAI, Microsoft, the News Plaintiffs, and the New York Class Plaintiffs.[2]  The agreement also

---

[1] Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC (the "Daily News Plaintiffs").

[2] Moreover, agreement was reached regarding procedures to include the DMCA Plaintiff, The Intercept Media, who now has a trial-ready date in September 2025, and thus, is under a firm discovery schedule

resolves other ancillary issues around deposition coordination, including use of deposition transcripts across cases, how to notice depositions, and amendment of the protective order (e.g., to accommodate sharing of documents during depositions).

On March 13, 2025, counsel for OpenAI advised that a number of additional issues have arisen in connection with the parties' negotiations regarding specific deposition dates, and that certain issues in the term sheet would need to be revised. The parties are therefore continuing their discussions in an effort to finalize the term sheet and resolve outstanding issues.

In the meantime, all parties in the S.D.N.Y. Actions have agreed that OpenAI's witnesses will, to the extent that schedules allow for it and the documents relating to those witnesses have been produced, be deposed once (for the agreed-upon period of time) in all of the S.D.N.Y. Actions. The S.D.N.Y. Actions include the three News Cases, the New York Class Action Cases, and the DMCA Case pending in the Southern District of New York.

Depositions of OpenAI witnesses are already under way – with additional depositions scheduled – and have been proceeding under the framework set forth in the term sheet.

2. <u>Certification of Issue to the New York State Attorney General</u>. The News Plaintiffs also write to notify the Panel regarding developments with respect to *sub judice* motions before Judge Stein in the News Cases. As outlined in the News Plaintiffs' Opposition, OpenAI and Microsoft filed partial motions to dismiss the News Cases, which are currently pending before Judge Stein in the S.D.N.Y. *See* Opposition, p. 19 (motions directed to contributory copyright infringement, DMCA violations, unfair competition, injury to business reputation, and a subset of direct infringement claims). On January 14, 2025, Judge Stein heard oral argument on the motions to dismiss. In connection with his consideration of Microsoft's challenges to the constitutionality of N.Y. Gen. Bus. Law § 360-1, Judge Stein certified the issue to the New York Attorney General. *The New York Times Co. v. Microsoft Corp. et al.*, 1:23-cv-11195 (S.D.N.Y.), Dkt. 452 (attached as

---

before Judge Rakoff in the S.D.N.Y.

Exhibit B). The State of New York has until April 4, 2025, to determine whether it will intervene pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.l(c). *See id*.

The News Plaintiffs will be prepared to discuss these and any other issues at the hearing scheduled for March 27, 2025.

Dated: March 20, 2025                           */s/ Kristen Logan*

                                          Steven Lieberman
                                          Jennifer B. Maisel
Robert P. Parker
Michael H. Jones
Jenny L. Colgate
Mark T. Rawls
Kristen J. Logan
Bryan B. Thompson
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (2020 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
mjones@rothwellfigg.com
jcolgate@rothwellfigg.com
mrawls@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
3 Manhattanville Rd.
Purchase, New York 10577
Telephone: (914) 941-5668
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for*
*The New York Times Company, Daily News, LP,*
*Chicago Tribune Company, LLC, Orlando Sentinel*
*Communications Company, LLC, Sun-Sentinel*

*Company, LLC, San Jose Mercury-News, LLC, DP Media Network, LLC, ORB Publishing, LLC, and Northwest Publications, LLC*

*/s/ Ian B. Crosby*

Ian B. Crosby
Genevieve Vose Wallace
Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook
Emily K. Cronin
Ellie Dupler
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha B. Barron
Zachary B. Savage
Tamar Lusztig
Alexander Frawley
Eudokia Spanos
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

*Attorneys for The New York Times Company*


*/s/ Matthew Topic*

Jon Loevy
Michael Kanovitz
Matthew Topic
Stephen Stich Match
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
match@loevy.com

*Counsel for The Center for Investigative Reporting, Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 20, 2025, the foregoing **SUPPLEMENTAL INFORMATION** was electronically filed by Plaintiffs Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; Northwest Publications, LLC; The New York Times Company; and The Center for Investigative Reporting, Inc. with the Court for the JPML by using the CM/ECF system, which will provide a notice of electronic filing to all registered participants.

Dated: March 20, 2025

*/s/ Kristen Logan*
Kristen Logan