**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | Case No. MDL No. 3143 |

**SUPPLEMENTAL INFORMATION**

2890513

OpenAI[1] writes to provide the Panel with supplemental information regarding the News Plaintiffs'[2] filing at Docket 80 in MDL 3143. Exhibit A to that filing, termed a "Deposition Coordination Agreement," reflects an incomplete, out-of-date, and confidential *draft* term sheet to which no party has agreed. It was drafted during a court-ordered "settlement conference" at which Magistrate Judge Ona Wang expressly advised the parties that their discussions would be confidential.[3] Although the parties left the March 7 settlement conference with the draft term sheet and the expectation that negotiations would continue, just two business days later, the News and New York Class Plaintiffs told OpenAI for the first time that they would not proceed with depositions of OpenAI's Rule 30(b)(6) witnesses until OpenAI had substantially completed its entire document production, thereby ensuring that OpenAI's witnesses will be deposed multiple times over multiple days in the News and New York Class Cases alone.

This surprise condition effectively eviscerated any tentative agreement the parties had previously reached on coordination of depositions across the California and New York cases. Lest there be any doubt, OpenAI informed Plaintiffs in writing on March 17 that in light of their new position, "OpenAI does not agree that the draft deposition protocol discussed at the in-person conference reflects any agreement among the parties." J. Slaughter email to Plaintiffs (March 17, 2025). Accordingly, the News Plaintiffs' suggestion to the Panel that the parties are

---

[1] "OpenAI" as used herein refers to each OpenAI entity identified in the signature block of this notice. "Microsoft" refers to Microsoft Corporation.

[2] The "News Plaintiffs" refers to the plaintiffs in the following consolidated actions: *The New York Times Company v. Microsoft Corp., et al., The Center for Investigative Reporting, Inc. v. OpenAI, Inc. et al, Daily News LP v. Microsoft Corp. et al.*, consolidated at Civ. A. No. 23-cv-11195 SHS-OTW, Dkt. Nos 441, 467 (S.D.N.Y.) ("*The New York Times*").

Contrary to the News Plaintiffs' suggestion in their filing (*see* Dkt. 80 at 1, n.2), counsel for The Intercept was not present at, and did not participate in, either the January 31 or March 7 conference regarding deposition coordination; the draft term sheet submitted by the News Plaintiffs does not reflect any agreement with The Intercept; and neither the limits on hours per witness or the overall hours caps reflected in the draft term sheet take into account depositions in The Intercept case.

[3] The settlement conferences held on January 31 and March 7 were conducted pursuant to two court orders: *See The New York Times*, Dkt. Nos. 441, 467.

close to finalizing a deal on deposition coordination is inaccurate and misleading. Rather, the confidential draft term sheet reflects terms that were never formally agreed to, and in any event, that were scuttled by the News and New York Class Plaintiffs' eleventh-hour refusal to coordinate Rule 30(b)(6) depositions.

The News Plaintiffs' filing appears to be an improper attempt to avoid centralization by leading this Panel to believe that deposition coordination has been achieved, when in fact their own shifting positions have set it back to square one. OpenAI requests that this Panel disregard the News Plaintiffs' filing and will be prepared to discuss the status of deposition coordination efforts at the upcoming hearing on March 27, 2025.

Respectfully submitted,

Dated: March 21, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ Michelle S. Ybarra
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

2

Dated: March 21, 2025                                MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com

2890513

|  |  |
|---|---|
|  | MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone:    (212) 468-8000 |
| Dated:  March 21, 2025 | LATHAM & WATKINS LLP<br><br>By: /s/ Elana Nightingale Dawson<br>ANDREW M. GASS<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:    (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>ELANA NIGHTINGALE DAWSON (*pro hac vice*)<br>Elana.nightingaledawson@lw.com<br>MICHAEL A. DAVID (*pro hac vice*)<br>michael.david@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:    (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>RACHEL R. BLITZER (*pro hac vice*)<br>Rachel.blitzer@lw.com<br>HERMAN H. YUE (*pro hac vice*)<br>Herman.yue@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    (212) 751-4864<br><br>*Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, L.L.C., OPENAI GLOBAL, L.L.C., OAI CORPORATION, L.L.C., OPENAI HOLDINGS LLC |

4