**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**THE INTERCEPT MEDIA, INC.'S SUPPLEMENTAL INFORMATION**

The Intercept Media, Inc. submits this filing in response to OpenAI's March 21, 2025 Supplemental Information, footnote 2, regarding *The Intercept v. OpenAI* DMCA-only case. On February 25, 2025, OpenAI withdrew its prior objections to cross-production of documents from the consolidated news cases (see DMCA Plaintiffs' Jan. 3, 2025 Response at 5-6), and the parties agreed to coordinate discovery as follows: (1) OpenAI agreed to cross-produce documents from the consolidated news cases, and The Intercept agreed to request additional documents only for good cause, and (2) OpenAI agreed to permit The Intercept to use deposition transcripts from the *Center for Investigative Reporting*/consolidated news cases and take up to two additional hours with up to 10 witnesses at the same time as those depositions to examine issues specific to DMCA Section 1202 claims. Assuming that the parties in the class and consolidated news cases promptly resolve their modest remaining disputes, The Intercept anticipates that the parties in the *Intercept* case will submit a formal proposed discovery order consistent with the agreement described in this submission, and that discovery will be successfully completed in a manner allowing the parties to meet the July 2, 2025 opening expert report deadline, August 18, 2025 fact discovery deadline, and September 29, 2025 ready-for-trial date that has been entered by Judge Rakoff in the *Intercept* case. See DMCA Plaintiffs' March 17, 2025 Supplemental Information.

RESPECTFULLY SUBMITTED,

- 3 -

*/s/ Matthew Topic*

Jon Loevy
Michael Kanovitz
Matthew Topic
Stephen Stich Match

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
match@loevy.com

March 24, 2025