BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

## SUPPLEMENTAL INFORMATION

Pursuant to Rule 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, The New York Times Company, The Daily News Plaintiffs,[1] and The Center for Investigative Reporting, Inc. (collectively, the "News Plaintiffs") respectfully write to notify the Panel of developments with respect to motions before Judge Stein in the subject district court actions in the S.D.N.Y. (the "News Cases"). As outlined in the News Plaintiffs' Opposition, OpenAI and Microsoft filed partial motions to dismiss the News Cases. *See* Opposition, p. 19 (motions directed to contributory copyright infringement, DMCA violations, unfair competition, injury to business reputation, and a subset of direct infringement claims). On March 26, 2025, Judge Stein issued his ruling on those motions, noting that the "Court will issue an Opinion setting forth the reasons for this ruling expeditiously." *The New York Times Co. v. Microsoft Corp. et al.*, 1:23-cv-11195 (S.D.N.Y.), Dkt. 485 at p. 3 (attached as Exhibit A).

Dated: March 26, 2025

/s/ Kristen Logan

Steven Lieberman
Jennifer B. Maisel
Robert P. Parker
Michael H. Jones
Jenny L. Colgate
Mark T. Rawls
Kristen J. Logan
Bryan B. Thompson

---

[1] Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC (the "Daily News Plaintiffs").

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (2020 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
mjones@rothwellfigg.com
jcolgate@rothwellfigg.com
mrawls@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
3 Manhattanville Rd.
Purchase, New York 10577
Telephone: (914) 941-5668
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for*
*The New York Times Company, Daily News, LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun-Sentinel Company, LLC, San Jose Mercury-News, LLC, DP Media Network, LLC, ORB Publishing, LLC, and Northwest Publications, LLC*

<u>/s/ Ian B. Crosby</u>

Ian B. Crosby
Genevieve Vose Wallace
Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook
Emily K. Cronin

Ellie Dupler
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha B. Barron
Zachary B. Savage
Tamar Lusztig
Alexander Frawley
Eudokia Spanos
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

*Attorneys for The New York Times Company*


*/s/ Matthew Topic*

Jon Loevy
Michael Kanovitz
Matthew Topic
Stephen Stich Match
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607

312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
match@loevy.com

*Counsel for The Center for Investigative Reporting, Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 26, 2025, the foregoing **SUPPLEMENTAL INFORMATION** was electronically filed by Plaintiffs Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; Northwest Publications, LLC; The New York Times Company; and The Center for Investigative Reporting, Inc. with the Court for the JPML by using the CM/ECF system, which will provide a notice of electronic filing to all registered participants.

Dated: March 26, 2025                    */s/ Kristen Logan*
                                         Kristen Logan