**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**STATEMENT OF NON-OPPOSITION**

**DE/1:25-cv-00501** Ziff Davis, Inc. et al v. OpenAI, Inc. et al

Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC (together, "Ziff Davis") hereby submit this Statement in connection with the Conditional Transfer Order filed by the Clerk of the Panel James V. Ingold on May 6, 2025 [MDL No. 3143  Dkt 88] with respect to *Ziff Davis, Inc. et al. v. OpenAI, Inc. et al.*, Case No. 1:25-cv-00501-CFC, United States District Court for the District of Delaware (filed April 24, 2025). Ziff Davis does not believe that it serves the purpose of judicial efficiency to oppose the Conditional Transfer Order, as objections it would raise thereto were already addressed by the findings of the Panel in its prior Transfer Order dated April 3, 2025 [Dkt. 85]. **Ziff Davis therefore does not oppose this transfer.**

However, because certain issues relating to discovery and other matters may be addressed in the MDL before this transfer is completed, Ziff Davis reserves all of its rights to seek additional discovery in the MDL as necessary and appropriate.

Dated: May 13, 2025                                              Respectfully submitted,

KLARIS LAW PLLC

By: /s/ Lacy H. Koonce, III
Lacy H. Koonce, III
Matthew Leish
Gili Karev
Mariella Salazar
Clara Cassan
161 Water Street
New York, NY 10038
(917) 612-5861