**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**PROOF OF SERVICE**

**DE/1:25-cv-00501** Ziff Davis, Inc. et al v. OpenAI, Inc. et al

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 13, 2025, I caused a copy of the foregoing Statement of Non-Opposition in the above-captioned action to be filed with the Clerk of Court using CM/ECF, which will send electronic notifications of such filings to all registered participants.

Dated: May 14, 2025

Respectfully submitted,

KLARIS LAW PLLC

By: /s/ Lacy H. Koonce, III
Lacy H. Koonce, III
Matthew Leish
Gili Karev
Mariella Salazar
Clara Cassan
161 Water Street
New York, NY 10038
(917) 612-5861