**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**STATEMENT OF NON-OPPOSITION**

2999193

**CAND/3:25-cv-05495-EMC** Catherine Denial et al. v. OpenAI, Inc. et al.

Defendant OpenAI[1] hereby submits this Statement in connection with the Conditional Transfer Order filed on July 11, 2025 [MDL No. 3143, Dkt. 94] with respect to *Catherine Denial et al. v. OpenAI, Inc. et al.*, No. 3:25-cv-05495-EMC (N.D. Cal. filed June 30, 2025). OpenAI does not oppose transfer of this case to the existing MDL pending in the Southern District of New York. *In re: OpenAI, Inc. Copyright Infringement Litig.*, No. 1:25-md-03143-SHS-OTW (S.D.N.Y.). The complaint for this tag-along shares common questions of fact and law with other actions previously transferred to MDL No. 3143.

Respectfully submitted,

Dated:  July 15, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ Michelle S. Ybarra
ROBERT A. VAN NEST
RVanNest@keker.com
R. JAMES SLAUGHTER
RSlaughter@keker.com
PAVEN MALHOTRA
PMalhotra@keker.com
MICHELLE S. YBARRA
MYbarra@keker.com
NICHOLAS S. GOLDBERG
NGoldberg@keker.com
THOMAS E. GORMAN
TGorman@keker.com
KATIE LYNN JOYCE
KJoyce@keker.com
CHRISTOPHER S. SUN
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

---

[1] "OpenAI" as used herein refers to each OpenAI entity identified in the signature block of this notice.

Dated: July 15, 2025

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

CAROLYN M. HOMER
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600

ERIC K. NIKOLAIDES
ENikolaides@mofo.com

2

2999193

|  |  |
|---|---|
|  | MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone:    (212) 468-8000 |
| Dated:  July 15, 2025 | LATHAM & WATKINS LLP<br><br>By: /s/ *Elana Nightingale Dawson*<br>ANDREW M. GASS<br>Andrew.Gass@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:    (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>ELANA NIGHTINGALE DAWSON (*pro hac vice*)<br>Elana.nightingaledawson@lw.com<br>MICHAEL A. DAVID (*pro hac vice*)<br>michael.david@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:    (202) 637-2200<br><br>RACHEL R. BLITZER (*pro hac vice*)<br>Rachel.blitzer@lw.com<br>HERMAN H. YUE (*pro hac vice*)<br>Herman.yue@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    (212) 751-4864<br><br>*Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, L.L.C., OPENAI GLOBAL, L.L.C., OAI CORPORATION, L.L.C., OPENAI HOLDINGS LLC |