**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

6107631

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant OpenAI[1] writes to notify the Clerk of the Panel of the following potential tag-along action to *In Re: OpenAI, Inc. Copyright Infringement Litigation*, MDL No. 3143:

- *John Carreyrou et al. v. OpenAI, Inc. et al.*, Case No. 5:26-cv-02730-PCP, United States District Court for the Northern District of California (filed March 27, 2026).

Attached to this Notice are a Schedule of Actions and, as Exhibit A, the docket sheet and complaint for this action. The complaint for this potential tag-along action shares common questions of fact and law with other actions previously transferred to MDL No. 3143. This case is therefore a "Tag-Along Action" for purposes of these proceedings.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Elana Nightingale Dawson  w/permission*
**LATHAM & WATKINS LLP**
Andrew M. Gass
 *andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 *sy.damle@lw.com*
Luke A. Budiardjo
 *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*/s/ Rose S. Lee   w/permission*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz
 *jgratz@mofo.com*
Tiffany Cheung
 *tcheung@mofo.com*
Caitlin Sinclaire Blythe
 *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee
 *roselee@mofo.com*
755 Page Mill Road
Palo Alto, CA 94301
Telephone: 650.813.5600

---

[1] "OpenAI" as used herein refers to each OpenAI entity identified in the signature block of this notice.

1

6107631

*/s/ Michelle S. Ybarra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest
  *rvannest@keker.com*
R. James Slaughter
  *rslaughter@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra
  *mybarra@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for Defendants OPENAI, INC.,
OPENAI, L.P., OPENAI OPCO, L.L.C.,
OPENAI GP, L.L.C., OPENAI L.L.C.,
OPENAI STARTUP FUND GP I, L.L.C.,
OPENAI STARTUP FUND I, L.P., OPENAI
STARTUP FUND MANAGEMENT, L.L.C.,
OPENAI GLOBAL, L.L.C., OAI
CORPORATION, L.L.C., OPENAI
HOLDINGS LLC*

2

6107631