**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

MDL No. 3143

**<u>SCHEDULE OF POTENTIAL TAG-ALONG ACTION</u>**

6107639

| Case Caption | Court | Civil Action No. | Judge(s) |
|---|---|---|---|
| **Plaintiffs**<br>John Carreyrou, Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, Michael Kochin<br><br>**Defendants**<br>OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC | N.D. Cal. | 5:26-cv-02730-PCP | Judge P. Casey Pitts |

//

//

1

6107639

Dated: March 31, 2026

Respectfully submitted,

*/s/ Elana Nightingale Dawson  w/permission*
**LATHAM & WATKINS LLP**
Andrew M. Gass
 *andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 *sy.damle@lw.com*
Luke A. Budiardjo
 *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*/s/ Rose S. Lee   w/permission*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz
 *jgratz@mofo.com*
Tiffany Cheung
 *tcheung@mofo.com*
Caitlin Sinclaire Blythe
 *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee
 *roselee@mofo.com*
755 Page Mill Road
Palo Alto, CA 94301
Telephone: 650.813.5600

*/s/ Michelle S. Ybarra*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest
 *rvannest@keker.com*
R. James Slaughter
 *rslaughter@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra
 *mybarra@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for Defendants OPENAI, INC.,
OPENAI, L.P., OPENAI OPCO, L.L.C.,
OPENAI GP, L.L.C., OPENAI L.L.C.,
OPENAI STARTUP FUND GP I, L.L.C.,
OPENAI STARTUP FUND I, L.P., OPENAI
STARTUP FUND MANAGEMENT, L.L.C.,
OPENAI GLOBAL, L.L.C., OAI
CORPORATION, L.L.C., OPENAI
HOLDINGS LLC*

2

6107639