**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION | MDL No. 3143 |

**STATEMENT OF NON-OPPOSITION**

**CAND/5:26-cv-02730** Carreyrou et al. v. OpenAI, Inc. et al.

Plaintiffs John Carreyrou, Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (collectively "Plaintiffs") hereby submit this Statement in connection with the Conditional Transfer Order filed by the Acting Clerk of the Panel Josh R. Bullock on April 9, 2026 [MDL No. 3143 Dkt 101] with respect to *Carreyrou et al. v. OpenAI, Inc. et al.*, Case No. 5:26-cv-02730-PCP, United States District Court for the Northern District of California (filed March 27, 2026). Plaintiffs do not oppose transfer of this case to the existing MDL pending in the Southern District of New York. *In re: OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (S.D.N.Y.).

However, because certain issues relating to discovery and other matters have been and may continue to be addressed in the MDL before this transfer is complete, Plaintiffs reserve all rights to seek additional discovery in the MDL as necessary and appropriate. Additionally, Plaintiffs reserve all rights with respect to remand to the Northern District of California.

Dated:  April 16, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*
Elizabeth Brannen
John Stokes
Lauren Martin
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299
ebrannen@stris.com
jstokes@stris.com
lmartin@stris.com

Bridget Asay
15 East State Street, Ste 2
Montpelier, Vermont 05602
Tel: (802) 858-4285
basay@stris.com

Christopher M. Rigali
Jacqueline Sahlberg
1717 K St NW Ste 900
Washington, DC 20006
Phone: (202) 800-5749
crigali@stris.com
jsahlberg@stris.com

Kyle Roche
Devin (Velvel) Freedman
Alex Potter
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York NY 10017
T: (646) 494-2900
vel@fnf.law
kroche@fnf.law
apotter@fnf.law

*Counsel for Plaintiffs*